UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-CR-175 (TJK) |
| : | |
| **ETHAN NORDEAN,** : | |
| also known as "Rufio Panman," : | |
| **JOSEPH BIGGS,** : | |
| **ZACHARY REHL,** and : | |
| **CHARLES DONOHOE,** : | |
| : | |
| **Defendants.** : | |

**NOTICE IN RESPONSE TO COURT ORDER**

Earlier today, during the Court's oral ruling on the government's motions to revoke the pretrial release of defendants Ethan Nordean and Joseph Biggs, *see* Doc. 30 and 31, the Court ordered the government to supplement the record regarding those motions with a photograph that was made available to the Court in a related case, *United States v. Dominic Pezzola*, 1:21-cr-52.

In compliance with the Court's order and to ensure that the photograph is made part of the record as to each of the defendants in this case, the government is submitting with this notice a copy of the government's memorandum in support of pretrial detention in the *Pezzola* case. The photograph referenced by the Court during today's oral ruling is contained on page 12 of the memorandum. The photograph is also displayed immediately below.



Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*/s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
JASON B.A. MCCULLOUGH, DC Bar No. 998006
JAMES B. NELSON, DC Bar No. 1613700
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the government's motion and proposed order were filed on ECF and served by email to the following defense counsel:

>Shaka M. Johnson, Esq.
>shaka@shakajohnsonlaw.com

>*/s/ Luke M. Jones*
>LUKE M. JONES, VA Bar No. 75053
>Assistant United States Attorney

Date:   April 19, 2021