

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Jason B.A. McCullough*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*
*Direct Line:  202-252-7233*

May 19, 2021

***Via Fed Ex***

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

   Re: <u>*United States v. Ethan Nordean*</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

   Please find enclosed one thumb drive containing a forensic extraction of your client's phone. The password is the same as was provided previously.

   We are providing this replacement drive because you have represented that you were unable to physically insert the first thumb drive into your computer. We understand that you were able to physically insert the drive into a separate computer. Please let us know if this replacement drive is more compatible with your particular equipment.

   Upon opening the thumb drive, you will find two folders on the device. The folder titled "1B18_Cellebrite" contains the Cellebrite Reader and associated files. Within the "1B18_Cellebrite" folder, you will find a "CellebriteReader.exe" program file. That will launch the Cellebrite Reader. Due to the size of the extraction, it may take some time for the files to load into Cellebrite Reader.

| | | |
|---|---|---|
| 📁 1B18_Cellebrite | 5/19/2021 10:45 AM | File folder |
| 📁 1B18_FullExtraction | 5/19/2021 9:06 AM | File folder |



| | | | |
|---|---|---|---|
| 📄 1B18_Cellebrite.ufdr | 4/27/2021 4:59 PM | UFDR File | 41,558,757 ... |
| CellebriteReader.exe | 4/4/2021 6:03 PM | Application | 532,212 KB |

Please contact me should you have any questions or concerns.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____/s/_____

Jason B.A. McCullough
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov

Enclosure