

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 6, 2021

***Via Email and Electronic File Transfer***

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

    Re: <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

  I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this afternoon, the government produced certain materials from the case files (referred to as Sentinel files) maintained by the Federal Bureau of Investigation for each of the four defendants in this case. Whereas on June 2, 2021, you received materials from the case files

of your individual defendant, this production contains materials from the files of each of the four co-defendants.

To facilitate and expedite this "cross-discovery," **all of the materials produced from a co-defendant's** case file have been designated <u>Sensitive</u> **pursuant to the Protective Orders entered in this case (ECF 83 and 103).** Accordingly, this entire production should be treated as Sensitive unless the materials originate from your client's case file (and not the case file of a co-defendant). If the materials originate from your client's case file, the designation assigned previously will continue to apply to the materials.

This designation is reflected in the folder structure on USAfx. For example, materials from case files of Defendant Biggs that were originally produced to Defendant Biggs without a designation are produced to all defendants today in a folder titled "BIGGS Sentinel Files – SENSITIVE as to NORDEAN, REHL, and DONOHOE." The case files of Defendant Biggs that were originally produced with a "Sensitive" designation have been provided in a folder titled "BIGGS Sentinel Files – SENSITIVE AS TO ALL (INCLUDING BIGGS)."

| Name | Updated | Size |
|---|---|---|
| BIGGS Sentinel Files - SENSITIVE as to NORDEAN, REHL and DONOHOE | Today by Jason McCullough | 138 Files |
| BIGGS Sentinel Files - SENSITIVE AS TO ALL (INCLUDING BIGGS) | Today by Jason McCullough | 1 File |
| DONOHOE Sentinel Files - SENSITIVE as to NORDEAN, BIGGS, and REHL | Today by Jason McCullough | 79 Files |
| NORDEAN Sentinel Files - SENSITIVE AS TO ALL (INCLUDING NORDEAN) | Today by Jason McCullough | 3 Files |
| NORDEAN Sentinel Files - SENSITIVE as to BIGGS, REHL and DONOHOE | Today by Jason McCullough | 425 Files |
| REHL Sentinel Files - SENSITIVE as to NORDEAN, BIGGS, and DONOHOE | Today by Jason McCullough | 34 Files |
| REHL Sentinel Files - SENSITIVE AS TO ALL (INCLUDING REHL) | Today by Jason McCullough | 8 Files |

All Files > U.S. v. Nordean et al, 21-cr-175 - SENSITIVE (Sentinel Cross Discovery)

An index for each set of the produced materials has been included with the production. The index has been designated Sensitive under the Protective Order. The "titles" and "file names" that appear in the index are a reproduction of the information that exists in the FBI's electronic systems.

Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

//
//
//

Please contact me should you have any questions or concerns.

                                     Sincerely yours,

                                     CHANNING D. PHILLIPS
                                     ACTING UNITED STATES ATTORNEY

By:      /s/
                                     Jason B.A. McCullough
                                     Assistant United States Attorney
                                     555 4th Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 252-7233
                                     jason.mccullough2@usdoj.gov