

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 13, 2021

***Via Email and Electronic File Transfer***

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

      Re:   <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this afternoon, the government produced the following search warrant applications and affidavits to each of you in cross-discovery.

| Bates (21CR175_...) | Subject Account(s) | Description |
|---|---|---|
| 1671 – 1725 | ███ | ███ |
| 1726 – 1777 | ███ | ███ |
| 1778 – 1820 | ███ | ███ |
| 1821 – 1854 | ███ | ███ |
| 1855 – 1909 | ███ | ███ |
| 1910 – 1967 | ███ | ███ |
| 1968 – 2002 | ███ | ███ |
| 35928 – 35979 | ███ | ███ |

Please note that this production may be duplicative of documents that you received previously. ███

As we explained at that time, **the search warrant applications and affidavits remain sealed by order of the Court and should be treated as such.** The Court authorized the partial unsealing of these documents to permit production to defendants and their legal defense teams, including counsel of record in this case, any post-conviction or appellate counsel, investigators, paralegals, support staff, and expert witnesses who are advising or assisting defense counsel in connection with this case.

Also, to facilitate and expedite this "cross-discovery," **all of the materials produced from a co-defendant's case file have been designated Sensitive pursuant to the Protective Orders entered in this case (ECF 83 and 103).** Accordingly, this entire production should be treated as Sensitive unless the materials relate to your client's personal identity information (and not the information of a co-defendant).

Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Please contact me should you have any questions or concerns.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____/s/_____

2

                                                  Jason B.A. McCullough  
                                                  Assistant United States Attorney  
                                                  555 4th Street, N.W.  
                                                  Washington, D.C. 20530  
                                                  (202) 252-7233  
                                                  jason.mccullough2@usdoj.gov