

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 14, 2021

**Via Email and FedEx**

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

      Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis.

    Specifically, today, the government is transmitting by FedEx to each of you a copy of this letter and one Blu-Ray disc. The disc is labeled "DEWFScoped_____ E6823327_1B2" and "A 25GB Blu-Ray disc containing a Cellebrite Reader report of ███████████████████"



    Due to the nature of the information contained in this production, these materials have been designated **"Highly Sensitive"** under the Protective Orders that govern discovery (ECF 83 and 103), except as to Defendant Biggs, for whom no sensitivity designation applies. Among other things, these materials may contain personal information and private communications with individuals who themselves are not associated with the criminal conduct charged in this case. Please contact me should you identify materials for which you would request the government remove or reduce a sensitivity designation, and we will work to resolve the matter with you.

    Please contact me should you have any questions or concerns.

Sincerely yours,

CHANNING D. PHILLIPS  
ACTING UNITED STATES ATTORNEY

By:    */s/ Luke M. Jones*  
        Luke M. Jones  
        Assistant United States Attorney  
        555 4th Street, N.W.  
        Washington, D.C. 20530  
        (202) 252-7066  
        Luke.Jones@usdoj.gov