IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Complainant,<br>     v.<br><br>ZACHARY REHL<br><br><br>(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)<br><br><br>          Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

### ZACHARY REHL'S MOTION FOR LEAVE TO REDACT OR SUBSTITUTE A REDACTED VERSION OF DOCKET # 86

### DEFENDANT'S MEMORANDUM IN OPPOSITION TO DETENTION

Comes now the Accused ZACHARY REHL, by counsel, and hereby moves this Honorable Court to grant leave and/or order the redaction of personal names of non-parties, in ECF Docket #86, Discussion Section 3, and for his reasons states as follows, by counsel:

This is most likely governed at least by Federal Rule of Criminal Procedure Rule 36.

Newly-appointed counsel has had to spend and is spending considerable time reviewing the record and ancillary documents and learning the history and details of the case so far.

The undersigned counsel replaced prior counsel. Current counsel feels that the pleadings and arguments by prior counsel were very good up to his withdrawal. The client and prior counsel had other concerns which led to a parting of their ways. Current counsel does plan to build on the prior work and new information to renew Zachary Rehl's motion for release on bail from pre-trial detention and does not disagree with the prior attorney's DEFENDANT'S

MEMORANDUM IN OPPOSITION TO DETENTION at ECF Docket # 86.

However, current counsel has become aware of the feelings of sensitivity of other family members who do not share the Accused's political involvement or activism.

Becoming aware of this sensitivity, counsel asks that the personal names in the otherwise well-done presentation in ECF #86 of ZACHARY REHL's personal involvement in the community in the Eastern District of Pennsylvania be redacted.

The full name of at least one minor child is presented.

Some relatives who are very important for ZACHARY REHL's connections to the community do not share his last name and may experience unwanted attention that would otherwise be avoided.

ZACHARY REHL's wife is devoted to her husband and fully supportive of him in detention, visiting on every possible occasion with their newborn child, but has never shared his political activism or degree of interest in politics and has not joined him in his activities.  Counsel does not know her political views but she has never been that interested compared to her husband.  Therefore, she would not want to be judged or harassed by extension.

Counsel does not suggest that information not be available to the Court or the prosecution but merely that the information not be public.  Counsel intends to rely upon ZACHARY REHL's connections to the community and close family relationships in seeking release from detention but those persons have interests of their own that should be protected as well.

Unfortunately, counsel is not sure of the best way to accomplish this for a document that has already been filed.

THEREFORE, the Accused, by counsel, requests that the Court either order that the Clerk redact the personal names in Section 3 or allow counsel to supply a redacted version or perhaps make ECF Docket #86 confidential and non-public and perhaps allow a redacted version to be publicly posted.

Dated: September 16, 2021

                                             RESPECTFULLY SUBMITTED

                                             /s/ Jonathon Alden Moseley
                                             Jonathon Alden Moseley, Esq.
                                             Jonathon Moseley, Attorney at Law
                                             DC Bar No. VA005
                                             Virginia State Bar No. 41058
                                             5765-F Burke Centre Parkway, PMB #337
                                             Burke, Virginia 22015
                                             Telephone: (703) 656-1230
                                             Contact@JonMoseley.com
                                             Moseley391@gmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 16, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to the prosecution for distribution internally to all counsel involved for the prosecution.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

                        **Mr. Luke Matthew Jones, Esq.**
                        U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
                        555 Fourth Street, N.W.
                        Washington, DC 20530
                        (202) 252-7066
                        (202) 616-8470 (fax)
                        ahmed.baset@usdoj.gov

                        **Mr. Jason Bradley Adam McCullough, Esq.**
                        U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
                        555 4th Street, NW

Washington, DC 20001
(202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
(202) 252-6986
james.nelson@usdoj.gov

_____
Jonathon Moseley, Esq.

## CERTIFICATE OF CONSULTATION

I hereby certify that on September 15, 2021, at 9:30 AM I requested the prosecution's position on this motion through Assistant U.S. Attorney Mr. Luke James, Esq. Mr. Jones responds that the government has no opposition to this motion.

_____
Jonathon Moseley, Esq.

4