

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 10, 2021

**Via Email and Electronic File Transfer**

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

        Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

     I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, today, the government produced certain materials from the case file (referred to as Sentinel files) maintained by the Federal Bureau of Investigation for defendant Joseph Biggs. These materials were separately provided to counsel for Mr. Biggs.

     To facilitate and expedite this "cross-discovery" of case file materials to co-defendants, **all of the materials produced from a <u>co-defendant's</u> case file have been designated as (at minimum) <u>Sensitive</u> pursuant to the Protective Orders entered in this case (ECF 83 and 103), unless the materials are designated <u>Highly Sensitive</u>, in which case that designation applies.**

     These designation is reflected in the folder structure on USAfx. For example, materials from case files of Defendant Biggs that were originally produced to Defendant Biggs without a designation are produced to all defendants today in a folder titled "BIGGS Sentinel Files Round 2 – SENSITIVE as to NORDEAN, REHL, and DONOHOE."

     An index for the produced materials has been included with the production.

Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Please contact me should you have any questions or concerns.

                                Sincerely yours,

                                CHANNING D. PHILLIPS
                                ACTING UNITED STATES ATTORNEY

By:         /s/
                  Luke M. Jones
                  Assistant United States Attorney
                  555 4th Street, N.W.
                  Washington, D.C. 20530
                  (202) 252-7066
                  luke.jones@usdoj.gov

cc:    J. Daniel Hull
       Hull McGuire PC
       888 Seventeenth Street, NW
       Suite 1200
       Washington, DC 20006