IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Complainant,<br>　　v.<br><br>ZACHARY REHL<br><br><br>(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)<br><br><br>　　　　　　　Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

**RENEWED MOTION FOR RELEASE OF ACCUSED
ZACHARY REHL FROM PRE-TRIAL DETENTION
AND MOTION TO RE-OPEN DETENTION HEARING**

　　Comes now the Accused ZACHARY REHL, by counsel, and hereby files this renewed motion for release on bail from pre-trial detention, and moves to reopen his detention hearing, pursuant to 18 U.S.C. § 3142(f), and for his grounds files by counsel his companion Memorandum of Law.

　　The Court should reinstate the order of the Magistrate Judge in the U.S. District Court for the Eastern District of Pennsylvania (which was only announced verbally because it seems the preparation of a written order was interrupted pragmatically if not needfully by the motion in this Court to revoke the Magistrate's decision).  The Transcript is attached as Exhibit 5.  The Court should add such additional restrictions as no contact with pertinent persons and no use of or access to the internet, computers, and smart phones, possibly even government inspection of postal mail, etc.  The Court should also question the falsehoods stated in the Government's Motion to revoke bail that was heard and decided on July 1, 2021, and perhaps strike the

pleading and grant REHL relief by release from pre-trial detention.

Dated:  September 30, 2021        RESPECTFULLY SUBMITTED
                                  ZACHARY REHL, by counsel,

                                  *[signature]*
                                  Jonathon A. Moseley, Esq.

                                  USDCDC Bar No. VA005
                                  Virginia State Bar No. 41058
                                  Mailing address only:
                                  5765-F Burke Centre Parkway, PMB #337
                                  Burke, Virginia 22015
                                  Telephone:  (703) 656-1230
                                  Contact@JonMoseley.com
                                  Moseley391@gmail.com

## CERTIFICATE OF CONSULTATION

The Government has in the past for ZACHARY REHL and for all of the Defendants in this group of Defendants in this case opposed the release of any of these Defendants from pre-trial detention, for some Defendants repeatedly and vigorously.  Counsel for REHL therefore believes that the Government's position is clear, and that delay for consultation would be futile and moot.

*[signature]*
Jonathon A. Moseley, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to the prosecution for distribution internally to all counsel involved for the proseuction.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7066
(202) 616-8470 (fax)
ahmed.baset@usdoj.gov

**Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
(202) 252-6986
james.nelson@usdoj.gov

_/s/ Jonathon Moseley_
Jonathon Moseley, Esq.