# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Complainant,<br>   v.<br><br>ZACHARY REHL<br><br><br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)*<br><br>               Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

## ACCUSED ZACHARY REHL'S FIRST MOTION TO COMPEL

Comes now the Accused ZACHARY REHL, by counsel, and moves the Court to compel the production of narrow categories of readily obtainable evidence that would advance the resolution of this matter pursuant to Fed. R. Crim. P. 16(a)(1)(E), and for his grounds files his companion Memorandum of Law

Dated:  October 10, 2021
                              RESPECTFULLY SUBMITTED,
                              ZACHARY REHL, by counsel

                              Jonathon Alden Moseley, Esq.
                              DCDC Bar No. VA005
                              Virginia State Bar No. 41058
                              5765-F Burke Centre Parkway, PMB #337
                              Burke, Virginia 22015
                              Telephone:  (703) 656-1230
                              Contact@JonMoseley.com
                              Moseley391@gmail.com

## CERTIFICATE OF CONSULTATION

Counsel for REHL contends that that the Government's position is clear in asserting these quotes and intentionally chose to present quotes out of context without citing to the sources of the statements, and that the quotes and statements form the core of the charges against Zachary Rehl, and therefore the delay needed for consultation would be futile and moot.

Jonathon A. Moseley, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to the prosecution for distribution internally to all counsel involved for the proseuction.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7066
(202) 616-8470 (fax)
ahmed.baset@usdoj.gov

**Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
(202) 252-6986
james.nelson@usdoj.gov

_____
Jonathon Moseley, Esq.

3