IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Complainant,<br> v.<br><br>ZACHARY REHL<br><br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)*<br><br><br>      Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

**[PROPOSED] ORDER**
**UPON ACCUSED ZACHARY REHL'S FIRST MOTION TO COMPEL**

  WHEREAS, the Accused ZACHARY REHL, by counsel, came before the Court for hearing upon his First Motion to Compel, and

  WHEREAS the motion came before the Court for hearing on _____, and

  WHEREAS the Court has heard and considered the pleadings and argument of counsel, including counsel for ZACHARY REHL and the prosecution.

  WHEREFORE, it is hereby ORDERED and ADJUDGED that the United States of America, Complainant, by counsel the U.S. Attorney's Office for the District of Columbia assisted by the services of the Federal Bureau of Investigations and the U.S. Capitol Police Police and other agencies,

  <u>  shall  [or]  need not unless it deems it desirable  </u>  produce the document or documents which is the source of the statements or quotes allegedly made by the Defendant Zachary Rehl or otherwise relevant to Zachary Rehl's prosecution which are

individually identified below, including the complete conversation and/or context of the statement or quote, along with a certification or stipulation that the documents produced are the source of the statements or quotes which the Government alleges in this prosecution to have been made by Defendant.

If the Government is unable to provide the document or documents ordered, the Government shall provide a brief explanation and also an explanation of whether the Government's allegation of an unsupported statement by the Defendant should be withdrawn.

From the First Superseding Indictment:

a) 12. … At different times, NORDEAN, BIGGS, REHL, DONOHOE reiterated that Proud Boys members should avoid wearing Proud Boys colors on January 6, 2021.

        _____ shall      [or]      need not

b) 24…. c. REHL posted a message that read, in part, "I'm proud as fuck what we accomplished yesterday, but we need to start planning and we are starting planning, for a Biden presidency."

        _____ shall      [or]      need not

c) 28 a. Encouraging members of the Proud Boys and others to attend the Stop protest in Washington, D.C., on January 6, 2021; …

        _____ shall      [or]      need not

d) 35.  On November 27, 2020, REHL posted social media "Hopefully firing squads are for the traitors that are trying to steal the election from the American people."

        _____ shall      [or]      need not

e) 36. On December 23, 2020, REHL posted on social media describing January 6, 2021, Congress gets to argue the legitimacy of the [E]lectoral [C]ollege votes, and as "the day where yes, there will be a big rally on that day."

        _____ shall      [or]      need not

f)  38. On December 30, 2020, REHL posted a link to an online fundraiser with the campaign name of "Travel Expenses for upcoming Patriot Events." The campaign generated over 2021. $5,500 donations between December 30, 2020, and January 4, 2021.

    _____ shall     [or]      need not

g)  40. On January 4, 2021, at 7:15 p.m., DONOHOE posted a message on various encrypted messaging channels, including New MOSD, which read, "Hey have been instructed and listen to me real good! There is no planning of any sorts. I need to be put into whatever new thing is created. Everything is compromised and we can be looking at Gang charges." DONOHOE then wrote "Stop everything immediately" and then "This comes from the top."

    _____ shall     [or]      need not

h)  44. Subsequently, REHL, who travelling to Washington, D.C., January 5, 2021, person who was planning that he was bringing multiple radios with him, and that there was a stated to program the radios later that evening.

    _____ shall     [or]      need not

i)  46. At 9:03 p.m., REHL notified NORDEAN, BIGGS, DONOHOE and others he had arrived in Washington, D.C. DONOHOE responded by requesting one of the radios that REHL had brought.

    _____ shall     [or]      need not

j)  47. ... UCC-1 also wrote "Rufio is in charge, cops are the primary threat, don't get caught by them or BLM, don't get drunk until off the street."

    _____ shall     [or]      need not

From the Government's Motion For Revocation Of Release Order And For Pretrial Detention at ECF Dkt. #37:

k)  On December 29, 2020, he posted, "I just want to again thank you all for your help in donating and your support, we love you all, appreciate your support and will be there in force on Jan 6th and many more!"

_____ shall   [or]   _____ need not

l) In a Telegram message following the attack, the defendant stated, "That was NOT what I expected to happen today. All from us showing up and starting some chants and getting the normies all riled up."

_____ shall   [or]   _____ need not

m) The defendant celebrated the attack in a public social media post: "THIS is what patriotism looks like. Today was indeed a historical day for sure. I will never forget this for as long as I live, keep the fight up America! When government fears its people, you have freedom, when people fear government, you have tyranny."

_____ shall   [or]   _____ need not

n) The following day, he continued to express pride in what he and others had achieved while referencing unspecified plans for the future: "I find this hard to believe now. I'm proud as fuck what we accomplished yesterday, but we need to start planning and we are starting planning, for a Biden presidency."

_____ shall   [or]   _____ need not

<u>General Request from Parler Records:</u>

o) The Defendant Rehl requests from the records of his account, posts, and statements on the social media platform PARLER his long post announcing Rehl's reasons why demonstrators should protest in Washington, D.C. on January 6, 2021, and/or Rehl's own plans or intentions for why he intended to protest in D.C. on January 6, 2021.

_____ shall   [or]   _____ need not

**SO ORDERED**

Dated: _____                    _____
                                             TIMOTHY J. KELLY
                                             United States District Judge