UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case Number 21-cr-175-3 (TJK) |
| ZACHARY REHL, : | |
| : | |
| Defendants. : | |

**CONSENT MOTION TO SET BRIEFING SCHEDULE**

The United States respectfully submits this consent motion to set a briefing schedule regarding several motions and supplemental filings by defendant Zachary Rehl. Earlier today, the government consulted with counsel for defendant Rehl, and counsel indicated his consent to the briefing scheduled proposed below. In support of this motion, the government states the following.

On September 25, 2021, Rehl filed a motion for a bill of particulars (ECF 184). On September 26, 2021, he filed a motion for issuance of a subpoena to U.S. Capitol Police (ECF 185, 186). On September 28, 2021, he filed a "supplement" to the motion for issuance of a subpoena, indicating the motion may be moot and requesting the Court delay consideration of the motion (ECF 188).

On September 30, 2021, Rehl filed a motion for release and to re-open his detention hearing (ECF 190, 191). Rehl has filed three "supplements" to that motion—on October 6, 2021 (ECF 198), October 8, 2021 (ECF 200), and October 9, 2021 (ECF 203). On October 10, 2021, Rehl filed a motion to compel discovery (ECF 204).

To consolidate briefing with respect to the above motions and other filings, the government proposes the following schedule: the government will file responses to the above motions and filings by Friday, October 15, 2021. Defendant Rehl will file any reply in support his motions by

Friday, October 22, 2021.

As noted above, counsel for defendant Rehl consents to this proposed schedule. A proposed order accompanies this motion.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        Acting United States Attorney
                                        DC Bar No. 415793

By:    */s/ Luke M. Jones*
            LUKE M. JONES
            VA Bar No. 75053
            JASON B.A. MCCULLOUGH
            D.C. Bar No. 998006; NY Bar No. 4544953
            Assistant United States Attorneys
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 252-7066
            Luke.Jones@usdoj.gov