UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case Number 21-cr-175-3 (TJK) |
| ZACHARY REHL, : | |
| : | |
| Defendants. : | |

## ORDER

This matter having come before the Court upon the Government's Consent Motion to Set Briefing Schedule and for good cause shown, the motion is hereby GRANTED, and it is hereby

ORDERED that the government shall file its responses to Defendant Zachary Rehl's motion for a bill of particulars (ECF 184), motion for issuance of a subpoena to U.S. Capitol Police (ECF 185, 186), motion for release and to re-open his detention hearing and supplemental filings (ECF 190, 191, 198, 200, 203), and motion to compel discovery (ECF 204) by Friday, October 15, 2021, and it is further

ORDERED that defendant Rehl shall file any reply in support of the above motions by Friday, October 22, 2021.

**SO ORDERED** this _____ day of _____, 2021.

_____
THE HONORABLE TIMOTHY J. KELLY
United States District Judge