English

ICANN | LOOKUP (/)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)   Frequently Asked Questions (FAQ) (/faq)

healcapitolpolice.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** HEALCAPITOLPOLICE.COM

**Registry Domain ID:** 2645830470_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientRenewProhibited (https://icann.org/epp#clientRenewProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
NS77.DOMAINCONTROL.COM
NS78.DOMAINCONTROL.COM

## Dates

**Registry Expiration:** 2022-10-06 02:24:15 UTC

**Created:** 2021-10-06 02:24:15 UTC

## Contact Information

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and support recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) ✕ OK

## Registrant:

**Handle:** 1

**Kind:** individual

**Mailing Address:** Virginia, United States

***Redacted for privacy:***
*some of the data in this object has been removed.*

## Technical:

**Handle:** 3

**Kind:** individual

**Mailing Address:** Virginia, United States

***Redacted for privacy:***
*some of the data in this object has been removed.*

## Administrative:

**Handle:** 2

**Kind:** individual

**Mailing Address:** Virginia, United States

***Redacted for privacy:***
*some of the data in this object has been removed.*

## Billing:

**Handle:** 4

**Kind:** individual

**Mailing Address:** Virginia, United States

***Redacted for privacy:***
*some of the data in this object has been removed.*

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)   ✕ OK

## Registrar Information

**Name:** GoDaddy.com, LLC

**IANA ID:** 146

**Abuse contact email:** abuse@godaddy.com

**Abuse contact phone:** tel:480-624-2505

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/healcapitolpolice.com (https://rdap.verisign.com/com/v1/domain/healcapitolpolice.com)

**Last updated from Registry RDAP DB:** 2021-10-07 05:22:54 UTC

**Registrar Server URL:** https://rdap.godaddy.com/v1/domain/HEALCAPITOLPOLICE.COM (https://rdap.godaddy.com/v1/domain/HEALCAPITOLPOLICE.COM)

**Last updated from Registrar RDAP DB:** 2021-10-07 08:29:23 UTC

## Notices and Remarks

### Remarks:

**REDACTED FOR PRIVACY**

Some of the data in this object has been removed.

### Notices:

**Status Codes**

For more information on Whois status codes, please visit https://www.icann.org/epp https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf https://www.icann.org/wicf (https://www.icann.org/wicf)

---

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver a more effective, consumer-experience. Depending on how the site is used. Learn more. (https://www.icann.org/privacy/cookies)

✕ OK

**Terms of Use**

By submitting an inquiry, you agree to these Universal Terms of Service and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes, or use this data in any way that violates applicable laws and regulations.

https://www.godaddy.com/agreements/showdoc?pageid=5403 (https://www.godaddy.com/agreements/showdoc?pageid=5403)



Youtube (http://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin (https://www.linkedin.com/company/icann)

Flickr (http://www.flickr.com/photos/icann)

Facebook (http://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

---

### A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  ✖ OK