9:33     .ıll LTE

givesendgo.com





# Help US Capitol Police injured on January 6 2021

Campaign Created by: Jonathon Moseley

 The funds from this campaign will be received by Jonathon Moseley.

**Goal : $500,000**

**0%**

Raised : $0

This Campaign is currently disabled and can not receive new donations.



SHARE NOW    ⓘ Help Me!

0

PRAY NOW

9:33     .ıl LTE

🔒 givesendgo.com



SHARE NOW    PRAY NOW

Please help the U.S. Capitol Police officers who were injjured at the U.S. Capitol on January 6, 2021. About 140 officers — 73 from the Capitol Police and 65 from the Metropolitan Police Department in Washington — were injured, the departments have said. They ranged from bruises and lacerations to more serious damage such as concussions, rib fractures, burns and even a mild heart attack, according to the New York Times on February 11, 2021. ZACHARY REHL is the son and grandson of police officers and an enthusiastic supporter of "Back the Blue" events such as at the Fraternal Order of Police lodge in Philadelphia. Zach hopes to raise at least $500,000 to pay any unpaid medical bills or consequences or expenses from the injuries inflicted by unknown, out of control, hooligans on Janu[ary 6. After] all medical bills, expenses, and fall-out consequenes are paid, the campaign will

? Help Me!



consequenes are paid, the campaign will be extended, if donations support it, to compensate intangible effects to the officers from the attacks. It is overwhelmingly obvious that Speaker of the House Nancy Pelosi and D.C. Mayor Muriel Bowswer put the U.S. Capitol Police in this dangerous situation.  The Capitol was woefully under-manned that day.  Claims that there were 1200 officers are plainly false completely from the videos taken.  Pelosi and Bowser turned down offers for 20,000 National Guard troops becuase of public relations imaging in the days before January 6.  This is totally unfair to the individuals left in the lurch. Thank God that despite the false reports no police officers died during or because of the confrontation. Zachary Rehl is also Chair of the Philadelphia chapter of the Proud Boys.  The Proud Boiys do not demonstrate themselves. They defend the right of free



Boys.  The Proud Boiys do not demonstrate themselves. They defend the right of free speech against violent attacks from Leftist thugs like ANTIFA, the heirs of Mussolini's "Black Shirts" street army. While the majority of the 500,000 to 1 million people who demonstrated in Washington, D.C. on January 6, 2021, were 100% peaceful, a very few provocateurs engaged in war-like battles with the U.S. Capitol Police. The Proud Boys of course had nothing to do with the attacks on police or battles with police, except that the mainstream media peddles lies that EVERYONE IS A PROUD BOY.  People who never had anything to do with the Proud Boys are called Proud Boys simply to continue the smear campaign and spin a false narrative. The Left doesn't like the Proud Boys because when violent Leftists like ANTIFA try to break conserviatve rallies and attack conservatives, the Proud Boys stand in



9:33   •ıll LTE

givesendgo.com

#1 Free Christian Crowdfunding Site

SHARE NOW   PRAY NOW

conservatives, the Proud Boys stand in their way. Therefore, the Left has lied about the Proud Boys.for years to allow the violent Left to attack patriots and conservatives more easily and shut down conservative ideas. Remember that for many, many years the Left has used violence such as at universities to shut down speeches by conservatives such as Ben Shaprio and many others. The Proud Boys decided to organize to stop those attacks. That's why the media and Leftists lie about them and vilify the Proud Boys. Those smears are false. All funds will be controlled by an independent Treasurer who will ensure the proper use of funds and transparency. The Treasurer will receive medical bills first and then requests for other compensation. The details for disbursements will be posted ⓘ Help Me! To see the truth, take a look at Eddie Block's documentary video at:



disbursements will be posted here shortly.

To see the truth, take a look at Eddie Block's documentary video at:

https://tinyurl.com/pewxstdw

WARNING: The video is boring because it shows Zachary Rehl (in a gray/green hunting cap) wanedering around calmly as the Proud Boys just check the area for ANTIFA attackers.

Read less

### UPDATES

Follow this campaign to get email notifications when the campaign owner posts an update.

**FOLLOW NOW**



### PRAYER REQUESTS

? Help Me!

Click the Pray Now button to let the

