# JONATHON A. MOSELEY, ATTORNEY AT LAW

October 20, 2021

Mr. Jason B. A. McCullough, Esq.
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Mr. Luke M. Jones, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Re:   Inoperable *Brady* Disclosure Disk
      *USA v. Nordean*

Dear Mr. Jones and Mr. McCullough:

I am writing as attorney for Mr. Zachary Rehl in the combined group criminal case of <u>USA v. NORDEAN</u>, Case No. 21-cr-175, in the U.S. District Court for the District of Columbia.

I received from Zachary Rehl's prior attorney Shaka Johnson, Esq., several discs and an external hard drive supposedly containing *Brady v. Maryland* disclosures concerning the prosecution of Zachary Rehl and other Defendants in this case.

Alongside the priority of working on Zachary Rehl's release from pre-trial detention, I have purchased new equipment to play "Blu Ray" discs and a new monitor.

After several attempts, I have confirmed that there are no files on the "blu ray" type disc from the Washington Field Office of the Federal Bureau of Investigation, marked (on the exteriror label on the face of the disc) with Case ID: 100T-WF-3414040, and marked as DiscoveryCopy_244390_1B8_1, and Disc 1/1 – Copy 3/5.

There is a notation on the outside of the disc on the front label:

5765-F BURKE CENTER PARKWAY #337
BURKE, VIRGINIA 22015
*(Meetings By Appointment Only)*
(703) 656-1230   FAX: (703) 997-0937

"Contains ADLab and BlackLight reports of tagged/bookmarked items from evidence item 1B8."

After several attempts and new equipment purchased for this purpose, I have confirmed that there are no files on the disc.

The disc contains structure including file folders named "ADLab" and "Blacklight Reports." However, there is nothing in those file folders.

There are no files anywhere on the disc, whether data, photos, or videos.

The outside of the disc also is dated 7/9/2021 with initials that I would have to guess at.

Secondly, I also received a "blu ray" type disc marked on the outside as the Federal Bureau of Investigation Washington Field Office, Computer Analysis Response Team. It is identified as UCFN: 176-WF-3366759-BIGGS, Submission ID 240827, "Scoped Copy" and "unclassified." The disc is also marked DWEFScoped_ICloud_E6823327_1B2.

There are also no files on the disc.

I have the corresponding transmittal letter dated July 14, 2021, but the letter does not contain any instructions or information that would assist in reading the Blu Ray disc.

Again, there is structure in the form of relevant-named folders, but there is nothing in those folders.

I also received an external hard drive from brand name WD Elements SE with the business card of Luke Jones taped on both sides of the external hard drive.

The volume name is REHL ,

which is loaded with software CellebriteReader  (DI LTD)

to read the contents of the external hard drive.

The external hard drive contains a folder

> UFDR - iPhone 11 Pro
> loaded on April 29, 2021

However, when I try to start the CellebriteReader software it asks for an activation code. Finally, after many inquiries I got the advice to try to skip inputting the activation code.

CellebriteReader then attempts to open the file:

Apple iOS Full File system_2021-04-02_Report_2021-04-29_Report

However, the Cellebrite Reader says that that file is password-protected.

I have never received a password, including in any of the accompanying correspondence forwarded to me from the prior attorney Shaka Johnson.

I asked Leif Hickling and Amanda Rhode for assistance, who previously helped me got the USAfx system working for me.

We exchanged some emails abut I have not heard back since October 13, 2021, in response to my emails that I did not have the password to use to open the file Apple iOS Full File system_2021-04-02_Report_2021-04-29_Report

As of present, I still do not have the password to open the file or anything on that external hard drive.

I have not received any other digital media or hard copy paper of any other Brady disclosures.

I have two letters both dated July 13, 2021, describing a number of items in a chart. However, this letter does not refer to any particular media except to note that some of the items were sent by email. But I have not obtained any such emails from prior counsel or from the Government.

I have a letter dated July 2, 2021, referring to a Blu Ray disc containing materials from Ethan Nordean's cell phone. The transmittal letter refers to DiscoveryCopy_242794_1B12_1, containing a UFDR file 1818_Cellebrite_2021_05_14_ReportDATA… It refers to 10 folders each named Data_Set 1 through 10.

I do not have this Blu Ray disc.

I also received an external hard drive, with the brand WD. The external hard drive is labeled UCFN: 176-WF-3366759-REHL, Sub ID: 240834, DEWFDefenseCopy_240834: ICloud Returns, dated 6/1/2021, Examiner MBA .

It is also loaded with the CellebriteReader software.

CellebriteReader seems to be an ineffective solution for holding or transmitting or organizing these files. However, I have been using computer software since the 1970s

when my sister insisted that the school's large mainframe DEC computer was my girlfriend.  That is to say, with persistence I should eventually be able to understand how to use even obscure and unfamiliar computer software.

The Celebrite software does not easily show whether there are any actual files in the various sections shown in the software.

However, CellebriteReader produces an error that the file "Apple iCloud (Backup) - REHL_2021-02-17_Report.ufdr" and "21393354_Production_2102010949.Extracted? are "invalid."

Therefore, the file / report will not open.

Although the CellebriteReader software shows 3 segments Legacy(1), Legacy(2), and Legacy(3) and identifies file names, no content is accessible from the hard drive.

Therefore, there is no accessible information on this external hard drive.

Finally, I received a different kind of external hard drive with a numeric pad lock on the front of the heavy external hard drive, with brand name Aegis Fortress L3, AFL3-4TB, Apricorn.  FIPS 140-2 Level 3.  There is a handwritten label #21.

This external hard drive contained 5 folders, including iPhone and A6500, which I could open and view.  These contained very short video clips apparently from "Nick's" iPhone.

However, the other 3 folders contained a large number of files that were unreadable.

It would appear that the unreadable files are meant to be accessed from a proprietary software viewer, which is not anything I have seen before (and I know all of the standard file formats).


In general, I would have to note that the variety of different formats on which *Brady* disclosure is being provided is a serious impediment and burden.  The unnecessary use of Blu Ray discs instead of more common and standard DVD discs or a thumb drive has created unnecessary obstacles, delay, and burdens in accessing *Brady v. Maryland* disclosures.

The fact that almost every time information is provide a new and different method is used seriously complicates and interferes with the process  Each different method requires different study and attempts to access each different group of data.

Furthermore, the quantity of clearly irrelevant videos that do not contain any of the Defendants in this group and which are not helpful to this case is in itself an impediment to the processing of the case.  The complications and large quantities of irrelevant information are a burden to the process and not helpful.

Of course, at some point, as Bradford Geyer, attorney for Oath Keeper Defendant Kenneth Harellson points out, the segregation of different groups of Defendants may collapse, as the U.S. Attorney's Office attempts to make everyone responsible for the acts of everyone else.

The consequence of trying to view everyone who demonstrated in D.C. on January 6, 2021, as responsible for the actions of everyone else may make it impossible to deal with Defendants separately.  And therefore *Brady* disclosure may have to include everyone who was anywhere in any place anywhere around or in the U.S. Capitol.

However, as things stand now, most of the videos and documents are entirely unrelated to Zachary Rehl and an obstacle instead of a preparation for trial.

Sincerely,

JONATHON MOSELEY, Esq.
 (703) 656-1230  Fax: (703) 997-0937
Email:  Contact@jonmoseley.com

Cc:  (by email transmission) Luke Smith,
James Nelson Lisa Costner, J. Daniel Hull,
Nicholas Smith, Ira Knight, Shelly Peterson