### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Complainant,<br>   v.<br>ZACHARY REHL<br><br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)*<br><br>       Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

## **ACCUSED ZACHARY REHL'S NOTICE OF FILING VIDEO EXHIBITS**

Comes now the Accused ZACHARY REHL, by counsel, and provides notice of the following videos on a so-called "thumb drive" which will be submitted today to the Clerk and to Chambers in aid of pending motions including Zachary Rehl's renewed motion for release from pre-trial detention on bail, and dropped off to the U.S. Attorney's Office to Luke Jones, Esq.

Counsel was unable to burn these videos to DVD discs for reasons unknown, which would have been preferable for the Court's cyber security handling. That delayed this effort.

Therefore, Counsel is constrained to use the next best option of providing thumb drives to the Court and Chambers and to the Government. The Court's technical staff will probably want to copy off the videos from the thumb drive under its security efforts.

The contents will be known to the prosecution but the Court previously discussed the difficulty for the Court when the trial judge does not have the videos in front of him to evaluate while they are being discussed by the parties.

The videos include:

1) Videos from the external hard drive provided by the Government Aegis Fortress, showing the group of Proud Boys and others joining in with them calmly walking about 25 abreast <u>not</u> being led by Zachary Rehl, and then standing around on the Washington Mall just milling about – not storming anywhere – and taking photographs of each other, including with the Washington Monument behind them. **<u>The Court may recall that the Government accuses Zachary Rehl of leading protestors storming the Capitol, thus presenting a threat of future danger as a leader of the January 6, 2021, demonstrations and at risk of leading future such events so that bail from pretrial detention has been denied.</u>** *However, the photograph used to support this proposition is unfortunately "cropped" – by someone, possibly the private photographer – so as to create a misleading impression.   The videos show that Zachary Rehl was not leading anyone, just walking calmly in a large group of people, not ahead of them.*

   They are from the folder Sony A6500:

         i. ML_DC_20210106_A6500_C0041

        ii. ML_DC_20210106_A6500_C0042

       iii. ML_DC_20210106_A6500_C0044

       iv. ML_DC_20210106_A6500_C0045

        v. ML_DC_20210106_A6500_C0046

   These are still designated as sensitive on the grounds that private contact information might be overheard in the audio portion of these privately-recorded videos. But Rehl by counsel has asked the Government to agree to remove the designation of sensitive as no such audio can be heard in these videos.  The government's response

is still pending.

2) The segment of documentary film-maker Eddie Block's "raw" (unproduced) video of 1 hour and 40 minutes, from arrival at the U.S. Capitol until Eddie Block travels up the grass with help with his wheel chair, with the designation of sensitivity removed by the Court through the efforts of Ethan Nordean's counsel Nicholas Smith, which is named "Bad WiFi in dc_oSOsG5kN5wc_Channel_UCMoPOI9EfzVREnO5YMUR0Gw_" (referring to Eddie Block's attempt to use internet WiFi to send the video off-site simultaneously with filming the events, and does not refer to the actual quality of the video provided).

The video shows the Proud Boys marching around the outer perimeter of the Capitol grounds patrolling for threats from Antifa, chanting insults at Antifa (even though none are seen, apparently to draw them out), walking *away* from the Capitol, and generally standing around doing nothing, very calmly.  By the time the group approaches the Capitol from the West (Washington monument) side, Zachary Rehl has been separated from the group and is nowhere to be seen for about the last hour of the 1:40 hour video.  Note that this is apparently only one segment of video recorded that day by Eddie Block.

***However, again, Zachary Rehl is shown as mostly just standing around, and not leading anyone or anything.***

3) One photograph showing Zachary Rehl generally for the Court's assistance in understanding the videos being used.

4) Four photographs showing Zachary Rehl as dressed on January 6, 2021, for the

Court's assistance in understanding the videos being used. (Note that counsel has noticed several videos and photographs showing someone who vaguely resembles Zachary Rehl, but who is wearing very different clothing including blue jeans rather than black pants and a red cap and a different style of jacket.)

5) A video from the UK newspaper "The Sun" showing the scene of Proud Boys and those marching with them spontaneously walking 25 abreast on the Washington Mall – not being led by Zachary Rehl, who is just one in a line of about 25 men -- and further showing no "storming" but just walking calmly and slowly -- and then later random scenes of _other_ demonstrators calmly and peacefully milling about at the U.S. Capitol, titled "thesun.co.uk0176-PH-3400577_0000019_1A0000022_0000001"

Dated:  October 25, 2021               RESPECTFULLY SUBMITTED,
                                       ZACHARY REHL, by counsel

                                       /s/ Jonathon Moseley

                                       Jonathon Alden Moseley, Esq.
                                       DCDC Bar No. VA005
                                       Virginia State Bar No. 41058
                                       5765-F Burke Centre Parkway, PMB #337
                                       Burke, Virginia 22015
                                       Telephone:  (703) 656-1230
                                       Contact@JonMoseley.com
                                       Moseley391@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to the prosecution for distribution internally to all counsel involved for the proseuction.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S.

District Court for the District of Columbia.

>**Mr. Luke Matthew Jones, Esq.**
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 Fourth Street, N.W.
>Washington, DC 20530
>(202) 252-7066
>(202) 616-8470 (fax)
>ahmed.baset@usdoj.gov
>
>**Mr. Jason Bradley Adam McCullough, Esq.**
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 4th Street, NW
>Washington, DC 20001
>(202) 252-7233
>jason.mccullough2@usdoj.gov
>
>**Mr. James B. Nelson, Esq.**
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 Fourth Street NW, Room 4112
>Washington, DC 20530
>(202) 252-6986
>james.nelson@usdoj.gov

*/s/ Jonathon Moseley*
Jonathon Moseley, Esq.