# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Complainant,<br>     v.<br><br>ZACHARY REHL<br><br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)*<br><br>                    Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

## ACCUSED ZACHARY REHL'S NOTICE OF FILING AND MOTION FOR LEAVE TO FILE CONFIDENTIAL LETTER FROM WIFE REGARDING BAIL

Comes now the Accused ZACHARY REHL, by counsel, and states as follows:

The wife of Zachary Rehl wishes to provide a letter to the presiding judge, in support of Zachary Rehl's release on bail which of course will be copied by mail privately to opposing counsel (the Government prosecution).

Mrs. Rehl's letter is of course in support of Zachary Rehl's release from pre-trial detention on bail and offers assurances of compliance with any terms set by the Court, including her motivations to help with such compliance to keep her husband home with her.

This letter does not raise new argument or issues concerning Rehl's bail motion. It addresses the circumstances of his home where he asks to be released to home confinement on release from bail and describes her willingness and motivations to help make sure that the arrangements will work out successfully. Because it does not raise issues arguing the bail motion, no response should be needed. However, following protocols, a copy has been mailed to prosecutor AUSA Luke Jones as well. If the Court wants to set the terms and conditions of

release from detention no doubt the Government would have the opportunity to discuss those terms at that time with the Court and defense counsel. Counsel expects that pre-trial services in Philadelphia would be accessed as a resource.

However, Mrs. Rehl has not wanted to have her identity or involvement a matter of public attention. She is very involved and supportive of her husband and his situation. But she has never shared as a personal interest her husband's active participation in politics. As an individual she has spent time on other pursuits and other hobbies.

In the past, because of Zachary Rehl's past participation in rallies in Philadelphia such as "Back the Blue" in support of police officers against accusations and calls for defunding, their private information was publicized in hostility with some negative experiences, including an act of vandalism in 2018.

Therefore, Mrs. Rehl wanted to mail her letter directly, but to assure that the contact is proper, counsel wants to be transparent about her doing so.

THEREFORE, Rehl's counsel asks that the Court receive Mrs. Rehl's letter by mail, consider it for the purpose of possible terms of release from pre-trial detention on bail, and order that the contents be kept confidential to avoid any unwarranted public effects or publicity upon Mrs. Rehl or their home. The letter can be shared privately with other Defendants' counsel if they are interested.

Dated: November 12, 2021      RESPECTFULLY SUBMITTED,
                              ZACHARY REHL, by counsel

                              Jonathon Alden Moseley, Esq.

DCDC Bar No. VA005
Virginia State Bar No. 41058
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s),.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Mr. Luke Matthew Jones, Esq.**
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7066
(202) 616-8470 (fax)
ahmed.baset@usdoj.gov

**Mr. Jason Bradley Adam McCullough, Esq.**
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
(202) 252-6986
james.nelson@usdoj.gov

_____
Jonathon Moseley, Esq.

3