# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Complainant,<br>v.<br><br>ZACHARY REHL<br><br>　　　　　　　　Accused<br><br><br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)* | Criminal Case No.<br><br>1:21-cr-00175-TJK-3<br><br><br><br>Assigned to the Honorable<br>Timothy J. Kelly |

## ACCUSED ZACHARY REHL'S PROPOSED ORDER

Accused Zachary Rehl came before the Court upon his Zachary Rehl's Notice And Motion Regarding Joining Ethan Nordean's Motion To Dismiss First Superseding Indictment, considered by the Court on November _____, 2021, and upon the Court's consideration of the pleadings and representations of the parties, the Court orders as follows:

IT APPEARING TO THE COURT THAT the other Defendants Biggs and Donohoe in this group in the case joined in the motion to dismiss filed by Ethan Nordean except for Zachary Rehl, and

IT APPEARING TO THE COURT THAT Zachary Rehl went through a change of counsel during which new counsel became familiar with the case and Zachary Rehl's counsel professes that he was delayed by considering how not to delay the Court's consideration of the pending motion, and

IT APPEARING TO THE COURT THAT Zachary Rehl desires and moves the Court to

not create any delay or complication in the Court's consideration of the motion to dismiss, including waiving oral argument and standing upon the oral argument presented by counsel for Ethan Nordean and Joseph Bibbs, and

IT APPEARING TO THE COURT THAT Zachary Rehl would be potentially affected by the Court's decisions on all or parts of the motion to dismiss, and

IT APPEARING TO THE COURT THAT it would be clearer, more organized, and legally beneficial to have all Defendants affected by the motion to dismiss before the Court in the same legal posture and

IT APPEARING TO THE COURT THAT Zachary Rehl, by counsel, wishes to file a supplemental brief along with the other Defendants pursuant to the Court's Minute Order of November 3, 2021, as long as it does not create any grounds for additional procedural steps causing delay in the Court's decision, and

IT APPEARING TO THE COURT THAT Zachary Rehl waives oral argument, and

IT APPEARING TO THE COURT THAT the position of the Government states that

> The government does not oppose your motion to join defendant Nordean's motion to dismiss, on the condition that all government filings related to the motion are also deemed as applying to defendant Rehl.  Likewise, the government does not oppose your request for leave to file a response to the government's supplemental filing today (Nov. 17, 2021), consistent with the terms of the Court's Minute Order of Nov. 3, 2021.  The government will address any additional arguments raised in connection with the motion at the appropriate time.

NOW, THEREFORE, LET IT BE ORDERED AND ADJUDGED THAT:

(1) Zachary Rehl is granted leave and hereby is joined in the motion to dismiss filed by Ethan Nordean, with Rehl supporting, adopting, and agreeing with the Motion to Dismiss.

(2) Zachary Rehl in like manner as the other Defendants is understood to be asking the Court dismiss the First Superseding Indictment as against him as well as the other Defendants in whole or in part to the extent that the Court may agree with the motion to dismiss,

(3) Where the Nordean MTD is drafted as specifically referring to Ethan Nordean, Rehl's joining the motion to dismiss shall be interpreted as asks the Court considering the same arguments, application, and facts as applying to Rehl, as if the motion to dismiss had described Rehl in addition to Nordean.

(4) Upon Rehl's request, Rehl shall stand on the oral argument already provided by counsel for Ethan Nordean and Joseph Biggs.

(5) Upon Rehl's request, Rehl's oral argument is waived.

(6) Rehl may participate in the supplemental briefing ordered by the Court.

(7) Upon the Government's request agreed to by Rehl, "all government filings related to the motion are also deemed as applying to defendant Rehl,"

(8) Upon the Government's request agreed to by Rehl, "leave to file a response to the government's supplemental filing today (Nov. 17, 2021), consistent with the terms of the Court's Minute Order of Nov. 3, 2021."

(9) Upon the Government's request agreed to by Rehl, the government may address any additional arguments raised in connection with the motion at the appropriate time.

Dated:    November _____, 2021

_____.
U.S. District Court   JUDGE