IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Complainant,**<br>                     v.<br>**ZACHARY REHL**<br>**(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)** | **Criminal Case No.**<br>**1:21-cr-00175-TJK-3** |

### MOTION FOR DISCOVERY OF GRAND JURY PROCEEDINGS

NOW COMES the Accused, Zachary Rehl, through counsel, and respectfully moves this Honorable Court, pursuant to Rules 6(e)(3)(C) and Rule 16(a)(1)(C) of the Federal Rules of Criminal Procedure, for an order permitting the Defendants and their attorneys to inspect the Transcript, Minutes, Notes, and evidentiary exhibits of the Grand Jury proceedings and presentations made to the Grand Jury, or alternatively, for particulars as to what evidence was presented to the Grand Jury.

1) This Motion is made upon the grounds that said inspection of the Grand Jury Minutes is required by the Accused in the interest of justice, because the inspection of the proceedings before the Grand Jury is reasonably required and is material to the preparation of the defense of the Accused; because inspection of the Grand Jury Minutes will enable the Court to determine substantial legal and constitutional questions to be raised by the Accused's'

Motion to Dismiss the Indictment, which Motion should be determined by the Court prior to trial; because the denial of the inspection of the Grand Jury Minutes would arbitrarily deprive the Accused of a fair trial and his liberty without due process of law, contrary to the due process and fair trial provisions of the Fifth and Sixth Amendments to the United States Constitution; and because due and timely inspection of the Grand Jury Minutes is necessary in order to prevent the suppression of constitutionally-protected material and to guarantee the public's access to such constitutionally-protected material under the First Amendment.

2) Order requiring that the following matters relevant to the Grand Jury be disclosed forthwith:

1) The names and addresses of all attorneys for the Government appearing before, presenting evidence to, or making statements to, the Grand Jury.

2) A statement as to whether any unsworn witnesses or unauthorized persons were present in the Grand Jury room.

3) A statement as to when the Grand Jury first commenced its duties, and a copy of any documents or orders relating to or extending its legal authority or term.

4) And further, for an Order permitting the Defendants to inspect and copy any books, papers, documents, photographs, tangible objects, or copies or portions thereof which are within the government's possession, custody or control and which are intended for use by the government as evidence in chief at the trial.

This Motion will be based upon Rules 6(e)(3)(C) and 16(a(1)(C) of the Federal Rules of Criminal Procedure, the pertinent provisions of the First, Fifth, and Sixth Amendments to the Constitution of the United States, and the Brief in Support of the Motion, as well as all the records on file herein.

Counsel for Accused, Zachary Rehl, hereby certifies that he has made a bona fide attempt to secure such recorded testimony from the prosecutor on a voluntary basis but refused to comply with the request for the relief sought herein.

Oral argument is hereby specially requested as to the motion on the ground that, on the facts of this case, it raises novel and substantial issues respecting the secrecy of proceedings before the grand jury and the appropriate scope of pretrial discovery under Rules 6(e)(3)(C) and 16(a)(1)(A) of the Federal Rules of Criminal Procedure. The Court's attention is respectfully drawn to the Memorandum in support of the instant motion filed herewith.

Dated:   November 23, 2021        RESPECTFULLY SUBMITTED
                                  ZACHARY REHL, *By Counsel*

                                  /s/ Jonathon Alden Moseley
                                  Jonathon Alden Moseley, Esq.
                                  DC Bar No. VA005
                                  Virginia State Bar No. 41058
                                  5765-F Burke Centre Parkway, PMB #337
                                  Burke, Virginia 22015
                                  Telephone:   (703) 656-1230   Fax: (703) 997-0397
                                  Contact@JonMoseley.com
                                  Moseley391@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s).   From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
Telephone:   (202) 252-7066   Facsimile:   (202) 616-8470
ahmed.baset@usdoj.gov

**Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
Telephone:   (202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
Telephone: (202) 252-6986
james.nelson@usdoj.gov

_____
Jonathon Moseley, Esq.