# JONATHON A. MOSELEY, ATTORNEY AT LAW

September 24, 2021

Mr. Luke M. Jones, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Re:   Grand Jury Minutes / Notes
      *USA v. Nordean (Rehl)*

Dear Mr. Jones:

I am writing as attorney for Mr. Zachary Rehl in the combined group criminal case of USA v. NORDEAN, Case No., in the U.S. District Court for the District of Columbia.

I am not able to tell as of yet whether the U.S. Attorney's office provided to prior counsel Mr. Shaka Johnson the Grand Jury minutes / notes as it did provide for another Defendant. I do want to formally request the Grand Jury minutes or notes as you may refer to them. My criminal law consultant insists upon them for further analysis of this case.

As I will memorialize shortly, I have gotten access successfully to the USfx "dropbox" system. And I am going through the materials on there. (Apparently when I signed up for Box.com, links went to an empty account instead of to the USfx linked account. Amanda Rohde and technical staff was able to correct the link problem.) I received media from prior counsel Mr. Shaka Johnson but need a password on one and am setting up a blu ray reader for the others.

If I have not yet found where these have been produced already, I will look for them. However, I do want to make sure they have been formally requested. I will also be sending a comprehensive request including all of these requests.

Sincerely,

JONATHON MOSELEY, Esq.
 (703) 656-1230  Fax: (703) 997-0937
 Email:  Contact@jonmoseley.com