**Jonathon Moseley <contact@jonmoseley.com>**     10/29/2021 10:40 AM

## Re: Letter requesting Grand Jury MInutes (USA v. NORDEAN (REHL))

To Jones, Luke (USADC) <luke.jones@usdoj.gov>   Copy McCullough, Jason (USADC) <jason.mccullough2@usdoj.gov> • Rohde, Amanda (USADC) <amanda.rohde@usdoj.gov>   Blind copy legisman@yahoo.com <legisman@yahoo.com>

Dear Mr. Jones:

On September 24, 2021, as attorney for Zachary Rehl, I requested from the Government provision of the entire grand jury minutes or transcript however one may label the complete record of the proceedings before the grand jury concerning Zachary Rehl, resulting in the original indictment and First Superseding Indictment in this case.

I would like to remind you that I am still waiting for any response and the actual transcript / minutes of the Grand Jury proceedings.

If the Government does not agree to provide these, I will need to file a motion for the Court to order provision of this information and these documents.

Once again, if these have been previously provided in the discovery, I ask you to recollect that I am unable to access the vast majority of that information on the Blu Ray discs or external hard drives that were provided to Zachary Rehl's prior counsel or on USAfx. (I am able to get on to USAfx but I cannot find the vast majority of what should have been produced. I also note some mention that content on USAfx may *expire* after a period of time.)

I will purchase 3 TWO (2) Terabyte external hard drives and deliver them to the U.S. Attorney's Office in D.C. addressed to your attention, and ask that all Brady

If it matters for security reasons what external hard drive the U.S. Attorney's Office connects to its storage devices, I would be happy to allow your technical staff to purchase the external hard drives and pay for them.

I am thinking of purchasing:

Seagate 2TB USB USB 3.1 (Gen 1 Type-A) 2.5" Portable External Hard Drive - Black
https://www.microcenter.com/product/618691/seagate-2tb-usb-usb-31-(gen-1-type-a)-25-portable-external-hard-drive-black


Jon Moseley (703) 656-1230

> On September 24, 2021 12:29 PM Jonathon Moseley <contact@jonmoseley.com> wrote:
>
>
> Please find the correspondence attached
>
> Jonathon Moseley, Esq.
> Attorney at Law (Virginia)
> Mailing Address Only:
> 5765-F Burke Centre Parkway, #337 Burke, Virginia 22015
>
> Meetings by Appointment Only
> Telephone:  (703) 656-1230    Eastern Standard Time
> Facsimile:   (703) 997-0937
>
> Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our

> This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:   (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to

you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

- LetterLukeJonesGrandJuryMinutes.pdf (83 KB)