# JONATHON A. MOSELEY, ATTORNEY AT LAW

November 20, 2021

Mr. Luke M. Jones, Esq.
Assistant United States Attorney
U.S. Attorney's Office
    for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Mr. Jason B. A. McCullough, Esq.
Assistant United States Attorney
U.S. Attorney's Office
    for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Re:   *Brady* Request for Grand Jury Minutes and Transcript
       USA v. Zachary Rehl (in USA v. Nordean)

Dear Mr. Jones and Mr. McCullough:

      Again, for your filing and correspondence-routing convenience, I am writing as attorney for Mr. Zachary Rehl in the combined group criminal case of <u>USA v. NORDEAN</u>, Case No. 21-cr-175, in the U.S. District Court for the District of Columbia.

      In terms of disclosures under *Brady v. Maryland,* I do believe that we are getting a lot of tangential or unhelpful disclosures rather than the specific items that defense counsel are identifying as being probably or certainly exculpatory from our analysis in preparing to defend the case.    (Of course, exculpatory includes information that argues for guilt of a lesser crime or for a lesser penalty, not only that which proves outright innocence.)

      I asked on September 24, 2021, for production of the Grand Jury transcripts, minutes, and notes relating to Zachary Rehl. I also asked for copies of the Exhibits presented to the Grand Jury relating to Zachary Rehl.

     Separate and apart from actually receiving a copy of these, I asked for the Government's position as to whether or not the Government would agree to provide them. I understand that actually retrieving them and providing them could take longer than merely answering if the Government agrees or disagrees.

     I asked for these again by email on October 29, 2021.

     The Government has failed and refused to provide either these Grand Jury materials or any response simply as to whether or not the Government agrees or disagrees with providing these Grand Jury transcripts, minutes, notes, and exhibits.

     Please respond and explain what the Government's position on this request is – even if you believe it would take a little more time to collect and deliver the actual documents in hand.

                                           Sincerely,

                                           JONATHON MOSELEY, Esq.
                                           (703) 656-1230  Fax: (703) 997-0937
                                           Email:  Contact@jonmoseley.com