IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Complainant,<br>v.<br>ZACHARY REHL<br>　　　　　　　　　Accused<br><br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)* | Criminal Case No.<br><br>1:21-cr-00175-TJK-3<br><br><br><br>Assigned to the Honorable<br>Timothy J. Kelly |

### ACCUSED ZACHARY REHL'S  PROPOSED ORDER

Accused Zachary Rehl came before the Court upon his Zachary Rehl's Motion For Discovery Of Grand Jury Proceedings, considered by the Court on Decembe r_____, 2021, and upon the Court's consideration of the pleadings and representations of the parties, and oral argument, the Court orders as follows:

IT APPEARING TO THE COURT THAT the Grand Jury proceedings likely contain exculpatory information to which the Defendant is entitled to pursuant to *Brady v. Maryland, 373 U.S. 83 (1963),*, and

IT APPEARING TO THE COURT THAT the Government would otherwise be able to designate any material it believes should be kept confidential as Sensitive or Highly Sensitive pursuant to the Protective Order, unless specific material is shown to be in fact exculpatory and needs to be used in specific ways that require accommodation

NOW, THEREFORE, LET IT BE ORDERED AND ADJUDGED THAT the Government shall make available to the Defendant Zachary Rehl, by counsel the transcripts,

minutes, notes, and/or evidentiary exhibits from the Grand Jury proceedings concerning Zachary Rehl.

Dated:    December _____, 2021

_____.
U.S. District Court    JUDGE