# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Complainant,**<br>            v.<br><br>**ZACHARY REHL**<br>**(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)** | **Criminal Case No.**<br>**1:21-cr-00175-TJK-3** |

### ZACHARY REHL'S
### REQUEST FOR SCHEDULING HEARING, ARGUMENT, AND DECISION ON MOTION FOR GRAND JURY INFORMATION

COMES NOW the Defendant Zachary Rehl, by counsel, and requests that the Court scheduled a hearing, oral argument, and decision upon Zachary Rehl's **Motion For Discovery Of Grand Jury Proceedings.**

### REQUEST FOR ORAL ARGUMENT

Defendant Zachary Rehl, by counsel, requests oral argument upon the motion.

*Jonathon Moseley, Esq.*

Dated:  November 23, 2021    RESPECTFULLY SUBMITTED
                             ZACHARY REHL, *By Counsel*

/s/ Jonathon Alden Moseley
Jonathon Alden Moseley, Esq.
DC Bar No. VA005
Virginia State Bar No. 41058
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
    Telephone:  (703) 656-1230  Fax: (703) 997-0397
Contact@JonMoseley.com
Moseley391@gmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 23, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s).  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

    **Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
Telephone:  (202) 252-7066  Facsimile:  (202) 616-8470
**ahmed.baset@usdoj.gov**

    **Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
Telephone:  (202) 252-7233
**jason.mccullough2@usdoj.gov**

    **Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
Telephone: (202) 252-6986
**james.nelson@usdoj.gov**

_/s/ Jonathon Moseley_
Jonathon Moseley, Esq.