# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Complainant, | |
| v. | Criminal Case No. |
| ZACHARY REHL | 1:21-cr-00175-TJK-3 |
| Accused | |
| *(Styled as USA v. NORDEAN incorporating cases against four Defendants collectively)* | Assigned to the Honorable Timothy J. Kelly |

### ACCUSED ZACHARY REHL'S MOTION TO COMPEL PRODUCTION OF *BRADY V. MARYLAND* DISCLOSURES

Comes now the Accused ZACHARY REHL, by counsel, and hereby moves the Court to order the Government to provide and produce disclosures under *Brady v. Maryland* and for his grounds files his companion Memorandum of Law.

### CERTIFICATE OF CONSULTATION

Counsel for Zachary Rehl has been consulting with the prosecution about this topic since October 2021, and delivered three, brand-new, blank external hard drives to the prosecution on November 4, 2021, to resolve this problem. The prosecution has never refused to implement this or other plans to provide Zachary Rehl with disclosures / discovery.  But it just never gets done.

.

Dated:  November 25, 2021          RESPECTFULLY SUBMITTED,
                                   ZACHARY REHL, by counsel

Jonathon Alden Moseley, Esq.
DCDC Bar No. VA005
Virginia State Bar No. 41058
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s).  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7066
(202) 616-8470 (fax)
ahmed.baset@usdoj.gov

**Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
(202) 252-6986
james.nelson@usdoj.gov

_____
Jonathon Moseley, Esq.

3