# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br>              Complainant, </br>v. </br></br>ZACHARY REHL </br></br>              Accused </br></br></br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)* | Criminal Case No. </br></br>1:21-cr-00175-TJK-3 </br></br></br></br></br></br>Assigned to the Honorable </br>Timothy J. Kelly |

### [PROPOSED] ORDER
### ON ACCUSED ZACHARY REHL'S MOTION TO COMPEL PRODUCTION
### OF *BRADY V. MARYLAND* DISCLOSURES

Accused Zachary Rehl came before the Court upon his Zachary Rehl's Motion to Compel Production of **Brady v. Maryland** *Disclosures*, considered by the Court on December_____, 2021, and upon the Court's consideration of the pleadings and representations of the parties, and oral argument, the Court orders as follows:

IT APPEARING TO THE COURT THAT the Defendant Zachary Rehl needs to be able to participate in his own defense including by reviewing and analyzing information that the Government is required to produce as potentially exculpatory information to which the Defendant is entitled to pursuant to *Brady v. Maryland, 373 U.S. 83 (1963),* and

IT APPEARING TO THE COURT THAT the Defendant Zachary Rehl on the representation of his counsel is requesting to have videos and other information provided to him according to the requirements and procedures of the Philadelphia Detention Center so that he can

prepare for trial and participate in his own defense, including in his ability to recognize people and events shown in videos better than his attorney might be able to recognize and understand within the videos, photographs, documents, or communications, and

IT APPEARING TO THE COURT THAT the Defendant Zachary Rehl's prior attorney shares an obligation to forward any information previously disclosed by the Government, but

IT APPEARING TO THE COURT THAT for whatever reason the Defendant Zachary Rehl's current attorney does not have and cannot supply to the Defendant disclosures or discovery served by the Government prior to the withdrawal of Zachary Rehl's prior counsel.

NOW, THEREFORE, LET IT BE ORDERED AND ADJUDGED THAT the Government by the U.S. Attorney's Office for the District of Columbia shall make available to the Defendant Zachary Rehl, by current counsel all of the disclosures and discovery previously provided to Zachary Rehl's prior counsel before his current counsel entered his appearance, including providing any passwords or codes required to access such dates by December _____, 2021, and

LET IT BE FURTHER ORDERED AND ADJUDGED that the U.S. Attorney's Office for the District of Columbia shall either copy all *Brady* disclosures or other discovery onto some or all of the three (3) external hard drives provided to the U.S. Attorney's office at Zachary Rehl's expense or else promptly identify to counsel for Zachary Rehl what practical methods of transferring the data that the U.S. Attorney's Office believe will be most efficient, easiest, cheapest, and least burdensome pragmatically and technically, and

LET IT BE FURTHER ORDERED AND ADJUDGED that Zachary Rehl's counsel suggest that it is safest and most certain for him to physically pick-up the data on the external hard drives, and the U.S. Attorney's Office shall either follow that method or promptly and

clearly identify a method of transferring the data that the U.S. Attorneys' Office prefers, and

   LET IT BE FURTHER ORDERED AND ADJUDGED that the U.S. Attorney's Office for the District of Columbia may require any document accepting the Protective Order by the Defendant or registering for any communication or digital communication system or service, but only to the extent that said Office promptly provides a form or exemplar form of what document will satisfy the U.S. Attorney's Offices requirements and concerns for the Defendant to execute, so that the concerns and requirements are clearly identified by the U.S. Attorney's Office and the Defendant is not left to guess what might satisfy the U.S. Attorney's office (or its vendor communication services), and

   LET IT BE FURTHER ORDERED AND ADJUDGED that the Clerk shall forward a copy of this Order and associated pleadings to prior Counsel Mr. Shaka Johnson to seek if he may be of assistance in providing the disclosures to current counsel.

Dated: December _____, 2021

                  _____.