# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Complainant,<br>v.<br><br>ZACHARY REHL<br><br>        Accused<br><br>*(Styled as USA v. NORDEAN incorporating cases against four Defendants collectively)* | Criminal Case No.<br><br>1:21-cr-00175-TJK-3<br><br><br><br>Assigned to the Honorable<br>Timothy J. Kelly |

## PROPOSED ORDER
## ON ACCUSED ZACHARY REHL'S MOTION FOR INSTRUCTIONS FOR EVALUATION FOR QUALIFYING FOR PUBLIC DEFENDER AND ALTERNATIVE MOTION TO WITHDRAW

The Defendant Zachary Rehl came before the Court upon his Zachary Rehl's MOTION FOR INSTRUCTIONS FOR EVALUATION FOR QUALIFYING FOR PUBLIC DEFENDER AND ALTERNATIVE MOTION TO WITHDRAW, considered by the Court on December_____, 2021, and upon the Court's consideration of the pleadings and representations of the parties, and oral argument, the Court orders as follows:

IT APPEARING TO THE COURT THAT it would be expedient to the Defendant's legal defense including through the scheduled trial, and

IT APPEARING TO THE COURT THAT it would be undesirable for the Defendant's attorney to withdraw, if it all, before the Defendant and counsel are certain that he would have a substitute attorney available to represent him.

NOW, THEREFORE, LET IT BE ORDERED AND ADJUDGED THAT pre-trial

2

services and/or the public defender's office is authorized and directed to evaluate and process Zachary Rehl's application for possibly qualifying for a public defender. It is reminded that Zachary Rehl is at the Philadelphia Detention Center.

Dated:    December _____, 2021

_____.
U.S. District Court   JUDGE