UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No. 21-CR-175-3 (TJK) |
| : | |
| ZACHARY REHL, : | |
| : | |
| Defendant.  : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTIONS TO COMPEL**

On November 23 and 25, 2021, defendant Zachary Rehl filed motions to compel discovery. *See* ECF 230, 234.  Under the local rules, the government's responses to those motions are due on December 7 and 9, 2021.  For the reasons stated below, the government seeks an extension of time, until December 16, 2021, to file any responses to the motions to compel.

Sunday evening, December 5, 2021, defendant Rehl's counsel filed a motion indicating that counsel "has been informed indirectly that Zachary Rehl wishes to apply for provision of a public defender," requesting "an instruction from the Court to authorize and allow pre-trial services and/or the public defender's office to interview and consider Zachary Rehl to see if he qualifies for a public defender," and stating, "if this cannot be done without Jonathon Moseley first withdrawing as Zachary Rehl's attorney, then Zachary Rehl has personally asked for the Court to order the withdrawal of Jonathon Moseley as counsel so that he can proceed with an interview and evaluation for a public defender."  ECF 237.

Given the uncertainty as to whether Mr. Moseley will continue to represent defendant Rehl in this case in light of this filing, and given the impact that could have on the government's response to the recently filed discovery motions, the government requests a brief extension of time—until December 16, 2021—to respond to the motions.  The government requested Mr.

Rehl's counsel's position on this request for relief, and it is the government's understanding that counsel opposes the request.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          DC Bar No. 481052

By:     */s/ Luke M. Jones*
         LUKE M. JONES
         VA Bar No. 75053
         ERIK M. KENERSON
         OH Bar No. 82960
         JASON B.A. MCCULLOUGH
         D.C. Bar No. 998006; NY Bar No. 4544953
         Assistant United States Attorneys
         555 4th Street, N.W.
         Washington, D.C. 20530
         (202) 252-7066
         Luke.Jones@usdoj.gov