IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 21-cr-175-3 (TJK) |
| ZACHARY REHL, | : | |
| Defendant | : | |

## ORDER

This matter having come before the Court on the government's Motion for Extension of Time to Respond to Defendant's Motions to Compel, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the government shall file any response to defendant Zachary Rehl's motions to compel, ECF 230, 234, no later than December 16, 2021.

DATE:

The Honorable Timothy J. Kelly
United States District Judge.