**Jones, Luke (USADC) <luke.jones@usdoj.gov>**     11/10/2021 10:42 PM

# RE: [EXTERNAL] I hope that the package I dropped off of 3 blank hard drives reached you

To Jonathon Moseley <contact@jonmoseley.com>    Copy Kenerson, Erik (USADC) <erik.kenerson@usdoj.gov> • McCullough, Jason (USADC) <jason.mccullough2@usdoj.gov> • Rohde, Amanda (USADC) <amanda.rohde@usdoj.gov>

12/7/21, 4:59 AM                Network Solutions RE: [EXTERNAL] I hope that the package I dropped off of 3 blank hard drives reached you Printout

Case 1:21-cr-00175-TJK Document 241-1 Filed 12/07/21 Page 2 of 5

Mr. Moseley,

Thank you for your email. We received the hard drives and will be providing the discovery expeditiously, subject to the protective order entered by the Court.

If you recently transmitted a protective order acknowledgement from Mr. Rehl, I did not receive it. Could you please clarify?

Thank you,

Luke

**From:** Jonathon Moseley <contact@jonmoseley.com>
**Sent:** Wednesday, November 10, 2021 1:44 PM
**To:** Jones, Luke (USADC) <LJones2@usa.doj.gov>
**Cc:** Kenerson, Erik (USADC) <EKenerson@usa.doj.gov>; McCullough, Jason (USADC) <JMcCullough1@usa.doj.gov>; Rohde, Amanda (USADC) <ARohde2@usa.doj.gov>
**Subject:** RE: [EXTERNAL] I hope that the package I dropped off of 3 blank hard drives reached you

My client Zachary Rehl is bugging me about getting him copies on DVD or USB thumb drive while he has little else to do in detention. Of course one of the major purposes of having information including potentially exculpatory information is for a defendant to participate in his own defense.

Seems that all of the district's detention centers have many unique variations in their own situations.

The Philadelphia Detention Center will allow Zachary Rehl to view DVDs or maybe USB thumb drives.

But of course the stations that can be used are not connected to the internet.

So if you are able to get me at least 1 external blank hard drive that I delivered, maybe copying some organized, structured portion of the discovery that the

the material unsupervised by counsel, because of the impracticality of attorneys sitting in and the many long hours.

I assume that you have received Zachary Rehl's personal acknowledgement of the protective order. If you feel anything more is required, please let me know.

Jon Moseley

> On November 5, 2021 5:53 PM Jones, Luke (USADC) <luke.jones@usdoj.gov> wrote:
>
> Mr. Moseley,
>
> Thank you for your letter. I'm confirming that we did receive the hard drives, and we'll begin loading discovery materials onto them.
>
> Best,
>
> Luke Jones
>
> *Luke M. Jones*
> *Assistant U.S. Attorney*
> *District of Columbia*
> *202-252-7066 (desk)*
> *202-815-4091 (cell)*
>
> **From:** Jonathon Moseley <contact@jonmoseley.com>
> **Sent:** Thursday, November 4, 2021 8:01 PM

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:   (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

12/7/21, 4:59 AM
Case 1:21-cr-00175-TJK Document 241-1 Filed 12/07/21 Page 5 of 5
Network Solutions RE_ [EXTERNAL_ I hope that the package I dropped off of 2 blank hard drives reached you Printout

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:    (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.