12/7/21, 4:58 AM    Network Solutions RE_ [EXTERNAL] I hope that the package I dropped off of 3 blank hard drives reached you Printout

Case 1:21-cr-00175-TJK Document 241-2 Filed 12/07/21 Page 1 of 4

**Jones, Luke (USADC) <luke.jones@usdoj.gov>**     11/5/2021 5:53 PM

# RE: [EXTERNAL] I hope that the package I dropped off of 3 blank hard drives reached you

To Jonathon Moseley <contact@jonmoseley.com>   Copy Kenerson, Erik (USADC) <erik.kenerson@usdoj.gov> • McCullough, Jason (USADC) <jason.mccullough2@usdoj.gov> • Rohde, Amanda (USADC) <amanda.rohde@usdoj.gov>

12/7/21, 4:58 AM         Network Solutions RE_ [EXTERNAL] I hope that the package I dropped off of 3 blank hard drives reached you Printout

Case 1:21-cr-00175-TJK Document 241-2 Filed 12/07/21 Page 2 of 4

Mr. Moseley,

Thank you for your letter. I'm confirming that we did receive the hard drives, and we'll begin loading discovery materials onto them.

Best,

Luke Jones


*Luke M. Jones*
*Assistant U.S. Attorney*
*District of Columbia*
*202-252-7066 (desk)*
*202-815-4091 (cell)*



**From:** Jonathon Moseley <contact@jonmoseley.com>
**Sent:** Thursday, November 4, 2021 8:01 PM
**To:** Jones, Luke (USADC) <LJones2@usa.doj.gov>; Nelson, James (USADC) <JNelson4@usa.doj.gov>
**Subject:** [EXTERNAL] I hope that the package I dropped off of 3 blank hard drives reached you



Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:   (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various

12/7/21, 4:58 AM  Network Solutions RE_ [EXTERNAL]_ I hope that the package I dropped off of 2 blank page drives reached you Printout

Case 1:21-cr-00175-TJK Document 241-2 Filed 12/07/21 Page 3 of 4

you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

12/7/21, 4:58 AM	Network Solutions RE_ [EXTERNAL] I hope that the package I dropped off of 2 blank hard drives reached you Printout

Case 1:21-cr-00175-TJK Document 241-2 Filed 12/07/21 Page 4 of 4

- LetterDeliverEmptyHardDrvies.pdf (74 KB)