## JONATHON A. MOSELEY, ATTORNEY AT LAW

September 15, 2021

Mr. Luke M. Jones, Esq.
Assistant United States Attorney
U.S. Attorney's Office
    for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Dear Mr. Jones:

    I am writing as attorney for Mr. Zachary Rehl in the combined group criminal case of <u>USA v. NORDEAN</u>, Case No., in the U.S. District Court for the District of Columbia.

    There is one additional topic of Brady material (loosely called discovery) that I suspect others have asked the government for already been asking for.

    Initially, I am asking if the U.S. Attorney's office would represent the Federal Bureau of Information on this matter or if I should request the issuance of a *subpoena duces tecum* to the FBI. I am also asking that the U.S. Attorney's office disclose this information if and when it comes into your possession. And I am asking you to specifically request this information from the FBI and try to get it.

    According to news reports such as the attached, the FBI has determined that there was no advance planning of the demonstrations that culminated on January 6, 2021, by as many as an estimated 500,000 to 1,000,000 people turning into some of the 10,000 people gathered around the U.S. Capitol (as estimated by the new Acting Chief of the U.S. Capitol Police in a statement) breaching barricades and climbing on to the Capitol stairs and porches, and a smaller subset entering the U.S. Capitol and a much, much, much smaller subset engaging in violent battles with police at a few of the entrances along the 751 foot long U.S. Capitol building.

    Clearly if there are any report or reports, memoranda, analyses, or communications by or within the FBI finding that there was no advance planning of the physical actions against the U.S. Capitol building, in whatever form or in any way related to that topic, this would be a required disclosure under *Brady v. Maryland*, 373 U.S. 83 (1963).

    Now obviously – which is the whole scam here – there was of course advance planning of peaceful protests at the Ellipse on January 6, 2021, near the White House on

January 5, 2021, a protest next to the U.S. Senate Russell building on the Union Station side on January 6, 2021, a demonstration with a giant U.S. Constitution on January 6, 2021, and many other events and activities that day.

At least 10,000 Asian-Americans protesting the Chinese Communist Party set up booths on the mall with giant banners and distributed T-shirts supporting Trump because of their concerns about China.  That obviously did not happen without advance planning.

Obviously, the question is whether there was any advance planning of attacking or brawling with police, breaking in to the U.S. Capitol, and entering the U.S. Capitol.

And obviously, planning to defend vulnerable crowds of defenseless Trump demonstrators against Antifa are not what we are talking about.  Advance planning to respond defensively against Antifa or others is not evidence of any crime.

The Capitol is as long as a small ocean-going cruise ship, with the Queen Elizabeth 2 measuring in at 963 feet compared to the U.S. Capitol's 751 foot length.  It is mind-bending and crazy that experiences in different places were so dramatically different that day.  Some people refuse to confront the differences between the war-like riots that occurred at some places with the peaceful protests that occurred at other places, or the peaceful though illegal trespassing that occurred at other places.

No one likes aggressive comments and it undermines professional working relationships.

But I would be letting my client down not to make a record of reminding the U.S. Attorney's Office that if the FBI has evidence (or analysis of a lack of evidence), a prosecutor cannot ethically or professionally continue a prosecution alleging that a defendant conspired to organize an attack on the U.S. Capitol Building with actual knowledge that the evidence cannot sustain that allegation.  I am sure that the U.S. Attorney's office will act properly after digesting the mountain of information in this case.

Sincerely,

JONATHON MOSELEY, Esq.
 (703) 656-1230  Fax: (703) 997-0937
 Email:  Contact@jonmoseley.com