IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                   Complainant,<br>v.<br><br>ZACHARY REHL<br><br>                   Accused<br><br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)* | Criminal Case No.<br><br>1:21-cr-00175-TJK-3<br><br><br><br><br>Assigned to the Honorable<br>Timothy J. Kelly |

## CONDITIONAL MOTION TO WITHDRAW

Comes now Jonathon Moseley as counsel for ZACHARY REHL, and – conditional upon confirmation by the federal defender's office of alternative counsel being available and that Zachary Rehl has not been manipulated and has a full understanding of the circumstances of a change – moves to withdraw as counsel for Zachary Rehl, effective upon the availability of alternative counsel, moves to withdraw, as explained in his companion Memorandum of Law.

### REQUEST FOR ORAL ARGUMENT

Counsel for Zachary Rehl requests oral argument here on.

*[signature]*

### REQUEST FOR DELEGATION TO MAGISTRATE

In order to minimize collateral matters affecting the trial, counsel suggests that these matters be heard by a Magistrate Judge and not the trial judge.

Dated: December 9, 2021            RESPECTFULLY SUBMITTED,
                                   ZACHARY REHL, by counsel

                                   Jonathon Alden Moseley, Esq.
                                   DCDC Bar No. VA005
                                   Virginia State Bar No. 41058
                                   5765-F Burke Centre Parkway, PMB #337
                                   Burke, Virginia 22015
                                   Telephone: (703) 656-1230
                                   Contact@JonMoseley.com
                                   Moseley391@gmail.com

### CERTIFICATE OF CONSULTATION

Counsel for Zachary Rehl previously inquired of the prosecution's position on the prior motion and the topic on December 3, 2021, and the prosecution takes no opinion or position on this motion. Counsel believes that as an extension of that motion, the prosecution also takes no position on this motion as well as an extension thereof.

.

### CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s). From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of

the U.S. District Court for the District of Columbia.

>**Mr. Luke Matthew Jones, Esq.**
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 Fourth Street, N.W.
>Washington, DC 20530
>(202) 252-7066
>(202) 616-8470 (fax)
>ahmed.baset@usdoj.gov
>
>**Mr. Jason Bradley Adam McCullough, Esq.**
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 4th Street, NW
>Washington, DC 20001
>(202) 252-7233
>jason.mccullough2@usdoj.gov
>
>**Mr. James B. Nelson, Esq.**
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 Fourth Street NW, Room 4112
>Washington, DC 20530
>(202) 252-6986
>james.nelson@usdoj.gov

*/s/ Jonathon Moseley*
Jonathon Moseley, Esq.