12/9/21, 5:41 PM  Network Solutions Re_ Status of ZACHARY REHL (USA v. NORDEAN) in US District Court of the District of Columbia Printout

Case 1:21-cr-00175-TJK Document 246-2 Filed 12/09/21 Page 1 of 3

**Shelli Peterson <shelli_peterson@fd.org>**  9/7/2021 3:05 PM

## Re: Status of ZACHARY REHL (USA v. NORDEAN) in US District Court of the District of Columbia

To Jonathon Moseley <contact@jonmoseley.com>

No, I was only on the case to assist his prior lawyer who was not a member of the bar. If he wants court appointed counsel, he (or someone on his behalf) needs to fill out the attached financial affidavit and I will submit it to the Court. If you are representing him, you are good to go.

**From:** Jonathon Moseley <contact@jonmoseley.com>
**Sent:** Tuesday, September 7, 2021 3:00:27 PM
**To:** Shelli Peterson
**Subject:** Status of ZACHARY REHL (USA v. NORDEAN) in US District Court of the District of Columbia

Dear Ms. Paterson:

I want to ask you about your appointment regarding ZACHARY REHL in the criminal case of USA v. NORDEAN.

Of course Zachary Rehl has been incarcerated under pre-trial detention in the Philadelphia Detention Center.

I met with Zachary for 2 hours yesterday.

He said that he was not aware that a public defender had been appointed for him.

Can you let me know your understanding of the situation? I do not want to work at cross-purposes with any other lawyer or duplicate work.

12/9/21, 5:41 PM    Network Solutions Re_ Status of ZACHARY REHL (USAO_NORDEAN) in US District Court for the District of Columbia Printout

Case 1:21-cr-00175-TJK Document 246-2 Filed 12/09/21 Page 2 of 3

Please let me know if you have additional information about being appointed to represent Zachary Rehl and the status of the case from your point of view.

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015
Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:    (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

12/9/21, 5:41 PM	Network Solutions Re_ Status of ZACHARY REHL (USAO_ NORDEAN) US District Court the District of Columbia Printout

Case 1:21-cr-00175-TJK Document 246-2 Filed 12/09/21 Page 3 of 3

- New Blank CJA Form.pdf (111 KB)