12/9/21, 5:43 PM     Network Solutions Re_ Urgent can you please call me Re_ your office representation UNCERTAINTY Printout

Case 1:21-cr-00175-TJK   Document 246-4   Filed 12/09/21   Page 1 of 5

**Shelli Peterson <shelli_peterson@fd.org>**                                           12/8/2021 11:49 AM

## Re: Urgent can you please call me Re: your office representation UNCERTAINTY

To  Jonathon Moseley <contact@jonmoseley.com>

As I advised you, Mr. Rehl is qualified for court appointed counsel so if you withdraw as I understand he has requested on multiple occasions, we will assign a lawyer to represent him.

Get Outlook for iOS

**From:** Jonathon Moseley <contact@jonmoseley.com>
**Sent:** Wednesday, December 8, 2021 11:35:32 AM
**To:** shelli_peterson@fd.org <shelli_peterson@fd.org>
**Subject:** Re: Urgent can you please call me Re: your office representation UNCERTAINTY

To avoid delay ping-ponging, in one of several different telephone-game messages I have heard, there may be a public defender who is available to enter the case for Zachary Rehl, even though Rehl has qualififed for financial assistance from two private foundations for his legal defense.

While I am hearing wildly inconsistent and improbable messages,

bottom line:  If a public defender is set up to take over the case,

I assume that they are fully capable of using a telphone.

They can call me and we can sign a substitution of counsel.

But if no one is calling me from the FD's office, I assume that there is in fact no one actually lined up to take over Zachary Rehl's defense.  Or I would have received a phone call or something.

12/9/21, 5:43 PM    Network Solutions :: Re_ Urgent Call you please call me Re_ your office representation UNCERTAINTY Printout

Case 1:21-cr-00175-TJK Document 246-4 Filed 12/09/21 Page 2 of 5

Jon Moseley

On December 8, 2021 11:21 AM Jonathon Moseley <contact@jonmoseley.com> wrote:

It is related to the attached and multiple inconsistent stories I have been getting about whether the federal defenders' office is or is not involved.

Jon Moseley

> On December 8, 2021 11:12 AM Jonathon Moseley <contact@jonmoseley.com> wrote:

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:   (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer

12/9/21, 5:43 PM
Network Solutions Re: _ Urgent call you please call me Re: your office representation UNCERTAINTY Printout

Case 1:21-cr-00175-TJK Document 246-4 Filed 12/09/21 Page 3 of 5

unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:    (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various

12/9/21, 5:43 PM                              Network Solutions Re_ Urgent Call you please call me Re_ your office representation UNCERTAINTY Printout

Case 1:21-cr-00175-TJK Document 246-4 Filed 12/09/21 Page 4 of 5

intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:   (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.