IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Complainant, <br> v. <br><br> ZACHARY REHL <br><br> Accused <br><br> *(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)* | Criminal Case No. <br><br> 1:21-cr-00175-TJK-3 <br><br><br> Assigned to the Honorable <br> Timothy J. Kelly |

**PROPOSED ORDER**
**ON JONATHON MOSELEY'S CONDITIONAL MOTION TO WITHDRAW**

Counsel for Defendant Zachary Rehl Jonathon Moseley came before the Court upon his motion to withdraw, considered by the Court on December_____, 2021, and upon the Court's consideration of the pleadings and representations of the parties, and oral argument, the Court orders as follows:

IT APPEARING TO THE COURT THAT to minimize influence upon the trial, this matter should be heard by Magistrate Judge _____, and

IT APPEARING TO THE COURT THAT Zachary Rehl has requested that Jonathon Moseley withdraw as counsel, but presented this as necessary for Rehl to be evaluated, possibly approved, and represented by a Federal Public Defender, and

IT APPEARING TO THE COURT THAT having current, retained counsel withdraw prior to Zachary Rehl being certain of the availability of alternative, government-funded counsel may delay and postpone this Court's scheduling and progress of this case with a looming trial

date in mid April 2022 and lead to unnecessary effort and action if Jonathon Moseley were to have to re-enter the case if a government-funded attorney did not work out, and

IT APPEARING TO THE COURT THAT the ability of an alternative attorney to handle the case in terms of the investment of time is a consideration not just the capabilities on paper to handle the case and whether Zachary Rehl might qualify to handle the case, and

IT APPEARING TO THE COURT THAT Zachary Rehl's awareness of alternative private funding for a retained attorney may not be clear to Zahcary Rehl so that he can determine with full information if it would be most advantageous for Rehl to have retained counsel, even if that might be different retained counsel from Jonathon Moseley.

NOW, THEREFORE, LET IT BE ORDERED AND ADJUDGED THAT this matter be referred to Magistrate _____, for the entry of an order of withdrawal of Jonathon Moseley as counsel, conditional upon the Magistrate satisfying himself or herself, possibly by colloquy with Zachary Rehl and/or pre-trial services, that:

1) There is solid documentation that Zachary Rehl would qualify for a government-funded attorney.

2) There is solid documentation that an alternative attorney with sufficient time in his or her workload is available to not just theoretically but in reality provide effective legal representation for Zachary Rehl, such as enough time to contact current counsel.

3) Confirmation that an alternative attorney is available who shares Zachary Rehl's view of the case and is not hostile to Rehl's legal positions.

4) That current counsel has for his records that he is not abandoning the client without alternative counsel being available.

5) Identification of how long Zachary Rehl would be without an attorney if Jonathon

Moseley were to withdraw, thereby disrupting the business of this Court and the established timetable of this case set by this Court.

6) Whether Zachary Rehl understands that he has been approved for funding of his future legal bills and expenses through a private foundation's donations from Defending the Republic, which might be applicable with a retained attorney different from Jonathon Moseley.

7) Whether Zachary Rehl understands that he has been approved for a $20,000 donation toward his legal bills and expenses through another private foundation's donations.

8) Whether Zachary Rehl understands that he could potentially lose the financial support to pay his legal bills and expenses including having a government-funded attorney being inconsistent with ***needing*** the donation for on-going, future legal bills.  That is, if the government is supplying an attorney, the donations might not be available in terms of not being needed.

9) Whether Zachary Rehl understands that changing attorneys is not related to handling past legal bills.

10) Whether Zachary Rehl understands that as to future legal bills and expenses, these donations are ***not*** conditional upon ***whom*** Zachary Rehl hires as a private, retained attorney, but would be inconsistent with the government paying for his legal defense.

11) Whether Zachary Rehl understands that the Federal Public Defender's office cannot ethically or lawfully provide him with any better legal representation or plea deal with the prosecution, which would be improper influence.  The law does not allow decisions based on personalities or favoritism.

12) Whether anyone has tried to interfere or pressure or persuade Zachary Rehl to change

attorneys.

13) Whether any attorney has contacted Zachary Rehl without the involvement of his attorney or notifying his attorney of such contact.

Dated:   December _____, 2021

 

_____.
U.S. District Court   JUDGE