# United States District Court for the District of Columbia

UNITED STATES OF AMERICA          )
                                  )
             vs.                  )          Criminal No.  21-cr-0175-3 (TJK)
                                  )
    Zachary Rehl                  )

## NOTICE OF APPEAL

Name and address of appellant:          Zachary Rehl, Reg #34945-509
                                        FDC Philadelphia
                                        P.O. BOX 562
                                        PHILADELPHIA, PA  19105

Name and address of appellant's attorney:     Carmen D. Hernandez
                                              7166 Mink Hollow Rd
                                              Highland, MD  20777

Offense:   18  U.S.C. § 371; 18  U.S.C. § 1512(c)(2); 18  U.S.C. § 231(A)(3); 18  U.S.C. § 1361 et al.

Concise statement of judgment or order, giving date, and any sentence:

    Denial of bail, 12/14/21.

Name and institution where now confined, if not on bail:   FDC Philadelphia

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/28/2021                              Zachary Rehl
_____             _____
DATE                                    APPELLANT
                                        Carmen D. Hernandez
                                        _____
                                        ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [ ]
CJA, NO FEE             [✔]
PAID USDC FEE           [ ]
PAID USCA FEE           [ ]
Does counsel wish to appear on appeal?                      YES [✔]    NO [ ]
Has counsel ordered transcripts?                            YES [✔]    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]    NO [✔]