

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

February 4, 2022

***Via Email and Electronic File Transfer***

| | |
|---|---|
| Lisa Costner<br>Ira Knight<br>Federal Public Defender MDNC<br>251 N. Main St. Suite 849<br>Winston-Salem NC 27101 | Carmen D. Hernandez<br>7166 Mink Hollow Road<br>Highland, MD 20777 |
| J. Daniel Hull<br>Hull McGuire PC<br>888 Seventeenth Street, NW<br>Suite 1200<br>Washington, DC 20006 | Nicholas Smith<br>7 East 20th Street<br>Suite 4R<br>New York, NY 10003 |

Re: <u>United States v. Ethan Nordean et al.</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

     I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis. Today the government produced a copy of an open-source video, which is approximately 28 minutes, that was published by the Los Angeles Times on January 4, 2022. The video has been made available for download in the Cross Discovery folder on USAfx. Please note that the video appears to show defendant Donhohoe throwing water bottles at law enforcement at approximately the 2:04 mark.

     Please let us know if you have been unable to access and download the materials for your use in this case. To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

      We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

                Sincerely yours,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

By:      /s/
                Luke M. Jones
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7066
                Luke.jones@usdoj.gov