

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 20, 2022

**Via FedEx**

| | |
|---|---|
| Steven Metcalf II | Nayib Hassan |
| Martin Tankleff | Sabino Jauregui |
| 99 Park Avenue, 6th Fl. | 6175 NW 153 St., Suite 209 |
| New York, NY 10016 | Miami Lakes, FL 33014 |
| *Counsel for Dominic Pezzola* | *Counsel for Enrique Tarrio* |

Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

Please find enclosed an external hard drive that contains electronic media relating to the events on January 6, 2021. The media was recorded by a documentary filmmaker and his associates. Specifically, the enclosed hard drive contains 2,275 files. These materials were provided to the other defendants in this case on September 21, 2022, as reflected in prior discovery correspondence.

**These files have all been designated as Sensitive pursuant to the terms of the Protective Orders entered in this case** because at least some of the files contain contact information for, photographs of, and private conversations with individuals that may not be related to the criminal conduct in this case. *See* ECF 83 at ¶ 1.c.

The government respectfully requests that you download the files to a local storage device and return the external hard drive at your earliest convenience.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: _____/s/_____
Luke M. Jones
Jason B.A. McCullough
Erik M. Kenerson
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov

2