

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C. 20530*

April 21, 2022

***Via Email***

Nicholas Smith
David Smith
*Counsel for Ethan Nordean*

J. Daniel Hull
*Counsel for Joseph Biggs*

Steven Metcalf II
Martin Tankleff
*Counsel for Dominic Pezzola*

Carmen D. Hernandez
*Counsel for Zachary Rehl*

Nayib Hassan
Sabino Jauregui
*Counsel for Enrique Tarrio*

Re:   <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

We write to memorialize recent productions related to the above captioned case as part of the government's ongoing efforts to produce discovery, and to provide additional information regarding the availability of discovery materials through the FPD Relativity Database, including FBI case file materials.

<u>Recent Productions</u>

Below is a list of recent productions:

- March 5, 2022:  Materials produced in *U.S. v. Rae*, 21-cr-278, and *U.S. v. Worrell*, 21-cr-292 were made available via USAfx in the Cross Discovery folder.
- April 5, 2022:  Cross discovery via USAfx of materials produced in *U.S. v. Ochs and Decarlo*, 21-cr-73.
- April 5, 2022:  We made available to counsel for Mr. Tarrio the USAfx Cross Discovery folder, which holds the majority of prior productions in this case, all of

which were previsoulsy made available to defendants Nordean, Biggs, and Rehl, and Pezzola.

- April 5, 2022:  In response to requests, we produced via USAfx clips of video footage of Mr. Tarrio that were obtained from a documentary filmmaker and were previously produced in discovery on September 21, 2021. These materials are duplicative of materials that had been produced to Defendants Nordean, Biggs, and Rehl.

- April 7, 2022:  Cross discovery via USAfx of materials produced in *U.S. v. Finley*, 21-cr-526.

- April 8, 2022:  Donohoe Plea Paperwork (now available on the docket)

As with prior productions, unless otherwise noted, all cross discovery materials are designated Sensitive.  Materials designated Highly Sensitive in the initial production carry that same designation in cross discovery.

Relativity Database – FBI Case File Materials

Thoughout the pendency of this case, we have transmitted several letters from the government's Capitol Breach Discovery Unit detailing the ongoing production of "global" discovery, including productions to the FPD Relativity Database, in which records are searchable and identifiable based on unique BATES numbers.  To date there have been 13 global discovery productions, each memorialized in detailed letters.  The most recent letter ("Global Discovery Production No. 13") was transmitted on April 4, 2022.[1]

In our April 7, 2022, email to all counsel (regarding the *Finley* materials), we noted that we expected to begin making FBI case file materials (Sentinel files) available through the FPD Relativity Database, and we have begun to do so.  As was explained in previous correspondence, to identify only those items associated with a particular individual, you can filter the "CODE_IndivDefendant" field by the relevant individual's name.[2]  The FBI case file materials we

---

[1]      On April 5, 2022, we transmitted to counsel for Mr. Tarrio a letter from the Discovery Unit dated March 10, 2022, that summarized global productions 1-12 and provided detailed information regarding the databases that had been conveyed in earlier letters.  An updated letter from the Discovery Unit dated April 8, 2022, summarizes productions 1-13 and provides similar, detailed information regarding the databases.  These letters were drafted principally for counsel who are new to Captiol Breach cases.  Nonetheless, we are sending a copy of the more recent letter to all of you in case you may find it helpful.

[2]      As the Discovery Unit has noted in recent correspondence, the "CODE_IndivDefendant" is a subjective work product field that we are providing to the defense Relativity database solely to assist defense counsel in locating materials that may be relevant to individual defendants.  The information we use to code items as being associated with a particular individual is derived from a variety of methods, including text searches and original case file information.  Inadvertent miscoding can thus result in cases where individuals have similar names, or from overly broad

are now making available through the FPD Relativity Database can be located in the same manner, because those files have been coded as associated with that individual.

An initial set of such materials from the FBI case file of defendant Charles Donohoe that were previously made available through USAfx, has now been uploaded into the FPD Relativity Database. These specific materials are uniquely identified by Bates numbers CAPD_000363703 - CAPD_000363821. They can be isolated based on that BATES range, or by filtering the "GLOBAL_Prod_Vol" field by "DOJCB_016." As additional materials are made available, we will alert you and direct you to those materials, including the corresponding Bates numbers and "GLOBAL_Prod_Vol" identifiers.

~~~

Please let us know if you are unable to access the above-referenced materials for your use in this case. To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials. Please note that our office has moved, and our new address appears below.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: _____/s/_____

Luke M. Jones
Jason B.A. McCullough
Erik M. Kenerson
Assistant United States Attorneys
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov

---

search terms, human error, or other factors. Accordingly, as the information available to us evolves, the names listed in that field may grow or shrink for any given document or group of documents.