UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.   * | **CASE NO: 1:21-cr-0175-3 (TJK)** |
| * | |
| **ZACHARY REHL,** * | |
| **Defendant** * | |

\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of the Zachary Rehl's Motion for Leave to Respond to the Press Release Issued by the Department of Justice, good cause having been shown, it is _____ day of June, 2002, by the United States District Court for the District of Columbia,

**ORDERED:**

1.) That the Motion is hereby **GRANTED.**

---

**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**