## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO: 1:21-cr-0175-3 (TJK)** |
| | * | |
| **ZACHARY REHL,** | * | |
| **Defendant** | * | |

**\*\*\*\*\*\*\*\***

## ORDER

Upon consideration of the Motion to Motion to Require Government to Designate and Produce Any Images, Video and Audio Recordings, Out-of-court Statements, Transcripts and Summary Charts it Will Use in Trial Before the Deadline for Filing Pretrial Motions filed by Zachary Rehl, good cause having been shown, it is _____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED; and**

2) That the Government is hereby **ORDERED** to designate and produce no later than _____ day of _____, 2022 any images; video and audio recordings; out-of-court statements; transcripts; summary charts and materials that will be summarized in summary charts that the government may seek to introduce at trial as evidence or use at trial as an aid to the jury.

_____
**HONORABLE TIMOTHY J.  KELLY**
**UNITED STATES DISTRICT JUDGE**