

U.S. Department of Justice

---

June 15, 2022

Via Electronic Mail

Timothy J. Heaphy
Chief Investigative Counsel
Select Comm. to Investigate the Jan. 6th
  Attack on the United States Capitol
United States House of Representatives
Washington, D.C. 20515

Re:   Request for Transcripts

Dear Mr. Heaphy:

We write in furtherance of our letter of April 20, 2022. We note that the Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee") in its June 9, 2022 and June 13, 2022, hearings extensively quoted from our filings in active litigation and played portions of interviews the Select Committee conducted of individuals who have been charged by the Department in connection with the January 6th Attack on the United States Capitol.

It is now readily apparent that the interviews the Select Committee conducted are not just potentially relevant to our overall criminal investigations, but are likely relevant to specific prosecutions that have already commenced. Given this overlap, it is critical that the Select Committee provide us with copies of the transcripts of all its witness interviews. As you are aware, grand jury investigations are not public and thus the Select Committee does not and will not know the identity of all the witnesses who have information relevant to the Department's ongoing criminal investigations. Moreover, it is critical that the Department be able to evaluate the credibility of witnesses who have provided statements to multiple governmental entities in assessing the strength of any potential criminal prosecutions and to ensure that all relevant evidence is considered during the criminal investigations. We cannot be sure that all relevant evidence has been considered without access to the transcripts that are uniquely within the Select Committee's possession.

The Select Committee's failure to grant the Department access to these transcripts complicates the Department's ability to investigate and prosecute those who engaged in criminal conduct in relation to the January 6 attack on the Capitol. Accordingly, we renew our request that the Select Committee provide us with copies of the transcripts of all the interviews it has conducted to date.

We appreciate your prompt attention to this matter. If you have any questions, please contact us.

Sincerely,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*[signature]*

KENNETH A. POLITE, JR.
ASSISTANT ATTORNEY GENERAL

*[signature]*

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

*[signature]*