UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY REHL,<br><br>               Defendant. | Crim. Action No. 21-175-3 (TJK) |

**UNOPPOSED MOTION TO CONTINUE DEADLINE FOR
RESPONSE TO SUPPLEMENT**

The United States of America, through undersigned counsel, hereby requests that the Court modify its June 10, 2022, Minute Order to permit the government until June 21, 2022, to respond to defendant Rehl's supplement to defendant Tarrio's motion to change venue. In support of this motion, the government states as follows:

1. On May 2, 2022, defendant Tarrio filed a motion to change venue, ECF No. 349. The government filed a response to that motion on June 2, 2022. ECF No. 376. On June 9, Rehl filed a motion to join and adopt Tarrio's motion. ECF No. 384.

2. In a June 10, 2022, Minute Order, the Court granted Rehl's motion to join Tarrio's motion and directed the government to respond to Rehl's filing by June 20, 2022. The Court later granted a similar motion filed by defendant Biggs and directed the government to respond by June 21, 2022. Minute Order dated June 16, 2022.

3. Given that Monday, June 20, 2022 is a federal holiday and because filing a single response to both pleadings will serve judicial economy, the government respectfully requests a one-day extension for its response to Rehl's supplement, to coincide with the Biggs due date of June 21, 2022.

4. Undersigned counsel has reached out to Carmen Hernanded, Esq., who represents Mr. Rehl. Ms. Hernandez represented to undersigned counsel that she does not oppose the relief requested in this motion, namely a one-day extension for the government's response.

5. Accordingly, the government requests that the Court grant the attached proposed order, modifying the schedule for responses.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Erik M. Kenerson
     ERIK M. KENERSON // Ohio Bar No. 82960
     JASON B.A. MCCULLOUGH
      D.C. Bar No. 998006
     NADIA E. MOORE // NY Bar No. 4826566
      On Detail to the District of Columbia
     Assistant United States Attorneys
     601 D Street NW
     Washington, D.C. 20530
     (202) 252-7201
     Erik.Kenerson@usdoj.gov

      /s/ Conor Mulroe
     Conor Mulroe // NY Bar No. 5289640
     Trial Attorney // U.S. Department of Justice,
      Criminal Division
     1301 New York Ave. NW
     Suite 700
     (202) 330-1788
     conor.mulroe@usdoj.gov