# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY REHL,<br><br>            Defendant. | Crim. Action No. 21-175-3 (TJK) |

## ORDER

Upon consideration of the government's Unopposed Motion to Continue Deadline for Response to Venue Supplement, it is this ___ day of June, 2022, **ORDERED** that the motion is **GRANTED.** It is

**FURTHER ORDERED** that the government's response to defendant Rehl's Supplement to Defendant Tarrio's Motion to Change Venue, ECF No. 384, be filed no later than June 21, 2022. It is **FURTHER ORDERED**

   **SO ORDRED.**


_____                           _____
Date                                 Timothy J. Kelly
                                     United States District Judge