UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      Defendant.

_____/

## *RESPONSE IN OPPOSITION TO MOTION TO CONTINUE TRIAL*

**COMES NOW** the Defendant, Enrique Tarrio (Tarrio), by and through his attorneys, files this response in opposition to Defendant Biggs' Motion to Continue Trial, ECF. No. 403, as ordered by the Court on June 16, 2022.

The purpose of this response is to make clear that Tarrio opposes any continuance of the trial date. Tarrio believes that an impartial jury will never be achieved in Washington D.C. whether the trial is in August, December, or next year. *Please see ECF. No. 349.*

After reviewing countless hours of discovery composed of terabytes upon terabytes of evidence, not a single scintilla of evidence exists that Tarrio participated in any kind of conspiracy or criminal wrongdoing, quite the opposite is true. All Tarrio ever did was work with and coordinate with law enforcement to keep his Proud Boys, the general public, and Law

1

Enforcement safe. Out of the hundreds of people charged in the January 6 incident, Tarrio is the only person that was not even there.

Tarrio is innocent of all the accusations contained in the indictment and everyday he spends locked up in jail is a travesty of justice. Justice delayed is justice denied. *Gladstone.*

Respectfully submitted,

**BY: /s/ Sabino Jauregui, Esq.**
Florida Bar Number 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

*/s/ Nayib Hassan*
Florida Bar No. 20949
Attorney for Defendant
LAW  OFC.OF  NAYIB  HASSAN
6175 NW 153 St., Suite 221
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522

2

## **CERTICICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 22nd day of June, 2022 to the following:

Jason McCollough
Nadia Moore
Erik Kenerson
Conor Mulroe

*BY: /s/ Sabino Jauregui, Esq.*
Florida Bar Number 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

3