

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Jason B.A. McCullough*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*
*Direct Line:  202-252-7233*

June 2, 2021

*Via Email and Electronic File Transfer*

Lisa Costner
952 West 4th Street
Suite 200
Winston Salem, NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

        Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

      I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this evening, the government produced a collection of videos that depict events at

and around the Capitol on January 6, 2021. The videos have been identified with Bates stamps CAPVID_00001 – 00056. An index of these videos has been provided in an attachment hereto. Please note that certain of these videos have been produced previously, and we have attempted to note such previous productions (and previous Bates stamps) where possible.

The materials described herein have been made available for download on USAfx. Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

### I. Government's Discovery Requests

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;
(2) a *Jencks* request for all prior statements of any defense witness (excluding the defendant);
(3) a *Lewis* request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and
(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, the government notes its continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

### II. Notice of Rule 404(b) Evidence

The government may seek to admit evidence pursuant to Federal Rule of Evidence 404(b). In the event that the government seeks to introduce such evidence at trial, an appropriate notice or motion will be filed.

### III. Other Information (Brady / Lewis / Giglio)

The government is aware of its *Brady* or *Giglio* obligations.  If such information does exist with respect to any confidential informant(s), it will be disclosed at the appropriate time.  *Lewis* information for the government's witnesses will be provided to you at the time of trial.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

Please contact me should you have any questions or concerns.

//
//
//
//

        Sincerely yours,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

By:       /s/
        Jason B.A. McCullough
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7233
        jason.mccullough2@usdoj.gov

## Capitol Video Production Index
(as of June 2, 2021)

| Title | Bates | Description |
|---|---|---|
| ABQ Raw 31 Minute youtube.com watch v=YONAuAesjAY | CAPVID_00001 | 31:00 video showing scenes outside Capitol grounds, breach of First Street barricades, stairs near inauguration stage |
| ABQ Raw 9 minute youtube.com watch v=oYxKioXhve0 | CAPVID_00002 21CR175_00001498 | 9:52 video showing breach of First Street barricades, breach of west plaza |
| ABQ Raw Anatomy of a Riot youtube.com | CAPVID_00003 21CR175_00001499 | 30:41 video schowing scenes outside the Capitol grounds, breach of the First Street gate, breach of the west plaza, violence on the west plaza and the lower west terrace. |
| ABQ Raw People Storm the Capitol youtube.com | CAPVID_00004 | 18:24 video showing breach of the First Street barricades, breach of the west plaza, and violence on west plaza and lower west terrace |
| Banned-Video What REALLY Happen at the Capitol | CAPVID_00005 | 1:28:30 video showing scenes from the west plaza and lower west terrace |
| BG on the Ground - Trump Supporters Storm US Capitol in DC youtube.com | CAPVID_00006 | 1:35 video from upper west terrace, showing Dominic Pezzola breaking Capitol window with a riot shield |
| Block Video | CAPVID_00007 21CR175_00001497 | 1:40:41 video showing Proud Boy march |
| BREAKING_ Trump Supporters Breach Barriers and Storm Capitol | CAPVID_00008 | 1:25:40 video showing breach of First Street gate, breach of west plaza, violence on west plaza |
| Capitolhunters walking outside capitol twitter.com | CAPVID_00009 | :10 video from the Capitol grounds, including Arthur Jackman |
| Channel 4 News Proud boys leader will continue to happen youtube | CAPVID_00010 | 10:10 video that aired on the BBC after the events of January 6. Features an interview with Tarrio. |
| ElijahSchaffer Twitter assault on the barricades | CAPVID_00011 | 1:41 video showing breach of the First Street barricades |
| Hunting Insurrectionists Columbus Door Parler Videos youtube.com | CAPVID_00012 | 19:53 video that shows scenes on the east side of the Capitol, including the breach of the Columbus doors |
| Hunting Insurrectionists East Columbus Doors 1345 - 1645 youtube.com | CAPVID_00013 | 2:59:59 video that shows scenes from the east side of the Capitol from multiple angles, including the breach of the Columbus doors. Includes footage from inside the Capitol as wel. |

| Title | Bates | Description |
|---|---|---|
| Hunting Insurrectionists Joe Biggs Timeline youtube.com | CAPVID_00014 | 12:09 video showing portions of the Proud Boys march from Washington Monument to the Capitol, the breach of the First Street barricades, the upper west terrace, and the Columbus doors |
| Hunting Insurrectionists youtube | CAPVID_00015 | 13:44 video showing Proud Boys near the food trucks, the breach of the First Street Barricades, multiple angles of the breach of the west plaza, video from the west plaza, and from the east side of the Capitol, including the breach of the Columbus doors |
| Hunting Insurrectionists Terrorist breach the West Barricades youtube.com | CAPVID_00016 | 24:43 video that shows multiple angles of the breach of the First Street barricades, the breach of the barricades outside the west plaza, and rioting on the west plaza |
| Hunting Insurrectionists Terrorist break into Capitol multiple angles youtube.com | CAPVID_00017 | 5:12 video featuring multiple videos showing the breach of the Capitol building on the west side and rioters' confrontation with Officer Eugene Goodman |
| Insurgence full video seige on Capitol youtube.com | CAPVID_00018 | 1:26:25 video, featuring footage from outside the Capitol grounds, the west plaza, the stairs under the Inauguration stage, the upper west terrace, and inside the Capitol |
| Miami Proudboy - MoSD brief youtube.mp4 | CAPVID_00019 | 1:38:03 video from December 30, 2020, featuring Enrique Tarrio, Joe Biggs, Zach Rehl, and others describe the Ministry of Self Defense |
| Nabert Biggs timeline twitter | CAPVID_00020 | 2:18 video from the west plaza with defendant Biggs circled in multiple shots. |
| Nabert BulgePB twitter.com | CAPVID_00021 | 1:00 video from outside on the Capitol grounds |
| Nigrotime Capitol Riots Raw Footage youtube.com | CAPVID_00022 | 42:56 video showing areas outside the Capitol grounds, the lower west plaza, the stairs under and around the inauguration stage, the east side of the Capitol, and inside the building |
| Nigrotime The US Capitol Breach as it happened youtube.com | CAPVID_00023 | 7:17 video showing scenes from the east side of the Capitol, including breach of the Columbus doors and inside the Capitol |

| Title | Bates | Description |
|---|---|---|
| Nine_niall Twitter subjects entering.mp4 | CAPVID_00024 | :33 video from the upper west terrace |
| Propublica Parler 1253 Near Capitol - Breaching Fence | CAPVID_00025 | :29 video showing breach of fencing on First Street |
| Propublica Parler 1357 Near Capitol Barricades Being Removed | CAPVID_00026 | 2:20 video showing barricades breached on east side of Capitol |
| Propublica Parler 1406 Near Capitol Pushing Past Police Line | CAPVID_00027 | :30 video from east side of Capitol |
| Propublica Parler 1411 Near Capitol Pushing up Scaffolding | CAPVID_00028 | 1:03 video from scaffolding under Inauguration stage |
| Propublica Parler 1412 Near Capitol Reaching Walls and Banging on Windows | CAPVID_00029 | :29 video from upper west terrace |
| Propublica Parler 1413 Near Capitol - Radio | CAPVID_00030 | 1:54 video form west plaza |
| Propublica Parler 1413 Near Capitol - Windows | CAPVID_00031 | :15 video showing breaking of Capitol window with riot shield |
| Propublica Parler 1414 Inside the Capitol | CAPVID_00032 | :35 video showing rioters entering Capitol, including Biggs |
| Propublica Parler 1415 Inside the Capitol | CAPVID_00033 | 1:48 video showing rioters entering Capitol, including Biggs |
| Propublica Parler 1501 inside the Capitol | CAPVID_00034 | :05 video from inside the Rotunda |
| Propublica Parler 1512 Inside the Capitol | CAPVID_00035 | :50 video from inside the Capitol |
| realJamesKlug Twitter Klein brothers breach door | CAPVID_00036 | 1:00 video showing breach of Capitol door |
| realJamesKlug Twitter Klein brothers breach door part 2 | CAPVID_00037 | :38 video showing attempted breach of Capitol door |
| RFIRN Eastside Capitol Building youtube.com. | CAPVID_00038 | 1:07:59 video showing scenes from the east side of the Capitol, including breach of the Columbus doors |
| SRM Pro Trump Protestors Beat Police Officer youtube.com | CAPVID_00039 | 2:31 video including senes from the lower west terrace and tunnel entrance to the crypt. |
| SRM Scenes of Chaos outside US Capitol youtube.com | CAPVID_00040 | 29:22 video including scenes from the lower west terrace and tunnel entrance to the crypt. |

6

| Title | Bates | Description |
|---|---|---|
| The Sun Live Stream youtube.com.mp4 | CAPVID_00041 | 1:59:24 video showing the east side of the Capitol, including Proud Boys march |
| washingtondc theellipse live irl LIVE in DC where Trump has called in the PATRIOTS | CAPVID_00042 21CR175_00001496 | 3:30:00 video showing scenes outside Capitol grounds, Proud Boys near the food trucks, |
| Video showing breach and Pezzola shield carry | CAPVID_00043 21CR175_00001495 | 1:21:17 video showing breach of First Street gate and entry onto Capitol grounds; Donohoe, Pezzola, and Greene at 33:19 |
| IMG_9475.MOV | CAPVID_00044 | 0:01 video (Biggs Google Return) |
| IMG_9476.MOV | CAPVID_00045 | 0:56 video depicting pedestrian walkway (Biggs Google Return) |
| IMG_9477.MOV | CAPVID_00046 | 0:42 video depicting west plaza (Biggs Google Return) |
| IMG_9481.MOV | CAPVID_00047 | 0:18 video depicting west plaza (Biggs Google Return) |
| IMG_9483.MOV | CAPVID_00048 | 0:21 video depicting west plaza (Biggs Google Return) |
| IMG_9492.MOV | CAPVID_00049 | 0:42 video depicting west plaza (Biggs Google Return) |
| IMG_9495.MOV | CAPVID_00050 | 0:08 video depicting west plaza (Biggs Google Return) |
| IMG_9496.MOV | CAPVID_00051 | 0:58 video depicting west plaza (Biggs Google Return) |
| IMG_9508.MOV | CAPVID_00052 | 0:15 video depicting west side of Capitol lawn; Biggs selfie (Biggs Google Return) |
| IMG_9531.MOV | CAPVID_00053 | 0:09 video depicting east plaza (Biggs Google Return) |
| IMG_9573.MOV | CAPVID_00054 | 0:19 video depicting television coverage of vote count (Biggs Google Return) |
| 4104714703243710000.mp4 | CAPVID_00055 | 0:13 video depicting protestors entering grounds (Biggs Google Return) |
| camvideo_5702bda6.mp4 | CAPVID_00056 | 0:06 video Biggs selfie at Washington Monument (Biggs Google Return) |