UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CASE NO: 21-cr-0175-3 (TJK) |
| | * | |
| **ZACHARY REHL,** | * | |
| **Defendant** | * | |

********

## CONSENT MOTION TO EXTEND TIME TO FILE A REPLY

Zachary Rehl, through his undersigned counsel, hereby respectfully requests a 3-day extension to file a reply to the Government's Opposition to his Motion to Reopen the Detention Hearing (ECF 421, filed 6/29/22). AUSA Erik M. Kenerson consents to this request. Mr. Rehl requires additional time to allow him to confer with his counsel regarding the reply and to locate various materials responsive to the claims made in the Government's Opposition.

WHEREFORE, Mr. Rehl respectfully requests that the Court extend the time for filing a reply to and including July 11, 2022.

Respectfully submitted,

/s/
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 6th day of July, 2022.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**