UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.   * | **CASE NO: 1:21-cr-0175-3 (TJK)** |
| * | |
| **ZACHARY REHL,** * | |
| Defendant   * | |

\*\*\*\*\*\*\*\*
## ORDER

Upon consideration of the Consent Motion to Extend Time to File a Reply filed by Zachary Rehl, good cause having been shown, it is _____ day of July, 2002, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED;** and

2) That the deadline for Mr. Rehl to file a Reply to the Government's Opposition to his Motion to Reopen the Detention Hearing is hereby **EXTENDED to July 11, 2022**.

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**