UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO: 21-cr-0175-3 (TJK) |
| | * | |
| ZACHARY REHL, | * | |
| Defendant | * | |

**\*\*\*\*\*\*\*\***

**CONSENT MOTION TO EXTEND TIME TO FILE A REPLY**

Zachary Rehl, through his undersigned counsel, hereby respectfully requests a one-week extension to file his reply to the Government's Opposition to his Motion to Reopen the Detention Hearing (ECF 421, filed 6/29/22). AUSA Erik M. Kenerson consents to this request. The additional time is necessary because undersigned counsel continues to suffer from COVID-19-related symptoms, which has prevented her from working on the reply.

WHEREFORE, Mr. Rehl respectfully requests that the Court extend the time for filing a reply to and including July 28, 2022.

Respectfully submitted,

/s/
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 20th day of July, 2022.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**