UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CASE NO: 1:21-cr-0175-3 (TJK) |
| | * | |
| **ZACHARY REHL,** | * | |
|     **Defendant** | * | |

********
**ORDER**

Upon consideration of the Consent Motion to Extend Time to File a Reply filed by Zachary Rehl, good cause having been shown, it is _____ day of July, 2002, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED;** and

2) That the deadline for Mr. Rehl to file a Reply to the Government's Opposition to his Motion to Reopen the Detention Hearing is hereby **EXTENDED to July 28, 2022**.

 

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**