UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CASE NO: 1:21-cr-0715-3 (APM) |
| | * | |
| **ZACHARY REHL,** | * | |
|     **Defendant** | * | |

********

**ZACHARY REHL'S MOTION TO ADOPT AND SUPPLEMENT
MOTION TO DISMISS AND FOR BILL OF PARTICULARS
FILED BY DEFENDANT NORDEAN**

Zachary Rehl, by his undersigned counsel, hereby respectfully moves for leave to adopt the Motion to Dismiss Counts One, Two, Three, Four, Five, Seven, Eight and Nine of the Third Superseding Indictment and, in the Alternative, Motion for a Bill of Particulars filed by Defendant Nordean (ECF 434). With respect to the Motion for Bill of Particulars, Mr. Rehl respectfully requests that the seven particulars sought by Nordean be edited to insert Mr. Rehl's name in place of Nordean's.

1. Mr. Rehl seeks to join and adopt the legal arguments made and relief sought in Nordean's Motion to Dismiss and for a Bill of Particulars (ECF 434).

2. Mr. Rehl also seeks leave to supplement said motions with legal arguments and particularized facts pertinent to Mr. Rehl, to the extent appropriate.

3. The issues raised and arguments made by Mr. Nordean apply with equal force to Mr. Rehl.

4. Proceeding in this fashion will promote the just determination of the case, simplify procedures and eliminate unjustifiable expense and delay in accordance with Rule 2, F&#x1d07;&#x1d05;. R. C&#x1d0f;&#x1d1b;&#x1d0a;&#x1d0d;. P&#x1d0f;&#x1d0f;&#x1d04;.

WHEREFORE, for the reasons stated above, Mr. Rehl respectfully moves to adopt and join the Motion filed by Mr. Nordean (ECF 434) and to supplement said motion with particularized facts and arguments pertinent to Mr. Rehl.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 19th day of August, 2022.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**