UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CASE NO: 1:21-cr-0175-3 (TJK) |
| | * |
| ZACHARY REHL, | * |
|     Defendant | * |

********
**ORDER**

Upon consideration of Zachary Rehl's Motion to Adopt and Supplement the Motion to Dismiss and for Bill of Particulars Filed by Defendant Nordean (ECF 434), good cause having been shown, it is _____ day of August, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1.) That the Motion is hereby **GRANTED.**

 

**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**