1

Pages 1-101

MIAMI PROUD BOYS MoSD BRIEF

YOUTUBE MEETING

DECEMBER 30, 2020

Prepared for:

Carmen D. Hernandez
Attorney at Law
7166 Mink Hollow Road
Highland, MD 20777

---

1    P R O C E E D I N G S

2    **MR. TARRIO:** We are, we are live now.

3 Let me --

4    **MR. BERTINO:** Live from New York, it's

5 the Brown Faggot Show.

6    **MR. TARRIO:** Hold on.  I got to, I got

7 to fuckin' -- my Telegram is not working so I have

8 to email shit to myself.

9    **MR. BERTINO:** Why is your Telegram not

10 working?

11    **MR. TARRIO:** On my desktop, I don't know

12 why.

13    **MR. BERTINO:** Hmm, you got to update it.

14 I just had --

15    **MR. WOLKIND:** That's Danny Mack.

16    **MR. TARRIO:** Danny Maggot, Danny Maggot

17 is coming in.

18    **MR. BIGGS:** And a whole bunch of people

19 on Telegram, so it got blocked.

20    **MR. TARRIO:** Don't lock me out of this

21 app.  Now open link, you fuck.

22    **MR. BERTINO:** Did you lock the chat

23 down?

24    **MR. TARRIO:** Yeah, it's locked.  But you

---

1 guys can --

2    **MR. BERTINO:** They're asking live where.

3    **MR. WOLKIND:** Okay, here we go.

4    **MR. TARRIO:** Okay, I don't know if you

5 guys -- can you guys see the comments on, on your

6 right-hand side?

7    **MR. BIGGS:** No.

8    **MR. BERTINO:** If I escape out of full

9 screen, I would be able to but let me see.

10    **MR. TARRIO:** You should be able to see.

11    **MR. WOLKIND:** I can, I just don't see

12 any yet.

13    **MR. TARRIO:** I don't see any yet.

14    **MR. TARRIO:** Yeah, go ahead and flash,

15 wave your arms there if you're ready, okay.

16    **MR. BIGGS:** We only have one viewer.

17    **MR. TARRIO:** Yeah, that's fine.  I'm

18 guessing -- let's give them some time.  We can, we

19 can use this as an archive.

20    **MR. BERTINO:** Okay.  Did you, did you

21 get the link in there yet?

22    **MR. TARRIO:** Yeah, I put it up.  It's

23 pinned.  Okay.  So we have one in the waiting room

24 which is Mr. Dick Shweats is in there.

---

1    **MR. BERTINO:** Shweats, what up, Dick

2 Shwit.  Yeah, I always thought his name was Dick

3 Sweets.

4    **MR. TARRIO:** No, but there's, there's a

5 Dick Sweets.

6    **MR. BERTINO:** There is a Dick Sweets?

7    **MR. TARRIO:** Yes.

8    **MR. BERTINO:** Well, there's, there's a

9 Dick Tits too, and that was kind of --

10    **MR. TARRIO:** There is a Dick Tits too.

11    **MR. TARRIO:** Yeah, I was confused, Dick

12 Tits, Dick Sweets, Dick Sweats.

13    **MR. DONOHOE:** Now he doesn't need to go

14 to DC.

15    **MR. TARRIO:** Now, can you guys see the

16 comments on the right side?

17    **MR. BERTINO:** Yes.

18    **SPEAKERS:** Yes.

19    **MR. BERTINO:** You see the private chat.

20 Just click on the little comment thing, you should

21 be able to see it.  Okay, what's up, Kenny?

22    **MR. TARRIO:** Okay.  And Mr. Paul Ray is

23 in here too.  And we got Jeffy.

24    **MR. BERTINO:** Wait.  Why, why it Dick

---

1 Sweats coming up in the private chat?

2    **MR. TARRIO:** Because, because he's

3 probably typing in the YouTube and switching back

4 over.

5    **MR. BERTINO:** Oh.

6    **MR. TARRIO:** Oh, you mean in the private

7 chat here?  Oh, because he's, he's in studio.  So

8 anybody that's in studio can type in that private

9 chat, but in the common section, you're, you're able

10 to see like what people are typing as we go.

11    Someone is trying to enter your studio

12 but it is full.  So the studio is completely full,

13 gentlemen, so we cannot allow anybody else in.  And

14 somebody by the name of Coonass is in the studio

15 too.

16    **MR. BERTINO:** Yeah, Brian, Brian, you're

17 right there.  Brian Healion, that's exactly what

18 we're going to do.  (Inaudible).

19    **MR. TARRIO:** All right.  So we got 13 in

20 here.  Let's, let's see if we can get to 15 because

21 we have not only 13 up there but we have one, two,

22 three, four, four in studio.

23    **MR. BERTINO:** Okay, let's wait for

24 everybody else to join up.  New comments.

---

Page 6

1 Somebody's got to drop the N.  Was that one for
2 Enrique?
3     **MR. TARRIO:** So just so you guys know,
4 the guys that are trying to get in right now, we can
5 only take ten people in here at a time and then
6 there's six, which is part of the leadership, and
7 the rest are guests.  So if you're just watching,
8 you could go ahead and comment on the side.  I'll
9 read out some comments.  I'll even put them on the
10 screen.  Like I could go here and I could go:  "Good
11 to see you, Jeremy, God bless, brother."  So I can
12 put your comments on the screen and we could answer
13 questions at that point and then we'll start
14 bringing -- after the initial explanation, then
15 we'll go ahead and, and start bringing people in for
16 questions.
17     So yeah, we're at 17, that's a
18 threshold.  I'm going to be looking at comments.
19 Yut, if you want to start with how we're structured
20 and then I'll comment a little bit and then I'll
21 open the floor for any of us six to comment.
22     **MR. DONOHOE:** All right, gentleman, so
23 we completed a list of how we're structured on
24 Saturday, December 26th, all right.  Basically this

Page 7

1 specific chapter is going to have a code of conduct
2 stricter than other chapters when it comes to these
3 national public events.  For one, the biggest one is
4 no intoxication.  So if you want to be a part of
5 this and want to be boots on ground to help with the
6 security and help with this chapter, you know, if
7 you have like a beer or two, that's fine, but if you
8 are noticeably stewed or drunk or geeked up, then
9 you're going to get the boot.
10     Number two is OPSEC.  Do not release
11 this information, any of it to any other chat.  No
12 forwarding, no screen shots.  Number three, no
13 social media posting.  Like don't, don't mention
14 that there's an MoSD.  Don't mention anything like
15 that.  And this -- all three of those are zero
16 tolerance.  You'll get kicked out of the chapter if
17 you violate any of those three code of conduct
18 rules.
19     To go over the mission statement, the
20 mission statement is to organize and standardize
21 public events nationally.  And then, you know, once
22 we start getting a good track record, hopefully,
23 guys, we'll follow in suit as they see we're doing
24 the right thing.  We're bringing in guys that we

Page 8

1 trust in here, so all of you that are in here, just
2 to let you know, like we have our eye on you and we
3 trust you guys and expect you guys to behave
4 properly and be a good molding cement for this
5 chapter.
6     We're also going to implement a zero
7 tolerance rule for insubordination.  Like one of the
8 admins, a.k.a., either one of the directors or one
9 of the regional commanders, like myself, Aaron,
10 Bertino and --
11     **MR. TARRIO:** Matteo (phonetic).
12     **MR. DONOHOE:** Matteo and --
13     **MR. BERTINO:** Zach.
14     **MR. DONOHOE:** Zach, if we decide that
15 you're not a good fit, we don't have to explain to
16 you or anything like that.  We'll just kick you out
17 of the chapter.  That doesn't mean you're disavowed
18 nationally.  That just means you're out of this
19 chapter.
20     Um, and then lesser offenses, you know,
21 we'll hold a sharia.  If you have a good case to why
22 you did what you did and then somebody says, oh, no,
23 you need to, you need to get the boot out of the
24 chapter, then we'll hold a sharia court.  And

Page 9

1 that's, that's all I got, Enrique, so I'll turn the
2 floor back over to you.
3     **MR. TARRIO:** Okay, so let me, I'm going
4 to break those down a little bit.  So number one,
5 OPSEC, obviously as you guys know, like don't
6 fuckin' share screen shots.  That's pretty fuckin'
7 basic.  I don't have to go over that.
8     As far as, like people know that this
9 exists, so the statement is we need a way to do
10 rallies better.  We fucked up on the 12th.  I'm not
11 going to say that we fucked up royally because a lot
12 of good things happened on the 12th, right, except
13 whatever, Jeremy is in here.  Fuck that dude.  But
14 there is, there is things that we need to fix.  And
15 it wasn't because of the 12th.  It's because moving
16 forward, we can't continue to have that issue.  It
17 will bury the entire club if one huge incident
18 happens and we're at fault.
19     I saw a lot of people going on the
20 offense.  We're not used to going on the offense.
21 That's why it's called self-defense.  Self-defense
22 should always come first.  You should always defend
23 yourself.  We shouldn't put ourselves in harm's way,
24 right?  We've been known to defend people.  I get

1 it, right, but it doesn't mean that we have to go
2 out and look for it.
3    Touching on the subject -- what was the
4 second thing, Yut?
5    **MR. DONOHOE:** Um, either the social
6 media posting or the zero tolerance.
7    **MR. TARRIO:** Yeah, well, yeah, we had
8 gone over that.  I went over that.
9    **MR. DONOHOE:** Well, no intoxication.
10    **MR. TARRIO:** Yeah, the no intoxication
11 thing, it just, it just applies to the rallies,
12 right?  You guys can get as trashed as you want
13 after the rally or before the rally, not right
14 before the rally, but don't get trashed.  I saw a
15 lot of people fuckin' drinking, a lot of people
16 fuckin' fighting.  Okay, I had to fuckin' slap
17 somebody at that fuckin' event because they were
18 trying to push the entire crowd in one direction and
19 I'm trying to fuckin' push the crowd in another
20 direction.
21    Now that goes with the whole thing.  I
22 don't want this -- this isn't a foke (phonetic)
23 thing.  This isn't a fuckin', a thing where it's
24 going to be a fuckin' super militant fuckin' thing,

1 but we do need to organize better and in order to do
2 that, we need to have a top down structure, right.
3    There is six people involved at the top
4 level of this.  I don't think I used the word
5 "marketing" correctly.  I think that's going to have
6 to be renamed but there's three people that are in
7 charge with how we are perceived and what message is
8 to be put out, okay.
9    And those people, we'll talk to them
10 three, amongst them three and amongst the other
11 three, which are the operation guys, to see what,
12 what messages we're going to be putting out.  So
13 I'll give you the prime example.  Yesterday we had a
14 little voice chat and we said, well, what we should
15 do is scare the shit out of them and tell them that
16 we're going to be dressed in black.  And it worked.
17 It made headlines, right?  Because we're not going
18 to have a lot of guys on the ground this time,
19 right?  We're not going to have a thousand Proud
20 Boys on the ground.  So we need to appear bigger
21 than what we are, so that's why we decided to go
22 with that.
23    Now, the next three are the sets, the
24 set of operations which is just being able to put

1 these things together and put it together in a
2 cohesive fashion, all right.  Both groups are kind
3 of interchangeable because I'm guessing, like if, if
4 there's a special message that is recommended to be
5 put out, then we'll go ahead and we'll put it out.
6 If there's something that we want to do, whether
7 it's to move in one direction or move in another,
8 it's up to the operations to go ahead and make that
9 happen, right.
10    And then we structured it by regions, so
11 there's also going to be, under that, there's going
12 to be eight people tasked with their specific
13 region.  So if we go to Portland, there's going to
14 be somebody that's going to be there local.  We're
15 always going to depend on the local chapter and
16 always contact the local chapter, the local Proud
17 Boys chapter before we go somewhere.  And in DC,
18 we'll have somebody that is representative of that
19 fuckin', that region because you guys talk to each
20 other.  You guys, East Coast guys have pretty much a
21 communications networks, so it's easier for you guys
22 to communicate, just like it's easier for the West
23 Coast guys to communicate.  But we need that top
24 down structure in order to get what we need to get

1 done.
2    I'll address the whole fuckin' Brian
3 James thing today.  The chats are not a place for
4 you guys to fuckin' fight, all right?  It's not a
5 place to fuckin' argue.  It's a place to be, for it
6 to be something productive.  You know, you could do
7 constructive criticism.  You could fuckin' criticize
8 me or, or the Hated One over here on my side over
9 here that takes a lot of heat for shit that he's not
10 even responsible for, for shit that he doesn't
11 fuckin' even do, right.
12    So you could do that.  I'm not saying
13 that you can't do that.  This isn't like one of
14 these things that we're going to fuckin' burn you
15 because of it.  It's just let's be constructive in
16 there.
17    Also there will be, we're going to start
18 turning off that chat for long periods of time and
19 then turning it back on so you guys can discuss
20 things, but that chat is not a place to chatter.  If
21 you guys want to talk to the guys, go to the Proud
22 Boys main, talk shit there.  But the way that these
23 national rallies are going to be conducted is my --
24 like our dream of this is we have, you know, 400,

Miami Proud Boys MoSD Brief

Page 14

1 500 members and we say, hey, we're going to go to
2 fuckin' DC. We're going to go to Austin. I know
3 that Rufio had just briefly mentioned today that we
4 should go to Montgomery, Alabama, and do the SPLC
5 thing. This is where, this is where we come into
6 play and we as that chapter fuckin' go ahead and do
7 that and plan that and put that together.
8    You have to have a home chapter, right?
9 This isn't, this isn't like something that you could
10 join without having a home chapter. You have to be
11 a Proud Boy. So the 75 or the 74 of you that are in
12 this have been hand picked because we're used to
13 dealing with you or we see that you have, like some
14 type of throttle control.
15    MR. BERTINO: Except for Dick Sweets.
16    MR. TARRIO: Except for Dick Sweets. He
17 has no throttle control but we love him, we're
18 keeping him there, you know. So -- and it's not
19 Dick Sweets. It's Dick Sweats.
20    MR. BERTINO: I know. I just wanted to
21 get you to say Dick Sweets.
22    MR. TARRIO: All right, so that will be
23 a clip there that guys can play.
24    So we just, we just -- we trust you

Page 15

1 guys, right? We trust you guys to do the right
2 thing, that your throttle control is going to be
3 there, that you're not, you're not going to just run
4 in and think you're a fuckin' hero. Because we're
5 not heros, okay. People may perceive that we're
6 heros but in all actuality, I've said this a whole
7 bunch of times, we're a bunch of fuckin' retards
8 that get pointed in the correct direction and we,
9 we've kind of lucked -- this whole thing has been
10 kind of luck and kind of charm, as we're some
11 charming handsome motherfuckers, too. We get away
12 with a lot of things because we're fuckin' some sexy
13 ass motherfuckers.
14    MR. BERTINO: We're silent big dick
15 Ninjas.
16    MR. TARRIO: Exactly. So I don't know
17 if you guys want to touch up on anything. Yut, did
18 I miss anything there?
19    MR. DONOHOE: No, not on that.
20    MR. TARRIO: Okay, all right.
21    MR. STEWART: Hold on one second about
22 the, about the drinking. You do whatever the fuck
23 you want, but if the operations don't stop at night,
24 that doesn't mean once the rally is over, if we're

Page 16

1 still going to be operating later in the night, that
2 doesn't mean go back to your hotel room and get
3 fucking shit-faced, and then come back out onto the
4 street and want to roll with formations and you
5 can't even fuckin' keep your, your ass walking in a
6 straight line. Don't be a drunken sloppy asshole.
7 That's basically what it is.
8    MR. TARRIO: That's actually a really
9 good fuckin' point, yeah. It doesn't mean -- like
10 we're, when we're somewhere, it's dangerous wherever
11 we go. And to kind of piggyback, John, are you
12 done? Because I'm going to piggyback off of that
13 really quick.
14    MR. STEWART: Yeah, for now.
15    MR. TARRIO: Um, another thing on this
16 specific rally, we are not wearing our traditional
17 black and yellow Fred Perry. We're going to go a
18 little bit more in cognito, put some fear in them.
19 It's worked out. But that's not always going to be
20 the case. If the local chapter says, yeah, hey, you
21 know what? You can fuckin' wear Perrys, we don't
22 give a fuck, then we're going to go in Perrys.
23    So okay, anybody else? Biggs? Zach?
24    MR. REHL: Yeah, yeah, I just want to

Page 17

1 kind of like reiterate, I kind of missed the first
2 couple of minutes. I was trying to get into this
3 group thing and everything.
4    But I know a lot of people in here,
5 we're well aware of some of the comm values and
6 everything that happened in the last DC chat, well,
7 not the last -- the last DC event mainly due to, you
8 know, not knowing who, who was running it and who
9 was organizing. And there was like two or three
10 different, you know, comm groups and, you know,
11 they're all -- everybody was doing their own thing.
12 And I just want, I just want to let everybody know,
13 like, one of the reasons why we're doing this is
14 that way, we are actually one cohesive unit on that
15 and everything.
16    And you know, we're going to definitely
17 be on the same page as far as comms at this point in
18 the future, and if, if there, if there's any
19 questions as far as like who you need to go to,
20 there's going to be actually somebody that, you
21 know, you can actually, you have to go to. So
22 that's all I have to add. Like the comms thing,
23 really last time really bothered me because we was
24 setting comm fuckin' units and fuckin', I found out

1 there was two more comm units. So we're one fuckin'
2 organization. We're going to be one unit and that's
3 how it's going to be. So I'm out on that one.
4     **MR. TARRIO:** Okay, I want to touch on
5 that really quick. So I gave you guys the breakdown
6 of the structure on the top level. When we get on
7 the ground and in this case on Tuesday night, we're
8 going to have your typical security, your security
9 brief that we always do. The time and the place is
10 to be set, but we're going to break you down into
11 like fuckin' smaller squads of ten, right. As I'm,
12 as I remember, ten, ten-man squads.
13     **MR. DONOHOE:** Yeah, ten, ten is correct.
14     **MR. TARRIO:** Yeah, we're going to break
15 you guys down into ten-man squads, and you guys are
16 going to -- you guys are going to be, for the most
17 part, we're going to stay together but you guys are
18 going to make sure that you guys, you ten guys are
19 always together. I don't think as a massive group
20 we should be using markers, identifying markers,
21 right, because those identifying markers are
22 counterproductive to what we're trying to do at this
23 particular time, right. So you're going to
24 familiarize yourself that night with those ten

1 people and those ten people, you're going to roll
2 with together. As of right now, the plans for the
3 6th is just to remain as a nucleus. So I'll, I'll
4 give the floor to whoever is, whoever wants it.
5     **MR. DONOHOE:** All right. So with the
6 ten-man squad, the reason we're picking ten instead
7 of others is you can count to ten on your two hands.
8 So if you're that squad leader and you only count
9 nine, you're fucked up. And, but even with the big
10 nucleus, roll as a nucleus, I suggested, Enrique,
11 that we still put it into ten-man squads. That way
12 we have full 100 percent accountability.
13     **MR. TARRIO:** Yeah.
14     **MR. DONOHOE:** Some nobody goes missing.
15     **MR. TARRIO:** Definitely, definitely,
16 that's what I said. Even though we're staying
17 together as a squad, we're still going to split up
18 into those ten groups.
19     **MR. DONOHOE:** Gotcha.
20     **MR. BERTINO:** So somebody just posed the
21 question: "What exactly is our goal for DC? Should
22 it be discussed in person or are we going over it
23 here?"
24     **MR. TARRIO:** We'll go over that a little

1 bit later. I want to discuss the structure of this
2 thing and how it works. And then we'll start
3 moving. I know, I know that we've discussed a
4 little bit of things for DC but I'm just using it as
5 an example.
6     **MR. BERTINO:** Gotcha.
7     **MR. TARRIO:** Okay, the floor is open.
8     **MR. BIGGS:** All right. Do we ever, do
9 we want to cover the phone list too, remember, to
10 have people to call or contact in case something
11 happens?
12     **MR. TARRIO:** Yeah. So what Biggs had
13 said and what we decided on is that we're going to
14 have like some type of emergency contact for you
15 guys. I'll make a form for that and I'll put that
16 in the chat, and that is going to be mandatory for
17 you guys to fill out. You don't have to put a name,
18 you don't have to put anything. Just give us some
19 type of contact information for somebody. Because
20 there was, there was a lot of times that it was
21 difficult for me to figure out who was in and who
22 was out and how do we contact their loved ones.
23     **MR. BERTINO:** Yeah. Like for example
24 with me, luckily, you know, there was, somehow the

1 communication got there. But you know, when I got
2 sent to the hospital, nobody knew, you know, who to
3 contact for me. If I would have, you know, conked
4 out in the ambulance right there, you know, and
5 never got to contact anybody. So that's really
6 important that everyone gets a list of each other's
7 loved ones, and I hate to even use this term but
8 next of kin, you know what I mean, like somebody
9 that we need to notify if something does happen to
10 you.
11     **MR. BIGGS:** And just say like, you know,
12 emergency contact one, two, three or four. You
13 don't have to say it's my mom, my girlfriend, my
14 wife, whatever the fuck. You know, just something
15 like that so we know that we have someone we can
16 contact if something happens, so we can, you know,
17 cover all ends. Because the last thing we want is
18 for someone to find out about one of us getting hurt
19 in the news and not by one of our own, so we want to
20 be able to nip that in the bud.
21     **MR. TARRIO:** Yeah.
22     **MR. REHL:** A lot of the guys in these
23 operations right here are military guys and
24 everything and, you know, it's one of the first

---

Page 22

1 things that we're thinking about when it comes to
2 that kind of shit. So we want to make sure
3 everybody actually is like, you know, protected and
4 we have somebody we can contact. That's all.
5 **MR. BIGGS:** And another thing, too,
6 we'll talk about in the future is medical kits and
7 stuff like that. Like I said, we're not really
8 going to discuss a plan for that yet, but it's
9 something in the future that we will discuss. That
10 way we have some kind of organization as to what
11 we're carrying away. If someone goes down and gets
12 hurt and we have to use their supplies and then
13 maybe another person beside you lost theirs, we can
14 reach into any individual first aid kit and have
15 whatever it is we need to reach in and grab to make
16 sure that we can save that person's life or at least
17 do the best we can until first responders get there.
18 **MR. BERTINO:** Yeah. My IFAK that I was
19 carrying on me that I always have saved my fuckin'
20 ass that night. Somebody put the, the chest, chest
21 vent on me and saved me. So yeah, carry an IFAK if
22 you don't fuckin' have one.
23 **MR. STEWART:** I want to get back on
24 topic on what Yut was saying about splitting off

---

Page 23

1 into ten-man groups. There's been a lot of
2 questions over the last few days about what are we
3 doing to stop this rando from running off to rock a
4 piss by himself. We're not doing anything, because
5 the expectation is you're not going to be that dumb.
6 You have ten guys that you're going to be with. If
7 you go to piss by yourself, one of the people you
8 see on your screen is going to be having a
9 conversation with you when we find out about it.
10 You shouldn't be doing dumb shit like that. Ten
11 guys, go to piss, ten of you. Let somebody else
12 know so that the rest of the formation doesn't move
13 out. Comms will be in place. But that, that sort
14 of low IQ bullshit in a hot zone should never happen
15 with this group.
16 If we were going to have that kind of
17 shit, then we're wasting our time. We could just go
18 back and do the regular rally thing. We already
19 have that on block. So turn your brains off a
20 little bit on trying to figure out what the big
21 picture is and follow the ten guys that you're with.
22 You're going to have a leader of those ten guys, so
23 handle it that way and make sure you're tight.
24 I saw somebody in the chat say in

---

Page 24

1 reference to the alcohol that they saw somebody
2 falling down drunk. Don't be that fuckin' guy.
3 That's all I'll say.
4 **MR. TARRIO:** Yeah, and to touch on
5 something that you just said, Johnny, and there was
6 a question about it, he says: "We need a dedicated
7 communications guy."
8 We will have a dedicated communications
9 guy. And with that being said, it's easier to run
10 communications if -- it's easier to run
11 communications if while we grow this group bigger
12 and bigger, right now it's only 75 guys, right. But
13 we're going to continue to grow, we're going to
14 continue. And you know, at some point we're going
15 to have, you know, what, fuckin' 75 guys, 750 guys,
16 a thousand guys or whatever the fuck it is, but
17 we're going to gradually grow it. Because that's
18 the only way we're going to do it.
19 So if we just slam it and put a thousand
20 guys in there, it's going to fuck us up. So the
21 communications guy is really important for that
22 because he needs to adapt to the size of the group
23 and how we communicate. But yes, there will be a
24 dedicated communications guy when it comes to that.

---

Page 25

1 **MR. BIGGS:** There was kind of a question
2 in here and the private party says: "Had a few guys
3 (inaudible) and want to stick with me but are not in
4 this chapter, they know not to wear colors but want
5 to hang around the chapter. How do we address that
6 moving forward?"
7 **MR. TARRIO:** Okay, so that's a simple
8 answer. The 6th in very unique because we have lots
9 of Proud Boy groups that are coming. You can
10 decide, and I put this in the chat, you can decide
11 if you want to be with your chapter or not, but you
12 either decide to be with us or you decide to be with
13 your chapter. And this, there's nothing that's
14 going to fuck you up from doing that. Like we're
15 not going to be like oh, fuck this guy, he doesn't
16 like our chapter. That's fine, you can go with your
17 chapter, right.
18 We want to -- we're using this as a
19 training exercise so we can stay as one fuckin'
20 unit, right? Later on in the future, it's going to
21 become more and more unpopular, right, to come to
22 these things without being part of this chapter at a
23 national level. Obviously at a local level, you
24 guys can do whatever the fuck you want. But again,

---

1  I reiterate, like we need to do national events a
2  lot better than what we've, we've been doing in the
3  past.
4      Obviously, I am going to say that we've
5  done a very good job in the past.  I'm not negating
6  that we've, we've fucked shit up most of the time
7  but I do see problems arising with events like
8  December 12th.  The floor is open.
9      MR. STEWART: One more last thing here.
10  The big thing, the biggest thing that I'm trying to
11  drive home with all of this that I'm saying is the
12  difference between this and December 12th is there
13  will be accountability with this group.  If you fuck
14  something up in here, you're going to know about it.
15  You fuck something up beyond repair in here, you're
16  not going to be in here anymore.  That's the main
17  difference.
18      A lot of guys are saying, well, how do
19  we stop this, this retard shit from happening or how
20  do we start -- or how do we stop this asshole from
21  doing this?  It's very simple.  This is not like
22  other things.  You'll be held to account for the
23  shit that you do in here, the things that you say,
24  the way you behave and the way you conduct yourself

1  fact, this is just, this works as any other chapter.
2  And this chapter is very unique in the sense that it
3  does not have a vote at the national level for
4  anything.  So there is no representative that
5  represents this chapter and can put, and can make a
6  vote to change anything else in the organization.
7      MR. BERTINO: Yes, you have to get your
8  seconds again with our penises.
9      MR. REHL: You got to go through a
10  gauntlet.
11      MR. STEWART: I was just going to say,
12  these motherfuckers aren't ready for the PA
13  gauntlet, no.
14      MR. TARRIO: Oh, get out of here, you
15  guys are (inaudible).
16      MR. WOLKIND: My gauntlet is better than
17  your gauntlet.
18      MR. STEWART: They'll be pissing blood,
19  I promise you.
20      MR. DONOHOE: Here's one, here's one
21  from J HenFRT4.  "I think we need two forms of
22  comms, just in case we have issues."
23      MR. BERTINO: Redundancy, yeah.
24      MR. DONOHOE: Yeah, that's definitely

1  in public.  That's just how it's going to be.
2      MR. TARRIO: Yeah.
3      MR. DONOHOE: All right.  So Enrique, if
4  you can --
5      MR. REHL: Go ahead.
6      MR. DONOHOE: If you can answer this
7  question from Kenny.  "Is it chapter leadership
8  position nationwide?"
9      MR. TARRIO: I kind of know what he's
10  trying to say with that.  This is -- the way that
11  this works and the way that we approved this,
12  because what I didn't want to do is I didn't want
13  this operation that we're going to fuck with the
14  structure of anything else.  So the only way that we
15  were able to do it is create its own autonomous
16  chapter.  So think about it like this.  It just
17  doesn't have a home, but think about it like this.
18      Pretend all of us live in the same
19  place.  It has the same exact structure as your
20  normal chapter would have from the top up, right?
21  And there's consequences for what you do in your
22  chapter.  There's consequences for what you do in
23  this chapter.  So that was the only way to kind of,
24  kind of bridge that divide.  But no, as a matter of

1  going to be something that we do, but as of now
2  since we're still small, I think we're --
3      MR. WOLKIND: We're just trying to get
4  everybody pointed in the same direction.
5      MR. DONOHOE: Yeah, we want to find a
6  more dedicated comms guy to get everybody on the
7  same page.
8      MR. REHL: Right, and we have actually,
9  we do have some guys who are like extremely skilled
10  with comms and everything.  We just, we just got to
11  get everybody on the same page with the comms, you
12  know.  Last time it was, like I said, it was a shit
13  show before.  We had multiple different groups doing
14  comms and, you know, we -- we're going to find our
15  top guy to deal with it, you know, put the comm
16  together.  We're going to have like a one-unit
17  thing, at least for different levels of what we're
18  trying to do and everything here.  And it's going to
19  be cohesive and it's going to be on the same page
20  and it's going to be well-known and executed.  So
21  that's, that's the plan and that's where we're
22  trying to go with that.  No confusion.
23      MR. WOLKIND: Yeah, and so just kind of
24  to clarify and summarize everything of like exactly

---

Page 30

1 what this is so far. So basically, you know, we all
2 saw what happened, you know, on the 12th in DC. We
3 were really disorganized and there was a lot of
4 problems that kind of came from that
5 disorganization. So I think there's a little bit of
6 confusion about how this is, you know, structured.
7 So basically in a nutshell, each rally
8 needs to have a strategic objective. You know, we
9 just don't show up somewhere just for no reason, you
10 know. When we do a public event, we're going into
11 the public space. We have a goal in mind. That's
12 what the marketing team is starting out with. The
13 marketing team is going to start with a strategic
14 objective that they want the Proud Boys to
15 accomplish, whether it's political or something,
16 like the SPLC thing. That's a great example.
17 What the logistics team does, the
18 operations is we basically just figure out how to
19 get that done safely and get everybody home in one
20 piece. So we basically just support the marketing
21 team, and that's kind of how we -- that's the reason
22 why we use that, that nomenclature for how we
23 structure it.
24 Another big thing of this is, you know,

---

Page 31

1 with a thousand Proud Boys in DC, you know, we're
2 together sometimes. We're all over the place at
3 sometimes, but there was no way to control, you
4 know, there was no control over that. So hopefully
5 with this, with this new structure in place, what
6 we'll be able to do is, it will give us like the
7 freedom and the flexibility to break off into
8 modular elements where you can have smaller teams
9 that can maybe go two blocks over, without everybody
10 just following, you know, the guys and now you have
11 700 guys going, you know, two blocks over just
12 because they see the guy next to them moving. You
13 know, now we'll have a little bit more control where
14 we can send elements in different directions, in
15 different places, doing different things. And not
16 necessarily in an offensive manner but just
17 generally speaking so we can have that, that kind of
18 control.
19 And that's basically, that's kind of
20 basically it in a nutshell. Like comms,
21 reconnaissance, reconnaissance is going to be a big
22 one. That's one of my big things is effective recon
23 teams that work hand in hand with, you know, the
24 communication elements. All that stuff has got to

---

Page 32

1 be tight and it's going to be tight. So that's,
2 that's on your list to hammer that shit out and get
3 all that granular stuff figured out.
4 But first, we just want to get everybody
5 on the same page, pointed in the same direction so
6 that we're not all over the place and, you know,
7 making a mess of, making a mess of things. That's
8 it.
9 MR. STEWART: That's a, that's a good
10 point, Aaron. Another question I saw today was
11 there was some concern about who directions were
12 coming from. And they could come from any single
13 person that you see on your screen right now, as
14 well as about seven or eight more people that you
15 don't see yet because they're not obviously on the
16 screen. But the one thing that everyone has to
17 understand is yes, you might be getting told things
18 from different people but it's all information from
19 the same plan. Biggs isn't going to tell you
20 something different than I'm going to tell you.
21 Enrique isn't going to tell you something different
22 than Zach is going to tell you. It's all one
23 operational plan, so don't get hung up on, on the
24 delivery. The information is all the same.

---

Page 33

1 MR. TARRIO: Amen. Next up. Any other
2 questions you guys see or anything else that you
3 want to address?
4 MR. DONOHOE: Yeah, I'll address
5 something. This is something that we all need to
6 talk about, but the escalation of force. Obviously
7 with a ministry of self-defense, so escalation of
8 force isn't going to be to go out and attack. It's
9 going to be more of like a bodyguard system. So
10 obviously we'll be around the marketing team,
11 a.k.a., the dudes that get all the prats and stuff
12 like that and basically be a bodyguard service for
13 the mission that they're trying to accomplish.
14 But that being said, there is also going
15 to be smaller teams that go out and do things like
16 recon and quick reaction force in case somebody gets
17 jammed up in a bind and also to provide information
18 back to that main element. So as of now, I think we
19 all agree on this with deescalation of force, that
20 it's strictly a defensive mode, unless the threat is
21 so imminent that you believe that your life is in
22 danger. What do you think?
23 MR. TARRIO: Yeah, I mean every
24 situation calls for something different, you know.

---

1 Like we're -- I think on the verbal sense and the
2 media sense, me and Biggs has got in on lock, where
3 we know exactly what we're going to say that will
4 piss off the media. And you can translate that to
5 on the grounds. Now I'm not saying, now I'm not
6 saying to go ahead and fuckin' talk shit. Go ahead
7 and talk shit, as long as it, you know, keep it
8 fuckin' professional. But we're never going to be
9 the ones to cross the police barrier or cross
10 something in order to get to somebody. We're always
11 going to be the ones standing back, right, and we're
12 always going to be the ones to fuckin' defend.
13 And we've been really good at it. We've
14 been -- let's be honest. We've been really good at
15 that. But what I saw on Saturday was like a fuckin'
16 pool of fuckin' unchained pit bulls, just running
17 into every situation, right. If we don't run into
18 the situation and we just chill, we'll be there.
19 We're -- dude, there was enough of us to take --
20 listen, there was enough of us to fuckin' go ahead
21 and do whatever we wanted to do in DC. Nobody was
22 going to be able to stop it.
23 **MR. BERTINO:** Not the cop, not nobody
24 was going to stop us.

1 **MR. TARRIO:** Yeah, you know, so just
2 granted by that fact, we need to chill. We need to
3 relax. We need to get all of our guys home, right.
4 And one thing that we don't -- we're talking about a
5 lot of serious shit right here, but one thing that
6 we can't forget is to have fun, right. So enjoy
7 ourselves out there. Enjoy the boys, get fuckin'
8 hammered, get trashed. Those are things that, that
9 we --
10 **MR. BERTINO:** And don't get stabbed.
11 **MR. TARRIO:** And don't get stabbed,
12 which Jeremy broke that rule a couple times.
13 **MR. REHL:** Thanks, Jeremy.
14 **MR. BERTINO:** I'm not the only one of
15 us. There was four; there was three others, so.
16 **MR. TARRIO:** They're all going to be
17 disavowed by the end of this.
18 **MR. BERTINO:** But yeah, touching on what
19 you were saying, what I noticed was just everyone
20 was like hyper on edge at that last rally. And you
21 know, what we're trying to avoid by doing this is
22 like that cowboy shit, where people are running off,
23 you know. Like when we were leaving the Freedom
24 Plaza, I saw the dudes in the fuckin' skirts running

1 off fuckin' down -- we had to fuckin' chase them
2 down. It breaks us up, and that's what we're trying
3 to avoid with what we're doing here.
4 This is going to be a strict structure
5 of, no, you're not fuckin' running off. You're
6 staying here. And if you fuckin' run off from us
7 and you fuckin' don't listen when you're told to
8 hey, get back here, pull back, then, you know,
9 you're out of this fuckin' -- you're out of this,
10 you're out of this chapter. Like there is --
11 there's no, there's no discussion. It's you're
12 either going to be here and you're going to do what
13 leadership is expressing that you need to do or you
14 don't need to be here. It's a fit in or fuck off
15 mentality. And you know, and it sounds harsh but
16 it's true. Fit in or fuck off. Like you're going
17 to do what we're going to do or you don't need to be
18 there at all.
19 **MR. TARRIO:** Yeah, to touch on that
20 subject, staying together is probably like the most
21 important thing. We had so many fuckin' people go
22 off on their own. That's one of the -- that's
23 actually the biggest problem that we had. I spend,
24 and this includes in most rallies but it's more

1 controllable when it's a smaller group. I spend
2 most of my time in rallies fuckin' bringing people
3 back.
4 **MR. BERTINO:** Mm-hmm.
5 **MR. TARRIO:** I'm just fuckin' corralling
6 everybody, right, trying to keep everybody from
7 doing something stupid. If there's one dude --
8 there's a thousand of us, dude. Like we could
9 literally fuckin' stampede over this dude without
10 using our hands and just walk over him and it's
11 over. So your throttle control is important and
12 listening is really fuckin' important, please. So I
13 can't stress that enough. That's the most important
14 part here, gentlemen.
15 **MR. BERTINO:** And learn how to stay in
16 fuckin' formation.
17 **MR. REHL:** And I kind of want to, I
18 guess I'll touch on what Jeremy was saying. Like
19 look, like there's this structure here and
20 everything like that, but you guys got to
21 understand. Like everybody who is in here,
22 everybody who is like listening right now, you guys,
23 you guys are part of this entire thing here, you
24 know. Like we're, we're hoping you guys are going

Miami Proud Boys MoSD Brief

1  to be here to be able to help us out and execute
2  these plans and, you know, get these guys on the
3  same page as, you know, the mission plan that we're
4  all trying to, you know, put in place here and
5  everything like that.  We don't want guys getting
6  stabbed.  You know, we don't want guys getting shot.
7  We don't want anything bad happening or anything, or
8  any -- anybody at all really.  But you know, when we
9  decided to put this team together, we put this
10  leadership structure together so that we can, we can
11  nationally, you know, organize these, these events
12  and everything, and you guys are part of this whole
13  entire thing.
14      So don't look at it like this, it's not
15  a dictatorship type thing.  I think Enrique was
16  saying something about that earlier.  But no, it's,
17  it's just a structure, you know.  And the more
18  everybody is onboard with it and the more of you
19  guys who are, you know, able to buy into it and be
20  able to like, you know, get your guys onboard with,
21  with like the plans we're putting out and
22  everything, the more successful these things are
23  going to be.  And you know, there's going to be
24  some, some errors.  There's going to be some issues.

1  There's going to be things we're going to have to
2  work on and everything, but you know, we're going to
3  work on that kind of shit together and hopefully,
4  you know, in the future, we're going to be a lot
5  better at it.  So, you know, that's all I have.
6      MR. TARRIO: I want to, I want to answer
7  this question right here.  "Some people really hate
8  the long optics march, some can't handle the long
9  march.  Is there a way we can keep the big march
10  shorter or optional?"
11      That long march doesn't happen often.
12  DC is a very big place and it's very, it's really
13  tiring, sometimes when it's cold or when it's too
14  hot.  But the truth is, like sometimes it's going to
15  require a long march.  You know, sometimes it is
16  going to require that.  So your -- try to stay fit
17  as much as possible, but I don't think that that's
18  going to happen very often where we march those long
19  routes.  Specifically that's what it called for on
20  that, on that specific march.  I know we walked, I
21  think on my watch it said we walked -- the first
22  night we walked 14 miles and then the following day
23  we walked 13 and a half miles, so, yeah.
24      MR. STEWART: Hey, Kenny, the guys that

1  won't follow the rules --
2      MR. REHL: And -- go ahead.
3      MR. STEWART: Kenney asks, it says:
4  "Everyone wants to help but what happens to the guys
5  that don't follow the rules?"
6      SPEAKER: We rape them.  Full rape.
7      MR. TARRIO: Yeah, full rape.  But just
8  to give you an example of that, one of the rules
9  when you go in the chat, it fuckin' tells you as
10  soon as you come in, it tells you the chat rules.
11  That's not a place for banter.  You're not going --
12  you fuckin' take shit to DM.  Okay.  He continued
13  and I removed him from the chat, right?  There's
14  going to be, there's going to be situations where
15  it's not that heated, but dude, if you don't listen,
16  there will be consequences.  That's another reason
17  why we established a chapter, so there will be
18  consequences for those people coming forward.  So
19  that could range from multiple things.
20      I don't think that we've talked about
21  too much what happens in between.  You get kicked
22  out and the sharia, but the consequences in sharia,
23  you know, can go from a suspension.  And at that
24  point since it's not a regular fuckin' thing where

1  we meet every month, it might suspend you from a
2  couple of rallies.  It might suspend, it might -- a
3  beer tax might be something that we're thinking that
4  we think that should be, for like smaller offenses.
5      MR. BERTINO: Can we do a cocaine tax
6  instead?
7      MR. TARRIO: Cocaine tax, not on the
8  table in Mindcraft.
9      SPEAKERS: Paying taxes really turn
10  people off.  Yeah, that's [simultaneous speech.]
11      MR. TARRIO: All right.  You guys, go
12  ahead, keep going.  Answer that question thoroughly
13  if you want, or move on to the next one.
14      MR. DONOHOE: I mean that's, that's all
15  I have on my list.  We had medical.
16      MR. BERTINO: Which we're working on
17  that now.  That's definitely --
18      MR. DONOHOE: Yeah, I figured that one
19  is too much.  And then, you know, the standard
20  operating procedure, that's going to be as we go
21  along.
22      MR. BERTINO: Yeah.
23      MR. DONOHOE: And the same with the
24  quick reaction force.

Miami Proud Boys MoSD Brief

Youtube Meeting
December 30, 2020

Page 42

1   **MR. BERTINO:** Yeah.

2   **MR. DONOHOE:** But as of right now, the

3   ten-man team for 75 guys, that works perfectly.

4   **MR. TARRIO:** Yeah.  Um, somebody asked

5   here, where was it?  Hold on.  So "What are

6   operational -- what's our operational goal for 1/6?

7   What I'm hearing is a way to stay in sync but the

8   goals, are we marching towards?"

9   So I'm not going to go into too much

10   detail on the 6th.  We're going to have a separate

11   chat, a video chat exactly like this where we're

12   going to go over with people that are actually

13   attending the event, we're going to go over those,

14   those details at that time.  Okay, right now what

15   we're talking about is just operational stuff and

16   how this is structured and chain of command, ROE,

17   things like that, so, okay.

18   **MR. BERTINO:** This is not, this is not a

19   para-military wing per se.  So I know a lot of

20   people are like, well, they're starting this like

21   para-military wing of the Proud Boys.  It's not us.

22   This is not Foke (phonetic).

23   **MR. BIGGS:** It's a mindset.

24   **MR. BERTINO:** Yeah, it's basically, what

Page 43

1   we're trying to get you guys to do is we're trying

2   to, again, avoid all those fuckin' random issues

3   that we had to deal with last time that I'm sure

4   some of you, it frustrated a lot of you guys.  The

5   running off.  It's, it's -- it can really put the

6   rest of us in jeopardy, and so you got to remember

7   that.  And so that's why every one of you has been

8   picked the way you've been picked.  Everyone got to

9   pick their ten guys that they trusted.  And I don't

10   think it's all the way full yet but, you know, I

11   picked everybody that I trusted, except for Dick

12   Sweets, but I just wanted to pick him so --

13   **MR. TARRIO:** I didn't pick him either.

14   **MR. BERTINO:** I picked, I picked him but

15   I picked him so that we could try -- so that he

16   wouldn't throttle everyone else and he could just go

17   home and throttle himself.

18   **MR. TARRIO:** He's like the, he's like

19   the retarded greeter at Walmart.  We got him for

20   diversity.  When he gets in here, he's going to

21   fuckin' --

22   **MR. BERTINO:** He's in here.

23   **MR. TARRIO:** I know he's in here.  I'm

24   watching his face right now.  I could see him, I

Page 44

1   could see him in the studio.

2   So another thing about growth, so right

3   now, like I said, we're growing.  Small and

4   expanding, I think there's going to be one more

5   expansion before the 6th where we're able to bring

6   more people in.  And then that will be the team for

7   the 6th.  And then from the 6th through the 20th, if

8   we decide to go back to DC, then at that point we'll

9   grow the group probably one or two more tiers at

10   that point.  But we are going to grow in a small

11   fashion so we can, we can adjust to these things.

12   I'm going to be putting up a poll on,

13   on the chat asking who is going to be attending DC

14   out of this group, so we can get at least a rough

15   head count and from there, we'll make a decision

16   whether we want to expand the pool or keep it small.

17   Keep it going.

18   **MR. STEWART:** It's not a floodgate

19   though, right?  I mean even if we expand the pool,

20   it's not a floodgate where everybody goes, hey, I

21   have this guy that I like, let's, let's fuckin'

22   invite him.  There's a vetting process.  Everybody

23   has to fill out the form.  It's just like any other

24   chapter.  Not everyone is going to work.  And some

Page 45

1   people are going to get in and they're not going to

2   work, and some people are going to get in and say,

3   fuck those guys, I'm not doing what they tell me and

4   they'll go.  And it will keep spinning like that.

5   But it's not going to be a fire hose.

6   **MR. TARRIO:** Yeah, okay.  Anything else

7   that you guys want to hit?

8   **MR. DONOHOE:** That's all I have.

9   **MR. BERTINO:** That's all I got.

10   Somebody just asked:  "Are we staying away from

11   Antifa like on the 12th?"

12   **MR. TARRIO:** I'll be, we'll be making

13   those decisions as we go, so whoever is going will

14   be part of that communication.  We'll talk about

15   that a little bit later.

16   I guess since we're in, since we're in

17   here and we're kind of running out of those things,

18   I think it's time that we start bringing people in.

19   Dammit, Dick Sweats just fuckin' came off the

20   studio.  But I have two people in the studio right

21   now.  I got Travis and Dick Sweats.  He just came

22   in.  Let's, let's get -- Dick Sweats has been

23   waiting, so let me, let me bring him in.

24   **Mr. BIGGS:** I'll pop down.  Got to move

Jones & Fuller Reporting
617-451-8900   603-669-7922

Page 46

1 around and do some shit real quick anyways.
2    **MR. TARRIO:** Okay, all right. Cool,
3 cool.
4    **MR. REHL:** He's probably got a lot of
5 questions.
6    **MR. TARRIO:** Of course he has a lot of
7 questions.
8    **MR. DONOHOE:** I'm going to go ahead and
9 bail out, guys. Thank you for your attention.
10    **MR. TARRIO:** All right, Yut.
11    **MR. REHL:** Dick Sweats.
12    **MR. TARRIO:** Sweats, you're up.
13    **MR. SWEATS:** Hey.
14    **MR. TARRIO:** Your microphone --
15    **MR. REHL:** Shit, and his fuckin'
16 microphone doesn't work.
17    **MR. TARRIO:** Yeah, your microphone
18 sucks, Dick. He got those, he ordered those bootleg
19 ear pods from (inaudible).
20    **MR. SWEATS:** Hi. They were bootleg. I
21 got them from New York.
22    **MR. TARRIO:** There you go. What's up?
23    **MR. SWEATS:** I was just curious if we
24 had any discussion about you in particular with the

Page 47

1 issue still outstanding about the burning of a
2 certain flag in a street and you showing up down in
3 DC, certain persons possibly being --
4    **MR. TARRIO:** Yeah, this nigger, this
5 nigger is like one of those that leads the fuckin'
6 (inaudible).
7    [Simultaneous speech.]
8    **MR. TARRIO:** So I don't want to go into
9 detail here on the video. I think I'll speak, I'll
10 speak more to that probably on the ground from a
11 security brief. I'd say if the intensity was a
12 hundred like shit is going to happen and the other
13 intensity would be nothing, absolutely nothing
14 happened, we would probably be at a 50 right now.
15 So now the intensity, now the intensity of how
16 serious it is is close to zero.
17    **MR. SWEATS:** Okay.
18    **MR. STEWART:** Turn around and face me.
19 What's up, you Dick? Getting back your nut sac.
20 That's what's happening.
21    **MR. TARRIO:** Hey, Wednesday, Wednesday
22 is --
23    **MR. STEWART:** Turn around, grab your
24 cheeks, give me two good coughs.

Page 48

1    **MR. TARRIO:** I've been to the Feds.
2 Wednesday is my (inaudible) day in the Feds, so --
3    **MR. BERTINO:** They're only doing that
4 because you're black. That's why they're going to
5 arrest you on a Wednesday.
6    **MR. TARRIO:** They'll probably arrest me
7 on a Wednesday just to, just to -- just to flex.
8 Okay. So that's the answer to your first question.
9    **MR. SWEATS:** Now, the only other
10 question I have is on the local level, some of these
11 events wind up catching national attention. So is
12 this something that when we know we're doing an
13 event, should we just bring it into the, into the
14 room and discuss it, just, you know, even if it's
15 local?
16    **MR. TARRIO:** Yeah, if it's local, we'll
17 always contact the local chapter before we do
18 anything. Like let's say we end up doing that, that
19 thing in Montgomery, Alabama, we'll contact the
20 Alabama chapter, which is almost non-existent at
21 this point. I know there's a couple of guys but
22 they haven't grown out yet but we will be contacting
23 the local chapter every time that we go somewhere.
24    **MR. SWEATS:** All right, awesome.

Page 49

1    **MR. TARRIO:** Like if we go to your neck
2 of the woods, we'll always like contact you before.
3    **MR. BERTINO:** But I think what Dick was
4 trying to ask is if there is a --
5    **MR. REHL:** (Inaudible) and we don't give
6 a fuck what you say, fuck you, fuck you.
7    **MR. BERTINO:** Well, I think, I think
8 what Dick was trying to ask was what if there's a
9 rally like in his backyard that started to gain
10 national attention. Would we -- and they were
11 planning on attending. Would they then bring that
12 to this group or would they just go handle it on
13 their own?
14    **MR. TARRIO:** Um, you know, I don't think
15 we've, we've talked about that scenario, but I think
16 that would be like a -- it would be a thing where
17 the local guys, if they want, like if they like the
18 way that we operate, I guess just call us in and
19 then we'll, we'll pick up from the pool that we
20 have. But I just, I don't know how many guys will
21 be able to get there. It all depends on if it's
22 gotten national attention and the event is like 30
23 days away or two weeks away, where some people could
24 come out.

Page 50

1    MR. WOLKIND: Yeah, that's my hope is
2 that, you know, this will be a resource that
3 everybody can draw upon, even for your small local
4 rallies, so that way you're not having to, you know,
5 reinvent the wheel every time.  There's kind of a
6 structure and a framework, you know, where you're
7 going to have, you know, everybody is going to have
8 like familiar comms, you know, how it works, how you
9 work with recon, the top down structure.  We can
10 kind of keep the same framework without, you know,
11 local guys having to, you know, do the whole thing
12 from scratch over and over again each time.  There
13 will be kind of like a standard framework for each
14 rally.  And then you could, you know, possibly use
15 this group to help, you know, get a few more guys
16 there, you know, reach out in the chat.
17    MR. SWEATS: Yeah, that's true.
18    MR. TARRIO: I want to answer this
19 question really quick.  "The last question for me.
20 Are we doing any media shit or are we going totally
21 under the radar?"
22    I don't -- like we won't be announcing
23 the chapter, Ministry of Self-Defense is going to be
24 going anywhere.  We're still obviously, we'll go

Page 51

1 under a Proud Boy capacity.  Sometimes we'll go --
2 it depends on how we dress and what we want to do as
3 far as a marketing plan goes, but sometimes we'll go
4 dead silent, you know.  So we'll make those
5 decisions as we go.  We're totally flexible with
6 anything that we would like to do.
7    Dick, you got anything else?
8    MR. SWEATS: No, sir, I'm good.
9    MR. TARRIO: All right, cool.  I'll keep
10 you in here, I'll keep you in here.  Let me bring
11 in, let's bring in Travis.  Travis, you got your mic
12 muted.  Okay, I'll leave him in here.  I'll bring in
13 Asher.  Mr. Asher, you're muted.
14    MR. BERTINO: Why is everyone muted?
15    ASHER: Hi, how's it going?
16    MR. TARRIO: What's up, what's up, Ash?
17    ASHER: Not too much.  I'm just
18 listening, I'm just listening.
19    MR. TARRIO: Oh, okay, okay, all right.
20 So you clicked on that link.  Nobody is trying to
21 get in.  So we're good, you can stay in.
22    Travis, I can kind of see you.
23    MR. BERTINO: I see your steering wheel.
24    MR. TARRIO: You're muted, Trav.  I

Page 52

1 don't know if you want to say anything but you're
2 muted.  Did we lose somebody right now?
3    MR. BERTINO: We lost Zach.
4    MR. TARRIO: Zach is the one we lost
5 right now.  We had lost Yut for a while.
6    MR. BERTINO: Zach's got that Philly
7 fuckin' Boost Mobile too apparently.
8    MR. STEWART: I got somebody I bet
9 everyone wants to talk about.  Let's talk about
10 women in the chapter.
11    MR. TARRIO: Oh, we just came off of a
12 video chat with that.
13    MR. BERTINO: Yeah, we just had enough
14 of that AIDS for the night.
15    MR. TARRIO: Okay, so there is -- here,
16 look, this is a very simple thing.  There's no women
17 in the fuckin' chapter.  There is no women in any of
18 your chapters.  There never will be women in your
19 chapters.  That Proud Girls thing is never going to
20 be a thing.  The PBG thing consists of five women in
21 a fuckin' chat that don't even say anything about
22 it.  But that's about it.
23    I'm going to bring Zach back in and we
24 have somebody that usually has a lot to say and it's

Page 53

1 the New Hampshire prez.  Oh, wait.  Travis is
2 unmuted now.
3    MR. BERTINO: What up, Trav?
4    MR. SWEATS: Breaker, breaker, one nine.
5    MR. BERTINO: Trav, Trav, check, check.
6    MR. SWEATS: 10 4 radio, boogie doogie.
7    MR. TARRIO: I'm going to mute Trav.
8    ASHER: There's something that I want to
9 ask, I'm sorry.
10    MR. TARRIO: Yeah.
11    ASHER: Those of us who at least for the
12 last two events have been tied to some security
13 detail, could we be like partially in the -- this
14 chapter?  In other words, when we're done with that
15 security detail, like can we meet up with, you know,
16 like ten other guys or I guess, six other guys?
17 Like in our security detail, we have four.  We're
18 tied with Latinos for Trump.  But basically everyone
19 in that detail is in this chapter, so.
20    MR. TARRIO: Yeah, I know my, so
21 basically what he's saying, so my chapter is doing
22 security, a security detail specifically for Latinos
23 for Trump.  Completely off.  When you're done with
24 that detail, I think that we're, we're going to be

1 around for a little bit, but when you're done with
2 that detail, I guess yes, the answer would be yes.
3 But I guess the logistics portion of it would come
4 in, how you get to us or where we are.  And if it's,
5 if it's like a marching route, then no problem, you
6 guys can walk straight to us.  But I guess we'll
7 stay in communication.  You'll be in the chat
8 channels and I'll include you in that, Ash.
9     **ASHER:** Are we going to be using that
10 Zello thing this time?
11     **MR. TARRIO:** So the Zello thing was just
12 like really -- I knew not too many people were going
13 to be able to use it because of the data.  So we're
14 going to be -- we're going to have it as a backup
15 but we're always going to go to our radios for
16 communication, okay.
17     So I'm going to bring in New Hampshire
18 president, and I'll bring in Travis and make sure
19 that he is not muted.
20     **NH PREZ ROB:** What's up, gentlemen?
21     **MR. TARRIO:** What's up?
22     **NH PREZ ROB:** Jeremy, what's up,
23 brother?
24     **MR. BERTINO:** What's happening, bro?

1     **NH PREZ ROB:** Good to see you, man.
2     **MR. BERTINO:** Thank you, man.  Good to
3 see you again, and not your nuts.
4     **NH PREZ ROB:** Hey, they're not my nuts.
5 My vice president's nuts, not mine.  Fuck that.
6     **MR. BERTINO:** They were pretty anyway.
7     **NH PREZ ROB:** Yeah, and I was fuckin'
8 pinching it off like a motherfucker.
9     **MR. BERTINO:** Oh, man.
10     **NH PREZ ROB:** So I got, I got a question
11 about the -- at the beginning of this, you were
12 saying that you're breaking it up into zones.
13 There's eight zones, right?  Is that what you said?
14     **MR. TARRIO:** Well, no, there's eight
15 people, there's eight regional reps, and it goes
16 from -- we're doing the Mississippi line, west or
17 east of the Mississippi.
18     **NH PREZ ROB:** And each one of those guys
19 is going to be responsible for recruiting in that --
20 in their area?  So like there will be somebody for
21 New England or?
22     **MR. TARRIO:** No.  So the way that it
23 works is it's, we're not, we're not -- the reason
24 why we separated it is because we have a lot of

1 rallies in Portland and a lot of rallies in DC.  So
2 we're just going to pick the four best guys, the
3 four best suited guys at that point and those guys
4 will be on the ground for the operations team and be
5 managing those ten, those ten-manned crews at that
6 point.  You got me?
7     **NH PREZ ROB:** Gotcha.
8     **MR. TARRIO:** So if there's something to
9 go, the message goes from the top to the bottom at
10 that point.
11     **NH PREZ ROB:** Okay, makes sense.
12     **MR. TARRIO:** Yeah.
13     **NH PREZ ROB:** What are we doing about
14 places to stay for the 6th?
15     **MR. TARRIO:** I'll go over that on the
16 next chat and I think I'll do that right on like the
17 1st, just so we're closer to that event and we'll
18 talk about places.  Well, actually we could talk
19 about places to stay right now.  The thing is DC is
20 jam packed.  If you can find a fuckin' hotel, we're
21 going to be -- most of us are going to be staying on
22 the Supreme Court side.  I know some people were
23 staying by the, by the White House.  But right now,
24 it's get what you could, right now.

1     **NH PREZ ROB:** I had some chick on Parler
2 fuckin' wanting me to split a room with her at the
3 fuckin' Phoenix.
4     [Simultaneous speech.]
5     **MR. TARRIO:** If you can find, if you can
6 find a room at the Parler -- at the Phoenix, it's
7 impossible to get right now.
8     **NH PREZ ROB:** She already got one.
9     **MR. TARRIO:** Oh, if she, if she has one,
10 then you're good.
11     **NH PREZ ROB:** So are there places we
12 should -- if I don't really want to stay with this
13 chick, because that's not what I'm about, but what
14 -- are there places to stay away from at this point?
15 Is it that fuckin' border, somebody was sharing on
16 fuckin' Parler?
17     **MR. TARRIO:** The neighborhoods right
18 outside DC are fuckin' garbage, so if anything --
19     **MR. STEWART:** You don't want to go to
20 the east side.  You'll get fuckin' stabbed to death.
21     **MR. BERTINO:** You don't want to go
22 downtown either.  You'll get stabbed to death.  So I
23 guess we're all fucked.
24     **MR. STEWART:** The big thing about it is,

---

1 guys, like the last two times we were in DC, they
2 shut down the entrance to the entire fuckin' center
3 of the city.  So if your hotel was outside of
4 downtown DC, you weren't going anywhere.  We had to
5 drive -- I don't even, I don't even know what
6 fuckin' shit ass neighborhood I was in to try to get
7 out of DC.  We went through some fucked up tunnel
8 with homeless people all through it.  I don't even
9 know.  But that's the big thing.  If you can try to
10 get in the city proper, try to get there.  But one
11 of the hotels you'll probably be at is the one on
12 Lafayette, with the big Black Lives Matter Plaza
13 thing.  I don't recommend it but it's up to you.
14     **MR. REHL:** Yeah, and Johnny, like I was
15 actually telling a few other guys, because like a
16 lot of people were saying, you know, the same thing.
17 They're going to shut off major highways and stuff.
18 Yeah, they probably will.  They might try to do
19 that.  But if you don't mind driving through the
20 hood or, you know, doing this or that and spending
21 an extra hour driving to the designation when it's
22 only going to take you ten minutes if you took the
23 highway, then yeah, yeah.  Like go wherever you want
24 but be honest with yourself.  Like it's going to be

1 a fuckin' pain in the ass, so try to get something
2 as close as possible.  That is all.
3     **MR. BERTINO:** So somebody just asked:
4 "Just so we're clear, everything we do in here is to
5 be completely secret, correct, not even to use
6 chaptermates should we talk about what we are doing
7 in here, right?"
8     **MR. TARRIO:** Yes, even your own
9 chaptermates, this is its own chapter.  Like I
10 wouldn't want you to tell me something that happens
11 in your chapter, so I wouldn't -- we're not going to
12 allow for you guys to talk about what happens in
13 here with your chapter guys.  Obviously there is --
14 obviously, there is chatter about this and what we
15 do here, but keep it at that level.  Keep it, keep
16 it, hey, it's none of your business, so yeah, okay.
17 Next.
18     **MR. BERTINO:** Ahh, let's see here.
19 Trying to get some, "What about helmets, plates and
20 plate carriers?"
21     **MR. TARRIO:** We'll talk, we'll talk
22 equipment.  So one of the plans is to get you guys a
23 list of equipment that you would practically need to
24 get and then a list of equipment that we recommend.

1 It's something that we're looking to do.  On this,
2 on this event, just stay tuned for what you should
3 be wearing but I think it's just going to be, we'll
4 put it in the chat once we have that conversation.
5     **MR. BERTINO:** All right.  The last
6 question:  "Are we doing any media shit or are we
7 going totally under the radar?"  Okay, that's more
8 of a DC question.
9     **MR. TARRIO:** I think, I think I
10 addressed that question.  For the most part, it will
11 depend, it will vary from event to event.  This one
12 we're going a little loud but we did put out some
13 disinformation, well, kind of disinformation to kind
14 of throw them off a little bit.
15     **MR. BERTINO:** But is it really
16 disinformation?
17     **MR. TARRIO:** Probably.
18     **MR. REHL:** It's always disinformation
19 when it comes from us.
20     **MR. TARRIO:** We'll find out.
21     **MR. BERTINO:** And no, definitely no
22 six-man, weapons and equipment for the event.
23     **MR. TARRIO:** Yeah, it's ten man, weapons
24 and equipment.

1     **MR. BERTINO:** Jesus Christ.
2     **MR. REHL:** Wait, wait, is that -- is
3 that what that means?
4     **MR. TARRIO:** Yes.
5     **MR. BERTINO:** Six men, weapons and
6 equipment can change the outcome of a battle.
7 Jesus.
8     **MR. SWEATS:** Are we serious?  I've been
9 retarded for like two weeks now and I wasn't even
10 needed to be retarded.  Can you guys please update
11 me when I'm not retarded anymore?  What the fuck,
12 guys.
13     **MR. BERTINO:** But you're always
14 retarded, Dick.
15     **MR. REHL:** Shit, stop taking fuckin'
16 acid, dude.
17     **MR. BERTINO:** Yeah, exactly.
18     **MR. SWEATS:** Don't talk so loud.  My
19 daughter is right over here.  What the hell, bro.
20     [Simultaneous speech].
21     **MR. SWEATS:** Daddy doesn't do that, no.
22     [Simultaneous speech.]
23     **MR. TARRIO:** Brian is asking, Brian is
24 asking if we could put that list together as soon as

**Page 62**

1 possible. I think we should talk about that
2 tomorrow and get a comprehensive list together and
3 just put it together and send it out.
4    **MR. STEWART:** Yeah, but seriously by
5 now, by now you're not going to get it before the
6 6th. If you have to order it on Amazon, there is
7 little to no fuckin' chance you're going to get it.
8    **MR. BERTINO:** You might get an IFAK, but
9 that's about it.
10    **MR. TARRIO:** Yeah, I mean, your basic
11 stuff, I'll tell you right now. Your basic stuff,
12 like a fuckin' plate carrier or if you can put, if
13 you get like soft armor that you can put under your
14 shirt, would be great. No colors. Do not even --
15 gentlemen, do not even pack anything that's black
16 and yellow. Do not under any circumstances do that.
17    **MR. REHL:** I would like to add --
18 [Simultaneous speech.]
19    **MR. REHL:** Anybody who is in the chat
20 and everything, like if anybody has any -- a link to
21 like proper equipment that would be actually
22 effective, maybe a stab-proof vest or something and
23 it's not overly expensive, like. Not all of us are
24 rich. So you know, we're not, basically if you can

**Page 63**

1 find maybe something that is not $800 that would
2 prevent, you know, being stabbed.
3    **MR. BERTINO:** There's like $300 vests.
4    **MR. REHL:** That would be a lot more,
5 more effective and more, you know, proper to, you
6 know, help this chapter than, you know, talking
7 about probably girls or something like that. You
8 know what I mean, like.
9    **NH PREZ ROB:** What we did in New
10 Hampshire on the cheap was we went to fuckin' Ocean
11 State Job Lot. I don't know where you guys are, if
12 you have those, or fuckin' Dollar Tree or whatever,
13 whatever, whatever it is in your area. Up here we
14 have Ocean State Job Lot. And we went and bought
15 fuckin' plastic cutting boards and cut them to the
16 size of your plates and put them in the plate
17 carriers. And they were like $3.
18    **MR. SWEATS:** You can cover them too,
19 make them more comfortable.
20    **SPEAKER:** Yeah.
21    **MR. REHL:** Yeah, one of you southern
22 guys got me for like 50 bucks for some plastic plate
23 carriers, said they're made out of like fucking
24 cutting boards but, you know, like I didn't have, I

**Page 64**

1 didn't have anything else so I gave them --
2    **MR. TARRIO:** Wait, hold on. Someone
3 charged you $50 for a fuckin' plastic plate?
4    **MR. SWEATS:** Yeah, it was a southern
5 guy. Southern guy, right?
6    [Simultaneous speech.]
7    **MR. TARRIO:** That sounds like some
8 Florida dude. That sounds like somebody in my
9 chapter.
10    **MR. SWEATS:** Yeah, the Florida guy.
11    **MR. REHL:** I don't, I don't snitch.
12 That's all.
13    **MR. BERTINO:** Well, listen, even if you
14 can't, man, get some fuckin', pull like a fuckin'
15 omar from the wire and fuckin' duct tape goddamn
16 phone books around your fuckin' -- around yourself.
17 Trust me, you don't want to get stabbed. If you've
18 never been stabbed, you don't want to get stabbed.
19 So whatever the fuck you can do to prevent that, do
20 it. I don't give a shit if it costs fuckin' 13
21 cents or 1300. Do whatever you got to do to protect
22 your fuckin' body.
23    **NH PREZ ROB:** I've been stabbed three
24 times in my life, man. I don't ever want to fuckin'

**Page 65**

1 have it done again, that's for damn sure.
2    **MR. BERTINO:** Yeah.
3    **MR. REHL:** Take these guys' word for it,
4 though. For real.
5    **MR. BERTINO:** You don't want to get
6 stabbed, man.
7    **MR. STEWART:** If you could just keep
8 women away from you too, Jeremy, maybe --
9    **MR. BERTINO:** Dude, I'm telling you,
10 man.
11    **SPEAKER:** That fuckin' bitch, dude.
12 [Simultaneous speech.]
13    **MR. BERTINO:** Hey, but listen, there's
14 actually somebody brought up a good question earlier
15 and I meant to, I meant to touch on it. It's
16 something about: No MAGA ho's and -- here, it is,
17 okay. One last question, for real. "Specifically
18 for the 6th, no MAGA whores or cameras following us,
19 right?"
20    Now, you know there's going to be a
21 camera following Enrique because, you know, he's a
22 faggot, you know, that lost his clout. But MAGA
23 ho's, MAGA ho's need to get the fuck out, for real.
24    **MR. TARRIO:** Yeah, so this operation

1 that we're going to run, we're going to do it
2 independently of any other chapters that are around.
3 We're going, we're going to work on these at night
4 and in -- and throughout the whole day on the 6th.
5 We're going to operate by ourselves.  No other Proud
6 Boys, no women, no chitlins, none of that shit.
7 It's just going to be us, period.
8     **NH PREZ ROB:** So since you, since you're
9 recognizable, since Jeremy is recognizable, since
10 Biggs is recognizable, if we are somewhere and
11 other, other brothers see us that aren't part of
12 this chapter and they want to come with us, we tell
13 them no?
14     **MR. TARRIO:** Tell them no.  As hard as
15 it is to do, and I know I cringe having to say that,
16 but we have to, we have to, we have to learn how to
17 do that.  We got to be able to fuckin' be like, hey,
18 look, right now, don't follow us around, blah, blah,
19 blah, we're going somewhere.  And just keep it, keep
20 it frosty like that.
21     **MR. STEWART:** And that has to extend to
22 normies and women.  Basically what I'm telling you
23 is stop the fuckin' formation and very politely and
24 professionally go up to them and say, listen --

1     **MR. WOLKIND:** Get the fuck out.
2     **MR. STEWART:** You can't walk in here
3 right now.  You got to step out to the side, we
4 can't have you in the middle.  And then keep right
5 on going.  And don't fuckin' move the column until
6 they're gone, right?  I mean we have, it's
7 ridiculous the amount of fuckin' people that just
8 move in and then we're -- the last time in DC, we
9 form a front line and all of a sudden, I got eight
10 tiny little fuckin' girls running basically between
11 my fuckin' legs because they want to go up and be on
12 the camera with Enrique.
13     **NH PREZ ROB:** Make a hole, make a hole,
14 this fuckin' cunt says to me.
15     **MR. STEWART:** Oh, yeah, make a hole.
16 Isn't that fuckin' -- I'm about to make a hole and
17 put you in it.
18     **NH PREZ ROB:** Fuckin' stupid little
19 whore.
20     **MR. TARRIO:** So, so also this group is
21 in charge of controlling me, too.  There's a reason
22 why we went with this structure.  I get stopped, and
23 I'm sure Jeremy will get stopped now, quite a bit
24 now too.  But I get stopped quite a bit.  If we're

1 at the locations, obviously it's uncontrollable at
2 that point.  But if we're marching, yes, try to keep
3 the people that are following us the fuck away from
4 us, right?  We don't want anybody following us, at
5 all, ever.
6     **MR. BERTINO:** And definitely not
7 breaking our ranks.  That's the other thing.  You
8 know, like I tried my best to do that last time,
9 like I don't let anybody in here.  But these
10 motherfucker -- well, see the other problem is when
11 I said earlier we have to learn how to stay in
12 formation and learn how to fuckin' march, you got
13 guys that like fuckin' lag behind and then, you
14 know, slow down, speed up, slow down.  It's like,
15 you know, left, right, left, right.  Right?  It's
16 fuckin' easy walking, guys.
17     And if we can keep ourselves tight, nut
18 to butt, elbow to asshole, we won't let any fuckin'
19 body into our formation.  And that is key.  Because
20 we don't know who the fuck these people are that are
21 just automatically walking into our formation.  Now
22 we got to be aware, is Antifa going to try to
23 fuckin' walk into our formation and knife us in the
24 back when we're fuckin' walking?  You know, one dude

1 had enough balls to come upon fuckin' 500 of us and
2 start swinging a knife, trying to gut us like
3 fuckin' fish.  So you can imagine what they're going
4 to try to do if they can sneak their way into our
5 fuckin' formation.  So --
6     **MR. TARRIO:** I don't think "try" is an
7 accurate word.
8     **MR. BERTINO:** What?
9     **MR. TARRIO:** I don't think try is an
10 accurate word.
11     **MR. REHL:** Accountability,
12 accountability of actually who is like, like
13 actually with you and your chapter and everything,
14 is like one of the, probably like the biggest
15 things.  The other thing is the comms.  Like if you
16 have, if you have the proper comms, then you don't
17 have to worry about that in a sense, as far as like
18 where we're going to be and where we're going to be
19 going.  You know, and I agree with what you just
20 said, Jeremy, 100 percent.
21     **MR. BERTINO:** Yeah.
22     **MR. TARRIO:** You know what I notice
23 about this group?  We're following the rules to a T
24 right now.  We're conducting an operation and

---

Page 70

1 there's absolutely nobody drinking.
2    **NH PREZ ROB:** I'm not a big drinker
3 anyway.
4    **MR. BERTINO:** I'm drinking Coke Zero.
5    **NH PREZ ROB:** And I'm not home, so I
6 don't drink and drive.
7    **MR. TARRIO:** I like how serious you guys
8 are.  And just to quote, just to quote one of the
9 regionals, he says:  "We just tell them that MoSD
10 does what -- does MoSD stuff."  And that's a direct
11 quote from Danny Mack, who told me that New Jersey
12 does New Jersey stuff.
13    **MR. BERTINO:** Can we just call it the
14 MoSOD?  Can we just call it the MoSOD?
15    **MR. TARRIO:** So oh, so by the way, our
16 branding, just so you guys know, I got this really
17 cool six-point star that we're going to be wearing
18 on your chest and our official colors are going to
19 be white and blue.
20    [Simultaneous speech.]
21    **SPEAKER:** Oh, let's fucking quit.
22    [Simultaneous speech.]
23    **MR. BERTINO:** The gay Jew, gay Jewish
24 Congress, is that what it is?  The gay Jewish

---

Page 71

1 Congress?
2    **MR. TARRIO:** They finally took over.
3 Hey, listen, unrelated to this group, we've never,
4 we've never elected a small hat to the elder's
5 council.  Just throwing it out there.
6    **MR. BERTINO:** I've got a nose like one.
7    **MR. REHL:** Enrique, just asking you.
8    **MR. TARRIO:** Huh?
9    **MR. REHL:** What's a small hat?
10    **MR. TARRIO:** No, just people that enjoy
11 tiny hats, you know, like smaller.
12    **SPEAKER:** Spinnerettes?
13    **SPEAKER:** Are you sure?
14    **MR. TARRIO:** Smaller than hats that Dick
15 Sweats wears right there, smaller.
16    [Simultaneous speech.]
17    **SPEAKER:** Aaron, where did he go?
18    **SPEAKER:** To be able to see what's on
19 so.  [Simultaneous speech.]
20    **MR. BERTINO:** Hey, Aaron.
21    **MR. STEWART:** I just want to cut in real
22 quick.  Aaron, how do you feel about the tiny hat
23 comment, asking for a friend?
24    **MR. BERTINO:** I'm just going to tell

---

Page 72

1 Danny Mack right now.
2    **MR. REHL:** We made, we made a meme of
3 him, like rubbing his hands together with a freak
4 nose and the Jewish hat on.
5    **MR. WOLKIND:** I'll give you 20 bucks if
6 you show it right now.
7    **MR. TARRIO:** Hold on, take a look at the
8 screen really quick.  Hold on.  Let's put this guy
9 over here.
10    **MR. BERTINO:** Oh, Jesus.
11    **MR. TARRIO:** Let's keep him on the
12 opposite side of the screen.
13    **MR. SWEATS:** What's that?
14    **MR. TARRIO:** Who's got their fuckin' TV
15 on?
16    **MR. BERTINO:** I was playing the Twisted
17 Tea video.  I was playing the Twisted Tea video.
18 That should be our new official drink by the way, is
19 Twisted Tea.
20    **NH PREZ ROB:** Oh, God.
21    **MR. SWEATS:** That guy smashed another
22 guy in the face with it.  That was classic.
23    **MR. TARRIO:** Okay, so okay, let's stay
24 on topic here.  Next.  Questions, anything?

---

Page 73

1    **NH PREZ ROB:** Yeah, what do we do,
2 Jeremy?  Remember when we met you guys in Phoenix
3 and there was that black chick in there with the,
4 with the braids.
5    **MR. BERTINO:** Yeah, we talked about that
6 earlier.
7    **NH PREZ ROB:** Well, no, what -- what do
8 we do if they do like she did?  Like no, I'm not
9 leaving, no, I'm not leaving.  What happens if we
10 get people like that that when we say, hey, listen,
11 this is Proud Boys shit, get the fuck out.  And
12 they're like, ahh, no.
13    **MR. BERTINO:** We fuckin' remove them.
14    **MR. TARRIO:** Oh, yeah, but always,
15 always keep a professional posture on them.
16    **MR. BERTINO:** Yeah.
17    **MR. TARRIO:** You know, at that point,
18 you know, de-escalate, de-escalate, de-escalate,
19 start marching.  And then, you know, start --
20    **MR. SWEATS:** Block them out.
21    **MR. TARRIO:** Escalating until you can't
22 escalate anymore and then you -- we can't do
23 anything about it sometimes.
24    **MR. BERTINO:** Well, you know, you saw

---

Page 74

1 what I did to her when she started fuckin' acting
2 up. Twice I had to check that bitch. And I shut
3 her the fuck up. And I said, look, this is fuckin'
4 man's business, you shut the fuck up. And I got
5 Louie, who is, of course, that's Louie's girlfriend
6 that had to have the fucking issue. And I, and I
7 pulled him and I said, you better fuckin' handle
8 this shit or she's going to end up getting you
9 fucked up. And he was like, oh, okay, I'll handle
10 it. And she shut the fuck up for a little while and
11 she was in the back.
12   But of course, then she got ultra drunk
13 and started running up to the cops. Finally you
14 know what I did? I just said you know what? Fuck
15 it, go get arrested. Go ahead, go fight the cops,
16 go get arrested, I don't give a fuck. You know, but
17 unfortunately the bitch was out there in a yellow
18 and black fuckin' plaid, fuckin' flannel,
19 representing us, of course.
20   But yeah, you're going to get those,
21 you're going to get those fuckin', those -- like the
22 same bitch that got me stabbed, you know what I
23 mean. You're going to get those fuckin' -- that's
24 why I put that post out on Parler, hoping that these

Page 75

1 bitches will get a clue that, look, you're not
2 welcome with your drama and your bullshit on the
3 front lines. Keep that shit out, keep that shit
4 over in the corner. Go fuckin' bitch in a room with
5 the rest of your bitchy girlfriends. I don't give a
6 fuck what you do.
7   NH PREZ ROB: Yeah.
8   MR. BERTINO: You're not welcome in our
9 formation. And literally, we will just have to keep
10 a tight enough formation where they can't get in,
11 you know. I mean, so I think that's --
12   NH PREZ ROB: Let them know that they're
13 here for fuckin' three things, get us some food,
14 patch us up and suck our dicks. That's it.
15   MR. BERTINO: Sandwiches, medical
16 supplies and blow jobs. That's their only fuckin'
17 job. You got one -- you got three jobs, three jobs.
18   But yeah, that's the way I would say
19 handle it, man, is like try to be nice at first.
20 Like look, this is, you know, we need to keep a
21 security perimeter. We need to keep a secure
22 perimeter. We can't have any outsiders in here. If
23 they're in here, you know, if you start to move in
24 here, other people are going to move in and we're

Page 76

1 going to lose control. So we need you on the
2 outside of our formation. If they don't listen,
3 they don't get, they continue to be fuckin' whining,
4 then move up on them and, and kind of try to force
5 them out by pushing your way, you know, pushing them
6 out per se. That's how I would do it.
7   MR. REHL: Yeah, it's the same thing
8 with any normie, to be honest with you, man. Like
9 some of these normies are such a liability and
10 everything that like just the fact that they're
11 walking with us puts us in harm and them in harm as
12 well, you know what I mean.
13   MR. BERTINO: Mm-hmm.
14   NH PREZ ROB: Yeah. When we, when we go
15 out to fuckin' BLM Plaza with Biggs and Rufio, one
16 of the things they told the rest, the rest of us was
17 to be quiet. We had a bunch of normies with us
18 going, screaming on the top of their lungs going:
19 Fuck Antifa and babies' lives matter. And the
20 fuckin' normies, just every time we told them to
21 shut the fuck up, they wouldn't shut the fuck up.
22 They were fuckin' screaming and yelling. So much
23 for trying to be fuckin' tactical and fuckin', you
24 know, try to do something on the fuckin' down low.

Page 77

1 But goddamn, dude.
2   MR. BERTINO: Yeah, unfortunately
3 there's no way with the notoriety that we have that
4 people are not going to start fuckin' following us.
5 You know, they're going to follow us now because,
6 you know, we're the tip of the spear. So they're
7 going to follow us.
8   MR. TARRIO: When it gets out of
9 control, there's some situations where it gets out of
10 control and we can't stop them and it just looks bad
11 that we'll, we're going to stop a big crew from
12 coming, you know, at that point, you know, some type
13 of formation, move to where we got to move and just
14 chill. But we'll do that as we go.
15   MR. REHL: I mean it's like a Catch-22
16 to reject them completely because like they support
17 the shit about, the shit out of us. They've helped
18 us out a lot on various different ways and
19 everything but --
20   MR. TARRIO: They got (inaudible)
21 $40,000.
22   MR. REHL: Yeah, yeah, exactly, exactly.
23 That's one of the things I mean. But look, we got
24 to do it in a professional way to where, you know,

Page 78

1 they're not pissed off to the point to where, you
2 know, they're going to continue to, you know, turn
3 on us again, you know what I mean?  You know, they
4 support us now.  Let's accept their support but do
5 it in a professional way and reject them in a
6 professional way.  We need to, if that makes sense.
7     **MR. BERTINO:** Well, yeah, it's kind of
8 like the U.S. military.  I mean how many fuckin'
9 people would love to go march when the fuckin' Army
10 comes, you know, marching through somewhere, right?
11 But they can't, right?  They respect the fact that
12 they can't do that.
13     Well, we have to give them that same
14 sort of -- they have to show us the same kind of
15 respect that they would show the military.  When
16 we're fuckin' marching in our formation and we're
17 doing our thing, they need to show us the same type
18 of respect that they would show the U.S. military
19 when -- I'm not saying that we're the military but
20 you know what I'm saying.
21     **MR. REHL:** Amen to that.
22     **MR. BERTINO:** Yeah, yeah.
23     **MR. STEWART:** Maybe, maybe we get, maybe
24 could get your social media whores to start posting

Page 79

1 some shit out there on your Parler page, hitting --
2     **MR. BERTINO:** Yeah, I did that.
3     [Simultaneous speech.]
4     **MR. BERTINO:** And then all of a sudden I
5 had fuckin', every fuckin' MAGA thought that thought
6 she was tough, fuckin' complaining, you're going to
7 lose supporters, you know.
8     **MR. STEWART:** Well, QueQue can do it and
9 they won't do anything because they'll be afraid
10 he'll hack them to death.
11     **MR. TARRIO:** With my Dick.
12     **MR. SWEATS:** (Inaudible) to get these
13 guys to go back inside.  They've been stuck inside
14 for months, terrified of all these fuckin'
15 terrorists running around destroying their cities.
16 So when they had the opportunity to see these guys
17 are bravely walking the streets of DC at nighttime,
18 that's why they want to follow, because they know
19 when we leave, they're not doing that shit the next
20 night.
21     **MR. BERTINO:** Fuck no, they're not.
22     **MR. SWEATS:** Right.  So I get where
23 they're coming from I guess because they feel like,
24 oh, wow, we have a moment we can actually be normal

Page 80

1 people again, but.
2     **MR. BERTINO:** Well, you know what, and
3 they can do that, but just do that in the fuckin'
4 back, you know what I mean.
5     **MR. SWEATS:** Right, exactly.
6     **MR. BERTINO:** Do that behind us.  Don't
7 do that in the middle of us.
8     **MR. SWEATS:** Yeah.
9     **NH PREZ ROB:** As far as, as far as this
10 chapter goes, are we, are we going to be there for
11 the 6th and the 7th or just the 6th, and then we're
12 getting out?
13     **MR. TARRIO:** So there's some things that
14 we can't control.  I always say that you guys should
15 roam together.  But like myself, I'm going to be
16 there for about six days because I have, I have
17 other things that I got to do there but I usually
18 just lay low when I'm -- when I'm by myself.  I stay
19 in the hotel, took an Uber and leave.  But I suggest
20 that you guys congregate in smaller groups and then
21 when we have that itinerary out, follow it to the T.
22     **MR. BERTINO:** He's there for a vagina.
23     **MR. SWEATS:** What Proud Girl are you
24 hooking up with?

Page 81

1     **MR. STEWART:** It's not a Proud Girl.
2 It's, it's a dude named Steve, he's on the inside.
3 Those bars are going to go clank.
4     **MR. TARRIO:** Steve loves me.
5     **MR. BERTINO:** Want to be into the black
6 Cuban.
7     **MR. TARRIO:** Would love me.
8     [Simultaneous speech.]
9     **MR. TARRIO:** Little boys.
10     **MR. BERTINO:** All right.  So: "What time
11 is the whole political presidential situation
12 happening that day with Pence?"  That, I don't know.
13 I guess we're just going to have to -- I mean a lot
14 of the questions are coming in about DC.
15     **MR. TARRIO:** Yeah.
16     **MR. BERTINO:** We still haven't
17 formulated a plan for DC yet because we've been
18 trying to formulate --
19     **MR. TARRIO:** I mean we somewhat know.
20 We just, we just, here's, there's a lot of detailed
21 information I guess we got to go over.  But yes, we
22 will have a plan for DC.  We will have one of these
23 with some time.  I know it's very close right now.
24 I'd say we'll put, we'll start putting out some

1 information tomorrow but like we'll have another
2 like little video session right here with, with more
3 information, and a separate chat that's specifically
4 going to be for events.  Once that event ends, I'm
5 going to remove everybody and they're -- you guys
6 are just going to stick to that main chat.
7   **MR. BERTINO:** Well, yeah, other than
8 that, anybody else got any questions about how the
9 chapter is going to operate?
10   **MR. TARRIO:** Yeah, let's give them five
11 minutes in here.  We're already at a minute -- an
12 hour and a quarter.  Let's keep skirting some
13 questions here.
14   **MR. BERTINO:** Well, we've got the JQ
15 popping up, so I don't know if we want to address
16 that or not.
17   **MR. TARRIO:** What?
18   **MR. BERTINO:** The JQ is popping up.  I
19 don't know if we want to address that now.
20   **MR. TARRIO:** I can't remove Aaron right
21 now.  It's too early in the game.
22   **MR. WOLKIIND:** No, I think I'm good.
23   **MR. TARRIO:** We've got to wait a couple
24 months with Aaron.

1   **MR. SWEATS:** These guys say they got a
2 place in Chinatown.  That place is close possibly.
3   **MR. TARRIO:** Yeah, Chinatown is really
4 close to the Supreme Court, so that's a good spot
5 that you could look for.
6   **MR. SWEATS:** Travis does.  He says he
7 has one already.
8   **MR. TARRIO:** Oh, okay, all right.  Keep
9 skirting, keep looking through those.  I'll give it,
10 I'll give it like five minutes.
11   **MR. BERTINO:** "Are we expecting to be
12 paired with our original selectors?"  Um, probably
13 not.
14   **MR. TARRIO:** I don't think so.
15   **MR. BERTINO:** It shouldn't -- I don't
16 think it will be that way.  It will probably be just
17 randomly choose, hey, these are my ten guys, these
18 are your ten guys.
19   **MR. TARRIO:** Yeah, it will be -- I think
20 there will be, yes, it will be randomly chosen.  But
21 like if you got like a little crew that you roll
22 with, just keep that same crew together.  You know,
23 but we'll be breaking that up.  We'll see how many
24 people we have and we'll see how we, we break down

1 those, those teams.
2   **MR. STEWART:** The teams are still going
3 to be co-located, right?  Everybody -- I mean we're
4 not going to have one of you, one group of ten guys
5 eight fuckin' blocks to the east of the rest.
6   **NH PREZ ROB:** Right.
7   **MR. STEWART:** So the whole structure of
8 having these smaller groups of ten is it's easier to
9 herd ten cats than a hundred.  And that's it.  It's
10 easier to keep everyone together that way.
11   **MR. TARRIO:** All right.
12   **MR. REHL:** How did it work herding like
13 80 cats for you, Johnny?
14   **MR. STEWART:** Oh, my God, I was fine
15 with up to like 30 to 50.  But once I got more than
16 30 to 50 guys behind me, there was a never-ending
17 fuckin' cycle of running in a circle, trying to make
18 sure they were all moving in the right direction.
19   **MR. TARRIO:** Yeah.
20   **MR. REHL:** It's simple.  And that's the
21 thing.  We're trying to like minimize that problem.
22 We're trying to minimize and then like that's what
23 the whole point is of this entire, this entire
24 operation is all about.  And everybody that's in

1 this operation, I hope you guys recognize and
2 understand like how important it is moving forward,
3 doing national events and everything like that, so.
4 It's a tough job and it's also something that's
5 really important that actually needs to be addressed
6 and worked on, for real, seriously.
7   **MR. TARRIO:** Yeah, I'm sure that there's
8 going to be -- and I want to be as transparent with
9 you guys as possible.  I'm sure there's going to be
10 like bumps in the road that we got to fix, but the
11 most important part is, is that we, we work together
12 on those things and not fight each other over
13 stupidities, right.  There's going to be times where
14 you, you'll probably get like two lines of
15 communication on -- at a very microscopic level.  If
16 you get two lines of communication to do two
17 different things, before you do anything, clear that
18 up.  But again, we're working together.  This is the
19 first time that we're going to operate.  I'm not
20 going to tell you it's going to work perfectly as
21 planned but we're going to get as close to perfect
22 as we could this first time around.
23   **MR. BERTINO:** Yeah, somebody just said:
24 "Watching me trying to keep everyone together was

1 infuriating."  Yeah, imagine being the guy trying to
2 fuckin' do it.  Dude, it was, it was the most
3 ridiculous fuckin' thing I've ever seen in my life.
4 Like how do, how do you get a bunch of grown men
5 there that all have the same ideas and the same
6 fuckin' goals, like how do you, how do you just not
7 listen when you're like, oh, I see somebody I think
8 is Antifa, I'm going to take 30 guys and run off and
9 do it.  Like it's fucking frustrating, man.
10    **MR. REHL:** Oh, you know what?  Actually,
11 that's actually like something I actually want to
12 address, address.  A lot, a lot of guys, I don't
13 know if it's new guys or just guys that are just
14 aggressive or whatnot, but a lot of people, they see
15 somebody taking pictures or recording people.
16 Enrique, Enrique made this post about like, hey,
17 like people are going to take your picture, they're
18 going to, they're going to record, you know.  Just
19 smile for the camera and everything.
20    But there was a situation where I
21 actually, I'm not going to say who or where.  I'm
22 not throwing anybody under the bus, but they got,
23 they were getting recorded and the -- the reporter
24 got his cellphone taken from them, from one of our

1 -- one of the people we're associated with, I'm not
2 going to say who.  But the guy ended up turning out
3 to be a regular normie ass fuckin' reporter who was
4 just reporting on stupid shit.  You know what I
5 mean.  Like we don't, we don't want, we don't want
6 to have like that kind of notoriety where we just
7 attack every single reporter.
8    You know, I mean if, if it's an Antifa
9 reporter, I mean like if it's AntiFash Gordon, for
10 example, just as a random ass example.
11    **MR. TARRIO:** I'll catch a case.
12    **MR. REHL:** Right, you steal that fuckin'
13 guy's fuckin' phone, fine.
14    Shut the fuck up (aside).  Sorry, I got
15 one of my guys in my room.
16    [Simultaneous speech.]
17    **MR. REHL:** But like if you've got
18 AntiFash Gordon's fuckin' cellphone, you grabbed it
19 but fine.  But -- that's perfectly fine.  But like
20 if you went running up to some random ass, random
21 ass dude who is, you know, just recording shit and
22 he turns out to be a, you know, a conservative
23 reporter, then like we look like assholes.
24    **MR. BERTINO:** Yeah.

1    **MR. REHL:** Not only to, not only to --
2    **MR. WOLKIND:** We don't want to do what
3 Antifa did.
4    **MR. REHL:** Right, and I'd want to remove
5 that completely.
6    [Simultaneous speech.]
7    **MR. TARRIO:** Yeah, so I almost, just to
8 tell you a story.  I almost lost my cool because it
9 was after Jeremy got stabbed and a whole bunch of
10 shit was going down, and there was some
11 misinformation that was posted on the Proud Boys
12 uncensored channel that said that there's an Antifa
13 infiltrator and this is his picture.  So we, we
14 looked for the guy.
15    And I told the people that were looking
16 for that guy, I said, if you find him, you come get
17 me first and I'm going to fuckin' knock him clean
18 out, not ask any questions.  And thank God, when I
19 was running over there, I'm like, man, this guy
20 looks a little familiar.  And I stopped, I grabbed
21 his fuckin' camera, right, and I'm like, what are
22 you doing?  He's like, ahh, I'm just hanging out,
23 bro; I -- I interviewed you today.  And then I
24 remembered, he was a conservative dude.  So

1 sometimes we got, I have to chill sometimes too.
2    So, but in some cases, there are some
3 exceptions, I guess to that rule, yes.  But most of
4 the cases, we don't know who the fuck these people
5 are.  If they're going to write a hit piece, they're
6 going to write a hit piece.  If they're going to dox
7 you, they're going to fuckin' dox you.  If you're
8 out there without a mask, it's your fault, okay.
9    **MR. REHL:** Yeah, like exactly.  Like
10 yeah, Enrique, like obviously, like if you're really
11 worried about your picture being taken, just wear a
12 fuckin' mask.  That's all.  Like that's my best
13 advice for you, for anybody in this entire video
14 chat.  Just, if you're really worried about your
15 picture being taken, wear a mask, and you know what
16 I mean?  You really can't assume that everybody is
17 Antifa because everybody is not always Antifa.  And
18 when you steal something from somebody, you might be
19 stealing from your own team and like, that's
20 embarrassing and that makes us look bad.
21    **MR. TARRIO:** Yeah.
22    **NH PREZ ROB:** So let me get all, let me
23 get all fuckin' warrior poet for a minute.  One of
24 the biggest things that we have to try to make our

Page 90

1  guys understand is you have to remove self.  I saw
2  so much selfishness down in DC, that guys were
3  saying, oh, I want to do this because I want blood
4  or I want, I, I, I.  There was not enough:  What
5  about the brotherhood?  Guys got to learn that, you
6  know, you got to put the brotherhood first.  You got
7  to put our ideals, you got to put our image, you got
8  to put everything about us first.
9      You got to think, well, if I do this
10  because I want to do it, what's the -- what's the
11  reflection or what's the repercussion on the frat?
12  And there's too many guys that are just, that were
13  just selfish cock suckers out there.  You have to
14  fuckin' transcend your own wants and needs to put
15  the clubs first.  And if you can't do that, then you
16  shouldn't just be here in general.  You shouldn't
17  even -- this is not the place for you, if you can't
18  put your, your bullshit aside and be like, all
19  right, you know what?  If this is what the elders or
20  this is what the presidents say or this is what this
21  guy says who is, you know, this is what's best for
22  the club, if you can't do that, then get the fuck
23  out.  Just even in general, I'm so fuckin' tired of
24  hearing, a dude is going, you know what, I'm going

Page 91

1  to do this.  Well, fuck you, dude.  Who the fuck are
2  you?
3      MR. REHL:  Honestly, I'm going to back
4  up like what I think you're trying to say.  This
5  chapter is all about creating like a unified front
6  in order to, you know, address these national
7  rallies and everything like that.  And we're not
8  looking for people who are, you know, trying to
9  fight with us and trying to argue with us.  I mean
10  we're looking for, we are looking for input.  I
11  mean, don't get me wrong.  There's going to be a lot
12  of people who are going to question certain things,
13  and that's fine.  And they're going to say, hey,
14  maybe, maybe that might be a good idea and here's
15  why, or maybe this is a bad idea and this is why and
16  everything.  And like, it's not like we're not going
17  to look, you know, listen for input or anything like
18  that.  We're totally going to listen for input and
19  everything.
20      I mean, Christ, like the leadership chat
21  that we have, it's all about input and it's all
22  like, you know, going back and forth and talking
23  about things that we think would be, you know, a
24  great way to move forward as far as like how we can

Page 92

1  utilize our advantages and how we can make these
2  rallies work together as a solid unit in the future.
3      But at the same time, if we're, if we're
4  fighting and arguing with each other and nobody
5  agrees on anything, then none of this is going to
6  work.  And like that's one of the biggest things
7  that I want to like, like stress to everybody that,
8  you know, the fit in or fuck off.  I mean it's kind
9  of like a light-hearted joke but it's also like a
10  serious thing at the same time.  It means a lot.
11      Like you guys, you guys, you know,
12  you've worked with a lot of, a lot of these people
13  and talked to a lot of these people and know some of
14  these people already.  But, you know, if you're
15  going to sit here and just be an asshole and cause
16  problems, then, you know, you're not part of the
17  planning team and you're not going to be -- you're
18  not going to be very helpful.  We want, we want
19  people who are going to be helpful, and that's why,
20  that's why all the leadership guys, we all had, you
21  know, we had ten guys who we chose that we wanted to
22  be, you know, very, you know, helpful.  In
23  Philadelphia, I called it the Ninja team.  I don't
24  know that anybody else called it a team but like --

Page 93

1      MR. TARRIO:  We call them niggers.
2      MR. REHL:  Well, we called it the Ninja
3  team, whatever.  I picked my ten best guys in Philly
4  and everything.  But --
5      MR. WOLKIND:  -- about the tiny hats.
6      [Laughter.]
7      [Simultaneous speech.]
8      MR. REHL:  But like we, we put this
9  together, so that way we could be a big cohesive
10  unit to where we can actually have these rallies and
11  actually be successful at them.  We don't want DC 1
12  or DC 2 happening, and we want to actually like be
13  like, you know, a nationwide chapter to where we can
14  actually fuckin' help each other out and actually
15  make these, make these rallies successful.  Man,
16  that's really what it comes down to.  There is no
17  better other way to put it, like seriously.
18      MR. TARRIO:  I do want to bring up a
19  very, very important point that hasn't been talked
20  about and I have experience with.  So I can't stress
21  to you guys more on the 6th, this is specific to
22  this event.  Well, actually you know what?  This is
23  specific to all events.  Stay the fuck away from
24  black churches, all right?  Just don't, don't go

Page 94

1 anywhere near black churches.
2    **MR. SWEATS:** Fucking --
3    **NH PREZ ROB:** How do we know they're
4 black churches?
5    **MR. TARRIO:** Apparently --
6    **MR. REHL:** I don't know about that, man.
7    **MR. BERTINO:** Well, in DC, so they're
8 practically all black churches.
9    **MR. TARRIO:** Apparently it's very
10 obvious to know what a black church looks like, as
11 opposed to a white church.  You know, I thought --
12    **MR. SWEATS:** (Inaudible), monsignor,
13 reverend, probably nine different titles.  That's
14 when you know it's a black church.
15    **MR. TARRIO:** You know, I would think
16 that like the Victorian-looking ones were white
17 churches and like the ones that, you know, are like
18 on the side of like a shopping plaza were the black
19 churches.
20    **NH PREZ ROB:** Yeah, store front.
21    **MR. TARRIO:** Yeah, but apparently not,
22 apparently.
23    **MR. SWEATS:** You're wrong.
24    **MR. TARRIO:** I'm wrong for this shit.

Page 95

1 Okay.
2    **MR. WOLKIND:** Cathedrals are Catholic
3 churches and are usually Mexican.
4    **MR. TARRIO:** There you go, exactly.
5 See?  Aaron knows his way around fuckin' churches
6 here, which is surprising, given the fact that Aaron
7 -- [simultaneous speech.]
8    **MR. WOLKIND:** You got to know your
9 enemy.
10    **MR. TARRIO:** Given the fact that he
11 hates Jesus but let's --
12    (Laughter.)
13    **MR. BERTINO:** Do you usually wear a tiny
14 hat, bro?
15    [Simultaneous speech.]
16    **MR. STEWART:** This is really degrading
17 quickly.
18    **MR. TARRIO:** Travis, do you got --
19    **MR. BERTINO:** Travis, you're muted, bro.
20    **MR. TARRIO:** Yeah, you're muted.  Do you
21 have any input?
22    **TRAVIS:** What, so I missed a little bit,
23 sorry, guys.  But what's the plan for the day?  Are
24 we, are we going to attend the event?

Page 96

1    **MR. TARRIO:** So we are going to attend
2 the event itself.  We'll give more details on that.
3 I'm going to do this again right before, probably on
4 January 1st at night, I'll probably do this.  Don't
5 quote me on that.  I might do it that day.  But
6 we're going to talk, and we'll start pouring out
7 information from it.  But I will tell you one thing.
8 Granted, that the first event starts at 10:00 a.m.
9 by the Capitol.
10    **NH PREZ ROB:** I thought it was 7:00 a.m.
11    **MR. TARRIO:** We'll be waking up.  We'll
12 be like on the road at like 7:00, 8:00 o'clock in
13 the morning, so just prepare on that front to do
14 that.
15    **MR. REHL:** And just, just to throw it
16 out there, like the dynamics for this entire DC
17 rally are completely different because of the fact
18 that we're not going to be in colors.  One of the
19 things I've been really hearing a lot about is like
20 oh, my God, I'm hearing so much this about what's
21 going on in DC or that's going possibly be going on
22 in DC.  Guys, look, you got to understand, we're
23 going without colors.  So a lot, a lot of the fears
24 and dynamics that people are thinking about are just

Page 97

1 complete bullshit and just ramble.  I mean, and
2 realistically, like every single rally I've done
3 since like 2015, I've heard the same bullshit
4 anyway.
5    So I mean it's just, it's just rumbles
6 and, and arguments.  But like while we're in DC and
7 everything, I mean it's not going to be the same
8 thing.  We're not, we're not going to be doing like
9 a Proud Boy fuckin', you know, 8:00 o'clock at night
10 march and flexing, flexing our guns and shit.  So
11 you guys got to understand that.  We're not doing
12 that this time.  You know, we're doing a completely
13 different operation.  And there's, there's going to
14 be a lot of contingencies and plans laid out of what
15 we're actually going to do and there's going to be
16 teams that are going to be put together to, you
17 know, you know, where they're going to be going and
18 what they're doing.
19    So keep that in mind too, you know.
20 Like when you tell your guys that kind of thing, you
21 know, spread that word a little bit.  I mean, don't,
22 don't spread it too far but, you know, spread it to
23 the guys that you plan on bringing and everything so
24 that we, we can actually work together and make

**Miami Proud Boys MoSD Brief**

Page 98

1 this, make this DC event a little bit more
2 successful. Because this is, this is the training
3 ground for, you know, this entire operation and this
4 whole, you know, the structure and everything. So
5 we want to make it, we want to make it, you know,
6 successful and, you know, we definitely are going to
7 run into some problems, maybe, maybe some errors.
8 But we're going to learn from those errors and then,
9 and then work on those errors so that we, you know,
10 we don't make those errors again in the future at
11 the next rally, so.
12     **MR. BERTINO:** Yeah, definitely.
13     **MR. REHL:** I just wanted to throw that
14 out there and --
15     **MR. TARRIO:** Can you say "errors" for
16 me again? Can you say "errors" one more time?
17     **MR. TARRIO:** Errorrr.
18     **MR. REHL:** It's my (inaudible) accent.
19 Fuck you.
20     **MR. BERTINO:** Okay, all right. I just
21 wanted to hear it. Error, error.
22     **MR. TARRIO:** All right, so that's it.
23 I'm going to wrap this shit up. We're, we're at a
24 minute -- an hour and 35. We'll keep doing this,

Page 100

1     **MR. TARRIO:** Okay, that's it, guys.
2 Let's wrap this shit up. Love you guys, and we'll
3 do it again. Just stay tuned to the chat. I'm
4 going to keep the chat open until tomorrow noon, and
5 then I'm going to close it, so you guys can enjoy
6 your fuckin', your New Years. And I'll go ahead and
7 re-open it on the 1st in the morning, but I'll keep
8 putting up updates on there on what we're going to
9 do. All right?
10     **MR. BERTINO:** All right, sounds good.
11     [Simultaneous speech.]
12     **NH PREZ ROB:** Love you, boys. Enrique,
13 check your DM when you get a second, bro.
14     **MR. TARRIO:** I will, I will.
15     **MR. BERTINO:** Training pictures.
16     **MR. TARRIO:** And don't forget to shop at
17 1776 dot shop --
18     [Simultaneous speech.]
19     **TRAVIS:** Have a good night. Proud of
20 you, boy.
21     [End of recording.]
22
23
24

Page 99

1 we'll do this a little bit more often. This has
2 been a little -- this has been fun. I think this is
3 the best way. We do this constantly. We do video
4 chats probably every week with, with the elders and
5 stuff like them. It's very constructive and we can,
6 we can work together, because the Telegram chats,
7 you stay on there, you're going to fight with
8 everybody. You know, you're going to fuckin' get
9 into an argument with everybody, dude. Just stay
10 off the fuckin' chats, you know.
11     Not to dig up Brian because he's not
12 here because regardless, I'd dig at him in person
13 but that dude just sits and chats for way too
14 fuckin' long.
15     **MR. REHL:** Realistically, realistically,
16 Enrique is just tired of training pictures, that's
17 all.
18     **MR. TARRIO:** Yeah, no, actually I want
19 more, inbound.
20     **MR. REHL:** Well, all right, well, I got
21 Rod, Rod. Rod's in fuckin' Florida right now, so he
22 can hook you up with training shit probably.
23     **MR. BERTINO:** I'll be down there the
24 11th through the 17th, bro.

Page 101

1                C E R T I F I C A T E
2
3
4           I, Roberta Katz, do hereby certify that
5 the foregoing transcript represents a complete, true
6 and accurate transcription of the electronic
7 recording furnished to me in the above-entitled
8 matter, to the best of my knowledge, skill and
9 ability.
10
11
12
13                    *Roberta Katz*
14              ROBERTA KATZ
15
16 Signed April 28, 2022
17
18
19
20
21
22
23
24

**$**

**$3 (1)**
63:17
**$300 (1)**
63:3
**$40,000 (1)**
77:21
**$50 (1)**
64:3
**$800 (1)**
63:1

**[**

**[End (1)**
100:21
**[Laughter] (1)**
93:6
**[simultaneous (21)**
41:10;47:7;57:4;61:20,22;
62:18;64:6;65:12;70:20,22;
71:16,19;79:3;81:8;87:16;
88:6;93:7;95:7,15;100:11,
18

**A**

**Aaron (9)**
8:9;32:10;71:17,20,22;
82:20,24;95:5,6
**able (17)**
3:9,10;4:21;5:9;11:24;
21:20;27:15;31:6;34:22;
38:1,19,20;44:5;49:21;
54:13;66:17;71:18
**absolutely (2)**
47:13;70:1
**accent (1)**
98:18
**accept (1)**
78:4
**accomplish (2)**
30:15;33:13
**account (1)**
26:22
**accountability (4)**
19:12;26:13;69:11,12
**accurate (2)**
69:7,10
**acid (1)**
61:16
**acting (1)**
74:1
**actuality (1)**
15:6
**actually (29)**
16:8;17:14,20,21;22:3;
29:8;36:23;42:12;56:18;
58:15;62:21;65:14;69:12,
13;79:24;85:5;86:10,11,11,
21;93:10,11,12,14,14,22;

97:15,24;99:18
**adapt (1)**
24:22
**add (2)**
17:22;62:17
**address (9)**
13:2;25:5;33:3,4;82:15,
19;86:12,12;91:6
**addressed (2)**
60:10;85:5
**adjust (1)**
44:11
**admins (1)**
8:8
**advantages (1)**
92:1
**advice (1)**
89:13
**afraid (1)**
79:9
**again (13)**
25:24;28:8;43:2;50:12;
55:3;65:1;78:3;80:1;85:18;
96:3;98:10,16;100:3
**aggressive (1)**
86:14
**agree (2)**
33:19;69:19
**agrees (1)**
92:5
**ahead (15)**
3:14;6:8,15;12:5,8;14:6;
27:5;34:6,6,20;40:2;41:12;
46:8;74:15;100:6
**Ahh (3)**
59:18;73:12;88:22
**aid (1)**
22:14
**AIDS (1)**
52:14
**aka (2)**
8:8;33:11
**Alabama (3)**
14:4;48:19,20
**alcohol (1)**
24:1
**allow (2)**
5:13;59:12
**almost (3)**
48:20;88:7,8
**along (1)**
41:21
**always (20)**
4:2;9:22,22;12:15,16;
16:19;18:9,19;22:19;34:10,
12;48:17;49:2;54:15;60:18;
61:13;73:14,15;80:14;89:17
**Amazon (1)**
62:6
**ambulance (1)**
21:4
**Amen (2)**
33:1;78:21

**amongst (2)**
11:10,10
**amount (1)**
67:7
**announcing (1)**
50:22
**Antifa (9)**
45:11;68:22;76:19;86:8;
87:8;88:3,12;89:17,17
**AntiFash (2)**
87:9,18
**anymore (3)**
26:16;61:11;73:22
**anyways (1)**
46:1
**app (1)**
2:21
**apparently (5)**
52:7;94:5,9,21,22
**appear (1)**
11:20
**applies (1)**
10:11
**approved (1)**
27:11
**archive (1)**
3:19
**area (2)**
55:20;63:13
**argue (2)**
13:5;91:9
**arguing (1)**
92:4
**argument (1)**
99:9
**arguments (1)**
97:6
**arising (1)**
26:7
**armor (1)**
62:13
**arms (1)**
3:15
**Army (1)**
78:9
**around (13)**
25:5;33:10;46:1;47:18,23;
54:1;64:16,16;66:2,18;
79:15;85:22;95:5
**arrest (2)**
48:5,6
**arrested (2)**
74:15,16
**Ash (2)**
51:16;54:8
**Asher (7)**
51:13,13,15,17;53:8,11;
54:9
**aside (2)**
87:14;90:18
**ass (2)**
15:13;16:5;22:20;58:6;
59:1;87:3,10,20,21

**asshole (4)**
16:6;26:20;68:18;92:15
**assholes (1)**
87:23
**associated (1)**
87:1
**assume (1)**
89:16
**attack (2)**
33:8;87:7
**attend (2)**
95:24;96:1
**attending (3)**
42:13;44:13;49:11
**attention (4)**
46:9;48:11;49:10,22
**Austin (1)**
14:2
**automatically (1)**
68:21
**autonomous (1)**
27:15
**avoid (3)**
35:21;36:3;43:2
**aware (2)**
17:5;68:22
**away (9)**
15:11;22:11;45:10;49:23,
23;57:14;65:8;68:3;93:23
**awesome (1)**
48:24

**B**

**babies' (1)**
76:19
**back (21)**
5:3;9:2;13:19;16:2,3;
22:23;23:18;33:18;34:11;
36:8,8;37:3;44:8;47:19;
52:23;68:24;74:11;79:13;
80:4;91:3,22
**backup (1)**
54:14
**backyard (1)**
49:9
**bad (4)**
38:7;77:10;89:20;91:15
**bail (1)**
46:9
**balls (1)**
69:1
**banter (1)**
40:11
**barrier (1)**
34:9
**bars (1)**
81:3
**basic (3)**
9:7;62:10,11
**Basically (15)**
6:24;16:7;30:1,7,18,20;
31:19,20;33:12;42:24;

53:18,21;62:24;66:22;67:10

**battle (1)**
61:6
**become (1)**
25:21
**beer (2)**
7:7;41:3
**beginning (1)**
55:11
**behave (2)**
8:3;26:24
**behind (3)**
68:13;80:6;84:16
**BERTINO (121)**
2:4,9,13,22;3:2,8,13,20;
4:1,6,8,11,17,19,24;5:5,16,
23;8:10,13;14:15,20;15:14;
19:20;20:6,23;22:18;28:7,
23;34:23;35:10,14,18;37:4,
15;41:5,16,22;42:1,18,24;
43:14,22;45:9;48:3;49:3,7;
51:14,23;52:3,6,13;53:3,5;
54:24;55:2,6,9;57:21;59:3,
18;60:5,15,21;61:1,5,13,17;
62:8;63:3;64:13;65:2,5,9,
13;68:6;69:8,21;70:4,13,23;
71:6,20,24;72:10,16;73:5,
13,16,24;75:8,15;76:13;
77:2;78:7,22;79:2,4,21;80:2,
6,22;81:5,10,16;82:7,14,18;
83:11,15;85:23;87:24;94:7;
95:13,19;98:12,15,20;99:23;
100:10,15
**beside (1)**
22:13
**best (8)**
22:17;56:2,3;68:8;89:12;
90:21;93:3;99:3
**bet (1)**
52:8
**better (7)**
9:10;11:1;26:2;28:16;
39:5;74:7;93:17
**beyond (1)**
26:15
**big (15)**
15:14;19:9;23:20;26:10;
30:24;31:21,22;39:9,12;
57:24;58:9,12;70:2;77:11;
93:9
**bigger (3)**
11:20;24:11,12
**biggest (6)**
7:3;26:10;36:23;69:14;
89:24;92:6
**BIGGS (15)**
2:18;3:7,16;16:23;20:8,
12;21:11;22:5;25:1;32:19;
34:2;42:23;45:24;66:10;
76:15
**bind (1)**
33:17
**bit (17)**

6:20;9:4;16:18;20:1,4;
23:20;30:5;31:13;45:15;
54:1;60:14;67:23,24;95:22;
97:21;98:1;99:1
**bitch (5)**
65:11;74:2,17,22;75:4
**bitches (1)**
75:1
**bitchy (1)**
75:5
**black (15)**
11:16;16:17;48:4;58:12;
62:15;73:3;74:18;81:5;
93:24;94:1,4,8,10,14,18
**blah (3)**
66:18,18,19
**bless (1)**
6:11
**BLM (1)**
76:15
**block (2)**
23:19;73:20
**blocked (1)**
2:19
**blocks (3)**
31:9,11;84:5
**blood (2)**
28:18;90:3
**blow (1)**
75:16
**blue (1)**
70:19
**boards (2)**
63:15,24
**body (2)**
64:22;68:19
**bodyguard (2)**
33:9,12
**boogie (1)**
53:6
**books (1)**
64:16
**Boost (1)**
52:7
**boot (2)**
7:9;8:23
**bootleg (2)**
46:18,20
**boots (1)**
7:5
**border (1)**
57:15
**Both (1)**
12:2
**bothered (1)**
17:23
**bottom (1)**
56:9
**bought (1)**
63:14
**Boy (5)**
14:11;25:9;51:1;97:9;
100:20

**Boys (12)**
11:20;12:17;13:22;30:14;
31:1;35:7;42:21;66:6;73:11;
81:9;88:11;100:12
**braids (1)**
73:4
**brains (1)**
23:19
**branding (1)**
70:16
**bravely (1)**
79:17
**break (5)**
9:4;18:10,14;31:7;83:24
**breakdown (1)**
18:5
**Breaker (2)**
53:4,4
**breaking (3)**
55:12;68:7;83:23
**breaks (1)**
36:2
**Brian (7)**
5:16,16,17;13:2;61:23,23;
99:11
**bridge (1)**
27:24
**brief (2)**
18:9;47:11
**briefly (1)**
14:3
**bring (11)**
44:5;45:23;48:13;49:11;
51:10,11,12;52:23;54:17,18;
93:18
**bringing (6)**
6:14,15;7:24;37:2;45:18;
97:23
**bro (7)**
54:24;61:19;88:23;95:14,
19;99:24;100:13
**broke (1)**
35:12
**brother (2)**
6:11;54:23
**brotherhood (2)**
90:5,6
**brothers (1)**
66:11
**brought (1)**
65:14
**Brown (1)**
2:5
**bucks (2)**
63:22;72:5
**bud (1)**
21:20
**bulls (1)**
34:16
**bullshit (5)**
23:14;75:2;90:18;97:1,3
**bumps (1)**
85:10

**bunch (6)**
2:18;15:7,7;76:17;86:4;
88:9
**burn (1)**
13:14
**burning (1)**
47:1
**bury (1)**
9:17
**bus (1)**
86:22
**business (2)**
59:16;74:4
**butt (1)**
68:18
**buy (1)**
38:19

# C

**call (5)**
20:10;49:18;70:13,14;
93:1
**called (5)**
9:21;39:19;92:23,24;93:2
**calls (1)**
33:24
**came (4)**
30:4;45:19,21;52:11
**camera (4)**
65:21;67:12;86:19;88:21
**cameras (1)**
65:18
**can (81)**
3:1,5,11,18,19;4:15;5:8,
20;6:4,11;10:12;13:19;
14:23;16:21;17:21;19:7;
21:15,16;22:4,13,16,17;
25:9,10,16,19,24;27:4,6;
28:5,5;31:8,9,14,17;34:4;
38:10,10;39:9;40:23;41:5;
43:5;44:11,11,14;50:3,9;
51:21,22;53:15;54:6;56:20;
57:5,5;58:9;61:6,10;62:12,
13,24;63:18;64:19;68:17;
69:3,4;70:13,14;79:8,24;
80:3;91:24;92:1;93:10,13;
97:24;98:15,16;99:5,6,22;
100:5
**capacity (1)**
51:1
**Capitol (1)**
96:9
**carrier (1)**
62:12
**carriers (3)**
59:20;63:17,23
**carry (1)**
22:21
**carrying (2)**
22:11,19
**case (7)**
8:21;16:20;18:7;20:10;

28:22;33:16;87:11
**cases (2)**
   89:2,4
**catch (1)**
   87:11
**Catch-22 (1)**
   77:15
**catching (1)**
   48:11
**Cathedrals (1)**
   95:2
**Catholic (1)**
   95:2
**cats (2)**
   84:9,13
**cause (1)**
   92:15
**cellphone (2)**
   86:24;87:18
**cement (1)**
   8:4
**center (1)**
   58:2
**cents (1)**
   64:21
**certain (3)**
   47:2,3;91:12
**chain (1)**
   42:16
**chance (1)**
   62:7
**change (2)**
   28:6;61:6
**channel (1)**
   88:12
**channels (1)**
   54:8
**chapter (52)**
   7:1,6,16;8:5,17,19,24;
   12:15,16,17;14:6,8,10;
   16:20;25:4,5,11,13,16,17,
   22;27:7,16,20,22,23;28:1,2,
   5;36:10;40:17;44:24;48:17,
   20,23;50:23;52:10,17;53:14,
   19,21;59:9,11,13;63:6;64:9;
   66:12;69:13;80:10;82:9;
   91:5;93:13
**chaptermates (2)**
   59:6,9
**chapters (4)**
   7:2;52:18,19;66:2
**charge (2)**
   11:7;67:21
**charged (1)**
   64:3
**charm (1)**
   15:10
**charming (1)**
   15:11
**chase (1)**
   36:1
**chat (32)**
   2:22;4:19;5:1,7,9;7:11;

11:14;13:18,20;17:6;20:16;
23:24;25:10;40:9,10,13;
42:11,11;44:13;50:16;
52:12,21;54:7;56:16;60:4;
62:19;82:3,6;89:14;91:20;
100:3,4
**chats (5)**
   13:3;99:4,6,10,13
**chatter (2)**
   13:20;59:14
**cheap (1)**
   63:10
**check (4)**
   53:5,5;74:2;100:13
**cheeks (1)**
   47:24
**chest (3)**
   22:20,20;70:18
**chick (3)**
   57:1,13;73:3
**chill (4)**
   34:18;35:2;77:14;89:1
**Chinatown (2)**
   83:2,3
**chitlins (1)**
   66:6
**choose (1)**
   83:17
**chose (1)**
   92:21
**chosen (1)**
   83:20
**Christ (2)**
   61:1;91:20
**church (3)**
   94:10,11,14
**churches (8)**
   93:24;94:1,4,8,17,19;95:3,
   5
**circle (1)**
   84:17
**circumstances (1)**
   62:16
**cities (1)**
   79:15
**city (2)**
   58:3,10
**clank (1)**
   81:3
**clarify (1)**
   29:24
**classic (1)**
   72:22
**clean (1)**
   88:17
**clear (2)**
   59:4;85:17
**click (1)**
   4:20
**clicked (1)**
   51:20
**clip (1)**
   14:23

**close (7)**
   47:16;59:2;81:23;83:2,4;
   85:21;100:5
**closer (1)**
   56:17
**clout (1)**
   65:22
**club (2)**
   9:17;90:22
**clubs (1)**
   90:15
**clue (1)**
   75:1
**Coast (2)**
   12:20,23
**cocaine (2)**
   41:5,7
**cock (1)**
   90:13
**code (2)**
   7:1,17
**cognito (1)**
   16:18
**cohesive (4)**
   12:2;17:14;29:19;93:9
**Coke (1)**
   70:4
**cold (1)**
   39:13
**co-located (1)**
   84:3
**colors (5)**
   25:4;62:14;70:18;96:18,
   23
**column (1)**
   67:5
**comfortable (1)**
   63:19
**coming (8)**
   2:17;5:1;25:9;32:12;
   40:18;77:12;79:23;81:14
**comm (5)**
   17:5,10,24;18:1;29:15
**command (1)**
   42:16
**commanders (1)**
   8:9
**comment (5)**
   4:20;6:8,20,21;71:23
**comments (6)**
   3:5;4:16;5:24;6:9,12,18
**common (1)**
   5:9
**comms (12)**
   17:17,22;23:13;28:22;
   29:6,10,11,14;31:20;50:8;
   69:15,16
**communicate (3)**
   12:22,23;24:23
**communication (7)**
   21:1;31:24;45:14;54:7,16;
   85:15,16
**communications (7)**

12:21;24:7,8,10,11,21,24
**complaining (1)**
   79:6
**complete (1)**
   97:1
**completed (1)**
   6:23
**completely (7)**
   5:12;53:23;59:5;77:16;
   88:5;96:17;97:12
**comprehensive (1)**
   62:2
**concern (1)**
   32:11
**conduct (3)**
   7:1,17;26:24
**conducted (1)**
   13:23
**conducting (1)**
   69:24
**confused (1)**
   4:11
**confusion (2)**
   29:22;30:6
**congregate (1)**
   80:20
**Congress (2)**
   70:24;71:1
**conked (1)**
   21:3
**consequences (5)**
   27:21,22;40:16,18,22
**conservative (2)**
   87:22;88:24
**consists (1)**
   52:20
**constantly (1)**
   99:3
**constructive (3)**
   13:7,15;99:5
**contact (13)**
   12:16;20:10,14,19,22;
   21:3,5,12,16;22:4;48:17,19;
   49:2
**contacting (1)**
   48:22
**contingencies (1)**
   97:14
**continue (5)**
   9:16;24:13,14;76:3;78:2
**continued (1)**
   40:12
**control (12)**
   14:14,17;15:2;31:3,4,13,
   18;37:11;76:1;77:9,10;
   80:14
**controllable (1)**
   37:1
**controlling (1)**
   67:21
**conversation (2)**
   23:9;60:4
**Cool (5)**

46:2,3;51:9;70:17;88:8
**Coonass (1)**
5:14
**cop (1)**
34:23
**cops (2)**
74:13,15
**corner (1)**
75:4
**corralling (1)**
37:5
**correctly (1)**
11:5
**costs (1)**
64:20
**coughs (1)**
47:24
**council (1)**
71:5
**count (3)**
19:7,8;44:15
**counterproductive (1)**
18:22
**couple (5)**
17:2;35:12;41:2;48:21;
82:23
**course (4)**
46:6;74:5,12,19
**court (3)**
8:24;56:22;83:4
**cover (3)**
20:9;21:17;63:18
**cowboy (1)**
35:22
**create (1)**
27:15
**creating (1)**
91:5
**crew (3)**
77:11;83:21,22
**crews (1)**
56:5
**cringe (1)**
66:15
**criticism (1)**
13:7
**criticize (1)**
13:7
**cross (2)**
34:9,9
**crowd (2)**
10:18,19
**Cuban (1)**
81:6
**cunt (1)**
67:14
**curious (1)**
46:23
**cut (2)**
63:15;71:21
**cutting (2)**
63:15,24
**cycle (1)**

84:17

# D

**Daddy (1)**
61:21
**Dammit (1)**
45:19
**damn (1)**
65:1
**danger (1)**
33:22
**dangerous (1)**
16:10
**Danny (5)**
2:15,16,16;70:11;72:1
**data (1)**
54:13
**daughter (1)**
61:19
**day (6)**
39:22;48:2;66:4;81:12;
95:23;96:5
**days (3)**
23:2;49:23;80:16
**DC (35)**
4:14;12:17;14:2;17:6,7;
19:21;20:4;30:2;31:1;34:21;
39:12;44:8,13;47:3;56:1,19;
57:18;58:1,4,7;60:8;67:8;
79:17;81:14,17,22;90:2;
93:11,12;94:7;96:16,21,22;
97:6;98:1
**dead (1)**
51:4
**deal (2)**
29:15;43:3
**dealing (1)**
14:13
**death (3)**
57:20,22;79:10
**December (3)**
6:24;26:8,12
**decide (6)**
8:14;25:10,10,12,12;44:8
**decided (3)**
11:21;20:13;38:9
**decision (1)**
44:15
**decisions (2)**
45:13;51:5
**dedicated (4)**
24:6,8,24;29:6
**de-escalate (3)**
73:18,18,18
**deescalation (1)**
33:19
**defend (3)**
9:22,24;34:12
**defensive (1)**
33:20
**definitely (9)**
17:16;19:15,15;28:24;

41:17;60:21;68:6;98:6,12
**degrading (1)**
95:16
**delivery (1)**
32:24
**depend (2)**
12:15;60:11
**depends (2)**
49:21;51:2
**designation (1)**
58:21
**desktop (1)**
2:11
**destroying (1)**
79:15
**detail (9)**
42:10;47:9;53:13,15,17,
19,22,24;54:2
**detailed (1)**
81:20
**details (2)**
42:14;96:2
**Dick (30)**
3:24;4:1,2,5,6,9,10,11,12,
12,24;14:15,16,19,19,21;
15:14;43:11;45:19,21,22;
46:11,18;47:19;49:3,8;51:7;
61:14;71:14;79:11
**dicks (1)**
75:14
**dictatorship (1)**
38:15
**difference (2)**
26:12,17
**different (15)**
17:10;29:13,17;31:14,15,
15;32:18,20,21;33:24;
77:18;85:17;94:13;96:17;
97:13
**difficult (1)**
20:21
**dig (1)**
99:11,12
**direct (1)**
70:10
**direction (7)**
10:18,20;12:7;15:8;29:4;
32:5;84:18
**directions (2)**
31:14;32:11
**directors (1)**
8:8
**disavowed (2)**
8:17;35:17
**discuss (5)**
13:19;20:1;22:8,9;48:14
**discussed (2)**
19:22;20:3
**discussion (2)**
36:11;46:24
**disinformation (4)**
60:13,13,16,18
**disorganization (1)**

30:5
**disorganized (1)**
30:3
**diversity (1)**
43:20
**divide (1)**
27:24
**DM (2)**
40:12;100:13
**Dollar (1)**
63:12
**done (9)**
13:1;16:12;26:5;30:19;
53:14,23;54:1;65:1;97:2
**DONOHOE (23)**
4:13;6:22;8:12,14;10:5,9;
15:19;18:13;19:5,14,19;
27:3,6;28:20,24;29:5;33:4;
41:14,18,23;42:2;45:8;46:8
**don't (103)**
2:11,20;3:4,11,13;7:13,13,
14;8:15;9:5,7;10:14,22;
11:4;15:16,23;16:6,21;
18:19;20:17,18;21:13;
22:22;24:2;30:9;32:15,23;
34:17;35:4,10,11;36:7,14,
17;38:5,6,7,14;39:17;40:5,
15,20;43:9;47:8;49:5,14,20;
50:22;52:1,21;57:12,19,21;
58:5,5,8,13,19;61:18;63:11;
64:11,11,11,18,20,24;65:5;
66:18;67:5;68:4,9,20;69:6,9,
16;70:6;74:16;75:5;76:2,3;
80:6;81:12;82:15,19;83:14,
15;86:12;87:5,5,5;88:2;
89:4;91:11;92:23;93:11,24,
24;94:6;96:4;97:21,22;
98:10;100:16
**dooggie (1)**
53:6
**dot (1)**
100:17
**down (22)**
2:23;9:4;11:2;12:24;
18:10,15;22:11;24:2;36:1,2;
45:24;47:2;50:9;58:2;68:14,
14;76:24;83:24;88:10;90:2;
93:16;99:23
**downtown (2)**
57:22;58:4
**dox (2)**
89:6,7
**drama (1)**
75:2
**draw (1)**
50:3
**dream (1)**
13:24
**dress (1)**
51:2
**dressed (1)**
11:16
**drink (2)**

70:6;72:18
**drinker (1)**
    70:2
**drinking (4)**
    10:15;15:22;70:1,4
**drive (3)**
    26:11;58:5;70:6
**driving (2)**
    58:19,21
**drop (1)**
    6:1
**drunk (3)**
    7:8;24:2;74:12
**drunken (1)**
    16:6
**duct (1)**
    64:15
**dude (20)**
    9:13;34:19;37:7,8,9;
    40:15;61:16;64:8;65:9,11;
    68:24;77:1;81:2;86:2;87:21;
    88:24;90:24;91:1;99:9,13
**dudes (2)**
    33:11;35:24
**due (1)**
    17:7
**dumb (2)**
    23:5,10
**dynamics (2)**
    96:16,24

### E

**ear (1)**
    46:19
**earlier (4)**
    38:16;65:14;68:11;73:6
**early (1)**
    82:21
**easier (6)**
    12:21,22;24:9,10;84:8,10
**East (4)**
    12:20;55:17;57:20;84:5
**easy (1)**
    68:16
**edge (1)**
    35:20
**effective (3)**
    31:22;62:22;63:5
**eight (7)**
    12:12;32:14;55:13,14,15;
    67:9;84:5
**either (6)**
    8:8;10:5;25:12;36:12;
    43:13;57:22
**elbow (1)**
    68:18
**elders (2)**
    90:19;99:4
**elder's (1)**
    71:4
**elected (1)**
    71:4

**element (1)**
    33:18
**elements (3)**
    31:8,14,24
**else (13)**
    5:13,24;16:23;23:11;
    27:14;28:6;33:2;43:16;45:6;
    51:7;64:1;82:8;92:24
**email (1)**
    2:8
**embarrassing (1)**
    89:20
**emergency (2)**
    20:14;21:12
**end (3)**
    35:17;48:18;74:8
**ended (1)**
    87:2
**ends (2)**
    21:17;82:4
**enemy (1)**
    95:9
**England (1)**
    55:21
**enjoy (4)**
    35:6,7;71:10;100:5
**enough (7)**
    34:19,20;37:13;52:13;
    69:1;75:10;90:4
**Enrique (14)**
    6:2;9:1;19:10;27:3;32:21;
    38:15;65:21;67:12;71:7;
    86:16,16;89:10;99:16;
    100:12
**enter (1)**
    5:11
**entire (10)**
    9:17;10:18;37:23;38:13;
    58:2;84:23,23;89:13;96:16;
    98:3
**entrance (1)**
    58:2
**equipment (7)**
    59:22,23,24;60:22,24;
    61:6;62:21
**Error (2)**
    98:21,21
**Errorrr (1)**
    98:17
**errors (7)**
    38:24;98:7,8,9,10,15,16
**escalate (1)**
    73:22
**Escalating (1)**
    73:21
**escalation (2)**
    33:6,7
**escape (1)**
    3:8
**established (1)**
    40:17
**even (22)**
    6:9;13:10,11;16:5;19:9,

16;21:7;44:19;48:14;50:3;
52:21;58:5,5,8;59:5,8;61:9;
62:14,15;64:13;90:17,23
**event (17)**
    10:17;17:7;30:10;42:13;
    48:13;49:22;56:17;60:2,11,
    11,22;82:4;93:22;95:24;
    96:2,8;98:1
**events (10)**
    7:3,21;26:1,7;38:11;
    48:11;53:12;82:4;85:3;
    93:23
**everybody (28)**
    5:24;17:11,12;22:3;29:4,
    6,11;30:19;31:9;32:4;37:6,
    6,21,22;38:18;43:11;44:20,
    22;50:3,7;82:5;84:3,24;
    89:16,17;92:7;99:8,9
**everyone (12)**
    21:6;32:16;35:19;40:4;
    43:8,16;44:24;51:14;52:9;
    53:18;84:10;85:24
**exact (1)**
    27:19
**exactly (12)**
    5:17;15:16;19:21;29:24;
    34:3;42:11;61:17;77:22,22;
    80:5;89:9;95:4
**example (7)**
    11:13;20:5,23;30:16;40:8;
    87:10,10
**except (4)**
    9:12;14:15,16;43:11
**exceptions (1)**
    89:3
**execute (1)**
    38:1
**executed (1)**
    29:20
**exercise (1)**
    25:19
**exists (1)**
    9:9
**expand (2)**
    44:16,19
**expanding (1)**
    44:4
**expansion (1)**
    44:5
**expect (1)**
    8:3
**expectation (1)**
    23:5
**expecting (1)**
    83:11
**expensive (1)**
    62:23
**experience (1)**
    93:20
**explain (1)**
    8:15
**explanation (1)**
    6:14

**expressing (1)**
    36:13
**extend (1)**
    66:21
**extra (1)**
    58:21
**extremely (1)**
    29:9
**eye (1)**
    8:2

### F

**face (3)**
    43:24;47:18;72:22
**fact (7)**
    28:1;35:2;76:10;78:11;
    95:6,10;96:17
**Faggot (2)**
    2:5;65:22
**falling (1)**
    24:2
**familiar (2)**
    50:8;88:20
**familiarize (1)**
    18:24
**far (10)**
    9:8;17:17,19;30:1;51:3;
    69:17;80:9,9;91:24;97:22
**fashion (2)**
    12:2;44:11
**fault (2)**
    9:18;89:8
**fear (1)**
    16:18
**fears (1)**
    96:23
**Feds (2)**
    48:1,2
**feel (2)**
    71:22;79:23
**few (4)**
    23:2;25:2;50:15;58:15
**fight (5)**
    13:4;74:15;85:12;91:9;
    99:7
**fighting (2)**
    10:16;92:4
**figure (3)**
    20:21;23:20;30:18
**figured (2)**
    32:3;41:18
**fill (2)**
    20:17;44:23
**finally (2)**
    71:2;74:13
**find (10)**
    21:18;23:9;29:5,14;56:20;
    57:5,6;60:20;63:1;88:16
**fine (8)**
    3:17;7:7;25:16;84:14;
    87:13,19,19;91:13
**fire (1)**

45:5

**first (16)**
9:22;17:1;21:24;22:14,17;
32:4;39:21;48:8;75:19;
85:19,22;88:17;90:6,8,15;
96:8

**fish (1)**
69:3

**fit (5)**
8:15;36:14,16;39:16;92:8

**five (3)**
52:20;82:10;83:10

**fix (2)**
9:14;85:10

**flag (1)**
47:2

**flannel (1)**
74:18

**flash (1)**
3:14

**flex (1)**
48:7

**flexibility (1)**
31:7

**flexible (1)**
51:5

**flexing (2)**
97:10,10

**floodgate (2)**
44:18,20

**floor (5)**
6:21;9:2;19:4;20:7;26:8

**Florida (3)**
64:8,10;99:21

**foke (2)**
10:22;42:22

**follow (9)**
7:23;23:21;40:1,5;66:18;
77:5,7;79:18;80:21

**following (8)**
31:10;39:22;65:18,21;
68:3,4;69:23;77:4

**food (1)**
75:13

**force (6)**
33:6,8,16,19;41:24;76:4

**forget (2)**
35:6;100:16

**form (3)**
20:15;44:23;67:9

**formation (13)**
23:12;37:16;66:23;68:12,
19,21,23;69:5;75:9,10;76:2;
77:13;78:16

**formations (1)**
16:4

**forms (1)**
28:21

**formulate (1)**
81:18

**formulated (1)**
81:17

**forth (1)**

**91:22**

**forward (5)**
9:16;25:6;40:18;85:2;
91:24

**forwarding (1)**
7:12

**found (1)**
17:24

**four (7)**
5:22,22;21:12;35:15;
53:17;56:2,3

**framework (3)**
50:6,10,13

**frat (1)**
90:11

**freak (1)**
72:3

**Fred (1)**
16:17

**freedom (2)**
31:7;35:23

**friend (1)**
71:23

**front (5)**
67:9;75:3;91:5;94:20;
96:13

**frosty (1)**
66:20

**frustrated (1)**
43:4

**frustrating (1)**
86:9

**fuck (45)**
2:21;9:13;15:22;16:22;
21:14;24:16,20;25:14,15,24;
26:13,15;27:13;36:14,16;
45:3;49:6,6,6;55:5;61:11;
64:19;65:23;67:1;68:3,20;
73:11;74:3,4,10,14,16;75:6;
76:19,21,21;79:21;87:14;
89:4;90:22;91:1,1;92:8;
93:23;98:19

**fucked (7)**
9:10,11;19:9;26:6;57:23;
58:7;74:9

**fuckin' (163)**
2:7;9:6,6;10:15,16,16,17,
19,23,24,24;12:19;13:2,4,5,
7,11,14;14:2,6;15:4,7,12;
16:5,9,21;17:24,24;18:1,11;
22:19,22;24:2,15;25:19;
34:6,8,12,15,16,20;35:7,24;
36:1,1,5,6,7,9,21;37:2,5,9,
12,16;40:9,12,24;43:2,21;
44:21;45:19;46:15;47:5;
52:7,17,21;55:7;56:20;57:2,
3,15,16,18,20;58:2,6;59:1;
61:15;62:7,12;63:10,12,15;
64:3,14,14,15,16,20,22,24;
65:11;66:17,23;67:5,7,10,
11,14,16,18;68:12,13,16,18,
23,24;69:1,3,5;72:14;73:13;
74:1,3,7,18,18,21,23;75:4,

13,16;76:3,15,20,22,23,23,
24;77:4;78:8,9,16;79:5,5,6,
14;80:3;84:5,17;86:2,3,6;
87:3,12,13,18;88:17,21;
89:7,12,23;90:14,23;93:14;
95:5;97:9;99:8,10,14,21;
100:6

**fucking (6)**
16:3;63:23;70:21;74:6;
86:9;94:2

**full (7)**
3:8;5:12,12;19:12;40:6,7;
43:10

**fun (2)**
35:6;99:2

**future (7)**
17:18;22:6,9;25:20;39:4;
92:2;98:10

---

**G**

**gain (1)**
49:9

**game (1)**
82:21

**garbage (1)**
57:18

**gauntlet (4)**
28:10,13,16,17

**gave (2)**
18:5;64:1

**gay (3)**
70:23,23,24

**geeked (1)**
7:8

**general (2)**
90:16,23

**generally (1)**
31:17

**gentleman (1)**
6:22

**gentlemen (4)**
5:13;37:14;54:20;62:15

**gets (6)**
21:6;22:11;33:16;43:20;
77:8,9

**Girl (2)**
80:23;81:1

**girlfriend (2)**
21:13;74:5

**girlfriends (1)**
75:5

**Girls (3)**
52:19;63:7;67:10

**given (2)**
95:6,10

**goal (3)**
19:21;30:11;42:6

**goals (2)**
42:8;86:6

**God (5)**
6:11;72:20;84:14;88:18;
96:20

**goddamn (2)**
64:15;77:1

**goes (8)**
10:21;19:14;22:11;44:20;
51:3;55:15;56:9;80:10

**Good (23)**
6:10;7:22;8:4,15,21;9:12;
16:9;26:5;32:9;34:13,14;
47:24;51:8,21;55:1,2;57:10;
65:14;82:22;83:4;91:14;
100:10,19

**Gordon (1)**
87:9

**Gordon's (1)**
87:18

**Gotcha (3)**
19:19;20:6;56:7

**grab (2)**
22:15;47:23

**grabbed (2)**
87:18;88:20

**gradually (1)**
24:17

**granted (2)**
35:2;96:8

**granular (1)**
32:3

**great (3)**
30:16;62:14;91:24

**greeter (1)**
43:19

**ground (7)**
7:5;11:18,20;18:7;47:10;
56:4;98:3

**grounds (1)**
34:5

**group (15)**
17:3;18:19;23:15;24:11,
22;26:13;37:1;44:9,14;
49:12;50:15;67:20;69:23;
71:3;84:4

**groups (8)**
12:2;17:10;19:18;23:1;
25:9;29:13;80:20;84:8

**grow (5)**
24:11,13,17;44:9,10

**growing (1)**
44:3

**grown (2)**
48:22;86:4

**growth (1)**
44:2

**guess (12)**
37:18;45:16;49:18;53:16;
54:2,3,6;57:23;79:23;81:13,
21;89:3

**guessing (2)**
3:18;12:3

**guests (1)**
6:7

**guns (1)**
97:10

**gut (1)**

69:2
**guy (22)**
24:2,7,9,21,24;25:15;29:6,
15;31:12;44:21;64:5,5,10;
72:8,21,22;86:1;87:2;88:14,
16,19;90:21
**guys (137)**
3:1,5,5;4:15;6:3,4;7:23,
24;8:3,3;9:5;10:12;11:11,
18;12:19,20,20,21,23;13:4,
19,21,21;14:23;15:1,1,17;
18:5,15,15,16,17,18,18;
20:15,17;21:22,23;23:6,11,
21,22;24:12,15,15,16,20;
25:2,24;26:18;28:15;29:9;
31:10,11;33:2;35:3;37:20,
22,23,24;38:2,5,6,12,19,20;
39:24;40:4;41:11;42:3;43:1,
4,9;45:3,7;46:9;48:21;
49:17,20;50:11,15;53:16,16;
54:6;55:18;56:2,3,3;58:1,
15;59:12,13,22;61:10,12;
63:11,22;68:13,16;70:7,16;
73:2;79:13,16;80:14,20;
82:5;83:1,17,18;84:4,16;
85:1,9;86:8,12,13,13;87:15;
90:1,2,5,12;92:11,11,20,21;
93:3,21;95:23;96:22;97:11,
20,23;100:1,2,5
**guys' (1)**
65:3
**guy's (1)**
87:13

**H**

**hack (1)**
79:10
**half (1)**
39:23
**hammer (1)**
32:2
**hammered (1)**
35:8
**Hampshire (3)**
53:1;54:17;63:10
**hand (3)**
14:12;31:23,23
**handle (6)**
23:23;39:8;49:12;74:7,9;
75:19
**hands (3)**
19:7;37:10;72:3
**handsome (1)**
15:11
**hang (1)**
25:5
**hanging (1)**
88:22
**happen (6)**
12:9;21:9;23:14;39:11,18;
47:12
**happened (4)**

9:12;17:6;30:2;47:14
**happening (6)**
26:19;38:7;47:20;54:24;
81:12;93:12
**happens (8)**
9:18;20:11;21:16;40:4,21;
59:10,12;73:9
**hard (1)**
66:14
**harm (2)**
76:11,11
**harm's (1)**
9:23
**harsh (1)**
36:15
**hat (5)**
71:4,9,22;72:4;95:14
**hate (2)**
21:7;39:7
**Hated (1)**
13:8
**hates (1)**
95:11
**hats (3)**
71:11,14;93:5
**head (1)**
44:15
**headlines (1)**
11:17
**Healion (1)**
5:17
**hear (1)**
98:21
**heard (1)**
97:3
**hearing (4)**
42:7;90:24;96:19,20
**heat (1)**
13:9
**heated (1)**
40:15
**held (1)**
26:22
**hell (1)**
61:19
**helmets (1)**
59:19
**help (7)**
7:5,6;38:1;40:4;50:15;
63:6;93:14
**helped (1)**
77:17
**helpful (3)**
92:18,19,22
**HenFRT4 (1)**
28:21
**herd (1)**
84:9
**herding (1)**
84:12
**here's (3)**
28:20,20;91:14
**hero (1)**

15:4
**heros (2)**
15:5,6
**hey (17)**
14:1;16:20;36:8;39:24;
44:20;46:13;47:21;55:4;
59:16;65:13;66:17;71:3,20;
73:10;83:17;86:16;91:13
**Hi (2)**
46:20;51:15
**highway (1)**
58:23
**highways (1)**
58:17
**himself (2)**
23:4;43:17
**hit (3)**
45:7;89:5,6
**hitting (1)**
79:1
**Hmm (1)**
2:13
**Hold (8)**
2:6;8:21,24;15:21;42:5;
64:2;72:7,8
**hole (4)**
67:13,13,15,16
**home (8)**
14:8,10;26:11;27:17;
30:19;35:3;43:17;70:5
**homeless (1)**
58:8
**honest (3)**
34:14;58:24;76:8
**Honestly (1)**
91:3
**hood (1)**
58:20
**hook (1)**
99:22
**hooking (1)**
80:24
**hope (2)**
50:1;85:1
**hopefully (3)**
7:22;31:4;39:3
**hoping (2)**
37:24;74:24
**ho's (3)**
65:16,23,23
**hose (1)**
45:5
**hospital (1)**
21:2
**hot (2)**
23:14;39:14
**hotel (4)**
16:2;56:20;58:3;80:19
**hotels (1)**
58:11
**hour (3)**
58:21;82:12;98:24
**House (1)**

56:23
**how's (1)**
51:15
**huge (1)**
9:17
**Huh (1)**
71:8
**hundred (2)**
47:12;84:9
**hung (1)**
32:23
**hurt (2)**
21:18;22:12
**hyper (1)**
35:20

**I**

**idea (2)**
91:14,15
**ideals (1)**
90:7
**ideas (1)**
86:5
**identifying (2)**
18:20,21
**IFAK (3)**
22:18,21;62:8
**image (1)**
90:7
**imagine (2)**
69:3;86:1
**imminent (1)**
33:21
**implement (1)**
8:6
**important (10)**
21:6;24:21;36:21;37:11,
12,13;85:2,5,11;93:19
**impossible (1)**
57:7
**Inaudible (11)**
5:18;25:3;28:15;46:19;
47:6;48:2;49:5;77:20;79:12;
94:12;98:18
**inbound (1)**
99:19
**incident (1)**
9:17
**include (1)**
54:8
**includes (1)**
36:24
**independently (1)**
66:2
**individual (1)**
22:14
**infiltrator (1)**
88:13
**information (9)**
7:11;20:19;32:18,24;
33:17;81:21;82:1,3;96:7
**infuriating (1)**

86:1
**initial (1)**
6:14
**input (5)**
91:10,17,18,21;95:21
**inside (3)**
79:13,13;81:2
**instead (2)**
19:6;41:6
**insubordination (1)**
8:7
**intensity (4)**
47:11,13,15,15
**interchangeable (1)**
12:3
**interviewed (1)**
88:23
**into (25)**
14:5;17:2;18:10,15;19:11,
18;22:14;23:1;30:10;31:7;
34:17,17;38:19;42:9;47:8;
48:13,13;55:12;68:19,21,23;
69:4;81:5;98:7;99:9
**intoxication (3)**
7:4;10:9,10
**invite (1)**
44:22
**involved (1)**
11:3
**IQ (1)**
23:14
**issue (3)**
9:16;47:1;74:6
**issues (3)**
28:22;38:24;43:2
**itinerary (1)**
80:21

## J

**jam (1)**
56:20
**James (1)**
13:3
**jammed (1)**
33:17
**January (1)**
96:4
**Jeffy (1)**
4:23
**jeopardy (1)**
43:6
**Jeremy (12)**
6:11;9:13;35:12,13;37:18;
54:22;65:8;66:9;67:23;
69:20;73:2;88:9
**Jersey (2)**
70:11,12
**Jesus (4)**
61:1,7;72:10;95:11
**Jew (1)**
70:23
**Jewish (3)**

70:23,24;72:4
**job (5)**
26:5;63:11,14;75:17;85:4
**jobs (3)**
75:16,17,17
**John (1)**
16:11
**Johnny (3)**
24:5;58:14;84:13
**join (2)**
5:24;14:10
**joke (1)**
92:9
**JQ (2)**
82:14,18

## K

**keep (37)**
16:5;34:7;37:6;39:9;
41:12;44:16,17;45:4;50:10;
51:9,10;59:15,15,15;65:7;
66:19,19;67:4;68:2,17;
72:11;73:15;75:3,3,9,20,21;
82:12;83:8,9,22;84:10;
85:24;97:19;98:24;100:4,7
**keeping (1)**
14:18
**Kenney (1)**
40:3
**Kenny (3)**
4:21;27:7;39:24
**key (1)**
68:19
**kick (1)**
8:16
**kicked (2)**
7:16;40:21
**kin (1)**
21:8
**kind (35)**
4:9;12:2;15:9,10,10;
16:11;17:1,1;22:2,10;23:16;
25:1;27:9,23,24;29:23;30:4,
21;31:17,19;37:17;39:3;
45:17;50:5,10,13;51:22;
60:13,13;76:4;78:7,14;87:6;
92:8;97:20
**kit (1)**
22:14
**kits (1)**
22:6
**knew (2)**
21:2;54:12
**knife (2)**
68:23;69:2
**knock (1)**
88:17
**know (220)**
2:11;3:4;6:3;7:6,21;8:2,
20;9:5,8;13:6,24;14:2,18,20;
15:16;16:21;17:4,8,10,10,
12,16,21;20:3,3,24;21:1,2,3,

4,8,11,14,15,16,24;22:3;
23:12;24:14,15;25:4;26:14;
27:9;29:12,14,15;30:1,2,6,8,
10,24;31:1,4,10,11,13,23;
32:6;33:24;34:3,7;35:1,21,
23;36:8,15;37:24;38:2,3,4,6,
8,11,17,19,20,23;39:2,4,5,
15,20;40:23;41:19;42:19;
43:10,23;48:12,14,21;49:14,
20;50:2,4,6,7,8,10,11,14,15,
16;51:4;52:1;53:15,20;
56:22;58:5,9,16,20;62:24;
63:2,5,6,6,8,11,24;65:20,21,
22;66:15;68:8,14,15,20,24;
69:19,22;70:16;71:11;
73:17,18,19,24;74:14,14,16,
22;75:11,12,20,23;76:5,12,
24;77:5,6,12,12,24;78:2,2,3,
3,10,20;79:7,18;80:2,4;
81:12,19,23;82:15,19;83:22;
86:10,13,18;87:4,8,21,22;
89:4,15;90:6,19,21,24;91:6,
8,17,22,23;92:8,11,13,14,16,
21,22,22,24;93:13,22;94:3,
6,10,11,14,15,17;95:8;97:9,
12,17,17,19,21,22;98:3,4,5,
6,9;99:8,10
**knowing (1)**
17:8
**known (1)**
9:24
**knows (1)**
95:5

## L

**Lafayette (1)**
58:12
**lag (1)**
68:13
**laid (1)**
97:14
**last (17)**
17:6,7,23;21:17;23:2;
26:9;29:12;35:20;43:3;
50:19;53:12;58:1;60:5;
65:17;67:8;68:8
**later (4)**
16:1;20:1;25:20;45:15
**Latinos (2)**
53:18,22
**Laughter (1)**
95:12
**lay (1)**
80:18
**leader (2)**
19:8;23:22
**leadership (6)**
6:6;27:7;36:13;38:10;
91:20;92:20
**leads (1)**
47:5
**learn (6)**

37:15;66:16;68:11,12;
90:5;98:8
**least (4)**
22:16;29:17;44:14;53:11
**leave (3)**
51:12;79:19;80:19
**leaving (1)**
35:23;73:9,9
**left (2)**
68:15,15
**legs (1)**
67:11
**lesser (1)**
8:20
**level (8)**
11:4;18:6;25:23,23;28:3;
48:10;59:15;85:15
**levels (1)**
29:17
**liability (1)**
76:9
**life (4)**
22:16;33:21;64:24;86:3
**light-hearted (1)**
92:9
**line (3)**
16:6;55:16;67:9
**lines (3)**
75:3;85:14,16
**link (4)**
2:21;3:21;51:20;62:20
**list (9)**
6:23;20:9;21:6;32:2;
41:15;59:23,24;61:24;62:2
**listen (12)**
34:20;36:7;40:15;64:13;
65:13;66:24;71:3;73:10;
76:2;86:7;91:17,18
**listening (2)**
37:12;22;51:18,18
**literally (2)**
37:9;75:9
**little (27)**
4:20;6:20;9:4;11:14;
16:18;19:24;20:4;23:20;
30:5;31:13;45:15;54:1;
60:12,14;62:7;67:10,18;
74:10;81:9;82:2;83:21;
88:20;95:22;97:21;98:1;
99:1,2
**live (4)**
2:2,4;3:2;27:18
**Lives (2)**
58:12;76:19
**local (14)**
12:14,15,16,16;16:20;
25:23;48:10,15,16,17,23;
49:17;50:3,11
**locations (1)**
68:1
**lock (3)**
2:20,22;34:2
**locked (1)**

2:24
**logistics (2)**
30:17;54:3
**long (8)**
13:18;34:7;39:8,8,11,15,
18;99:14
**look (15)**
10:2;37:19;38:14;52:16;
66:18;72:7;74:3;75:1,20;
77:23;83:5;87:23;89:20;
91:17;96:22
**looked (1)**
88:14
**looking (7)**
6:18;60:1;83:9;88:15;
91:8,10,10
**looks (3)**
77:10;88:20;94:10
**lose (3)**
52:2;76:1;79:7
**lost (6)**
22:13;52:3,4,5;65:22;88:8
**lot (42)**
9:11,19;10:15,15;11:18;
13:9;15:12;17:4;20:20;
21:22;23:1;26:2,18;30:3;
35:5;39:4;42:19;43:4;46:4,
6;52:24;55:24;56:1;58:16;
63:4,11,14;77:18;81:13,20;
86:12,12,14;91:11;92:10,12,
12,13;96:19,23,23;97:14
**lots (1)**
25:8
**loud (2)**
60:12;61:18
**Louie (1)**
74:5
**Louie's (1)**
74:5
**love (5)**
14:17;78:9;81:7;100:2,12
**loved (2)**
20:22;21:7
**loves (1)**
81:4
**low (3)**
23:14;76:24;80:18
**luck (1)**
15:10
**lucked (1)**
15:9
**luckily (1)**
20:24
**lungs (1)**
76:18

**M**

**Mack (3)**
2:15;70:11;72:1
**MAGA (5)**
65:16,18,22,23;79:5
**Maggot (2)**

2:16,16
**main (4)**
13:22;26:16;33:18;82:6
**mainly (1)**
17:7
**major (1)**
58:17
**makes (3)**
56:11;78:6;89:20
**making (3)**
32:7,7;45:12
**man (14)**
55:1,2,9;60:23;64:14,24;
65:6,10;75:19;76:8;86:9;
88:19;93:15;94:6
**managing (1)**
56:5
**mandatory (1)**
20:16
**manner (1)**
31:16
**man's (1)**
74:4
**many (6)**
36:21;49:20;54:12;78:8;
83:23;90:12
**march (10)**
39:8,9,9,11,15,18,20;
68:12;78:9;97:10
**marching (6)**
42:8;54:5;68:2;73:19;
78:10,16
**markers (3)**
18:20,20,21
**marketing (6)**
11:5;30:12,13,20;33:10;
51:3
**mask (3)**
89:8,12,15
**massive (1)**
18:19
**Matteo (2)**
8:11,12
**matter (3)**
27:24;58:12;76:19
**may (1)**
15:5
**maybe (13)**
22:13;31:9;62:22;63:1;
65:8;78:23,23,23;91:14,14,
15;98:7,7
**mean (36)**
5:6;8:17;10:1;15:24;16:2,
9;21:8;33:23;41:14;44:19;
62:10;63:8;67:6;74:23;
75:11;76:12;77:15,23;78:3,
8;80:4;81:13,19;84:3;87:5,
8,9;89:16;91:9,11,20;92:8;
97:1,5,7,21
**means (3)**
8:18;61:3;92:10
**meant (2)**
65:15,15

**media (7)**
7:13;10:6;34:2,4;50:20;
60:6;78:24
**medical (3)**
22:6;41:15;75:15
**meet (2)**
41:1;53:15
**members (1)**
14:1
**meme (1)**
72:2
**men (2)**
61:5;86:4
**mentality (1)**
36:15
**mention (2)**
7:13,14
**mentioned (1)**
14:3
**mess (2)**
32:7,7
**message (3)**
11:7;12:4;56:9
**messages (1)**
11:12
**met (1)**
73:2
**Mexican (1)**
95:3
**mic (1)**
51:11
**microphone (3)**
46:14,16,17
**microscopic (1)**
85:15
**middle (2)**
67:4;80:7
**might (10)**
32:17;41:1,2,2,3;58:18;
62:8;89:18;91:14;96:5
**miles (2)**
39:22,23
**militant (1)**
10:24
**military (5)**
21:23;78:8,15,18,19
**mind (3)**
30:11;58:19;97:19
**Mindcraft (1)**
41:8
**mindset (1)**
42:23
**mine (1)**
55:5
**minimize (2)**
84:21,22
**ministry (2)**
33:7;50:23
**minute (3)**
82:11;89:23;98:24
**minutes (4)**
17:2;58:22;82:11;83:10
**misinformation (1)**

88:11
**miss (1)**
15:18
**missed (2)**
17:1;95:22
**missing (1)**
19:14
**mission (4)**
7:19,20;33:13;38:3
**Mississippi (2)**
55:16,17
**Mm-hmm (2)**
37:4;76:13
**Mobile (1)**
52:7
**mode (1)**
33:20
**modular (1)**
31:8
**molding (1)**
8:4
**mom (1)**
21:13
**moment (1)**
79:24
**monsignor (1)**
94:12
**Montgomery (2)**
14:4;48:19
**month (1)**
41:1
**months (2)**
79:14;82:24
**more (31)**
16:18;18:1;25:21,21;26:9;
29:6;31:13;32:14;33:9;
36:24;38:17,18,22;44:4,6,9;
47:10;50:15;60:7;63:4,5,5,
19;82:2;84:15;93:21;96:2;
98:1,16;99:1,19
**morning (2)**
96:13;100:7
**MoSD (3)**
7:14;70:9,10
**MoSOD (2)**
70:14,14
**most (11)**
18:16;26:6;36:20,24;37:2,
13;56:21;60:10;85:11;86:2;
89:3
**motherfucker (2)**
55:8;68:10
**motherfuckers (3)**
15:11,13;28:12
**move (13)**
12:7,7;23:12;41:13;45:24;
67:5,8;75:23,24;76:4;77:13,
13;91:24
**moving (6)**
9:15;20:3;25:6;31:12;
84:18;85:2
**much (9)**
12:20;39:17;40:21;41:19;

42:9;51:17;76:22;90:2;
96:20
**multiple (2)**
29:13;40:19
**mute (1)**
53:7
**muted (8)**
51:12,13,14,24;52:2;
54:19;95:19,20
**myself (4)**
2:8;8:9;80:15,18

## N

**name (3)**
4:2;5:14;20:17
**named (1)**
81:2
**national (10)**
7:3;13:23;25:23;26:1;
28:3;48:11;49:10,22;85:3;
91:6
**nationally (3)**
7:21;8:18;38:11
**nationwide (2)**
27:8;93:13
**near (1)**
94:1
**necessarily (1)**
31:16
**neck (1)**
49:1
**need (30)**
4:13;8:23,23;9:9,14;11:1,
2,20;12:23,24;17:19;21:9;
22:15;24:6;26:1;28:21;33:5;
35:2,3;36:13,14,17;59:23;
65:23;75:20,21;76:1;78:6,
17
**needed (1)**
61:10
**needs (4)**
24:22;30:8;85:5;90:14
**negating (1)**
26:5
**neighborhood (1)**
58:6
**neighborhoods (1)**
57:17
**networks (1)**
12:21
**never-ending (1)**
84:16
**New (13)**
2:4;5:24;31:5;46:21;53:1;
54:17;55:21;63:9;70:11,12;
72:18;86:13;100:6
**news (1)**
21:19
**next (10)**
11:23;21:8;31:12;33:1;
41:13;56:16;59:17;72:24;
79:19;98:11

**NH (33)**
54:20,22;55:1,4,7,10,18;
56:7,11,13;57:1,8,11;63:9;
64:23;66:8;67:13,18;70:2,5;
72:20;73:1,7;75:7,12;76:14;
80:9;84:6;89:22;94:3,20;
96:10;100:12
**nice (1)**
75:19
**nigger (2)**
47:4,5
**niggers (1)**
93:1
**night (12)**
15:23;16:1;18:7,24;22:20;
39:22;52:14;66:3;79:20;
96:4;97:9;100:19
**nighttime (1)**
79:17
**nine (1)**
19:9;53:4;94:13
**Ninja (2)**
92:23;93:2
**Ninjas (1)**
15:15
**nip (1)**
21:20
**nobody (7)**
19:14;21:2;34:21,23;
51:20;70:1;92:4
**nomenclature (1)**
30:22
**none (3)**
59:16;66:6;92:5
**non-existent (1)**
48:20
**noon (1)**
100:4
**normal (2)**
27:20;79:24
**normie (2)**
76:8;87:3
**normies (4)**
66:22;76:9,17,20
**nose (2)**
71:6;72:4
**notice (1)**
69:22
**noticeably (1)**
7:8
**noticed (1)**
35:19
**notify (1)**
21:9
**notoriety (2)**
77:3;87:6
**nucleus (3)**
19:3,10,10
**Number (3)**
7:10,12;9:4
**nut (2)**
47:19;68:17
**nuts (3)**

55:3,4,5
**nutshell (2)**
30:7;31:20

## O

**objective (2)**
30:8,14
**obvious (1)**
94:10
**obviously (11)**
9:5;25:23;26:4;32:15;
33:6,10;50:24;59:13,14;
68:1;89:10
**Ocean (2)**
63:10,14
**o'clock (2)**
96:12;97:9
**off (26)**
13:18;16:12;22:24;23:3,
19;31:7;34:4;35:22;36:1,5,
6,14,16,22;41:10;43:5;
45:19;52:11;53:23;55:8;
58:17;60:14;78:1;86:8;92:8;
99:10
**offense (2)**
9:20,20
**offenses (2)**
8:20;41:4
**offensive (1)**
31:16
**official (2)**
70:18;72:18
**often (3)**
39:11,18;99:1
**omar (1)**
64:15
**onboard (2)**
38:18,20
**once (5)**
7:21;15:24;60:4;82:4;
84:15
**one (78)**
3:16,23;5:21;6:1;7:3,3;
8:7,8,8;9:4,17;10:18;12:7;
13:8,13;15:21;17:13,14;
18:1,2,3;21:12,18,19,24;
22:22;23:7;25:19;26:9;
28:20,20;30:19;31:22,22;
32:16,22;35:4,5,14;36:22;
37:7;40:8;41:13,18;43:7;
44:4,9;47:5;52:4;53:4;
55:18;57:8,9;58:10,11;
59:22;60:11;63:21;65:17;
68:24;69:14;70:8;71:6;
75:17;76:15;77:23;81:22;
83:7;84:4,4;86:24;87:1,15;
89:23;92:6;96:7,18;98:16
**ones (7)**
20:22;21:7;34:9,11,12;
94:16,17
**one-unit (1)**
29:16

**only (15)**
3:16;5:21;6:5;19:8;24:12,
18;27:14,23;35:14;48:3,9;
58:22;75:16;88:1,1
**onto (1)**
16:3
**open (5)**
2:21;6:21;20:7;26:8;
100:4
**operate (4)**
49:18;66:5;82:9;85:19
**operating (1)**
16:1;41:20
**operation (8)**
11:11;27:13;65:24;69:24;
84:24;85:1;97:13;98:3
**operational (1)**
32:23;42:6,6,15
**operations (6)**
11:24;12:8;15:23;21:23;
30:18;56:4
**opportunity (1)**
79:16
**opposed (1)**
94:11
**opposite (1)**
72:12
**OPSEC (2)**
7:10;9:5
**optics (1)**
39:8
**optional (1)**
39:10
**order (5)**
11:1;12:24;34:10;62:6;
91:6
**ordered (1)**
46:18
**organization (3)**
18:2;22:10;28:6
**organize (3)**
7:20;11:1;38:11
**organizing (1)**
17:9
**original (1)**
83:12
**others (2)**
19:7;35:15
**other's (1)**
21:6
**ourselves (4)**
9:23;35:7;66:5;68:17
**out (83)**
2:20;3:8;6:9;7:16;8:16,18,
23;10:2;11:8,12,15;12:5,5;
16:3,19;17:24;18:3;20:17,
21,22;21:4,18;23:9,13,20;
28:14;30:12,18;32:2,3;33:8,
15;35:7;36:9,9,10;38:1,21;
40:22;44:14,23;45:17;46:9;
48:22;49:24;50:16;58:7;
60:12,20;62:3;63:23;65:23;
67:1,3;71:5;73:11,20;74:17,

24;75:3;76:5,6,15;77:8,9,17,
18;79:1;80:12,21;81:24;
87:2,22;88:18,22;89:8;
90:13,23;93:14;96:6,16;
97:14;98:14
**outcome (1)**
61:6
**outside (3)**
57:18;58:3;76:2
**outsiders (1)**
75:22
**outstanding (1)**
47:1
**over (32)**
5:4;7:19;9:2,7;10:8,8;
13:8,8;15:24;19:22,24;23:2;
31:2,4,9,11;32:6;37:9,10,11;
42:12,13;50:12,12;56:15;
61:19;71:2;72:9;75:4;81:21;
85:12;88:19
**overly (1)**
62:23
**own (9)**
17:11;21:19;27:15;36:22;
49:13;59:8,9;89:19;90:14

**P**

**PA (1)**
28:12
**pack (1)**
62:15
**packed (1)**
56:20
**page (7)**
17:17;29:7,11,19;32:5;
38:3;79:1
**pain (1)**
59:1
**paired (1)**
83:12
**para-military (2)**
42:19,21
**Parler (5)**
57:1,6,16;74:24;79:1
**part (12)**
6:6;7:4;18:17;25:22;
37:14,23;38:12;45:14;
60:10;66:11;85:11;92:16
**partially (1)**
53:13
**particular (2)**
18:23;46:24
**party (1)**
25:2
**past (2)**
26:3,5
**patch (1)**
75:14
**Paul (1)**
4:22
**Paying (1)**
41:9

**PBG (1)**
52:20
**Pence (1)**
81:12
**penises (1)**
28:8
**people (63)**
2:18;5:10;6:5,15;9:8,19,
24;10:15,15;11:3,6,9;12:12;
15:5;17:4;19:1,1;20:10;
23:7;32:14,18;35:22;36:21;
37:2;39:7;40:18;41:10;
42:12,20;44:6;45:1,2,18,20;
49:23;54:12;55:15;56:22;
58:8,16;67:7;68:3,20;71:10;
73:10;75:24;77:4;78:9;80:1;
83:24;86:14,15,17;87:1;
88:15;89:4;91:8,12;92:12,
13,14,19;96:24
**per (2)**
42:19;76:6
**perceive (1)**
15:5
**perceived (1)**
11:7
**percent (2)**
19:12;69:20
**perfect (1)**
85:21
**perfectly (3)**
42:3;85:20;87:19
**perimeter (2)**
75:21,22
**period (1)**
66:7
**periods (1)**
13:18
**Perry (1)**
16:17
**Perrys (2)**
16:21,22
**person (4)**
19:22;22:13;32:13;99:12
**persons (1)**
47:3
**person's (1)**
22:16
**Philadelphia (1)**
92:23
**Philly (2)**
52:6;93:3
**Phoenix (3)**
57:3,6;73:2
**phone (3)**
20:9;64:16;87:13
**phonetic (3)**
8:11;10:22;42:22
**pick (5)**
43:9,12,13;49:19;56:2
**picked (8)**
14:12;43:8,8,11,14,14,15;
93:3
**picking (1)**

19:6
**picture (5)**
23:21;86:17;88:13;89:11,
15
**pictures (3)**
86:15;99:16;100:15
**piece (3)**
30:20;89:5,6
**piggyback (2)**
16:11,12
**pinching (1)**
55:8
**pinned (1)**
3:23
**piss (4)**
23:4,7,11;34:4
**pissed (1)**
78:1
**pissing (1)**
28:18
**pit (1)**
34:16
**place (16)**
13:3,5,5,20;18:9;23:13;
27:19;31:2,5;32:6;38:4;
39:12;40:11;83:2,2;90:17
**places (6)**
31:15;56:14,18,19;57:11,
14
**plaid (1)**
74:18
**plan (11)**
14:7;22:8;29:21;32:19,23;
38:3;51:3;81:17,22;95:23;
97:23
**planned (1)**
85:21
**planning (2)**
49:11;92:17
**plans (5)**
19:2;38:2,21;59:22;97:14
**plastic (3)**
63:15,22;64:3
**plate (5)**
59:20;62:12;63:16,22;
64:3
**plates (2)**
59:19;63:16
**play (2)**
14:6,23
**playing (2)**
72:16,17
**Plaza (4)**
35:24;58:12;76:15;94:18
**please (2)**
37:12;61:10
**pods (1)**
46:19
**poet (1)**
89:23
**point (19)**
6:13;16:9;17:17;24:14;
32:10;40:24;44:8,10;48:21;

56:3,6,10;57:14;68:2;73:17;
77:12;78:1;84:23;93:19
**pointed (3)**
15:8;29:4;32:5
**police (1)**
34:9
**politely (1)**
66:23
**political (2)**
30:15;81:11
**poll (1)**
44:12
**pool (4)**
34:16;44:16,19;49:19
**pop (1)**
45:24
**popping (2)**
82:15,18
**portion (1)**
54:3
**Portland (2)**
12:13;56:1
**posed (1)**
19:20
**position (1)**
27:8
**possible (4)**
39:17;59:2;62:1;85:9
**possibly (4)**
47:3;50:14;83:2;96:21
**post (2)**
74:24;86:16
**posted (1)**
88:11
**posting (3)**
7:13;10:6;78:24
**posture (1)**
73:15
**pouring (1)**
96:6
**practically (2)**
59:23;94:8
**prats (1)**
33:11
**prepare (1)**
96:13
**president (1)**
54:18
**presidential (1)**
81:11
**presidents (1)**
90:20
**president's (1)**
55:5
**Pretend (1)**
27:18
**pretty (3)**
9:6;12:20;55:6
**prevent (2)**
63:2;64:19
**prez (34)**
53:1;54:20,22;55:1,4,7,10,
18;56:7,11,13;57:1,8,11;

63:9;64:23;66:8;67:13,18;
70:2,5;72:20;73:1,7;75:7,
12;76:14;80:9;84:6;89:22;
94:3,20;96:10;100:12
**prime (1)**
11:13
**private (5)**
4:19;5:1,6,8;25:2
**probably (20)**
5:3;36:20;44:9;46:4;
47:10,14;48:6;58:11,18;
60:17;63:7;69:14;83:12,16;
85:14;94:13;96:3,4;99:4,22
**problem (4)**
36:23;54:5;68:10;84:21
**problems (4)**
26:7;30:4;92:16;98:7
**procedure (1)**
41:20
**process (1)**
44:22
**productive (1)**
13:6
**professional (5)**
34:8;73:15;77:24;78:5,6
**professionally (1)**
66:24
**promise (1)**
28:19
**proper (4)**
58:10;62:21;63:5;69:16
**properly (1)**
8:4
**protect (1)**
64:21
**protected (1)**
22:3
**Proud (17)**
11:19;12:16;13:21;14:11;
25:9;30:14;31:1;42:21;51:1;
52:19;66:5;73:11;80:23;
81:1;88:11;97:9;100:19
**provide (1)**
33:17
**public (5)**
7:3,21;27:1;30:10,11
**pull (2)**
36:8;64:14
**pulled (1)**
74:7
**push (2)**
10:18,19
**pushing (2)**
76:5,5
**put (44)**
3:22;6:9,12;9:23;11:8,24;
12:1,5,5;14:7;16:18;19:11;
20:15,17,18;22:20;24:19;
25:10;28:5;29:15;38:4,9,9;
43:5;60:4,12;61:24;62:3,12,
13;63:16;67:17;72:8;74:24;
81:24;90:6,7,7,8,14,18;93:8,
17;97:16

**puts (1)**
76:11
**putting (5)**
11:12;38:21;44:12;81:24;
100:8

## Q

**quarter (1)**
82:12
**QueQue (1)**
79:8
**quick (8)**
16:13;18:5;33:16;41:24;
46:1;50:19;71:22;72:8
**quickly (1)**
95:17
**quiet (1)**
76:17
**quit (1)**
70:21
**quite (2)**
67:23,24
**quote (1)**
70:8,8,11;96:5

## R

**radar (2)**
50:21;60:7
**radio (1)**
53:6
**radios (1)**
54:15
**rallies (13)**
9:10;10:11;13:23;36:24;
37:2;41:2;50:4;56:1,1;91:7;
92:2;93:10,15
**rally (13)**
10:13,13,14;15:24;16:16;
23:18;30:7;35:20;49:9;
50:14;96:17;97:2;98:11
**ramble (1)**
97:1
**rando (1)**
23:3
**random (4)**
43:2;87:10,20,20
**randomly (1)**
83:17,20
**range (1)**
40:19
**ranks (1)**
68:7
**rape (3)**
40:6,6,7
**Ray (1)**
4:22
**reach (3)**
22:14,15;50:16
**reaction (1)**
33:16;41:24
**read (1)**

6:9
**ready (2)**
3:15;28:12
**real (6)**
46:1;65:4,17,23;71:21;
85:6
**realistically (3)**
97:2;99:15,15
**really (31)**
16:8,13;17:23,23;18:5;
21:5;22:7;24:21;30:3;34:13,
14;37:12;38:8;39:7,12;41:9;
43:5;50:19;54:12;57:12;
60:15;70:16;72:8;83:3;85:5;
89:10,14,16;93:16;95:16;
96:19
**reason (6)**
19:6;30:9,21;40:16;55:23;
67:21
**reasons (1)**
17:13
**recognizable (3)**
66:9,9,10
**recognize (1)**
85:1
**recommend (2)**
58:13;59:24
**recommended (1)**
12:4
**recon (3)**
31:22;33:16;50:9
**reconnaissance (2)**
31:21,21
**record (2)**
7:22;86:18
**recorded (1)**
86:23
**recording (2)**
86:15;87:21
**recording] (1)**
100:21
**recruiting (1)**
55:19
**Redundancy (1)**
28:23
**reference (1)**
24:1
**reflection (1)**
90:11
**regardless (1)**
99:12
**region (2)**
12:13,19
**regional (2)**
8:9;55:15
**regionals (1)**
70:9
**regions (1)**
12:10
**regular (3)**
23:18;40:24;87:3
**REHL (47)**
16:24;21:22;27:5;28:9;

29:8;35:13;37:17;40:2;46:4,
11,15;49:5;58:14;60:18;
61:2,15;62:17,19;63:4,21;
64:11;65:3;69:11;71:7,9;
72:2;76:7;77:15,22;78:21;
84:12,20;86:10;87:12,17;
88:1,4;89:9;91:3;93:2,8;
94:6;96:15;98:13,18;99:15,
20
**reinvent (1)**
50:5
**reiterate (2)**
17:1;26:1
**reject (2)**
77:16;78:5
**relax (1)**
35:3
**release (1)**
7:10
**remain (1)**
19:3
**remember (4)**
18:12;20:9;43:6;73:2
**remembered (1)**
88:24
**remove (5)**
73:13;82:5,20;88:4;90:1
**removed (1)**
40:13
**renamed (1)**
11:6
**re-open (1)**
100:7
**repair (1)**
26:15
**repercussion (1)**
90:11
**reporter (5)**
86:23;87:3,7,9,23
**reporting (1)**
87:4
**representative (2)**
12:18;28:4
**representing (1)**
74:19
**represents (1)**
28:5
**reps (1)**
55:15
**require (2)**
39:15,16
**resource (1)**
50:2
**respect (3)**
78:11,15,18
**responders (1)**
22:17
**responsible (2)**
13:10;55:19
**rest (7)**
6:7;23:12;43:6;75:5;
76:16,16;84:5
**retard (1)**

26:19
**retarded (5)**
43:19;61:9,10,11,14
**retards (1)**
15:7
**reverend (1)**
94:13
**rich (1)**
62:24
**ridiculous (2)**
67:7;86:3
**right (116)**
4:16;5:17,19;6:4,22,24;
7:24;9:12,24;10:1,12,13;
11:2,17,19;12:2,9;13:4,11;
14:8,22;15:1,1,20;18:11,21,
23;19:2,5;20:8;21:4,23;
24:12,12;25:17,20,21;27:3,
20;29:8;32:13;34:11,17;
35:3,5,6;37:6,22;39:7;
40:13;41:11;42:2,14;43:24;
44:2,19;45:20;46:2,10;
47:14;48:24;51:9,19;52:2,5;
55:13;56:16,19,23,24;57:7,
17;59:7;60:5;61:19;62:11;
64:5;65:19;66:18;67:3,4,6;
68:4,15,15,15;69:24;71:15;
72:1,6;78:10,11;79:22;80:5;
81:10,23;82:2,20;83:8;84:3,
6,11,18;85:13;87:12;88:4,
21;90:19;93:24;96:3;98:20,
22;99:20,21;100:9,10
**right-hand (1)**
3:6
**road (2)**
85:10;96:12
**roam (1)**
80:15
**ROB (33)**
54:20,22;55:1,4,7,10,18;
56:7,11,13;57:1,8,11;63:9;
64:23;66:8;67:13,18;70:2,5;
72:20;73:1,7;75:7,12;76:14;
80:9;84:6;89:22;94:3,20;
96:10;100:12
**rock (1)**
23:3
**Rod (2)**
99:21,21
**Rod's (1)**
99:21
**ROE (1)**
42:16
**roll (4)**
16:4;19:1,10;83:21
**room (7)**
3:23;16:2;48:14;57:2,6;
75:4;87:15
**rough (1)**
44:14
**route (1)**
54:5
**routes (1)**

39:19
**royally (1)**
9:11
**rubbing (1)**
72:3
**Rufio (2)**
14:3;76:15
**rule (3)**
8:7;35:12;89:3
**rules (6)**
7:18;40:1,5,8,10;69:23
**rumbles (1)**
97:5
**run (8)**
15:3;24:9,10;34:17;36:6;
66:1;86:8;98:7
**running (14)**
17:8;23:3;34:16;35:22,24;
36:5;43:5;45:17;67:10;
74:13;79:15;84:17;87:20;
88:19

## S

**sac (1)**
47:19
**safely (1)**
30:19
**same (27)**
17:17;27:18,19;29:4,7,11,
19;32:5,5,19,24;38:3;41:23;
50:10;58:16;74:22;76:7;
78:13,14,17;83:22;86:5,5;
92:3,10;97:3,7
**Sandwiches (1)**
75:15
**Saturday (2)**
6:24;34:15
**save (1)**
22:16
**saved (2)**
22:19,21
**saw (10)**
9:19;10:14;23:24;24:1;
30:2;32:10;34:15;35:24;
73:24;90:1
**saying (15)**
13:12;22:24;26:11,18;
34:5,6;35:19;37:18;38:16;
53:21;55:12;58:16;78:19,
20;90:3
**scare (1)**
11:15
**scenario (1)**
49:15
**scratch (1)**
50:12
**screaming (2)**
76:18,22
**screen (10)**
3:9;6:10,12;7:12;9:6;
23:8;32:13,16;72:8,12
**se (2)**

42:19;76:6
**second (3)**
10:4;15:21;100:13
**seconds (1)**
28:8
**secret (1)**
59:5
**section (1)**
5:9
**secure (1)**
75:21
**security (10)**
7:6;18:8,8;47:11;53:12,
15,17,22,22;75:21
**selectors (1)**
83:12
**self (1)**
90:1
**Self-defense (4)**
9:21,21;33:7;50:23
**selfish (1)**
90:13
**selfishness (1)**
90:2
**send (2)**
31:14;62:3
**sense (6)**
28:2;34:1,2;56:11;69:17;
78:6
**sent (1)**
21:2
**separate (2)**
42:10;82:3
**separated (1)**
55:24
**serious (3)**
35:5;47:16;61:8;70:7;
92:10
**seriously (3)**
62:4;85:6;93:17
**service (1)**
33:12
**session (1)**
82:2
**set (2)**
11:24;18:10
**sets (1)**
11:23
**setting (1)**
17:24
**seven (1)**
32:14
**sexy (1)**
15:12
**share (1)**
9:6
**sharia (4)**
8:21,24;40:22,22
**sharing (1)**
57:15
**shirt (1)**
62:14
**shit (44)**

2:8;11:15;13:9,10,22;
22:2;23:10,17;26:6,19,23;
29:12;32:2;34:6,7;35:5,22;
39:3;40:12;46:1,15;47:12;
50:20;58:6;60:6;61:15;
64:20;66:6;73:11;74:8;75:3,
3;77:17,17;79:1,19;87:4,21;
88:10;94:24;97:10;98:23;
99:22;100:2
**shit-faced (1)**
16:3
**shop (2)**
100:16,17
**shopping (1)**
94:18
**shorter (1)**
39:10
**shot (1)**
38:6
**shots (2)**
7:12;9:6
**Show (8)**
2:5;29:13;30:9;72:6;
78:14,15,17,18
**showing (1)**
47:2
**shut (8)**
58:2,17;74:2,4,10;76:21,
21;87:14
**Shweats (2)**
3:24;4:1
**Shwit (1)**
4:2
**side (9)**
3:6;4:16;6:8;13:8;56:22;
57:20;67:3;72:12;94:18
**silent (2)**
15:14;51:4
**simple (4)**
25:7;26:21;52:16;84:20
**single (3)**
32:12;87:7;97:2
**sit (1)**
92:15
**sits (1)**
99:13
**situation (5)**
33:24;34:17,18;81:11;
86:20
**situations (2)**
40:14;77:9
**six (6)**
6:6,21;11:3;53:16;61:5;
80:16
**six-man (1)**
60:22
**six-point (1)**
70:17
**size (2)**
24:22;63:16
**skilled (1)**
29:9
**skirting (2)**

82:12;83:9

**skirts (1)**
35:24
**slam (1)**
24:19
**slap (1)**
10:16
**sloppy (1)**
16:6
**slow (2)**
68:14,14
**small (7)**
29:2;44:3,10,16;50:3;
71:4,9
**smaller (10)**
18:11;31:8;33:15;37:1;
41:4;71:11,14,15;80:20;
84:8
**smashed (1)**
72:21
**smile (1)**
86:19
**sneak (1)**
69:4
**snitch (1)**
64:11
**social (3)**
7:13;10:5;78:24
**soft (1)**
62:13
**solid (1)**
92:2
**somebody (30)**
5:14;8:22;10:17;12:14,18;
17:20;19:20;20:19;21:8;
22:4,20;23:11,24;24:1;
33:16;34:10;42:4;45:10;
52:2,8,24;55:20;57:15;59:3;
64:8;65:14;85:23;86:7,15;
89:18
**Somebody's (1)**
6:1
**somehow (1)**
20:24
**Someone (5)**
5:11;21:15,18;22:11;64:2
**sometimes (10)**
31:2,3;39:13,14,15;51:1,
3;73:23;89:1,1
**somewhat (1)**
81:19
**somewhere (6)**
12:17;16:10;30:9;66:10,
19;78:10
**somewheres (1)**
48:23
**soon (2)**
40:10;61:24
**sorry (3)**
53:9;87:14;95:23
**sort (2)**
23:13;78:14
**sounds (4)**

36:15;64:7,8;100:10
**southern (3)**
63:21;64:4,5
**space (1)**
30:11
**speak (2)**
47:9,10
**SPEAKER (8)**
40:6;63:20;65:11;70:21;
71:12,13,17,18
**SPEAKERS (2)**
4:18;41:9
**speaking (1)**
31:17
**spear (1)**
77:6
**special (1)**
12:4
**specific (6)**
7:1;12:12;16:16;39:20;
93:21,23
**Specifically (4)**
39:19;53:22;65:17;82:3
**speech] (21)**
41:10;47:7;57:4;61:20,22;
62:18;64:6;65:12;70:20,22;
71:16,19;79:3;81:8;87:16;
88:6;93:7;95:7,15;100:11,
18
**speed (1)**
68:14
**spend (2)**
36:23;37:1
**spending (1)**
58:20
**Spinnerettes (1)**
71:12
**spinning (1)**
45:4
**SPLC (2)**
14:4;30:16
**split (2)**
19:17;57:2
**splitting (1)**
22:24
**spot (1)**
83:4
**spread (3)**
97:21,22,22
**squad (3)**
19:6,8,17
**squads (4)**
18:11,12,15;19:11
**stabbed (13)**
35:10,11;38:6;57:20,22;
63:2;64:17,18,18,23;65:6;
74:22;88:9
**stab-proof (1)**
62:22
**stampede (1)**
37:9
**standard (2)**
41:19;50:13

**standardize (1)**
7:20
**standing (1)**
34:11
**star (1)**
70:17
**start (17)**
6:13,15,19;7:22;13:17;
20:2;26:20;30:13;45:18;
69:2;73:19,19;75:23;77:4;
78:24;81:24;96:6
**started (3)**
49:9;74:1,13
**starting (2)**
30:12;42:20
**starts (1)**
96:8
**State (2)**
63:11,14
**statement (3)**
7:19,20;9:9
**stay (19)**
18:17;25:19;37:15;39:16;
42:7;51:21;54:7;56:14,19;
57:12,14;60:2;68:11;72:23;
80:18;93:23;99:7,9;100:3
**staying (6)**
19:16;36:6,20;45:10;
56:21,23
**steal (2)**
87:12;89:18
**stealing (1)**
89:19
**steering (1)**
51:23
**step (1)**
67:3
**Steve (2)**
81:2,4
**STEWART (28)**
15:21;16:14;22:23;26:9;
28:11,18;32:9;39:24;40:3;
44:18;47:18,23;52:8;57:19,
24;62:4;65:7;66:21;67:2,15;
71:21;78:23;79:8;81:1;84:2,
7,14;95:16
**stewed (1)**
7:8
**stick (2)**
25:3;82:6
**still (8)**
16:1;19:11,17;29:2;47:1;
50:24;81:16;84:2
**stop (10)**
15:23;23:3;26:19,20;
34:22,24;61:15;66:23;
77:10,11
**stopped (4)**
67:22,23,24;88:20
**store (1)**
94:20
**story (1)**
88:8

**straight (2)**
16:6;54:6
**strategic (2)**
30:8,13
**street (2)**
16:4;47:2
**streets (1)**
79:17
**stress (3)**
37:13;92:7;93:20
**strict (1)**
36:4
**stricter (1)**
7:2
**strictly (1)**
33:20
**structure (17)**
11:2;12:24;18:6;20:1;
27:14,19;30:23;31:5;36:4;
37:19;38:10,17;50:6,9;
67:22;84:7;98:4
**structured (5)**
6:19,23;12:10;30:6;42:16
**stuck (1)**
79:13
**studio (9)**
5:7,8,11,12,14,22;44:1;
45:20,20
**stuff (11)**
22:7;31:24;32:3;33:11;
42:15;58:17;62:11,11;
70:10,12;99:5
**stupid (3)**
37:7;67:18;87:4
**stupidities (1)**
85:13
**subject (2)**
10:3;36:20
**successful (5)**
38:22;93:11,15;98:2,6
**suck (1)**
75:14
**suckers (1)**
90:13
**sucks (1)**
46:18
**sudden (2)**
67:9;79:4
**suggest (1)**
80:19
**suggested (1)**
19:10
**suit (1)**
7:23
**suited (1)**
56:3
**summarize (1)**
29:24
**super (1)**
10:24
**supplies (2)**
22:12;75:16
**support (4)**

30:20;77:16;78:4,4
**supporters (1)**
79:7
**Supreme (2)**
56:22;83:4
**sure (12)**
18:18;22:2,16;23:23;43:3;
54:18;65:1;67:23;71:13;
84:18;85:7,9
**surprising (1)**
95:6
**suspend (2)**
41:1,2
**suspension (1)**
40:23
**Sweats (38)**
4:12;5:1;14:19;45:19,21,
22;46:11,12,13,20,23;47:17;
48:9,24;50:17;51:8;53:4,6;
61:8,18,21;63:18;64:4,10;
71:15;72:13,21;73:20;
79:12,22;80:5,8,23;83:1,6;
94:2,12,23
**Sweets (9)**
4:3,5,6,12;14:15,16,19,21;
43:12
**swinging (1)**
69:2
**switching (1)**
5:3
**sync (1)**
42:7
**system (1)**
33:9

**T**

**table (1)**
41:8
**tactical (1)**
76:23
**talk (20)**
11:9;12:19;13:21,22;22:6;
33:6;34:6,7;45:14;52:9,9;
56:18,18;59:6,12,21,21;
61:18;62:1;96:6
**talked (5)**
40:20;49:15;73:5;92:13;
93:19
**talking (4)**
35:4;42:15;63:6;91:22
**tape (1)**
64:15
**TARRIO (168)**
2:2,6,11,16,20,24;3:4,10,
14,17,22;4:4,7,10,15,22;5:2,
6,19;6:3;8:11;9:3;10:7,10;
14:16,22;15:16,20;16:8,15;
18:4,14;19:13,15,24;20:7,
12;21:21;24:4;25:7;27:2,9;
28:14;33:1,23;35:1,11,16;
36:19;37:5;39:6;40:7;41:7,
11;42:4;43:13,18,23;45:6,

12;46:2,6,10,12,14,17,22;
47:4,8,21;48:1,6,16;49:1,14;
50:18;51:9,16,19,24;52:4,
11,15;53:7,10,20;54:11,21;
55:14,22;56:8,12,15;57:5,9,
17;59:8,21;60:9,17,20,23;
61:4,23;62:10;64:2,7;65:24;
66:14;67:20;69:6,9,22;70:7,
15;71:2,8,10,14;72:7,11,14,
23;73:14,17,21;77:8,20;
79:11;80:13;81:4,7,9,15,19;
82:10,17,20,23;83:3,8,14,
19;84:11,19;85:7;87:11;
88:7;89:21;93:1,18;94:5,9,
15,21,24;95:4,10,18,20;
96:1,11;98:17,22;99:18;
100:1,14,16
**tasked (1)**
12:12
**tax (3)**
41:3,5,7
**taxes (1)**
41:9
**Tea (3)**
72:17,17,19
**team (14)**
30:12,13,17,21;33:10;
38:9;42:3;44:6;56:4;89:19;
92:17,23,24;93:3
**teams (6)**
31:8,23;33:15;84:1,2;
97:16
**Telegram (4)**
2:7,9,19;99:6
**telling (3)**
58:15;65:9;66:22
**tells (2)**
40:9,10
**ten (28)**
6:5;18:11,12,13,13,18,24;
19:1,6,7,18;23:6,10,11,21,
22;43:9;53:16;56:5;58:22;
60:23;83:17,18;84:4,8,9;
92:21;93:3
**ten-man (6)**
18:12,15;19:6,11;23:1;
42:3
**ten-manned (1)**
56:5
**term (1)**
21:7
**terrified (1)**
79:14
**terrorists (1)**
79:15
**Thanks (1)**
35:13
**theirs (1)**
22:13
**thinking (3)**
22:1;41:3;96:24
**thoroughly (1)**
41:12

**though (3)**
19:16;44:19;65:4
**thought (5)**
4:2;79:5,5;94:11;96:10
**thousand (5)**
11:19;24:16,19;31:1;37:8
**threat (1)**
33:20
**three (16)**
5:22;7:12,15,17;11:6,10,
10,11,23;17:9;21:12;35:15;
64:23;75:13,17,17
**threshold (1)**
6:18
**throttle (6)**
14:14,17;15:2;37:11;
43:16,17
**throughout (1)**
66:4
**throw (3)**
60:14;96:15;98:13
**throwing (2)**
71:5;86:22
**tied (2)**
53:12,18
**tiers (1)**
44:9
**tight (5)**
23:23;32:1,1;68:17;75:10
**times (6)**
15:7;20:20;35:12;58:1;
64:24;85:13
**tiny (5)**
67:10;71:11,22;93:5;
95:13
**tip (1)**
77:6
**tired (2)**
90:23;99:16
**tiring (1)**
39:13
**titles (1)**
94:13
**Tits (3)**
4:9,10,12
**today (4)**
13:3;14:3;32:10;88:23
**together (28)**
12:1,1;14:7;18:17,19;
19:2,17;29:16;31:2;36:20;
38:9,10;39:3;61:24;62:2,3;
72:3;80:15;83:22;84:10;
85:11,18,24;92:2;93:9;
97:16,24;99:6
**told (6)**
32:17;36:7;70:11;76:16,
20;88:15
**tolerance (3)**
7:16;8:7;10:6
**tomorrow (3)**
62:2;82:1;100:4
**took (2)**
58:22;71:2;80:19

**top (9)**
11:2,3;12:23;18:6;27:20;
29:15;50:9;56:9;76:18
**topic (2)**
22:24;72:24
**totally (4)**
50:20;51:5;60:7;91:18
**touch (6)**
15:17;18:4;24:4;36:19;
37:18;65:15
**Touching (2)**
10:3;35:18
**tough (2)**
79:6;85:4
**towards (1)**
42:8
**track (1)**
7:22
**traditional (1)**
16:16
**training (5)**
25:19;98:2;99:16,22;
100:15
**transcend (1)**
90:14
**translate (1)**
34:4
**transparent (1)**
85:8
**trashed (3)**
10:12,14;35:8
**Trav (5)**
51:24;53:3,5,5,7
**Travis (11)**
45:21;51:11,11,22;53:1;
54:18;83:6;95:18,19,22;
100:19
**Tree (1)**
63:12
**tried (1)**
68:8
**true (2)**
36:16;50:17
**Trump (2)**
53:18,23
**trust (5)**
8:1,3;14:24;15:1;64:17
**trusted (2)**
43:9,11
**truth (1)**
39:14
**try (16)**
39:16;43:15;58:6,9,10,18;
59:1;68:2,22;69:4,6,9;
75:19;76:4,24;89:24
**trying (34)**
5:11;6:4;10:18,19;17:2;
18:22;23:20;26:10;27:10;
29:3,18,22;33:13;35:21;
36:2;37:6;38:4;43:1,1;49:4,
8;51:20;59:19;69:2;76:23;
81:18;84:17,21,22;85:24;
86:1;91:4,8,9

**Tuesday (1)**
18:7
**tuned (2)**
60:2;100:3
**tunnel (1)**
58:7
**turn (6)**
9:1;23:19;41:9;47:18,23;
78:2
**turning (3)**
13:18,19;87:2
**turns (1)**
87:22
**TV (1)**
72:14
**Twice (1)**
74:2
**Twisted (3)**
72:16,17,19
**two (20)**
5:21;7:7,10;17:9;18:1;
19:7;21:12;28:21;31:9,11;
44:9;45:20;47:24;49:23;
53:12;58:1;61:9;85:14,16,
16
**type (7)**
5:8;14:14;20:14,19;38:15;
77:12;78:17
**typical (1)**
18:8
**typing (2)**
5:3,10

### U

**Uber (1)**
80:19
**ultra (1)**
74:12
**Um (6)**
8:20;10:5;16:15;42:4;
49:14;83:12
**uncensored (1)**
88:12
**unchained (1)**
34:16
**uncontrollable (1)**
68:1
**under (7)**
12:11;50:21;51:1;60:7;
62:13,16;86:22
**unfortunately (2)**
74:17;77:2
**unified (1)**
91:5
**unique (2)**
25:8;28:2
**unit (5)**
17:14;18:2;25:20;92:2;
93:10
**units (2)**
17:24;18:1
**unless (1)**

**33:20**
**unmuted (1)**
53:2
**unpopular (1)**
25:21
**unrelated (1)**
71:3
**up (75)**
3:22;4:1,21;5:1,21,24;7:8;
9:10,11;12:8;15:17;19:9,17;
24:20;25:14;26:6,14,15;
27:20;30:9;32:23;33:1,17;
36:2;44:12;46:12,22;47:2,
19;48:11,18;49:19;51:16,
16;53:3,15;54:20,21,22;
55:12;58:7,13;63:13;65:14;
66:24;67:11;68:14;74:2,3,4,
8,9,10,13;75:14;76:4,21,21;
80:24;82:15,18;83:23;
84:15;85:18;87:2,14,20;
91:4;93:18;96:11;98:23;
99:11,22;100:2,8
**update (2)**
2:13;61:10
**updates (1)**
100:8
**upon (2)**
50:3;69:1
**use (7)**
3:19;21:7;22:12;30:22;
50:14;54:13;59:5
**used (3)**
9:20;11:4;14:12
**using (5)**
18:20;20:4;25:18;37:10;
54:9
**usually (4)**
52:24;80:17;95:3,13
**utilize (1)**
92:1

### V

**vagina (1)**
80:22
**values (1)**
17:5
**various (1)**
77:18
**vary (1)**
60:11
**vent (1)**
22:21
**verbal (1)**
34:1
**vest (1)**
62:22
**vests (1)**
63:3
**vetting (1)**
44:22
**vice (1)**
55:5

**Victorian-looking (1)**
94:16
**video (8)**
42:11;47:9;52:12;72:17,
17;82:2;89:13;99:3
**viewer (1)**
3:16
**violate (1)**
7:17
**voice (1)**
11:14
**vote (2)**
28:3,6

### W

**Wait (7)**
4:24;5:23;53:1;61:2,2;
64:2;82:23
**waiting (2)**
3:23;45:23
**waking (1)**
96:11
**walk (4)**
37:10;54:6;67:2;68:23
**walked (4)**
39:20,21,22,23
**walking (6)**
16:5;68:16,21,24;76:11;
79:17
**Walmart (1)**
43:19
**wants (4)**
19:4;40:4;52:9;90:14
**warrior (1)**
89:23
**wasting (1)**
23:17
**watch (1)**
39:21
**watching (3)**
6:7;43:24;85:24
**wave (1)**
3:15
**way (39)**
9:9,23;13:22;17:14;19:11;
22:10;23:23;24:18;26:24,
24;27:10,11,14,23;31:3;
39:9;42:7;43:8,10;49:18;
50:4;55:22;69:4;70:15;
72:18;75:18;76:5;77:3,24;
78:5,6;83:16;84:10;91:24;
93:9,17;95:5;99:3,13
**ways (1)**
77:18
**weapons (3)**
60:22,23;61:5
**wear (5)**
16:21;25:4;89:11,15;
95:13
**wearing (3)**
16:16;60:3;70:17
**wears (1)**

**71:15**
**Wednesday (5)**
47:21,21;48:2,5,7
**week (1)**
99:4
**weeks (2)**
49:23;61:9
**welcome (2)**
75:2,8
**well-known (1)**
29:20
**weren't (1)**
58:4
**West (1)**
12:22;55:16
**whatnot (1)**
86:14
**what's (20)**
4:21;42:6;46:22;47:19,20;
51:16,16;54:20,21,22,24;
71:9,18;72:13;90:10,10,11,
21;95:23;96:20
**wheel (2)**
50:5;51:23
**wherever (2)**
16:10;58:23
**whining (1)**
76:3
**White (4)**
56:23;70:19;94:11,16
**whole (13)**
2:18;10:21;13:2;15:6,9;
38:12;50:11;66:4;81:11;
84:7,23;88:9;98:4
**whore (1)**
67:19
**whores (2)**
65:18;78:24
**Who's (1)**
72:14
**wife (1)**
21:14
**wind (1)**
48:11
**wing (2)**
42:19,21
**wire (1)**
64:15
**without (7)**
14:10;25:22;31:9;37:9;
50:10;89:8;96:23
**WOLKIIND (1)**
82:22
**WOLKIND (13)**
2:15;3:3,11;28:16;29:3,
23;50:1;61:1;72:5;88:2;
93:5;95:2,8
**women (8)**
52:10,16,17,18,20;65:8;
66:6,22
**woods (1)**
49:2
**word (5)**

11:4;65:3;69:7,10;97:21

**words (1)**
53:14

**work (16)**
31:23;39:2,3;44:24;45:2;
46:16;50:9;66:3;84:12;
85:11,20;92:2,6;97:24;98:9;
99:6

**worked (4)**
11:16;16:19;85:6;92:12

**working (4)**
2:7,10;41:16;85:18

**works (6)**
20:2;27:11;28:1;42:3;
50:8;55:23

**worried (2)**
89:11,14

**worry (1)**
69:17

**wow (1)**
79:24

**wrap (2)**
98:23;100:2

**write (2)**
89:5,6

**wrong (3)**
91:11;94:23,24

## Y

**Years (1)**
100:6

**yelling (1)**
76:22

**yellow (3)**
16:17;62:16;74:17

**Yesterday (1)**
11:13

**York (2)**
2:4;46:21

**YouTube (1)**
5:3

**Yut (6)**
6:19;10:4;15:17;22:24;
46:10;52:5

## Z

**Zach (7)**
8:13,14;16:23;32:22;52:3,
4,23

**Zach's (1)**
52:6

**Zello (2)**
54:10,11

**zero (5)**
7:15;8:6;10:6;47:16;70:4

**zone (1)**
23:14

**zones (2)**
55:12,13

## 1

**1 (1)**
93:11

**1/6 (1)**
42:6

**10 (1)**
53:6

**10:00 (1)**
96:8

**100 (2)**
19:12;69:20

**11th (1)**
99:24

**12th (7)**
9:10,12,15;26:8,12;30:2;
45:11

**13 (4)**
5:19,21;39:23;64:20

**1300 (1)**
64:21

**14 (1)**
39:22

**15 (1)**
5:20

**17 (1)**
6:17

**1776 (1)**
100:17

**17th (1)**
99:24

**1st (3)**
56:17;96:4;100:7

## 2

**2 (1)**
93:12

**20 (1)**
72:5

**2015 (1)**
97:3

**20th (1)**
44:7

**26th (1)**
6:24

## 3

**30 (4)**
49:22;84:15,16;86:8

**35 (1)**
98:24

## 4

**4 (1)**
53:6

**400 (1)**
13:24

## 5

**50 (4)**
47:14;63:22;84:15,16

**500 (2)**
14:1;69:1

## 6

**6th (13)**
19:3;25:8;42:10;44:5,7,7;
56:14;62:6;65:18;66:4;
80:11,11;93:21

## 7

**7:00 (2)**
96:10,12

**700 (1)**
31:11

**74 (1)**
14:11

**75 (1)**
14:11;24:12,15;42:3

**750 (1)**
24:15

**7th (1)**
80:11

## 8

**8:00 (2)**
96:12;97:9

**80 (1)**
84:13