UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CASE NO: 1:21-cr-0175-3 (TJK) |
| | * |
| ZACHARY REHL, | * |
|     Defendant | * |

********
ORDER

Upon consideration of the Zachary Rehl's Motion to Dismiss for a Violation of the Presentment Clause of the Fifth Amendment, good cause having been shown, it is _____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**

_____
HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE