UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CASE NO: 1:21-cr-0175-3 (TJK) |
| | * |
| **ZACHARY REHL,** | * |
| Defendant | * |

********
ORDER

Upon consideration of the Zachary Rehl's Motion to Dismiss the Seditious Conspiracy Count for Failure to State an Offense, as Unconstitutionally Vague and under the Rule of Lenity, good cause having been shown, it is _____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**


HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE