UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| ETHAN NORDEAN, et al. | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S RESPONSE TO MINUTE ORDER

In accordance with the Court's Minute Order of August 24, 2022, the government hereby writes to inform the Court that the government does not oppose Tarrio's and Rehl's requests to join Nordean's motion and apply the arguments in said motion to them as well. The government, does however, object to defendants Tarrio and Rehl filing any supplemental briefings to Nordean's motion without a showing of good cause.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Jason McCullough

JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
ERIK M. KENERSON
Ohio Bar No. 82960
NADIA E. MOORE, NY Bar No. 4826566
    On Detail to the District of Columbia
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7233 //
jason.mccullough2@usdoj.gov

1

By:    */s/ Conor Mulroe*
       CONOR MULROE, NY Bar No. 5289640
       Trial Attorney
       U.S. Department of Justice, Criminal Division
       1301 New York Ave. NW, Suite 700
       Washington, D.C. 20530
       (202) 330-1788
       Conor.Mulroe@usdoj.gov