**From:** chernan7@aol.com,
**To:** Conor.Mulroe@usdoj.gov, Jason.McCullough2@usdoj.gov, Erik.Kenerson@usdoj.gov, Nadia.Moore@usdoj.gov,
**Subject:** Re: NORDEAN et al (21-cr-175) - Discovery regarding Rehl's contacts with law enforcement
**Date:** Mon, Jun 20, 2022 11:03 pm

Government Counsel

Would you please provide copies of any and all FBI 302s or other reports of investigations that reflect, memorialize or mention conversations—live/in person or by telephone—between Mr Rehl and law enforcement - FBI or Philadelphia law enforcement or other LEOs

- in advance of rallies he organized or participated in as part of the Philadelphia Proud Boys;
- in connection with Back the Blue rallies he organized or participated in as part of the Philadelphia Proud Boys;
- in connection with fund-raising events for the Philadelphia police or other LEOs; or
- in connection with attacks on his person or home by Antifa or others.

If you have already produced these, will you please point me to where I may find them in the discovery.

Thank you so much for your help.

*Carmen D. Hernandez*
Attorney at Law
7166 Mink Hollow Rd
Highland, MD  20777
240-472-3391; 301-854-0076 (fax)