UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CASE NO: 1:21-cr-0175-3 (TJK) |
| | * |
| ZACHARY REHL, | * |
| Defendant | * |

\*\*\*\*\*\*\*\*
**ORDER**

Upon consideration of Zachary Rehl's Motion to Adopt Tarrio's Motion and Reply for the Government to Produce Discovery: Brady Motion, good cause having been shown, it is _____ day of September, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1.) That the Motion is hereby **GRANTED.**


**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**