UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v.   * | CASE NO: 21-CR-0175-3 (TJK) |
| * | |
| ZACHARY REHL,   * | |
| Defendant  * | |

********

## CONSENT MOTION TO EXTEND TIME FOR FILING REPLIES TO THE GOVERNMENT'S OPPOSITION TO HIS MOTIONS TO DISMISS

Zachary Rehl, by his undersigned counsel, hereby respectfully moves this Honorable Court for a 2-day extension to file his replies to the government's opposition to his motions to dismiss to and including September 18, 2022.  AUSA Jason McCullough consents to this request.

1. Despite due diligence, counsel requires additional time to file the replies.

2. Among other matters, counsel has a sentencing hearing in an unrelated case as well as motions in limine and other housekeeping matters due in a multi-defendant case that is scheduled to begin on September 19, 2022.

WHEREFORE, Mr. Rehl respectfully requests an extension to September 18, 2022 to file his replies to the government's opposition to his motions to dismiss.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No.  MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 14th day of September, 2022.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**