From: ▮▮▮▮ Captain Trump (owner)
To: ▮▮▮▮ Mom
To: ▮▮▮▮

When people started relinquishing control of the capital to the pigs, I kinda just rolled out with my friends. I'm not driving btw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮ Mom | 1/7/2021 3:47:24 PM(UTC-5) | | |

**Status:** Sent
1/7/2021 3:47:23 PM(UTC-5)