# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO: 21-CR-0175-3 (TJK)** |
| | * | |
| **ZACHARY REHL,** | * | |
| **Defendant** | * | |

**\*\*\*\*\*\*\*\***

## CONSENT MOTION TO EXTEND TIME TO SUPPLEMENT
## HIS MOTION TO REOPEN DETENTION HEARING

Zachary Rehl, by his undersigned counsel, hereby respectfully moves this Honorable Court for a 3-day extension to supplement his Motion to Reopen the Detention Hearing, with a corresponding extension to the government for its reply.  AUSA Kennerson consents to this request.

Undersigned counsel has been in trial since September 19, 2022, in a complex case involving a conspiracy to kidnap that resulted in death as well as first degree felony murder charges.  Trial continues tomorrow.  Despite all due diligence, counsel needs additional time to submit any supplement to the Motion to Reopen the Detention Hearing and to respond to the Government's supplemental filing.

WHEREFORE, counsel respectfully requests an additional three days to file any Supplements and respond to the Government's supplemental filing, with a corresponding extension to the government.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No.  MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 12th day of October, 2022.

/s/ *Carmen D. Hernandez*

**Carmen D.  Hernandez**