UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   * | |
| * | |
| v.   * | **CASE NO: 1:21-cr-0175-3 (TJK)** |
| * | |
| **ZACHARY REHL,**   * | |
| Defendant   * | |

\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of Zachary Rehl's Motion to Preclude Disclosure and Use of Privileged Marital Communications, good cause having been shown, it is _____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1.) That the Motion is hereby **GRANTED.**


_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**