UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v. * | **CASE NO: 1:21-cr-0175-3 (TJK)** |
| * | |
| **ZACHARY REHL,** * | |
|     **Defendant** * | |

********
**ORDER**

Upon consideration of the Motion to Sever Defendants and Counts filed by Zachary Rehl, good cause having been shown, it is _____ day of _____, 2002, by the United States District Court for the District of Columbia,

    **ORDERED:**

1) That the Motion is hereby **GRANTED.**

 

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**