UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CASE NO: 1:21-cr-0715-3 (TJK)** |
| | * | |
| **ZACHARY REHL,** | * | |
|     **Defendant** | * | |

********
**ORDER**

Upon consideration of Zachary Rehl's Motion to Adopt and Supplement Motions of Codefendants, good cause having been shown, it is this _____ day of November, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **GRANTED.**

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**