APPEAL,CAP

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00175–TJK</u>–3

Case title: USA v. NORDEAN et al                    Date Filed: 03/03/2021

Assigned to: Judge Timothy J. Kelly

Appeals court case number: 21–3098

**<u>Defendant (3)</u>**

**ZACHARY REHL**                   represented by   **Carmen D. Hernandez**
7166 Mink Hollow Road
Highland, MD 20777
(240) 472–3391
Fax: (301) 854–0076
Email: chernan7@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jonathon Alden Moseley**
JONATHAN MOSELEY ATTORNEY AT
LAW
5765–F Burke Centre Parkway
#337
Burke, VA 22015
703–656–1230
Fax: 703–997–0937
Email: contact@jonmoseley.com
*TERMINATED: 12/14/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michelle M. Peterson**
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208–7500 ext 125
Fax: (202) 208–7515
Email: shelli_peterson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaka Johnson**

1

LAW OFFICE OF SHAKA JOHNSON,
LLC
1333 Christian Street
Philadelphia, PA 19147
215–732–7900
Fax: 888–285–2104
Email: shaka@shakajohnsonlaw.com
*TERMINATED: 09/06/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

18:371; CONSPIRACY TO DEFRAUD
THE UNITED STATES; Conspiracy
(1)

18 U.S.C. 1512(k); TAMPERING WITH
WITNESS, VICTIM, OR AN
INFORMANT; Conspiracy to Obstruct
Official Proceeding
(1s)

18 U.S.C. § 2384; SEDITIOUS
CONSPIRACY; Seditious Conspiracy
(1ss)

18:1512(c)(2), 2; TAMPERING WITH A
WITNESS, VICTIM OR INFORMANT;
Obstruction of an Official Proceeding and
Aiding and Abetting
(2)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(2s)

18 U.S.C. § 1512(k); TAMPERING WITH
WITNESS, VICTIM, OR AN
INFORMANT; Conspiracy to Obstruct an
Official Proceeding
(2ss)

18:231(A)(3), 2; CIVIL DISORDER;
Obstruction of Law Enforcement During
Civil Disorder and Aiding and Abetting
(3)

18 U.S.C. 231(a)(3), 2; CIVIL
DISORDER; Civil Disorder and Aiding
and Abetting
(3s)

18 U.S.C. 1512(c)(2), 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(3ss)

18;1361, 2; GOVERNMENT PROPERTY
OR CONTRACTS >; Destruction of
Government Property and Aiding and
Abetting
(4)

18 U.S.C. 1361, 2; GOVERNMENT
PROPERTY OR CONTRACTS >;
Destruction of Government Property and
Aiding and Abetting
(4s–5s)

18 U.S.C. 372; CONSPIRE TO IMPEDE
OR INJURE OFFICER; Conspiracy to
Prevent an Officer from Discharging Any
Duties
(4ss)

18:1752(a)(1); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted
Building or Grounds
(5)

18 U.S.C. 231(a)(3), 2; CIVIL
DISORDER; Civil Disorder and Aiding
and Abetting
(5ss)

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Disorderly Conduct in a Restricted
Building or Grounds
(6)

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(6s–7s)

18 U.S.C. 1361, 2; GOVERNMENT
PROPERTY OR CONTRACTS >;
Destruction of Government Property and
Aiding and Abetting
(6ss–7ss)

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers

(8ss–9ss)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

| **SANTHA SONENBERG** | represented by | **Santha Sonenberg** |
|---|---|---|
| | | 5217 42nd Street, NW |
| | | Washington, DC 20015 |
| | | (202) 494–7083 |
| | | Fax: (202) 824–2423 |
| | | Email: santhasonenberg@yahoo.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or* |
| | | *Community Defender Appointment* |

---

**Movant**

| **CABLE NEWS NETWORK, INC.** | represented by | **Charles D. Tobin** |
|---|---|---|
| | | BALLARD SPAHR LLP |
| | | 1909 K Street, NW |
| | | 12th Floor |
| | | Washington, DC 20006 |
| | | 202–661–2218 |
| | | Fax: 202–661–2299 |
| | | Email: tobinc@ballardspahr.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Lauren Russell** |
| | | BALLARD SPAHR LLP |
| | | 1909 K Street, NW |
| | | 12th Floor |
| | | Washington, DC 20006 |
| | | 202–661–2200 |

Fax: 202–661–2299
Email: russelll@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
(202) 508–1140
Fax: (202) 661–2299
Email: mishkinm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

| | | |
|---|---|---|
| **AMERICAN BROADCASTING COMPANIES, INC.** *doing business as* ABC NEWS | represented by | **Charles D. Tobin** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Lauren Russell** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Maxwell S. Mishkin** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

---

**Movant**

| | | |
|---|---|---|
| **ASSOCIATED PRESS** | represented by | **Charles D. Tobin** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Lauren Russell** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

| | | |
|---|---|---|
| **BUZZFEED INC.**<br>*doing business as*<br>BUZZFEED NEWS | represented by | **Charles D. Tobin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

| | | |
|---|---|---|
| **CBS BROADCASTING INC.**<br>*on behalf of*<br>CBS NEWS | represented by | **Charles D. Tobin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**DOW JONES & COMPANY, INC.**
*on behalf of*
WALL STREET JOURNAL

represented by **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**E.W. SCRIPPS COMPANY**

represented by **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**GANNETT CO., INC.**
7950 Jones Branch Drive
McLean, VA 22107

represented by **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**GRAY MEDIA GROUP, INC.**                represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**LOS ANGELES TIMES**              represented by   **Charles D. Tobin**
**COMMUNICATIONS LLC**                               (See above for address)
*on behalf of*                                       *LEAD ATTORNEY*
THE LOS ANGELES TIMES                                *ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**NATIONAL PUBLIC RADIO, INC.**                represented by **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**NBCUNIVERSAL MEDIA, LLC**                represented by **Charles D. Tobin**
*doing business as*                        (See above for address)
NBC NEWS                                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**NEW YORK TIMES COMPANY**                represented by **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

PRO PUBLICA, INC.                                    represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

TEGNA, INC.                                          represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**WP COMPANY LLC**                    represented by   **Charles D. Tobin**
*doing business as*                                    (See above for address)
THE WASHINGTON POST                                    *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

                                                       **Lauren Russell**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

                                                       **Maxwell S. Mishkin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

**Plaintiff**

**USA**                                represented by   **Conor Mulroe**
                                                       DOJ–CRM
                                                       1301 New York Avenue NW
                                                       Suite 700
                                                       Washington, DC 20005
                                                       202–330–1788
                                                       Email: conor.mulroe@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Assistant U.S. Attorney*

                                                       **Erik Michael Kenerson**
                                                       U.S. ATTORNEY'S OFFICE FOR THE
                                                       DISTRICT OF COLUMBIA
                                                       555 Fourth Street, NW
                                                       Suite 11–449
                                                       Washington, DC 20530
                                                       (202) 252–7201
                                                       Email: erik.kenerson@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Assistant U.S. Attorney*

                                                       **James B. Nelson**
                                                       U.S. ATTORNEY'S OFFICE FOR
                                                       DISTRICT OF COLUMBIA
                                                       555 4th Street NW
                                                       Room 4112
                                                       Washington, DC 20001
                                                       (202) 252–6986
                                                       Email: james.nelson@usdoj.gov

*TERMINATED: 10/15/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jason Bradley Adam McCullough**
U.S. ATTORNEY'S OFFICE
555 4th Street NW
Washington, DC 20530
(202) 252–7233
Email: jason.mccullough2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Luke Matthew Jones**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7066
Fax: (202) 616–8470
Email: luke.jones@usdoj.gov
*TERMINATED: 05/13/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Nadia Moore**
U.S. ATTORNEY'S OFFICE
271 Cadman Plaza East
Brooklyn, NY 11201
718–254–6362
Email: nadia.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/10/2021 | | | Counts added: ETHAN NORDEAN (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, JOSEPH RANDALL BIGGS (2) count(s) 1, 2, 3, 4, 5, 6, ZACHARY REHL (3) count(s) 1, 2, 3, 4, 5, 6, CHARLES DONOHOE (4) count(s) 1, 2, 3, 4, 5, 6 (zltp) (Entered: 03/19/2021) |
| 03/27/2021 | 37 | | MOTION to Revoke *Release Order and for Pretrial Detention* by USA as to ZACHARY REHL. (Jones, Luke) (Entered: 03/27/2021) |
| 04/06/2021 | | | NOTICE OF HEARING as to ZACHARY REHL (3). VTC Arraignment set for 4/14/2021 at 10:00 AM before Judge Timothy J. Kelly. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. (zkh) (Entered: 04/06/2021) |

| 04/14/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Arraignment as to ZACHARY REHL (3) as to Counts 1, 2, 3, 4, 5, and 6 held on 4/14/2021. Defendant appeared by video. Plea of NOT GUILTY entered as to Counts 1, 2, 3, 4, 5, and 6. Speedy Trial Excludable (XT) started 4/14/2021 through 5/4/2021, in the interest of justice. Defendant's Response to 37 MOTION to Revoke Release Order due by 4/28/2021. Government's Reply due by 4/30/2021. VTC Motion Hearing set for 5/4/2021 at 2:00 PM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: Shelli Peterson and Shaka Johnson; US Attorney: Jason Bradley Adam McCullough. (zkh) (Entered: 04/14/2021) |
|---|---|---|---|
| 04/14/2021 | | | NOTICE OF HEARING as to ZACHARY REHL (3). The Motion Hearing currently set for 5/4/2021 is **RESCHEDULED** for 5/3/2021 at 2:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 04/14/2021) |
| 04/19/2021 | 64 | | RESPONSE TO Court Order Issued during Oral Ruling on April 19, 2021 by USA as to ETHAN NORDEAN, JOSEPH RANDALL BIGGS, ZACHARY REHL, CHARLES DONOHOE (Attachments: # 1 Filing in U.S. v. Pezzola, 1:21−cr−175, containing photograph)(Jones, Luke) Modified text on 5/21/2021 (zltp). (Entered: 04/19/2021) |
| 04/28/2021 | | | NOTICE OF HEARING as to ZACHARY REHL (3). The VTC Motion Hearing currently set for 5/3/2021 is **RESCHEDULED** for 5/5/2021 at 12:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 04/28/2021) |
| 05/04/2021 | 82 | | Unopposed MOTION for Protective Order by USA as to JOSEPH RANDALL BIGGS, ZACHARY REHL, CHARLES DONOHOE. (Attachments: # 1 Text of Proposed Order)(Jones, Luke) (Entered: 05/04/2021) |
| 05/04/2021 | 83 | | ORDER granting the Government's 82 Unopposed Motion for Protective Order as to JOSEPH RANDALL BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4). See Order for details. Signed by Judge Timothy J. Kelly on 5/4/2021. (lctjk1) (Entered: 05/04/2021) |
| 05/05/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ZACHARY REHL (3) held on 5/5/2021. Case called for Motion Hearing but not held. Defendant appeared by video. Speedy Trial Excludable (XT) started nunc pro tunc 5/4/2021 through 6/3/2021, in the interest of justice. Defendant's Response to 37 MOTION to Revoke Release Order due by 5/17/2021. Government's Reply due by 5/24/2021. VTC Status Conference set for 6/3/2021 at 2:00 PM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: Maria Jacob and Shaka Johnson; US Attorneys: Jason Bradley Adam McCullough and Luke Matthew Jones. (zkh) (Entered: 05/05/2021) |
| 05/24/2021 | 91 | | REPLY in Support by USA as to ZACHARY REHL re 37 MOTION to Revoke *Release Order and for Pretrial Detention* (Jones, Luke) (Entered: 05/24/2021) |
| 05/25/2021 | | | NOTICE OF HEARING as to ZACHARY REHL (3). The VTC Status Conference currently set for 6/3/2021 is **RESCHEDULED** for 6/1/2021 at 10:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 05/25/2021) |
| 06/01/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ZACHARY REHL (3) held on 6/1/2021. Defendant appeared by video. Speedy Trial Excludable (XT) started 6/1/2021 through 6/9/2021, in the interest |

| | | | |
|---|---|---|---|
| | | | of justice. VTC Status Conference set for 6/9/2021 at 1:00 PM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorney: Shaka Johnson; US Attorneys: Jason Bradley Adam McCullough and Luke Matthew Jones. (zkh) (Entered: 06/01/2021) |
| 06/02/2021 | | | NOTICE OF HEARING (**Time Change**) as to ZACHARY REHL (3). VTC Status Conference set for 6/9/2021 at **10:00 AM** before Judge Timothy J. Kelly. (zkh) (Entered: 06/02/2021) |
| 06/03/2021 | 94 | | First MOTION to Dismiss Case by ETHAN NORDEAN. (Smith, Nicholas) (Entered: 06/03/2021) |
| 06/09/2021 | | | MINUTE ORDER as to ZACHARY REHL (3), CHARLES DONOHOE (4): The hearings currently set for June 9, 2021, are hereby VACATED, and shall be rescheduled promptly. Signed by Judge Timothy J. Kelly on 6/9/2021. (lctjk1) (Entered: 06/09/2021) |
| 06/16/2021 | | | NOTICE OF HEARING as to ZACHARY REHL: Status Conference set for 6/21/2021 at 10:00 AM in Telephonic/VTC before Judge Timothy J. Kelly. (zcal) (Entered: 06/16/2021) |
| 06/18/2021 | | | MINUTE ORDER as to ZACHARY REHL (3): The hearing currently set for June 21, 2021, is hereby VACATED due to the unavailability of defense counsel and shall be rescheduled promptly. Signed by Judge Timothy J. Kelly on 6/18/2021. (lctjk1) (Entered: 06/18/2021) |
| 06/23/2021 | | | NOTICE OF HEARING as to ZACHARY REHL (3). VTC Status Conference set for 6/30/2021 at 12:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 06/23/2021) |
| 06/30/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ZACHARY REHL (3) held on 6/30/2021. Defendant appeared by video for the initial thirty (30) minutes of the hearing and his appearance was waived for the remainder of the hearing. Oral argument on the government's 37 MOTION to Revoke *Release Order and for Pretrial Detention*, heard and GRANTED. Order to be issued by the court. Speedy Trial Excludable (XT) started 6/9/2021 through 7/28/2021, in the interest of justice, as to ZACHARY REHL (3). VTC Status Conference set for 7/28/2021 at 11:00 AM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorney: Shaka Johnson; US Attorneys: Jason Bradley Adam McCullough and Luke Matthew Jones; Pretrial Officer: Christine Schuck. (zkh) (Entered: 06/30/2021) |
| 07/01/2021 | 104 | | DETENTION ORDER as to ZACHARY REHL (3). See Order for details. Signed by Judge Timothy J. Kelly on 7/1/2021. (lctjk1) (Entered: 07/01/2021) |
| 07/06/2021 | 109 | | NOTICE *of Evidence Referenced During June 30, 2021 Hearing* by USA as to ZACHARY REHL (Attachments: # 1 PowerPoint from June 30, 2021 Hearing)(Jones, Luke) (Entered: 07/06/2021) |
| 07/14/2021 | 119 | | NOTICE *Regarding Discovery Correspondence* by USA as to ETHAN NORDEAN, JOSEPH RANDALL BIGGS, ZACHARY REHL, CHARLES DONOHOE (Attachments: # 1 4/21/2021 Letter (All Defendants), # 2 4/30/2021 Letter (Nordean), # 3 5/5/2021 Letter (Rehl), # 4 5/19/2021 Letter (Nordean), # 5 6/2/2021 Letter (All Defendants), # 6 6/2/2021 Letter (Nordean), # 7 6/2/2021 Letter (Biggs), # 8 6/2/2021 Letter (Rehl), # 9 6/2/2021 Letter (Donohoe), # 10 6/3/2021 Letter (Biggs, Rehl, Donohoe), # 11 6/3/2021 Letter (Rehl), # 12 7/1/2021 Letter (Nordean), # 13 7/2/2021 |

| | | | |
|---|---|---|---|
| | | | Letter (Biggs, Rehl, Donohoe, # 14 7/2/2021 Letter (Nordean), # 15 7/6/2021 Letter (All Defendants), # 16 7/6/2021 Letter (Nordean), # 17 7/7/2021 Letter (Nordean), # 18 7/7/2021 Letter (All Defendants), # 19 7/9/2021 Letter (All Defendants), # 20 7/13/2021 Letter (All Defendants), # 21 7/13/2021 Letter (All Defendants), # 22 7/14/2021 Letter (All Defendants))(Jones, Luke) (Attachment 5 replaced on 7/14/2021) (zltp). (Entered: 07/14/2021) |
| 07/14/2021 | 120 | | NOTICE *of Filing of Memorandum Regarding Status of Discovery in January 6, 2021 Cases* by USA as to ETHAN NORDEAN, JOSEPH RANDALL BIGGS, ZACHARY REHL, CHARLES DONOHOE (Attachments: # 1 Memorandum Regarding Status of Discovery)(Jones, Luke) (Entered: 07/14/2021) |
| 07/22/2021 | | | NOTICE OF HEARING **(Time Change)** as to ZACHARY REHL (3): VTC Status Conference set for 7/28/2021 at **10:00 AM** before Judge Timothy J. Kelly. (zkh) (Entered: 07/22/2021) |
| 07/26/2021 | 124 | | NOTICE OF ATTORNEY APPEARANCE: Shaka Johnson appearing for ZACHARY REHL (Johnson, Shaka) (Entered: 07/26/2021) |
| 07/26/2021 | 125 | | First MOTION to Continue *Status* by ZACHARY REHL. (Johnson, Shaka) (Entered: 07/26/2021) |
| 07/27/2021 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 125 Unopposed Motion to Continue. It is hereby ORDERED, for good cause shown, that the motion is GRANTED. The status conference currently set for July 28, 2021, is hereby RESCHEDULED for September 21, 2021, at 11:00 a.m. via videoconference and teleconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to participate. It is further ORDERED that the time period from July 28, 2021, to September 21, 2021, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, with the consent of the parties. The Court finds that, because of the voluminous discovery in cases arising out of the Capitol breach and defense counsel's representation that he needs more time for effective preparation in this case, the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). Signed by Judge Timothy J. Kelly on 7/27/2021. (lctjk1) (Entered: 07/27/2021) |
| 08/23/2021 | 147 | | TRANSCRIPT OF STATUS CONFERENCE in case as to ZACHARY REHL before Judge Timothy J. Kelly held on 6–30–21; Page Numbers: 1–75; Date of Issuance: 8–23–21; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporte r referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 9/13/2021. Redacted Transcript Deadline set for 9/23/2021. Release of Transcript Restriction set for 11/21/2021.(Miller, Timothy) (Entered: 08/23/2021) |
| 08/23/2021 | 149 | | MOTION for Order to Transport Defendant *to District of Columbia* by USA as to ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Jones, Luke) (Entered: 08/23/2021) |
| 08/26/2021 | 153 | | MOTION to Withdraw as Attorney by Shaka M. Johnson. by ZACHARY REHL. (Johnson, Shaka) (Entered: 08/26/2021) |
| 09/06/2021 | | | MINUTE ORDER as to Zachary Rehl (3) granting 153 Motion to Withdraw as Attorney. The Court finds that allowing the withdrawal will not unduly delay trial of this case, be unfairly prejudicial to any party, or otherwise not be in the interest of justice. *See* LCrR 44.5(d). Accordingly, it is hereby ORDERED that the motion is GRANTED, but only upon another attorney entering his or her appearance to represent the Defendant. The Defendant's case is hereby referred to the criminal duty magistrate judge for ascertainment of counsel. Signed by Judge Timothy J. Kelly on 9/6/2021. (lctjk1) (Entered: 09/06/2021) |
| 09/06/2021 | 159 | | NOTICE OF ATTORNEY APPEARANCE: Jonathon Alden Moseley appearing for ZACHARY REHL (Moseley, Jonathon) (Entered: 09/06/2021) |
| 09/09/2021 | | | MINUTE ORDER as to ZACHARY REHL (3): In light of Defendant's change of counsel, it is hereby ORDERED that Defendant shall file any response to the Government's 149 Motion for Order to Transport Defendant by September 20, 2021. Signed by Judge Timothy J. Kelly on 9/9/2021. (lctjk1) (Entered: 09/09/2021) |
| 09/09/2021 | | | MINUTE ORDER as to ZACHARY REHL (3). On September 6, 2021, Judge Kelly referred this case to the criminal duty magistrate judge for the purposes of ascertaining new counsel for Defendant Rehl. In response to the Court's inquiry, Mr. Johnson (original counsel) and Mr. Moseley (proposed new counsel) both confirmed that Defendant Rehl wanted to terminate Mr. Johnson's representation and instead retain Mr. Moseley. It is therefore ORDERED that Mr. Johnson's representation is terminated, effective September 6, 2021, when Mr. Moseley entered his appearance. See Min. Order (Sept. 6, 2021) (noting that the Motion to Withdraw as Attorney 153 was granted "but only upon another attorney entering his or her appearance to represent the Defendant."). Mr. Moseley is now counsel of record for Mr. Rehl. Signed by Magistrate Judge Zia M. Faruqui on 9/9/2021. (zpt) (Entered: 09/10/2021) |
| 09/13/2021 | 163 | | NOTICE *of Accused Zachary Rehls Coverage Under Prior Protective Order* by ZACHARY REHL re 83 Order on Motion for Protective Order (Moseley, Jonathon) (Entered: 09/13/2021) |
| 09/15/2021 | | | **ENTERED IN ERROR.....** MINUTE ORDER as to ETHAN NORDEAN (1) and JOSEPH RANDALL BIGGS (2) granting Nordean's 164 Motion to Access *Sealed Portion of 9/13/21 Hearing Transcript*, joined 165 by Biggs. For good cause shown, it is hereby ORDERED that the court reporter's notes and transcription of the sealed portion of the proceeding of September 13, 2021, be made available to Nordean and Biggs, while otherwise remaining under seal. Signed by Judge Timothy J. Kelly on 9/15/2021. (lctjk1) Modified to mark entry as error on 9/16/2021 (zkh). (Entered: 09/15/2021) |
| 09/16/2021 | 167 | | Unopposed MOTION pursuant to Rule 36 to Correct a Clerical Error *to redact personal names of family including minor child* by ZACHARY REHL. (Moseley, |

| | | | |
|---|---|---|---|
| | | | Jonathon) (Entered: 09/16/2021) |
| 09/16/2021 | | | MINUTE ORDER as to ZACHARY REHL (3) granting 167 Rehl's Unopposed Motion for Leave to Redact or Substitute A Redacted Version of Docket # 86. For good cause shown, it is ORDERED that the motion is GRANTED. The Clerk of the Court is instructed to seal ECF No. 86 , along with any attachments. By September 20, 2021, Defendant Rehl shall file on the public docket a copy of his Memorandum in Opposition to Detention, with attachments, that redacts the information identified in Rehl's motion. Signed by Judge Timothy J. Kelly on 9/16/2021. (lctjk1) Modified to link filing on 9/16/2021 (zkh). (Entered: 09/16/2021) |
| 09/16/2021 | 168 | | NOTICE *of Filing of Memorandum Regarding Status of Discovery in January 6, 2021 Cases* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE re 120 Notice (Other), (Attachments: # 1 Memorandum Regarding Status of Discovery in January 6, 2021 Cases)(McCullough, Jason) (Entered: 09/16/2021) |
| 09/17/2021 | 171 | | NOTICE *of Correspondence to Defendants in Advance of September 21, 2021, Hearing on Motions to Dismiss* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE (Attachments: # 1 Exhibit Sept. 17, 2021 Letter to Defense Counsel)(Jones, Luke) (Entered: 09/17/2021) |
| 09/18/2021 | 172 | | RESPONSE by ZACHARY REHL re 149 MOTION for Order to Transport Defendant *to District of Columbia in Opposition* (Moseley, Jonathon) (Entered: 09/18/2021) |
| 09/18/2021 | 173 | | Memorandum in Opposition by ZACHARY REHL re 149 MOTION for Order to Transport Defendant *to District of Columbia* (Attachments: # 1 Exhibit Exhibits for Memorandum of Law)(Moseley, Jonathon) (Entered: 09/18/2021) |
| 09/20/2021 | | | NOTICE OF HEARING (**Time Change**) as to ZACHARY REHL (3): VTC Status Conference set for 9/21/2021 at **10:00 AM** before Judge Timothy J. Kelly. (zkh) (Entered: 09/20/2021) |
| 09/20/2021 | 180 | | NOTICE *Regarding Discovery Correspondence* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE (Attachments: # 1 7/28/2021 Letter (All Defendants), # 2 7/28/2021 Letter (All Defendants), # 3 7/28/2021 Letter (All Defendants), # 4 7/29/2021 Letter (All Defendants), # 5 8/9/2021 Letter (Biggs), # 6 8/24/2021 Letter (All Defendants), # 7 9/9/2021 Letter (Biggs), # 8 9/9/2021 Letter (Nordean, Donohoe), # 9 9/11/2021 Letter (Nordean, Biggs, Donohoe), # 10 9/16/2021 Letter (Nordean), # 11 9/16/2021 Letter (Biggs, Rehl, Donohoe), # 12 9/16/2021 Letter (Rehl), # 13 9/16/2021 Letter (Rehl), # 14 9/20/2021 Letter (All Defendants), # 15 9/20/2021 Letter (Donohoe), # 16 9/20/2021 Letter (Nordean, Biggs, Rehl))(Jones, Luke) (Entered: 09/20/2021) |
| 09/21/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ZACHARY REHL (3) held on 9/21/2021. Defendant appeared by audio. Oral argument heard on the Government's 149 MOTION for Order to Transport Defendant, and taken under advisement. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorney: Jonathon Alden Moseley; US Attorneys: Jason Bradley Adam McCullough and Luke Matthew Jones; Pretrial Officer: Christine Schuck. (zkh) (Entered: 09/21/2021) |
| 09/21/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference/Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4) held on 9/21/2021. Defendant |

| | | | |
|---|---|---|---|
| | | | NORDEAN appeared by audio. Defendants BIGGS and DONOHOE appeared by video. Defendant REHL's Appearance was Waived. Oral argument heard on Defendant Nordean's 94 First MOTION to Dismiss Case, and taken under advisement. Speedy Trial Excludable (XT) started 9/21/2021 through 10/26/2021, in the interest of justice, as to ALL defendants. VTC Status Conference set for 10/26/2021 at 11:00 AM before Judge Timothy J. Kelly. Jury Selection/Trial set to commence on 5/18/2022 at 9:00 AM in the Ceremonial Courtroom before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 4–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–David Benjamin Smith and Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Jonathon Alden Moseley, 4–Lisa S. Costner and Ira Knight; US Attorneys: Jason Bradley Adam McCullough, Luke Matthew Jones, and James Pearce; Pretrial Officer: Christine Schuck. (zkh) (Entered: 09/21/2021) |
| 09/25/2021 | 184 | | MOTION for Bill of Particulars *pursuant to analysis by Judge Amit Mehta of unidentified, unknown number of those aided and abetted and conspired with* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support Memorandum of Law)(Moseley, Jonathon) (Entered: 09/25/2021) |
| 09/26/2021 | 185 | | ENTERED IN ERROR..... MOTION Issuance Of A Subpoena To The U.S. Capitol Police *with included memorandum of law* by ZACHARY REHL. (Moseley, Jonathon) Modified on 9/27/2021 (zltp). (Entered: 09/26/2021) |
| 09/26/2021 | 186 | | Amended MOTION Issuance Of A Subpoena To The U.S. Capitol Police *with included memorandum of law* by ZACHARY REHL. (Moseley, Jonathon) (Entered: 09/26/2021) |
| 09/26/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to ZACHARY REHL re 185 MOTION Issuance Of A Subpoena To The U.S. Capitol Police *with included memorandum of law* was entered in error and counsel refiled said pleading. The correct docket entry is 186 . (zltp) (Entered: 09/27/2021) |
| 09/28/2021 | 188 | | SUPPLEMENT by ZACHARY REHL re 186 Amended MOTION Issuance Of A Subpoena To The U.S. Capitol Police *with included memorandum of law disclosing permits independently released to BUZZFEED possibly making this motion moot* (Attachments: # 1 Exhibit Permits Issued by US Capitol Police for Jan 6 demonstrations released to BUZZFEED)(Moseley, Jonathon) (Entered: 09/28/2021) |
| 09/30/2021 | 190 | | MOTION for Release from Custody , *Renewed Motion For Release From Pre–Trial Detention and Motion To Re–Open Detention Hearing* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Moseley, Jonathon) (Entered: 09/30/2021) |
| 09/30/2021 | 191 | | NOTICE *Memorandum of Law in Support of Renewed Motion For Release Of Accused Zachary Rehl From Pre–Trial Detention And Motion To Re–Open Detention Hearing* by ZACHARY REHL. (Attachments: # 1 Exhibit 1: Transcript of Bail Hearing Magistrate Pennsylvania, # 2 Exhibit 2. Court's Form Order for Pretrial Detention, # 3 Exhibit 3. U.S. Capitol Police Permits for Demonstrations Jan. 6, # 4 Exhibit 4. January 6 demonstrator given 3 years probation, # 5 Exhibit 5. Reuters News Report of FBI Report of No Advance Planning of Jan. 6 Attacks)(Moseley, Jonathon) Modified text on 10/1/2021 (zltp). Modified on 10/1/2021 (znmw). (Entered: 09/30/2021) |
| 09/30/2021 | 192 | | MOTION to Re–Open Detention Hearing by ZACHARY REHL. (See docket entry 190 to view document.) (zltp) (Entered: 10/01/2021) |

| 10/01/2021 | 194 | | MOTION for Waiver *of Motion formatting rules to allow table of contents and table of authorities to be filed as supplement* by ZACHARY REHL. (Moseley, Jonathon) (Entered: 10/01/2021) |
|---|---|---|---|
| 10/04/2021 | | | MINUTE ORDER as to ZACHARY REHL (3) denying Rehl's 194 Motion for Waiver of Motion Formatting Rules Under Local Rules. Because the Local Rules of Criminal Procedure do not require a party to include a table of contents or table of authorities, no waiver is necessary. Thus, it is hereby ORDERED that Rehl's Motion for Waiver is DENIED. Signed by Judge Timothy J. Kelly on 10/4/2021. (lctjk1) (Entered: 10/04/2021) |
| 10/06/2021 | 198 | | FIRST SUPPLEMENT *and Notice of Brady Material Produced After Bail Hearing on September 13 in Support of His Renewed Motion for Release of Accused Zachary Rehl from Pre−Trial Detention and Motion to Re−Open Detention Hearing* re 190 by ZACHARY REHL. (Moseley, Jonathon) Modified text on 10/13/2021 (zltp). (Entered: 10/06/2021) |
| 10/08/2021 | 200 | | SECOND SUPPLEMENT *documenting that Rehl was not an organizer of January 6 events* by ZACHARY REHL. (Moseley, Jonathon) Modified on 10/13/2021 (zltp). (Entered: 10/08/2021) |
| 10/09/2021 | 203 | | THIRD SUPPLEMENT *disclosing Friday dawn FBI raid Oct 8 of Rehl's friend and Proud Boys deputy Aaron Whallon Wollkind showing FBI still trying to find evidence against Rehl* by ZACHARY REHL. (Moseley, Jonathon) Modified text on 10/13/2021 (zltp). (Entered: 10/09/2021) |
| 10/10/2021 | 204 | | MOTION to Compel *Supporting Documents of Rehl's alleged (uncited) statements or quotes upon which the Government relies for his indictment and arrest ad for continued prosecution of Rehl* by ZACHARY REHL. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Moseley, Jonathon) (Entered: 10/10/2021) |
| 10/11/2021 | 205 | | Consent MOTION for Order Setting Briefing Schedule by USA as to ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Jones, Luke) (Entered: 10/11/2021) |
| 10/13/2021 | | | MINUTE ORDER as to ZACHARY REHL (3) granting the Government's 205 Consent Motion for Order Setting Briefing Schedule. It is hereby ORDERED that the Government shall file its responses to Defendant Rehl's 184 motion for a bill of particulars, 185 186 motion for issuance of a subpoena to U.S. Capitol Police, 190 191 motion for release and to re−open his detention hearing and 198 200 203 supplemental filings, and 204 motion to compel discovery by October 15, 2021. It is further ORDERED that Defendant Rehl shall file any reply in support of the above motions by Friday, October 22, 2021. Signed by Judge Timothy J. Kelly on 10/13/2021. (lctjk1) (Entered: 10/13/2021) |
| 10/13/2021 | 206 | | NOTICE *of Judge Lamberth's Contempt Order against Warden of D.C. Jail for Civil Rights Violation re January 6 Detainee* by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE re 122 MOTION for Bond *and to reopen Detention Decision pursuant to § 3142(f)* (Smith, Nicholas) (Entered: 10/13/2021) |
| 10/15/2021 | 208 | | Memorandum in Opposition by USA as to ZACHARY REHL re 184 MOTION for Bill of Particulars *pursuant to analysis by Judge Amit Mehta of unidentified, unknown number of those aided and abetted and conspired with*, 185 MOTION Issuance Of A Subpoena To The U.S. Capitol Police *with included memorandum of law*, 204 |

| | | | |
|---|---|---|---|
| | | | MOTION to Compel *Supporting Documents of Rehl's alleged (uncited) statements or quotes upon which the Government relies for his indictment and arrest ad for continued prosecution of Rehl*, 186 Amended MOTION Issuance Of A Subpoena To The U.S. Capitol Police *with included memorandum of law* (Jones, Luke) (Entered: 10/15/2021) |
| 10/15/2021 | 209 | | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Kenerson, Erik Michael added. (Kenerson, Erik) (Entered: 10/15/2021) |
| 10/15/2021 | 210 | | Memorandum in Opposition by USA as to ZACHARY REHL re 192 MOTION Re−Open Detention Hearing, 203 Supplemental MOTION for Release from Custody *by pre−trial release on bail, disclosing Friday dawn FBI raid Oct 8 of Rehl's friend and Proud Boys deputy Aaron Whallon Wollkind showing FBI still trying to find evidence against Rehl*, 190 MOTION for Release from Custody *, Renewed Motion For Release From Pre−Trial Detention and Motion To Re−Open Detention Hearing*, 200 MOTION for Release from Custody *from pre−trial detention, 2nd Supplement documenting that Rehl was not an organizer of January 6 events*, 198 MOTION for Release from Custody *Zachary Rehls Supplement And Notice Of Brady Material Produced After Bail Hearing On September 13 In Support Of His Renewed Motion For Release Of Accused Zachary Rehl From Pre−Trial Detention And Motion To Re−Open D*, 191 MOTION for Release from Custody *Memorandum of Law in Support of Renewed Motion For Release Of Accused Zachary Rehl From Pre−Trial Detention And Motion To Re−Open Detention Hearing* (Attachments: # 1 Exhibit 1 − ICANN Lookup, # 2 Exhibit 2 − GiveSendGo Screenshot)(Kenerson, Erik) *(Entered: 10/15/2021)* |
| 10/20/2021 | | | NOTICE OF HEARING (**Time Change**) as to ZACHARY REHL (3): Telephonic/VTC Status Conference set for 10/26/2021 at **10:00 AM** before Judge Timothy J. Kelly. (zkh) (Entered: 10/20/2021) |
| 10/21/2021 | 211 | | NOTICE *of remote hearing access limitations for Zachary Rehl at Philadelphia Detention Center* by ZACHARY REHL (Moseley, Jonathon) (Entered: 10/21/2021) |
| 10/25/2021 | 212 | | REPLY TO OPPOSITION to Motion by ZACHARY REHL re 184 MOTION for Bill of Particulars *pursuant to analysis by Judge Amit Mehta of unidentified, unknown number of those aided and abetted and conspired with*, 204 MOTION to Compel *Supporting Documents of Rehl's alleged (uncited) statements or quotes upon which the Government relies for his indictment and arrest ad for continued prosecution of Rehl* (Attachments: # 1 Exhibit Letter requesting transmission of Brady discovery over technical problems)(Moseley, Jonathon) (Entered: 10/25/2021) |
| 10/25/2021 | 213 | | NOTICE *OF FILING VIDEO EXHIBITS* by ZACHARY REHL re 191 MOTION for Release from Custody *Memorandum of Law in Support of Renewed Motion For Release Of Accused Zachary Rehl From Pre−Trial Detention And Motion To Re−Open Detention Hearing* (Moseley, Jonathon) (Entered: 10/25/2021) |
| 10/25/2021 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4): It is hereby ORDERED that the status conferences scheduled for tomorrow, October 26, 2021, at 10:00 a.m. and 11:00 a.m. are VACATED. The parties shall contact the Courtroom Deputy at (202) 354−3495 to set a new date. Signed by Judge Timothy J. Kelly on 10/25/2021. (lctjk1) (Entered: 10/25/2021) |
| 10/25/2021 | 214 | | STATUS REPORT *Regarding Discovery as of October 21, 2021* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES |

| | | | |
|---|---|---|---|
| | | | DONOHOE (Jones, Luke) (Entered: 10/25/2021) |
| 10/27/2021 | | | NOTICE OF HEARING as to ZACHARY REHL (3): VTC Status Conference/Motion Hearing set for 11/2/2021 at 10:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 10/27/2021) |
| 10/27/2021 | | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4): VTC Status Conference set for 11/3/2021 at 11:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 10/27/2021) |
| 10/31/2021 | 215 | | NOTICE *of Filing of Supplemental Authority, Memorandum Opinion of Judge Royce Lamberth in USA v. Russell Taylor* by ZACHARY REHL re 191 MOTION for Release from Custody *Memorandum of Law in Support of Renewed Motion For Release Of Accused Zachary Rehl From Pre−Trial Detention And Motion To Re−Open Detention Hearing* (Attachments: # 1 Exhibit Memorandum Opinion in USA v. Russell Taylor Case No. 1:21−cr−392−RCL−2, by Judge Royce Lamberth)(Moseley, Jonathon) (Entered: 10/31/2021) |
| 11/02/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing/Status Conference as to ZACHARY REHL (3) held on 11/2/2021. Defendant appeared by video. Oral argument heard and taken under advisement as to defendant's 190 MOTION for Release from Custody and, *Renewed Motion For Release From Pre−Trial Detention and Motion To Re−Open Detention Hearing*. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorney: Jonathon Alden Moseley; US Attorneys: Luke Matthew Jones and Erik Michael Kenerson. (zkh) (Entered: 11/02/2021) |
| 11/02/2021 | 216 | | NOTICE *Regarding Discovery Correspondence* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE (Attachments: # 1 9/21/2021 Letter (All Defendants), # 2 10/15/2021 Letter (All Defendants), # 3 10/21/2021 Letter (All Defendants))(Jones, Luke) (Entered: 11/02/2021) |
| 11/03/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4) held on 11/3/2021. Defendant NORDEAN appeared by audio. Defendants BIGGS and DONOHOE appeared by video. Defendant REHL's Appearance was Waived. Scheduling Order to be entered by the court. Speedy Trial Excludable (XT) started nunc pro tunc 10/26/2021 through 12/7/2021, in the interest of justice, as to ALL defendants. VTC Status Conference set for 12/7/2021 at 10:00 AM before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Remains Committed, 2−Remains Committed, 3−Remains Committed, 4−Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1−David Benjamin Smith and Nicholas D. Smith, 2−John Daniel Hull, IV, 3−Jonathon Alden Moseley, 4−Lisa S. Costner and Ira Knight; US Attorneys: Luke Matthew Jones and Erik Michael Kenerson. (zkh) (Entered: 11/03/2021) |
| 11/03/2021 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4): It is hereby ORDERED, for the reasons explained on the record at the status conference today, that the time period from October 26, 2021 to December 7, 2021 is EXCLUDED under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and Defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), for the reasons explained on the record: (1) the |

| | | | |
|---|---|---|---|
| | | | Government's ongoing production of voluminous discovery to Defendants; and (2) the public health limitations on the Court's ability to try a multi−defendant, six−week trial, as reflected in Standing Order No. 21−62: *In Re: Updated Status of Court Operations, including Jury Trials, and Speedy Trial Act Exclusions in Light of the Current Circumstances Relating to the COVID−19 Pandemic*, the findings of which the Court adopts after consideration of the specific circumstances of this case, and the Court's Continuity of Operations Plan referenced in that Order. The Court also notes, as acknowledged by the parties, that time is also excluded under the Speedy Trial Act during this time, in light of the Court's request for additional briefing on the pending 94 First Motion to Dismiss. *See* 18 U.S.C. § 3161(h)(1)(D). Signed by Judge Timothy J. Kelly on 11/3/2021. (lctjk1) (Entered: 11/03/2021) |
| 11/05/2021 | 218 | | STATUS REPORT *Regarding Discovery as of November 5, 2021* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE (Jones, Luke) (Entered: 11/05/2021) |
| 11/10/2021 | 221 | | TRANSCRIPT OF STATUS CONFERENCE in case as to ZACHARY REHL before Judge Timothy J. Kelly held on 11−3−21; Page Numbers: 1−36; Date of Issuance: 11−10−21; Court Reporter: Timothy R. Miller, Telephone Number (202) 354−3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court report er referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/1/2021. Redacted Transcript Deadline set for 12/11/2021. Release of Transcript Restriction set for 2/8/2022.(Miller, Timothy) (Entered: 11/10/2021) |
| 11/12/2021 | 223 | | NOTICE *of Private Letter to Judge and AUSA in support of bail and home conditions* by ZACHARY REHL (Moseley, Jonathon) (Entered: 11/12/2021) |
| 11/12/2021 | 228 | | MOTION for Leave to File Confidential Letters From Wife Regarding Bailby ZACHARY REHL. (See Docket Entry 223 to View Document). (zhsj) (Entered: 11/23/2021) |
| 11/15/2021 | | | MINUTE ORDER as to ZACHARY REHL (3) denying Defendant's 223 Motion. It is hereby ORDERED that Defendant Rehl's motion asking the Court to accept a letter from his wife via mail is DENIED. Defendant is directed to Local Criminal Rule 49(f)(1), which states that "[e]xcept when requested by a judge, correspondence shall not be directed by the parties or their attorneys to a judge, nor shall papers be left with or mailed to a judge for filing." Defendant Rehl may seek leave to file the letter on the public docket, or, if warranted, to file it under seal. Signed by Judge Timothy J. Kelly on 11/15/2021. (lctjk1) (Entered: 11/15/2021) |
| 11/18/2021 | 225 | | |

| | | | |
|---|---|---|---|
| | | | Unopposed MOTION for Joinder *in and support of Motion to Dismiss First Superseding Complaint filed by Ethan Nordean* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Moseley, Jonathon) (Entered: 11/18/2021) |
| 11/19/2021 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 225 Unopposed Motion to Join Defendant Nordean's 94 Motion to Dismiss. It is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Defendant Rehl may file a response to the Government's 224 Supplement under the timeline outlined in this Court's November 3, 2021 Minute Order. Signed by Judge Timothy J. Kelly on 11/19/2021. (lctjk1) (Entered: 11/19/2021) |
| 11/19/2021 | | | Set/Reset Deadlines as to ZACHARY REHL (3): Response due by 11/24/2021. (zkh) (Entered: 11/19/2021) |
| 11/19/2021 | 227 | | SUPPLEMENT by ZACHARY REHL as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE re Order,,,,,,, Set Deadlines,,,,,, *Supplemental Brief In Support Of* 94 *Ethan Nordeans Motion To Dismiss The First Superseding Indictment* (Attachments: # 1 Exhibit A: Memorandum of Attorney John Eastman, publicly released by CNN, requiring that Joint Session of Congress meet)(Moseley, Jonathon) Modified to include linkage on 11/30/2021 (zltp). (Entered: 11/19/2021) |
| 11/23/2021 | 230 | | MOTION for Discovery *of Grand Jury Transcript, Minutes, Notes, and Evidentiary Exhibits* by ZACHARY REHL. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Letter September 24 for Grand Jury Transcript, # 3 Exhibit Email reminder October 29, # 4 Exhibit Letter reminder Nov. 23, # 5 Text of Proposed Order)(Moseley, Jonathon) (Entered: 11/23/2021) |
| 11/23/2021 | 231 | | MOTION for Hearing *upon Zachary Rehls Request For Scheduling Hearing, Argument, And Decision On Motion For Grand Jury Information* by ZACHARY REHL. (Moseley, Jonathon) (Entered: 11/23/2021) |
| 11/23/2021 | 232 | | Amended MOTION for Hearing *upon Zachary Rehls Request For Scheduling Hearing, Argument, And Decision On Motion For Grand Jury Information* by ZACHARY REHL. (Moseley, Jonathon) (Entered: 11/23/2021) |
| 11/25/2021 | 234 | | MOTION to Compel *Brady disclosures and discovery previously delivered to prior counsel but still not available to current counsel* by ZACHARY REHL. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Letter Transmitting Physical Delivery of 3 empty external hard drives for Government's Use, # 3 Exhibit Letter Identifying Problems with Digital Media transmitting Brady disclosures and discovery, # 4 Text of Proposed Order)(Moseley, Jonathon) (Entered: 11/25/2021) |
| 11/30/2021 | | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4): The VTC Status Conference currently set for 12/7/2021 is **RESCHEDULED** for 12/14/2021 at 10:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 11/30/2021) |
| 12/01/2021 | 235 | | ERRATA by ZACHARY REHL re 227 *Supplemental Brief In Support Of Ethan Nordeans Motion To Dismiss The First Superseding Indictment* (Moseley, Jonathon) Modified text on 12/16/2021 (zltp). (Entered: 12/01/2021) |
| 12/03/2021 | 236 | | REPLY by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE *Reply To The Defendants' Responses To* 224 *The United States' Supplemental Brief On 18 U.S.C. § 1512(C)(2)* (Jones, Luke) Modified to |

| | | | |
|---|---|---|---|
| | | | include linkage on 12/7/2021 (zltp). (Entered: 12/03/2021) |
| 12/05/2021 | 237 | | Unopposed MOTION Direction to pre–trial services to interview Defendant to qualify for public defender *Motion For Instructions For Evaluation For Qualifying For Public Defender* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Moseley, Jonathon) (Entered: 12/05/2021) |
| 12/06/2021 | 239 | | MOTION for Extension of Time to File Response/Reply *to to Motions to Compel (ECF 230, 234)* by USA as to ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Jones, Luke) (Entered: 12/06/2021) |
| 12/07/2021 | 241 | | RESPONSE by ZACHARY REHL re 239 MOTION for Extension of Time to File Response/Reply *to to Motions to Compel (ECF 230, 234)* (Attachments: # 1 Exhibit Email, # 2 Exhibit Email, # 3 Exhibit Letter, # 4 Exhibit Letter, # 5 Exhibit Letter)(Moseley, Jonathon) (Entered: 12/07/2021) |
| 12/07/2021 | 242 | | NOTICE *of Attorney Status* by ZACHARY REHL (Moseley, Jonathon) (Entered: 12/07/2021) |
| 12/08/2021 | | | MINUTE ORDER as to ZACHARY REHL (3) granting the Government's 239 Motion for an Extension of Time to Respond to Defendant's Motions to Compel. It is hereby ORDERED, for good cause shown, that the Government's motion is GRANTED. It is further ORDERED that the Government shall respond to Defendant Rehl's Motions to Compel by December 16, 2021. Signed by Judge Timothy J. Kelly on 12/8/2021. (lctjk1) (Entered: 12/08/2021) |
| 12/08/2021 | 244 | | MOTION for Reconsideration re Order on Motion for Extension of Time to File Response/Reply,, Set/Reset Deadlines, by ZACHARY REHL. (Attachments: # 1 Exhibit)(Moseley, Jonathon) (Entered: 12/08/2021) |
| 12/09/2021 | 246 | | MOTION to Withdraw as Attorney *Conditional on Documentation of available attorney* by Jonathon A. Moseley. by ZACHARY REHL. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Email Sept 7 2021 from Shelli Peterson, # 3 Exhibit Attachment to Email Sept 7 2021 from Shelli Peterson, # 4 Exhibit Email December 8 from Shelli Peterson, # 5 Text of Proposed Order)(Moseley, Jonathon) (Entered: 12/09/2021) |
| 12/12/2021 | 249 | | SUPPLEMENT by ZACHARY REHL re 246 MOTION to Withdraw as Attorney *Conditional on Documentation of available attorney* by Jonathon A. Moseley. (Moseley, Jonathon) (Entered: 12/12/2021) |
| 12/13/2021 | 250 | | SUPPLEMENT by ZACHARY REHL *Defendant Zachary Rehls Second Supplemental Brief In Support Of Ethan Nordean's 94 Motion To Dismiss The First Superseding Indictment re: Nordean's Notice of Supplemental Authority* (Moseley, Jonathon) Modified to include linkage on 12/16/2021 (zltp). (Entered: 12/13/2021) |
| 12/14/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ZACHARY REHL (3) held on 12/14/2021. Defendant appeared by video. For the reasons stated on the record, defendant's 246 MOTION to Withdraw as Attorney is GRANTED. Jonathon Alden Moseley is terminated as counsel for the defendant and Carmen D. Hernandez is appointed under the CJA to represent Defendant REHL(3). Joint Status Report due by 12/21/2021. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: Jonathon Alden Moseley, Michelle M. Peterson, and Carmen D. Hernandez; US Attorneys: Luke Matthew Jones, Jason Bradley Adam McCullough,Erik Michael |

| | | | |
|---|---|---|---|
| | | | Kenerson, and James Pearce. (zkh) (Entered: 12/14/2021) |
| 12/14/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4) held on 12/14/2021. Defendant NORDEAN appeared by audio. Defendants BIGGS and DONOHOE appeared by video. Defendant REHL's Appearance was Waived. For the reasons stated on the record, the 122 MOTION for Bond by defendant NORDEAN, 137 MOTION for Bond by defendant BIGGS, 190 MOTION for Release from Custody and 192 MOTION to Re–Open Detention Hearing both by defendant REHL, are all DENIED. Speedy Trial Excludable (XT) started 12/14/2021 through 1/11/2022, in the interest of justice, as to ALL defendants. Government Submission due by 12/21/2021. Defense Responses due by 12/30/2021. Government Reply due by 1/6/2022. VTC Status Conference set for 1/11/2022 at 10:00 AM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 4–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–David Benjamin Smith and Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 4–Lisa S. Costner and Ira Knight; US Attorneys: Luke Matthew Jones, Jason Bradley Adam McCullough, Erik Michael Kenerson and James Pearce. (zkh) (Entered: 12/14/2021) |
| 12/14/2021 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), and ZACHARY REHL (3), denying Defendants' 122 137 190 Motions to Reopen Bail Proceedings. It is hereby ORDERED, for the reasons set forth on the record today and below, that Defendants Nordean, Biggs, and Rehl's motions to reopen bail proceedings are DENIED. Further, the Court notes that even if the conditions proposed by Nordean included a ban on his possession of electronic devices––a ban that could make it hard for him to review electronic evidence in the case––and even if he abided by that condition, he would still have access to less sophisticated means of communication, such as the use of a land–line telephone or the regular mail, that he could use to exercise leadership, conduct planning, and communicate with associates. Signed by Judge Timothy J. Kelly on 12/14/2021. (lctjk1) (Entered: 12/14/2021) |
| 12/15/2021 | 251 | | NOTICE OF ATTORNEY APPEARANCE: Carmen D. Hernandez appearing for ZACHARY REHL (Hernandez, Carmen) (Entered: 12/15/2021) |
| 12/17/2021 | 254 | | TRANSCRIPT OF STATUS CONFERENCE in case as to ZACHARY REHL before Judge Timothy J. Kelly held on 12–14–21; Page Numbers: 1–47; Date of Issuance: 12–17–21; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 1/7/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/17/2022.(Miller, Timothy) (Entered: 12/17/2021) |
| 12/21/2021 | 256 | | Joint STATUS REPORT *Regarding Motions Filed by Prior Counsel* by USA as to ZACHARY REHL (Jones, Luke) (Entered: 12/21/2021) |
| 12/21/2021 | 257 | | NOTICE *Government's Submission Regarding Defendants' Ability to Confer with Counsel and Prepare for Trial* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE (Jones, Luke) (Entered: 12/21/2021) |
| 12/28/2021 | 262 | | ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4), denying Defendants' 94 105 128 225 Motion to Dismiss. See Order for details. Signed by Judge Timothy J. Kelly on 12/28/2021. (lctjk1) (Entered: 12/28/2021) |
| 12/28/2021 | 263 | | MEMORANDUM OPINION as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4), in support of 262 ORDER denying Defendants' 94 105 128 225 Motion to Dismiss. Signed by Judge Timothy J. Kelly on 12/28/2021. (lctjk1) (Entered: 12/28/2021) |
| 12/28/2021 | 264 | | NOTICE OF APPEAL (Interlocutory) by ZACHARY REHL re Order on Motion for Bond,,,,,,,, Order on Motion for Hearing,,,, Order on Motion for Release from Custody,,,, Order on Motion for Miscellaneous Relief,,,. Fee Status: No Fee Paid. Parties have been notified. (Hernandez, Carmen) (Entered: 12/28/2021) |
| 12/29/2021 | 269 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The fee was not paid as the defendant is represented by a CJA appointed attorney as to ZACHARY REHL re 264 Notice of Appeal – Interlocutory. (zltp) (Entered: 12/29/2021) |
| 01/03/2022 | | | USCA Case Number as to ZACHARY REHL 21–3098 for 264 Notice of Appeal – Interlocutory filed by ZACHARY REHL. (zltp) (Entered: 01/04/2022) |
| 01/06/2022 | 272 | | REPLY by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE re: 257 *Regarding Defendants' Ability to Confer With Counsel and Prepare for Trial* (Jones, Luke) Modified text to include linkage on 1/26/2022 (zltp). (Entered: 01/06/2022) |
| 01/11/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4) held on 1/11/2022. Defendant NORDEAN (1) appeared by audio. Defendants BIGGS (2), and DONOHOE (4) appeared by video. Defendant REHL (3) NOT PRESENT. Oral argument heard and taken under advisement. VTC Status Conference set for 2/8/2022 at 10:00 AM before Judge Timothy J. Kelly. Government's notification to defendants of any 404(b) evidence due by 2/11/2022. Pretrial Motions due by 3/16/2022. Responses due by 3/30/2022. Replies due by 4/6/2022. Pretrial Statement due by 4/13/2022. VTC Pretrial Conference set for 4/22/2022 at 9:30 AM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 4–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–David Benjamin Smith and Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 4–Lisa S. Costner and Ira Knight; US Attorneys: Luke Matthew Jones, Jason Bradley Adam McCullough, Erik Michael Kenerson. (zkh) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/11/2022) |
| 01/11/2022 | 273 | | TRANSCRIPT OF STATUS CONFERENCE in case as to ZACHARY REHL before Judge Timothy J. Kelly held on 9–21–21; Page Numbers: 1–24; Date of Issuance: 1–11–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporte r referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 2/1/2022. Redacted Transcript Deadline set for 2/11/2022. Release of Transcript Restriction set for 4/11/2022.(Miller, Timothy) (Entered: 01/11/2022) |
| 01/11/2022 | 274 | | TRANSCRIPT OF STATUS CONFERENCE/MOTION HEARING in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE before Judge Timothy J. Kelly held on 9–21–21; Page Numbers: 1–83; Date of Issuance: 1–11–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the cou rthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 2/1/2022. Redacted Transcript Deadline set for 2/11/2022. Release of Transcript Restriction set for 4/11/2022.(Miller, Timothy) (Entered: 01/11/2022) |
| 01/11/2022 | 275 | | TRANSCRIPT OF MOTION HEARING/STATUS CONFERENCE in case as to ZACHARY REHL before Judge Timothy J. Kelly held on 11–2–21; Page Numbers: 1–41; Date of Issuance: 1–11–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from th e court reporter referenced above. |

| | | | |
|---|---|---|---|
| | | | After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/1/2022. Redacted Transcript Deadline set for 2/11/2022. Release of Transcript Restriction set for 4/11/2022.(Miller, Timothy) (Entered: 01/11/2022) |
| 01/11/2022 | 276 | | TRANSCRIPT OF STATUS CONFERENCE in case as to ZACHARY REHL before Judge Timothy J. Kelly held on 12–14–21; Page Numbers: 1–20; Date of Issuance: 1–11–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court report er referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/1/2022. Redacted Transcript Deadline set for 2/11/2022. Release of Transcript Restriction set for 4/11/2022.(Miller, Timothy) (Entered: 01/11/2022) |
| 01/21/2022 | 282 | | **PRETRIAL MOTIONS BRIEFING SCHEDULE VACATED PURSUANT TO ORDER FILED 3/9/2022.....** SCHEDULING ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4). See Order for details. Signed by Judge Timothy J. Kelly on 1/21/2022. (lctjk1) Modified to vacate schedule on 3/9/2022 (zkh). (Entered: 01/21/2022) |
| 02/07/2022 | 285 | | NOTICE *Regarding Discovery Correspondence* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE (Attachments: # <u>1</u> 11/30/2021 Letter (Nordean), # <u>2</u> 12/3/2021 Letter (Biggs), # <u>3</u> 12/13/2021 Letter (Donohoe), # <u>4</u> 12/14/2021 Letter (All Defendants), # <u>5</u> 12/17/2021 Letter (All Defendants), # <u>6</u> 12/23/2021 Letter (All Defendants), # <u>7</u> 12/27/2021 Letter (All Defendants), # <u>8</u> 1/14/2022 Letter (All Defendants), # <u>9</u> 1/21/2022 Letter (Rehl), # <u>10</u> 1/26/2022 Letter (Rehl), # <u>11</u> 1/28/2022 Letter (All Defendants), # <u>12</u> 1/30/2022 Letter (All Defendants), # <u>13</u> 1/31/2022 Letter (All Defendants), # <u>14</u> 2/1/2022 Letter (All Defendants), # <u>15</u> 2/1/2022 Letter (All Defendants), # <u>16</u> 2/1/2022 Letter (All Defendants), # <u>17</u> 2/4/2022 Letter (All Defendants), # <u>18</u> 2/4/2022 Letter (All Defendants))(Jones, Luke) (Main Document 285 replaced on 2/8/2022) (zltp). (Entered: 02/07/2022) |

| 02/08/2022 | 286 | | MOTION to Adopt Motion of Codefendant Nordean by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) Modified event type on 2/8/2022 (zltp). (Entered: 02/08/2022) |
|---|---|---|---|
| 02/08/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4) held on 2/8/2022. ALL defendants appeared by video. Speedy Trial Excludable (XT) started 2/8/2022 through 3/8/2022, in the interest of justice, as to JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4). VTC Status Conference set for 3/8/2022 at 10:00 AM before Judge Timothy J. Kelly. Bond Status of Defendants: 2–Remains Committed, 3–Remains Committed, 4–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 4–Lisa S. Costner and Ira Knight; US Attorneys: Luke Matthew Jones, Jason Bradley Adam McCullough, and Erik Michael Kenerson. (zkh) (Entered: 02/08/2022) |
| 02/09/2022 | 287 | | MOTION for Order Limited Unsealing of Transcript for Provision to the Parties by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE. (Attachments: # 1 Text of Proposed Order)(Jones, Luke) (Entered: 02/09/2022) |
| 02/09/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4) granting the Government's 287 Motion for Limited Unsealing of the Transcript of the Hearing on February 8, 2022. It is hereby ORDERED that, for good cause shown, the sealed transcript from the February 8, 2022, hearing is unsealed for the limited purpose of allowing the court reporter to provide copies of the sealed transcript to the parties in this case. It is further ORDERED that the transcript shall remain sealed for all other purposes. Signed by Judge Timothy J. Kelly on 2/9/2022. (lctjk1) (Entered: 02/09/2022) |
| 02/09/2022 | | | MINUTE ORDER as to Zachary Rehl (3) granting in part and denying in part Rehl's 286 Motion to Adopt Motion of Codefendant Nordean. It is hereby ORDERED that Rehl's motion is GRANTED as it pertains to joining Defendant Nordean's sealed 266 motion. But Rehl also moves "to join and adopt" all future "motions filed by co–defendants unless he moves not to adopt and join a particular motion." ECF No. 286 at 1. It is hereby ORDERED that this request for joining all future motions is DENIED. Rehl may move to join any motion filed by a co–defendant after the motion is filed. Signed by Judge Timothy J. Kelly on 2/9/2022. (lctjk1) (Entered: 02/09/2022) |
| 02/10/2022 | 290 | | STATUS REPORT *Regarding Discovery as of February 9, 2022* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE (Jones, Luke) (Entered: 02/10/2022) |
| 02/11/2022 | 291 | | NOTICE *of Correspondence Pursuant To Federal Rule of Evidence 404(b)* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE (Kenerson, Erik) (Entered: 02/11/2022) |
| 03/07/2022 | 304 | | STATUS REPORT *REGARDING DISCOVERY AND THE UPCOMING TRIAL DATE* by ZACHARY REHL (Hernandez, Carmen) (Entered: 03/07/2022) |
| 03/07/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4) granting in part and denying in part the Government's 299 Motion to Continue. The Government moved to continue the status conferences scheduled for March 8, 2022, to March 15, 2022. But Nordean's counsel is unavailable March 15, 2022. *See* ECF No. 300 at 2. Accordingly, it is |

| | | | |
|---|---|---|---|
| | | | hereby ORDERED that the status conferences scheduled for tomorrow, March 8, 2022, are VACATED and will be rescheduled promptly. Signed by Judge Timothy J. Kelly on 3/7/2022. (lctjk1) (Entered: 03/07/2022) |
| 03/07/2022 | 305 | | SECOND SUPERSEDING INDICTMENT as to ETHAN NORDEAN (1) count(s) 1ss, 2ss, 3ss, 4ss−5ss, 6ss−7ss, JOSEPH R. BIGGS (2) count(s) 1s, 2s, 3s, 4s−5s, 6s−7s, ZACHARY REHL (3) count(s) 1s, 2s, 3s, 4s−5s, 6s−7s, CHARLES DONOHOE (4) count(s) 1s, 2s, 3s, 4s−5s, 6s−7s, ENRIQUE TARRIO (5) count(s) 1, 2, 3, 4−5, 6−7, DOMINIC J. PEZZOLA (6) count(s) 1, 2, 3, 4−5, 6−7, 8. (zltp) Modified on 3/8/2022 to correct counts.(ztnr) (Entered: 03/08/2022) |
| 03/07/2022 | 307 | | MOTION to Seal Case by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 03/08/2022) |
| 03/07/2022 | 308 | | ORDER granting 307 Motion to Seal Case as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), DOMINIC J. PEZZOLA (6). Signed by Magistrate Judge Zia M. Faruqui on 3/7/2022. (zltp) (Entered: 03/08/2022) |
| 03/08/2022 | | | Case unsealed as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (zltp) (Entered: 03/08/2022) |
| 03/09/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4): In light of the filing of the 305 Second Superseding Indictment, which joins several new Defendants and includes new allegations and charges, it is hereby ORDERED that the pretrial motions briefing schedule set in the 282 Scheduling Order is VACATED. Signed by Judge Timothy J. Kelly on 3/9/2022. (lctjk1) (Entered: 03/09/2022) |
| 03/09/2022 | | | Terminate Deadlines and Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4). (zkh) (Entered: 03/09/2022) |
| 03/09/2022 | | | Set/Reset Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4). VTC Pretrial Conference/Motion Hearing set for 4/22/2022 at 9:30 AM before Judge Timothy J. Kelly. Jury Selection/Trial set to commence on 5/18/2022 at 9:00 AM in the Ceremonial Courtroom before Judge Timothy J. Kelly. (zkh) (Entered: 03/09/2022) |
| 03/13/2022 | 311 | | TRANSCRIPT OF STATUS CONFERENCE in case as to JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE before Judge Timothy J. Kelly held on 2−8−22; Page Numbers: 1−37; Date of Issuance: 3−13−22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354−3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made |

| | | | |
|---|---|---|---|
| | | | available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/3/2022. Redacted Transcript Deadline set for 4/13/2022. Release of Transcript Restriction set for 6/11/2022.(Miller, Timothy) (Entered: 03/13/2022) |
| 03/14/2022 | | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): VTC Arraignment/Status Conference set for 3/22/2022 at 11:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 03/14/2022) |
| 03/21/2022 | | | NOTICE OF HEARING as to ZACHARY REHL (3): The VTC Arraignment/Status Conference currently set for 3/22/2022 is **RESCHEDULED** for 3/23/2022 at 10:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 03/21/2022) |
| 03/21/2022 | 314 | | MOTION to Vacate *Trial Date*, MOTION to Exclude *Time under the Speedy Trial Act* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 03/21/2022) |
| 03/23/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Arraignment as to ETHAN NORDEAN (1) as to Counts 1ss, 2ss, 3ss, 4ss−5ss, and 6ss−7ss and as to ZACHARY REHL (3) as to Counts 1s, 2s, 3s, 4s−5s, and 6s−7s held on 3/23/2022. Defendant NORDEAN (1) appeared in person. Defendant REHL (3) appeared by video. Plea of NOT GUILTY entered by ETHAN NORDEAN (1) as to Counts 1ss, 2ss, 3ss, 4ss−5ss, and 6ss−7ss and by ZACHARY REHL (3) as to Counts 1s, 2s, 3s, 4s−5s, and 6s−7s. Speedy Trial Excludable (XT) started 3/23/2022 through 4/5/2022, in the interest of justice, as to ETHAN NORDEAN (1) and ZACHARY REHL (3). Any response to Government's 314 MOTION to Vacate *Trial Date* due by 3/25/2022. Any reply by the government due by 3/30/2022. VTC Status Conference set for 4/5/2022 at 11:00 AM before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Remains Committed, 3−Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 2−Nicholas D. Smith, 3−Carmen D. Hernandez; US Attorneys: Luke Matthew Jones and Erik Michael Kenerson. (zkh) (Entered: 03/23/2022) |
| 03/24/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and CHARLES DONOHOE (4): Defendants Nordean, Biggs, Rehl, and Donohoe have orally opposed the Government's 314 Motion to Vacate Trial Date. It is hereby ORDERED that these Defendants shall file by tomorrow, March 25, 2022, in addition to any written opposition to the motion they may file, a status report representing whether they would be prepared to go forward with trial on May 18, 2022, if the Court denied the Government's 314 Motion. Signed by Judge Timothy J. Kelly on 3/24/2022. (lctjk1) (Entered: 03/24/2022) |
| 03/25/2022 | 322 | | TRANSCRIPT OF ARRAIGNMENT & STATUS CONFERENCE in case as to ETHAN NORDEAN, ZACHARY REHL before Judge Timothy J. Kelly held on 3−23−22; Page Numbers: 1−41; Date of Issuance: 3−25−22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354−3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or pur chased from the court reporter referenced above. |

| | | | |
|---|---|---|---|
| | | | After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/15/2022. Redacted Transcript Deadline set for 4/25/2022. Release of Transcript Restriction set for 6/23/2022.(Miller, Timothy) (Entered: 03/25/2022) |
| 03/26/2022 | 325 | | RESPONSE by ZACHARY REHL re 314 MOTION to Vacate *Trial Date* MOTION to Exclude *Time under the Speedy Trial Act* (Hernandez, Carmen) (Entered: 03/26/2022) |
| 03/30/2022 | 327 | | REPLY in Support by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 314 MOTION to Vacate *Trial Date* MOTION to Exclude *Time under the Speedy Trial Act* (Kenerson, Erik) (Entered: 03/30/2022) |
| 04/05/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 4/5/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6)appeared by video. Presence waived for defendants NORDEAN (1), REHL (3), and DONOHOE (4). For the reasons stated on the record, order to be entered by the court vacating the current Jury Selection/Trial set for May 18, 2022. Speedy Trial Excludable (XT) started 4/5/2022 through 4/21/2022, in the interest of justice, as to ALL defendants. VTC Status Conference set for 4/21/2022 at 2:00 PM before Judge Timothy J. Kelly. Discovery due by 6/17/2022. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 4–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Nancy Meyer; Defense Attorneys: 1–David Benjamin Smith and Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 4–Ira Knight and Lisa S. Costner, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Luke Matthew Jones, Erik Michael Kenerson, and Jason Bradley Adam McCullough. (zkh) (Entered: 04/05/2022) |
| 04/06/2022 | 332 | | STATUS REPORT *Regarding Due Date for Report and Recommendation* by SANTHA SONENBERG as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Sonenberg, Santha) (Entered: 04/06/2022) |
| 04/07/2022 | 334 | | NOTICE *of Trial Availability* by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Smith, Nicholas) (Entered: 04/07/2022) |
| 04/12/2022 | 338 | | ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting the Government's 314 Motion to Vacate Trial Date and to Exclude Time Under the Speedy Trial Act. See Order for details. Signed by Judge |

| | | | |
|---|---|---|---|
| | | | Timothy J. Kelly on 4/12/2022. (lctjk1) (Entered: 04/12/2022) |
| 04/13/2022 | | | Terminate Deadlines and Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 04/13/2022) |
| 04/15/2022 | 340 | | TRANSCRIPT OF STATUS CONFERENCE in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE before Judge Timothy J. Kelly held on 1–11–22; Page Numbers: 1–59; Date of Issuance: 4–15–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a pu blic terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 5/6/2022. Redacted Transcript Deadline set for 5/16/2022. Release of Transcript Restriction set for 7/14/2022.(Miller, Timothy) (Entered: 04/15/2022) |
| 04/21/2022 | 344 | | MOTION to Compel *GOVERNMENT TO PROVIDE NOTICE OF INTENT TO USE SPECIFIED EVIDENCE IN ITS CASE–IN–CHIEF AT TRIAL* by ZACHARY REHL. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Hernandez, Carmen) (Entered: 04/21/2022) |
| 04/21/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 4/21/2022. Appearance by ALL defendants WAIVED. Scheduling order to be entered by the court. Speedy Trial Excludable (XT) started 4/21/2022 through 5/19/2022, in the interest of justice, as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). VTC Control Status Hearing set for 5/19/2022 at 2:00 PM before Judge Timothy J. Kelly. VTC Pretrial Conference/Motion Hearing set for 7/13/2022 at 10:00 AM before Judge Timothy J. Kelly. Jury Selection/Trial set to commence on 8/8/2022 at 9:00 AM in the Ceremonial Courtroom before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–David Benjamin Smith and Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorney: Luke Matthew Jones, Erik Michael Kenerson, and Jason Bradley Adam McCullough. (zkh) (Entered: 04/21/2022) |
| 04/22/2022 | 346 | | **VACATED PURSUANT TO ORDER FILED 6/24/2022..... SCHEDULING ORDER** as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL |

| | | |
|---|---|---|
| | | (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). See Order for details. Signed by Judge Timothy J. Kelly on 4/22/2021. (lctjk1) Modified to vacate on 6/24/2022 (zkh). (Entered: 04/22/2022) |
| 04/22/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Because Defendants in this case made their initial appearances in different district courts across the country, it is not clear based on the docket that the Government was given the warnings the Due Process Protections Act requires. Thus, pursuant to the Due Process Protections Act, the Court hereby ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. Signed by Judge Timothy J. Kelly on 4/22/2022. (lctjk1) (Entered: 04/22/2022) |
| 04/22/2022 | | Set/Reset Deadlines as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Joint Pretrial Statement due by 7/6/2022. (zkh) (Entered: 04/22/2022) |
| 04/28/2022 | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): VTC Discovery Hearing set for 5/2/2022 at 3:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 04/28/2022) |
| 04/28/2022 | 347 | TRANSCRIPT OF STATUS CONFERENCE in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 4–21–22; Page Numbers: 1–79; Date of Issuance: 4–28–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/19/2022. Redacted Transcript Deadline set for 5/29/2022. Release of Transcript Restriction set for 7/27/2022.(Miller, Timothy) (Entered: 04/28/2022) |
| 04/29/2022 | 348 | NOTICE *Regarding Discovery Correspondence* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 2/18/2022 Letter (All Defendants), # 2 2/21/2022 Letter (All Defendants), # 3 3/1/2022 Letter (All |

| | | | |
|---|---|---|---|
| | | | Defendants), # <u>4</u> 3/1/2022 Letter (All Defendants), # <u>5</u> 3/2/2022 Letter (All Defendants), # <u>6</u> 3/2/2022 Letter (All Defendants), # <u>7</u> 3/4/2022 Letter (All Defendants), # <u>8</u> 3/14/2022 Letter (All Defendants), # <u>9</u> 4/7/2022 Letter (All Defendants), # <u>10</u> 4/13/2022 Letter (All Defendants), # <u>11</u> 4/20/2022 Letter (Tarrio, Pezzola), # <u>12</u> 4/21/2022 Letter (All Defendants), # <u>13</u> 4/22/2022 Letter (All Defendants), # <u>14</u> 4/28/2022 Letter (All Defendants))(Jones, Luke) (Entered: 04/29/2022) |
| 05/02/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Discovery Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 5/2/2022. Defendants NORDEAN (1), BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearance of REHL (3) was WAIVED. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Luke Matthew Jones, Erik Michael Kenerson, Jason Bradley Adam McCullough, and Emily Miller; USMS: Derek Haywood, Charles Miracle, and Lamont Ruffin. (zkh) (Entered: 05/02/2022) |
| 05/05/2022 | <u>353</u> | | Memorandum in Opposition by USA as to ZACHARY REHL re <u>344</u> MOTION to Compel *GOVERNMENT TO PROVIDE NOTICE OF INTENT TO USE SPECIFIED EVIDENCE IN ITS CASE–IN–CHIEF AT TRIAL* (Jones, Luke) (Entered: 05/05/2022) |
| 05/13/2022 | <u>355</u> | | NOTICE OF WITHDRAWAL OF APPEARANCE *of Assistant U.S. Attorney Luke M. Jones* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Jones, Luke) (Entered: 05/13/2022) |
| 05/13/2022 | <u>356</u> | | NOTICE OF ATTORNEY APPEARANCE Nadia Moore appearing for USA. (Moore, Nadia) (Entered: 05/13/2022) |
| 05/13/2022 | <u>357</u> | | NOTICE OF ATTORNEY APPEARANCE Conor Mulroe appearing for USA. (Mulroe, Conor) (Entered: 05/13/2022) |
| 05/18/2022 | | | MINUTE ORDER as to ZACHARY REHL (3): It is hereby ORDERED that Rehl and the Government shall be prepared to argue Rehl's <u>344</u> Motion to Compel Government to Provide Notice of Intent to Use Specified Evidence In Its Case–In–Chief At Trial during tomorrow's status conference. Signed by Judge Timothy J. Kelly on 5/18/2022. (lctjk1) (Entered: 05/18/2022) |
| 05/19/2022 | <u>364</u> | | REPLY in Support by ZACHARY REHL re <u>344</u> MOTION to Compel *GOVERNMENT TO PROVIDE NOTICE OF INTENT TO USE SPECIFIED EVIDENCE IN ITS CASE–IN–CHIEF AT TRIAL* (Hernandez, Carmen) (Entered: 05/19/2022) |
| 05/19/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Control Status Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 5/19/2022. Defendants NORDEAN (1), BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearance of REHL (3) was WAIVED. Oral argument heard on Defendant REHL's <u>344</u> MOTION to Compel, and taken under advisement. Speedy Trial Excludable (XT) started 5/19/2022 through 6/2/2022, in the interest of justice, as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), |

| | | | |
|---|---|---|---|
| | | | ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). VTC Control Status Hearing set for 6/2/2022 at 2:00 PM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Erik Michael Kenerson, Jason Bradley Adam McCullough, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 05/19/2022) |
| 05/19/2022 | 365 | | MOTION for Order Order Directing the Government to Identify Brady Material by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Smith, Nicholas) (Entered: 05/19/2022) |
| 05/25/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): It is hereby ORDERED that, at the June 2, 2022, status conference, the parties shall be prepared to address a potential motion from Defendant Pezzola to substitute his counsel. Signed by Judge Timothy J. Kelly on 5/25/2022. (lctjk1) (Entered: 05/25/2022) |
| 05/28/2022 | | | MINUTE ORDER as to ZACHARY REHL (3): It is hereby ORDERED that, upon the request of Rehl and the Government, the motions at ECF Nos. 230 and 234 are WITHDRAWN. See ECF No. 256; see also Apr. 5, 2022 Tr. at 32. It is further ORDERED that, because these motions are withdrawn, the related motions at ECF Nos. 231 , 232 , and 244 are DENIED AS MOOT. Signed by Judge Timothy J. Kelly on 5/28/2022. (lctjk1) (Entered: 05/28/2022) |
| 05/28/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) denying as moot Rehl's 237 Motion to Direct Pre–Trial Services to Interview Defendant to Qualify for a Public Defender. Since the filing of this motion, the Court granted Rehl's counsel's motion to withdraw and appointed new counsel. Thus, it is ORDERED that Rehl's motion is DENIED AS MOOT. Signed by Judge Timothy J. Kelly on 5/28/2022. (lctjk1) (Entered: 05/28/2022) |
| 05/28/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) denying without prejudice Rehl's 184 Motion for Bill of Particulars. Rehl's prior counsel filed a motion for a bill of particulars. See ECF No. 184 . Much of the motion focuses on disputing whether the Government has enough evidence to prove that Rehl was part of any conspiracy, or that he aided or abetted anyone. But those are issues for trial, not for a bill of particulars. See ECF No. 138 at 6–7. Beyond that, Rehl seemingly seeks the identities of every single co–conspirator. But "the general rule in conspiracy cases is that the defendant is not entitled to obtain detailed information about the conspiracy in a bill of particulars." *United States v. Sanford Ltd.*, 841 F. Supp. 309, 317 (D.D.C. 2012). That is why courts largely have "not required [the Government] to disclose the identities of all members of the conspiracy." *Id.*; *id.* at 318 (quoting *United States v. Diaz*, 303 F. Supp. 2d 84, 89 (D. Conn. 2004) ("Defendants in a conspiracy case may not obtain the whens, wheres, and with whoms in a bill of particulars." (cleaned up))). Rehl has not made any specific showing about why his case is different –– especially in light of the extensive discovery he has already obtained. *See United States v. Mosquera–Murillo*, 153 F. Supp. 3d 130, 150–51 (D.D.C. 2015) (denying request for identities of co–conspirators where the government had already identified many, if not all, of the co–conspirators through materials produced in discovery). Rehl's new |

| | | | |
|---|---|---|---|
| | | | attorney may well have agreed to withdraw this motion, and to extent she wishes to renew it with the above in mind, she may. For now, it is hereby ORDERED that the motion is DENIED WITHOUT PREJUDICE. Signed by Judge Timothy J. Kelly on 5/28/2022. (lctjk1) (Entered: 05/28/2022) |
| 06/02/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Control Status Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 6/2/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearance of NORDEAN (1) and REHL (3) was WAIVED. Oral Motion by Defendants BIGGS (2), REHL (3), and PEZZOLA (6) to join Defendant NORDEAN's 365 MOTION for Order Directing the Government to Identify Brady Material, heard and GRANTED. Speedy Trial Excludable (XT) started 6/2/2022 through 6/9/2022, in the interest of justice, as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). VTC Motion Hearing set for 6/9/2022 at 2:30 PM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, and Nadia Moore. (zkh) (Entered: 06/02/2022) |
| 06/03/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): It is hereby ORDERED that, for the reasons explained on the record at the status conference yesterday, the time period from June 2, 2022, until June 9, 2022, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and Defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), for the reasons explained on the record, specifically the Government's ongoing production of voluminous discovery to Defendants. In addition, the Court finds that the period is part of a "reasonable period of delay" when the defendants are "joined for trial with a codefendant as to whom the time for trial as not run and no motion for severance has been granted." 18 U.S.C. § 3161(h)(6). Signed by Judge Timothy J. Kelly on 6/3/2022. (lctjk1) (Entered: 06/03/2022) |
| 06/06/2022 | 377 | | MOTION for Leave to Respond to the Press Release Issued by the Department of Justice by ZACHARY REHL. (Attachments: # 1 Supplement)(Hernandez, Carmen) (Entered: 06/06/2022) |
| 06/06/2022 | 380 | | THIRD SUPERSEDING INDICTMENT as to ETHAN NORDEAN (1) count(s) 1sss, 2sss, 3sss, 4sss, 5sss, 6sss−7sss, 8sss−9sss, JOSEPH R. BIGGS (2) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss−7ss, 8ss−9ss, ZACHARY REHL (3) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss−7ss, 8ss−9ss, ENRIQUE TARRIO (5) count(s) 1s, 2s, 3s, 4s, 5s, 6s−7s, 8s−9s, DOMINIC J. PEZZOLA (6) count(s) 1s, 2s, 3s, 4s, 5s, 6s−7s, 8s−9s, 10s. (zltp) (Entered: 06/08/2022) |
| 06/07/2022 | 379 | | REPLY TO OPPOSITION to Motion by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 365 MOTION for Order Order Directing the Government to Identify Brady Material (Smith, Nicholas) (Entered: 06/07/2022) |

| 06/09/2022 | 384 | | MOTION TO ADOPT AND SUPPLEMENT MOTION TO TRANSFER VENUE FILED BY CODEFENDANT TARRIO by ZACHARY REHL. (Hernandez, Carmen) Modified event type on 6/9/2022 (zltp). (Entered: 06/09/2022) |
|---|---|---|---|
| 06/09/2022 | 385 | | MOTION for Leave to File *Sur Reply* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 United States Sur Reply in re ECF 379)(McCullough, Jason) (Entered: 06/09/2022) |
| 06/09/2022 | 386 | | MOTION to Join Defendant Tarrio's Motion to Change Venue re 349 MOTION to Change Venue by JOSEPH R. BIGGS as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Hull, John) Modified event type on 6/10/2022 (zltp). (Entered: 06/09/2022) |
| 06/09/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) denying Rehl's 344 Motion to Compel Government to Provide Notice of Intent to Use Specified Evidence in Its Case–In–Chief at Trial. Rehl argues that, under both Federal Rule of Criminal Procedure 16 and Federal Rule of Criminal Procedure 12, the Government must identify the items that it intends to use in its case–in–chief. But neither rule requires the relief Rehl seeks, and the Court declines to order any relief beyond what it has already ordered. Rule 16(a)(1)(E) requires the Government to make available the items in its possession, custody, or control that are "material to preparing the defense," that the government "intends to use...in its case–in–chief at trial," or that were "obtained from or belong[] to the defendant." Thus, the Government is already subject to a duty to make available the items it will use in its case–in–chief, and the Court has already ordered the Government to identify them over a month before trial by providing Defendants a list of exhibits it intends to offer and a brief description of each exhibit. ECF No. 346. Moreover, the Government has already given Defendants "a 160–page grand jury transcript, with exhibits, and a detailed 96–slide PowerPoint presentation of the evidence supporting the charges against" them. ECF No. 353 at 6. Rule 12(b)(4)(B) allows a defendant to "request notice of the government's intent to use (in its evidence–in–chief at trial) any evidence that the defendant may be entitled to discover under Rule 16" so that he can "have an opportunity to move to suppress evidence." But this Court agrees with the court's conclusion in *United States v. Gonzalez* that "Rule 12(b)(4)(B) only allows the defendant to obtain notice from the government *after* the defendant has identified the evidence that it may want to move to suppress." No. 20–cr–40 (BAH), 2020 WL 6158246, at *5 (D.D.C. Oct. 21, 2020). And Rehl has not done that here. That said, for efficiency's sake, the Court strongly encourages the parties to discuss categories of discovery that are potentially subject to motions to suppress, and whether the Government intends to offer evidence from each category in its case–in–chief, so Defendants need not file, and the Court need not resolve, unnecessary motions to suppress. Accordingly, it is hereby ORDERED that Rehl's motion is DENIED. Signed by Judge Timothy J. Kelly on 6/9/2022. (lctjk1) (Entered: 06/09/2022) |
| 06/09/2022 | 387 | | Joint MOTION to Modify *Scheduling Order* by JOSEPH R. BIGGS as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Hull, John) (Entered: 06/09/2022) |
| 06/09/2022 | 388 | | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 387 Joint MOTION to Modify *Scheduling Order* (McCullough, Jason) (Entered: 06/09/2022) |

| 06/09/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 6/9/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearances of NORDEAN (1) and REHL (3) were WAIVED. Oral argument heard and taken under advisement as to defendant NORDEAN's 365 MOTION for Order Directing the Government to Identify Brady Material. Oral Motion by defendant REHL to renew his 344 MOTION to Compel. Speedy Trial Excludable (XT) started 6/9/2022 through 6/16/2022, in the interest of justice, as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Government Response to 377 MOTION due by 6/13/2022. Defendant REHL's Reply due by 6/15/2022. VTC Control Status Hearing set for 6/16/2022 at 2:00 PM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough and Conor Mulroe. (zkh) (Entered: 06/10/2022) |
| 06/09/2022 | | | Set/Reset Deadlines as to ZACHARY REHL (3): Government Response due by 6/13/2022. Defendant's Reply due by 6/15/2022. (zkh) (Entered: 06/10/2022) |
| 06/10/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 384 Motion to Adopt and Supplement Motion to Transfer Venue Filed by Codefendant Tarrio. It is hereby ORDERED that Defendant's motion is GRANTED. It is further ORDERED that Rehl may adopt and supplement Tarrio's 349 motion and related filings. It is further ORDERED that the Government shall file any response to Rehl's supplemental filing by June 20, 2022. Signed by Judge Timothy J. Kelly on 6/10/2022. (lctjk1) (Entered: 06/10/2022) |
| 06/10/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Before the Court is the parties' 387 388 request to modify the Court's scheduling order. Before the Court rules on that request, it must consider the nature of the pretrial motions the parties anticipate filing, and whether any such motion will require testimony to resolve. Thus, it is hereby ORDERED that the Government and each Defendant shall file, jointly or separately, by tomorrow, June 11, 2022, a status report or reports indicating what pretrial motions each party anticipates filing and whether the motion will require testimony. Signed by Judge Timothy J. Kelly on 6/10/2022. (lctjk1) (Entered: 06/10/2022) |
| 06/11/2022 | 391 | | MOTION TO REQUIRE GOVERNMENT TO DESIGNATE AND PRODUCE ANY IMAGES, VIDEO AND AUDIO RECORDINGS, OUT–OF–COURT STATEMENTS, TRANSCRIPTS AND SUMMARY CHARTS IT WILL USE IN TRIAL BEFORE THE DEADLINE FOR FILING PRETRIAL MOTIONS by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 06/11/2022) |
| 06/11/2022 | 393 | | STATUS REPORT *Regarding Motions* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Kenerson, Erik) (Entered: 06/11/2022) |
| 06/12/2022 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): The parties 387 388 request that the Court modify its scheduling order in this case. But before it ruled on that request, the Court ordered the parties to file, jointly or separately, by yesterday, June 11, 2022, a status report or reports indicating what pretrial motions each party anticipates filing and whether the motion will require testimony. Only the Government and Tarrio have filed such a status report. It is hereby ORDERED that the 387 388 request is HELD IN ABEYANCE until Defendants Nordean, Biggs, Rehl, and Pezzola comply with this Court's order. Signed by Judge Timothy J. Kelly on 6/12/2022. (lctjk1) (Entered: 06/12/2022) |
| 06/12/2022 | 394 | | STATUS REPORT *Regarding Pretrial Motions on Behalf of All Defendants* by ZACHARY REHL (Hernandez, Carmen) (Entered: 06/12/2022) |
| 06/12/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting in part Defendant Biggs's 387 Joint Motion to Modify Scheduling Order. Based on Defendant Rehl's representation, *see* ECF No. 394 , that all Defendants joined Defendant Tarrio's 392 Joint Status Report, and for good cause shown, it is hereby ORDERED that the 387 motion is GRANTED IN PART. It is further ORDERED that the following dates set forth in the Government's 388 response to the motion, and agreed to by all parties, shall govern: Pretrial motions, including motions to suppress and motions in limine, shall be filed by June 29, 2022; oppositions to the motions shall be filed by July 11, 2022; and replies shall be filed by July 18, 2022. The Joint Pretrial Statement, *see* ECF No. 346 , shall be filed by July 20, 2022. The parties shall appear for a motions hearing and pretrial conference on July 27, 2022, at 11:00 a.m. in a courtroom to be determined. Finally, jury selection and trial shall commence on August 8, 2022, at 9:00 a.m. It is further ORDERED that if, contrary to Defendant Rehl's representation and the Court's understanding, Defendant Tarrio's 392 Joint Status Report does not represent the position of all Defendants, then any such Defendant shall so advise the Court immediately. Signed by Judge Timothy J. Kelly on 6/12/2022. (lctjk1) (Entered: 06/12/2022) |
| 06/14/2022 | 395 | | RESPONSE by USA as to ZACHARY REHL re 377 MOTION for Leave to Respond to the Press Release Issued by the Department of Justice (McCullough, Jason) (Entered: 06/14/2022) |
| 06/14/2022 | | | MINUTE ORDER as to ZACHARY REHL (3): It is hereby ORDERED that the Government and Defendant Rehl shall be prepared to discuss Rehl's 391 Motion during the status conference this Thursday, June 16, 2022. Signed by Judge Timothy J. Kelly on 6/14/2022. (lctjk1) (Entered: 06/14/2022) |
| 06/15/2022 | 400 | | TRANSCRIPT OF STATUS CONFERENCE (held remotely via Zoom) in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before the Honorable Timothy J. Kelly held on 04/05/2022. Page Numbers: 1–43. Date of Issuance: 06/12/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by going to www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/6/2022. Redacted Transcript Deadline set for 7/16/2022. Release of Transcript Restriction set for 9/13/2022.(Meyer, Nancy) (Entered: 06/15/2022) |
| 06/15/2022 | | NOTICE OF HEARING as to ZACHARY REHL (3): VTC Arraignment set for 6/21/2022 at 10:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 06/15/2022) |
| 06/15/2022 | 401 | MOTION TO REOPEN DETENTION HEARING AND REQUEST FOR A HEARING by ZACHARY REHL. (Attachments: # 1 Exhibit)(Hernandez, Carmen) Modified event type on 6/15/2022 (zltp). (Entered: 06/15/2022) |
| 06/15/2022 | 402 | TRANSCRIPT OF DISCOVERY CONFERENCE in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 5–2–22; Page Numbers: 1–66; Date of Issuance: 6–15–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at t he courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/6/2022. Redacted Transcript Deadline set for 7/16/2022. Release of Transcript Restriction set for 9/13/2022.(Miller, Timothy) (Entered: 06/15/2022) |
| 06/16/2022 | | MINUTE ORDER as to ZACHARY REHL (3) denying Rehl's 377 Motion for Leave to Respond to the Press Release Issued by the Department of Justice. Local Criminal Rule 57.7(b) bars attorneys in a case from making an "extrajudicial statement which a reasonable person would expect to be disseminated by means of public communication, relating to that matter and concerning...the character or reputation of the accused" or "[a]ny opinion as to the accused's guilt or innocence or as to the merits of the case or the evidence in the case." The same rule states that it "shall not be construed to preclude" an attorney "from disclosing the nature, substance, or text of the charge, including a brief description of the offense charged; from quoting or referring without comment to public records of the court in the case; from announcing the scheduling or result of any stage in the judicial process; from requesting assistance in obtaining evidence; or from announcing without further comment that the accused denies the charges." LCrR 57.7(b). Rehl's counsel may of course make any statement |

| | | | |
|---|---|---|---|
| | | | to the press that complies with the local rule. But he has not shown that the Court should allow him to violate it, nor for that matter has he shown –– despite suggestions to the contrary –– that the Government did so. The Government's recent press release set forth the "nature, substance, [and] text of the charge" and included a "brief description of the offense charged" and it "quot[ed] or refer[ed] without comment" to the Third Superseding Indictment –– which is what Local Criminal Rule 57.7(b) allows. *Id.* Accordingly, it is hereby ORDERED that Rehl's motion, to the extent that it requests permission to violate the local rule, is DENIED. Signed by Judge Timothy J. Kelly on 6/16/2022. (lctjk1) (Entered: 06/16/2022) |
| 06/16/2022 | 404 | | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 403 MOTION to Continue *Trial* (Attachments: # 1 Exhibit Letter Dated June 15, 2022)(McCullough, Jason) (Entered: 06/16/2022) |
| 06/16/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Control Status Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 6/16/2022. Defendants NORDEAN (1), BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearance of REHL (3) was WAIVED. VTC Motion Hearing set for 6/22/2022 at 1:00 PM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough and Nadia Moore. (zkh) (Entered: 06/16/2022) |
| 06/16/2022 | 406 | | SUPPLEMENT by JOSEPH R. BIGGS as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 349 MOTION to Change Venue (zltp) (Entered: 06/17/2022) |
| 06/17/2022 | 405 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 384 MOTION for Joinder *and to Supplement Venue Motion* by USA as to ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 06/17/2022) |
| 06/17/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): As discussed on the record yesterday, it is hereby ORDERED that any responses to Biggs and Pezzola's 403 Motion to Continue, including any related requests to sever, shall be filed by Monday, June 20, 2022. It is further ORDERED that any responses to those filings shall be filed by Tuesday, June 21, 2022. Signed by Judge Timothy J. Kelly on 6/17/2022. (lctjk1) (Entered: 06/17/2022) |
| 06/17/2022 | 407 | | NOTICE *Regarding Discovery Correspondence* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 5/12/22 letter, # 2 6/17/22 letter)(Mulroe, Conor) (Entered: 06/17/2022) |
| 06/18/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting the Government's 405 Unopposed Motion to Continue Deadline for Response to Supplement. It is hereby ORDERED that, for good cause shown, the Government's motion is GRANTED. It is |

| | | | |
|---|---|---|---|
| | | | further ORDERED that the Government shall respond to Rehl's <u>384</u> Supplement by Tuesday, June 21, 2022. Signed by Judge Timothy J. Kelly on 6/18/2022. (lctjk1) (Entered: 06/18/2022) |
| 06/20/2022 | <u>409</u> | | RESPONSE by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 403 MOTION to Continue *Trial* (Smith, Nicholas) (Entered: 06/20/2022) |
| 06/20/2022 | <u>411</u> | | RESPONSE TO ORDER OF THE COURT by ZACHARY REHL re Order,, Set Deadlines, *Regarding Biggs Motion to Continue* (Hernandez, Carmen) (Entered: 06/20/2022) |
| 06/20/2022 | <u>412</u> | | MOTION ADOPT NORDEAN'S RESPONSE TO MOTION TO CONTINUE TRIAL re <u>409</u> Response to motion by ZACHARY REHL. (Hernandez, Carmen) Modified event type on 6/21/2022 (zltp). (Entered: 06/20/2022) |
| 06/21/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Arraignment as to ZACHARY REHL (3) as to Counts 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, and 9ss, held on 6/21/2022. Defendant appeared by audio. Plea of NOT GUILY entered as to Counts 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, and 9ss. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorney: Carmen D. Hernandez; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, and Nadia Moore. (zkh) (Entered: 06/21/2022) |
| 06/21/2022 | <u>413</u> | | RESPONSE by USA as to JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO re 399 Unopposed MOTION for Leave to File *Supplement on Change of Trial Venue*, <u>384</u> MOTION for Joinder (Kenerson, Erik) (Entered: 06/21/2022) |
| 06/21/2022 | <u>414</u> | | REPLY in Support by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 403 MOTION to Continue *Trial* (McCullough, Jason) (Entered: 06/21/2022) |
| 06/22/2022 | <u>416</u> | | RESPONSE by ENRIQUE TARRIO as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 403 MOTION to Continue *Trial* (Jauregui, Sabino) (Entered: 06/22/2022) |
| 06/22/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) and ENRIQUE TARRIO (5) granting Tarrio's and Rehl's 410 <u>412</u> Motions to Join Nordean's <u>409</u> Response to Motion to Continue Trial. It is hereby ORDERED that, for good cause shown, Tarrio's and Rehl's motions are hereby GRANTED. Signed by Judge Timothy J. Kelly on 6/22/2022. (lctjk1) (Entered: 06/22/2022) |
| 06/22/2022 | <u>417</u> | | RESPONSE by ZACHARY REHL *re: 403 BIGGS MOTION TO CONTINUE* (Hernandez, Carmen) Modified text to include linkage on 6/22/2022 (zltp). (Entered: 06/22/2022) |
| 06/22/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 6/22/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearances of NORDEAN (1) and REHL (3) were WAIVED. For the reasons stated on the record, Defendant BIGGS' 403 MOTION to Continue is GRANTED. Order to be entered by the court. Bond Status of Defendants: 1–Remains Committed, |

| | | | |
|---|---|---|---|
| | | | 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough and Conor Mulroe. (zkh) (Entered: 06/22/2022) |
| 06/22/2022 | 418 | | MOTION for Extension of Time to File *Report and Recommendation* by SANTHA SONENBERG as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Sonenberg, Santha) (Entered: 06/22/2022) |
| 06/24/2022 | 419 | | MEMORANDUM ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting Biggs and Pezzola's 403 Motion to Continue Trial. See Order for details. Signed by Judge Timothy J. Kelly on 6/24/2022. (lctjk1) (Entered: 06/24/2022) |
| 06/24/2022 | | | Set/Reset Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Jury Selection/Trial set to commence on 12/12/2022 at 9:00 AM in the Ceremonial Courtroom before Judge Timothy J. Kelly. (zkh) (Entered: 06/24/2022) |
| 06/24/2022 | | | Terminate Deadlines and Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 06/24/2022) |
| 06/29/2022 | 420 | | Joint STATUS REPORT *AND PROPOSED PRETRIAL SCHEDULE* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 Text of Proposed Order)(McCullough, Jason) (Entered: 06/29/2022) |
| 06/29/2022 | 421 | | Memorandum in Opposition by USA as to ZACHARY REHL re 401 MOTION for Hearing *and to Reopen Detention* (Attachments: # 1 Exhibit 1 – Discovery Letter)(Kenerson, Erik) (Entered: 06/29/2022) |
| 06/29/2022 | 423 | | ERRATA by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 420 Status Report filed by USA (McCullough, Jason) (Entered: 06/29/2022) |
| 07/06/2022 | 425 | | Consent MOTION for Extension of Time to File Response/Reply as to 401 MOTION for Hearing *and to Reopen Detention Hearing* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 07/06/2022) |
| 07/06/2022 | 426 | | SCHEDULING ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). See Order for details. Signed by Judge Timothy J. Kelly on 7/6/2022. (lctjk1) (Entered: 07/06/2022) |
| 07/07/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 425 Consent Motion to Extend Time to File a Reply. It is hereby ORDERED that, for good cause shown, Defendant's motion is GRANTED. It is further ORDERED that Defendant shall file his reply by July 11, 2022. Signed by Judge Timothy J. Kelly on 7/7/2022. (lctjk1) (Entered: 07/07/2022) |
| 07/07/2022 | | | Set/Reset Deadlines/Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Motions due by 8/19/2022. Responses due by 9/2/2022. Replies due by 9/12/2022. |

| | | | |
|---|---|---|---|
| | | | Motion in Limine due by 10/14/2022. Prior Convictions/Objections due by 10/28/2022. Proposed Jury Instructions/Verdict Form due by 10/28/2022. Pretrial Statement due by 10/28/2022. VTC Motion Hearings set for 9/29/2022 at 9:30 AM and 10/28/2022 at 9:30 AM before Judge Timothy J. Kelly. In Person Motion Hearing set for 11/14/2022 at 9:30 AM in Courtroom 11 before Judge Timothy J. Kelly. In Person Pretrial Conference/Motion Hearing set for 11/18/2022 at 9:30 AM in Courtroom 11 before Judge Timothy J. Kelly. (zkh) (Entered: 07/07/2022) |
| 07/11/2022 | 428 | | Consent MOTION for Extension of Time to File Response/Reply as to 401 MOTION for Hearing by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 07/11/2022) |
| 07/13/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 428 Consent Motion for Extension of Time to File a Reply. It is hereby ORDERED, nunc pro tunc and for good cause shown, that Defendant's motion is GRANTED. It is further ORDERED that Defendant shall file his reply by July 21, 2022. Signed by Judge Timothy J. Kelly on 7/13/2022. (lctjk1) (Entered: 07/13/2022) |
| 07/15/2022 | 429 | | TRANSCRIPT OF MOTION HEARING in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 6–9–22; Page Numbers: 1–85; Date of Issuance: 7–15–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/5/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/13/2022.(Miller, Timothy) (Entered: 07/15/2022) |
| 07/20/2022 | 430 | | Consent MOTION for Extension of Time to File Response/Reply by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 07/20/2022) |
| 07/22/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 430 Consent Motion for Extension of Time to File a Reply. It is hereby ORDERED that, for good cause shown, Defendant's motion is GRANTED. It is further ORDERED that Defendant shall file his reply by July 28, 2022. Signed by Judge Timothy J. Kelly on 7/22/2022. (lctjk1) (Entered: 07/22/2022) |
| 08/15/2022 | | | MINUTE ORDER as to ZACHARY REHL (3): The Court understands that Defendant Rehl still intends to file a reply in support of his 401 Motion to Reopen Detention Hearing and Request for a Hearing. It is hereby ORDERED that he shall do so by August 29, 2022, or request a further extension, which under the circumstances the |

| | | | |
|---|---|---|---|
| | | | Court will freely give if requested. Signed by Judge Timothy J. Kelly on 8/15/2022. (lctjk1) (Entered: 08/15/2022) |
| 08/19/2022 | 435 | | MOTION Adopt and Supplement re: 434 Motion to Dismiss and for Bill of Particulars Filed by Defendant Nordean by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) Modified event type, text and linkage on 8/22/2022 (zltp). (Entered: 08/19/2022) |
| 08/19/2022 | 437 | | MOTION to Dismiss Count *One, Two and Four* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/19/2022) |
| 08/19/2022 | 438 | | MOTION for Extension of Time to *File Additional Motions* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/19/2022) |
| 08/19/2022 | 439 | | MOTION to Dismiss Case *on First Amendment Grounds* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/19/2022) |
| 08/24/2022 | 440 | | MOTION to Dismiss Case *for a Violation of the Presentment Clause of the Fifth Amendment* by ZACHARY REHL. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/24/2022) |
| 08/24/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) and ENRIQUE TARRIO (5): The Court construes Defendants' 435 436 motions as requests to join Nordean's motion and apply the arguments in that motion to them as well, but not to file any new briefing or supplement the motion on paper, which the Court would be disinclined to allow. But before ruling, it will hear from the Government. Thus, it is hereby ORDERED that the Government shall file its response to Rehl and Tarrio's 435 436 motions by August 29, 2022. Signed by Judge Timothy J. Kelly on 8/24/2022. (lctjk1) (Entered: 08/24/2022) |
| 08/24/2022 | 442 | | MOTION to Dismiss Count *Two and Count Three* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/24/2022) |
| 08/24/2022 | 443 | | MOTION to Dismiss Count *One Failure to State an Offense, as Unconstitutionally Vague and under the Rule of Lenity* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/24/2022) |
| 08/25/2022 | 444 | | MOTION for Extension of Time to File Response/Reply as to 439 MOTION to Dismiss Case *on First Amendment Grounds*, 442 MOTION to Dismiss Count *Two and Count Three*, 437 MOTION to Dismiss Count *One, Two and Four*, 443 MOTION to Dismiss Count *One Failure to State an Offense, as Unconstitutionally Vague and under the Rule of Lenity*, 434 MOTION to Dismiss Count *One, Two, Three, Four, Five, Seven, Eight, and Nine of the Third Superseding Indictment and, in the Alternative, Motion for a Bill of Particulars*, 440 MOTION to Dismiss Case *for a Violation of the Presentment Clause of the Fifth Amendment* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 08/25/2022) |
| 08/25/2022 | 445 | | RESPONSE by ZACHARY REHL re 444 MOTION for Extension of Time to File Response/Reply as to 439 MOTION to Dismiss Case *on First Amendment Grounds*, 442 MOTION to Dismiss Count *Two and Count Three*, 437 MOTION to Dismiss Count *One, Two and Four*, [ (Hernandez, Carmen) (Entered: 08/25/2022) |

| 08/26/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), ZACHARY REHL (3), and ENRIQUE TARRIO (5): Upon consideration of the Government's 444 Motion for Extension of Time, it is hereby ORDERED that Defendants Nordean and Tarrio shall file any opposition to the 444 motion no later than noon on August 29, 2022. Signed by Judge Timothy J. Kelly on 8/26/2022. (lctjk1) (Entered: 08/26/2022) |
| 08/29/2022 | 448 | | RESPONSE TO ORDER OF THE COURT by USA as to ZACHARY REHL, ENRIQUE TARRIO re Order,,, Set Deadlines,, (Moore, Nadia) (Entered: 08/29/2022) |
| 08/29/2022 | 449 | | REPLY in Support by ZACHARY REHL re 401 MOTION for Hearing (Hernandez, Carmen) (Entered: 08/29/2022) |
| 08/30/2022 | | | MINUTE ORDER as to as to ETHAN NORDEAN (1), ZACHARY REHL (3), and ENRIQUE TARRIO (5) granting the Government's 444 Unopposed Motion for Extension of Time. It is hereby ORDERED that, for good cause shown, the Government's motion is GRANTED. It is further ORDERED that the Government shall respond to ECF Nos. 434, 437, 439, 440, 442, and 443 by September 7, 2022. It is FURTHER ORDERED that Defendants shall file any reply in support of ECF Nos. 434, 437, 439, 440, 442, and 443 by September 15, 2022. Signed by Judge Timothy J. Kelly on 8/30/2022. (lctjk1) (Entered: 08/30/2022) |
| 08/31/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) and ENRIQUE TARRIO (5) granting Defendants' 435 436 Unopposed Motions to Adopt and Supplement Nordean's 434 Motion to Dismiss. Construing Defendants' motions as requests to join Nordean's motion and apply the arguments in that motion to them as well, it is hereby ORDERED that Defendants' motions are GRANTED. If Defendants wish to file any supplemental briefings to Nordean's motion, Defendants shall move for such relief and make a showing of good cause. Signed by Judge Timothy J. Kelly on 8/31/2022. (lctjk1) (Entered: 08/31/2022) |
| 08/31/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 438 Unopposed Motion for Extension of Time. It is hereby ORDERED that, nunc pro tunc and for good cause shown, Defendant's motion is granted. It is further ORDERED that Defendant Rehl's 440 442 443 motions are deemed timely filed. Signed by Judge Timothy J. Kelly on 8/31/2022. (lctjk1) (Entered: 08/31/2022) |
| 09/05/2022 | 452 | | MOTION TO ADOPT TARRIOS MOTION AND REPLY FOR THE GOVERNMENT TO PRODUCE DISCOVERY: BRADY MOTION *(ECF 431 & ECF 441)* by ZACHARY REHL. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Hernandez, Carmen) Modified event type on 9/14/2022 (zltp). (Entered: 09/05/2022) |
| 09/07/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 452 Motion to Adopt Tarrio's Motion and Reply for the Government to Produce Discovery: Brady Motion. Construing Defendant's motion as a request to join Tarrio's motion and apply the arguments in that motion to him as well, it is hereby ORDERED that Defendants motion is GRANTED. Signed by Judge Timothy J. Kelly on 9/7/2022. (lctjk1) (Entered: 09/07/2022) |
| 09/07/2022 | 454 | | Memorandum in Opposition by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO re 439 Motion to Dismiss Case, 442 Motion to dismiss count(s), 437 Motion to dismiss count(s), 443 Motion to dismiss count(s), 434 Motion to dismiss count(s), 440 Motion to Dismiss Case (Attachments: # 1 Exhibit A – Jury Instructions)(Kenerson, Erik) (Entered: 09/07/2022) |

| 09/07/2022 | 455 | | MOTION for Leave to File Excess Pages by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 09/07/2022) |
|---|---|---|---|
| 09/08/2022 | | | NOTICE OF HEARING as to ZACHARY REHL (3): Motion Hearing on Defendant's 401 MOTION TO REOPEN DETENTION HEARING set for 9/14/2022 at 10:00 AM in Courtroom 11 before Judge Timothy J. Kelly. **Because this proceeding will be held in person, no public telephone access will be available. The public is welcome to attend the proceeding in the E. Barrett Prettyman U.S. Courthouse, located at 333 Constitution Avenue, NW, Washington, DC.** (zkh) (Entered: 09/08/2022) |
| 09/08/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), and ENRIQUE TARRIO (5) treating as opposed and granting the Government's 455 Motion for Leave to File Excess Pages re the United States' Response to Defendants' Motions to Dismiss Part or All of the Third Superseding Indictment. It is hereby ORDERED that, nunc pro tunc and for good cause shown, the Government's motion is GRANTED. Signed by Judge Timothy J. Kelly on 9/8/2022. (lctjk1) (Entered: 09/08/2022) |
| 09/13/2022 | | | MINUTE ORDER as to ZACHARY REHL (3): The Court hereby ORDERS that a representative from the Federal Detention Center Philadelphia with knowledge of the procedures by which the institution makes individuals available for court proceedings shall appear telephonically for the hearing set for tomorrow, September 14, 2022, at 10:00 a.m. The representative shall contact the Courtroom Deputy at (202) 354–3495 to make arrangements to appear. Signed by Judge Timothy J. Kelly on 9/13/2022. (lctjk1) (Entered: 09/13/2022) |
| 09/14/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Status Conference as to ZACHARY REHL (3) held on 9/14/2022. Case called for Motion Hearing, but not held. For the reasons stated on the record, the defendant was not present. Motion Hearing rescheduled for 9/30/2022 at 9:30 AM in Courtroom 11 before Judge Timothy J. Kelly. **Because this proceeding will be held in person, no public telephone access will be available. The public is welcome to attend the proceeding in the E. Barrett Prettyman U.S. Courthouse, located at 333 Constitution Avenue, NW, Washington, DC.** Bond Status of Defendant: Remains Committed; Court Reporter: Bryan Wayne; Defense Attorney: Carmen D. Hernandez; US Attorneys: Erik Michael Kenerson, Jason Bradley Adam McCullough, Nadia Moore and Conor Mulroe; Witnesses: Derek Haywood (USMS) and Alisha Gallagher (FDC Philadelphia). (zkh) (Entered: 09/14/2022) |
| 09/14/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): As reflected in the 426 Scheduling Order, the Court will hear argument on various motions on September 29, 2022 and October 28, 2022, via videoconference. The Court understands that, despite the efforts of the parties and the Court, certain Defendants may not be able to appear remotely due to the policies or logistical limitations at their respective detention facilities. Counsel for each Defendant are hereby ORDERED to contact the Courtroom Deputy ten days before either hearing if they do not agree to waive their clients' presence for the hearing, should he be unable to appear remotely. Signed by Judge Timothy J. Kelly on 9/14/2022. (lctjk1) Modified to correct grammatical error on 9/14/2022 (zkh). (Entered: 09/14/2022) |
| 09/14/2022 | 461 | | Consent MOTION for Extension of Time to File Response/Reply as to 439 MOTION to Dismiss Case *on First Amendment Grounds*, 442 MOTION to Dismiss Count *Two* |

| | | | |
|---|---|---|---|
| | | | *and Count Three*, <u>437</u> MOTION to Dismiss Count *One, Two and Four*, <u>443</u> MOTION to Dismiss Count *One Failure to State an Offense, as Unconstitutionally Vague and under the Rule of Lenity*, <u>440</u> MOTION to Dismiss Case *for a Violation of the Presentment Clause of the Fifth Amendment* by ZACHARY REHL. (Attachments: # <u>1</u> Text of Proposed Order)(Hernandez, Carmen) (Entered: 09/14/2022) |
| 09/15/2022 | | | MINUTE ORDER as to JOSEPH R. BIGGS (2), ZACHARY REHL (3), and ENRIQUE TARRIO (5) denying without prejudice Defendants' 431 Motion for Release of Brady Materials. On September 12, 2022, the Court heard argument on Defendant Tarrio's 431 Motion for Release of Brady Materials, which Defendants Biggs and Rehl have joined. For the reasons discussed at the hearing, it is hereby ORDERED that the motion is DENIED WITHOUT PREJUDICE. Also, as discussed at the hearing, it is further ORDERED that Defendant may file, under seal, a follow–up motion addressing the specific materials he seeks from the Government. Signed by Judge Timothy J. Kelly on 9/15/2022. (lctjk1) (Entered: 09/15/2022) |
| 09/16/2022 | | | Set/Reset Hearings as to ZACHARY REHL (3) and ENRIQUE TARRIO (5): VTC Motion Hearing set for 9/29/2022 at 9:30 AM before Judge Timothy J. Kelly. (zkh) (Entered: 09/16/2022) |
| 09/16/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's <u>461</u> Consent Motion for an Extension of Time. It is hereby ORDERED that, *nunc pro tunc* and for good cause shown, Defendant Rehl's <u>461</u> motion is GRANTED. It is further ORDERED that Defendant Rehl shall file any reply to the Government's Opposition to his motions to dismiss by September 18, 2022. Signed by Judge Timothy J. Kelly on 9/16/2022. (lctjk1) (Entered: 09/16/2022) |
| 09/29/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 9/29/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearances of NORDEAN (1) and REHL (3) were waived. Oral arguments heard on Motions to Dismiss, and taken under advisement. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Lisa Bankins; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, Nadia Moore, and James Pearce. (zkh) (Entered: 09/29/2022) |
| 09/29/2022 | | | NOTICE OF HEARING as to ZACHARY REHL (3): The Motion Hearing currently set for 9/30/2022 is **RESCHEDULED** for 10/7/2022 at 8:00 AM in Courtroom 11 before Judge Timothy J. Kelly. **Because this proceeding will be held in person, no public telephone access will be available. The public is welcome to attend the proceeding in the E. Barrett Prettyman U.S. Courthouse, located at 333 Constitution Avenue, NW, Washington, DC.** (zkh) (Entered: 09/29/2022) |
| 10/03/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), AND DOMINIC J. PEZZOLA (6) granting Defendants' 470 Consent Motion for an Extension of Time. It is hereby ORDERED that, *nunc pro tunc* and for good cause shown, Defendants' motion is GRANTED. It is further ORDERED that Defendants shall file any supplement to the motion to change venue, ECF No. 349, by October 10, 2022. It is further ORDERED that the Government shall file any response by October 21, 2022, and Defendants shall |

| | | | |
|---|---|---|---|
| | | | reply by October 24, 2022. The October 28, 2022, hearing on the motion to change venue will proceed as scheduled. Signed by Judge Timothy J. Kelly on 10/3/2022. (lctjk1) (Entered: 10/03/2022) |
| 10/07/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing as to ZACHARY REHL (3) held on 10/7/2022. Defendant appeared by telephone. Oral argument heard on Defendant's 401 MOTION TO REOPEN DETENTION HEARING, and taken under advisement. Submissions by the Parties due by 10/12/2022. Responses due by 10/17/2022. Bond Status of Defendant: Remains Committed; Court Reporter: Jeffrey Hook; Defense Attorney: Carmen D. Hernandez; US Attorneys: Erik Michael Kenerson, Jason Bradley Adam McCullough, Nadia Moore and Conor Mulroe. (zkh) (Entered: 10/07/2022) |
| 10/07/2022 | 475 | | MOTION in Limine *to Admit Statements* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Mulroe, Conor) (Entered: 10/07/2022) |
| 10/07/2022 | 476 | | NOTICE *of Expert Witness* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 Expert Notice)(Kenerson, Erik) (Entered: 10/07/2022) |
| 10/12/2022 | 479 | | SUPPLEMENT by USA as to ZACHARY REHL re 421 Memorandum in Opposition *to Motion to Reopen Detention Hearing* (Attachments: # 1 Exhibit 1 – Text Message to Defendant's Mother)(Kenerson, Erik) (Entered: 10/12/2022) |
| 10/12/2022 | 480 | | Consent MOTION for Extension of Time *to File Supplement to His Motion to Reopen the Detention Hearing* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 10/12/2022) |
| 10/13/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 480 Consent Motion for Extension of Time. It is hereby ORDERED that, *nunc pro tunc* and for good cause shown, Defendant's motion is GRANTED. Defendant shall file any supplement to his Motion to Reopen the Detention Hearing by October 17, 2022. It is further ORDERED that the Government shall file any response by October 20, 2022. Signed by Judge Timothy J. Kelly on 10/13/2022. (lctjk1) (Entered: 10/13/2022) |
| 10/14/2022 | 486 | | MOTION to Preclude Disclosure and Use of Privileged Marital Communications by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 10/14/2022) |
| 10/14/2022 | 492 | | MOTION to Sever Count(s) , MOTION to Sever Defendant by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 10/14/2022) |
| 10/14/2022 | 493 | | MOTION for Leave to File Additional Motions In Light of Governments Continuing Production of Discovery by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 10/14/2022) |
| 10/14/2022 | 494 | | MOTION in Limine *(Omnibus)* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Mulroe, Conor) (Entered: 10/14/2022) |
| 10/14/2022 | 495 | | MOTION in Limine *to Preclude Governments Use Against Him of Statements Protected by the First Amendment* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 10/14/2022) |

| 10/21/2022 | 502 | | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO *to 477 Supplement to Motion to Change Venue* (Attachments: # 1 Exhibit 1 – Excerpt of Transcript, # 2 Exhibit 2 – Jury Questionnaire from United States v. Rhodes, et. al.)(Kenerson, Erik) (Entered: 10/21/2022) |
| 10/22/2022 | 503 | | Memorandum in Opposition by ZACHARY REHL re 475 Motion in Limine *to Admit Statements* (Hernandez, Carmen) (Entered: 10/22/2022) |
| 10/28/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 10/28/2022. Defendant TARRIO (5) appeared by video. The appearances of NORDEAN (1), BIGGS (2), REHL (3), and PEZZOLA (6) were waived. Oral argument heard on Defendants' 349 MOTION to Change Venue, and taken under advisement. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Nancy Meyer; Defense Attorneys: 1–Nicholas D. Smith, 2–Norman A Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, and Conor Mulroe. (zkh) (Entered: 10/28/2022) |
| 10/28/2022 | 509 | | RESPONSE by USA as to ZACHARY REHL re 486 MOTION to Preclude Disclosure and Use of Privileged Marital Communications (Kenerson, Erik) (Entered: 10/28/2022) |
| 10/28/2022 | 510 | | Memorandum in Opposition by USA as to ZACHARY REHL re 495 Motion in Limine *To Preclude Admission of Statements* (Kenerson, Erik) (Entered: 10/28/2022) |
| 10/28/2022 | 511 | | Memorandum in Opposition by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 498 Motion to Exclude, 490 Motion in Limine (McCullough, Jason) (Entered: 10/28/2022) |
| 10/28/2022 | 512 | | REPLY TO OPPOSITION to Motion by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 475 MOTION in Limine *to Admit Statements* (McCullough, Jason) (Entered: 10/28/2022) |
| 10/28/2022 | 513 | | RESPONSE by USA as to ZACHARY REHL re 492 MOTION to Sever Count(s) MOTION to Sever Defendant (Mulroe, Conor) (Entered: 10/28/2022) |
| 10/28/2022 | 515 | | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 491 MOTION in Limine *to Exclude Proposed Government Exhibits*, 489 First MOTION in Limine *to exclude proposed government exhibits* (Attachments: # 1 Exhibit 1 – August exhibits transmittal email, # 2 Exhibit 2 – August Preliminary Exhibit List (redacted))(Mulroe, Conor) (Entered: 10/28/2022) |
| 11/01/2022 | | | **ENTERED IN ERROR.....** MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): On December 5, 2022, potential jurors will appear for a special panel in this case. Pursuant to the U.S. District Court for the District of Columbia's Jury Selection Plan, the Court will authorize the Clerk, "[e]xcept where the Clerk believes an exercise of judicial discretion is necessary...to exempt and excuse persons" listed in certain categories specified in 10–14 of the Jury Selection Plan, |

| | | | |
|---|---|---|---|
| | | | including to excuse jurors on the grounds of "undue hardship" or "extreme inconvenience" under 28 U.S.C. § 1866(c). U.S. District Court for the District of Columbia, *Jury Selection Plan for the Random Selection of Grand and Petit Jurors* (amended May 17, 2022), https://www.dcd.uscourts.gov/sites/dcd/files/D.D.C.JurySelectionPlan–20220517.pdf. Should any party wish to review such requests before the Clerk's office grants them, they may file a notice so informing the Court by Wednesday, November 2, 2022. Signed by Judge Timothy J. Kelly on 11/1/2022. (lctjk1) Modified to mark as error on 11/1/2022 (zkh). (Entered: 11/01/2022) |
| 11/01/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): On December 5, 2022, potential jurors will appear for a special panel in this case. Pursuant to the U.S. District Court for the District of Columbia's Jury Selection Plan, the Court will authorize the Clerk, "[e]xcept where the Clerk believes an exercise of judicial discretion is necessary...to exempt and excuse persons" listed in certain categories specified in &para&para 10–14 of the Jury Selection Plan, including to excuse jurors on the grounds of "undue hardship" or "extreme inconvenience" under 28 U.S.C. § 1866(c). U.S. District Court for the District of Columbia, Jury Selection Plan for the Random Selection of Grand and Petit Jurors (amended May 17, 2022), https://www.dcd.uscourts.gov/sites/dcd/files/D.D.C.JurySelectionPlan–20220517.pdf. Should any party wish to review such requests before the Clerk's office grants them, they may file a notice so informing the Court by Wednesday, November 2, 2022. Signed by Judge Timothy J. Kelly on 11/1/2022. (lctjk1) (Entered: 11/01/2022) |
| 11/01/2022 | 518 | | Joint MOTION to Dismiss Count *One, Two and Four of the Third Superseding Indictment and Supplement to Motion to Change Venue* by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Smith, Nicholas) (Entered: 11/01/2022) |
| 11/04/2022 | 520 | | TRANSCRIPT OF MOTION HEARING (via Zoom) in the case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before the Honorable Timothy J. Kelly held on 10/28/2022. Page Numbers: 1–71. Date of Issuance: 10/31/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by going to www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/2/2023.(Meyer, Nancy) (Entered: 11/04/2022) |
| 11/04/2022 | 522 | | |

| | | | |
|---|---|---|---|
| | | | REPLY in Support by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re <u>494</u> MOTION in Limine *(Omnibus)* (Mulroe, Conor) (Entered: 11/04/2022) |
| 11/06/2022 | <u>525</u> | | MOTION to Compel *Production of Defense Witness List, Exhibit List, and Rule 16 Discovery* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # <u>1</u> Text of Proposed Order)(Kenerson, Erik) (Entered: 11/06/2022) |
| 11/08/2022 | <u>530</u> | | MEMORANDUM ORDER as to ZACHARY REHL (3) denying Defendant's <u>401</u> Motion to Reopen Detention Hearing. See Order for details. Signed by Judge Timothy J. Kelly on 11/8/2022. (lctjk1) (Entered: 11/08/2022) |
| 11/09/2022 | <u>531</u> | | MEMORANDUM OPINION AND ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) denying without prejudice Defendants' 349 Motion to Transfer Venue. See Order for details. Signed by Judge Timothy J. Kelly on 11/8/2022. (lctjk1) Modified to correct entry on 11/9/2022 (zkh). (Entered: 11/09/2022) |
| 11/10/2022 | <u>533</u> | | MOTION to Dismiss Case , MOTION for Sanctions by ZACHARY REHL. (Attachments: # <u>1</u> Text of Proposed Order)(Hernandez, Carmen) (Entered: 11/10/2022) |
| 11/10/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): The parties shall be prepared to address the issues raised in Defendant Rehl's <u>533</u> Motion at the hearing scheduled for Monday, November 14, 2022, at 9:30 A.M. The Government shall file any written response to the motion by November 13, 2022 at noon. Signed by Judge Timothy J. Kelly on 11/10/2022. (lctjk1) (Entered: 11/10/2022) |
| 11/14/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 11/14/2022. The appearance of Defendant TARRIO (5) was waived. Oral argument heard on defendants' <u>533</u> <u>534</u> 535 536 537 and 540 MOTIONS, and taken under advisement. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Remains Committed, 6–Committed/Commitment Issued; Court Reporter: Sara Wick; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–John Daniel Hull, IV (Stand In); US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, Nadia Moore, and Jocelyn Ballantine. (zkh) (Entered: 11/14/2022) |
| 11/14/2022 | <u>541</u> | | Memorandum in Opposition by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re <u>518</u> Motion to dismiss count(s), (Kenerson, Erik) (Entered: 11/14/2022) |
| 11/15/2022 | | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Motion Hearing set for 11/17/2022 at 9:30 AM in Courtroom 11 before Judge Timothy J. Kelly. **Because this proceeding will be held in person, no public telephone access will be available. The public is welcome to attend the proceeding in the E. Barrett Prettyman U.S. Courthouse, located at 333 Constitution Avenue, NW, Washington, DC.** (zkh) (Entered: 11/15/2022) |

| 11/15/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting the Government's 525 Motion to Compel. It is hereby ORDERED that the Government's 525 Motion to Compel Witness and Exhibit Lists is GRANTED. It is further ORDERED that Defendants shall, by November 28, 2022, (1) satisfy their reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as described in the Court's 426 Scheduling Order); (2) produce to the Government a list of exhibits they anticipate they may introduce during their case−in−chief; and (3) produce to the Government a list identifying the witnesses they anticipate they may call during their case−in−chief. Only upon leave of court and a showing of good cause will Defendants be permitted to withhold a witnesss identity. Signed by Judge Timothy J. Kelly on 11/15/2022. (lctjk1) (Entered: 11/15/2022) |
|---|---|---|---|
| 11/15/2022 | 542 | | MOTION to Access *Certain Sealed Records & Transcript of Sealed Motions Hearing* by WP COMPANY LLC, TEGNA, INC., PRO PUBLICA, INC., NEW YORK TIMES COMPANY, NBCUNIVERSAL MEDIA, LLC, NATIONAL PUBLIC RADIO, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, GRAY MEDIA GROUP, INC., GANNETT CO., INC., E.W. SCRIPPS COMPANY, DOW JONES & COMPANY, INC., CBS BROADCASTING INC., BUZZFEED INC., ASSOCIATED PRESS, AMERICAN BROADCASTING COMPANIES, INC., CABLE NEWS NETWORK, INC. as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(Tobin, Charles) (Entered: 11/15/2022) |
| 11/17/2022 | 544 | | MOTION Adopt and Supplement Motions of Codefendants by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 11/17/2022) |
| 11/17/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 11/17/2022. The appearances of Defendants REHL (3) and TARRIO (5) were waived. Oral argument heard on Government's 475 MOTION in Limine and Defendants' 489 and 491 MOTION in Limine, and taken under advisement. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Remains Committed, 5−Remains Committed, 6−Committed/Commitment Issued; Court Reporter: Maria Weinbeck; Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 11/17/2022) |
| 11/18/2022 | | | MINUTE ORDER as to ZACHARY REHL (3) granting Defendant's 544 Motion to Adopt and Supplement Motions of Codefendants. Construing Defendant's motion as a request to join ECF Nos. 489, 490, 491, 499, 505, 518, 524, 535, 536, and 539 and apply the arguments in those motions, oppositions, and replies to him as well, it is hereby ORDERED that Defendant's motion is GRANTED. Signed by Judge Timothy J. Kelly on 11/18/2022. (lctjk1) Modified to add ECF number on 11/18/2022 (zkh). (Entered: 11/18/2022) |
| 11/18/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Pretrial Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 11/18/2022. Defendant TARRIO (5) appeared by video. Oral argument heard on Government's 494 |

| | | | |
|---|---|---|---|
| | | | MOTION and on Defendants' 473 MOTION and <u>492</u> MOTION, and taken under advisement. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Remains Committed, 6–Committed/Commitment Issued; Court Reporter: Nancy Meyer; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Press Coalition Attorney: Maxwell S. Mishkin. (zkh) (Entered: 11/18/2022) |
| 11/22/2022 | <u>549</u> | | NOTICE OF APPEAL (Interlocutory) by ZACHARY REHL re <u>530</u> Order on Motion for Hearing. Fee Status: No Fee Paid. Parties have been notified. (Hernandez, Carmen) (Entered: 11/22/2022) |
| 11/23/2022 | <u>550</u> | | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 547 Notice (Other), *546 Memorandum in Opposition* (Attachments: # <u>1</u> Exhibit 1 – Proposed Trial Exhibit, # <u>2</u> Exhibit 2 – Proposed Trial Exhibit, # <u>3</u> Exhibit 3 – Proposed Trial Exhibit, # <u>4</u> Exhibit 4 – Proposed Trial Exhibit, # <u>5</u> Exhibit 5 – Proposed Trial Exhibit)(Kenerson, Erik) (Entered: 11/23/2022) |
| 11/25/2022 | <u>551</u> | | Joint MOTION for Extension of Time to *Produce Witness and Exhibit Lists* by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Smith, Nicholas) (Entered: 11/25/2022) |
| 11/28/2022 | | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) treating as opposed and granting Defendants' <u>551</u> Joint Motion to Extend Time. It is hereby ORDERED that, for good cause shown, Defendants' motion is GRANTED. It is further ORDERED that Defendants shall, by December 2, 2022, produce to the Government a list identifying the witnesses they anticipate they may call during their case–in–chief. It is further ORDERED that Defendants shall, by December 8, 2022, satisfy their reciprocal discovery obligations, if any, under Rule 16(b) and produce to the Government a list of exhibits they anticipate they may introduce during their case–in–chief. Signed by Judge Timothy J. Kelly on 11/28/2022. (lctjk1) (Entered: 11/28/2022) |
| 11/28/2022 | <u>552</u> | | MEMORANDUM ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) denying Defendants' <u>518</u> Motion to Dismiss Counts One, Two, and Four. See Order for details. Signed by Judge Timothy J. Kelly on 11/28/2022. (lctjk1) (Entered: 11/28/2022) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO: 21-CR-0175-3 (TJK)** |
| | * | |
| **ZACHARY REHL,** | * | |
| **Defendant** | * | |

********
### NOTICE OF APPEAL

Zachary Rehl, by his undersigned counsel, appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, hereby appeals the decision of the district court to deny his motion to reopen the detention hearing and release him on conditions of release entered on November 8, 2022 (ECF 530).

Respectfully submitted,

/s/

_____

**Carmen D. Hernandez**
Bar No.  MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 22nd day of November, 2022.

/s/ Carmen D. Hernandez
**Carmen D.  Hernandez**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ZACHARY REHL,

*Defendant*.

Criminal Action No. 21-175-3 (TJK)

## <u>MEMORANDUM ORDER</u>

Before the Court is Defendant Zachary Rehl's second motion to reopen his detention hearing.  ECF No. 401.  Rehl has been detained since July 1, 2021, when the Court granted the Government's motion to revoke pretrial release.  At that time, the Court explained in detail its analysis of the Bail Reform Act ("BRA") factors in support of the detention order.  *See* ECF No. 147 at 36–60; 18 U.S.C. § 3142(g).  Then, on December 14, 2021, the Court denied Rehl's first motion to reopen his detention hearing, again laying out its reasoning in detail.  *See* ECF No. 252 at 8–24.  Rehl appealed that ruling.  ECF No. 264.  The D.C. Circuit is holding that appeal in abeyance pending the Court's resolution of this motion.[1]  *See United States v. Rehl*, No. 21-3098 (D.C. Cir. July 7, 2022).  The Court held a hearing on the instant motion on October 7, 2022.  For the following reasons, the Court will deny the motion.[2]

\*      \*      \*

---

[1] Rehl's alleged coconspirators, Defendant Ethan Nordean and Defendant Joseph Biggs, also appealed the Court's decisions to detain them, which the Circuit affirmed.  *See United States v. Nordean*, No. 21-3096, 2022 WL 758061 (D.C. Cir. Mar. 4, 2022) (per curiam); *United States v. Biggs*, 851 F. App'x 220 (D.C. Cir. 2021) (Mem) (per curiam).

[2] Federal Rule of Criminal Procedure 37(a)(2) allows a court "lack[ing] authority to grant [a motion for relief] because of an appeal that has been docketed and is pending" to "deny the motion."

The Court may reopen a detention hearing only if it "finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2).  Thus, information offered to reopen a detention hearing must be both "new" and "material."  *United States v. Lee*, 451 F. Supp. 3d 1, 5 (D.D.C. 2020).  "New and material information . . . consists of something other than a defendant's own evaluation of his character or the strength of the case against him; instead, it must consist of truly changed circumstances, something unexpected, or a significant event." *Id.* (cleaned up).  "[T]he sort of new information capable of reopening a detention hearing must . . . relate in some *significant* or *essential* way to the decision whether to detain." *United States v. Worrell*, No. 1:21-cr-292 (RCL), 2021 WL 2366934, at *9 (D.D.C. June 9, 2021).  Put another way, it must "cast[] different light" on the BRA factors.  *Lee*, 451 F. Supp. 3d at 5.

*        *        *

In his motion, Rehl identifies four "new" categories of evidence or information he contends "refute[] the government's allegation that [his] alleged leadership role in the Proud Boys' Ministry of Self-Defense ('MOSD') meets its burden to show that he presents a concrete prospective threat to public safety."  ECF No. 401 at 3.  He also highlights evidence throughout his motion without identifying how it satisfies Section 3142(f)(2)'s reopening standard, and he makes several arguments that fall outside that standard altogether.  The Court takes up each of Rehl's points in turn, beginning with the evidence he points to as new and material.

2

## I.   Rehl's Alleged New and Material Evidence

### A.   The Ministry of Self-Defense Videoconference

First, Rehl directs the Court to a Ministry of Self-Defense ("MOSD") videoconference from December 30, 2020.[3]  He argues that the videoconference shows that Proud Boys members created the MOSD to impose discipline and structure on Proud Boys rallies—not to orchestrate an attack on the Capitol.  But the video is not new evidence for purposes of reopening the detention hearing.  In its opposition, the Government represents that it provided Rehl a copy of the video on June 2, 2021—weeks before the hearing on the Government's motion to revoke his pretrial release and months before Rehl filed his first motion to reopen.  ECF No. 421 at 4.

Rehl does not contest this timing, but he still argues that the Court should consider this evidence as new for purposes of reopening his detention hearing.  He points out, correctly, that discovery in this case is voluminous, to say the least.  But the videoconference was hardly produced to Rehl as a needle in a haystack.  The production cover letter identified and described it as a 1 hour, 38 minute "video from December 30, 2020, featuring [Defendant] Enrique Tarrio, [Defendant] Joe Biggs, Zach Rehl, and others describe the Ministry of Self Defense."  ECF No. 421-1 at 5.  More importantly, the Government put Rehl on notice as to its importance in the detention context by discussing it in its reply brief ahead of Rehl's release-revocation hearing.  *See* ECF No.

---

[3] Rehl also points to "other information" "contradict[ing] allegations of a plan to attack."  ECF No. 401 at 17.  But he does not even try to show that any of the information he discusses within that section of his motion is new.  *Id.* at 17–18.  The Government asserts, without contradiction, that it produced most of the information (which is under seal) to Rehl before his first reopening hearing.  ECF No. 421 at 13 n.5.  And it appears that the Court already considered at least some of this material in denying Rehl's first motion to reopen.  *See* ECF No. 252 at 18.  Finally, even if the evidence he cites about Defendant Charles Donohoe is new, whether Donohoe's "bottle throwing was [] part of any plan to attack the Capitol or interfere with law enforcement" is immaterial for reopening purposes, on the entire record before the Court.  *See* ECF No. 401 at 17.

3

91 at 2.  Thus, because this videoconference is not new evidence, it cannot offer grounds to reopen Rehl's detention hearing.[4]

## B.    The "Hemphill" Video

Second, Rehl points to a video recorded by a woman who spoke with Defendant Ethan Nordean outside the Capitol on January 6, 2021.  In the video, she asks Nordean—with Rehl nearby—whether they were "going inside"; the woman also says that she too wants to go inside. ECF No. 401 at 22.  Nordean responds, "No, we are not going inside."  *Id.*  Rehl holds this video out as suggesting that there was no plan—at least that he was a part of—to enter the Capitol or obstruct Congress's proceedings.

The Government first produced this video to Rehl in May 2022, so it is new for reopening purposes.  But it is immaterial.  On the entire record here, the Court can hardly put much stock in Nordean's denial of any interest in entering the Capitol to an apparent stranger, especially when

---

[4] Even if the MOSD videoconference were new for purposes of reopening Rehl's detention hearing, on the entire record before the Court, it is not material; it does not cast the BRA factors in a "different light."  *Lee*, 451 F. Supp. 3d at 5.  True, as Rehl argues, the video does not specifically show Rehl and his alleged coconspirators articulating a plan to attack the Capitol.  But facially, most of it is not inconsistent with such a plan, either.  Rather, the Government contends it shows that Rehl would be among the Proud Boys' leaders providing directions on the ground at rallies to advance the "strategic objective" of their "marketing team"—Tarrio, Nordean, and Biggs.  *See* ECF No. 421 at 5.  Rehl also points out that the videoconference shows Tarrio asserting that the Proud Boys were "never going to be the ones to cross the police barrier or cross something in order to get to somebody."  ECF No. 401 at 14.  Relatedly, he suggests that it shows another Proud Boys member, Jeremy Bertino, expressing what Rehl characterizes as a "sense of trying to avoid chaos and violence."  *Id.* at 15.  But again, on the entire record before it, the Court does not find these points material such that they warrant reopening Rehl's detention hearing.  The Court also notes that since Rehl filed this motion, Bertino has pleaded guilty to participating in a seditious conspiracy with Rehl to disrupt Congress's certification of the Electoral College vote.  *See United States v. Bertino*, No. 22-cr-329 (TJK), ECF Nos. 1, 4 (D.D.C. Oct. 6, 2022).  And in Bertino's statement of offense, he described how MOSD leadership increasingly disavowed the police as January 6th approached.  *See id.* at ECF No. 5.

4

not long afterward, he is alleged to have done just that. Thus, this video does not "cast[] different light" on the factors relevant to the Court's earlier detention ruling. *Lee*, 451 F. Supp. 3d at 5.

C.     **The New Guilty Pleas**

Third, Rehl asserts that new "plea agreements and statements by persons present on the Capitol Grounds . . . show that [he] was not involved in any plan to attack the Capitol and was not 'calling the shots' on January 6." ECF No. 401 at 3. He points specifically to Jeffery Finley, who pleaded guilty on April 22, 2022, and Rehl's alleged coconspirator, Defendant Charles Donohoe, who pleaded guilty on April 8, 2022.[5] ECF No. 449 at 12–13.

Finley, the president of a West Virginia Proud Boys chapter, was charged with four misdemeanors, and he pleaded guilty to one of them. *See United States v. Finley*, No. 21-cr-526 (TSC), ECF Nos. 1, 39 (D.D.C. Mar. 21, 2021 & Apr. 6, 2022). The Government did not seek, and the court in that case did not order, his pretrial detention. To the extent Rehl relies on the decision not to detain Finley to support his motion, *see* ECF No. 401 at 10–12, this information is neither new nor material. In fact, Rehl discussed Finley's case in his *first* motion to reopen. *See* ECF No. 191 ¶¶ 70–79. And as the Court explained then, "purported comparators are of little value" because detention decisions require "individualized," "fact-intensive" evaluations of the BRA factors. *See* ECF No. 252 at 14. That is especially true here because Finley, suffice it to say,

---

[5] Rehl also cites another January 6th defendant's statement to the FBI that Rehl was "not calling the shots." *See* ECF No. 401 at 10. Even assuming this information is new, the Court does not find it material. The Court's decision to detain Rehl was not based on a finding that he was ultimately "calling the shots" on January 6th. To the contrary, the Court recognized that Rehl "may not have been as prominent as the leadership role that Mr. Nordean or Mr. Biggs had that day," but "evidence strongly suggests that he was, at a minimum, . . . a trusted lieutenant of those perhaps higher leaders." ECF No. 147 at 49.

5

was not alleged to have "played a planning and leadership role" in a January 6th-related conspiracy like Rehl. *Id*.

Rehl also argues that the statements of fact supporting both Donohoe's and Finley's guilty pleas include new information suggesting Rehl "did not plan and was not aware of any plan to attack the capitol."[6] *See* ECF No. 401 at 19–21. He argues these documents show "the only 'plan' that was passed on to the MOSD was to meet at the Washington monument at 10 am." *Id.* at 20.

Even if new, the information in these statements of fact is immaterial, for several reasons. First, Donohoe, in pleading guilty to violating 18 U.S.C. §§ 1512(k) and 111(a), admitted he conspired *with Rehl* and his codefendants to obstruct Congress's certification of the Electoral College vote. *See* ECF No. 336 ¶¶ 7–47. So if anything, Donohoe's plea supports detention, not release. Second, the information Rehl points to in the statements of fact supporting these guilty pleas—as well as the other evidence he marshals on this point—does not suggest, on its face, that the *only* plan Rehl knew about was to meet at the Washington Monument on January 6th.[7] To the contrary, Donohoe stated, "Everyone needs to meet at the Washington Monument at 10am tomorrow morning! . . . Details will be laid out at the pre meeting!" ECF No. 401 at 20. Thus, this message tracks the Government's theory that plans—or "details"—existed beyond meeting at the Washington Monument. Third, none of the other information Rehl cites in these statements of fact undermines

---

[6] Rehl also advances other arguments that he was unaware of any plan to attack the Capitol. First, he argues that "not a single text message or social media posting by [him] indicates he was aware of [a plan to 'oppose by force' and 'corruptly obstruct' the Congress], that he joined a conspiracy during [December 2020 through January 2021], that he traveled to the District of Columbia to carry out such a plan, or that he aided and abetted any person in any such plan." *See* ECF No. 401 at 19. Second, he says that the Government's allegations that he obtained radios for the rally and helped fundraise travel expenses are "red herrings." *Id.* at 21–22. These arguments are not based on any purported new evidence for purposes of reopening Rehl's detention hearing.

[7] *See* ECF No. 401 at 20–21.

6

the Government's allegations and evidence related to Rehl's role in the charged conspiracy, even if it suggests that Rehl did not have as prominent a leadership role as some of his alleged coconspirators.  *See* ECF 449 at 12 ("Among other things, Finley identified Nordean and Biggs as the persons directing the others, that he looked to Nordean as the leader, [and] that he saw others remove barricades.").

### D.     The "1776 Returns" Document

Fourth, Rehl directs the Court to the "1776 Returns" document, the subject of certain allegations in the Third Superseding Indictment.  ECF No. 401-1; *see* ECF No. 380 ¶ 41.  The Government alleges that the document, which supposedly advances a plan to occupy government buildings in the District of Columbia on January 6th, was sent to Tarrio, Rehl's codefendant.  Rehl insists he did not know about this document.  This information is new, but again, it is immaterial. The Government has never alleged that Rehl knew about the document, nor do the allegations in the Third Superseding Indictment appear to turn on whether he did.  Thus, that Rehl did not know about it does not materially change the Court's prior analysis of the BRA factors.

*     *     *

In sum, the Court finds that Rehl has not identified new and material information, individually or collectively, that supports reopening his detention hearing under Section 3142(f)(2).[8]

---

[8] Rehl also offers letters from his wife and others in the community in support of his release, which the Court has read carefully.  *See* ECF No. 401 at 37–39.  And the Court heard from both Rehl and his wife at the hearing on the motion.  The Court is sympathetic to the impact that Rehl's detention has had on his wife and young child.  Even so, none of this evidence is new or material for reopening purposes.  At Rehl's initial hearing, the Court found that Rehl's history and family circumstances favored release.  *See* ECF No. 147 at 52–54.  Still, this factor was "undercut by other considerations; namely, that these family ties . . . did not stop him from taking the actions he did related to January 6th."  *Id.* at 54.

7

## II.    Rehl's Remaining Arguments

Finally, throughout his motion, Rehl argues that the Court should reopen his detention hearing for reasons that fall outside Section 3142(f)(2)'s parameters.  None are persuasive.

To start, Rehl advances several arguments that are simply improper or untimely in this posture.  Among them, he argues this Court wrongfully used his membership in the Proud Boys to detain him in violation of his First Amendment rights and that it improperly incorporated factual findings from an earlier ruling detaining his alleged coconspirators, Nordean and Biggs.  *See* ECF No. 401 at 5–8, 28.  The appropriate avenue to litigate these issues would have been to appeal the Court's initial decision granting the Government's motion to revoke Rehl's pretrial release—not a motion to reopen the hearing under Section 3142(f)(2).

Rehl also argues the Government did not present certain favorable evidence to the grand jury.  ECF No. 401 at 27.  He asks the Court to take these supposed omissions "into account" when "weighing the evidence [he] has submitted in this Motion against the fact of an indictment."  *Id.* But whether the Government provided every stitch of favorable evidence to the grand jury (which Rehl, at any rate, concedes it need not do, *see id.*) is ultimately not relevant to the Court's weighing of the BRA factors.  The *Court* has considered the entire record of allegations and evidence before it—including the evidence Rehl accuses the Government of withholding from the grand jury—and has found it does not warrant reopening his detention hearing.

Last, Rehl argues—for the first time in his reply—that the Court should exercise its discretion to reopen his detention hearing in the interest of justice.  *See* ECF No. 449 at 7 (citing *United States v. Hong Vo*, 978 F. Supp. 2d 41, 47 (D.D.C. 2013)).  Courts generally "will not consider arguments raised for the first time in a reply brief."  *Nat. Res. Def. Council, Inc. v. U.S. EPA*, 25 F.3d 1063, 1071 n.4 (D.C. Cir. 1994) (cleaned up).  None of Rehl's arguments persuade the Court

to depart from this longstanding rule.  For example, Rehl leans on the Circuit's opinion in *United States v. Munchel*, 991 F.3d 1273 (D.C. Cir. 2021).  But *Munchel* is not "a controlling or significant change in the law" justifying reopening in the interests of justice.  *See Hong Vo*, 978 F. Supp. 2d at 48 (cleaned up).  In fact, this Court relied on *Munchel* to *deny* Rehl's first motion to reopen because, as the Circuit held, "[t]hose who actually assaulted police officers and broke through doors, windows, and barricades, . . . *and those who aided, conspired with, planned, or coordinated such actions*, are in a different category of dangerousness than" other January 6th defendants.  ECF No. 252 at 14–15 (quoting *Munchel*, 991 F.3d at 1284 (emphasis added)).  In short, the Court finds that the interests of justice do not warrant reopening Rehl's detention hearing.

*     *     *

For all these reasons, it is hereby **ORDERED** that Rehl's Motion to Reopen Detention Hearing, ECF No. 401, is **DENIED**.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: November 8, 2022

9