UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CASE NO: 1:21-cr-0175-3 (TJK) |
| | * |
| ZACHARY REHL, | * |
|     Defendant | * |

\*\*\*\*\*\*\*\*
**ORDER**

Upon consideration of the Motion to Dismiss, Grant Immunity or Sever and Continue Trial and to Adopt and Supplement Defendant Tarrio's Motion to Dismiss and Nordean's Notice of Witness Intimidation filed by Zachary Rehl, good cause having been shown, it is _____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**