**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

DARIN MOORE, ET AL.,

Defendants.

Criminal Case No. 18-CR-198 (JEB)

## EXHIBITS FOR THE GOVERNMENT

| Series | Description | Starting Page |
|---|---|---|
| 100 | HOMICIDE SCENE: R/O 627 ATLANTIC ST SE | |
| 200 | MAXIMA (MV-1) | |
| 300 | ACURA (MV-2) | |
| 400 | ABDUCTION: ST. MICHAEL'S | |
| 500 | MONEY DROP | |
| 600 | QUARTERBACK COURT | |
| 700 | 5002 LEE JAY DRIVE & LUCKY MART (5240 MARLBORO PIKE) | |
| 800 | 600 BLOCK OF ELMIRA STREET SE | |
| 900 | FLIGHT FROM U.S. CAPITOL POLICE / RECOVERY OF ACURA | |
| 1000 | AUTOPSY | |

Case 1:21-cr-00175-TJK   Document 608-1   Filed 12/30/22   Page 2 of 5

Page 2 of 58

**U.S. v. MOORE, ET AL., 18-CR-198 (JEB)**
**Government Exhibit List**
**October 20, 2022**

| | |
|---|---|
| 1100 | HAMMERMILL FIELD DRIVE |
| 1200 | PEACHTREE LANE |
| 1300 | 8502 49th AVE. MAY 22, 2018, HOME INVASION |
| 1400 | RECOVERY OF 9MM |
| 1500 | OTHER – Reports |
| 1600 | PHONE RECORDS |
| 1700 | JAIL DOCUMENTS/PROBATION RECORDS |
| 1800 | MISCELLANEOUS |
| 1900 | OTHER |
| 2000-2100 | MAXIMA DFS PHOTOS |
| 2200 | ACURA DFS PHOTOS |
| 2300 | SWEENEY ICLOUD PHONE EXTRACTION REPORTS |
| 2400 | |
| 2500 | TYNETTA MITCHELL |

U.S. v. MOORE, ET AL., 18-CR-198 (JEB)
**Government Exhibit List**
October 20, 2022

| Exhibit No. | Category | Description | Date Marked for ID | Date Received in Evidence |
|---|---|---|---|---|
| 903A-C | Photos | Aerials | 09/29/22 | 09/29/22 |
| **AUTOPSY** | | | | |
| 1000 | Report | Giese Autopsy Report | 09/21/22 | 09/21/22 |
| 1001 | Photograph | Photo of body of Andre Simmons- Pre-autopsy (#03) | 09/21/22 | 09/21/22 |
| 1002 | Photograph | Photo of body of Andre Simmons- Pre-autopsy (#34) | 09/21/22 | 09/21/22 |
| 1003 | Photograph | Photo of hands in zipties (#13) | 09/21/22 | 09/21/22 |
| 1004 | Photograph | Autopsy photo of head and neck region-front view (#33) | 09/21/22 | 09/21/22 |
| 1005 | Photograph | Autopsy photo of head and neck region- right neck (#43) | 09/21/22 | 09/21/22 |
| 1006 | Photograph | Autopsy photo of head and neck region-left neck (#50) | 09/21/22 | 09/21/22 |
| 1007 | Photograph | Autopsy photo of head and neck region—right side head and neck (#52) | 09/21/22 | 09/21/22 |
| 1008 | Photograph | Autopsy photo of head and neck region- chin (#61) | 09/21/22 | 09/21/22 |
| 1009 | Photograph | Photo of recovered bullet fragments (#75) | 09/21/22 | 09/21/22 |
| 1010 | Photograph | Photo of bullet fragment recovered from right side of face (#78) | 09/21/22 | 09/21/22 |
| 1011 | Photograph | Photo of upper torso (#44) | 09/21/22 | 09/21/22 |
| 1012 | Photograph | Photo of mid-torso (#28) | 09/21/22 | 09/21/22 |
| 1013 | Photograph | Photo of top right shoulder (#05) | 09/21/22 | 09/21/22 |
| 1014 | Photograph | Photo of right shoulder and upper arm (#15) | 09/21/22 | 09/21/22 |
| 1015 | Photograph | Photo of front and underside of right arm (#18) | 09/21/22 | 09/21/22 |
| 1016 | Photograph | Photo of back of right shoulder (#70) | 09/21/22 | 09/21/22 |
| 1017 | Photograph | Photo of torso-back (#55) | 09/21/22 | 09/21/22 |
| 1018 | Photograph | Photo of torso-right side (#58) | 09/21/22 | 09/21/22 |
| 1019 | Photograph | Photo of bullet fragments from GSW G (right chest and thoracic spinal column) (#77) | 09/21/22 | 09/21/22 |
| 1020 | Photograph | Photo of bullet fragments from GSW O and Q (Mid-back and right shoulder) (#76) | 09/21/22 | 09/21/22 |

U.S. v. MOORE, ET AL., 18-CR-198 (JEB)
**Government Exhibit List**
**October 20, 2022**

| Exhibit No. | Category | Description | Date Marked for ID | Date Received in Evidence |
|---|---|---|---|---|
| 1506A-J | Digital | Known Fingerprint Card—Gabriel Brown | Stipulated 09/21/22 | Stipulated 09/21/22 |
| 1507A-F | Digital | Known Fingerprint Card—Darin Moore | 09/21/22 | 09/21/22 |
| 1508A-F | Digital | Known Fingerprint Card—Andre Simmons | 09/21/22 | 09/21/22 |
| 1509A-F | Digital | Known Fingerprint Card – John Sweeney | 09/21/22 | 09/21/22 |
| 1510A-J | Digital | Known Fingerprint Card - James Taylor | Stipulated 09/21/22 | Stipulated 09/21/22 |
| 1520 | PowerPoint | CAST | 10/11/22 | 10/11/22 |
| 1520A | Report | Summary of the files used by SA Easter | 10/11/22 | 10/11/22 |
| 1521 | Excel Summary Exhibit | Call Tree- 4 Defendant Cellphones | 10/11/22 | 10/11/22 |
| 1523 | Excel | Evidence Report | 09/28/22 | 09/28/22 |
| 1524 | Google Earth - KMZ | GPS Report | 09/28/22 | 09/28/22 |
| **PHONE RECORDS** | | | | |
| 1600 | Records | Ransom Phone - (202)222-8501 –Tracfone CDRs & Subscriber Records & Purchase Info (4-16-18 to 6-20-18) | 09/20/22 | 09/20/22 |
| 1600A | Records | CDR 202.222.8501.xlsx | 09/20/22 | 09/20/22 |
| 1600A1 | Records | (202)222-8501 CDR with annotation | 10/13/22 | 10/13/22 |
| 1600B | Records | Purchase info 202.222.8501.pdf | 09/20/22 | 09/20/22 |
| 1600C | Records | Signed Affidavit 202.222.8501.pdf | 09/20/22 | 09/20/22 |
| 1600D | Records | Sub info 202.222.8501.pdf | 09/20/22 | 09/20/22 |
| 1600E | Records | Subpoena Compliance - Definition of Terms and FAQ's updated 07312015.pdf | 09/20/22 | 09/20/22 |
| 1601 | Records | Ransom Phone - (202)222-8501—Verizon CDR & Subscriber Records (4-16-18 to 7-11-18) | 09/20/22 | 09/20/22 |
| 1601A | Records | 180166000-Certification.pdf | 09/20/22 | 09/20/22 |
| 1601B | Records | 180166000-Volte.xlsx | 09/20/22 | 09/20/22 |

**U.S. v. MOORE, ET AL., 18-CR-198 (JEB)**
**Government Exhibit List**
**October 20, 2022**

| Exhibit No. | | Category | Description | Date Marked for ID | Date Received in Evidence |
|---|---|---|---|---|---|
| | 1601C | Records | DeviceID_9169094_2018_07_18_13_38_33.358.csv | 09/20/22 | 09/20/22 |
| | 1601D | Records | FeatureListInquiry_9169095_2018_07_18_13_38_33.060.csv | 09/20/22 | 09/20/22 |
| | 1601E | Records | Historical-Call-Detail-Explanation.pdf | 09/20/22 | 09/20/22 |
| | 1601F | Records | Incoming_Outgoing_180166000.xlsx | 09/20/22 | 09/20/22 |
| | 1601G | Records | PaymentActivity_9169097_2018_07_18_13_38_27.284.csv | 09/20/22 | 09/20/22 |
| | 1601H | Records | SubscriberInformation_9169098_2018_07_18_13_38_33.574.csv | 09/20/22 | 09/20/22 |
| | 1601I | Records | VoLTE_Call_Detail_Explanation.pdf | 09/20/22 | 09/20/22 |
| 1602 | | Records | (202)222-8501 – Verizon Cell Site Records(6-18-18 to 6-25-18) | 09/20/22 | 09/20/22 |
| | 1602A | Records | alulte_Wash_Balt_Virginia_2022228501.xlsx | 09/20/22 | 09/20/22 |
| | 1602B | Records | BDR4g_IP_Session_2022228501_0618_0625.xlsx | 09/20/22 | 09/20/22 |
| | 1602C | Records | Cell_Site_Incoming_Outgoing_2022228501_2018_06_27-14_53_54.334.csv | 09/20/22 | 09/20/22 |
| | 1602D | Records | Cell_Site_List_Washington.xlsx | 09/20/22 | 09/20/22 |
| | 1602E | Records | FDR4g_IP_Destination_2022228501_0618_0625.xlsx | 09/20/22 | 09/20/22 |
| | 1602F | Records | IP_Session_2022228501_2018_06_27-14_53_52.725.csv | 09/20/22 | 09/20/22 |
| | 1602G | Records | OtherNumbersonAccount_9082498_2018_06_27_14_32_02.450.csv | 09/20/22 | 09/20/22 |
| | 1602H | Records | PaymentActivity_9082499_2018_06_27_14_32_03.033.csv | 09/20/22 | 09/20/22 |
| | 1602I | Records | rttl_washbalt_2022228501.xlsx | 09/20/22 | 09/20/22 |
| | 1602J | Records | SubscriberInformation_9082501_2018_06_27_14_32_17.521.csv | 09/20/22 | 09/20/22 |
| | 1602K | Records | TDR2_IP_Session_2022228501_0618_0625.xlsx | 09/20/22 | 09/20/22 |
| | 1602L | Records | Text_Message_Detail_2022228501_2018_06_27-14_53_52.640.csv | 09/20/22 | 09/20/22 |
| | 1602M | Records | VoLTECDRCellSite_2022228501_2018_06_27_14_32_03.993.csv | 09/20/22 | 09/20/22 |