

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*601 D Street, N.W.*
*Washington, D.C.  20530*

December 11, 2022

      Re:  Capitol Siege Cases
           Global Discovery Production No. 23

Dear Counsel:

      This letter addresses Capitol Siege Section Discovery Unit Global Production No. 23 consisting of Relativity production volumes DOJCB_041 to DOJCB_043 and DOJ_ABD_037 to DOJ_ABD_038.[1]

      Materials shared to the defense Relativity workspace will become available to you upon your receipt of a license to access Relativity.[2]  Please be advised that sharing voluminous documents to the defense Relativity workspace can sometimes take several hours or days, depending on the size of files being shared.

---

[1] In both DOJCB and DOJ_ABD volumes, you may identify items associated with a particular individual by filtering in the CODE_IndivDefendant field (i.e., column) on the relevant subject's name. (Notwithstanding the name of the field, the fact that a person is named does not mean that they are in fact charged in a case.)  In DOJ_ABD volumes, you can identify the interview subject or individual from whom a device was derived by filtering on the 1B1D_Subject field.  You can learn more about the type of device or SCA account by filtering on the 1B1D_Device Description field.  These are all subjective work product fields we provided to the defense Relativity database solely to assist defense counsel in locating materials that may be relevant to specific individuals. The information we use to code items as being associated to a particular defendant is derived from a variety of methods, including text searches and original case file information.  Inadvertent miscoding can thus result in cases where individuals have similar names, or from overly broad search terms, human error, or other factors.  Accordingly, as the information available to us evolves, the names listed in that field may grow or shrink for any given document or group of documents.

[2] If you have never received an invitation to obtain a Relativity license, or you are experiencing difficulties or challenges with gaining access, please email Shelli Peterson at Shelli_Peterson@fd.org.

A. **Relativity Productions**

1. **Volume DOJCB_041:** On November 28, 2022, the following materials were produced with this volume.
    a. Radio transmissions for Elizabeth Glavey on the U.S. Secret Service Tango radio channel and related notes (CAPD_007134632 - CAPD_007134644).
    b. Radio transmissions for Inspector Lanelle Hawa on the U.S. Secret Service Tango radio channel and related notes (CAPD_007134645 - CAPD_007134651).
    c. Still photos from cameras within the Capitol that show the Vice President's detail moving through the building (CAPD_007134652 - CAPD_007134654).
    d. Still photos from an external camera showing the East Plaza of the Capitol on January 6, 2021 (CAPD_007134655 - CAPD_007134657).
    e. A U.S. Secret Service internal email regarding Vice President Pence's visit to the Capitol on January 6, 2021 (CAPD_007134658).

2. **Volume DOJCB_042:** On November 30, 2022, the following materials were produced with this volume:

    a. Capitol CCTV spreadsheet with start times normalized to EST as of November 17, 2022 (CAPD_007134659).

    When the FBI collected surveillance footage from the U.S. Capitol Police, the footage was saved in two different time formats (UTC and EST). The Capitol CCTV spreadsheet is work product created by the Discovery Unit that normalizes all the CCTV start times to EST and is designed to facilitate finding videos for a particular time in evidence.com.

    b. Materials gathered by the FBI relevant to individuals associated with the CODE_IndivDefendant identifier 100T-WF-3414040-SUB_B (CAPD_007134660 - CAPD_007134676).
    c. Materials gathered by the FBI related to 21 individuals, who are listed in the attached index (CAPD_007134677 - CAPD_007145318).

3. **Volume DOJCB_043:** The FBI received tips online regarding the identification of people on social media involved in illegal activities on January 6, 2021. On December 7, 2022, 17,960 such tips were shared to the defense Relativity database. These tips were provided in redacted format to protect the identity of the person providing the tip (CAPD_007158659 - CAPD_007179041).

4. **Volume DOJ_ABD_037:** On December 2, 2022, DOJ_ABD items associated with 3 individuals, Matthew Greene, Travis Wayne Nugent, and Anthony Alexander Antonio, were produced to the defense Relativity database (CAPD_007150748 - CAPD_007155515).

5. **Volume DOJ_ABD_038:** On December 6, 2022, DOJ_ABD items associated with 15 individuals (identified in the attached index) were produced to the defense Relativity database (CAPD_007155516 - CAPD_007158658).

Corresponding indexes have been made available via USAfx. The document entitled "DOJCB_Index.COMBINED.Vol 23.xlsx" includes this production and all prior DOJCB productions. The document entitled "DOJ_ABD_Index.COMBINED.Vol 23.xlsx," includes this production and all prior DOJ_ABD productions. The PDF versions of these indexes correspond to the instant production (only). Sensitivity designations for the materials described above are identified in these indexes and in the defense Relativity database.

As of December 8, 2022, over 3.89 million files (over 7.06 terabytes of information) have been provided to the defense Relativity workspace. These files include (but are not limited to) the results of searches of 724 digital devices and 402 Stored Communications Act accounts; 2,841 FBI FD-302s and related attachments (FD-302s generally consist of memoranda of interviews and other investigative steps); 340 digital recordings of subject interviews; and 129,021 (redacted or anonymous) tips. Over 30,000 files consisting of body-worn and hand-held camera footage from five law enforcement agencies and surveillance-camera footage from three law enforcement agencies and the Hilton Garden Inn, have been shared to the defense evidence.com video repositories. For context, the files provided amount to over nine terabytes of information and would take at least 361 days to view continuously.

B. **Application of Protective Order**

If you receive any materials, whether in case-specific or global discovery, designated Sensitive or Highly Sensitive and (a) there is no protective order entered in the applicable case or (b) your client has refused to sign a written acknowledgment that s/he has read, understands and agrees to abide by the terms of the applicable protective order, we request that you refrain from disseminating those materials to your client. Instead, please inform the assigned prosecutor in writing and give them at least one week to file a motion with the Court to ensure that discovery materials are adequately protected.

\*\*\*

We will forward additional discovery as it becomes available.

Sincerely,

EMILY A. MILLER
Chief, Discovery Unit
Capitol Siege Section