UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CASE NO: 21-CR-0175-3 (TJK) |
| | * |
| ZACHARY REHL, | * |
| Defendant | * |

********

### REHL MOTION TO ADOPT CODEFENDANTS' MOTION

Zachary Rehl, by his undersigned counsel, respectfully moves to adopt the motions filed by codefendants (1) Pezzola motion for additional peremptory challenges (ECF 598) and (2) Biggs, Nordean and Tarrio's Motion to join Pezzola's motion (ECF 617).

Mr. Rehl has standing to join the motions and concurs with the arguments made therein. Proceeding in this fashion will promote the just determination of the case, simplify procedures and eliminate unjustifiable expense and delay in accordance with Fed. R. Crim. Proc. 2

Respectfully submitted,

/s/
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 2nd day of January, 2023.

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**