UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.   * | **CASE NO: 1:21-cr-0175-3 (TJK)** |
| * | |
| **ZACHARY REHL,** * | |
| Defendant   * | |

********

## ORDER

Upon consideration of the Motion to Adopt and Supplement Nordean's Omnibus Response to the Government's Motions filed by Zachary Rehl, good cause having been shown, it is _____ day of _____, 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED;**

2) Mr. Rehl may adopt and join the Omnibus Response filed by Mr. Nordean (ECF 467); and

3) Mr. Rehl may file a response to the Government's Motion to Admit Telegram Chats (ECF 647) no later than February 4, 2023.

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**