```
 PHLIF   531.01 *            INMATE HISTORY              *      03-20-2023
PAGE 001 OF 001 *               ADM-REL                  *      06:51:03

 REG NO..: 34945-509 NAME....: REHL, ZACHARY WILLIAM
 CATEGORY: ARS       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
P23    A-ADMIT 03 ADMITTED TO IN-TRANSIT, MAR 03-08-2023 0530 CURRENT
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-08-2023 0530 03-08-2023 0530
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-08-2022 0530 03-08-2023 0530
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-08-2022 0530 11-08-2022 0530
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-07-2022 0918 11-08-2022 0530
PHL    HLD REMOVE HOLDOVER REMOVED            11-07-2022 0918 11-07-2022 0918
PHL    A-PRE      PRE-SENT ADMIT, ADULT       08-19-2021 0859 11-07-2022 0918
PHL    COURT      COURT APPEARANCE W/SCHED RETRN 08-19-2021 0844 08-19-2021 0859
PHL    A-PRE      PRE-SENT ADMIT, ADULT       08-18-2021 1525 08-19-2021 0844
PHL    COURT      COURT APPEARANCE W/SCHED RETRN 08-18-2021 0943 08-18-2021 1525
PHL    A-PRE      PRE-SENT ADMIT, ADULT       07-30-2021 1131 08-18-2021 0943
PHL    COURT      COURT APPEARANCE W/SCHED RETRN 07-30-2021 0939 07-30-2021 1131
PHL    A-PRE      PRE-SENT ADMIT, ADULT       03-17-2021 1044 07-30-2021 0939




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```