| | |
|---|---|
| **From:** | <info@corrlinks.com> |
| **To:** | |
| **Date:** | 2/3/2012 11:17 AM |
| **Subject:** | Inmate : |

This is a system generated message informing you that the above-named person is a federal prisoner who seeks to add you to his/her contact list for exchanging electronic messages.  There is no message from the prisoner at this time.

You can ACCEPT this prisoner's request or BLOCK this individual or all federal prisoners from contacting you via electronic messaging at www.corrlinks.com.  To register with CorrLinks you must enter the email address that received this notice along with the identification code below.

Email Address:
Identification Code: L8RQ8BHH

This identification code will expire in 10 days.

By approving electronic correspondence with federal prisoners, you consent to have the Bureau of Prisons staff monitor the content of all electronic messages exchanged.

Once you have registered with CorrLinks and approved the prisoner for correspondence, the prisoner will be notified electronically.

For additional information related to this program, please visit the
http://www.bop.gov/inmate_programs/trulincs_faq.jsp FAQ page.

*****************************************

Este es un mensaje generado por el sistema que le informa que la persona mencionada es un preso federal que pretende añadirlo a usted a su lista de contactos para intercambiar mensajes electrónicos. No hay ningún mensaje del preso en este momento

Usted puede ACEPTAR esta petición del preso o BLOQUEAR a esta persona o a todos los presos federales de contactarlo a usted a través de la mensajería electrónica en www.corrlinks.com. Para inscribirse en CorrLinks debe introducir la dirección de correo electrónico que recibió esta notificación, junto con el código de identificación a continuación.

Dirección de correo electrónico:

Código de identificación: L8RQ8BHH

Este código de identificación expirará en 10 días.

Al aprobar la correspondencia electrónica con presos federales usted esta consintiendo a que personal de la Oficina de Prisiones supervise el contenido informativo de todos los mensajes electrónicos intercambiados y cumplir con todas las reglas y procedimientos del Programa.

Una vez registrado en Corrlinks y aprobado para la correspondencia el preso será notificado por vía electrónica.

Para obtener información adicional relacionada con este programa, por favor visite la página de preguntas frecuentes http://www.bop.gov/inmate_programs/trulincs_faq.jsp.