Date: 08/17/2021
Time: 05:16 PM

Federal Bureau of Prisons
TRULINCS
Message
Sensitive But Unclassified

Facility: PHL

**Message**

FROM: 34945509 REHL, ZACHARY WILLIAM
TO: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SUBJECT: Yo Yo what up
DATE: 06/30/2021 08:39 PM

Good evening bro,
Just to give you a heads up, these emails take a while to go back and fourth sometimes, they monitor all my emails, so my emails are at the mercy of someone's work schedule, lol. Sometimes the poor person has to work on Sundays, but still hooks it up and approves them, other times the person only works Mon-Fri, so that's usually the only time incoming and outgoing emails will be approved. If I don't get back to any of your emails, they either didn't approve it, or I didn't get it yet, cuz I answer literally every single email I get; not sure if you spent time in the Feds, but there isn't much else to do in pre-trial detention but workout, read, and talk through email, (I don't watch TV here, even in the feds, I have better things to do than watch fuckin TMZ and the View, un-fuckin-believable they watch this shit in here right? Lmfao)

Date: 08/17/2021
Time: 05:16 PM

Federal Bureau of Prisons
TRULINCS
Message
Sensitive But Unclassified

Facility: PHL

**Message**

FROM: 34945509 REHL, ZACHARY WILLIAM
TO: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SUBJECT: What up
DATE: 07/14/2021 08:27 PM

Yo yo, its been a little while now eh? lol. Manda said you didn't know why I didn't talk to you, if you knew how many times I asked Aaron and Sonny to ask everyone for emails and got nothing back, you would know, Lol. Royal ball dropped there, shit, but whatever, it is what it is, I'm emailing now! lol How the hell you been man? I miss you bro, this shit fuckin sucks, never thought I'd be in the feds for some stupid shit like going to a fuckin protest, wtf... (face palm.) Anyway, I'm not gonna get in too many details about anything there, they monitor these emails like crazy and I pay a lawyer to worry about that crap, this way I can continue on with how shitty the food is and vow to leave bad yelp reviews for the poor cuisine when I get out, lol. With the monitoring in mind, sometimes it may take a day or two for me to get an email you send, so if I don't respond right away, its because of the monitoring. I heard you guys had some good parties at your place in the meantime, anyone break the towel rack