# Kenerson, Erik (USADC)

| | |
|---|---|
| **From:** | McCullough, Jason (USADC) |
| **Sent:** | Thursday, October 7, 2021 8:40 AM |
| **To:** | Miller, Nicole (WF) (FBI); Hanak, Nicholas S. (WF) (FBI) |
| **Cc:** | Ballantine, Jocelyn (USADC); Jones, Luke (USADC); Kenerson, Erik (USADC) |
| **Subject:** | RE: New Rehl filing |
| **Attachments:** | ICANN Lookup.pdf |

Great! Thanks, Nicki.

If one does a WHOIS search on the domain using (https://lookup.icann.org/lookup) one can find registration activity about that site. I attach the results. That indicates that the domain was registered with godaddy on October 6, 2021 (i.e., yesterday, which is…coincidentally…the day of Rehl's filing). The site was registered using an IP address that resolves to Virginia, which is, coincidentally, the location of Rehl's lawyer.

It might be useful to issue a ▉▉▉ **to godaddy** to get additional information about the registration of the site and who paid for it. We can discuss on the stand-up this morning or sometime today.

An interesting development.

Jason

---

**From:** Nicole Miller
**Sent:** Thursday, October 7, 2021 8:25 AM
**To:** Hanak, Nicholas S. (WF) (FBI) ▉▉▉ ; McCullough, Jason (USADC) ▉▉▉ ;
▉▉▉
**Cc:** Ballantine, Jocelyn (USADC) ▉▉▉ ; Jones, Luke (USADC) ▉▉▉ Kenerson, Erik (USADC) ▉▉▉
**Subject:** Re: New Rehl filing

Nope, I have not seen or heard anything about this. I know he had started (or asked ▉▉▉ to start) a fundraiser page for himself to help with legal fees but I have not heard anything about a supporting the police page. I'll ask ▉▉ if he's tracking anything too.

Nicki

---

**From:** Hanak, Nicholas S. (WF) (FBI) <nshanak@fbi.gov>
**Sent:** Thursday, October 7, 2021, 7:08 AM
**To:** McCullough, Jason (USADC); ▉▉▉ (WF) (FBI); Miller, Nicole (WF) (FBI); ▉▉▉
**Cc:** Ballantine, Jocelyn (USADC); Jones, Luke (USADC); Kenerson, Erik (USADC)
**Subject:** Re: New Rehl filing

Nicki, ▉▉▉

Can you take a look at #1 below? Have you have come across anything referrimg to this fundraiser?

Can you download below videos??

Thanks all
Nick

**m:** McCullough, Jason (USADC)
**Sent:** Thursday, October 7, 2021, 6:02 AM
**To:** Hanak, Nicholas S. (WF) (FBI);
**Cc:** Ballantine, Jocelyn (USADC); Jones, Luke (USADC); Kenerson, Erik (USADC)
**Subject:** [EXTERNAL EMAIL] - New Rehl filing

Nick,      ,

Can you get an agent/analyst to:
1. Investigate the claim that Rehl has initiated a fund-raising campaign for Capitol Police;
2. Download the videos referenced below.

I'm wary of watering hole attacks or other malicious conduct, so please ensure that FBI visits the sites identified below from **unattributable non-network computers.**

Jason

> 12. Here, Zachary Rehl – the son and grandson of police officers and activist supporting the "Back the Blue" movement – has started a GoFundMe (or similar platform) fund-raising campaign to raise money for any injured police officers injured at or around the U.S. Capitol on January 6, 2021. It is: www.HealCapitolPolice.com  A Treasurer is being sought to be independent and give reliability.

> 21. Any video before this segment at the Ellipse would show only peaceful, First Amendment demonstration. See similar videos taken for "NationalFile.com" of the 100% peaceful protests at the Ellipse posted at https://www.youtube.com/watch?v=0SsHKU_52X4, https://www.youtube.com/watch?v=rnn0t_sKBGA, https://www.youtube.com/watch?v=GJGOpIrPPYI and https://www.youtube.com/watch?v=q8MJpMeoCHw (note the Christian hymn "Hallejuah" playing in the background from the rally organizer's bank of loudspeakers, chosen by the

> 26. AVSL Systems at counsel's request optimized the audio from a video posted by a third party on Twitter, to screen out background noise and make the words spoken easier to hear,
>
> ---
> 1   Counsel is a bit confused as to the wide diversity of methods for producing discovery material which seems to slow down the process for everyone. Maybe there's a benefit to changing delivery methods to avoid unauthorized access.
>
> 5
>
> Case 1:21-cr-00175-TJK   Document 198   Filed 10/06/21   Page 6 of 12
>
> and added captions of what is being said. That adjusted video is visible at:
> https://youtu.be/rQDwsyFXYhg

Jason McCullough
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
O: (202) 252-7233 | C: ▉▉▉▉▉▉▉

4