Henry W McGill
11/29/21
Re: Character Reference for Zach Rehl Bond Hearing

I served in the United States Marine Corps with Mr. Rehl, whom I met while a part of a detachment in Yuma, Arizona in 2010. I was discharged in 2012 and afterwards decided to attend Temple University in Philadelphia, PA. Mr. Rehl had made the same decision and it was a brilliant twist of fate when I reunited with him on campus. I was new to the city, and Mr. Rehl was instrumental in helping me to adjust to Philadelphia. He's been a tremendous source of inspiration and motivation throughout our time knowing each other.

I can speak to his business acumen and community outreach. In 2014 Zach co-owned a Bar and Grill named Bada Bing which revitalized a section of Orthodox Street. He created an atmosphere that was inclusive of all the surrounding areas, and that brought many people together peacefully who would never mingle otherwise. He provided much needed jobs for the local community which cannot be understated.

I can speak to his perseverance and dedication to education and improvement. I know that Zach completed his course of study while I was there at Temple University. I left in 2017 and Zach was continuing on to his Master's Degree- which he attained. As a veteran, I appreciate that type of work.

I look forward to hearing what Mr. Rehl has learned from his experience. I think he should be afforded the opportunity to post bail due to his service to this Country.

Sincerely,
Henry William McGill
USMC Veteran