

**Brendan Gutenschwager** @BGOnTheScene · Sep 19, 2020

Some signs posted in the park ahead of today's counter-**protest** **#Philly** **#PhillyProtest** #ProudBoys



○ 20          ⇄ 53          ♡ 73          �ᵢₗᵢ          ⬆