UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     * | |
|     * | |
| v.     * | **CASE NO: 1:21-cr-0175-3 (TJK)** |
|     * | |
| **ZACHARY REHL,**     * | |
|       **Defendant**     * | |

********
**ORDER**

Upon consideration of Zachary Rehl's Motion to Strike out of Court Statements and Declare a Mistrial, good cause having been shown, it is _____ day of _____, 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**