**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

ETHAN NORDEAN,
JOSEPH BIGGS,
ZACHARY REHL,
ENRIQUE TARRIO, and
DOMINIC PEZZOLA,

    *Defendants.*

Criminal Action No. 21-175 (TJK)

**RESPONSE TO JURY NOTE OF MAY 3, 2023 AT 9:11 A.M.**

The attached page corrects the typographical error that you identified on the Verdict Form.

TIMOTHY J. KELLY
United States District Judge