UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v. * | CASE NO: 1:21-cr-0175-3 (TJK) |
| * | |
| **ZACHARY REHL,** * | |
| **Defendant** * | |

********

## ZACHARY REHL'S NOTICE OF FILING REGARDING VERDICT FORM

Mr. Rehl, through undersigned counsel, hereby notes as part of the record in the instant case the filing of an email that was submitted to this Honorable Court on May 3, 2023 relating to issues involving Count 4 of the Verdict Form. Email attached as Exhibit A. The email was submitted to the Court pursuant to Paragraph 8 of the Court's Trial Procedures Order (ECF 595, filed 12/19/22).

Respectfully submitted,

/s/
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 20th day of April, 2023.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**