UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CASE NO: 21-CR-0175-3 (TJK)** |
| | * | |
| **ZACHARY REHL,** | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW AS APPOINTED COUNSEL AND
FOR AN EXTENSION OF TIME FOR FILING OF POST-VERDICT MOTIONS**

Undersigned counsel, appointed under the Criminal Justice Act, moves to withdraw as counsel for Zachary Rehl for the reason that retained counsel will be entering his appearance on Mr. Rehl's behalf.

In addition, Mr. Rehl, through undersigned counsel, moves pursuant to FED. R. CRIM. P. 45(b)(1)(A), to extend the time for filing post-verdict motions that are currently due on June 7, 2023 for two weeks to allow new counsel to file whatever applications are necessary to preserve Mr. Rehl's rights. *See* Scheduling Order (ECF 808, filed 5/16/23) (setting June 7, 2023 deadline for filing motions pursuant to FED. R. CRIM. P. 29 and 33).

Respectfully submitted,

/s/
_____
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 4th day of June, 2023.

                                            /s/ *Carmen D. Hernandez*
                                            **Carmen D. Hernandez**