UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.   * | **CASE NO: 1:21-cr-0175-3 (TJK)** |
| * | |
| **ZACHARY REHL,**   * | |
| **Defendant**   * | |

********
**ORDER**

Upon consideration of the Motion to Withdraw as Appointed Counsel and For an Extension of Time for Filing of Post-Verdict Motions filed on behalf of Zachary Rehl, good cause having been shown, it is _____ day of _____, 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**

<br>

**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**