# Kenerson, Erik (USADC)

| | |
|---|---|
| **From:** | Norm Pattis <​█████████> |
| **Sent:** | Wednesday, February 1, 2023 9:17 AM |
| **To:** | Kelly Chambers; Kenerson, Erik (USADC) |
| **Subject:** | [EXTERNAL] Agreement — Urgent limiting instruction. |

The parties agree as follows:

You have heard evidence about statements made to and by some defendants and other individuals. **If the evidence supports it, you** may consider the statements made by defendants and other individuals as evidence that, for example, a conspiracy existed, a defendant entered into a conspiracy, or a defendant had a certain motive, intent or knowledge. The First Amendment of the United States Constitution protects an individual's right to free speech, **where that speech does not pose an imminent risk of violence and is not likely to produce such violence. You** may not find that a defendant committed a crime or that a conspiracy existed simply because you find that a defendant or other individuals engaged in speech that you may find to be vile, hateful or offensive.

Sent from my iPhone

1