UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-175-3 (TJK) |
| | : | |
| **ZACHARY REHL,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF SENTENCING EXHIBITS

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, respectfully files the attached exhibits for the Court's consideration at sentencing.[1] The attachments are cited in its individual sentencing memorandum, specifically ECF 855-4, Zachary Rehl Additional Sentencing Arguments. In addition to the documents attached hereto, the government notifies the Court and counsel that it is submitting one video exhibit to the Court via USAfx. The chart below summarizes the exhibits attached hereto and submitted herewith. The government does not have any objection to the public dissemination of any of the video exhibits summarized below.

| Exhibit Name | Format | Description |
|---|---|---|
| Rehl Exhibit 1 | Document | Message from Rehl (standing by is over) |
| Rehl Exhibit 2 | Document | Message from Rehl (civil war started) |
| Rehl Exhibit 3 | Document | Message from Rehl (working on next move) |
| Rehl Exhibit 4 | Video | Rehl Interview |

---

[1] The government is not submitting separately any exhibit that was admitted at trial. We will provide copies of any such exhibit to the Court and counsel upon request.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Jason B.A. McCullough*
JASON B.A. MCCULLOUGH
    NY Bar No. 4544953
ERIK M. KENERSON, OH Bar No. 82960
NADIA E. MOORE, NY Bar No. 4826566
    On Detail to the District of Columbia
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530

*/s/ Conor Mulroe*
CONOR MULROE, NY Bar No. 5289640
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW, Suite 700
Washington, D.C. 20530
(202) 330-1788
Conor.Mulroe@usdoj.gov