

From: 
To: zrehl
To: 
To: 
To: 
**Fucker is gender neutral**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| zrehl | | 1/5/2021 6:51:11 PM(UTC-5) | |

Status: Read

1/5/2021 6:39:33 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xB034F66 (Table: message, handle, chat, Size: 303693824 bytes)



From: zrehl
To: 
To: 
To: 
To: 
**Lol standing by is over, normies are down there now attacking Antifa, shit is gonna hit the fan tomorrow**

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

1/5/2021 6:51:50 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xB034748 (Table: message, chat, handle, Size: 303693824 bytes)