From: +
To: zrehl
To:
To:
To:

**Of course bigots = bad**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| zrehl  | | 1/6/2021 1:38:20 PM(UTC-5) | |

**Status:** Read

1/6/2021 1:37:34 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xB0586EE (Table: message, handle, chat, Size: 303693824 bytes)

From: +
To: zrehl
To:
To:
To:

**Burn a church and you're good**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| zrehl  | | 1/6/2021 1:38:20 PM(UTC-5) | |

**Status:** Read

1/6/2021 1:37:59 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xB0584A6 (Table: message, handle, chat, Size: 303693824 bytes)

From: zrehl
To:
To:
To:
To:
Civil war started

| Participant | Delivered | Read | Played |



**Status:** Sent

1/6/2021 2:29:07 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xB05A843 (Table: message, chat, handle, Size: 303693824 bytes)

From: +
To: zrehl
To:
To:
To:
they said capital is on lockdown

| Participant | Delivered | Read | Played |
| zreh | | 1/6/2021 2:35:15 PM(UTC-5) | |



**Status:** Read

1/6/2021 2:30:04 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xB05BF66 (Table: message, handle, chat, Size: 303693824 bytes)

From: +
To: zrehl
To:
To:
To:

Haha I just saw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| zreh  | | 1/6/2021 2:35:15 PM(UTC-5) | |

**Status:** Read

1/6/2021 2:30:18 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xB05BD0A (Table: message, handle, chat, Size: 303693824 bytes)

From: zreh
To:
To:
To:
To:

Nah its not locked down no more

| Participant | Delivered | Read | Played |
|---|---|---|---|
|  | | | |

**Status:** Sent

1/6/2021 2:35:35 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xB05C58C (Table: message, chat, handle, Size: 303693824 bytes)

From:
To:
To:
To:
To:
**People are inside now**

| Participant | Delivered | Read | Played |



**Status:** Sent

1/6/2021 2:36:33 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xB05D3A4 (Table: message, chat, handle, Size: 303693824 bytes)

From:
To: zrehl

**Hahaha 6 pm curfew**

| Participant | Delivered | Read | Played |
| zrehl | | 1/6/2021 2:37:52 PM(UTC-5) | |



**Status:** Read

1/6/2021 2:37:42 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xB05EF66 (Table: message, handle, chat, Size: 303693824 bytes)

**From:** zrehl

This is insane

| Participant | Delivered | Read | Played |
|---|---|---|---|



**Status:** Sent

1/6/2021 2:42:38 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xB05E9E5 (Table: message, chat, handle, Size: 303693824 bytes)

---

**From:**
**To:** zrehl
**To:**
**To:**
**To:**

**Attachments:**



Title: IMG_3977.jpg
Size: 607857
File name: ~/Library/SMS/Attachments/95/05/ECB0AE44-B1F0-4FD2-B23C-FF867B213AD4/IMG_3977.jpg

~/Library/SMS/Attachments/95/05/ECB0AE44-B1F0-4FD2-B23C-FF867B213AD4/IMG_3977.jpg

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| zrehl | | 1/6/2021 2:47:47 PM(UTC-5) | |

**Status:** Read

1/6/2021 2:44:52 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xB05E7B0 (Table: message, handle, attachment, chat, Size: 303693824 bytes)
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/95/05/ECB0AE44-B1F0-4FD2-B23C-FF867B213AD4/IMG_3977.jpg :  (Size: 607857 bytes)