**From:** 912858709 Dan (Kbsman) PB
**Attachments:**


Size: 0
(Empty File)


Size: 132515
File name: telegram-cloud-photo-size-1-5154497020977850482-y
telegram-cloud-photo-size-1-5154497020977850482-y

1/2/2021 5:17:51 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/44137B0C-2035-42A9-B348-60A392E416E7/telegram-data/account-2463030985568892043/postbox/db/db_sqlite : 0x1103A84 (Size: 633335808 bytes)
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/44137B0C-2035-42A9-B348-60A392E416E7/telegram-data/account-2463030985568892043/postbox/media/telegram-cloud-photo-size-1-5154497020977850482-y :  (Size: 132515 bytes)



**From:** 454128414 Captain Trump (owner)
Nice!

1/2/2021 5:21:45 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/44137B0C-2035-42A9-B348-60A392E416E7/telegram-data/account-2463030985568892043/postbox/db/db_sqlite : 0x1103DB5 (Size: 633335808 bytes)

**From:** 912858709 Dan (Kbsman) PB
What's the next move. This is a travesty,  its Treason by an entire political party.... so pissed

1/7/2021 2:11:50 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/44137B0C-2035-42A9-B348-60A392E416E7/telegram-data/account-2463030985568892043/postbox/db/db_sqlite : 0x1103EBD (Size: 633335808 bytes)



**From:** 454128414 Captain Trump (owner)
Working in it

1/7/2021 3:00:25 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/44137B0C-2035-42A9-B348-60A392E416E7/telegram-data/account-2463030985568892043/postbox/db/db_sqlite-wal : 0x925F44 (Size: 39650912 bytes)
00008030-000478AA26F9802E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/44137B0C-2035-42A9-B348-60A392E416E7/telegram-data/account-2463030985568892043/postbox/db/db_sqlite : 0x131FF1F8 (Size: 633335808 bytes)

