Rehl Exhibit 4

Rehl Interview

(Multimedia file submitted via USAFx)