UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :
                                  :
v.                                :   1:21-cr-00175-TJK
                                  :
ETHAN NORDEAN, ET AL.             :

Notice of Filing

Zachary Rehl Letters of support are attached.

Dear Honorable Judge Kelly,

I am writing you regarding my son, Zachary Rehl. My son is not a bad person, he is loving, kind, and very caring. He will go out of his way to help any and all of his family and friends. He is a great son and loving father and husband and good provider for his family. He is cool to hang out with and has a great sense of humor. I think he has suffered enough and has missed a lot being away from us! We have all suffered and miss him terribly. We all love him very much and wish him to be home again soon.

Thank you,

His loving mom

Honorable Judge Kelly:

My name is Victor Morgan, and I'm writing regarding the January 6th trial that involved the defendant, Zachary Rehl.

I have been good friends with Zach for 20 years, and I can attest the events that occurred on January 6th do not reflect the type of character Zach is. He is a U.S. Marine veteran who served his country honorably for 6 years and is also a loving family man who has a wife and newborn child that desperately need him at home. Zach is also a respected member of the community who has organized many events and marches that resulted with no negative incidents. Zach's role on January 6th was to peacefully demonstrate and see that the integrity of the election process be upheld, which he proudly defended while serving his country.

I find the guilty verdict/sentencing against Zach to be nothing more than political propaganda. I followed the trial very closely and the evidence presented by the prosecution was a far reach at best. Along with the questionable evidence presented during the trial, I feel that Zach did not receive a fair shake. As a defendant, Zach was entitled to a fair and speedy trial, which he was denied. He was in solitary confinement in federal prison for 2 years before a jury was even selected. By this time, coverage of January 6th had circulated and was embellished by many media outlets which could have influenced many of the juror's decision to indict Zach.

Yor honor, I strongly encourage you to reconsider the sentencing for my friend Zach. Although, he had a lapse in judgment showing up to the capital that day, but his role/actions does not warrant such a harsh punishment. Especially, he himself did not injure anyone, or destroy any part of government property. I truly believe his intentions were to peacefully demonstrate until law enforcement lost complete control where he was then led into the capital by other officials. I feel that Zach has more than served is time for a trespassing crime and should be released based on his time served.

I would like to thank you in advance your honor for your consideration in this matter, and hope you can understand and find it in your heart to see that Zach is a good person who just loves his country and that his family and friends miss him dearly and want him to return home as soon as possible.

Sincerely,

Victor W. Morgan

To The Honorable Judge Kelly,

I am Kimberly Zielinski, Zach Rehl's mother-in-law. I met Zach through my daughter, Amanda, twelve years go. I am writing to you to offer a glimpse of who Zach is and that he is someone more that the offenses.

I respect that a Jury has found Zach guilty but I do not believe that defines who Zach is. He is not a bad person and would never do any harm to anyone. Zach is a man who loves his country and served four years in the Marine Corps, only being discharged due to an injury.

From what I know, Zach became a member of the Proud Boys to try and make a difference. He went to rallies so that his voice could be heard on matters that he believed in and so that he could meet different people that he hoped could help him promote the business he was trying to open. He did realize his affiliation with the group hurt him more than it helped it, but all he was trying to do was build a better life for himself and his family.

In the midst of all of this happening, he was preparing to sell his house in preparations for a new baby. He wanted to buy a bigger home for his two daughters and give them a better life than he had growing up. This situation has been very difficult on his family. He missed the birth of his and Amanda's first child together and has yet to even hold her. Sadly, she does not know her father or understand the meaning of what a dad is or the importance of having him in her life.

I hope you will find Zach's life and work to warrant a low sentence. I know Zach is very remorseful about what happened on January 6th and never intended that things would get out of hand. His intentions were good and he just got caught up in the moment.

Zach has a family that loves him very much and supports him. They need him. He has already missed so much.

Sincerely,

Kimberly Zielinski

To: The Honorable Tim Kelly

I am writing this letter on behalf of Zachary Rehl. I have known Mr. Rehl for more than a decade. We met at Marine Corps Air Station Yuma when I was stationed there from 2009-2012. We stayed in contact after our service in the military ended.

Throughout the years that I have known Zach, he is the type of person that would give you the shirt off his back and still asked you if you needed anything else. I have seen him help others and not ask for anything in return. He's always been the friend that would pick up the phone anytime you needed him. If people knew Zach like I do, they would see him in a different light.

I understand the severity of this case and I do hope that you would consider leniency towards Mr. Rehl. He has given years of his life serving this Great Nation. I believe if given the chance he can be a very productive citizen and valuable member in the community.

Very Respectfully,

J. L Nguyen


~~Frederick Grab~~
~~3828 Etta St~~
~~Philadelphia, PA 19114~~

July 30, 2023

Re: Zachary Rehl

To: The Honorable Judge Kelly

I have known Zachary Rehl as a good friend for over five years. I am aware of the serious charges brought against him, and strongly believe this momentary lapse of judgment is grossly out of character for him.

From the moment I met Zachary, I could immediately tell he is a man of high integrity and genuine character who deeply cares about doing the right thing, and supporting those who share the same integrity. Zachary is an upstanding member in his neighborhood, assisting and supporting his neighbors during the unprecedented pandemic. He also assisted in organizing peaceful assembly and peaceful speech in support of his local law enforcement; which he has deep support for as a former marine.

I was surprised to hear about this misconduct, and while it is unfortunate that he has made some bad decisions resulting in this case, I wholeheartedly believe his only intentions on this day were to peacefully assemble and peacefully express his opinions and grievances. It comes as no surprise to me that he is deeply remorseful and ready to accept responsibility for his actions.

Prior to these events, Zachary was working diligently to build his career and become a better person, father, and husband to his wife, teenage daughter, and expected baby girl. As we move forward from these events, I strongly believe he will emerge an even better person, and will repay his debt to society.

Despite this current case, I am confident that with appropriate guidance and support, Zachary will continue to positively contribute to the community, and continue to grow as an honorable and moral human being.

Sincerely,

*Frederick W. Grab*

Frederick W Grab

Subject: Character Reference for Zachary Rehl

I hope this letter finds you in good health and high spirits. I am writing to provide a character reference for Zach Rehl, whom I have had the pleasure of knowing for several years.

I have had the privilege of witnessing firsthand Zach's unwavering dedication, integrity, and commitment both during his service as a Marine and in his personal life. As a Marine veteran, he has exhibited exceptional discipline, teamwork, and leadership skills. His dedication to his duties and his fellow comrades was evident in the way he carried out his responsibilities with utmost professionalism and selflessness.

However, I must address the unfortunate mistake Zach has made, resulting in missing significant milestones in his personal life. I believe it is crucial to acknowledge that we are all human, and even the most honorable individuals can make mistakes. It is the mark of true character to confront those mistakes, take responsibility, and seek redemption.

Despite this mistake, I have seen Zach demonstrate genuine remorse and an unwavering commitment to making amends. He has shown a remarkable determination to learn from his errors and grow as an individual. His dedication to self-improvement is truly admirable, as he has taken steps to address the factors that contributed to his lapse in judgment.

Furthermore, it is important to note that Zach has always been a devoted father, deeply committed to his children's well-being and success. The regret he feels for missing his oldest daughter's graduation and the birth of his youngest daughter is profound. He understands the significance of these milestones and the impact they have on his daughters' lives. I have no doubt that Zach will strive to make amends, rebuild trust, and be an integral part of his children's lives moving forward.

In conclusion, I wholeheartedly recommend Zach as a person of exceptional character, despite the mistake he made. He has proven himself to be an honorable and dedicated individual throughout his service as a Marine and in his personal life. Zach possesses the integrity, resilience, and commitment necessary to overcome this challenging period and emerge as an even stronger person. I have complete faith in his ability to rectify the situation, reconcile with his loved ones, and become the loving father and role model his children deserve.

Should you require any additional information or have any further questions, please do not hesitate to contact me. Thank you for considering my input on this matter.

Sincerely,

Jonathan Case

7/1/2023
Henry William McGill
RE: The sentencing of Zachary Rehl

Your Honor Judge Kelly,

I'm writing to you before the sentencing of Mr. Zachary Rehl, to speak in defense of my fellow Marine and friend. I hope these words find you in good health.

I didn't expect the verdict that was handed down, because I reasonably thought that the actions taken on and before that day by Zach did not rise to the level of seditious conspiracy; a charge that was originally given to slaves who fled plantations and abolitionists like John Brown. I fail to see how a loosely coordinated group such as the Proud Boys earned such a distinction for my friend without committing assault or murder.

I honestly thought that the jury would see that an unarmed man couldn't reasonably expect to overthrow or subvert our Country without the aid of tremendous resources. The prosecutors did their job in delivering a convincing case otherwise, much to my surprise. I do agree that the actions on that day delayed a Federal proceeding, but I disagree with the level of culpability assigned to Zachary Rehl, personally.

Zach has shown contrition for his misguided decision to show up to the 'rally' planned for that day. I sincerely hope that you consider the future Zachary Rehl was working towards. I pray that you consider his family. Please consider the businesses he wanted to open and the education he had already obtained, and his service to this Country as a United States Marine when you sentence him. I hope that you can draw a distinction between the actions he committed, and the work of others. Hold him accountable for his wrongdoing that day. The expression is "Don't throw the baby out with the bath water", in this case Zachary is the baby and the dirty bath water is an organization called 'Proud Boys'. You have a great opportunity to depoliticize this case your Honor. May God be with us all. Thank you for hearing me.

Sincerely,
Henry William McGill

Your honor,

My name is Jeremiah Case, age 40, currently serving in the United States Air Force, 14 years of service and hold the rank of Technical Sergent (E-6), and Uncle to Zachary Rehl. I'm writing the letter today to give the court a better understanding of who Zachary is.

Zachary comes from a line of police officers where his grandfather and father have served their communities. Zachary and his brother served honorably in the Marines. On top of serving in the Marines, Zachary has helped organize community events to honor the police of Philadelphia where his father served. His whole family have served the United States honorably which shows their love of country. While diligently serving his country, his community, and his family, he also earned his Master's degree.

Now given what I know about Zachary, I know he is great man and sets a good example for his children and those in his community. He is very kind hearted individual who has helped many strangers in need. He has earned his way in life by continuously working to better himself, his family and his community, which is more than most men his age contribute.

As far as sentencing, I would humbly ask to consider everything he has done, everything he has sacrificed, and contributed to this great country, while also weighing in everything him and his family have lost, suffered, and endured since his arrest.  He has missed 2 great years with his family, missed his oldest daughter's graduation and his youngest's daughters first everything. The amount of stress that his wife and eldest daughter have endured. On top of that, he has lost his VA (Veteran Affairs) benefits, which most civilians don't quite comprehend the importance of those benefits. It's not just the hundreds of thousands of dollars in monetary benefits (estimated $960,00+ over 20 years) as well as the possible millions of dollars in health care, tax benefits, discounts, etc. It's the VA community, the comradery and belonging of a community that have served their country and the hardships they all share. I am not well versed in the Law or its punishments, but the man who killed my father "accidently"(the man chose to drink and drive) didn't even serve a day in prison, so to me, to serve two years in prison, lose all those benefits and have further punishment doesn't make sense and seems exessive.

Zachary's family needs him. I know he will continue to be a productive member of society if he is released under whatever circumstances you deem fit. I am also positive he regrets his actions and involvement that day and will consider his actions more carefully in the future. If you have any questions, feel free to contact me.

With regards,

Jeremiah Case,



Date: August 15, 2023

From: Joseph Facciolli



To: The Honorable Timothy J. Kelly

Your Honor,

  My name is Joseph Facciolli and I am writing on behalf of Zachary Rehl, who has been charged with seditious conspiracy for his actions on January 6th 2021. I am aware of the severity of this charge however I hope that leniency and grace will be shown during sentencing.

I have been a friend of Zach Rehl's for over five years. In that time, I learned that Zach is a person with many remarkable traits and great qualities. He is a dedicated father and husband, a loyal friend and a person who puts the needs of others before his own. Zach works hard to create a better life for his family as well as those around him. Zach would frequently serve his local community through his good works, like helping to clean the streets of his community. He is the type of person who would do anything for those around him and goes out of his way to help those in need.

  Zach has been incarcerated for over two years. In that time, he has missed the birth of his daughter, her first word and first steps. While incarcerated, Zach also lost his VA benefits for his military service, from which he was honorably discharged. These are only a few of the hardships that Zach, his wife, and his two daughters have had to endure in the last two years.

  I know that Zach understands the gravity of his mistakes on January 6th. We all can only hope that you consider the information enclosed in this letter and his admirable military service during sentencing. Please show him, and everyone else that comes before you, that one mistake does not define a man. Please do not let a momentary lapse in judgment destroy Zach and his family's lives.

Thank you for taking the time to read this. Please reach out should you have any questions.

Sincerely,

  Joseph Facciolli

To The Honorable Judge Kelly,

My name is Summer Abu-Khomra. I am a 28 year old Catholic school teacher in the Charleston, SC area. I am an active participant in my local church community, a member of my local Veterans of Foreign Wars Auxiliary, and 2023 winner of the Smart/Maher VFW National Citizenship Education Teacher Award in elementary education for the state of South Carolina. I am writing to you on behalf of my former neighbor and friend, Zachary Rehl, whom I met while living in Philadelphia while I was working toward my MA in History from Villanova University.

While writing a character letter for someone who is charged with a federal crime is outside my wheelhouse and generally not something I would be comfortable doing, I am eager and happy to do so for Mr. Rehl. I became well acquainted with Mr. and Mrs. Rehl as I would often see them around the neighborhood. We sometimes shared meals with one another. I knew early on about Mr. Rehl and his affiliation with the Proud Boys, and regardless of whether or not I agree with someone's political affiliations, I grew up not so long ago in an America where I could be friendly with people from all walks of life and see them for who they are as individuals. Mr. Rehl was never the man he was made out to be by the journalists who came around after his arrest, looking for disreputable details of his life. The Zachary Rehl I came to know is an honest man, who both loved to spend time alone in deep thought but who also loved to laugh so much that I could often hear him laughing from my bedroom window when he spoke on the street with friends and neighbors.

In our neighborhood of Port Richmond, Mr. Rehl was and is still highly regarded by his neighbors. We all knew him as someone who was deeply proud of his military service, which caused a serious back injury that affects his daily life. He was someone who, even when one could tell that he was having a rough day, put on a smile and waved and talked with his neighbors. He was always available to those who needed him. Claims of him having racist views was also strange to me, as Mr. Rehl never once treated me any differently, and I often saw him enjoying the company of his black, Latino, and Asian friends. He gladly offered his help to anyone who needed it— his veteran friends, the elderly women on our street, and strangers who needed help carrying in their groceries. To me, Mr. Rehl was never someone to be feared or cautious of. He was and is a kind soul, who deeply loves his family and his country as many of us do.

I personally reached out to Mr. Rehl's wife, Amanda, to ask her if I could write a character letter for her husband because I know and believe that he is not the man he has been made out to be. Beyond that, I have a moral obligation as a Christian, as an American, and as a human being to speak out in defense of those who I believe have been unjustly treated. I remember the day, March 17, 2021 (St. Patrick's Day) when Mr. Rehl was arrested. Myself and our neighbors stood outside in complete shock and confusion. This man, a proud (and disabled) veteran, who always went out of his way to benefit others over himself--a criminal? I believe Mr. Rehl and his family have suffered enough in the last two plus years. They have lost a lot— family, friends, finances, privacy, and Mr. Rehl's ability to care for his daughter who was born while he was in

custody. It would deeply trouble my conscience had I not had this opportunity to speak in defense of Zachary Rehl.

Thank you for your consideration and service to the American people.

My best,

Summer Abukhomra

To the Honorable Judge Kelly,

I am writing this letter to refer to Zach Rehl in regard to his character. I would like to introduce myself as Marah Robinson and I have known Zach Rehl for about six years now. I am his wifes best friend and a close family friend. I have seen him go through a lot in these last six years. Zach is a good, reliable, well educated man who deserves to make an impact in this world. He has pursued degrees and licenses to better himself so he can provide for his family and take care of them. He loves his wife and two daughters so much and is a good family man. He has helped me go through some personal problems and overcome them.

I understand mistakes have been made and I understand the severity of the charges against him. I just hope you can see the person I know and not the person the media is making him out to be. Zach needs to be with his family, to provide for them, to raise his daughters and to prove that he is a good, decent man.

I just hope you will give Zach an opportunity for a second chance while you make a fair decision.

Yours Truly,

Marah Robinson

To the Honorable Judge Kelly,

I hope this email finds you well,

I am writing this letter on behalf of a valued customer of mine Zachary Rehl. My name is Jack Sees the owner of a local auto repair shop that has been serving the Philadelphia community for over 50 years.

Zach would bring his Acura by for routine maintenance, tires, and minor repairs. He was easy to remember because he's the guy who always showed up with a couple bottles of Gatorade and a cheesesteak for me. I never asked him to do that it's just the man he is. He always said I like to take good care of the people that take care of my family. He never put himself first it's his daughter he called his prized possession. He would meticulously go over the brakes tires and rotors with me. He always said these brakes aren't just stopping me. They are stopping my family. He would light up when he would talk about his dinner dates with his wife and turn ten shades of red when the conversation turned to how poorly the flyers have been playing. Do not lock this man away for the rest of his life he deserves an opportunity to show everyone what a good person can do with a second chance.

Respectfully
Jack Sees

To Whom it May Concern,

My name is Vincent Dych, I'm a close friend of Zachery Rehl. I met Zach through a mutual friend over ten years ago, but in 2014 when we crossed paths again, he quickly went from being an acquaintance to one of my best friends, and even groomsman.  Zach and I really hit it off because we have a shared sense of humor, love of the outdoors, and a similar upbringing.

Zach is a great father and husband and has always done whatever possible to provide the best he could for his family. We both lost our fathers at a young age and grew up in rough areas of Philly, and being the oldest siblings, raised by a single Mom, we both share the same desire to do better for ourselves and our families. Zach was working toward that every day, applying what he learned as a Marine, and through his college education, always finding ways to network in his industry to get a good job, so he could continue to support his wife and daughters. When it comes to family issues, Zach always listens and offers plenty of advice, probably mostly because he's achieved such milestones before me. I've always said that I didn't want to have kids, but Zach really made me reconsider that through all his father-like wisdom, shared memories, and by just simply asking me "who will carry on your legacy?". He always told me, "It turns you into a different man".

Zach is a loyal guy and a great friend. We can find the humor most things, and half the time we're just sitting around talking, coming up with some funny sayings to drive our wife's crazy. Some of my favorite times with Zach are at his camp site, enjoying the fire pit, listening to music, cracking jokes on one another, and above all, getting away from the hustle and bustle of city life. Our friendship is more like a brotherhood at this point. We joke around and always have a good time together, but we would do anything for each other. Despite Zach's incarnation, we still write to each other often, and sometimes chat on the phone. I still bust jokes on him when he calls me, as if I saw him just yesterday. My wife and I spend time with his wife and daughters. We usually go up to their campground so I can lend some of my handyman skills and keep everything running as it should. But there's always that one thing missing…. Zach. He's a missing puzzle piece to more than just his immediate family. I consider him family, and I know I'm not alone. I know that if this situation was the other way around, he would do the same for me.

Zach is the type of person you could call anytime of the day and he would be there; to have a beer with after a bad day, to celebrate an Eagles victory, get some Mexican food at the awesome mom and pop joint down the street, go on a vacation with, to help move boxes and even be a groomsman. I've had the pleasure of celebrating Zach's achievements in life and support him in this challenging time. If in your lifetime, you meet and befriend someone like Zach, you would consider yourself lucky.

Thanks,


Vincent Dych

To The Honorable Judge Kelly,

My name is Amanda Rehl, I am Zachary Rehl's wife. We have been married for five years and together for a total of twelve years. As you take my husband's sentencing into mind, I hope that you will use my words, as someone who knows Zach, to see that he is more than the charges he has been convicted of.

I married Zach because he is a man full of integrity, resilience, and compassion. He has always been someone that his family, friends, and myself could rely on. Through the years that Zach and I have been together, I had struggled to find my direction in life but Zach had always shown me patience and understanding. He encouraged me to go back to school and helped me to choose a major that he knew would interest me. That is the type of man he is, always willing to help others. He goes above and beyond to be there for those in his life. Anyone who knows Zach would say as much. The person that Zach is, is someone who was shaped by his own hardships for the better.

Starting from the beginning, Zach has not had an easy life. His parents divorced when he was young, leaving him and his brother to move back and forth between houses. When he was twelve years old, his father committed suicide. This was a detrimental moment in Zach's life. He loved his father and someone he looked up to was now gone. His mother struggled to support two children and when he was sixteen he moved out, living with a cousin and having to get a job. He had to grow up young, learn responsibility quickly and learn to provide for himself.

At nineteen, he had his first daughter. In wanting to give her the best life possible, he joined the Marine Corps. Even though they had to spend some time apart, he knew that the outcome would be for the best. Everything that Zach has done in life since his eldest was born was to ensure her the life he never had. A father who was there for her and loved her beyond all else. He felt the same way as we began the journey of having a child of our own.

The daughter that Zach and I have together is our rainbow baby. In 2019, we suffered a miscarriage after two years of unexplained infertility. We were very excited to finally have a child together but because Zach has been detained since his arrest, we have never been able to share in that happiness with each other. Zach has missed her birth, every one of her firsts, two birthdays, and, most importantly, he has missed the chance to bond with her and be the father that she deserves to have. The only time they have seen each other was six feet apart at visitations, through a glass, or a quick wave in the courtroom when I was attending his trial. He has never even been able to hold her. As a mother, this breaks my heart and I know that it has also been painstakingly hard on Zach.

Please, as you consider his sentence, I beg you for leniency and to see that not only will you be sentencing Zach but his family also. I understand the gravity of the charges and I know that my husband is remorseful for his actions. We wish for nothing more than to be able to be a family as soon as possible and rebuild our lives.

Sincerely,

Amanda Rehl

My name is Jim Taylor, I am a local Union president here in Philadelphia, I've had multiple interactions with Zach over the years, whether we were talking Phillies baseball, the Eagles or politics, he was always insightful and well spoken. I'll never forget how excited he was to tell me that he and his wife were expecting. I know that Zach is a hard worker, caring and honest. Please be lenient and understanding, the hard working, caring and courteous Zach that I know, has a full time job with me, immediately upon his release.

Thank you for taking the time to read this and I will continue to pray that God guides you through the rest of this difficult process.

Best Regards,
James Taylor



Frank Zielinski



Honorable Judge Tim Kelly

Re: Character Reference for Zachary Rehl

Dear Honorable Judge Kelly,

I am writing this character reference letter on behalf of Zachary Rehl, whom I have known for approximately 13 years. I understand that he is currently facing legal proceedings, and I hope that my words can provide a meaningful perspective on his character and personality.

I met Zachary Rehl in The United States Marine Corps, and over the years, I have had the opportunity to observe his actions, values, and conduct. I was also the best man at his wedding. I must emphasize that he has always exhibited a high level of integrity, honesty, and respect in all his interactions.

Throughout our association, I have witnessed Zachary Rehl demonstrate a strong sense of responsibility and compassion towards others. He has actively engaged in various charitable activities, volunteering efforts, and has shown genuine concern for the well-being of those around him. This commitment to giving back to the community illustrates his empathetic and caring nature.

Zachary Rehl has also displayed exceptional leadership qualities. He consistently takes the initiative to help and support others, providing guidance and assistance whenever needed. His ability to remain calm under pressure and find solutions to complex problems demonstrates his resourcefulness and resilience.

In addition to his admirable personal qualities, Zachary Rehl is also a responsible and reliable individual. He has consistently upheld commitments and shown a strong dedication to personal growth and improvement. His positive attitude and willingness to learn from past experiences reflect his desire to become a better person.

I strongly believe that the current legal situation Zachary Rehl facing is an anomaly in his life. I do not believe that he would intentionally engage in any criminal activity or cause harm to others. Instead, I am confident that he will use this experience as an opportunity for growth and positive change.

As a member of the community, I am genuinely concerned about the impact this situation has had on Zachary Rehl, his family, and friends. I sincerely hope that you will consider all aspects

of his character and the positive contributions he has made to society when making your decision.

If it would be of any assistance, I am more than willing to testify in court and speak on behalf of Zachary Rehl's character. Please do not hesitate to contact me at ███████ or ███████, should you require any further information or clarification.

Thank you for taking the time to consider my character reference for Zachary Rehl. I trust that you will make a fair and just decision in this matter.

Sincerely,

Frank Zielinski, friend and Brother in Arms