Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| vs. | ) Criminal No. 21-CR-175 |
| ETHAN NORDEAN, ET AL | ) |

## NOTICE OF APPEAL

Name and address of appellant:
ZACHARY REHL
D.C. Central Detention Facility
1901 D. St. SE
Washington, DC 20003

Name and address of appellant's attorney:
Norman A. Pattis, Esq.
Pattis & Associates, LLC
383 Orange St.
New Haven, CT 06511

Offense: 18 U.S.C. Sections 2384, 1512(k), 1512(c)(2), 372, 231(a)(3), and 1361

Concise statement of judgment or order, giving date, and any sentence:

Sentence imposed on 08/31/23; 180 months

Name and institution where now confined, if not on bail: DC Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| September 12, 2023 | /s/ Zachary Rehl |
| --- | --- |
| DATE | APPELLANT |
| | [signature] |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [✓]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?  YES [✓]  NO [ ]  (application pending)
Has counsel ordered transcripts?  YES [ ]  NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [✓]  NO [ ]