# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-CR-175-3 (TJK)
)
ZACHARY REHL )

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Jason McCullough, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 5.118
Washington, DC 20253

Offense: 18 USC secs. 231(a)(3), 2; 372; 1361, 2; 1512(c)(2), 2; 1512(k); 2384

Concise statement of judgment or order, giving date, and any sentence:

> Judgment, entered on September 15, 2023, sentencing defendant to a total 180 months' incarceration, followed by a total 36 months' supervised release; assessment of $600

Name and institution where now confined, if not on bail: Philadelphia FDC

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

October 16, 2023                         United States of America
DATE                                     APPELLANT
                                         Jason McCullough
                                         ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ✔
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | | ✔ |
| Has counsel ordered transcripts? | | ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ |