IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
v.                                        1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Tuesday, March 7, 2023
6-DOMINIC J. PEZZOLA,             9:00 a.m.
                   Defendants.
- - - - - - - - - - - - - - - - x
_____

TRANSCRIPT OF JURY TRIAL - DAY 43
*** MORNING SESSION ***
HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Conor Mulroe, Esq.
                          Nadia Moore, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520

APPEARANCES CONTINUED:

For the Defendants:      Carmen D. Hernandez, Esq.
                         7166 Mink Hollow Road
                         Highland, MD 20777
                         (240) 472-3391

                         Nayib Hassan, Esq.
                         LAW OFFICES OF NAYIB HASSAN, P.A.
                         6175 NW 153 Street
                         Suite 209
                         Miami Lakes, FL 33014
                         (305) 403-7323

                         Sabino Jauregui, Esq.
                         JAUREGUI LAW, P.A.
                         1014 West 49 Street
                         Hialeah, FL 33012
                         (305) 822-2901

                         Steven A. Metcalf, II, Esq.
                         METCALF & METCALF, P.C.
                         99 Park Avenue
                         6th Floor
                         New York, NY 10016
                         (646) 253-0514

                         Roger I. Roots, Esq.
                         ROGER ROOTS, ATTORNEY AT LAW
                         113 Lake Drive East
                         Livingston, MT 59047
                         (775) 764-9347

Court Reporter:          Timothy R. Miller, RPR, CRR, NJ-CCR
                         Official Court Reporter
                         U.S. Courthouse, Room 6722
                         333 Constitution Avenue, NW
                         Washington, DC 20001
                         (202) 354-3111


Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

# C O N T E N T S

**WITNESS:**                                          **PAGE:**

NICOLE MILLER
Direct Examination by Mr. Kenerson.............. 12164

1        **P R O C E E D I N G S**

2           THE DEPUTY CLERK:  This is Criminal Matter 21-175,

3    United States of America v. Defendant 1, Ethan Nordean;

4    Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;

5    Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

6    Pezzola.

7           Present for the Government are Jason McCullough,

8    Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

9    Defendant 1 is Nicholas Smith; present for Defendant 2 are

10   John Hull and Norman Pattis; present for Defendant 3 is

11   Carmen Hernandez; present for Defendant 5 are Nayib Hassan

12   and Sabino Jauregui; and present for Defendant 6 are Steven

13   Metcalf and Roger Roots.  Also present are Defendant 1,

14   Mr. Nordean; Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl;

15   Defendant 5, Mr. Tarrio; and Defendant 6, Mr. Pezzola.

16          THE COURT:  All right.  Well, good morning to

17   everyone.

18          Let me rule on what we discussed yesterday and

19   then we can talk about the two exhibits the parties have

20   identified as -- to which there are objections.

21          So in summary, I've thought of -- I've gone

22   through this both in terms of relevance and in -- and in

23   terms of Rule 403 balancing, and I'm going to save for

24   another day laying out, sort of, why I've drawn the line

25   I've drawn here, but just so that we can move on, the

```
1   evidence regarding Mr. -- put it this way.  The evidence we
2   talked about yesterday is in unless I say it's out.  And so
3   the evidence relating to the following people, I'll exclude
4   as, I think, insufficiently connected to the defendants:
5   The evidence regarding Mr. Ramey, number one; the evidence
6   regarding Mr. Shively -- Shively, is that how you say it --
7           MR. KENERSON:  Yes.
8           THE COURT:  -- number two; and then the
9   evidence -- well, I -- as to the Fischer group, I think it
10  makes sense to limit the Government's -- I don't know that
11  effectively this changes exactly what you would show or
12  portions of the exhibit, but Fischer and Johnson as part of
13  that group, in addition to marching with the defendants all
14  the way from the Mall, were -- Fischer was a member of the
15  MOSD; Johnson a member of Boots on the Ground chat; and then
16  Fischer had the -- the fist bump.  So I'll include Fischer
17  and Johnson, but exclude the other three individuals there.
18  Again, it may be effectively that you're showing the same
19  exhibit but you're just not pointing out who those other
20  three people are, but Fischer and Johnson are in, and the
21  others, I think, are, sort of, just too attenuated.  Again,
22  I'll go through and talk about the series of things that I
23  relied on, but I thought, other than those folks, both
24  Shively and Ramey, I thought the constellation of
25  information we knew about those two people didn't get over
```

1    the hump for me as far as the evidence being sufficiently

2    relevant.

3              That out of the way, can we --

4              MR. ROOTS:  (Indicating.)

5              THE COURT:  Yes, Mr. Roots?

6              MR. ROOTS:  Thank you, Your Honor.

7              On behalf of Mr. Pezzola, I would like to alert

8    to -- the Court to a motion for mistrial that we'll -- we

9    need to be filing -- probably will be filing in writing, but

10   I want to alert that last night, a national television

11   program, the Tucker Carlson Show, aired some -- this was a

12   national television show -- Tucker Carlson aired some video

13   that I believe we have not been provided in this case in

14   discovery, video that included lots of imagery of a

15   Mr. Chansley in an unrelated case surrounded by officers --

16   remember, the officers have claimed they couldn't make

17   arrests because they were so overwhelmed.  There were plenty

18   of officers to make strategic arrests.  The most striking

19   thing was a video in the Senate chamber -- now, remember,

20   they've -- they are accusing our clients of causing the, you

21   know -- the collapse of Congress that day.  In the Senate

22   chamber, Mr. Chansley is seen on video giving a prayer of

23   thanks to the Capitol Police for "letting" -- quote,

24   "letting us in the building," and we have not been provided

25   that.  This was aired first time two years after the fact.

1    We saw that for the first time on national television, not

2    in discovery.  We have not had that previously.  And we

3    believe there are many other serious Brady violations going

4    on here.  We need an evidentiary hearing about this.  And I

5    would also like to alert the Court that last Thursday, I was

6    cross-examining the highest level House of Representatives

7    officer that -- in this trial, Mr. McCumber.  He is the

8    voice of the House of Representatives.  On cross, he

9    admitted to me in this court that the House did not need to

10   go into recess.  Now, this directly relates to at least two

11   counts in this indictment, the 1512 counts.  Those counts

12   require -- one of their elements is a requirement that these

13   defendants caused the House to go into recess.  That man

14   admitted on the stand on cross that the House did not need

15   to go into recess, that he's seen many protesters over the

16   years who did breach the House chamber.  Our -- on

17   January 6th, no one breached the House chamber.  He admitted

18   on the stand that over the years, many protesters have

19   breached and they didn't recess Congress.  And I -- the last

20   question I asked was, "Isn't it true that Congress didn't

21   need to go into recess?"  He admitted under oath causally,

22   "Yes, that's true."

23            THE COURT:  Mr. -- I hear you, Mr. Roots, and

24   you're free to make of that testimony whatever you would

25   like through whatever motion you would like.  I don't know

1    that we need to discuss it any further here today.  And with

2    regard to your mistrial motion, I'll certainly take it up

3    when you file it.  I -- you've made this point -- I feel

4    like I should at least let the Government respond in some

5    way here today, but I don't want to talk about it any

6    further.  I want to move forward with the testimony of the

7    officer.  But, obviously, whatever you file, I'll take up.

8         Does the Government want to just briefly respond

9    to that before we move on?

10         MR. KENERSON:  Certainly.  As the -- I'll say, I

11   did not watch the Tucker Carlson program last night.  I

12   heard about what he aired.  But -- so I don't know the

13   specific video to which Mr. Roots is referring.  First, I

14   would make a request through the Court -- and he can -- I'm

15   not asking him to do this orally, but at least by email to

16   identify the specific video he's talking about that he

17   claims he's not been produced.  That's one.

18         Number two, as the Court knows, the Government has

19   provided an extensive amount of video in global discovery in

20   this case from the Capitol surveillance cameras, Capitol --

21   Senate and House recording studios, a number of videos.  So

22   you know, I -- for him to represent between last night and

23   now that they were not provided in discovery, I don't know

24   what searches he's run.  I just would ask that he identify

25   it for us so we can run that down.

```
1              THE COURT:  Okay.  Yeah.  I mean, those are fair
2     responses.  Let's see -- Mr. Roots, particularly, I know you
3     joined the case late.  It may -- I mean, I'm not saying
4     you're wrong, but I think -- we have to get some clarity
5     first about whether you all did have that video and then
6     whether the video would have the, you know -- whether it is
7     material to the case here.  I -- the other piece of it, I'll
8     just say, is this is the weird circumstance where the
9     Government -- with apologies to Mr. Pattis -- the -- in this
10    case, to the extent the executive branch did not have the
11    video, they obviously didn't -- I mean, I -- they didn't
12    have an obligation to turn it over.  And there are all sorts
13    of -- let me put it this way.  And I don't think they could
14    have forced the legislative branch to turn it over to you,
15    although the legislative branch did make some things
16    available, apparently, that the executive branch may not
17    have had.  So I'll let you respond and we'll see where this
18    all leads, but -- go ahead, Mr. Roots.
19             MR. ROOTS:  Yeah, just one response to that.
20    Judge Mehta, in the Oath Keeper case, ordered -- gave an
21    order to the U.S. Capitol Police to provide their -- all
22    documents relating to their reasons for recessing.  To this
23    date, I do not believe in any case -- by the way, I've been
24    working with John Pierce on another unrelated case, the
25    Daniel Gray case.  We've asked for the same things.  We want
```

1    all documents relating to explanations of why the House went

2    into recess.  To this day -- and, by the way, Judge Mehta

3    ordered that in that trial.

4         THE COURT:  Maybe someone requested it, and no one

5    has requested it in this case until this very moment.  So I

6    don't know what you want me to say.

7         MR. ROOTS:  I believe in this case, Document 230

8    which was a document filed in this case a long time ago --

9    maybe, two years ago -- there was a request for all kinds of

10   grand jury stuff, and it did include a request for all

11   documentation about why Congress went into recess.  To this

12   day -- and, by the way, I believe Judge Mehta ordered them

13   to provide all Brady material in that same order.  There

14   have been Brady violations, and though -- we have not been

15   provided those things.

16        THE COURT:  Well, I don't think it's fair --

17   Mr. Roots, you joined the case -- it's hard for you to, it

18   seems to me, assess what exactly happened before you joined

19   the case.  There were a lot of discussions of Brady.

20   There's a lot of history about things that were requested,

21   provided, that went on outside my purview.  No one ever came

22   to me to -- with a specific request to order something along

23   the lines you've discussed.  But, again, I'll take up any

24   motion you file, but I don't want to -- while we have a jury

25   waiting, I don't want to spend any more time on this right

 1      now until there's more clarity about the facts.

 2              The two documents we have outstanding -- or the

 3      two exhibits that -- to which there is objection, can I hear

 4      from whatever defendant would like to -- I'm going to pull

 5      them up right here because I think they were provided.  Can

 6      I hear from whatever -- whichever defendant would like to be

 7      heard on these two exhibits.  I mean, particularly the call

 8      detail records.  I wondered what the objection to that was.

 9              MR. JAUREGUI:  Good morning, Your Honor.  Jauregui

10      on behalf of Tarrio.

11              Judge, Mr. Kenerson and I worked on it late last

12      night.  They are withdrawing one of the exhibits, which I

13      appreciate.  So we're only -- we only have an issue as to

14      653-1.

15              THE COURT:  Okay.

16              MR. JAUREGUI:  I don't know if you have it in

17      front of Your Honor there.

18              THE COURT:  I do.

19              MR. JAUREGUI:  Okay.  Judge, the objection that I

20      explained to Mr. Kenerson that I had late last night was

21      regarding any of these phone calls that weren't -- were not

22      actually connected -- not only were the phone calls not

23      connected, there was no communication whatsoever, but timing

24      of these calls are already -- they're after the fact of the

25      breach of the Capitol.  The only one that, I think, is

```
 1   relevant -- and I explained that to Mr. Kenerson -- is the
 2   one phone call that connected at 2:54:36.  I think the other
 3   phone calls where there's no connection, it's not relevant;
 4   does not go as to any issues of the conspiracy; no planning;
 5   no instructions; nothing.  And even the 2:54:36, there's no
 6   evidence that there's any communication in that phone call
 7   either.  So for those reasons, we object.  I think it's
 8   going to be confusing; it's going to be misleading to the
 9   jury.  And we don't think it's relevant, Your Honor.
10                THE COURT:  Okay.  I'm going to overrule those
11   objections just because it does show attempted communication
12   right in the middle of the conspiracy between the alleged
13   conspirators.  So I, you know -- I think it's relevant for
14   that basis and I'm going to overrule that objection,
15   although I understand why you would make it.
16                What about the other exhibit?  And I don't have
17   that in front of me.
18                MR. SMITH:  Your Honor, the number's 510-37.  And
19   our objection here, Your Honor, is, sort of, in line with
20   some of the rulings the Court has made previously about
21   certain chats perhaps being relevant and admissible and
22   others not.  So it -- can Your Honor see this one?
23                THE COURT:  I, you know -- I'll -- give me one
24   moment.
25                MR. SMITH:  I can put it up on the screen, if that
```

12157

```
 1    helps.
 2              THE COURT:  All right.  If that's -- if you can do
 3    that easily, or the Government can do it easily.
 4              (Brief pause.)
 5              Oh, I'm sorry.  I have it now.  I have it now,
 6    Mr. Smith.  I apologize.  Well, you have it now, too.  All
 7    right.
 8              MR. SMITH:  So Your Honor can see this now?
 9              So I think the first chat here is Gilbert
10    Fonticoba, "We stormed the Capitol."  We're not challenging
11    the relevance there.  But then Your Honor can see that
12    there's a series of chats from this, you know, unknown
13    figure, Leo Kuznetsov, a video, some images, and then a
14    display of a noose here and then this graphic statement from
15    Kuznetsov at 2:25:30 and then some, I think, random
16    commentary.  It's not clear what they're -- maybe, they're
17    talking about the noose.  And then Noble Beard says, "They
18    are in."  So I guess we would stipulate the relevance of the
19    last text and the first, but we think all of this -- the
20    noose, whatever this video is the Government's going to
21    play, and Kuznetsov commentary is -- we would move to
22    exclude that under 403.  We don't -- I don't think we know
23    who Leo Kuznetsov is yet, and it's not -- I think this
24    snatch of conversation with Kuznetsov and some -- and Bobby
25    Littlebear is, kind of, disconnected from Fonticoba who's
```

1    there saying "we stormed the Capitol" and Beard saying "they

2    are in" at the end, but we haven't heard the Government's

3    explanation yet on that one.

4              THE COURT:  And particularly when -- I mean, this

5    is different from, I would say, other chats that I've seen

6    also insofar as it's showing something that happened on

7    January 6th that at least I haven't heard and I don't think

8    the Government is alleging any of these defendants had

9    anything to do with.

10             MR. SMITH:  Or the Proud Boys.  Yeah.

11             THE COURT:  Fair enough.  Right.

12             MR. SMITH:  Yeah.

13             THE COURT:  And is pretty -- I know Mr. Pattis

14   made the argument to me on 403 grounds that I implicitly

15   overruled about the comment about Ms. Pelosi, but -- I mean,

16   this is a -- perhaps another level.  So why don't I hear

17   Mr. Kenerson on the relevance of, kind of, those middle

18   texts.

19             MR. KENERSON:  Certainly.

20             I think -- there's two.  I think one is we have

21   members of the Ministry of Self-Defense, kind of, posting

22   within five minutes of the first member of that group to

23   note -- to post from inside the Capitol and they are

24   responding with things that are specific to the Capitol.

25   For one, the first response from President Elect Leo

1    Kuznetsov at 2:24:24 is a link to a tweet with a video of

2    the stairs with Officer Goodman.  And the post by Bobby

3    Littlebear shortly later is a link to a tweet showing, as I

4    think Mr. Smith noted, the noose outside of Capitol Hill.

5    And they're -- they are all responding, kind of, in real

6    time, specific to January 6th.  I understand that this is on

7    the ground versus before, but one of the things the Court

8    noted in allowing some of the Telegram messages in earlier

9    that was disputed was how specific it is -- how specific

10    these MOSD members' comments were to January 6th.  That's

11    exactly what these are.  One member of the Ministry posts

12    that "We just stormed the Capitol."  This is how they

13    respond.  And, additionally, when Noble Beard posts at

14    2:27:47 "They are in," those -- it's not just

15    Mr. Fonticoba's statement that's providing context for it.

16    It is the rest of these statements, as well.  And I think

17    that that was one of the things that the Court had ruled

18    when we were discussing Mr. Bertino's Telegram which is that

19    they are -- that when there's a statement of a

20    co-conspirator that's relevant, that if there are things

21    above that put that in context, that those are admissible.

22           The other thing I would note is that I -- I think

23    we heard yesterday -- in discussing about whether or not the

24    Ministry of Self-Defense -- the membership in the Ministry

25    of Self-Defense was relevant or not to some of these videos

1    we want to introduce about non-defendants, we heard a lot of

2    argument about how -- and we heard this previously with

3    respect to Mr. Bertino's testimony and in a number of other

4    places -- the whole theory was that Ministry of Self-Defense

5    was set up to be law-abiding, safety-oriented, and

6    self-defense, and the fact that the members here respond in

7    the way they did to Mr. Fonticoba's message, I think, would

8    help rebut that argument.

9             THE COURT:  Well, you've already put in -- I mean,

10   I -- look, the -- here's the way I think I have to rule on

11   this, you know?  This is -- it is -- I understand the issue

12   of genuine -- of -- I understand the relevance as you've

13   described it there, but I think when you get to the

14   guillotine [sic], we're talking about something that, again,

15   is not anything -- it -- I think that genuinely will be

16   confusing to the jury.  It is not anything any of these

17   defendants or the Proud Boys generally had anything to do

18   with.  And so I'm going to exclude, you know -- the first

19   tweet is really just, sort of, plain vanilla footage of -- I

20   mean, I shouldn't say that -- but people running around in

21   the Capitol.  Fair enough.  But the 2:24:27 and then 2:24:51

22   which are two -- which are one -- the first one looking

23   like, sort of, an executioner -- a little drawing that looks

24   like, sort of, a knight or an executioner of some kind and

25   then the guillotine, I think, is genuinely -- I'm going to

1    exclude under 403 because I think it just -- it's not

2    anything that has to do with these defendants even remotely

3    and I think the risk of jury confusion is too high.  So I

4    understand the "storming the Capitol."  I understand a

5    little bit of the other things to put it in context.  And

6    then, obviously, at the very end, there's, sort of, a blank

7    message and a "They are in," but I think the two that

8    suggest executions are in offing that have nothing to do

9    with these defendants have to be out under 403.

10            MR. SMITH:  Your Honor, thank you.

11            There's one more quote.  If -- comment.  If you

12   look at Leo Kuznetsov at 2:25:30, he refers to his

13   genitalia.  Is that relevant or --

14            THE COURT:  Well, I mean, he's explaining how

15   he's -- a member of the MOSD is explaining how excited he is

16   about what is happening.  It's not the most -- it's, you

17   know -- the -- it won't be the first example of crude

18   language in the case.  It might not be the last.  But I

19   think that's a little bit of a different character.  To me,

20   the thing -- it -- when we're talking about suggesting

21   executions and, again, in particular, this link to video

22   that, again, we don't really have any -- there's no evidence

23   that connects these defendants to it, I think it's a 403

24   issue and I think those two are out.

25            MR. SMITH:  Thank you, Your Honor.

1          THE COURT:  All right.  Anything else preliminary

2    before we bring in the jury?

3          MR. KENERSON:  I would just ask if we can take

4    five -- I don't know that we have to recess for five, but

5    give me five minutes to update my outline based on the

6    Court's ruling on Ramey, Shively, the Fischers -- the

7    Fischer group, and to alert Special Agent Miller to the

8    ruling.

9          THE COURT:  Well, why don't we -- we have to bring

10   the jury -- we can take a brief -- you have to do that.

11   Ms. Harris will have to bring the jury in.  That will take a

12   few minutes.  So why don't we take, you know -- it may end

13   up being, by the time she gets them and we get settled, it

14   may be 10 minutes.  Is that acceptable?  What else did you

15   want to say?

16         MR. MCCULLOUGH:  Court's indulgence for one

17   moment?

18         THE COURT:  Sure.

19         (Brief pause.)

20         MR. KENERSON:  I think, yeah, we're -- what we're

21   discussing is the most -- easiest technical way to implement

22   the Court's ruling on the Telegram slides.  One option --

23   the easiest option is to just turn those into essentially

24   blank messages, you know?  I think that the -- there will

25   be -- there has been testimony about the fact that blank

1    messages represent a message we haven't recovered,

2    essentially.  We've also had testimony about how we're not

3    leaving anything off in the middle.  So, you know, one way

4    or the other --

5              THE COURT:  I, you know -- I think the -- for that

6    reason, I think blanking them out probably isn't the best

7    way to do it because it does suggest that, then, you haven't

8    recovered those when, in fact, you have.

9              MR. SMITH:  Your Honor, the Adobe program would

10   allow the Government to just make a black redaction box over

11   the PDF file.

12             THE COURT:  I think that's -- I think the black

13   redaction box is the better way -- I mean, it does -- it

14   is -- in a situation where you have certain situations where

15   genuinely you didn't recover the message and it's blank for

16   that reason -- to show this as blank, I think, would be

17   misleading.  So I think the black box is the right way to

18   go.  And, you know, there's an instruction at the end, as

19   you all know, that just says, you know, "You've seen some

20   things that have been redacted and don't worry about what's

21   been redacted, ladies and gentlemen."  So I think that's

22   probably the way to proceed.

23             MR. KENERSON:  Very well.

24             THE COURT:  All right.  So we'll take 10 minutes

25   to bring the jury -- for the Government to -- Ms. Harris,

1    you may want to, maybe, just delay a few minutes in getting

2    the jury to give the Government time to adjust its

3    presentation.  Maybe wait five minutes and we'll reconvene

4    in 10 minutes with the jury and the witness.

5            THE DEPUTY CLERK:  All rise.  This Honorable Court

6    stands in recess.

7            (Brief recess taken.)

8            THE DEPUTY CLERK:  Jury panel.

9            (Jury returned to jury box.)

10            THE DEPUTY CLERK:  You may be seated.

11            (Brief pause.)

12            We are back on the record in Criminal Matter

13    21-175, United States of America v. Ethan Nordean, et al.

14            THE COURT:  All right.  Welcome back, ladies and

15    gentlemen.

16            And the Government may call your next witness.

17            MR. KENERSON:  Thank you, Your Honor.  The

18    Government calls Special Agent Nicole Miller to the stand.

19            **NICOLE MILLER, WITNESS FOR THE GOVERNMENT, SWORN**

20                       DIRECT EXAMINATION

21    BY MR. KENERSON:

22    Q.  Good morning, Ms. Miller.

23    A.  Good morning.

24    Q.  Can you please introduce yourself to the jury and spell

25    your last name.

1    A.    Sure.    My name is Special Agent Nicole Miller,

2    N-I-C-O-L-E; last name, M-I-L-L-E-R.

3    Q.    And I think you mentioned you're a special agent.    Are

4    you currently employed?

5    A.    I am, by the FBI.

6    Q.    How long have you been with the FBI?

7    A.    I've been with the FBI since May of 2019.

8    Q.    Were you employed prior to joining the FBI?

9    A.    I was.    I was a police officer for 10 years.

10    Q.    Where were you a police officer?

11    A.    The City of Kissimmee for approximately five, six years,

12    and then Florida Department of Law Enforcement for three or

13    four.

14    Q.    And Kissimmee, where is that in Florida?

15    A.    That is in -- near Orlando, Florida, kind of, near

16    Disney.

17    Q.    Now, were you working as a special agent with the FBI on

18    January 6th?

19    A.    I was.

20    Q.    Did you have any involvement in the events of that day?

21    A.    I was at the FBI office when the event happened.

22    Q.    And did you participate at all in the FBI's response to

23    the event?

24    A.    Yes.

25    Q.    What did you do?

1    A.  So I was on standby in the event something happened on

2    January 6th.  When the incident initially occurred, my squad

3    was, kind of, called to figure out what was going to happen

4    next; what the investigation was, kind of, going to look

5    like.

6    Q.  And just as a very broad overview, can you tell us what

7    your role was at that portion of the investigation.

8    A.  It was trying to figure out, since so many people had

9    just been in Capitol grounds, what was going to occur, how

10   the information coming in -- because it was a ton at the

11   time -- was going to be, kind of, sourced throughout our

12   department.

13   Q.  And did you ultimately become involved in an

14   investigation that involved Enrique Tarrio, Ethan Nordean,

15   Zachary Rehl, Joseph Biggs, and Dominic Pezzola?

16   A.  I did.

17   Q.  And in the course of working on that investigation, did

18   you familiarize yourself with a number of videos and

19   photographs from January 6th?

20   A.  I did.

21   Q.  Did you have a chance to look at Telegram messages,

22   Parler messages, and text messages, and call logs from

23   January 6th?

24   A.  I did.

25   Q.  Now, is there a time frame that your testimony here

1    today will cover with a couple of exceptions?

2    A.  Sure.  So it's going to be the morning of January 6th,

3    starting at midnight, up until about 4 -- a little after

4    4:00 p.m.

5    Q.  Have you had a chance to familiarize yourself with

6    each -- how each of the five individuals I just described

7    looked on January 6th?

8    A.  I have.

9    Q.  How did you go about doing that?

10   A.  So watching tons of videos, and then a ton of such --

11   search warrants were obtained throughout this case, a ton of

12   devices were recovered, and I have been through those

13   devices and listened to audio messages.  Also, watching

14   Parler posts.  So public-facing podcasts that Mr. Tarrio,

15   Mr. Biggs, and Mr. Nordean have all participated in.

16   Q.  Now, in addition to how each of them looked, have you

17   had a chance to familiarize yourself with voices?

18   A.  I have.

19   Q.  How were you able to do that?

20   A.  And that, again, is going to be going through the

21   devices and the information obtained from those search

22   warrants and listening to those public-facing podcasts.

23   Q.  And what types of information -- outside of the

24   podcasts, but within the devices, what types of information

25   would allow yourself to familiarize yourself with a person's

 1    voice?

 2    A.   So there are audio messages recovered from each of the

 3    devices which were belonging to the defendants.

 4    Q.   Now, Special Agent Miller, you mentioned that you

 5    were -- had a chance to look at videos from January 6th;

 6    right?

 7    A.   I have.

 8    Q.   Okay.  Have you had a chance to compare a number of

 9    videos from January 6th to either CCTV video from the

10    Capitol or to exhibits that have been admitted in this trial

11    so far?

12    A.   I have.

13    Q.   Did those exhibits that you looked at appear to depict

14    the same incidents as recovered in surveillance video or

15    admitted exhibits?

16    A.   Yes, they do.

17    Q.   Did those include the following exhibits?  447A, 445D as

18    in "David," 437B as in "boy," 421B as in "boy," 441A as in

19    "alpha," 440A as in "alpha," 450, 463, 420B as in "boy,"

20    253, 497L, 414A as in "alpha," 414B as in "boy," 432, 448,

21    409A as in "alpha," 431A as in "alpha," 459, 410G as in

22    "gamma," 459B as in "boy," 410M as in "Mary," 459C as in

23    "Charlie," 251, 250, 256, 481B as in "boy," and 461.

24    A.   Yes.

25              MR. KENERSON:  Your Honor, I'd move for the

```
 1    admission of those exhibits.
 2             THE COURT:  All right.  They will be admitted, and
 3    permission to publish them.
 4    BY MR. KENERSON:
 5    Q.  Now, in addition to those videos, have you had a chance
 6    to review a number of exhibits, including photos and videos,
 7    that had highlighting, slow motion, things like that?
 8    A.  I have.
 9    Q.  Other than those effects, did they appear to depict the
10    same scene as the original videos?
11    A.  They do.
12             MR. KENERSON:  All right.  And now, at this point,
13    I would move to --
14    BY MR. KENERSON:
15    Q.  Well, did those include --
16             MS. HERNANDEZ:  Objection, Your Honor.
17             THE COURT:  What's the objection?
18             MS. HERNANDEZ:  To introducing them in this
19    fashion wholesale.  If there are outlines, then she should
20    identify them when she testifies.
21             THE COURT:  All right.  Mr. Kenerson, you can
22    continue to ask your question and -- well, continue to ask
23    your question and we'll see if there's a continued
24    objection.
25    BY MR. KENERSON:
```

1    Q.  Did those include 417X, 404K as in "kilo" X, 145AX,

2    229X, 404Z as in "zebra" X, 441A as in "alpha" X, 160B as in

3    "boy" X, 440AX, 205X, 160B as in "boy" X, 209X, 210X, 450X,

4    160D as in "David" X, 211X, 451X, 429C as in "Charlie" X,

5    414D as in "David" X, 1138X, 163X, 414A as in "alpha" X,

6    414B as in "boy" X, 429B as in "boy" X, 159X, 432X, 153X,

7    113X, 120X, 473X, 150X, 141X, 142X, 131X, 459C as in

8    "Charlie" X, 136X, 133X, 115X, 121X, 415X, 132X, 143X, 168X,

9    and 167X?

10   A.  Yes.

11   Q.  And other than the addition of highlighting, slow

12   motion, sometimes transcripts, did those appear to depict

13   the same scenes as the original videos?

14   A.  They did.

15        MR. KENERSON:  I'd move for the admission of all

16   of those exhibits.

17        THE COURT:  All right.  Would you like to be

18   heard, Ms. Hernandez?

19        MS. HERNANDEZ:  Yes, sir.

20        THE COURT:  All right.

21        (Bench conference:)

22        THE COURT:  I mean, Ms. Hernandez, I -- okay.  We

23   can do it -- if -- I think this is just a question of

24   pure -- hold on.

25        Ms. Harris, I don't think the -- you -- can --

```
1              Let me ask the attorneys.  Is that husher as loud
2    as it's been before?
3              MR. PATTIS:  (Indicates affirmatively.)
4              THE COURT:  It is?  Okay.  Maybe I'm -- all right.
5    I'm -- maybe -- I don't know.  Something's going with me.
6              All right.  Ms. Hernandez, you know, would you
7    rather him do it document by document?
8              MS. HERNANDEZ:  Again, as to some of them, there
9    may be no issues, but I believe 417X is one we had an
10   argument over earlier in the trial.  I don't think that if
11   you're going to outline and find people in a big crowd --
12   again, some of them are -- there's no objection to.  As the
13   Court knows, we've seen a lot of these where it's very clear
14   who the person is, but some of them it's not so clear.
15             THE COURT:  Do you want me to just say I'll admit
16   them conditionally and subject to any objection that you
17   will raise as we go forward?
18             MS. HERNANDEZ:  Right, just so that when -- yes,
19   sir.  And just so, when an issue comes up, she has to, you
20   know -- we can cross-examine on that rather than these just
21   come in wholesale.
22             THE COURT:  All right.  Mr. Pattis, you had your
23   hand up.
24             MR. PATTIS:  As Mr. Kenerson's pace accelerated
25   from time to time, I missed a few.  Is there going to be a
```

1    list that we -- he can give us at the break or something

2    just for us?

3                MR. KENERSON:  I'm happy to provide a list at the

4    break.

5                THE COURT:  All right.

6                MR. PATTIS:  Thank you.

7                THE COURT:  All right.  So I'll just admit them

8    conditionally subject to objections for -- I guess it's for

9    relevance or 403 or something like that.

10                MS. HERNANDEZ:  And just identification, also.

11                THE COURT:  All right.

12                MS. HERNANDEZ:  Just --

13                THE COURT:  All right.

14                MS. HERNANDEZ:  Thank you.

15                (Return from bench conference.)

16                THE COURT:  All right.  Those exhibits will be

17    conditionally admitted subject to objections for relevance

18    and on 403 grounds.

19                Mr. Kenerson, you may proceed.

20                MR. KENERSON:  Thank you, Your Honor.

21    BY MR. KENERSON:

22    Q.  All right.  Special Agent Miller, you mentioned also

23    that you had a chance to review messages, Telegram, Parler,

24    and call logs from January 6th, as well; correct?

25    A.  I did.

1    Q.  Did you have a chance to review some exhibits that

2    depict some of those things?

3    A.  Yes.

4    Q.  Did those exhibits include 500-84, 500-85, 500-86,

5    509-25, 509-26, 509-27, 509-28, 509-29, 509-30, 509-32,

6    509-33, 509-35, 510-21, 510-29, 510-31, 510-32, 510-34,

7    510-37, 512-11, 512-13, 512-9, 530-5, 533-1, 546-5, 547-5,

8    551, 600-58, 600-60, 600-61, 600-62, 600-63, 552-1, and

9    653-1?

10   A.  Yes.

11          MS. HERNANDEZ:  Your Honor, the same objection to

12   conditional admission.

13          THE COURT:  All right.  Is it an objection to

14   conditional admission or a request for it?

15          MS. HERNANDEZ:  Request for a conditional

16   admission, Your Honor.  Thank you.

17          THE COURT:  All right.  Mr. Kenerson --

18          MR. KENERSON:  Thank you.

19          THE COURT:  -- you may -- I don't think you've

20   asked me to admit them yet, but go ahead.

21          MR. KENERSON:  Yes.  We have moved -- we move to

22   admit and fine with conditional admission.

23          THE COURT:  All right.  So I'll admit them

24   conditionally, subject to the objections I mentioned a

25   moment ago.

1    BY MR. KENERSON:

2    Q.  And, Special Agent Miller, I apologize that -- there

3    were a couple of videos I meant to ask you about of the

4    non-highlighted variety.  Did those also include 455A and

5    430C?

6    A.  Yes.

7            MR. KENERSON:  I would move to admit those videos,

8    as well.

9            THE COURT:  All right.

10   BY MR. KENERSON:

11   Q.  And finally, in this group, did you also review Capitol

12   surveillance video labeled Exhibits 181 and 183?

13   A.  Yes.

14   Q.  And did those appear to depict images captured by

15   Capitol CCTV on January 6th, 2021?

16   A.  They did.

17           MR. KENERSON:  I'd move for admission of 181 and

18   183.

19           THE COURT:  All right.

20           MS. HERNANDEZ:  Same objection, Your Honor.

21           THE COURT:  All right.  Subject -- they'll be

22   conditionally admitted, subject, as they come up, to the

23   same potential objections.

24           MR. KENERSON:  Thank you.

25           All right.  Ms. Rohde, if we could now have -- and

1    I believe this was just admitted -- 509-25.  I guess

2    conditionally admitted.  If we could have -- just for the

3    screen, I suppose.

4              And seek permission to publish.

5              THE COURT:  All right.  Permission to publish is

6    granted.

7    BY MR. KENERSON:

8    Q.  All right.  Special Agent Miller, can you tell us

9    what -- we're looking at a Telegram chat here?

10   A.  We are.

11   Q.  What's the date of this chat?

12   A.  January 6th, 2021.

13   Q.  In what chat group?

14   A.  It's New MOSD.

15   Q.  And can you remind us what the significance of New MOSD

16   is.

17   A.  It's going to be the leaders chat.

18   Q.  And what's the significance of "New"?

19   A.  So the initial had been deleted once Tarrio was

20   arrested.  A new one created.

21   Q.  Now, there's four individuals' heads across the top of

22   the screen.  What do those signify?

23   A.  So the face which is Enrique Tarrio's with the black

24   bubble around it means he's going to be present in this

25   chat; blue would be Joseph Biggs; red, Ethan Nordean; and

1    then yellow is Zachary Rehl.

2    Q.  And can you tell us, who is Enrique Florida PB?

3    A.  That would be Enrique Tarrio.

4    Q.  And who is YutYut Cowabunga?

5    A.  That's going to be Charles Donohoe.

6    Q.  Now, who sent the message at 12:01:55 a.m.?

7    A.  Tarrio.

8    Q.  To your knowledge, was the content of that message

9    present in any of the phones recovered by the FBI?

10   A.  It was not.

11   Q.  What does Charles Donohoe say two minutes later?

12   A.  He says, "Stand by."

13   Q.  And then what shortly after that?

14   A.  He says, "Everyone needs to meet at the Washington

15   Monument at 10:00 a.m. tomorrow morning.  Do not be late.

16   Do not wear colors.  Details will be laid out at the

17   pre-meeting.  Come out as a patriot.  We will be meeting

18   inside the ropes of the Monument on the side facing the

19   White House.

20   Q.  Were there any messages in the chat group between the

21   blank message from Enrique Flordia -- Enrique Tarrio at

22   12:01:55 and then Mr. Donohoe's at 12:03?

23   A.  No.

24            MR. KENERSON:  Ms. Rohde, if we can have 509-26

25   which, I believe, is already in evidence.

1    BY MR. KENERSON:

2    Q.  Is this still the same chat group?

3    A.  It is.

4    Q.  Still January 6th?

5    A.  It is.

6    Q.  And can you tell us who Aaron of the Bloody East is.

7    A.  That's going to be Aaron Wolkind.

8    Q.  And are you aware of what Aaron Wolkind's relationship

9    is to any of these defendants?

10   A.  So he used to be the vice president of the Philadelphia

11   Proud Boys.

12   Q.  And are any of the defendants here from Philadelphia?

13   A.  They are.  Zach Rehl.

14   Q.  What does Aaron Wolkind say at 7:19:36 a.m.?

15   A.  He says, "No, I started a new job.  Don't want to fuck

16   it up yet."

17   Q.  And can you read the next two messages that come under

18   that.

19   A.  Donohoe responds "Well, fuck, man.

20          To which Wolkind says, "There will be plenty more,

21   I'm sure.  LOL."

22   Q.  And who is Noble Beard the Immortal?

23   A.  That's going to be Jeremy Bertino.

24   Q.  And who is Johnny Blackbeard?

25   A.  That's going to be John Stewart.

1    Q.  Can you read the messages from the one we just read from

2    Aaron Wolkind through the end of the exhibit.

3    A.  Sure.

4         So at 7:20:51, Wolkind says, "I want to see

5    thousands of normies burn that city to ash today."

6         Bertino responds, "Would be epic."

7         Wolkind says, "The state is the enemy of the

8    people."

9         Bertino says, "We are the people."

10         Wolkind responds, "Fuck, yeah."

11         Stewart says, "God, let it happen.  I will settle

12    with seeing them smash some pigs to dust."

13         Bertino says, "Fuck these commie traitors."

14         To which Stewart responds, "It's going to happen.

15    These normiecons have no adrenaline control."  He says,

16    "There's a -- they are like a pack of wild dogs."

17         Donohoe responds, "I'm leaving with a crew of 15

18    at 8:30 to hoof it to the Monument.  No colors."

19         Bertino says, "Fuck it.  Let them loose."

20         Stewart says, "I agree," and then, "They went too

21    far when they arrested Henry as a scare tactic."

22    Q.  Are you aware of what Enrique Tarrio's given name is?

23    A.  It's Henry.

24         MR. KENERSON:  And, Ms. Rohde, if we can go to --

25    I think this was conditionally admitted, so screen just for

1    the witness -- to 510-29.

2              And seek permission to publish this one.

3              THE COURT:  All right.  Permission's granted.

4    BY MR. KENERSON:

5    Q.  Are we still at January 6th, 2021?

6    A.  We are.

7    Q.  What chat is this in?

8    A.  This is going to be the Ministry of Self-Defense Main 2.

9    Q.  And what's the significance of the "Main" as opposed to

10   what we had just seen?

11   A.  So the last chat was the leaders, and this is going to

12   be the leaders and then the individuals they invited.

13   Q.  And what's the significance of No. 2?

14   A.  There was a 1 and it was deleted.  So now, we're at 2.

15   Q.  And can you read the two messages from Charles Donohoe

16   starting at 8:28:41.

17   A.  He says, "I'll be there at 9:15."  Followed by, "I have

18   the keys until Rufio and Zach show up."

19   Q.  And up above it, there's a reference to "Rufo."  Are you

20   familiar with anyone with the nickname of "Rufio" in this

21   investigation?

22   A.  I am.  That's going to be Ethan Nordean.

23              MR. KENERSON:  And now, if we can go to 510-30,

24   please, which I believe is already in evidence.

25   BY MR. KENERSON:

1    Q.  Can you read the message Charles Donohoe posted at 5 --

2    or excuse me, 9:24:19 on January 6th, 2021, in MOSD members

3    group.

4    A.  He says, "We got 30 guys formed on the right side of the

5    Monument in the grass.  It's less crowded."

6    Q.  And what does Jeremy Bertino say at 9:26:44?

7    A.  "I'm currently watching Ford Fischer's feed.  He is up

8    at the Capitol building and there is zero Antifa presence."

9          MR. KENERSON:  And can we go, I think, now just --

10   screen just for the witness, please.  This was one that was,

11   I believe, just conditionally admitted, 509-28.

12          And ask for permission to publish.

13          THE COURT:  All right.  Permission's granted.

14   BY MR. KENERSON:

15   Q.  Still January 6th, 2021?

16   A.  It is.

17   Q.  Which chat is this in?

18   A.  This is New MOSD.

19   Q.  So the leaders chat?

20   A.  That's correct.

21   Q.  What does Jeremy Bertino post at 9:04:05 a.m.?

22   A.  He says, "@NobleLead.  Do you have any live feeds?"

23   Q.  And are there -- was there responses from Enrique

24   Tarrio?

25   A.  It appears so, but we don't have the content.

1    Q.  Were those -- so those messages were not present on any

2    phones seized by the FBI?

3    A.  That's correct.

4    Q.  And what does Bertino say at 9:32?

5    A.  He says, "Ford has one up, but it's normies with

6    bullhorns."

7    Q.  And then another blank message from Jeremy Bertino after

8    that?

9    A.  That's correct.

10            MR. KENERSON:  And, Ms. Rohde, can we bring up

11   Exhibit-551 which, I believe, is an audio message.  If we

12   can just play a couple of seconds and then stop.

13            (Audio played.)

14   BY MR. KENERSON:

15   Q.  Did you recognize that voice, Special Agent Miller?

16   A.  Yes.  It's Ethan Nordean.

17            MR. KENERSON:  Move for admission of 551 and ask

18   to publish.

19            THE COURT:  All right.  It will be admitted, and

20   permission to publish.

21            (Audio played.)

22   BY MR. KENERSON:

23   Q.  What did Mr. Nordean just say?

24   A.  Can you play it one more time?

25            MR. KENERSON:  Can we play it again --

```
 1                    THE WITNESS:  I'm sorry.

 2                    MR. KENERSON:  -- please.  Sorry.

 3                    (Audio played.)

 4                    THE WITNESS:  "10:00 a.m., Washington Monument.

 5      We'll be there, guys.  From there, we're marching to the

 6      Capitol."

 7                    MR. KENERSON:  Can we have the screen just for the

 8      witness.  And, Ms. Rohde, can we have Exhibit-1000.

 9      BY MR. KENERSON:

10      Q.  Special Agent Miller, do you recognize the exhibit on

11      your screen?

12      A.  I do.

13      Q.  Can you just give us a general overview of what this

14      exhibit is.

15      A.  So you're going to see a montage of videos that have

16      been recovered from January 6th.  It's going to be put

17      together in, kind of, a timeline.  It's going to be their

18      march around the grounds.

19      Q.  Does the exhibit have a map?

20      A.  It does.

21      Q.  Have you verified the accuracy of the map?

22      A.  I have.

23      Q.  How did you do that?

24      A.  I walked -- or rode this route myself.

25      Q.  The exhibit also has timestamps; is that right?
```

1    A.   It does.

2    Q.   Have you verified the accuracy of those timestamps?

3    A.   I have.

4    Q.   How did you do that?

5    A.   By comparing it to CCTV video footage.

6    Q.   And are they -- and -- well, for example, some of this

7    is at the Washington Monument; correct?

8    A.   Yes.  So I would take a point from the video that this

9    is recovered -- this would be -- Eddie Block's is going to

10   be the starting of what you're going to see.

11              THE COURT REPORTER:  Eddie --

12              THE WITNESS:  Sorry.  Eddie Block's film is what

13   we're going to be looking at, along with other videos

14   recovered, so from different people, Nicholas Quested,

15   another video provided by the public.  I would take a spot

16   on CCTV video and I would compare it to the video we're

17   about to watch.  Each of Eddie Block's films are 8 minutes

18   and 51 seconds long.  So I would subtract the point that I

19   am seeing from that on his video to get the time.

20   BY MR. KENERSON:

21   Q.   And just to back up a little bit, who is Eddie Block?

22   A.   Eddie Block is a Proud Boy.  He was there on

23   January 6th.

24   Q.   And was he filming large portions of this continuously?

25   A.   He was.

```
1    Q.  And now, is this -- is the exhibit we're about to see

2    one continuous video?

3    A.  What do you mean?  It's -- so it's continuous, but it

4    has different videos in it.

5    Q.  Different videos spliced together?

6    A.  Yes.

7    Q.  Have you compared the videos in this module to other

8    exhibits that had been admitted into evidence or to CCTV

9    from the Capitol?

10   A.  I have.

11   Q.  Do they appear to depict the same scenes?

12   A.  They do.

13   Q.  And other than clipping them, do they appear to be

14   inauthentic in any way?

15   A.  You said inauthentic or --

16   Q.  Yes.

17   A.  -- authentic?

18   Q.  Inauthentic.

19   A.  No.

20   Q.  Does this exhibit have transcripts sometimes when people

21   talk?

22   A.  It does.

23   Q.  Have you reviewed those?

24   A.  I have.

25   Q.  Have you reviewed the identity of the speaker?
```

```
 1    A.  I have.

 2    Q.  And the accuracy of the transcript?

 3    A.  I have.

 4    Q.  Believe them to be accuracy -- accurate based on your

 5    review?

 6    A.  I do.

 7              MR. KENERSON:  I'd move for admission of

 8    Government's Exhibit-1000.

 9              THE COURT:  All right.

10              MS. HERNANDEZ:  Objection.  This is an overview

11    video.

12              THE COURT:  All right.  Other than that objection,

13    are there any other objections?

14              MS. HERNANDEZ:  The transcripts, Your Honor.  I'm

15    not sure what's going to be introduced.

16              THE COURT:  I'm -- let me hear you at sidebar,

17    Ms. Hernandez.

18              (Bench conference:)

19              THE COURT:  Ms. Hernandez, this -- you've had this

20    exhibit -- you've known this is coming.  What is your

21    objection?

22              MS. HERNANDEZ:  Well, on the overview, as I told

23    the Court yesterday, I believe that this kind of testimony

24    is overview testimony which is not, you know -- which is not

25    admissible.  With respect to the transcript, I'm not sure
```

1    exactly which transcripts we're talking about.

2              THE COURT:  Well, I don't know what to tell you.

3    You've -- you -- that's not a specific objection to this

4    exhibit.  I mean, I -- you've had this exhibit.  If you have

5    a specific objection to -- I mean, I understand your

6    objection about summary testimony.  I'm going to overrule

7    that.  But is -- if you don't have any other specific

8    objection, I'm just going to admit it.

9              MS. HERNANDEZ:  Well, again, I mean, transcripts

10   are supposed to be provided early so we could review our own

11   transcripts.  I'm -- I haven't -- if I missed it, I missed

12   it, but I had not seen a transcript that went along with

13   this exhibit.

14             THE COURT:  Does the exhibit -- Mr. Kenerson, does

15   the exhibit have -- as I understood your colloquy with the

16   witness, there's, sort of -- I don't know if it's a

17   transcript, but there are words that are going to be put up

18   on the screen that she says are accurate to depict what

19   speakers say; is that right?

20             MR. KENERSON:  That's right.  They're a part of

21   the exhibit.  I just also want to note that they have been

22   part of the exhibit since we provided the final version in

23   November on the exhibit deadline.  So I really just don't

24   know what to say to her when she says she didn't know what

25   was coming here.  One thing I would also note is that we

1    litigated this type of exhibit pretrial in the motions in

2    limine.  I think Mr. Smith raised an objection to it.  The

3    Court overruled it.  Like, we've already litigated

4    essentially the admissibility of this.

5            THE COURT:  Right.

6            MS. HERNANDEZ:  The -- so the identity of the

7    particular speaker is -- I would just object -- a -- subject

8    to cross-examination.

9            THE COURT:  I mean, you can cross-examine, but

10    there's no specific objection even -- other than the summary

11    objection, I don't even have an objection.  So I'm going to

12    overrule the summary objection.

13            And you may proceed, Mr. Kenerson.

14            MR. KENERSON:  Thank you.

15            (Return from bench conference.)

16            MR. KENERSON:  All right.  So Your Honor, move for

17    the admission of 1000 and ask for permission to publish.

18            THE COURT:  All right.  It will be admitted, and

19    permission to publish.

20    BY MR. KENERSON:

21    Q.  And, Special Agent, what are we looking at right now on

22    the screen?

23    A.  This is going to be a message sent from Charles Donohoe.

24            MR. KENERSON:  And, Ms. Rohde, if we could pause

25    here before we actually start playing the video.

```
1    BY MR. KENERSON:

2    Q.  Up at the top of the screen here, what I'm circling, is

3    that the map you described?

4    A.  That is.

5    Q.  Can you tell us what the orange ball on the left of the

6    map represents?

7    A.  So that's going to be the group.

8    Q.  And where on the map is that orange ball currently?

9    A.  Right now, it's at the Washington Monument.

10   Q.  Okay.  And what I've circled over here, what is --

11   what's that?

12   A.  That's going to be the U.S. Capitol.

13              MR. KENERSON:  All right.  Ms. Rohde, if we can

14   play to 38 seconds, please.

15              (Video played.)

16   BY MR. KENERSON:

17   Q.  Did we just hear the word "Uhuru"?

18   A.  We did.

19   Q.  That's something that we hear a number of times --

20   A.  It is.

21   Q.  -- in videos on January 6th?

22   A.  It is.

23              MR. KENERSON:  All right.  If we can play --

24   actually, pause again.

25   BY MR. KENERSON:
```

```
1    Q.  Do you see a number of individuals with orange hats?

2    A.  I do.

3    Q.  And were there a number of individuals with orange hats

4    with the -- this group on January 6th?

5    A.  There is.

6              MR. KENERSON:  Okay.  If we can play again.

7              (Video played.)

8              MR. KENERSON:  Pause here.

9    BY MR. KENERSON:

10   Q.  This individual I've circled with the camouflage hat, do

11   you recognize him?

12   A.  I do.  That's Zachary Rehl.

13   Q.  And what does he have in his hand?

14   A.  He has a radio.

15   Q.  And do you --

16              MR. KENERSON:  If we can play just a couple

17   seconds more, Ms. Rohde.

18              (Video played.)

19              MR. KENERSON:  Stop right here.

20   BY MR. KENERSON:

21   Q.  Do you recognize the individual he's talking to?

22   A.  I do.

23   Q.  Who is that?

24   A.  That's Daniel Lyons Scott.  He goes by the name

25   Milkshake.
```

```
 1              MR. KENERSON:  And, Ms. Rohde, if we could

 2    actually have -- I think, the screen just for the witness --

 3    if we could go to 482, please.

 4    BY MR. KENERSON:

 5    Q.  Do you recognize what's on your screen?

 6    A.  I do.

 7    Q.  Is that still shot from the same portion of video we've

 8    been watching?

 9    A.  It is.

10              MR. KENERSON:  Move for admission of 482.

11              THE COURT:  All right.  It will be admitted, and

12    permission to publish.

13    BY MR. KENERSON:

14    Q.  Is that the -- this person on the left, is that who

15    we've been talking about?

16    A.  It is.

17    Q.  And is he wearing glasses?

18    A.  He is which say "Milkshake."

19    Q.  Thank you.

20              MR. KENERSON:  All right.  If we can go back to

21    the video, Ms. Rohde.

22              (Video played.)

23              MR. KENERSON:  If we can briefly pause it right

24    here, Ms. Rohde.

25    BY MR. KENERSON:
```

1    Q.  Did you recognize the voice of the person who just

2    started speaking?

3    A.  I did.

4    Q.  Who was that?

5    A.  Ethan Nordean.

6    Q.  Thank you.

7            MR. KENERSON:  If we could play it, Ms. Rohde.

8            (Video played.)

9            MR. KENERSON:  If we could pause there, Ms. Rohde.

10   BY MR. KENERSON:

11   Q.  Did you hear someone say "Yo, make sure no press is

12   around"?

13   A.  I did.

14   Q.  Did you recognize the voice?

15   A.  I do.  It's Zachary Rehl.

16   Q.  Thank you.

17           MR. KENERSON:  If we could play.

18           (Video played.)

19           MR. KENERSON:  If we could pause here briefly.

20   BY MR. KENERSON:

21   Q.  In the middle of that, Special Agent Miller, did you

22   hear someone say "where the crippled guys go?"

23   A.  I did.

24   Q.  Is that Mr. Block?

25   A.  That is Mr. Block.

1    Q.  Does he ride in a motorized wheelchair?

2    A.  He does.

3    Q.  Thank you.

4              MR. KENERSON:  Go ahead and play, Ms. Rohde.

5              (Video played.)

6              MR. KENERSON:  Actually, if we can pause right

7    here.

8    BY MR. KENERSON:

9    Q.  That orange circle is now an orange arrow.  What does

10   the arrow significant -- signify?

11   A.  It's going to show you the route they have taken.

12   Q.  And the direction?

13   A.  Yes.

14             MR. KENERSON:  All right.  Go ahead, Ms. Rohde.

15             (Video played.)

16             MR. KENERSON:  If we could pause here briefly,

17   Ms. Rohde.

18   BY MR. KENERSON:

19   Q.  Special Agent Miller, are you familiar with whether then

20   President Trump gave a speech on January 6th, 2021?

21   A.  He did.

22   Q.  Do you know whether that speech had started as of

23   10:34 a.m.?

24   A.  It had not.

25   Q.  Thank you.

1          MR. KENERSON:  We can play, Ms. Rohde.

2          (Video played.)

3          MR. KENERSON:  If we could pause right there.

4  BY MR. KENERSON:

5  Q.  What did we just see Mr. Rehl doing?

6  A.  Holding the radio to his mouth.

7          MR. KENERSON:  If we could continue.

8          (Video played.)

9          MR. KENERSON:  Pause here, Ms. Rohde.

10 BY MR. KENERSON:

11 Q.  Did you see someone in black turn around and say, "They

12 don't know the channel"?

13 A.  I did.

14 Q.  Do you recognize that person?

15 A.  I do.  That's Gilbert Fonticoba, Miami Proud Boy.

16         MR. KENERSON:  All right.  Ms. Rohde, if you could

17 play.

18         (Video played.)

19         MR. KENERSON:  If we could pause here real quick,

20 Ms. Rohde.

21 BY MR. KENERSON:

22 Q.  Are you -- Ms. Miller, are you -- or Special Agent

23 Miller, excuse me, are you aware of whether the person who

24 was arrested for Jeremy Bertino's stabbing was ever charged

25 criminally?

1    A.  He was not.  Not that I'm aware of.

2              MR. KENERSON:  Please play.

3              (Video played.)

4              MR. KENERSON:  If we could pause right here,

5    Ms. Rohde.

6    BY MR. KENERSON:

7    Q.  Did we just hear Mr. Nordean say, "Back the yellow"?

8    A.  We did.

9    Q.  Are you familiar with the phrase "back the blue"?

10   A.  I am.

11   Q.  What does "back the blue" mean?

12   A.  Support law enforcement.

13   Q.  Does the color yellow have any significance to the Proud

14   Boys?

15   A.  It does.  It's one of their colors.

16   Q.  Who did Mr. Nordean just hand the megaphone to?

17   A.  Joseph Biggs.

18             MR. KENERSON:  Can we play again, Ms. Rohde,

19   please.

20             (Video played.)

21             MR. KENERSON:  Ms. Rohde, if you could pause

22   there.

23   BY MR. KENERSON:

24   Q.  What did Zach Rehl do during Biggs's speech just there?

25   A.  He's cheering and he hits him on the arm.

 1    Q.  And Mr. Biggs also said, "Let's march through this city.

 2    That's our Goddamn city."  Did you hear him say that?

 3    A.  I did.

 4    Q.  Mr. Biggs live in Washington, D.C. area as of

 5    January 6th?

 6    A.  He does not.

 7    Q.  Did Zachary Rehl?

 8    A.  He did not.

 9    Q.  Did Ethan Nordean?

10    A.  He did not.

11    Q.  Did Enrique Tarrio?

12    A.  He did not.

13    Q.  Did Dominic Pezzola?

14    A.  No, he did not.

15             MR. KENERSON:  Can we play for a little bit

16    longer, please.

17             (Video played.)

18             MR. KENERSON:  And could we pause here briefly,

19    Ms. Rohde.

20    BY MR. KENERSON:

21    Q.  Before this group stopped here, did we see some of the

22    leaders hold up hands and say, "Hold"?

23    A.  Yes, we do.

24    Q.  And what happened just now when the leaders started

25    moving forward again?

1    A.  The group moved with them.

2    Q.  Thank you.

3              MR. KENERSON:  If we can play again, Ms. Rohde.

4    Sorry.

5              (Video played.)

6              MR. KENERSON:  If we could pause there, Ms. Rhode.

7    BY MR. KENERSON:

8    Q.  What did we just see Mr. Rehl do?

9    A.  He asked on the radio, "You guys caught up back there?"

10   Q.  Mr. Biggs have a radio in his hand, as well?

11   A.  He does, and he appeared to be listening.

12             MR. KENERSON:  If we could play again, Ms. Rohde.

13             (Video played.)

14             MR. KENERSON:  If we can pause again, Ms. Rohde.

15   BY MR. KENERSON:

16   Q.  Again, when the leaders went forward, what did the group

17   do?

18   A.  Followed.

19   Q.  Thank you.

20             MR. KENERSON:  And actually, let's -- pause it

21   right here.

22   BY MR. KENERSON:

23   Q.  Before we talk about this clip, in between the last clip

24   and now, is there video of Ethan Nordean saying that they

25   were going to make a presence at the Capitol and then go

```
 1     back to the main rally?

 2                 MS. HERNANDEZ:  Leading.

 3                 THE COURT:  Sustained.

 4                 THE WITNESS:  Yes, there is.  Oh, sorry.

 5                 THE COURT:  It's all right.

 6                 MR. JAUREGUI:  Objection, Judge, and strike the

 7     response from the witness.

 8                 THE COURT:  All right.  We'll strike the response

 9     and, Mr. Kenerson, you may ask another question.

10                 MR. KENERSON:  Certainly.

11     BY MR. KENERSON:

12     Q.  Does this video capture every moment between -- of the

13     group's march?

14     A.  It does not.

15     Q.  And are there times when Ethan Nordean says things --

16                 MS. HERNANDEZ:  Objection.  Leading.

17                 MR. KENERSON:  Can I finish my question, please.

18                 THE COURT:  You may finish your question first.

19     BY MR. KENERSON:

20     Q.  Are there times when Ethan Nordean says things that

21     aren't captured in this particular exhibit?

22                 MS. HERNANDEZ:  Leading.

23                 MR. METCALF:  Same objection.

24                 THE COURT:  Overruled.

25                 THE WITNESS:  Yes.
```

1    BY MR. KENERSON:

2    Q.  Let me ask you about this individual, (indicating.)  Do

3    you recognize him?

4    A.  I do.  That's AJ Fischer, a Florida Proud Boy.

5    Q.  Is this part of the same march we've been talking about?

6    A.  It is.

7              MR, KENERSON:  All right.  If we can play for just

8    a few seconds longer.

9              (Video played.)

10             MR. KENERSON:  Pause it right around here --

11   actually, just a couple seconds more.  Sorry.

12             (Video played.)

13             MR. KENERSON:  Right now.

14   BY MR. KENERSON:

15   Q.  The person I've drawn an arrow to, do you recognize him?

16   A.  I do.  That's Dominic Pezzola.

17   Q.  What about this individual?

18   A.  That's going to be William Pepe.  And he --

19   Q.  Who's William Pepe?

20   A.  He was a Proud Boy out of New York.

21             MR. KENERSON:  And, Ms. Rohde, could we back up

22   just a couple of seconds.  Yeah, too far.  Back -- forward

23   just a -- keep going.  Right there.  Right there's fine.

24   BY MR. KENERSON:

25   Q.  What about this individual in the red-and-black plaid?

 1    A.  Arthur Jackman, Proud Boy out of Florida.

 2              MR. KENERSON:  All right.  If we could continue

 3    playing, please.

 4              (Video played.)

 5              MR. KENERSON:  Pause right here, please.  Back

 6    just a couple of seconds.  I'm sorry, Ms. Rohde.  Right

 7    there's good.

 8    BY MR. KENERSON:

 9    Q.  What about this individual I've circled here?

10    (Indicating.)

11    A.  Paul Rae, Proud Boy, Florida.

12    Q.  And what about these two?  (Indicating.)

13    A.  Nate Tuck and Kevin Tuck.  Florida, as well.

14              MR. KENERSON:  If we could play, please.

15              (Video played.)

16              MR. KENERSON:  And if we could pause right here.

17    BY MR. KENERSON:

18    Q.  Are these -- that last bit that we saw paused at 9:34

19    and what we're about to see, Capitol Police radio

20    transmissions?

21    A.  They are.

22    Q.  Thank you.

23              (Video played.)

24              MR. KENERSON:  If we can pause right here briefly.

25    And if we could switch to what, I think, has already been

1    admitted as Exhibit-404C, as in "Charlie."

2    BY MR. KENERSON:

3    Q.  Special Agent Miller, did you review the results of a

4    search of Joe Biggs's Google cloud?

5    A.  I did.

6    Q.  Were any photographs recovered?

7    A.  They were.

8    Q.  Were videos recovered?

9    A.  Yes.

10   Q.  Was there metadata provided by Google?

11   A.  There was.

12   Q.  Have you reviewed this metadata?

13   A.  I have.

14   Q.  Do you have it memorized?

15   A.  I do not.

16   Q.  Did you also review an extraction of Zach Rehl's phone?

17   A.  I did.

18   Q.  Did that have metadata?

19   A.  It did.

20   Q.  Do you have that memorized?

21   A.  I do not.

22   Q.  Would looking at charts of some of that metadata aid you

23   in your testimony to the jury about what times certain

24   images and videos from Biggs's Google cloud or Rehl's phone

25   were taken?

12201

```
 1    A.  Yes, it would.
 2             MR. KENERSON:  Your Honor, I'd ask that the
 3    witness be preferred to -- be permitted to refer to
 4    Exhibits-1133 and 1132, which are in evidence.
 5             THE COURT:  All right.  Permission is granted
 6    without objection.
 7             MR. KENERSON:  Thank you.  May I approach?
 8             THE COURT:  You may, sir.
 9    BY MR. KENERSON:
10    Q.  So looking at Exhibit-404C, which is on our screen,
11    where was this recovered?
12    A.  From Biggs's Google cloud.
13    Q.  And who is in the front?
14    A.  Joseph Biggs.
15    Q.  And this person who I've circled in black, have we
16    discussed him yet today?
17    A.  Yes.  That's Gilbert Fonticoba.
18    Q.  And what about behind him in the camouflage hat?
19    A.  That's going to be Zachary Rehl.
20    Q.  And do you see Zachary Rehl making a hand gesture?
21    A.  I do.  It's the Proud Boys hand gesture.
22    Q.  What building is that in the background of this photo?
23    A.  The U.S. Capitol.
24    Q.  According to the metadata recovered from Google, what
25    time was this photo taken?
```

1    A.  1:11 -- or sorry, excuse me, 11:11.

2    Q.  A.m. or p.m.?

3    A.  A.m.

4    Q.  On what date?

5    A.  January 6th, 2021.

6    Q.  Thank you.

7            MR. KENERSON:  If we can go back to Exhibit-1000,

8    please.

9            (Video played.)

10            MR. KENERSON:  If we can pause right here,

11   Ms. Rohde.

12   BY MR. KENERSON:

13   Q.  Are you familiar with who Alex Jones is?

14   A.  I am.

15   Q.  Who is Alex Jones?

16   A.  So Joseph Biggs used to work for Alex Jones.  He owns a

17   radio show.

18   Q.  And do we see a number of white signs along the fencing

19   here?

20   A.  We do.

21            MR. KENERSON:  All right.  If we could play,

22   Ms. Rohde.

23            (Video played.)

24            MR. KENERSON:  If we can pause right here,

25   Ms. Rohde.  If we could actually go back to this -- just

```
 1   while that is still on the screen.  Thank you.  And for the
 2   record, we're paused at 10:34 on the time -- on the counter
 3   of the exhibit.
 4   BY MR. KENERSON:
 5   Q.  Do we just hear Mr. Nordean's voice?
 6   A.  We do.
 7   Q.  Do you recognize at least generally the words "support
 8   and defend the Constitution of the United States against
 9   foreign enemies and domestic"?
10   A.  I do.  It's in the --
11   Q.  How do you --
12   A.  It's in the oath we take.
13   Q.  And I'm going to circle an individual up here in a
14   leather bomber jacket.  Do you recognize that individual?
15   A.  I do.  That's Charles Donohoe.
16   Q.  He's the person who we saw send the message at the
17   beginning of this?
18   A.  Yes.
19   Q.  And other than Mr. Nordean, who is up at the front of
20   this march?
21   A.  Joseph Biggs and Zachary Rehl.
22             MR. KENERSON:  And, Ms. Rohde, if we could go
23   forward just a couple of frames.
24             (Video played.)
25             MR. KENERSON:  Right there.
```

1   BY MR. KENERSON:

2   Q.   This person I've circled off to the left just behind

3   Mr. Donohoe, who is that?

4   A.   AJ Fischer.

5   Q.   Is he one of the people we just talked about on the

6   Mall?

7   A.   He was.

8   Q.   Now, what time is it approximately at this point in the

9   video?

10   A.   11:21 a.m.

11   Q.   Do we see something in Mr. Rehl's hands?

12   A.   We do.  We see a cell phone.

13        MR. KENERSON:  If we can switch to the screen just

14   for the witness and have what, I think, has been

15   provisionally admitted as 509-29.

16        Ask for permission to publish.

17        THE COURT:  All right.  Permission is granted.

18   BY MR. KENERSON:

19   Q.   Special Agent, are we still in January 6th, 2021?

20   A.   We are.

21   Q.   Which chat group?

22   A.   We're in the New MOSD, which is the leaders chat.

23   Q.   And I think you said previously it was 11:21 where we

24   left off in the last video.  Can you tell us what Aaron

25   Wolkind had posted at 11:12.

```
 1    A.  Wolkind posts, Tell me what the plan is.  I'll spam-post
 2    it.
 3    Q.  And can you read the next two messages from Johnny
 4    Blackbeard shortly thereafter.
 5    A.  Sure.
 6              Johnny Blackbeard, which is John Stewart, says,
 7    "Guys are starting to take their groups off alone because
 8    they can't find leadership.  Give us a location so we can
 9    help you keep them together."
10    Q.  And have you seen any evidence that Wolkind or John
11    Stewart were in Washington, D.C. at -- by this point on
12    January 6th?
13    A.  I have not.
14    Q.  The message below that's from Captain Trump.  Who's
15    that?
16    A.  That's going to be Zachary Rehl.
17    Q.  What time was that message sent?
18    A.  11:21:48 a.m.
19              MR. KENERSON:  And, Ms. Rohde, could we play that,
20    please.
21              (Audio played.)
22    BY MR. KENERSON:
23    Q.  There's a reference in there to Mossad.  Do you know
24    what Mossad is?
25    A.  Israeli special forces.
```

```
1    Q.  And does that contain the letters M, O, S, and D?

2    A.  It does.

3    Q.  Now, there are some messages from Noble Beard the

4    Immortal a little bit further down.  Was he in Washington,

5    D.C. on January 6th, based on your investigation?

6    A.  He was not.

7    Q.  And before we get to his message, what does John Stewart

8    post shortly after Zach Rehl's voice message that we just

9    heard?

10   A.  The Proud Boys hand gesture.

11          MR. KENERSON:  Can we see -- can we play the

12   message from Jeremy Bertino at 11:23:08.

13          (Audio played.)

14   BY MR. KENERSON:

15   Q.  And does Zach Rehl post anything shortly thereafter?

16   A.  He does.

17          MR. KENERSON:  Can we show that, please.

18          (Audio played.)

19   BY MR. KENERSON:

20   Q.  What does Jeremy Bertino post shortly thereafter?

21   A.  "Any media following you guys?"

22   Q.  And what was Charles Donohoe's post after that?

23   A.  "What's up?  Yeah, a lot."

24   Q.  And what does Aaron Wolkind say?

25   A.  "Should try and lose them.  They know you're Proud
```

1    Boys?"

2    Q.  And if we could read the messages from -- who sent them

3    and the times until the end.

4    A.  Sure.

5         11:48:54 a.m. from Wolkind:  "Rapists, it's time

6    to mobilize."

7         11:50:28 a.m. from Rehl, Captain Trump:

8    "Instantly.  Whole time.  LOL."

9         Bertino responds, "Who?  Do you know?"

10        Rehl says, "Media, normies, et cetera.  We were

11   masked up at first, too.  They still knew.  Not sure if

12   dudes were telling people or what."

13        Bertino says, "Possibly."

14        Wolkind says, "You just radiate fascism, Zach."

15   Wolkind then says, "How is everyone communicating?"

16   Followed by, "Should everyone be staying together or

17   separating?  If everyone is together, it's going to make it

18   hard to be anonymous."

19   Q.  And when -- what time was the last message from Aaron

20   Wolkind?

21   A.  12:01:52 p.m.

22   Q.  So this and the first one was about 55-0 minutes prior?

23   A.  Yes.

24        MR. KENERSON:  And, Ms. Rohde, before we go back

25   to the other exhibit, can we have 480M as in "Mary" which, I

1    think, has been provisionally admitted, so have it just for

2    the witness at this point.

3                    (Brief pause.)

4                    And if we could go to the 1:40 timestamp.

5                    And would seek permission to publish this portion

6    of the exhibit to the jury.

7                    THE COURT:  All right.  Without objection,

8    permission's granted.

9    BY MR. KENERSON:

10   Q.  And before we play, is this from a similar time on the

11   march to where we've been watching in Exhibit-1000?

12   A.  It is.

13                   MR. KENERSON:  If we could hit play, please,

14   Ms. Rohde.

15                   (Video played.)

16                   MR. KENERSON:  Pause, and go back just a touch.

17   BY MR. KENERSON:

18   Q.  This individual that I've circled here, do you recognize

19   him?

20   A.  Yes.  His name is Ronald Loehrke.  He was from Seattle

21   at the time.

22   Q.  And what -- did we just hear him say something?

23   A.  We did.  He said, "This is our Capitol, motherfuckers."

24                   MR. KENERSON:  And, Ms. Rohde, if we could go back

25   to Exhibit-1000, please, and if we could play from here.

1           (Video played.)

2           MR. KENERSON:  And if we could pause right here at

3    10:59 on the counter.

4    BY MR. KENERSON:

5    Q.  How many police officers are in -- seen here?

6    A.  There's one.

7    Q.  And what I'm circling -- do you see the four white signs

8    I've circled?

9    A.  I do.  They say "Area Closed."

10   Q.  And in addition to the bike racks that those are posted

11   on, do we see any other bike racks in this photo?

12   A.  Yeah, we see a line of them in front.

13   Q.  And this is at 11:21 a.m. --

14   A.  That's correct.

15   Q.  -- approximately?

16          MR. KENERSON:  All right.  If we could play,

17   please, Ms. Rohde.

18          (Video played.)

19          MR. KENERSON:  If we could pause right there at

20   11:17 on the counter, but 11:26 a.m.

21   BY MR. KENERSON:

22   Q.  Who was in that conversation with Biggs and Nordean that

23   we just saw?

24          MR. KENERSON:  Ms. Rohde, you can back it up and

25   see if we can look at the whole thing.

```
 1              THE WITNESS:  It's going to be Ethan Nordean,
 2    Charles Donohoe, Joseph Biggs, Zach Rehl, and an individual
 3    who's in the marching group.
 4    BY MR. KENERSON:
 5    Q.  Have you identified the -- this individual?
 6    A.  I have.  His name is Travis Nugent.  He's a Seattle
 7    Proud Boy at the time.
 8    Q.  And approximately how long after we had just seen this
 9    group walk past an entrance to Capitol grounds with one
10    police officer was this conversation taking place?
11    A.  A few minutes later.
12    Q.  Which way does the ground -- group head from here?
13    A.  They're going to head towards the direction of New
14    Jersey Avenue.
15    Q.  And we'll see it on the map?
16    A.  We will.
17              MR. KENERSON:  All right.  Ms. Rohde, if we can
18    play.
19              (Video played.)
20    BY MR. KENERSON:
21    Q.  Is this Capitol CCTV we're looking at?
22    A.  It is.
23    Q.  What group do we see walking right now?
24    A.  This is going to be the Proud Boys marching group.
25    Q.  And what is this metal shack that I've circled?
```

```
 1    A.  It's where some law enforcement are starting to put on
 2    some gear.
 3            MR. KENERSON:  And if we could pause here at 11:35
 4    on the counter.
 5    BY MR. KENERSON:
 6    Q.  What is this that we're looking at?
 7    A.  This is going to be underneath that shack.  That's going
 8    to be the law enforcement that are putting on gear.
 9    Q.  Same shack?
10    A.  Yes, same shack.
11            MR. KENERSON:  Okay.  Ms. Rohde, can we play.
12            (Video played.)
13    BY MR. KENERSON:
14    Q.  Did we just hear "Uhuru"?
15    A.  We did.
16            MR. SMITH:  Your Honor, may we be heard for one
17    second?
18            (Bench conference:)
19            MR. SMITH:  Your Honor, I don't know if the Court
20    has noticed this, but the volume that the Government is
21    playing its exhibits at is extraordinarily loud to the point
22    where it's irritating me sitting across the room, and given
23    that we're not even facing the audio box -- the jury is --
24    we think this is prejudicial to be blaring this like it's a
25    rock concert at them.  We would request a normal volume for
```

1    everyone in the courtroom to hear the evidence.

2            THE COURT:  All right.  I confess, there have been

3    times during -- not today, but over the course of the trial

4    that I've thought things were played very loudly, but I

5    confess I didn't really notice it today, but I'll --

6            What's your view of whether this is -- the --

7    Mr. Kenerson, whether this can be adjusted downward a little

8    bit?

9            MR. KENERSON:  I think -- one, I think I disagree

10   with Mr. Smith's characterizations.  Of course, I haven't

11   been looking at the jury, but it did not seem louder than

12   our normal exhibits to me, but -- I mean, we can certainly

13   adjust it down.  I think potentially the issue is that some

14   audio comes from Exhibit-1 -- or from Video 1, some audio

15   comes from Video 2, and they are at just different decibel

16   levels to begin with.

17           THE COURT:  All right.  I'll try to -- let's put

18   it this way.  When we begin again, I'll listen and if --

19   Mr. Kenerson, if you'll just look at me, and if I think it's

20   too loud, I'll give you a, kind of, signal and you can

21   let -- or, maybe, I'll signal to Ms. Rohde which is -- we'll

22   cut the middleman out and try to have it at an acceptable

23   volume.

24           MR. PATTIS:  (Indicating.)

25           THE COURT:  Mr. Pattis?

1      MR. PATTIS:  Judge, I don't know if it's my head

2   cold, but the witness seems to be rushing through some of

3   her answers.  I'm having a hard time hearing some of them.

4   They just come out -- can Mr. Kenerson just slow her down a

5   bit from time to time?  It hasn't mattered yet.  I haven't

6   wanted to object that she's talking too fast, because coming

7   from me that might offer a response of hypocrisy, but, you

8   know, it is a problem --

9      THE COURT:  All right.

10      MR. PATTIS:  -- with her this morning.

11      THE COURT:  We'll try -- Mr. Kenerson and I will

12   try to keep -- we'll try to slow her down a little bit.

13   And, Mr. Pattis, if you --

14      MR. PATTIS:  Thank you.

15      THE COURT:  -- just look at me if it gets bad,

16   I'll try to adjust -- I'll try to mention something so we

17   don't have to take a sidebar.

18      MR. PATTIS:  Thank you.

19      THE COURT:  All right.

20      (Return from bench conference.)

21      MR. KENERSON:  All right.  We've paused the video

22   at 11:44 on the counter.  Ms. Rohde, if we could play again,

23   please.

24      (Video played.)

25      THE COURT:  Mr. Kenerson, can you pause.

1          Ms. Rohde, could you just lower the volume a

2     little bit.

3          And you can back it up, Mr. Kenerson, if you need

4     to.

5          MR. KENERSON:  Sure.  If we can go back to 11:44,

6     please.

7          (Video played.)

8     BY MR. KENERSON:

9     Q.  Did we just hear references to treason?

10    A.  We did.

11         MR. KENERSON:  And if we can pause here briefly,

12    Ms. Rohde, at 12:06.

13    BY MR. KENERSON:

14    Q.  Is this the same shack?

15    A.  It is.

16    Q.  Same approximate time?

17    A.  It is.

18         MR. KENERSON:  All right.  If we could play.

19         (Video played.)

20         MR. KENERSON:  If we could pause right here,

21    Ms. Rohde.

22    BY MR. KENERSON:

23    Q.  That man in brown, had you seen him in any of the

24    footage of the marching group?

25    A.  Yes.

1    Q.  And what did we hear him just say?

2    A.  "Honor your oath.  Pick a side.  Don't make us go

3    against you."

4    Q.  Thank you.

5            MR. KENERSON:  If we could play, Ms. Rohde.

6            (Video played.)

7            MR. KENERSON:  If we could pause, Ms. Rohde.

8    BY MR. KENERSON:

9    Q.  At the beginning of that, did we just hear Mr. Nordean

10   say, "You just took our boy in and let the stabber go"?

11           MR. ROOTS:  Objection.  Leading.

12           THE COURT:  Sustained.

13           MR. KENERSON:  Okay.  Can we back up so the

14   transcript is on.

15   BY MR. KENERSON:

16   Q.  What did Mr. Nordean say in the first paragraph?

17   A.  "You took our boy in and let the stabber go."

18   Q.  What did happen -- what had happened to Enrique Tarrio

19   two days prior to this?

20   A.  He had been arrested.

21           MR. KENERSON:  Can we play, please.

22           (Video played.)

23           MR. KENERSON:  Can we pause here.

24   BY MR. KENERSON:

25   Q.  Do you see Mr. Nordean facing to his right on this

12216

1    video?

2    A.  I do.

3    Q.  What's over to the right of Mr. Nordean on this video?

4    A.  The Capitol and law enforcement.

5            MR. KENERSON:  If we can play, please.  And pause

6    before this clip plays, please.  We are now paused at 13:42

7    on the timer.

8    BY MR. KENERSON:

9    Q.  Can you describe for us where the group is right now.

10   A.  So they're going to be on the east side of the Capitol.

11   There's a stairway located on that side, and that's where

12   they are.

13   Q.  And who's this that I've circled?

14   A.  That's Ethan Nordean.

15   Q.  Who's down to the bottom left?

16   A.  That's Joseph Biggs.

17   Q.  And who is, kind of, bending over in the black coat?

18   A.  Gilbert Fonticoba.

19           MR. KENERSON:  If we could play, please.

20           (Video played.)

21           MR. KENERSON:  If we could pause, please,

22   Ms. Rohde.

23   BY MR. KENERSON:

24   Q.  And this person who I've circled here with the

25   camouflage hat, who's that?

1    A.    Zachary Rehl.

2            (Brief pause.)

3    BY MR. KENERSON:

4    Q.    What did we see Ethan Nordean do in response to someone

5    saying something about checking out the Capitol?

6    A.    Nodding his head up and down and then a hand, kind of,

7    like "hold on, hold on."

8    Q.    And what did we see Gilbert Fonticoba do after the

9    female narrator said something about a Capitol?

10   A.    She -- or he approaches her and asks her to leave.

11           MR. KENERSON:  All right.  If we could play,

12   Ms. Rohde.  If we could pause before --

13           (Video played.)

14   BY MR. KENERSON:

15   Q.    Where is the group now?

16   A.    Still on the east side of the Capitol but, kind of, up

17   top.  The stairway went down and then goes up, and that's

18   where they are.

19           MR. KENERSON:  And for the record, we're paused at

20   14:10 on the counter.

21           Can we play, Ms. Rohde.

22           (Video played.)

23           MR. KENERSON:  If we could pause, Ms. Rohde.  And

24   I apologize.  I think that we paused, kind of, in the middle

25   of the first statement.  If we can go back to 14:08.

12218

```
1              (Brief pause.)

2              Play it from here.

3              (Video played.)

4              MR. KENERSON:  And if we could pause.  Paused at

5   14:30.

6   BY MR. KENERSON:

7   Q.  Who was that person who we just saw yell, "It was

8   Milkshake, man, you know, idiot"?

9   A.  Nordean.

10  Q.  And remind us.  Have we seen someone who goes by the

11  name Milkshake earlier today?

12  A.  We have.

13  Q.  Where?

14  A.  At the Washington Monument and in the marching group.

15              MR. KENERSON:  All right.  If we could play again,

16  please, Ms. Rohde.

17              (Video played.)

18              MR. KENERSON:  Pause right here, Ms. Rohde.

19  BY MR. KENERSON:

20  Q.  This group who I've circled here were in a conversation.

21  Can you tell us who is in that group.

22  A.  Zach Rehl, Ethan Nordean, Joe Biggs, and Charles

23  Donohoe.

24  Q.  Thank you.

25              MR. KENERSON:  If we can play again, please,
```

12219

```
 1    Ms. Rohde.
 2              (Video played.)
 3              MR. KENERSON:  We can pause here.
 4    BY MR. KENERSON:
 5    Q.  What direction is Mr. Biggs pointing right now?
 6    A.  The direction of the U.S. Capitol.
 7              MR. KENERSON:  Play again, please.
 8              (Video played.)
 9              MR. KENERSON:  If we could pause right here.
10    BY MR. KENERSON:
11    Q.  What direction is Mr. Biggs pointing just there?
12    A.  The same route that they had just taken to get there.
13              MR. KENERSON:  If we could play it, Ms. Rohde.
14              (Video played.)
15              MR. KENERSON:  And, Ms. Rohde, if we could stop
16    right here.
17    BY MR. KENERSON:
18    Q.  Does this appear to be Capitol surveillance video,
19    Special Agent?
20    A.  It does.
21    Q.  Does the road that we see here -- is it open for traffic
22    at this moment?
23    A.  It is.
24              MR. KENERSON:  If we could play.
25              (Video played.)
```

```
 1                    MR. KENERSON:  If we could pause right here,
 2      Ms. Rohde.  Back up just a couple clicks.  I apologize.  Go
 3      forward.  All right.
 4      BY MR. KENERSON:
 5      Q.  Do we see an individual with a fist in the air right
 6      here?
 7      A.  We do.  That's Ethan Nordean.
 8      Q.  What happens when he takes it down?
 9      A.  The group proceeds forward.
10                    MR. KENERSON:  If we could play.
11                    (Video played.)
12      BY MR. KENERSON:
13      Q.  The group that we see walking, is that -- are they in
14      the road or on the sidewalk?
15      A.  They're in the road.
16                    (Video played.)
17                    MR. KENERSON:  If we could pause here, Ms. Rohde,
18      briefly.
19      BY MR. KENERSON:
20      Q.  The arrow has turned into a circle.  Why is that?
21      A.  This is going to be where this video ends and where they
22      stop.
23                    MR. KENERSON:  All right.  If we can play.
24                    (Video played.)
25                    MR. KENERSON:  All right.  If we could pause here
```

```
 1    at the 18-minute mark, Ms. Rohde.  If we could have just --
 2    screen just for the witness and Exhibit-510-31.
 3              And I think this has been provisionally admitted.
 4    I would ask to publish it to the jury.
 5              THE COURT:  All right.  Without objection, it --
 6    you may publish it.
 7              MR. KENERSON:  Thank you.
 8    BY MR. KENERSON:
 9    Q.  And, Special Agent Miller, when we left off at the last
10    exhibit, it was about 12:07 p.m.; is that right?
11    A.  That's correct.
12    Q.  What is the date of this chat?
13    A.  January 6th, 2021.
14    Q.  And which group?
15    A.  Ministry of Self-Defense Main 2.
16    Q.  And what time is the first chat we see on our screen
17    here?
18    A.  12:09:06 p.m.
19    Q.  Who is it from?
20    A.  Stewart.  Johnny Blackbeard.
21              MR. KENERSON:  And, Ms. Rhode, if we could play
22    it, please.
23              (Audio played.)
24              MR. KENERSON:  Can we have the screen, again, just
25    for the witness.  510-32.
```

```
 1              THE COURT:  Mr. Kenerson --
 2              MR. KENERSON:  Sure.
 3              THE COURT:  -- is now an okay time to just --
 4              MR. KENERSON:  Yes.
 5              THE COURT:  -- break for a moment just to give a
 6    break for the court reporter.
 7              Ladies and gentlemen, we'll give you 10 minutes.
 8    We'll be back in 10.
 9              (Jury returned to jury room.)
10              THE COURT:  All right.  Everyone may be seated.
11              And, Agent, you may step down.  And we'll be
12    back -- well, let me wait for Ms. Harris to come back.
13              (Brief pause.)
14              All right.  And so, Ms. Harris, we'll bring them
15    back and I'll take the bench -- if we can have them back in
16    10, we'll start up in 10 again.
17              All right.  You all, again, may be seated, please.
18              THE DEPUTY CLERK:  All rise.  This Honorable Court
19    stands in recess for 10 minutes.
20              (Brief recess taken.)
21              THE DEPUTY CLERK:  Jury panel.
22              (Jury returned to jury box.)
23              THE DEPUTY CLERK:  We are back on the record in
24    Criminal Matter 21-175, United States of America v. Ethan
25    Nordean, et al.
```

 1            (Nicole Miller resumed the witness stand.)

 2            THE COURT:  Mr. Kenerson, you may proceed.

 3            MR. KENERSON:  Thank you.

 4       And I think just before the break, we had asked

 5  for 510-32.  I would ask -- actually ask Ms. Rohde if we

 6  could have, just for the witness, 509-30 which, I think, the

 7  Court has provisionally admitted and would ask to publish.

 8            THE COURT:  All right.  Permission to publish is

 9  granted.

10  BY MR. KENERSON:

11  Q.  All right.  Special Agent, what chat are we in this

12  time?

13  A.  New MOSD, the leaders chat.

14  Q.  And the previous exhibit before the break, that was the

15  members chat; correct?

16  A.  Correct.

17  Q.  What date?

18  A.  January 6th, 2021.

19  Q.  And just a few minutes after the last chat at

20  12:16:29 p.m. --

21            MR. KENERSON:  Can we play, Ms. Rohde, the message

22  sent by John Stewart.

23            (Audio played.)

24            MR. KENERSON:  Can we now go back, I think --

25  screen just for the witness -- for 510-32.  And I would ask

1    if the Court could -- I think the Court's provisionally

2    admitted this.  I'd ask permission to publish.

3            THE COURT:  All right.  Permission's granted.

4    BY MR. KENERSON:

5    Q.  All right.  This is -- which chat are we back in now?

6    A.  Ministry of Self-Defense Main 2, which is the members

7    chat.

8    Q.  Still January 6th?

9    A.  It is.

10   Q.  And the first chat, 12:17, is that about the same time

11   as the message from Stewart we just saw?

12   A.  Yes.

13   Q.  Can you read the first four messages on the screen,

14   please?

15   A.  Sure.

16           So Do You Want Total War says, LOL.  This is a

17   mirror of the 12th.  Exact same plan.  I left.  I'm eating

18   and chilling with my chapter.

19           Noble Beard the Immortal, which is Bertino, says,

20   Not watching Trump?

21           Do You Want Total War responds, No, we decided to

22   march, like, miles away.

23           MR. KENERSON:  All right.  And if we could scroll

24   down, Ms. Rohde.

25           Can you read the message from -- or, excuse me.

1     Can we play the message from John Stewart at 12:19:34.

2              (Audio played.)

3     BY MR. KENERSON:

4     Q.  How did Jeremy Bertino respond at 12:20:07?

5     A.  He says, Nate hates the blue.

6     Q.  And can you continue reading, please.

7     A.  Sure.

8              Stewart then responds, I know Nate wouldn't.  I

9     was talking to the whole chat.  I figure if blood filling my

10    lungs didn't kill me, I can pull it off.  One big rape

11    rally.

12             MR. KENERSON:  Can we return to Exhibit-1000 at

13    the 18-minute mark, please.  And if we could play this

14    again.

15             (Video played.)

16             MR. KENERSON:  Pause here at 18:10.

17    BY MR. KENERSON:

18    Q.  Who's that making conversation off to the right?

19    A.  Charles Donohoe and Zachary Rehl.

20    Q.  And who is this I've circled here?

21    A.  Ethan Nordean and an individual in the marching group.

22    Q.  And what about this one?

23    A.  That's Milkshake.

24             MR. KENERSON:  Can we play again, please.

25             (Video played.)

1    MR. KENERSON: If we could pause here, Ms. Rohde.

2    BY MR. KENERSON:

3    Q. Did we hear someone say "They said he's going to march.

4    They're going to want to keep him close to the Beast"?

5    A. Yes.

6    Q. Are you familiar with the nickname for the presidential

7    limousine?

8    A. It's the Beast.

9    Q. And I think you testified earlier that you were aware

10   that President Trump was making a speech on January 6th;

11   right?

12   A. Correct.

13   Q. Are you aware of at what point he was in his speech just

14   a few minutes prior to 12:23?

15   A. His speech started around noon. So he was about 23

16   minutes into his speech.

17   Q. Had he mentioned anything in relation to the Capitol at

18   this point?

19   A. Yes. He had mentioned marching to the Capitol at

20   approximately 12:17, give or take.

21   MR. KENERSON: Can we play, again, please.

22   (Video played.)

23   MR. KENERSON: Can we pause here.

24   BY MR. KENERSON:

25   Q. There's, kind of, a yellow circle with Zachary Rehl's

1  face in it.  What does that signify?

2  A.  This video we're about to watch was recovered from

3  Zachary Rehl's device.

4            MR. KENERSON:  Can we play, please.

5            (Video played.)

6            MR. KENERSON:  If we could pause there, please.

7  BY MR. KENERSON:

8  Q.  Did you hear an individual say words to the effect of

9  "yo, it's fucking Trump"?

10  A.  I did, and that voice is consistent with Zachary Rehl.

11            MR. KENERSON:  If we could play again.

12            MS. HERNANDEZ:  Objection.

13            MR. PATTIS:  (Indicating.)

14            (Bench conference:)

15            THE COURT:  Yes, Ms. Hernandez?

16            MS. HERNANDEZ:  Your Honor, "consistent" is not an

17  identification.  I would note that she's been identifying

18  people's voices explicitly.  So I would move to strike this

19  answer -- this testimony.

20            THE COURT:  Mr. Kenerson, do you know -- is she

21  going to say anything -- is that all -- is that the extent

22  of her testimony on this --

23            MR. KENERSON:  I mean, so --

24            THE COURT:  -- or do you think she just used a

25  colloquial way of saying this?

1    MR. KENERSON:  That's my -- yes, that's how I took

2    it.  I'm -- I had -- the question I asked her was, Do you

3    recognize the voice?  And then my next question was going to

4    be, Whose voice was it?  I was going to move on, based on

5    the statement and the testimony right now, but if

6    Ms. Hernandez wants me to lay a further foundation, I'm

7    happy to do it.

8    MS. HERNANDEZ:  No, I'm just -- she's the one who

9    chose that word.  She hasn't been doing that with respect to

10    other -- so I think it shows her lack of either familiarity

11    or certainty with respect to that identification of the

12    voice.  That's all I am bringing out.  And so I would just

13    move to strike it as identification.

14    THE COURT:  Mr. Kenerson, you can -- I don't think

15    it -- I'll give you the opportunity, Mr. Kenerson, to ask

16    her -- to further inquire of her to see if she can further

17    identify the -- or whether she just used some colloquial

18    phrase there.

19    MR. KENERSON:  Okay.

20    MR. HASSAN:  (Indicating.)

21    THE COURT:  Mr. -- hold on.  Mr. Hassan?  I'm

22    sorry.

23    MR. HASSAN:  Judge, I know that the Court's

24    not either sustaining or overruling the objection, Judge,

25    but should the Court sustain the objection, I'll just simply

1    ask that the Court advise the witness not to answer the

2    question because the last time she answered the question

3    over the Court's sustaining the objection, Judge.

4        THE COURT:  Yeah, she didn't -- I understand.  I

5    mean, the -- I'm not -- with this witness -- I hear what

6    you're saying.  I hear what you're saying.  I think she may

7    have learned her lesson that time, but I hear what you're

8    saying.  All right.

9        MR. HASSAN:  I didn't hear the Court admonish her

10   last time.  So I just want to make sure that she does not

11   respond to questions that are sustained, Judge.

12       THE COURT:  All right.

13       MR. HASSAN:  So --

14       THE COURT:  I'm not going to say anything now

15   because I'm going to sustain the -- or I'm going to overrule

16   the objection, but I hear what you're saying and we'll keep

17   an eye on it.

18       All right.  Mr. Kenerson, if you'll -- I'll

19   overrule the objection, and you can proceed in asking her a

20   question that elicits a more particular identification.

21       MR. KENERSON:  Thank you.

22       (Return from bench conference.)

23   BY MR. KENERSON:

24   Q.  Special Agent Miller, when you testified, I think at the

25   beginning of your testimony, you had said that you had had a

1  chance to review audio messages from people's phones.  Do

2  you remember that?

3  A.  I did.

4  Q.  Was one of those people Zachary Rehl?

5  A.  It was.

6  Q.  Based on that, do you have any problems recognizing

7  Mr. Rehl's voice?

8  A.  I do not.

9  Q.  And yes or no, that voice that we heard, was that

10  Mr. Rehl's voice?

11              MS. HERNANDEZ:  Objection.  Leading.

12              THE COURT:  Overruled.

13              THE WITNESS:  The voice you heard is consistent

14  with Zachary Rehl's voice.

15              MS. HERNANDEZ:  Move to strike, Your Honor.

16              THE COURT:  Overruled.

17              MR. KENERSON:  All right.  If we could play again,

18  please, Ms. Rohde.

19              (Video played.)

20              MR. KENERSON:  Ms. Rohde, if we could just stop

21  here while that is still on the screen.

22  BY MR. KENERSON:

23  Q.  What time was this transmission?

24  A.  12:46 p.m.

25              MR. KENERSON:  Ms. Rohde if we could have -- I

1    think this will be just for the witness -- what's been

2    provisionally admitted as 509-31.

3            And I'd move -- well, I'd ask the Court for

4    permission to publish 509-31.

5            THE COURT:  All right.  Permission is granted.

6    BY MR. KENERSON:

7    Q.  All right.  Special Agent Miller, are we still on

8    January 6th, 2021?

9    A.  We are.

10   Q.  And which chat group are we in?

11   A.  We're in New MOSD.

12   Q.  That's the leaders group?

13   A.  Leaders chat.  Yes.

14   Q.  And I think you said that the last transmission we had

15   was at 12:46, so a little over 10 to 15 minutes ahead of

16   that?

17   A.  Yes.

18           MR. KENERSON:  Ms. Rohde, can we play the message

19   from Jeremy Bertino at 12:32:40.

20           (Audio played.)

21           MR. KENERSON:  And now, the next one.

22           (Audio played.)

23           MR. KENERSON:  And the third for Mr. Bertino.

24           (Audio played.)

25           MR. KENERSON:  Can we play the message from

1    Mr. Rehl at 12:35:40.

2              (Audio played.)

3    BY MR. KENERSON:

4    Q.  At 12:39:54, how does Aaron Wolkind respond?

5    A.  "Good.  Make their life a living hell."

6    Q.  And had we actually just seen video of the Proud Boys

7    shutting down a four-lane street?

8    A.  We had.

9              MR. KENERSON:  All right.  If we could have, just

10   for the witness, please, Exhibit-1001.

11   BY MR. KENERSON:

12   Q.  And do you recognize what's in this exhibit, Special

13   Agent Miller?

14   A.  I do.

15   Q.  And could you give us just a general overview of what

16   1001 shows?

17   A.  Sure.  So it's going to be the Proud Boys' route from

18   the food trucks to the U.S. Capitol.

19   Q.  And is this another, kind of, compilation video like

20   1000?

21   A.  It is.

22   Q.  Have you compared the videos in here either to admitted

23   exhibits or CCTV from the Capitol?

24   A.  I have.

25   Q.  Does it appear to depict the same events as those

1    sources?

2    A.  It does.

3    Q.  Does this one also have transcripts and timestamps?

4    A.  It does.

5    Q.  Are those accurate to the best of your knowledge?

6    A.  They are.

7    Q.  What about the map?  Is that accurate to the best of

8    your knowledge?

9    A.  It is.

10              MR. KENERSON:  Move for admission of Exhibit-1001.

11              MS. HERNANDEZ:  Objection to the overview nature

12   of the testimony, Your Honor.

13              THE COURT:  All right.  The objection's overruled.

14   It will be admitted, and permission to publish.

15   BY MR. KENERSON:

16   Q.  All right.  Special Agent, can you tell us what we're

17   looking at on the map here.

18   A.  So you're looking at the U.S. Capitol and the roads

19   surrounding.

20   Q.  That's the Capitol in the middle?

21   A.  Yes.

22   Q.  This area that I've circled here, (indicating) are you

23   familiar with the name of that area?

24   A.  That's the Peace Monument.

25              MR. KENERSON:  And if we could just start playing.

```
 1                    (Video played.)

 2                    MR. KENERSON:  And if we could pause here,

 3    Ms. Rohde.

 4    BY MR. KENERSON:

 5    Q.  Where are -- where is the -- where are we located right

 6    now in this video?

 7    A.  We're in the Peace -- or in the Peace Circle looking at

 8    the U.S. Capitol.

 9    Q.  And that's at 12:46 p.m.?

10    A.  That's correct.

11    Q.  And so about the same time that the Exhibit-1000 ended?

12    A.  Yes.

13    Q.  Is the crowd as depicted in this video relatively

14    peaceful at this point?

15    A.  They are.

16                    MR. KENERSON:  All right.  Ms. Rohde, if we could

17    play.

18                    (Video played.)

19                    MR. KENERSON:  If we could pause again.

20    BY MR. KENERSON:

21    Q.  Do we just hear former President Trump's voice?

22    A.  We do.

23    Q.  Was the speech still ongoing at this point?

24    A.  It was.

25                    MR. KENERSON:  If we could play again, Ms. Rohde,
```

```
 1   please.
 2              (Video played.)
 3              MR. KENERSON:  If we could pause here.
 4   BY MR. KENERSON:
 5   Q.  I think last time, we had seen one police officer at
 6   this area.  How many are on screen now?
 7   A.  Approximately five.
 8   Q.  Thank you.
 9              MR. KENERSON:  If we could pause right here,
10   Ms. Rohde.
11   BY MR. KENERSON:
12   Q.  What does the orange line that we just saw represent?
13   A.  It's going to be the route of the Proud Boys.
14   Q.  And where this started, how does that compare to where
15   we had left them off at the food trucks?
16   A.  It's going to be the same location.
17              MR. KENERSON:  All right.  For the record, we're
18   paused at 37 seconds.  If we could play again.
19              (Video played.)
20              MR. KENERSON:  If we could pause here at 51
21   seconds.
22   BY MR. KENERSON:
23   Q.  This individual in the leather bomber jacket, have we
24   seen him before?
25   A.  We have.  It's Charles Donohoe.
```

1          MR. KENERSON:  All right.  If we could continue,

2     please.

3               (Video played.)

4          MR. KENERSON:  If we could pause, please.

5     BY MR. KENERSON:

6     Q.  Did we just see Mr. Biggs indicating in a direction?

7     A.  We did.

8     Q.  What direction was that?

9     A.  Towards the direction of the Capitol.

10    Q.  And was that towards or away from where the president's

11    speech was happening?

12    A.  It's away from where the president's speech was

13    happening.

14          MR. KENERSON:  Can we play again, please.

15               (Video played.)

16          MR. KENERSON:  Could we pause right here, please.

17    BY MR. KENERSON:

18    Q.  These three individuals who I've circled up at the

19    front, who are they?

20    A.  Joseph Biggs, Ethan Nordean, and Zachary Rehl.

21    Q.  Thank you.

22               (Video played.)

23          MR. KENERSON:  Can we pause right there.

24    BY MR. KENERSON:

25    Q.  Did you just hear Mr. Biggs say anything?

```
 1    A.  I did.  But can you play it one more time?
 2              MR. KENERSON:  Sure.  If we could back up about
 3    five seconds, Ms. Rohde.  A little bit more just to be sure.
 4    Go ahead.
 5              (Video played.)
 6              MR. KENERSON:  If we could pause again.
 7    BY MR. KENERSON:
 8    Q.  Did you hear it that time?
 9    A.  I did.  He says, "Come up over here," something to that
10    effect, and then he says, "And then roll through."
11              MR. KENERSON:  Thank you.
12              (Video played.)
13              MR. KENERSON:  If we could pause here at 2:34 --
14    2:35.
15    BY MR. KENERSON:
16    Q.  There are now two videos on our screen; correct?
17    A.  That's correct.
18    Q.  Can you describe what we're seeing?
19    A.  So the one on the left is going to be video and audio.
20    And then the one on the right is going to be video only.
21    One's going to be facing the direction of the Proud Boys;
22    the other is going to be facing the direction of the
23    roadway, Capitol on your left-hand side.
24    Q.  Are they synchronized?
25    A.  They are synchronized.
```

```
 1              MR. KENERSON:  All right.  Can we play it, please.
 2          (Video played.)
 3              MR. KENERSON:  If we could pause here at 3 minutes
 4      and 30 seconds on the counter.  I guess we're at 3 minutes
 5      and 29 seconds on the counter.
 6      BY MR. KENERSON:
 7      Q.  Is this the same video we saw at the beginning of this
 8      montage?
 9      A.  It is.
10      Q.  But just a few minutes later?
11      A.  Correct.
12      Q.  Is it still relatively sparsely populated here?
13      A.  Correct.
14      Q.  Is the president still speaking?
15      A.  He is.
16              MR. KENERSON:  All right.  Continue.
17          (Video played.)
18              MR. KENERSON:  If we could pause around here.
19      BY MR. KENERSON:
20      Q.  Who's that who I've circled?
21      A.  Joseph Biggs.
22      Q.  Who's that?
23      A.  Zachary Rehl.
24      Q.  Who's that?
25      A.  Charles Donohoe.
```

1    Q.  Who's this in the black?

2    A.  Gilbert Fonticoba.

3              MR. KENERSON:  If we could continue on, please,

4    and -- no, continue, sorry.

5              (Video played.)

6              MR. KENERSON:  If we could pause right here.

7    BY MR. KENERSON:

8    Q.  What's this building in the background right here?

9    A.  The U.S. Capitol.

10             MR. KENERSON:  Could we play, please.

11             (Video played.)

12             MR. KENERSON:  Could we pause again, please,

13   Ms. Rohde, at 4:22.

14   BY MR. KENERSON:

15   Q.  Who's off to the right, partially covered up, wearing

16   the sunglasses?

17   A.  Ethan Nordean.

18   Q.  Thank you.

19             (Video played.)

20             MR. KENERSON:  And if we could pause here,

21   Ms. Rohde, at 4:34.

22   BY MR. KENERSON:

23   Q.  What did we just see Mr. Biggs do with his arms?

24   A.  Raise them up.  (Indicating.)

25   Q.  Thank you.

```
 1                    MR. KENERSON:  Can we play.

 2                    (Video played.)

 3      BY MR. KENERSON:

 4      Q.  This is Mr. Biggs again?

 5      A.  It is.

 6                    (Video played.)

 7                    MR. KENERSON:  If we can pause right here.

 8      BY MR. KENERSON:

 9      Q.  This individual who's circled just a few people from

10      Mr. Biggs, do you recognize him?

11      A.  I do.

12      Q.  What's his name?

13      A.  Trevor McDonald.

14      Q.  Are we going to see him a little later today?

15      A.  We will.

16      Q.  And who's this?

17      A.  Charles Donohoe.

18      Q.  Thank you.

19                    (Video played.)

20                    MR. KENERSON:  If we can pause right here.

21      BY MR. KENERSON:

22      Q.  Is this another synchronized video?

23      A.  It is.

24      Q.  And which one is the audio coming from?

25      A.  The left video.
```

1    Q.  Looking at the video on the right, does that show the

2    size of the crowd?

3    A.  It does.

4    Q.  How does the size of the crowd now compare to the

5    earlier videos we saw at the Peace Circle?

6    A.  It's drastically increased.

7            MR. KENERSON:  All right.  If we could play,

8    please.

9            (Video played.)

10            MR. KENERSON:  If we can pause right here, please.

11   BY MR. KENERSON:

12   Q.  Did we just see a man in a jean jacket come up and put

13   his arm around Mr. Biggs?

14   A.  We did.

15   Q.  Do you have any reason to think he's a Proud Boy?

16   A.  I do not.

17   Q.  Have you been able to hear what was said between

18   Mr. Biggs and this individual in any video you reviewed?

19   A.  I have not.

20   Q.  Did you see Mr. Biggs react at all to how this

21   individual approached him?

22   A.  When the individual put his arm around him, he didn't

23   shrug his arm off.

24   Q.  Thank you.

25            MR. KENERSON:  Can we play again.

```
 1                    (Video played.)

 2              MR. KENERSON:  If we can pause right here.

 3    BY MR. KENERSON:

 4    Q.  Is that the same person we just saw?

 5    A.  It is.

 6              MR. KENERSON:  And for the record, we're paused at

 7    6:25 on the counter.

 8    BY MR. KENERSON:

 9    Q.  What time is it in real time here?

10    A.  12:51 p.m.

11    Q.  Thank you.

12              MR. KENERSON:  Can we play again, please.  And can

13    we pause before we start playing -- on the other side, now

14    paused at 6:30.

15    BY MR. KENERSON:

16    Q.  What time is it?

17    A.  12:52 p.m.

18    Q.  And do you see Mr. Biggs and the megaphone again?

19    A.  I do.

20              MR. KENERSON:  All right.  Can we play.

21                    (Video played.)

22              MR. KENERSON:  If we can pause it right here,

23    please.  Actually, back up just a half second, maybe.  Thank

24    you.  We're paused at 8:03, for the record.

25    BY MR. KENERSON:
```

12243

```
 1    Q.   This individual I've circled on the right walking ahead

 2    of the crowd towards the Capitol, how does that individual

 3    compare to the person we just saw approach Mr. Biggs?

 4    A.   That's the same person.

 5    Q.   And there are some fences they're walking towards;

 6    correct?

 7    A.   That's correct.

 8    Q.   Do you see these, kind of, green bollards towards the

 9    center of the screen that I'm circling?

10    A.   I do.

11    Q.   Was there previously fencing there?

12    A.   There was previously fencing there.

13    Q.   Is there now?

14    A.   There is not.

15              MR. KENERSON:  All right.  If we could play again,

16    please.

17              (Video played.)

18              MR. KENERSON:  If we can pause right here at 8:31.

19    BY MR. KENERSON:

20    Q.   Ethan Nordean have his fist in the air there?

21    A.   He does.

22    Q.   Did he previously have it in the air a few seconds

23    before this?

24    A.   He did.

25    Q.   When he had his fist in the air, how were the crowd
```

12244

1     around him reacting?

2     A.   Some of the crowd was moving forward and some of it

3     stayed.

4     Q.   Does Mr. Nordean take his hand down?

5     A.   He does.

6     Q.   Does he stay in this spot?

7     A.   He does not.

8     Q.   Where does he go?

9     A.   Forward.

10    Q.   What about the crowd behind him?

11    A.   Also moves forward.

12    Q.   Thank you.

13              MR. KENERSON:  Can we play, please.

14              (Video played.)

15              MR. KENERSON:  If we could pause it here at 8:41.

16    BY MR. KENERSON:

17    Q.   Individual in the jean jacket, how does he compare to

18    the person we saw interacting with Mr. Biggs?

19    A.   Same person.

20    Q.   At this point, had Capitol grounds been breached by

21    rioters further than the point we see them at currently?

22              MS. HERNANDEZ:  Objection.  Leading.

23              THE COURT:  Sustained as to leading.

24    BY MR. KENERSON:

25    Q.   Are you aware of whether Capitol grounds had been

1   breached at this point?

2   A.  It had not been breached yet.

3   Q.  Thank you.

4           MR. KENERSON:  If we could play, please.

5           (Video played.)

6           MR. KENERSON:  If we could pause here at 9:30 on

7   the counter, please.

8   BY MR. KENERSON:

9   Q.  Special Agent, have you reviewed videos showing the

10  location of Zach Rehl, Ethan Nordean, Joe Biggs, relative to

11  what was going on right here?

12  A.  Yes.

13  Q.  Are they close --

14          MS. HERNANDEZ:  Objection.  Leading.

15          THE COURT:  Overruled.

16  BY MR. KENERSON:

17  Q.  Are they close to here or far from here?

18  A.  Close to here.

19          MR. KENERSON:  Can we play, please.

20          (Video played.)

21          MR. KENERSON:  Can we pause here real quick.

22  BY MR. KENERSON:

23  Q.  Special Agent, there, again, we see Mr. Rehl's face in

24  the upper right-hand corner.  What does that signify?

25  A.  This video was recovered from Zachary Rehl's device.

 1          MR. KENERSON:  Can we play the video, please.

 2          (Video played.)

 3          MR. KENERSON:  Can we pause here.

 4  BY MR. KENERSON:

 5  Q.  Did we just hear a voice yell "Fuck them.  Storm the

 6  Capitol"?

 7  A.  We did.

 8  Q.  Did you recognize that voice?

 9  A.  I do.  It's consistent with Zach Rehl's.

10  Q.  Thank you.

11          MR. KENERSON:  Can we play.

12          MS. HERNANDEZ:  Objection, Your Honor.

13          THE COURT:  All right.  Let me hear counsel at

14  phone for a moment -- let me hear counsel at sidebar.

15          (Bench conference:)

16          MS. HERNANDEZ:  First, I didn't hear --

17          THE COURT:  All right.  You may proceed.

18          MS. HERNANDEZ:  First, I didn't hear how she

19  described it.  This is exactly what I was concerned with.

20  She's not an expert -- I understand what she can testify to,

21  but the way that -- the volume on this video and the noise

22  behind it, I don't think she can testify to what she just

23  testified.  I move to strike.  It's insufficient under the

24  Rules of Evidence.

25          THE COURT:  I do think, Ms. Hernandez, you know --

1    I've been thinking about your -- the prior objection you

2    lodged and, frankly -- to the other testimony and I think

3    you're right that -- I mean, she can either identify it or

4    she can't, and saying "consistent with" is not identifying

5    it.  Now, in the prior one, frankly, I was going to -- at

6    the next break, I was going to ask you if you really wanted

7    me to go back and strike it.  It didn't strike me as worth

8    the -- worth doing that because the -- what was being said

9    was not so significant.

10        But here, I do think, Mr. Kenerson -- I mean, I

11   don't think that's significant [sic] to make an

12   identification of the -- of it.  To say it's consistent with

13   it, that's not the same thing.

14        MS. HERNANDEZ:  And, Your Honor, I think if -- the

15   reason the other one came in the way it did is because they

16   were setting up this one.  I don't believe she can identify

17   the voice with sufficient certainty and that's why they're

18   using the same terminology which they haven't used with

19   respect to any of the other --

20        THE COURT:  I -- whether it -- look, whether it's

21   intentional or unintentional, I don't know, but she's only

22   saying the words "it's consistent with," and I don't think

23   that's enough to make an identification.

24        So Mr. Kenerson, what do you think about that?

25        MR. KENERSON:  I mean, I respectfully disagree

12248

1   with the Court's position and I -- and, again, we're happy

2   to do it, but I think when the Court said last time "Is she

3   just using a colloquial word," I think that when we

4   clarified with her previously, what she said was she has no

5   problem identifying Zachary Rehl's voice and then she said

6   "consistent with."  I think that's the words she was using.

7   Now, when we have previously asked her whether people --

8   people's voices are people's voices, they're -- they have

9   been on the screen and we have seen their mouths move.  So

10  that, I think, could very well explain the distinction.  I'm

11  happy to, again, bring out the number of hours or the number

12  of minutes that she has listened to Zachary Rehl's voice.

13  Frankly, we have avoided eliciting from her the fact that

14  she has also listened to hours of Mr. Rehl's jail calls, but

15  I think she -- and I'm happy to bring that out if we don't

16  think that she has a sufficient basis to identify Mr. Rehl's

17  voice, but she clearly does, and I think that -- I mean, to

18  the extent we need to lay a bigger foundation, I'm happy to

19  do it, but I think she's using that term colloquially, not

20  in the sense that she does -- not sure whether it's

21  Mr. Rehl's voice.

22          MS. HERNANDEZ:  This is a --

23          THE COURT:  Well --

24          MS. HERNANDEZ:  This is a red herring, Your Honor.

25  I'm not saying she hasn't listened to enough of her --

12249

1          THE COURT:  Right.

2          MS. HERNANDEZ:  -- of his calls or voice.  It's

3    that she cannot identify this particular segment, nor could

4    she identify the earlier segment, because of the multiple

5    voices and the noise and everything else.  This is not how

6    she's been identifying other people.

7          THE COURT:  I mean, the question is whether she

8    could or whether she did.  I mean -- and I think

9    Mr. Kenerson is saying she did.  And I don't think saying A

10   is consistent with B is the same thing as saying A is B.

11          So Mr. Kenerson, I'm going to -- you can try

12   again, like you did before, but if all she's going to say

13   is, like, "it's consistent with," I'm just not -- I don't

14   mean to be technical about it, but I don't think that's -- I

15   don't think that gets you an identification, to say A is

16   consistent with B.

17          MS. HERNANDEZ:  Your Honor, and just to be clear,

18   when we went back and tried to clarify the earlier one, she

19   came back and --

20          THE COURT:  I know.

21          MS. HERNANDEZ:  -- said the only term she --

22          THE COURT:  I'm aware of what happened.  And,

23   Ms. Hernandez, that's what I'm saying.  In -- as -- in

24   thinking about it, I think that you are technically right,

25   but I also think it wasn't really worth -- the statement at

1    that point -- I was going to ask you at a break, as I said,

2    do you want me to strike that -- strike the testimony?  But

3    here, it's a little bit different.

4              MS. HERNANDEZ:  It's very key, Your Honor.

5              THE COURT:  Yeah, I understand.

6              So Mr. Kenerson, you can ask her again if -- let's

7    put it this way.  Why don't --

8              Ms. Hernandez, your objection is sustained, and we

9    can talk about this, maybe, at the break about whether I

10   strike it or whatever.  I don't know that -- I'd rather just

11   move past it.  And if I have to go back -- we're not going

12   to be losing that much time.  If I have to strike it, I'll

13   go back.  Is that acceptable --

14             MS. HERNANDEZ:  And I'd just ask that it not be

15   leading, Your Honor, when he goes back over this.

16             THE COURT:  Well, I agree with that.  I agree with

17   that.  So my -- here's my solution.  Let's -- he'll --

18   Mr. Kenerson can make his -- ask whatever questions he

19   wants.  I'm not going to strike it at the moment, but

20   let's -- when we break, we'll go back and if -- you can --

21   we can argue about whether I should strike it.

22             All right.

23             (Return from bench conference.)

24   BY MR. KENERSON:

25   Q.  All right.  Special Agent, you've said you watched a

1    number of videos that Mr. Rehl took on January 6th?

2    A.  I have.

3    Q.  And is he speaking in some of them?

4    A.  He is.

5    Q.  Now -- and I think you testified earlier that you have

6    had a chance to review audio messages and the like from

7    Mr. Rehl's phone; right?

8    A.  Yes.

9           MS. HERNANDEZ:  Objection to the leading, Your

10   Honor.

11          THE COURT:  He -- overruled in that case.

12          And, Mr. Kenerson, if you could keep your voice

13   up.

14          MR. KENERSON:  Sure.

15   BY MR. KENERSON:

16   Q.  Now, in the -- you mentioned some other videos from

17   January 6th where -- that Mr. Rehl took where he is

18   speaking.  Did --

19          MS. HERNANDEZ:  Objection.

20          THE COURT:  I --

21          MR. KENERSON:  Can I finish the question?

22          THE COURT:  I -- you may finish the question,

23   Mr. Kenerson.

24   BY MR. KENERSON:

25   Q.  Did you determine who was speaking in those?

1    A.  I did.

2    Q.  Did you determine who was speaking in this one?

3    A.  I did.

4            MS. HERNANDEZ:  Objection.  Leading, Your Honor.

5            THE COURT:  Overruled.

6    BY MR. KENERSON:

7    Q.  Who was speaking in this one?

8    A.  Zachary Rehl.

9    Q.  Thank you.

10           MS. HERNANDEZ:  Objection, Your Honor.  Can we be

11   heard?

12           (Bench conference:)

13           MS. HERNANDEZ:  Your Honor, that whole series of

14   questions was a leading set, especially after -- I mean,

15   this is an FBI agent who's not -- who's a professional

16   witness.  She's heard all this objection, and every question

17   he asked was leading to that --

18           THE COURT:  "Did you determine who was speaking?"

19           MS. HERNANDEZ:  She -- he led a -- he led her to

20   that conclusion.  That is not the answer she gave when he

21   asked the question.

22           THE COURT:  Well, we can --

23           MS. HERNANDEZ:  And I move to strike the whole

24   thing.

25           THE COURT:  All right.  I'm going to deny it for

1    now.  We can take this up again, but I don't think -- I

2    think -- listen --

3            MS. HERNANDEZ:  This is a very key point, Your

4    Honor.

5            THE COURT:  I understand.  I'm going to deny it at

6    this point.  I'm going to deny it at this point.  We can

7    take it up at a break.

8            You may continue, Mr. Kenerson.

9            MS. HERNANDEZ:  But -- and also, Your Honor, could

10   you please ask Mr. Kenerson to stop leading?  I don't want

11   to object on a continuous basis, but --

12           THE COURT:  Ms. Hernandez --

13           MS. HERNANDEZ:  -- almost every question is

14   leading.

15           THE COURT:  Ms. Hernandez, mercifully -- and I

16   understand your point of objecting on this particular area,

17   but mercifully you all have not objected to leading through

18   things that are uncontroversial.

19           MS. HERNANDEZ:  Correct.

20           THE COURT:  So I'm not going to instruct

21   Mr. Kenerson because we saved an incredible amount of time

22   here by you all not objecting to things that, frankly, are

23   not, you know -- they're not points of contention.

24           MS. HERNANDEZ:  Correct.

25           THE COURT:  So --

12254

 1          MS. HERNANDEZ:  And I hope the Court understands

 2   that I don't object just to general background questions,

 3   but this is really key.

 4          THE COURT:  I'm -- and that's why I didn't jump

 5   down your throat at all about this.  That's fine.

 6          All right.  Mr. Kenerson, you may proceed.

 7          (Return from bench conference.)

 8          MR. KENERSON:  All right.  Ms. Rohde, can we back

 9   up to the beginning of this segment.

10          MS. HERNANDEZ:  Your Honor, can we strike that --

11   thank you.

12          THE COURT:  The -- Ms. Hernandez, as we discussed,

13   Mr. Kenerson may proceed.

14          MS. HERNANDEZ:  Your Honor, I was talking about

15   this exhibit.  He -- it was taken down.  Sorry.

16          THE COURT:  All right.

17          MR. KENERSON:  Can we play.

18          (Video played.)

19          MS. HERNANDEZ:  Objection, Your Honor.  Can we ask

20   that this exhibit be taken down, Your Honor?

21          (Bench conference:)

22          MS. HERNANDEZ:  Your Honor, the Court said you --

23   we would move on and you would take this up later.  So he's

24   going to do it again and put up the same transcript.  I

25   thought you said you were going to take it up later.

1     THE COURT:  I'm going to take up your objection

2     later, but my inclination right now is given that he asked

3     non-leading questions and got the answer that "I determined

4     this was Zach Rehl's voice," I'm not inclined to --

5            MS. HERNANDEZ:  So why is he playing it again?  If

6     he got the answer --

7            THE COURT:  This is a different --

8            MS. HERNANDEZ:  -- that the Court -- no, that's

9     exactly the same video he's playing and it's exactly the

10    same transcript that's playing, even though the Court said

11    you would take it up later --

12           THE COURT:  No --

13           MS. HERNANDEZ:  -- and I --

14           THE COURT:  Ms. Hernandez, I didn't prohibit

15    Mr. Kenerson from doing anything.

16           Mr. Kenerson, is it the same -- is this the same

17    piece or a different --

18           MR. KENERSON:  It is --

19           THE COURT:  Is this the same video or a different

20    one?

21           MR. KENERSON:  It is the same.  It continues on

22    from this point which is what we were trying to get to.  We

23    started the video over so the jury could have the whole

24    context without --

25           THE COURT:  All right.

12256

```
 1              MR. KENERSON:  -- the interruption.
 2              THE COURT:  Ms. Hernandez, let them please --
 3              MS. HERNANDEZ:  Your Honor --
 4              THE COURT:  -- play the video.
 5              MS. HERNANDEZ:  Your Honor, he's got that
 6    transcript there which I object to because I understood the
 7    Court that you were going to take up my argument over --
 8    whether, you know -- the series of objections and then the
 9    question which led the witness --
10              THE COURT:  Ms. --
11              MS. HERNANDEZ:  -- to change her testimony was
12    different.  And now, we're going to go over it again and put
13    the damn transcript up on the thing again?  I think that's
14    inappropriate.  It's cumulative at least.
15              THE COURT:  The objection's overruled.
16              (Return from bench conference.)
17              MR. KENERSON:  Can we have this back up for the
18    jury, please.
19              THE COURT:  Ms. Harris, if you could publish this,
20    please.
21    BY MR. KENERSON:
22    Q.  All right.  Mr. Rehl's filming this; correct?
23    A.  Yes.
24              MR. KENERSON:  All right.  Can we continue
25    playing.
```

```
 1                    (Video played.)
 2                    MR. KENERSON:  Oh, it's not published for the
 3      jury.  I'm sorry.
 4                    THE DEPUTY CLERK:  There we go.
 5                    (Video played.)
 6                    MS. HERNANDEZ:  Objection.  403, cumulative.
 7                    THE COURT:  Overruled.
 8                    (Video played.)
 9                    MR. KENERSON:  Can we back up just a couple of
10      seconds, Ms. Rohde.  Just a couple more.  Now, forward just
11      a bit.  Go frame by frame for just a moment.
12                    (Video played.)
13      BY MR. KENERSON:
14      Q.  Do you see a number of individuals with orange tape on
15      helmets?
16      A.  I do.
17                    MS. HERNANDEZ:  Objection, Your Honor.
18                    THE COURT:  Over --
19                    MS. HERNANDEZ:  Can we take the transcript down?
20                    THE COURT:  Overruled.
21      BY MR. KENERSON:
22      Q.  The person I've circled, do you recognize that person?
23      A.  I do.  His name is William Pepe, marching group and New
24      York Proud Boy.
25                    MR. KENERSON:  Can we continue going forward
```

12258

```
 1   slowly.
 2            (Video played.)
 3            MR. KENERSON:  If we could pause here.
 4   BY MR. KENERSON:
 5   Q.  What about these three individuals off to the right?
 6   A.  Also New York Proud Boys, marching group.
 7   Q.  Thank you.
 8            MR. KENERSON:  Can we play again.
 9            (Video played.)
10            MR. KENERSON:  Pause again.  Can we back up just a
11   little bit.
12            MS. HERNANDEZ:  I'm sorry, Your Honor.  Could we
13   be heard?
14            (Bench conference:)
15            MS. HERNANDEZ:  He's got the transcript up there
16   that has nothing to do with what's on the screen at the --
17            THE COURT:  Ms. Hernandez, if you didn't like
18   their graphic -- this is a graphic that incorporates that
19   and the video.  If you had an objection to this, you could
20   have raised it beforehand.  How are they going to play this
21   video without showing the entire graphic that they've put
22   together?  I'd be happy to have obtained an -- to have
23   entertained --
24            MS. HERNANDEZ:  How --
25            THE COURT:  -- an objection --
```

```
 1                    MS. HERNANDEZ:  How was --
 2                    THE COURT:  -- to it --
 3                    MS. HERNANDEZ:  -- I supposed to know they were
 4    going to --
 5                    THE COURT:  Because they provided you this --
 6                    MS. HERNANDEZ:  No --
 7                    THE COURT:  -- before today.
 8                    MS. HERNANDEZ:  How was I supposed to know that --
 9    first of all, as I said, this was conditionally objected to
10    when you conditionally admitted it.  How was I supposed to
11    know that the witness was going to say "consistent"?  And,
12    obviously, when we go over it two or three times and then
13    he's going to go back and forth -- we've been looking at
14    this now for --
15                    THE COURT:  You --
16                    MS. HERNANDEZ:  -- 10 minutes --
17                    THE COURT:  Ms. --
18                    MS. HERNANDEZ:  -- back and forth.
19                    THE COURT:  You're prolonging --
20                    MS. HERNANDEZ:  I think this is --
21                    THE COURT:  -- the amount --
22                    MS. HERNANDEZ:  -- inappropriate --
23                    THE COURT:  You're prolonging --
24                    MS. HERNANDEZ:  This is wholly inappropriate, Your
25    Honor.
```

```
 1                    THE COURT:  Okay.
 2                    MS. HERNANDEZ:  Unduly --
 3                    THE COURT:  What --
 4                    MS. HERNANDEZ:  -- prejudicial.
 5                    THE COURT:  What's wholly inappropriate is that
 6      after I've overruled your objection, that you continue to
 7      object on the same grounds.
 8                    MS. HERNANDEZ:  Your Honor, you know, you had
 9      believed that he was playing a different video.  That's what
10      you said.  And then when I told you it was the same video,
11      you asked him, and when he agreed, then you let him do it.
12      This is ridiculous to have this --
13                    THE COURT:  Your objection's overruled.
14                    Mr. Kenerson, you may proceed.
15                    (Return from bench conference.)
16                    MR. KENERSON:  All right.  Ms. Rohde, if we can go
17      forward a little bit.
18                    (Video played.)
19      BY MR. KENERSON:
20      Q.  Do you recognize any individuals from the marching group
21      here?
22      A.  I do.  They're all marching group members.
23      Q.  The two that I've circled?
24      A.  Yes.
25                    MR. KENERSON:  All right.  If we could play,
```

1    Ms. Rohde.

2              (Video played.)

3              MR. KENERSON:  All right.  We can pause here

4    briefly.

5    BY MR. KENERSON:

6    Q.  Is this the same breach but a different angle?

7    A.  It is.

8    Q.  Do you recognize this person?  (Indicating.)

9    A.  I do.  He was from the marching group.  Ronald Loehrke.

10   Q.  What did we see him doing earlier?

11   A.  Making statements about the Capitol.

12             MR. KENERSON:  All right.  Can we play to 11:11,

13   please, on the counter, Ms. Rohde.

14             (Video played.)

15             MR. KENERSON:  And pause.  And if we can go frame

16   by frame for just -- slowly, briefly.

17             (Video played.)

18             MR. KENERSON:  If we can pause right there.

19   BY MR. KENERSON:

20   Q.  What do we see Mr. Loehrke doing with his hand?

21   A.  Holding up the Proud Boys hand gesture.

22             MR. KENERSON:  Now, if we could have the witness

23   [sic] just for the screen [sic] and go to Exhibit-550-2.

24   BY MR. KENERSON:

25   Q.  Do you recognize what's on your screen?

1    A.  I do.

2    Q.  Text messages with Ethan Nordean and who?

3    A.  Loehrke, the individual we just saw holding up the Proud

4    Boys symbol.

5    Q.  And how was Mr. Loehrke saved in Mr. Nordean's phone?

6    A.  "Ron, Lisa's friend."

7         MR. KENERSON:  I'd ask for -- I'd ask to publish

8    550-2 and 550-3.

9         THE COURT:  All right.  They'll be admitted, and

10   permission to publish.

11   BY MR. KENERSON:

12   Q.  What are the date of these text messages?

13   A.  December 27th, 2020.

14   Q.  And what does Ethan Nordean say at 9:15:41?

15   A.  He says, "You going to D.C.?"

16   Q.  And how does Mr. Loehrke respond?

17   A.  "Fuck yeah, brother."

18   Q.  If you could read the next couple of messages, please.

19   A.  Mr. Nordean says, "I'll be there.  Got a few guys I'd

20   like to introduce you to."

21         Loehrke says, "Fuck yeah, brother.  Let's go."

22   Loehrke then says, "When you get in?"

23         Nordean says, "Not sure yet.  Got to get my

24   itinerary.  Some dudes got my ticket because they wanted me

25   to be there."

1          Loehrke says, "Good shit.  I'll get in on the 5th

2  at, like, 4:00 p.m.  Keep me updated."

3          Nordean says, "Will do."

4          MR. KENERSON:  And if we could go to 550 --

5  or yeah, excuse me, 550-3.

6  BY MR. KENERSON:

7  Q.  What are the date of these messages?

8  A.  December 29th, 2020.

9  Q.  And can you read starting with the first message from

10  Ethan Nordean.

11  A.  Sure.

12          2:15 p.m., Ethan Nordean says, "I want you with me

13  pretty much the whole time over there.  I'll fill you in on

14  details, but I'll have you on the front line with me."

15          Loehrke "likes" his comment and then says, "Sounds

16  Good, man.  I have three guys coming with me, bad

17  motherfuckers.  Recon guys that aren't PB but are with us."

18          Nordean says, "Okay.  We aren't wearing colors

19  anyway.  If they roll with me, they will be good."

20          Loehrke "likes" his comment.

21  Q.  Thank you.

22          MS. HERNANDEZ:  Objection.  Hearsay as to

23  Mr. Rehl, Your Honor.

24          THE COURT:  Overruled.

25          MR. KENERSON:  Can we go back to the Exhibit-1001,

1    please, and if we can play.

2              (Video played.)

3              MR. KENERSON:  If we can pause right here.  Back,

4    maybe, just a half second.  Go forward from here.

5              (Video played.)

6              MR. KENERSON:  Right about here.

7    BY MR. KENERSON:

8    Q.  This -- generally speaking, this group that I've circled

9    here, do you recognize any individuals in there?

10   A.  I do.  Some of them were in the marching group.

11   Q.  Thank you.

12             MR. KENERSON:  Can we play.

13             (Video played.)

14             MR. KENERSON:  Pausing here at 11:51.

15   BY MR. KENERSON:

16   Q.  There's a couple of individuals outlined.  The person in

17   the front, do you recognize him?

18   A.  I do.  That's Dominic Pezzola.

19   Q.  And what about the person behind him with his arm on his

20   shoulder?

21   A.  His name's Giarno [ph], New York Proud Boy.

22   Q.  Was he in the marching group?

23   A.  He was.

24   Q.  Thank you.

25             (Video played.)

1          MR. KENERSON:  Pausing here.

2    BY MR. KENERSON:

3    Q.  Do you recognize the individuals who are outlined at

4    11:58 on the counter?

5    A.  I do.  You've got -- in the -- can I use your --

6    Q.  Talk -- guy in the --

7    A.  Okay.

8    Q.  -- middle first.

9    A.  Ethan Nordean.

10   Q.  And --

11   A.  To --

12   Q.  Go ahead.

13   A.  To the left of him is going to be -- yeah.  It's Joseph

14   Biggs; this is Matt Greene; Ethan Nordean; marching group;

15   marching group.  (Indicating.)

16   Q.  And the one you circled behind in the red hoodie, what's

17   his name?

18   A.  McDonald.

19   Q.  Did we see him earlier?

20   A.  We did.

21          MR. KENERSON:  If we could clear that out, please.

22          (Brief pause.)

23          If we could play, please.

24          (Video played.)

25          MR. KENERSON:  If we could pause here at 12:10.

1    BY MR. KENERSON:

2    Q.  Who is this that's outlined?

3    A.  Dominic Pezzola.

4    Q.  Which direction is he looking?

5    A.  Back towards the crowd.

6              MR. KENERSON:  Can we continue.

7              (Video played.)

8              MR. KENERSON:  If we could pause here at 12:17.

9    BY MR. KENERSON:

10   Q.  We have previously seen Mr. Rehl's face.  Why is

11   Mr. Biggs's face up in the upper right-hand corner here?

12   A.  This video was recovered from Mr. Biggs's Google cloud.

13   Q.  And this --

14   A.  And you will see him in this video.

15   Q.  This individual to the left, had we talked about him

16   before?

17   A.  We have.  That's McDonald.

18   Q.  Thank you.

19             MR. KENERSON:  Can we play it, please.

20             (Video played.)

21             MR. KENERSON:  If we can pause right here.

22   BY MR. KENERSON:

23   Q.  Who is that pictured on our screen in the middle?

24   A.  Ethan Nordean.

25   Q.  What's he doing?

1    A.   Proud Boys hand symbol.

2    Q.   About how long after the breach is Mr. Nordean giving

3    this gesture?

4    A.   Within minutes.

5              MR. KENERSON:  Can we play, please.

6              (Video played.)

7              MR. KENERSON:  If we could pause right here.

8    BY MR. KENERSON:

9    Q.   Where was Mr. Biggs facing as he said, "Fuck you" at the

10   end?

11   A.   The direction of law enforcement and the Capitol.

12   Q.   Thank you.

13             MR. KENERSON:  Your Honor, I'm happy to keep

14   going.  I would also note this is where I'm about to switch

15   topics.

16             THE COURT:  All right.  We have just a few minutes

17   left.  We'll give you an early lunch break.  Ladies and

18   gentlemen, we'll see you on the other side of our lunch

19   hour.

20             (Jury returned to jury room.)

21             THE COURT:  Ma'am, you may step down.  Agent.

22             (Witness steps down.)

23             THE COURT:  All right.  And everyone may be

24   seated.

25             So let me give you all an extra -- a little extra

1    time for lunch today to 1:45.  I thought, you know -- the

2    other thing I wanted to just put back on the table -- we've

3    talked about it -- but I do think, thinking about what -- I

4    don't know if the parties have had a chance to talk about

5    it, but what and if [sic] a limiting instruction would look

6    like on the tools issues.  I don't know if the parties have

7    thought about that, but I think it's something we're

8    thinking about, what you all think that should look like.

9         Ms. Hernandez, I -- on the point we had with this

10   witness, you know, I was with you on the objection you made.

11   Mr. Kenerson asked -- then asked, I thought, neutral

12   questions, and she gave an answer that updated her other

13   answer.  So I mean, I said we would talk about it later, and

14   I'm happy to hear you on it, but I don't think it was

15   objectionable.  Then we get to the point where we've got the

16   issue about the demonstrative and -- I mean, I take your

17   point, but, like, it was a pre-prepared demonstrative that

18   you all have seen.  What -- I'm not sure what they're

19   supposed to do in the middle of using the demonstrative that

20   hasn't been objected to until now.

21        MS. HERNANDEZ:  They're not supposed to use an

22   unduly prejudicial demonstrative to begin with.  That

23   language was gone from the screen and they kept it up

24   forever.  I looked at the videos, but I, you know -- Your

25   Honor -- stop, back and forth, stop and go, stop and go.

1   That's not how we look at the exhibits when they're put up

2   there.  I understand that the second time the witness -- who

3   is not stupid; he's -- she's an FBI agent who is an

4   experienced witness -- understood what we were arguing

5   about, and now she says, "Oh, yeah, that's his voice," but

6   remember, in the earlier incident, it's the same voice, and

7   when he came back to it, she, again, re- -- answered

8   "consistent."  So I think that whole testimony should be

9   struck.  I think the Government's presentation of that

10   exhibit is unduly prejudicial and they -- and, again, Your

11   Honor believed that we had moved on.  And you said to

12   Mr. Kenerson -- and he said "No, no, no, that's the same

13   video" --

14         THE COURT:  Right.

15         MS. HERNANDEZ:  -- and he went back and forth, but

16   I -- we can take this up later.  I --

17         THE COURT:  All right.

18         MS. HERNANDEZ:  -- do want to tell the Court one

19   thing.  Yesterday, I asked about information about the CHS

20   from Kansas City who was in that area.  The Government

21   understood the Court to order a different thing than what I

22   asked for.  As I said to the Court, the defendants do not

23   know the identity of that person.  We want to know -- I --

24   we believe that that person may be in that crowd.  We still

25   don't have an answer.  And so I would ask the Court to

12270

```
1    direct the Government to see where that person is in that
2    crowd, because that's -- he -- that's his group of people
3    that are in that crowd that just -- and remember -- if the
4    Court will remember, his testimony is -- or his -- I'm
5    sorry, his statement to his handler is that he believed that
6    was spontaneous act.
7           THE COURT:  All right.  Mr. Kenerson?
8           MR. KENERSON:  I'm trying to think of whether we
9    need to go to the phones or not, so I apologize.  What I
10   understood the Court to be directing us to do yesterday was
11   to look into whether there was any connection between that
12   individual and William Pepe.  I did not appreciate that
13   there was -- and I told this to Ms. Hernandez at the break;
14   I think we want some time to consider that request.
15          THE COURT:  All right.  That's -- my recollection
16   is more along the lines of what you said, Mr. Kenerson.  I
17   haven't had -- I haven't thought about this once since the
18   moment we discussed it, so -- but take that for what it's
19   worth.  But I think it's fair for you to consider this and,
20   maybe, another reason to have a longer lunch.  But I --
21   that's my recollection, that it had to do with him.
22          MS. HERNANDEZ:  Your Honor -- remember, if the
23   Court may recall, I said that the defendants have a right to
24   assist in their defense.  So it was more than just limited
25   to whether this person had spoken to Mr. Pepe.  It was
```

1    whether he was in that crowd for the reasons that I just

2    said about his statements to his handler.  It isn't --

3              THE COURT:  Right.

4              MS. HERNANDEZ:  It isn't as narrow as -- and if

5    that's what the Court ordered, I'm asking for a much broader

6    request of the Government.

7              THE COURT:  All right.  Mr. Smith?

8              MR. SMITH:  Your Honor, the Court, while we were

9    in trial just now, entered an order with a schedule for the

10   parties to file submissions on the two motions to quash.

11   This is, kind of, urgent because the defense has a deadline

12   by March 9th.  The Court requested that the defendants file

13   ex parte notices indicating how they would cross-examine --

14   or, excuse me, how they -- what information they would

15   elicit from the witnesses.  But it also -- that would be

16   appropriate, because these are defense witnesses.  It also

17   provided ex parte filings for the Government and an ex parte

18   hearing with the witnesses.  So Your Honor, I think we

19   would -- so first, we'll reiterate our position that the

20   Government does not have standing to make filings with

21   respect to defense witnesses.

22             THE COURT:  They have information that I need to

23   resolve the motions.  So they're going to make under-seal

24   ex parte submissions.

25             MR. SMITH:  So Your Honor, we can't --

```
 1                THE COURT:  That has nothing to do with standing,
 2     but --
 3                MR. SMITH:  I think --
 4                THE COURT:  -- go ahead.
 5                MR. SMITH:  So our objection is we can't do this
 6     ex parte.  The defense needs to know what the Government is
 7     going to be saying and then that information would, then, be
 8     reproduced to the witnesses.  So there's rules about -- as
 9     Your Honor knows, about how certain -- the Government cannot
10     make certain representations to defense witnesses about
11     their legal exposure --
12                THE COURT:  I'm not asking them to do that.  I'm
13     asking them to provide me information.
14                MR. SMITH:  Your Honor, if the information is,
15     then, reproduced to the witnesses in ex parte hearings --
16                THE COURT:  It's not going to be.
17                MR. SMITH:  Okay.  So that's --
18                THE COURT:  That's why it's ex parte.
19                MR. SMITH:  No.  Your Honor could, then -- someone
20     else in the ex parte hearing could say, the Government is
21     representing X, Y, Z.
22                THE COURT:  No one is going to say that.
23                MR. SMITH:  Okay.  Thank you.  That wasn't in the
24     order, Your Honor, so we just didn't know what the procedure
25     was.
```

1          THE COURT:  Okay.

2          MR. SMITH:  But, Your Honor, also, we can't -- the

3    Government can't file ex parte representations about defense

4    witnesses.  That's not --

5          THE COURT:  I'm ordering them to, so they're going

6    to.  I don't understand --

7          MR. SMITH:  Well, Your Honor, if there's a --

8    these are defense witnesses.  So if the Government is making

9    representations about how the defense -- how -- what would

10   be relevant information in cross, and the defense doesn't

11   know, we have no opportunity to object or to contest what

12   they're saying.

13         THE COURT:  That's correct, but I'm not going to

14   order them to turn -- just like I'm not going to order you

15   to tell them what you would ask the witness, I'm not going

16   to order them to tell you what they would ask the witness.

17   I need to know what each side is going to ask the witness if

18   I'm to adjudicate the claim of privilege.

19         MR. SMITH:  So Your Honor, the Government has made

20   certain representations about what it believes the exposure

21   of one or two of the witnesses is.  If we can't see what the

22   Government is representing to the Court, then we wouldn't

23   have an opportunity to show the Court that it may be

24   inconsistent with what we've seen.

25         THE COURT:  Okay.

1          MR. SMITH:  And the -- and so for the asymmetry

2    point, Your Honor, this is a defense witness.  And so the

3    rules contemplate asymmetry with the calling of witnesses.

4    Rule 17 contemplates there would be an ex parte procedure

5    involving the defense, but not the Government.  And so that

6    rule doesn't provide for ex parte submissions by the

7    Government --

8          THE COURT:  For -- I -- it doesn't provide for it.

9    It doesn't mean I can't order it.  And it doesn't mean you

10   won't be heard before I make the decision.  But right now,

11   I'm in the information-gathering business with regard to

12   these things, and that's why I'm ordering various

13   submissions ex parte and under seal.

14         MR. SMITH:  So --

15         THE COURT:  One side will not know what the other

16   side is telling --

17         MR. SMITH:  Your Honor, the objection is the Sixth

18   Amendment right to compulsory process and

19   cross-examination -- excuse me -- compulsory process, Your

20   Honor.

21         Thank you.

22         THE COURT:  All right.  Mr. Pattis?

23         MR. PATTIS:  I wanted to join Mr. Smith's remarks

24   on compulsory process and note asymmetry favors the defense.

25   The Government doesn't have a compulsory process right under

1    the Sixth Amendment.  And to proceed for -- with us not

2    knowing what information the Government may provide to the

3    Court as it -- the Court evaluates whether to quash seems to

4    be to deprive us of information that we could use to

5    challenge the Government's use or abuse of its discretion in

6    proceeding in the way it does, and might -- there may or may

7    not be a claim of vindictive or selective prosecution.  I

8    don't know what the information's going to be, but I'd like

9    the right to be able to preserve those claims and can't do

10   it in a vacuum.

11          THE COURT:  To be clear, I'm not asking for the

12   Government for representations about the person's exposure.

13   What I'm asking is if the person were to testify, right,

14   what would their -- what -- forget exposure.  What would

15   their cross-examination look like?  Because to me -- or what

16   areas would they be inquiring about?  What do they think

17   they would seek to bring out?  Because in trying to figure

18   out if the person has a Fifth Amendment privilege, I have to

19   consider what you will ask and I have to consider what they

20   will ask, as well.

21          MR. PATTIS:  I think it comes down to the same

22   thing, though, there, because it's our -- our contention, as

23   a matter of adversarial sportsmanship, that the Government

24   will seek to persuade these witnesses that it's in their

25   interest to remain silent for fear that whatever they seek

12276

1    to question -- the Government seeks to question them on

2    would create exposure.  So I think it comes down to the same

3    thing.  And, you know, inviting the inquiry about what they

4    would be questioned on comes down to what pressure the

5    Government's going to bring to bear on them.  So I think

6    it's a distinction without a difference.

7            THE COURT:  Okay.  But, again, to be clear, it's

8    an ex parte under-seal filing.  So I don't think I'm doing

9    my job unless I get this information, and I can't get it any

10    other way that's as neutral as that.  It -- no one else will

11    see it.  I -- Ms. Hernandez?

12            MS. HERNANDEZ:  Yeah.  I don't think the

13    Government -- the Court can make a decision based on an

14    ex parte presentation to the Court.  This isn't a grand jury

15    matter.  That's the only time they can do ex parte with the

16    Court.  The witness presumably has an attorney who can make

17    whatever arguments they need to make on behalf of the

18    witness.  It's not for the Government to be making those

19    arguments.

20            THE COURT:  Okay.

21            MS. HERNANDEZ:  And it's -- and the defense -- I

22    don't believe the Government is entitled to do an ex parte

23    presentation for the Court to consider without the defense

24    being able to counter whatever is being said by the

25    Government.  I don't think the Government has any say in

1    this issue.

2         THE COURT:  I don't see how I can make a

3    determination about whether a person has a Fifth Amendment

4    right unless I know the answer to these questions.

5         MS. HERNANDEZ:  That's what the witness's attorney

6    is there for, to make those arguments to the Court.

7         THE COURT:  It's not -- to be clear, I'm not

8    asking for argument.  I'm not asking for argument.  It's

9    12:36.  Let's come back at 1:45.

10        Mr. Pattis?

11        MR. PATTIS:  One final comment.  To the degree

12   that our clients have a right to a speedy and public trial,

13   we would object to the ex parte character of that.

14   Transparency is an important part of the criminal justice

15   process, and if there's going to be an evocation of the

16   Fifth, we think we should know why it was evoked and what

17   information the Government has that led to its evocation.

18        THE COURT:  All right.

19        MR. SMITH:  Nordean joins that motion.

20        THE COURT:  All right.  Are you objecting to you

21   submitting something to me ex parte, as well?

22        MR. PATTIS:  In this particular context for an

23   evaluation of a privilege claim, yes.

24        THE COURT:  Okay.  Very well.  We'll see you at

25   12:45 --

1           THE DEPUTY CLERK:  All rise.

2           THE COURT:  -- at 1:45.

3           THE DEPUTY CLERK:  This Honorable Court stands in

4    recess until the return of Court at 1:45.

5           (Luncheon recess taken at 12:37 p.m.)

6                    * * * * * * * * * * * *

7           CERTIFICATE OF OFFICIAL COURT REPORTER

8    I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify

9    that the above and foregoing constitutes a true and accurate

10   transcript of my stenographic notes and is a full, true and

11   complete transcript of the proceedings to the best of my

12   ability, dated this 7th day of March 2023.

13                       /s/Timothy R. Miller, RPR, CRR, NJ-CCR
                         Official Court Reporter
14                       United States Courthouse
                         Room 6722
15                       333 Constitution Avenue, NW
                         Washington, DC 20001

16

17

18

19

20

21

22

23

24

25

## /

**/s/Timothy** [1] - 12278:13

## 0

**06511** [1] - 12145:22

## 1

**1** [5] - 12148:3, 12148:9, 12148:13, 12179:14, 12212:14
**1-ETHAN** [1] - 12145:4
**10** [11] - 12162:14, 12163:24, 12164:4, 12165:9, 12222:7, 12222:8, 12222:16, 12222:19, 12231:15, 12259:16
**1000** [2] - 12187:17, 12232:20
**10003** [1] - 12145:18
**1001** [1] - 12232:16
**10016** [1] - 12146:13
**1014** [1] - 12146:9
**10:00** [2] - 12176:15, 12182:4
**10:34** [2] - 12192:23, 12203:2
**10:59** [1] - 12209:3
**113** [1] - 12146:15
**1132** [1] - 12201:4
**1138X** [1] - 12170:5
**113X** [1] - 12170:7
**115X** [1] - 12170:8
**11:11** [2] - 12202:1, 12261:12
**11:12** [1] - 12204:25
**11:17** [1] - 12209:20
**11:21** [3] - 12204:10, 12204:23, 12209:13
**11:21:48** [1] - 12205:18
**11:23:08** [1] - 12206:12
**11:26** [1] - 12209:20
**11:35** [1] - 12211:3
**11:44** [2] - 12213:22, 12214:5
**11:48:54** [1] - 12207:5
**11:50:28** [1] - 12207:7
**11:51** [1] - 12264:14
**11:58** [1] - 12265:4
**120X** [1] - 12170:7
**1264** [1] - 12147:3
**121X** [1] - 12170:8
**12:01:52** [1] - 12207:21

**12:01:55** [2] - 12176:6, 12176:22
**12:03** [1] - 12176:22
**12:06** [1] - 12214:12
**12:07** [1] - 12221:10
**12:09:06** [1] - 12221:18
**12:10** [1] - 12265:25
**12:16:29** [1] - 12223:20
**12:17** [3] - 12224:10, 12226:20, 12266:8
**12:19:34** [1] - 12225:1
**12:20:07** [1] - 12225:4
**12:23** [1] - 12226:14
**12:32:40** [1] - 12231:19
**12:35:40** [1] - 12232:1
**12:36** [1] - 12277:9
**12:37** [1] - 12278:5
**12:39:54** [1] - 12232:4
**12:45** [1] - 12277:25
**12:46** [3] - 12230:24, 12231:15, 12234:9
**12:51** [1] - 12242:10
**12:52** [1] - 12242:17
**12th** [1] - 12224:17
**131X** [1] - 12170:7
**132X** [1] - 12170:8
**133X** [1] - 12170:8
**136X** [1] - 12170:8
**13:42** [1] - 12216:6
**141X** [1] - 12170:7
**1420** [1] - 12145:24
**142X** [1] - 12170:7
**143X** [1] - 12170:8
**145AX** [1] - 12170:1
**14:08** [1] - 12217:25
**14:10** [1] - 12217:20
**14:30** [1] - 12218:5
**15** [2] - 12178:17, 12231:15
**150X** [1] - 12170:7
**1512** [1] - 12151:11
**153** [1] - 12146:5
**153X** [1] - 12170:6
**159X** [1] - 12170:6
**160B** [2] - 12170:2, 12170:3
**160D** [1] - 12170:4
**163X** [1] - 12170:5
**167X** [1] - 12170:9
**168X** [1] - 12170:8
**17** [1] - 12274:4
**18-minute** [2] - 12221:1, 12225:13
**181** [2] - 12174:12, 12174:17
**183** [2] - 12174:12,

12174:18
**18:10** [1] - 12225:16
**1:11** [1] - 12202:1
**1:21-cr-00175-TJK-1** [1] - 12145:2
**1:21-cr-00175-TJK-2** [1] - 12145:3
**1:21-cr-00175-TJK-3** [1] - 12145:3
**1:21-cr-00175-TJK-5** [1] - 12145:4
**1:21-cr-00175-TJK-6** [1] - 12145:4
**1:40** [1] - 12208:4
**1:45** [4] - 12268:1, 12277:9, 12278:2, 12278:4
**1st** [1] - 12145:21

## 2

**2** [9] - 12148:4, 12148:9, 12148:14, 12179:8, 12179:13, 12179:14, 12212:15, 12221:15, 12224:6
**2-JOSEPH** [1] - 12145:5
**20001** [2] - 12146:19, 12278:15
**20005** [1] - 12145:25
**2019** [1] - 12165:7
**202** [3] - 12145:15, 12145:25, 12146:20
**2020** [2] - 12262:13, 12263:8
**2021** [11] - 12174:15, 12175:12, 12179:5, 12180:2, 12180:15, 12192:20, 12202:5, 12204:19, 12221:13, 12223:18, 12231:8
**2023** [2] - 12145:6, 12278:12
**203** [1] - 12145:22
**20530** [1] - 12145:15
**205X** [1] - 12170:3
**20777** [1] - 12146:3
**209** [1] - 12146:6
**209X** [1] - 12170:3
**20th** [1] - 12145:17
**21-175** [3] - 12148:2, 12164:13, 12222:24
**210X** [1] - 12170:3
**211X** [1] - 12170:4
**229X** [1] - 12170:2
**23** [1] - 12226:15
**230** [1] - 12154:7
**240** [1] - 12146:3
**250** [1] - 12168:23

**251** [1] - 12168:23
**252-7233** [1] - 12145:15
**253** [1] - 12168:20
**253-0514** [1] - 12146:13
**256** [1] - 12168:23
**27th** [1] - 12262:13
**29** [1] - 12238:5
**29th** [1] - 12263:8
**2:15** [1] - 12263:12
**2:24:24** [1] - 12159:1
**2:24:27** [1] - 12160:21
**2:24:51** [1] - 12160:21
**2:25:30** [2] - 12157:15, 12161:12
**2:27:47** [1] - 12159:14
**2:34** [1] - 12237:13
**2:35** [1] - 12237:14
**2:54:36** [2] - 12156:2, 12156:5

## 3

**3** [5] - 12148:4, 12148:10, 12148:14, 12238:3, 12238:4
**3-ZACHARY** [1] - 12145:5
**30** [2] - 12180:4, 12238:4
**305** [2] - 12146:7, 12146:10
**33012** [1] - 12146:9
**33014** [1] - 12146:6
**333** [2] - 12146:19, 12278:15
**354-3111** [1] - 12146:20
**37** [1] - 12235:18
**38** [1] - 12188:14
**383** [1] - 12145:21
**393-3017** [1] - 12145:22

## 4

**4** [1] - 12167:3
**403** [9] - 12148:23, 12157:22, 12158:14, 12161:1, 12161:9, 12161:23, 12172:9, 12172:18, 12257:6
**403-7323** [1] - 12146:7
**404K** [1] - 12170:1
**404Z** [1] - 12170:2
**409A** [1] - 12168:21
**410G** [1] - 12168:21
**410M** [1] - 12168:22
**414A** [2] - 12168:20,

12170:5
**414B** [2] - 12168:20, 12170:6
**414D** [1] - 12170:5
**415X** [1] - 12170:8
**417X** [2] - 12170:1, 12171:9
**420B** [1] - 12168:19
**421B** [1] - 12168:18
**429-6520** [1] - 12145:25
**429B** [1] - 12170:6
**429C** [1] - 12170:4
**43** [1] - 12145:8
**430C** [1] - 12174:5
**431A** [1] - 12168:21
**432** [1] - 12168:20
**432X** [1] - 12170:6
**437B** [1] - 12168:18
**440A** [1] - 12168:19
**440AX** [1] - 12170:3
**441A** [2] - 12168:18, 12170:2
**445D** [1] - 12168:17
**447A** [1] - 12168:17
**448** [1] - 12168:20
**450** [1] - 12168:19
**450X** [1] - 12170:3
**451X** [1] - 12170:4
**455A** [1] - 12174:4
**459** [1] - 12168:21
**459B** [1] - 12168:22
**459C** [2] - 12168:22, 12170:7
**461** [1] - 12168:23
**463** [1] - 12168:19
**472-3391** [1] - 12146:3
**473X** [1] - 12170:7
**480M** [1] - 12207:25
**481B** [1] - 12168:23
**482** [2] - 12190:3, 12190:10
**49** [1] - 12146:9
**497L** [1] - 12168:20
**4:00** [2] - 12167:4, 12263:2
**4:22** [1] - 12239:13
**4:34** [1] - 12239:21
**4r** [1] - 12145:18
**4th** [1] - 12145:14

## 5

**5** [4] - 12148:5, 12148:11, 12148:15, 12180:1
**5-ENRIQUE** [1] - 12145:6
**500-84** [1] - 12173:4

12280

**500-85** [1] - 12173:4
**500-86** [1] - 12173:4
**509-25** [2] - 12173:5, 12175:1
**509-26** [2] - 12173:5, 12176:24
**509-27** [1] - 12173:5
**509-28** [1] - 12173:5, 12180:11
**509-29** [1] - 12173:5, 12204:15
**509-30** [2] - 12173:5, 12223:6
**509-31** [2] - 12231:2, 12231:4
**509-32** [1] - 12173:5
**509-33** [1] - 12173:6
**509-35** [1] - 12173:6
**51** [2] - 12183:18, 12235:20
**510-21** [1] - 12173:6
**510-29** [2] - 12173:6, 12179:1
**510-30** [1] - 12179:23
**510-31** [1] - 12173:6
**510-32** [4] - 12173:6, 12221:25, 12223:5, 12223:25
**510-34** [1] - 12173:6
**510-37** [2] - 12156:18, 12173:7
**512-11** [1] - 12173:7
**512-13** [1] - 12173:7
**512-9** [1] - 12173:7
**530-5** [1] - 12173:7
**533-1** [1] - 12173:7
**546-5** [1] - 12173:7
**547-5** [1] - 12173:7
**55-0** [1] - 12207:22
**550** [1] - 12263:4
**550-2** [1] - 12262:8
**550-3** [2] - 12262:8, 12263:5
**551** [2] - 12173:8, 12181:17
**552-1** [1] - 12173:8
**555** [1] - 12145:14
**59047** [1] - 12146:16
**5th** [1] - 12263:1

**6**

**6** [3] - 12148:5, 12148:12, 12148:15
**6-DOMINIC** [1] - 12145:6
**600-58** [1] - 12173:8
**600-60** [1] - 12173:8
**600-61** [1] - 12173:8
**600-62** [1] - 12173:8

**600-63** [1] - 12173:8
**6175** [1] - 12146:5
**646** [1] - 12146:13
**653-1** [2] - 12155:14, 12173:9
**6722** [2] - 12146:18, 12278:14
**6:25** [1] - 12242:7
**6:30** [1] - 12242:14
**6th** [37] - 12146:12, 12151:17, 12158:7, 12159:6, 12159:10, 12165:18, 12166:2, 12166:19, 12166:23, 12167:2, 12167:7, 12168:5, 12168:9, 12172:24, 12174:15, 12175:12, 12177:4, 12179:5, 12180:2, 12180:15, 12182:16, 12183:23, 12188:21, 12189:4, 12192:20, 12195:5, 12202:5, 12204:19, 12205:12, 12206:5, 12221:13, 12223:18, 12224:8, 12226:10, 12231:8, 12251:1, 12251:17

**7**

**7** [2] - 12145:6, 12145:17
**7166** [1] - 12146:2
**764-9347** [1] - 12146:16
**775** [1] - 12146:16
**7:19:36** [1] - 12177:14
**7:20:51** [1] - 12178:4
**7th** [1] - 12278:12

**8**

**8** [1] - 12183:17
**822-2901** [1] - 12146:10
**8:03** [1] - 12242:24
**8:28:41** [1] - 12179:16
**8:30** [1] - 12178:18
**8:31** [1] - 12243:18
**8:41** [1] - 12244:15

**9**

**902-3869** [1] - 12145:19
**917** [1] - 12145:19
**99** [1] - 12146:12
**9:00** [1] - 12145:6
**9:04:05** [1] - 12180:21

**9:15** [1] - 12179:17
**9:15:41** [1] - 12262:14
**9:24:19** [1] - 12180:2
**9:26:44** [1] - 12180:6
**9:30** [1] - 12245:6
**9:32** [1] - 12181:4
**9:34** [1] - 12199:18
**9th** [1] - 12271:12

**A**

**a.m** [15] - 12145:6, 12176:6, 12176:15, 12177:14, 12180:21, 12182:4, 12192:23, 12202:2, 12202:3, 12204:10, 12205:18, 12207:5, 12207:7, 12209:13, 12209:20
**Aaron** [9] - 12177:6, 12177:7, 12177:8, 12177:14, 12178:2, 12204:24, 12206:24, 12207:19, 12232:4
**abiding** [1] - 12160:5
**ability** [1] - 12278:12
**able** [4] - 12167:19, 12241:17, 12275:9, 12276:24
**abuse** [1] - 12275:5
**accelerated** [1] - 12171:24
**acceptable** [3] - 12162:14, 12212:22, 12250:13
**according** [1] - 12201:24
**accuracy** [4] - 12182:21, 12183:2, 12185:2, 12185:4
**accurate** [5] - 12185:4, 12186:18, 12233:5, 12233:7, 12278:9
**accusing** [1] - 12150:20
**act** [1] - 12270:6
**addition** [5] - 12149:13, 12167:16, 12169:5, 12170:11, 12209:10
**additionally** [1] - 12159:13
**adjudicate** [1] - 12273:18
**adjust** [3] - 12164:2, 12212:13, 12213:16
**adjusted** [1] - 12212:7
**admissibility** [1] - 12187:4

**admissible** [3] - 12156:21, 12159:21, 12185:25
**admission** [12] - 12169:1, 12170:15, 12173:12, 12173:14, 12173:16, 12173:22, 12174:17, 12181:17, 12185:7, 12187:17, 12190:10, 12233:10
**admit** [7] - 12171:15, 12172:7, 12173:20, 12173:22, 12173:23, 12174:7, 12186:8
**admitted** [28] - 12151:9, 12151:14, 12151:17, 12151:21, 12168:10, 12168:15, 12169:2, 12172:17, 12174:22, 12175:1, 12175:2, 12178:25, 12180:11, 12181:19, 12184:8, 12187:18, 12190:11, 12200:1, 12204:15, 12208:1, 12221:3, 12223:7, 12224:2, 12231:2, 12232:22, 12233:14, 12259:10, 12262:9
**admonish** [1] - 12229:9
**Adobe** [1] - 12163:9
**adrenaline** [1] - 12178:15
**adversarial** [1] - 12275:23
**advise** [1] - 12229:1
**affirmatively** [1] - 12171:3
**Agent** [26] - 12162:7, 12164:18, 12165:1, 12168:4, 12172:22, 12174:2, 12175:8, 12181:15, 12182:10, 12187:21, 12191:21, 12192:19, 12193:22, 12200:3, 12204:19, 12219:19, 12221:9, 12222:11, 12223:11, 12229:24, 12231:7, 12232:13, 12233:16, 12245:9, 12245:23, 12250:25
**agent** [5] - 12165:3, 12165:17, 12252:15, 12267:21, 12269:3
**ago** [3] - 12154:8, 12154:9, 12173:25
**agree** [3] - 12178:20, 12250:16

**admissible** ...
**agreed** [1] - 12260:11
**ahead** [9] - 12153:18, 12173:20, 12192:4, 12192:14, 12231:15, 12237:4, 12243:1, 12265:12, 12272:4
**aid** [1] - 12200:22
**aided** [1] - 12146:21
**air** [4] - 12220:5, 12243:20, 12243:22, 12243:25
**aired** [4] - 12150:11, 12150:12, 12150:25, 12152:12
**AJ** [2] - 12198:4, 12204:4
**al** [2] - 12164:13, 12222:25
**alert** [4] - 12150:7, 12150:10, 12151:5, 12162:7
**Alex** [3] - 12202:13, 12202:15, 12202:16
**alleged** [1] - 12156:12
**alleging** [1] - 12158:8
**allow** [2] - 12163:10, 12167:25
**allowing** [1] - 12159:8
**almost** [1] - 12253:13
**alone** [1] - 12205:7
**alpha** [7] - 12168:19, 12168:20, 12168:21, 12170:2, 12170:5
**Amendment** [4] - 12274:18, 12275:1, 12275:18, 12277:3
**America** [3] - 12148:3, 12164:13, 12222:24
**AMERICA** [1] - 12145:2
**amount** [3] - 12152:19, 12253:21, 12259:21
**angle** [1] - 12261:6
**anonymous** [1] - 12207:18
**answer** [9] - 12227:19, 12229:1, 12252:20, 12255:3, 12255:6, 12268:12, 12268:13, 12269:25, 12277:4
**answered** [2] - 12229:2, 12269:7
**answers** [1] - 12213:3
**Antifa** [1] - 12180:8
**anyway** [1] - 12263:19
**apologies** [1] - 12153:9
**apologize** [5] - 12157:6, 12174:2,

12217:24, 12220:2, 12270:9
**appear** [8] - 12168:13, 12169:9, 12170:12, 12174:14, 12184:11, 12184:13, 12219:18, 12232:25
**APPEARANCES** [2] - 12145:11, 12146:1
**appeared** [1] - 12196:11
**appreciate** [2] - 12155:13, 12270:12
**approach** [2] - 12201:7, 12243:3
**approached** [1] - 12241:21
**approaches** [1] - 12217:10
**appropriate** [1] - 12271:16
**approximate** [1] - 12214:16
**area** [6] - 12195:4, 12233:22, 12233:23, 12235:6, 12253:16, 12269:20
**Area** [1] - 12209:9
**areas** [1] - 12275:16
**argue** [1] - 12250:21
**arguing** [1] - 12269:4
**argument** [7] - 12158:14, 12160:2, 12160:8, 12171:10, 12256:7, 12277:8
**arguments** [3] - 12276:17, 12276:19, 12277:6
**arm** [5] - 12194:25, 12241:13, 12241:22, 12241:23, 12264:19
**arms** [1] - 12239:23
**arrested** [4] - 12175:20, 12178:21, 12193:24, 12215:20
**arrests** [2] - 12150:17, 12150:18
**arrow** [4] - 12192:9, 12192:10, 12198:15, 12220:20
**Arthur** [1] - 12199:1
**ash** [1] - 12178:5
**assess** [1] - 12154:18
**assist** [1] - 12270:24
**asymmetry** [3] - 12274:1, 12274:3, 12274:24
**AT** [1] - 12146:15
**attempted** [1] - 12156:11

**attenuated** [1] - 12149:21
**ATTORNEY** [1] - 12146:15
**attorney** [2] - 12276:16, 12277:5
**ATTORNEY'S** [1] - 12145:14
**attorneys** [1] - 12171:1
**audio** [23] - 12167:13, 12168:2, 12181:11, 12181:13, 12181:21, 12182:3, 12205:21, 12206:13, 12206:18, 12211:23, 12212:14, 12221:23, 12223:23, 12225:2, 12230:1, 12231:20, 12231:22, 12231:24, 12232:2, 12237:19, 12240:24, 12251:6
**authentic** [1] - 12184:17
**available** [1] - 12153:16
**Avenue** [4] - 12146:12, 12146:19, 12210:14, 12278:15
**avoided** [1] - 12248:13
**aware** [8] - 12177:8, 12178:22, 12193:23, 12194:1, 12226:9, 12226:13, 12244:25, 12249:22

**B**

**B.A** [1] - 12145:12
**background** [3] - 12201:22, 12239:8, 12254:2
**bad** [2] - 12213:15, 12263:16
**balancing** [1] - 12148:23
**ball** [2] - 12188:5, 12188:8
**based** [6] - 12162:5, 12185:4, 12206:5, 12228:4, 12230:6, 12276:13
**basis** [3] - 12156:14, 12248:16, 12253:11
**bear** [1] - 12276:5
**Beard** [6] - 12157:17, 12158:1, 12159:13, 12177:22, 12206:3, 12224:19
**Beast** [2] - 12226:4,

12226:8
**become** [1] - 12166:13
**BEFORE** [1] - 12145:9
**beforehand** [1] - 12258:20
**begin** [3] - 12212:16, 12212:18, 12268:22
**beginning** [5] - 12203:17, 12215:9, 12229:25, 12238:7, 12254:9
**behalf** [3] - 12150:7, 12155:10, 12276:17
**behind** [6] - 12201:18, 12204:2, 12244:10, 12246:22, 12264:19, 12265:16
**believes** [1] - 12273:20
**belonging** [1] - 12168:3
**below** [1] - 12205:14
**Bench** [8] - 12170:21, 12185:18, 12211:18, 12227:14, 12246:15, 12252:12, 12254:21, 12258:14
**bench** [9] - 12172:15, 12187:15, 12213:20, 12222:15, 12229:22, 12250:23, 12254:7, 12256:16, 12260:15
**bending** [1] - 12216:17
**Bertino** [17] - 12177:23, 12178:6, 12178:9, 12178:13, 12178:19, 12180:6, 12180:21, 12181:4, 12181:7, 12206:12, 12206:20, 12207:9, 12207:13, 12224:19, 12225:4, 12231:19, 12231:23
**Bertino's** [3] - 12159:18, 12160:3, 12193:24
**best** [4] - 12163:6, 12233:5, 12233:7, 12278:11
**better** [1] - 12163:13
**between** [7] - 12152:22, 12156:12, 12176:20, 12196:23, 12197:12, 12241:17, 12270:11
**big** [2] - 12171:11, 12225:10
**bigger** [1] - 12248:18
**Biggs** [34] - 12148:4,

12148:14, 12166:15, 12167:15, 12175:25, 12194:17, 12195:1, 12195:4, 12196:10, 12201:14, 12202:16, 12203:21, 12209:22, 12210:2, 12216:16, 12218:22, 12219:5, 12219:11, 12236:6, 12236:20, 12236:25, 12238:21, 12239:23, 12240:4, 12240:10, 12241:13, 12241:18, 12241:20, 12242:18, 12243:3, 12244:18, 12245:10, 12265:14, 12267:9
**BIGGS** [1] - 12145:5
**Biggs's** [6] - 12194:24, 12200:4, 12200:24, 12201:12, 12266:11, 12266:12
**bike** [2] - 12209:10, 12209:11
**bit** [15] - 12161:5, 12161:19, 12183:21, 12195:15, 12199:18, 12206:4, 12212:8, 12213:5, 12213:12, 12214:2, 12237:3, 12250:3, 12257:11, 12258:11, 12260:17
**black** [9] - 12163:10, 12163:12, 12163:17, 12175:23, 12193:11, 12198:25, 12201:15, 12216:17, 12239:1
**Blackbeard** [4] - 12177:24, 12205:4, 12205:6, 12221:20
**blank** [7] - 12161:6, 12162:24, 12162:25, 12163:15, 12163:16, 12176:21, 12181:7
**blanking** [1] - 12163:6
**blaring** [1] - 12211:24
**block** [2] - 12191:24, 12191:25
**Block** [2] - 12183:21, 12183:22
**Block's** [3] - 12183:9, 12183:12, 12183:17
**blood** [1] - 12225:9
**Bloody** [1] - 12177:6
**blue** [4] - 12175:25, 12194:9, 12194:11, 12225:5
**Bobby** [2] - 12157:24, 12159:2
**bollards** [1] - 12243:8

**bomber** [2] - 12203:14, 12235:23
**Boots** [1] - 12149:15
**bottom** [1] - 12216:15
**box** [6] - 12163:10, 12163:13, 12163:17, 12164:9, 12211:23, 12222:22
**Boy** [10] - 12183:22, 12193:15, 12198:4, 12198:20, 12199:1, 12199:11, 12210:7, 12241:15, 12257:24, 12264:21
**boy** [12] - 12168:18, 12168:19, 12168:20, 12168:22, 12168:23, 12170:3, 12170:6, 12215:10, 12215:17
**Boys** [15] - 12158:10, 12160:17, 12177:11, 12194:14, 12201:21, 12206:10, 12207:1, 12210:24, 12232:6, 12235:13, 12237:21, 12258:6, 12261:21, 12262:4, 12267:1
**Boys'** [1] - 12232:17
**Brady** [4] - 12151:3, 12154:13, 12154:14, 12154:19
**branch** [3] - 12153:10, 12153:14, 12153:15, 12153:16
**breach** [4] - 12151:16, 12155:25, 12261:6, 12267:2
**breached** [5] - 12151:17, 12151:19, 12244:20, 12245:1, 12245:2
**break** [13] - 12172:1, 12172:4, 12222:5, 12222:6, 12223:4, 12223:14, 12247:6, 12250:1, 12250:9, 12250:20, 12253:7, 12267:17, 12270:13
**brief** [5] - 12162:10, 12208:3, 12217:2, 12218:1, 12265:22
**Brief** [6] - 12157:4, 12162:19, 12164:7, 12164:11, 12222:13, 12222:20
**briefly** [10] - 12152:8, 12190:23, 12191:19, 12192:16, 12195:18, 12199:24, 12214:11, 12220:18, 12261:4,

12261:16
**bring** [10] - 12162:2, 12162:9, 12162:11, 12163:25, 12181:10, 12222:14, 12248:11, 12248:15, 12275:17, 12276:5
**bringing** [1] - 12228:12
**broad** [1] - 12166:6
**broader** [1] - 12271:5
**brother** [2] - 12262:17, 12262:21
**brown** [1] - 12214:23
**bubble** [1] - 12175:24
**building** [4] - 12150:24, 12180:8, 12201:22, 12239:8
**bullhorns** [1] - 12181:6
**bump** [1] - 12149:16
**burn** [1] - 12178:5
**business** [1] - 12274:11
**BY** [145] - 12164:21, 12169:4, 12169:14, 12169:25, 12172:21, 12174:1, 12174:10, 12175:7, 12177:1, 12179:4, 12179:25, 12180:14, 12181:14, 12181:22, 12182:9, 12183:20, 12187:20, 12188:1, 12188:16, 12188:25, 12189:9, 12189:20, 12190:4, 12190:13, 12190:25, 12191:10, 12191:20, 12192:8, 12192:18, 12193:4, 12193:10, 12193:21, 12194:6, 12194:23, 12195:20, 12196:7, 12196:15, 12196:22, 12197:11, 12197:19, 12198:1, 12198:14, 12198:24, 12199:8, 12199:17, 12200:2, 12201:9, 12202:12, 12203:4, 12204:1, 12204:18, 12205:22, 12206:14, 12206:19, 12208:9, 12208:17, 12209:4, 12209:21, 12210:4, 12210:20, 12211:5, 12211:13, 12214:8, 12214:13, 12214:22, 12215:8, 12215:15, 12215:24, 12216:8, 12216:23, 12217:3,

12217:14, 12218:6, 12218:19, 12219:4, 12219:10, 12219:17, 12220:4, 12220:12, 12220:19, 12221:8, 12223:10, 12224:4, 12225:3, 12225:17, 12226:2, 12226:24, 12227:7, 12229:23, 12230:22, 12231:6, 12232:3, 12232:11, 12233:15, 12234:4, 12234:20, 12235:4, 12235:11, 12235:22, 12236:5, 12236:17, 12236:24, 12237:7, 12237:15, 12238:6, 12238:19, 12239:7, 12239:14, 12239:22, 12240:3, 12240:8, 12240:21, 12241:11, 12242:3, 12242:8, 12242:15, 12242:25, 12243:19, 12244:16, 12244:24, 12245:8, 12245:16, 12245:22, 12246:4, 12250:24, 12251:15, 12251:24, 12252:6, 12256:21, 12257:13, 12257:21, 12258:4, 12260:19, 12261:5, 12261:19, 12261:24, 12262:11, 12263:6, 12264:7, 12264:15, 12265:2, 12266:1, 12266:9, 12266:22, 12267:8

---

# C

**cameras** [1] - 12152:20
**camouflage** [3] - 12189:10, 12201:18, 12216:25
**cannot** [2] - 12249:3, 12272:9
**Capitol** [50] - 12150:23, 12152:20, 12153:21, 12155:25, 12157:10, 12158:1, 12158:23, 12158:24, 12159:4, 12159:12, 12160:21, 12161:4, 12166:9, 12168:10, 12174:11, 12174:15, 12180:8, 12182:6, 12184:9, 12188:12, 12196:25, 12199:19, 12201:23, 12208:23, 12210:9, 12210:21,

12216:4, 12216:10, 12217:5, 12217:9, 12217:16, 12219:6, 12219:18, 12226:17, 12226:19, 12232:18, 12232:23, 12233:18, 12233:20, 12234:8, 12236:9, 12237:23, 12239:9, 12243:2, 12244:20, 12244:25, 12246:6, 12261:11, 12267:11
**Captain** [2] - 12205:14, 12207:7
**capture** [1] - 12197:12
**captured** [2] - 12174:14, 12197:21
**Carlson** [3] - 12150:11, 12150:12, 12152:11
**Carmen** [2] - 12146:2, 12148:11
**case** [18] - 12150:13, 12150:15, 12152:20, 12153:3, 12153:7, 12153:10, 12153:20, 12153:23, 12153:24, 12153:25, 12154:5, 12154:7, 12154:8, 12154:17, 12154:19, 12161:18, 12167:11, 12251:11
**caught** [1] - 12196:9
**causally** [1] - 12151:21
**caused** [1] - 12151:13
**causing** [1] - 12150:20
**CCR** [3] - 12146:17, 12278:8, 12278:13
**CCTV** [7] - 12168:9, 12174:15, 12183:5, 12183:16, 12184:8, 12210:21, 12232:23
**cell** [1] - 12204:12
**center** [1] - 12243:9
**certain** [6] - 12156:21, 12163:14, 12200:23, 12272:9, 12272:10, 12273:20
**certainly** [5] - 12152:2, 12152:10, 12158:19, 12197:10, 12212:12
**certainty** [2] - 12228:11, 12247:17
**CERTIFICATE** [1] - 12278:7
**certify** [1] - 12278:8
**cetera** [1] - 12207:10

**challenge** [1] - 12275:5
**challenging** [1] - 12157:10
**chamber** [4] - 12150:19, 12150:22, 12151:16, 12151:17
**chance** [1] - 12166:21, 12167:5, 12167:17, 12168:5, 12168:8, 12169:5, 12172:23, 12173:1, 12230:1, 12251:6, 12268:4
**change** [1] - 12256:11
**changes** [1] - 12149:11
**channel** [1] - 12193:12
**Chansley** [2] - 12150:15, 12150:22
**chapter** [1] - 12224:18
**character** [2] - 12161:19, 12277:13
**characterizations** [1] - 12212:10
**charged** [1] - 12193:24
**Charles** [13] - 12176:5, 12176:11, 12179:15, 12180:1, 12187:23, 12203:15, 12206:22, 12210:2, 12218:22, 12225:19, 12235:25, 12238:25, 12240:17
**Charlie** [4] - 12168:23, 12170:4, 12170:8, 12200:1
**charts** [1] - 12200:22
**chat** [27] - 12149:15, 12157:9, 12175:9, 12175:11, 12175:13, 12175:17, 12175:25, 12176:20, 12177:2, 12179:7, 12179:11, 12180:17, 12180:19, 12204:21, 12204:22, 12221:12, 12221:16, 12223:11, 12223:13, 12223:15, 12223:19, 12224:5, 12224:7, 12224:10, 12225:9, 12231:10, 12231:13
**chats** [3] - 12156:21, 12157:12, 12158:5
**checking** [1] - 12217:5
**cheering** [1] - 12194:25

**chilling** [1] - 12224:18
**chose** [1] - 12228:9
**CHS** [1] - 12269:19
**circle** [4] - 12192:9, 12203:13, 12220:20, 12226:25
**Circle** [2] - 12234:7, 12241:5
**circled** [21] - 12188:10, 12189:10, 12199:9, 12201:15, 12204:2, 12208:18, 12209:8, 12210:25, 12216:13, 12216:24, 12218:20, 12225:20, 12233:22, 12236:18, 12238:20, 12240:9, 12243:1, 12257:22, 12260:23, 12264:8, 12265:16
**circling** [1] - 12188:2, 12209:7, 12243:9
**circumstance** [1] - 12153:8
**city** [3] - 12178:5, 12195:1, 12195:2
**City** [2] - 12165:11, 12269:20
**claim** [3] - 12273:18, 12275:7, 12277:23
**claimed** [1] - 12150:16
**claims** [2] - 12152:17, 12275:9
**clarified** [1] - 12248:4
**clarify** [1] - 12249:18
**clarity** [2] - 12153:4, 12155:1
**clear** [8] - 12157:16, 12171:13, 12171:14, 12249:17, 12265:21, 12275:11, 12276:7, 12277:7
**clearly** [1] - 12248:17
**CLERK** [10] - 12148:2, 12164:5, 12164:8, 12164:10, 12222:18, 12222:21, 12222:23, 12257:4, 12278:1, 12278:3
**clicks** [1] - 12220:2
**clients** [2] - 12150:20, 12277:12
**clip** [3] - 12196:23, 12216:6
**clipping** [1] - 12184:13
**close** [4] - 12226:4, 12245:13, 12245:17, 12245:18
**Closed** [1] - 12209:9

**cloud** [4] - 12200:4, 12200:24, 12201:12, 12266:12

**co** [1] - 12159:20

**co-conspirator** [1] - 12159:20

**coat** [1] - 12216:17

**cold** [1] - 12213:2

**collapse** [1] - 12150:21

**colloquial** [3] - 12227:25, 12228:17, 12248:3

**colloquially** [1] - 12248:19

**colloquy** [1] - 12186:15

**color** [1] - 12194:13

**colors** [4] - 12176:16, 12178:18, 12194:15, 12263:18

**COLUMBIA** [1] - 12145:1

**coming** [6] - 12166:10, 12185:20, 12186:25, 12213:6, 12240:24, 12263:16

**comment** [5] - 12158:15, 12161:11, 12263:15, 12263:20, 12277:17

**commentary** [2] - 12157:16, 12157:21

**comments** [1] - 12159:10

**commie** [1] - 12178:13

**communicating** [1] - 12207:15

**communication** [3] - 12155:23, 12156:6, 12156:11

**compare** [6] - 12168:8, 12183:16, 12235:14, 12241:4, 12243:3, 12244:17

**compared** [2] - 12184:7, 12232:22

**comparing** [1] - 12183:5

**compilation** [1] - 12232:19

**complete** [1] - 12278:11

**compulsory** [4] - 12274:18, 12274:19, 12274:24, 12274:25

**computer** [1] - 12146:21

**computer-aided** [1] - 12146:21

**concerned** [1] - 12246:19

**concert** [1] - 12211:25

**conclusion** [1] - 12252:20

**conditional** [4] - 12173:12, 12173:14, 12173:15, 12173:22

**conditionally** [10] - 12171:16, 12172:8, 12172:17, 12173:24, 12174:22, 12175:2, 12178:25, 12180:11, 12259:9, 12259:10

**conference** [16] - 12170:21, 12172:15, 12185:18, 12187:15, 12211:18, 12213:20, 12227:14, 12229:22, 12246:15, 12250:23, 12252:12, 12254:7, 12254:21, 12256:16, 12258:14, 12260:15

**confess** [2] - 12212:2, 12212:5

**confusing** [2] - 12156:8, 12160:16

**confusion** [1] - 12161:3

**Congress** [4] - 12150:21, 12151:19, 12151:20, 12154:11

**connected** [4] - 12149:4, 12155:22, 12155:23, 12156:2

**connection** [2] - 12156:3, 12270:11

**connects** [1] - 12161:23

**Conor** [2] - 12145:13, 12148:8

**consider** [5] - 12270:14, 12270:19, 12275:19, 12276:23

**consistent** [13] - 12227:10, 12227:16, 12230:13, 12246:9, 12247:4, 12247:12, 12247:22, 12248:6, 12249:10, 12249:13, 12249:16, 12259:11, 12269:8

**conspiracy** [2] - 12156:4, 12156:12

**conspirator** [1] - 12159:20

**conspirators** [1] - 12156:13

**constellation** [1] - 12149:24

**constitutes** [1] - 12278:9

**Constitution** [3] - 12146:19, 12203:8, 12278:15

**contain** [1] - 12206:1

**contemplate** [1] - 12274:3

**contemplates** [1] - 12274:4

**content** [2] - 12176:8, 12180:25

**contention** [2] - 12253:23, 12275:22

**contest** [1] - 12273:11

**context** [5] - 12159:15, 12159:21, 12161:5, 12255:24, 12277:22

**continue** [14] - 12169:22, 12193:7, 12199:2, 12225:6, 12236:1, 12238:16, 12239:3, 12239:4, 12253:8, 12256:24, 12257:25, 12260:6, 12266:6

**CONTINUED** [1] - 12146:1

**continued** [1] - 12169:23

**continues** [1] - 12255:21

**continuous** [3] - 12184:2, 12184:3, 12253:11

**continuously** [1] - 12183:24

**control** [1] - 12178:15

**conversation** [5] - 12157:24, 12209:22, 12210:10, 12218:20, 12225:18

**corner** [2] - 12245:24, 12266:11

**correct** [21] - 12172:24, 12180:20, 12181:3, 12181:9, 12183:7, 12209:14, 12221:11, 12223:15, 12223:16, 12226:12, 12234:10, 12237:16, 12237:17, 12238:11, 12238:13, 12243:6, 12243:7, 12253:19, 12253:24, 12256:22, 12273:13

**counsel** [2] - 12246:13, 12246:14

**counter** [13] -

12203:2, 12209:3, 12209:20, 12211:4, 12213:22, 12217:20, 12238:4, 12238:5, 12242:7, 12245:7, 12261:13, 12265:4, 12276:24

**counts** [3] - 12151:11

**couple** [13] - 12167:1, 12174:3, 12181:12, 12189:16, 12198:11, 12198:22, 12199:6, 12203:23, 12220:2, 12257:9, 12257:10, 12262:18, 12264:16

**course** [3] - 12166:17, 12212:3, 12212:10

**Court** [1] - 12146:17, 12146:18, 12159:17, 12164:5, 12222:18, 12255:8, 12271:5, 12276:23, 12278:3, 12278:4, 12278:13

**COURT** [190] - 12145:1, 12148:16, 12149:8, 12150:5, 12151:23, 12153:1, 12154:4, 12154:16, 12155:15, 12155:18, 12156:10, 12156:23, 12157:2, 12158:4, 12158:11, 12158:13, 12160:9, 12161:14, 12162:1, 12162:9, 12162:18, 12163:5, 12163:12, 12163:24, 12164:14, 12169:2, 12169:17, 12169:21, 12170:17, 12170:20, 12170:22, 12171:4, 12171:15, 12171:22, 12172:5, 12172:7, 12172:11, 12172:13, 12172:16, 12173:13, 12173:17, 12173:19, 12173:23, 12174:9, 12174:19, 12174:21, 12175:5, 12179:3, 12180:13, 12181:19, 12183:11, 12185:9, 12185:12, 12185:16, 12185:19, 12186:2, 12186:14, 12187:5, 12187:9, 12187:18, 12190:11, 12197:3, 12197:5, 12197:8, 12197:18, 12197:24, 12201:5, 12201:8, 12204:17, 12208:7, 12212:2, 12212:17,

**court** [40] - 12150:8, 12151:5, 12151:9,

12212:25, 12213:9, 12213:11, 12213:15, 12213:19, 12213:25, 12215:12, 12221:5, 12222:1, 12222:3, 12222:5, 12222:10, 12223:2, 12223:8, 12224:3, 12227:15, 12227:20, 12227:24, 12228:14, 12228:21, 12229:4, 12229:12, 12229:14, 12230:12, 12230:16, 12231:5, 12233:13, 12244:23, 12245:15, 12246:13, 12246:17, 12246:25, 12247:20, 12248:23, 12249:1, 12249:7, 12249:20, 12249:22, 12250:5, 12250:16, 12251:11, 12251:20, 12251:22, 12252:5, 12252:18, 12252:22, 12252:25, 12253:5, 12253:12, 12253:15, 12253:20, 12253:25, 12254:4, 12254:12, 12254:16, 12255:1, 12255:7, 12255:12, 12255:14, 12255:19, 12255:25, 12256:2, 12256:4, 12256:10, 12256:15, 12256:19, 12257:7, 12257:18, 12257:20, 12258:17, 12258:25, 12259:2, 12259:5, 12259:7, 12259:15, 12259:17, 12259:19, 12259:21, 12259:23, 12260:1, 12260:3, 12260:5, 12260:13, 12262:9, 12263:24, 12267:16, 12267:21, 12267:23, 12269:14, 12269:17, 12270:7, 12270:15, 12271:3, 12271:7, 12271:22, 12272:1, 12272:4, 12272:12, 12272:16, 12272:18, 12272:22, 12273:1, 12273:5, 12273:13, 12273:25, 12274:8, 12274:15, 12274:22, 12275:11, 12276:7, 12276:20, 12277:2, 12277:7, 12277:18, 12277:20, 12277:24, 12278:2, 12278:7

12284

12152:14, 12152:18,
12156:20, 12159:7,
12171:13, 12185:23,
12187:3, 12211:19,
12222:6, 12223:7,
12224:1, 12228:25,
12229:1, 12229:9,
12231:3, 12248:2,
12254:1, 12254:22,
12255:10, 12256:7,
12269:18, 12269:21,
12269:22, 12269:25,
12270:4, 12270:10,
12270:23, 12271:8,
12271:12, 12273:22,
12273:23, 12275:3,
12276:13, 12276:14,
12276:16, 12277:6
**court's** [4] - 12224:1,
12228:23, 12229:3,
12248:1
**Court's** [3] - 12162:6,
12162:16, 12162:22
**Courthouse** [2] -
12146:18, 12278:14
**courtroom** [1] -
12212:1
**cover** [1] - 12167:1
**covered** [1] -
12239:15
**Cowabunga** [1] -
12176:4
**CR** [1] - 12145:2
**create** [1] - 12276:2
**created** [1] - 12175:20
**crew** [1] - 12178:17
**Criminal** [3] - 12148:2,
12164:12, 12222:24
**criminal** [1] -
12277:14
**criminally** [1] -
12193:25
**crippled** [1] -
12191:22
**cross** [10] - 12151:6,
12151:8, 12151:14,
12171:20, 12187:8,
12187:9, 12271:13,
12273:10, 12274:19,
12275:15
**cross-examination** [3]
- 12187:8, 12274:19,
12275:15
**cross-examine** [3] -
12171:20, 12187:9,
12271:13
**cross-examining** [1] -
12151:6
**crowd** [13] - 12171:11,
12234:13, 12241:2,

12241:4, 12243:2,
12243:25, 12244:2,
12244:10, 12266:5,
12269:24, 12270:2,
12270:3, 12271:1
**crowded** [1] - 12180:5
**CRR** [3] - 12146:17,
12278:8, 12278:13
**crude** [1] - 12161:17
**CT** [1] - 12145:22
**cumulative** [2] -
12256:14, 12257:6
**cut** [1] - 12212:22

## D

**D.C** [5] - 12145:5,
12195:4, 12205:11,
12206:5, 12262:15
**damn** [1] - 12256:13
**Daniel** [2] - 12153:25,
12189:24
**date** [7] - 12153:23,
12175:11, 12202:4,
12221:12, 12223:17,
12262:12, 12263:7
**dated** [1] - 12278:12
**DAVID** [1] - 12145:17
**David** [3] - 12168:18,
12170:4, 12170:5
**DAY** [1] - 12145:8
**days** [1] - 12215:19
**DC** [4] - 12145:15,
12145:25, 12146:19,
12278:15
**deadline** [2] -
12186:23, 12271:11
**December** [2] -
12262:13, 12263:8
**decibel** [1] - 12212:15
**decided** [1] -
12224:21
**decision** [2] -
12274:10, 12276:13
**defend** [1] - 12203:8
**defendant** [2] -
12155:4, 12155:6
**Defendant** [15] -
12148:3, 12148:4,
12148:5, 12148:9,
12148:10, 12148:11,
12148:12, 12148:13,
12148:14, 12148:15
**Defendants** [3] -
12145:7, 12145:16,
12146:2
**defendants** [15] -
12149:4, 12149:13,
12151:13, 12158:8,
12160:1, 12160:17,

12161:2, 12161:9,
12161:23, 12168:3,
12177:9, 12177:12,
12269:22, 12270:23,
12271:12
**defense** [16] -
12160:6, 12270:24,
12271:11, 12271:16,
12271:21, 12272:6,
12272:10, 12273:3,
12273:8, 12273:9,
12273:10, 12274:2,
12274:5, 12274:24,
12276:21, 12276:23
**Defense** [7] -
12158:21, 12159:24,
12159:25, 12160:4,
12179:8, 12221:15,
12224:6
**degree** [1] - 12277:11
**delay** [1] - 12164:1
**deleted** [2] -
12175:19, 12179:14
**demonstrative** [4] -
12268:16, 12268:17,
12268:19, 12268:22
**deny** [3] - 12252:25,
12253:5, 12253:6
**Department** [1] -
12165:12
**department** [1] -
12166:12
**depict** [8] - 12168:13,
12169:9, 12170:12,
12173:2, 12174:14,
12184:11, 12186:18,
12232:25
**depicted** [1] -
12234:13
**deprive** [1] - 12275:4
**DEPUTY** [10] -
12148:2, 12164:5,
12164:8, 12164:10,
12222:18, 12222:21,
12222:23, 12257:4,
12278:1, 12278:3
**describe** [2] -
12216:9, 12237:18
**described** [4] -
12160:13, 12167:6,
12188:3, 12246:19
**detail** [1] - 12155:8
**details** [2] - 12176:16,
12263:14
**determination** [1] -
12277:3
**determine** [3] -
12251:25, 12252:2,
12252:18
**determined** [1] -

12255:3
**device** [2] - 12227:3,
12245:25
**devices** [5] -
12167:12, 12167:13,
12167:21, 12167:24,
12168:3
**difference** [1] -
12276:6
**different** [14] -
12158:5, 12161:19,
12183:14, 12184:4,
12184:5, 12212:15,
12250:3, 12255:7,
12255:17, 12255:19,
12256:12, 12260:9,
12261:6, 12269:21
**direct** [1] - 12270:1
**Direct** [1] - 12147:3
**DIRECT** [1] - 12164:20
**directing** [1] -
12270:10
**direction** [12] -
12192:12, 12210:13,
12219:5, 12219:6,
12219:11, 12236:6,
12236:8, 12236:9,
12237:21, 12237:22,
12266:4, 12267:11
**directly** [1] - 12151:10
**disagree** [2] -
12212:9, 12247:25
**disconnected** [1] -
12157:25
**discovery** [4] -
12150:14, 12151:2,
12152:19, 12152:23
**discretion** [1] -
12275:5
**discuss** [1] - 12152:1
**discussed** [5] -
12148:18, 12154:23,
12201:16, 12254:12,
12270:18
**discussing** [3] -
12159:18, 12159:23,
12162:21
**discussions** [1] -
12154:19
**Disney** [1] - 12165:16
**display** [1] - 12157:14
**disputed** [1] - 12159:9
**distinction** [2] -
12248:10, 12276:6
**DISTRICT** [3] -
12145:1, 12145:1,
12145:10
**Document** [1] -
12154:7
**document** [3] -

12154:8, 12171:7
**documentation** [1] -
12154:11
**documents** [3] -
12153:22, 12154:1,
12155:2
**dogs** [1] - 12178:16
**domestic** [1] -
12203:9
**Dominic** [6] - 12148:5,
12166:15, 12195:13,
12198:16, 12264:18,
12266:3
**Donohoe** [15] -
12176:5, 12176:11,
12177:19, 12178:17,
12179:15, 12180:1,
12187:23, 12203:15,
12204:3, 12210:2,
12218:23, 12225:19,
12235:25, 12238:25,
12240:17
**Donohoe's** [2] -
12176:22, 12206:22
**down** [22] - 12152:25,
12206:4, 12212:13,
12213:4, 12213:12,
12216:15, 12217:6,
12217:17, 12220:8,
12222:11, 12224:24,
12232:7, 12244:4,
12254:5, 12254:15,
12254:20, 12257:19,
12267:21, 12267:22,
12275:21, 12276:2,
12276:4
**downward** [1] -
12212:7
**drastically** [1] -
12241:6
**drawing** [1] -
12160:23
**drawn** [3] - 12148:24,
12148:25, 12198:15
**Drive** [1] - 12146:15
**dudes** [2] - 12207:12,
12262:24
**during** [3] - 12194:24,
12212:3
**dust** [1] - 12178:12

## E

**early** [2] - 12186:10,
12267:17
**easiest** [2] - 12162:21,
12162:23
**easily** [2] - 12157:3
**East** [3] - 12145:17,
12146:15, 12177:6

12285

**east** [2] - 12216:10, 12217:16
**eating** [1] - 12224:17
**Eddie** [6] - 12183:9, 12183:11, 12183:12, 12183:17, 12183:21, 12183:22
**effect** [2] - 12227:8, 12237:10
**effectively** [2] - 12149:11, 12149:18
**effects** [1] - 12169:9
**either** [6] - 12156:7, 12168:9, 12228:10, 12228:24, 12232:22, 12247:3
**Elect** [1] - 12158:25
**elements** [1] - 12151:12
**elicit** [1] - 12271:15
**eliciting** [1] - 12248:13
**elicits** [1] - 12229:20
**email** [1] - 12152:15
**employed** [2] - 12165:4, 12165:8
**end** [7] - 12158:2, 12161:6, 12162:12, 12163:18, 12178:2, 12207:3, 12267:10
**ended** [1] - 12234:11
**ends** [1] - 12220:21
**enemies** [1] - 12203:9
**enemy** [1] - 12178:7
**enforcement** [5] - 12194:12, 12211:1, 12211:8, 12216:4, 12267:11
**Enforcement** [1] - 12165:12
**Enrique** [11] - 12148:5, 12166:14, 12175:23, 12176:2, 12176:3, 12176:21, 12178:22, 12180:23, 12195:11, 12215:18
**entered** [1] - 12271:9
**entertained** [1] - 12258:23
**entire** [1] - 12258:21
**entitled** [1] - 12276:22
**entrance** [1] - 12210:9
**epic** [1] - 12178:6
**Erik** [2] - 12145:12, 12148:8
**especially** [1] - 12252:14
**Esq** [12] - 12145:12, 12145:12, 12145:13, 12145:13, 12145:16,

12145:20, 12145:23, 12146:2, 12146:4, 12146:8, 12146:11, 12146:14
**essentially** [3] - 12162:23, 12163:2, 12187:4
**et** [3] - 12164:13, 12207:10, 12222:25
**Ethan** [29] - 12148:3, 12164:13, 12166:14, 12175:25, 12179:22, 12181:16, 12191:5, 12195:9, 12196:24, 12197:15, 12197:20, 12210:1, 12216:14, 12217:4, 12218:22, 12220:7, 12222:24, 12225:21, 12236:20, 12239:17, 12243:20, 12245:10, 12262:2, 12262:14, 12263:10, 12263:12, 12265:9, 12265:14, 12266:24
**evaluates** [1] - 12275:3
**evaluation** [1] - 12277:23
**event** [3] - 12165:21, 12165:23, 12166:1
**events** [2] - 12165:20, 12232:25
**Evidence** [1] - 12246:24
**evidence** [15] - 12149:1, 12149:3, 12149:5, 12149:9, 12150:1, 12156:6, 12161:22, 12176:25, 12179:24, 12184:8, 12201:4, 12205:10, 12212:1
**evidentiary** [1] - 12151:4
**evocation** [2] - 12277:15, 12277:17
**evoked** [1] - 12277:16
**ex** [18] - 12271:13, 12271:17, 12271:24, 12272:6, 12272:15, 12272:18, 12272:20, 12273:3, 12274:4, 12274:6, 12274:13, 12276:8, 12276:14, 12276:15, 12276:22, 12277:13, 12277:21
**exact** [1] - 12224:17
**exactly** [7] - 12149:11, 12154:18, 12159:11, 12186:1, 12246:19,

12255:9
**examination** [3] - 12187:8, 12274:19, 12275:15
**EXAMINATION** [1] - 12164:20
**Examination** [1] - 12147:3
**examine** [3] - 12171:20, 12187:9, 12271:13
**examining** [1] - 12151:6
**example** [2] - 12161:17, 12183:6
**exceptions** [1] - 12167:1
**excited** [1] - 12161:15
**exclude** [5] - 12149:3, 12149:17, 12157:22, 12160:18, 12161:1
**excuse** [7] - 12180:2, 12193:23, 12202:1, 12224:25, 12263:5, 12271:14, 12274:19
**executioner** [2] - 12160:23, 12160:24
**executions** [2] - 12161:8, 12161:21
**executive** [2] - 12153:10, 12153:16
**exhibit** [30] - 12149:12, 12149:19, 12156:16, 12178:2, 12182:10, 12182:14, 12182:19, 12182:25, 12184:1, 12184:20, 12185:20, 12186:4, 12186:13, 12186:14, 12186:15, 12186:21, 12186:22, 12186:23, 12187:1, 12197:21, 12203:3, 12207:25, 12208:6, 12221:10, 12223:14, 12232:12, 12254:15, 12254:20, 12269:10
**Exhibit-1** [1] - 12212:14
**Exhibit-1000** [7] - 12182:8, 12185:8, 12202:7, 12208:11, 12208:25, 12225:12, 12234:11
**Exhibit-1001** [3] - 12232:10, 12233:10, 12263:25
**Exhibit-404C** [2] - 12200:1, 12201:10
**Exhibit-510-31** [1] -

12221:2
**Exhibit-550-2** [1] - 12261:23
**Exhibit-551** [1] - 12181:11
**Exhibits** [1] - 12174:12
**exhibits** [19] - 12148:19, 12155:3, 12155:7, 12155:12, 12168:10, 12168:13, 12168:15, 12168:17, 12169:1, 12169:6, 12170:16, 12172:16, 12173:1, 12173:4, 12184:8, 12211:21, 12212:12, 12232:23, 12269:1
**Exhibits-1133** [1] - 12201:4
**experienced** [1] - 12269:4
**expert** [1] - 12246:20
**explain** [1] - 12248:10
**explained** [2] - 12155:20, 12156:1
**explaining** [2] - 12161:14, 12161:15
**explanation** [1] - 12158:3
**explanations** [1] - 12154:1
**explicitly** [1] - 12227:18
**exposure** [5] - 12272:11, 12273:20, 12275:12, 12275:14, 12276:2
**extensive** [1] - 12152:19
**extent** [3] - 12153:10, 12227:21, 12248:18
**extra** [1] - 12267:25
**extraction** [1] - 12200:16
**extraordinarily** [1] - 12211:21
**eye** [1] - 12229:17

**F**

**face** [5] - 12175:23, 12227:1, 12245:23, 12266:10, 12266:11
**facing** [8] - 12167:14, 12167:22, 12176:18, 12211:23, 12215:25, 12237:21, 12237:22, 12267:9
**fact** [6] - 12150:25,

12155:24, 12160:6, 12162:25, 12163:8, 12248:13
**facts** [1] - 12155:1
**fair** [5] - 12153:1, 12154:16, 12158:11, 12160:21, 12270:19
**familiar** [6] - 12179:20, 12192:19, 12194:9, 12202:13, 12226:6, 12233:23
**familiarity** [1] - 12228:10
**familiarize** [4] - 12166:18, 12167:5, 12167:17, 12167:25
**far** [5] - 12150:1, 12168:11, 12178:21, 12198:22, 12245:17
**fascism** [1] - 12207:14
**fashion** [1] - 12169:19
**fast** [1] - 12213:6
**favors** [1] - 12274:24
**FBI** [10] - 12165:5, 12165:6, 12165:7, 12165:8, 12165:17, 12165:21, 12176:9, 12181:2, 12252:15, 12269:3
**FBI's** [1] - 12165:22
**fear** [1] - 12275:25
**feed** [1] - 12180:7
**feeds** [1] - 12180:22
**female** [1] - 12217:9
**fences** [1] - 12243:5
**fencing** [1] - 12202:18, 12243:11, 12243:12
**few** [12] - 12162:12, 12164:1, 12171:25, 12198:8, 12210:11, 12223:19, 12226:14, 12238:10, 12240:9, 12243:22, 12262:19, 12267:16
**Fifth** [3] - 12275:18, 12277:3, 12277:16
**figure** [5] - 12157:13, 12166:3, 12166:8, 12225:9, 12275:17
**file** [7] - 12152:3, 12152:7, 12154:24, 12163:11, 12271:10, 12271:12, 12273:3
**filed** [1] - 12154:8
**filing** [3] - 12150:9, 12276:8
**filings** [2] - 12271:17, 12271:20
**fill** [1] - 12263:13

**filling** [1] - 12225:9
**film** [1] - 12183:12
**filming** [2] - 12183:24, 12256:22
**films** [1] - 12183:17
**final** [2] - 12186:22, 12277:11
**finally** [1] - 12174:11
**fine** [3] - 12173:22, 12198:23, 12254:5
**finish** [4] - 12197:17, 12197:18, 12251:21, 12251:22
**first** [25] - 12150:25, 12151:1, 12152:13, 12153:5, 12157:9, 12157:19, 12158:22, 12158:25, 12160:18, 12160:22, 12161:17, 12197:18, 12207:11, 12207:22, 12215:16, 12217:25, 12221:16, 12224:10, 12224:13, 12246:16, 12246:18, 12259:9, 12263:9, 12265:8, 12271:19
**Fischer** [9] - 12149:9, 12149:12, 12149:14, 12149:16, 12149:20, 12162:7, 12198:4, 12204:4
**Fischer's** [1] - 12180:7
**Fischers** [1] - 12162:6
**fist** [4] - 12149:16, 12220:5, 12243:20, 12243:25
**five** [9] - 12158:22, 12162:4, 12162:5, 12164:3, 12165:11, 12167:6, 12235:7, 12237:3
**FL** [2] - 12146:6, 12146:9
**Floor** [2] - 12145:21, 12146:12
**Flordia** [1] - 12176:21
**Florida** [8] - 12165:12, 12165:14, 12165:15, 12176:2, 12198:4, 12199:1, 12199:11, 12199:13
**folks** [1] - 12149:23
**followed** [3] - 12179:17, 12196:18, 12207:16
**following** [3] - 12149:3, 12168:17, 12206:21
**Fonticoba** [7] -

12157:10, 12157:25, 12193:15, 12201:17, 12216:18, 12217:8, 12239:2
**Fonticoba's** [2] - 12159:15, 12160:7
**food** [2] - 12232:18, 12235:15
**footage** [3] - 12160:19, 12183:5, 12214:24
**FOR** [2] - 12145:1, 12164:19
**forced** [1] - 12153:14
**forces** [1] - 12205:25
**Ford** [2] - 12180:7, 12181:5
**foregoing** [1] - 12278:9
**foreign** [1] - 12203:9
**forever** [1] - 12268:24
**forget** [1] - 12275:14
**formed** [1] - 12180:4
**former** [1] - 12234:21
**forth** [4] - 12259:13, 12259:18, 12268:25, 12269:15
**forward** [15] - 12152:6, 12171:17, 12195:25, 12196:16, 12198:22, 12203:23, 12220:3, 12220:9, 12244:2, 12244:9, 12244:11, 12257:10, 12257:25, 12260:17, 12264:4
**foundation** [2] - 12228:6, 12248:18
**four** [5] - 12165:13, 12175:21, 12209:7, 12224:13, 12232:7
**four-lane** [1] - 12232:7
**frame** [5] - 12166:25, 12257:11, 12261:15, 12261:16
**frames** [1] - 12203:23
**frankly** [4] - 12247:2, 12247:5, 12248:13, 12253:22
**free** [1] - 12151:24
**friend** [1] - 12262:6
**front** [8] - 12155:17, 12156:17, 12201:13, 12203:19, 12209:12, 12236:19, 12263:14, 12264:17
**fuck** [3] - 12177:15, 12177:19, 12262:17
**Fuck** [6] - 12178:10, 12178:13, 12178:19,

12246:5, 12262:21, 12267:9
**fucking** [1] - 12227:9
**full** [1] - 12278:10

## G

**gamma** [1] - 12168:22
**gathering** [1] - 12274:11
**gear** [2] - 12211:2, 12211:8
**general** [3] - 12182:13, 12232:15, 12254:2
**generally** [3] - 12160:17, 12203:7, 12264:8
**genitalia** [1] - 12161:13
**gentlemen** [4] - 12163:21, 12164:15, 12222:7, 12267:18
**genuine** [1] - 12160:12
**genuinely** [3] - 12160:15, 12160:25, 12163:15
**gesture** [5] - 12201:20, 12201:21, 12206:10, 12261:21, 12267:3
**Giarno** [1] - 12264:21
**Gilbert** [6] - 12157:9, 12193:15, 12201:17, 12216:18, 12217:8, 12239:2
**given** [3] - 12178:22, 12211:22, 12255:2
**glasses** [1] - 12190:17
**global** [1] - 12152:19
**God** [1] - 12178:11
**Goddamn** [1] - 12195:2
**Goodman** [1] - 12159:2
**Google** [6] - 12200:4, 12200:10, 12200:24, 12201:12, 12201:24, 12266:12
**government** [34] - 12148:7, 12152:8, 12152:18, 12153:9, 12157:3, 12158:8, 12163:10, 12163:25, 12164:2, 12164:16, 12164:18, 12211:20, 12269:20, 12270:1, 12271:6, 12271:17, 12271:20, 12272:6,

12272:9, 12273:3, 12273:8, 12273:19, 12273:22, 12274:5, 12274:7, 12274:25, 12275:2, 12275:23, 12276:1, 12276:13, 12276:18, 12276:22, 12276:25
**Government** [4] - 12152:4, 12272:20, 12275:12, 12277:17
**GOVERNMENT** [1] - 12164:19
**Government's** [1] - 12185:8
**government's** [6] - 12149:10, 12157:20, 12158:2, 12269:9, 12275:5, 12276:5
**grand** [2] - 12154:10, 12276:14
**granted** [9] - 12175:6, 12179:3, 12180:13, 12201:5, 12204:17, 12208:8, 12223:9, 12224:3, 12231:5
**graphic** [4] - 12157:14, 12258:18, 12258:21
**grass** [1] - 12180:5
**Gray** [1] - 12153:25
**green** [1] - 12243:8
**Greene** [1] - 12265:14
**Ground** [1] - 12149:15
**ground** [2] - 12159:7, 12210:12
**grounds** [8] - 12158:14, 12166:9, 12172:18, 12182:18, 12210:9, 12244:20, 12244:25, 12260:7
**group** [43] - 12149:9, 12149:13, 12158:22, 12162:7, 12174:11, 12175:13, 12176:20, 12177:2, 12180:3, 12188:7, 12189:4, 12195:21, 12196:1, 12196:16, 12204:21, 12210:3, 12210:9, 12210:12, 12210:23, 12210:24, 12214:24, 12216:9, 12217:15, 12218:14, 12218:20, 12218:21, 12220:9, 12220:13, 12221:14, 12225:21, 12231:10, 12231:12, 12257:23, 12258:6, 12260:20, 12260:22, 12261:9,

12264:8, 12264:10, 12264:22, 12265:14, 12265:15, 12270:2
**group's** [1] - 12197:13
**groups** [1] - 12205:7
**guess** [4] - 12157:18, 12172:8, 12175:1, 12238:4
**guillotine** [2] - 12160:14, 12160:25
**guy** [1] - 12265:6
**guys** [9] - 12180:4, 12182:5, 12191:22, 12196:9, 12205:7, 12206:21, 12262:19, 12263:16, 12263:17

## H

**half** [2] - 12242:23, 12264:4
**hand** [15] - 12171:23, 12189:13, 12194:16, 12196:10, 12201:20, 12201:21, 12206:10, 12217:6, 12237:23, 12244:4, 12245:24, 12261:20, 12261:21, 12266:11, 12267:1
**handler** [2] - 12270:5, 12271:2
**hands** [2] - 12195:22, 12204:11
**happy** [9] - 12172:3, 12228:7, 12248:1, 12248:11, 12248:15, 12248:18, 12258:22, 12267:13, 12268:14
**hard** [3] - 12154:17, 12207:18, 12213:3
**Harris** [6] - 12162:11, 12163:25, 12170:25, 12222:12, 12222:14, 12256:19
**Hassan** [3] - 12146:4, 12148:11, 12228:21
**HASSAN** [5] - 12146:5, 12228:20, 12228:23, 12229:9, 12229:13
**hat** [3] - 12189:10, 12201:18, 12216:25
**hates** [1] - 12225:5
**hats** [2] - 12189:1, 12189:3
**Haven** [1] - 12145:22
**head** [4] - 12210:12, 12210:13, 12213:1, 12217:6
**heads** [1] - 12175:21

**hear** [35] - 12151:23, 12155:3, 12155:6, 12158:16, 12185:16, 12188:17, 12188:19, 12191:11, 12191:22, 12194:7, 12195:2, 12203:5, 12208:22, 12211:14, 12212:1, 12214:9, 12215:1, 12215:9, 12226:3, 12227:8, 12229:5, 12229:6, 12229:7, 12229:9, 12229:16, 12234:21, 12236:25, 12237:8, 12241:17, 12246:5, 12246:13, 12246:14, 12246:16, 12246:18, 12268:14

**heard** [16] - 12152:12, 12155:7, 12158:2, 12158:7, 12159:23, 12160:1, 12160:2, 12170:18, 12206:9, 12211:16, 12230:9, 12230:13, 12252:11, 12252:16, 12258:13, 12274:10

**hearing** [4] - 12151:4, 12213:3, 12271:18, 12272:20

**hearings** [1] - 12272:15

**hearsay** [1] - 12263:22

**HELD** [1] - 12145:9

**hell** [1] - 12232:5

**helmets** [1] - 12257:15

**help** [2] - 12160:8, 12205:9

**helps** [1] - 12157:1

**Henry** [2] - 12178:21, 12178:23

**hereby** [1] - 12278:8

**HERNANDEZ** [88] - 12169:16, 12169:18, 12170:19, 12171:8, 12171:18, 12172:10, 12172:12, 12172:14, 12173:11, 12173:15, 12174:20, 12185:10, 12185:14, 12185:22, 12186:9, 12187:6, 12197:2, 12197:16, 12197:22, 12227:12, 12227:16, 12228:8, 12230:11, 12230:15, 12233:11, 12244:22, 12245:14, 12246:12, 12246:16, 12246:18, 12247:14, 12248:22, 12248:24, 12249:2,

12249:17, 12249:21, 12250:4, 12250:14, 12251:9, 12251:19, 12252:4, 12252:10, 12252:13, 12252:19, 12252:23, 12253:3, 12253:9, 12253:13, 12253:19, 12253:24, 12254:1, 12254:10, 12254:14, 12254:19, 12254:22, 12255:5, 12255:8, 12255:13, 12256:3, 12256:5, 12256:11, 12257:6, 12257:17, 12257:19, 12258:12, 12258:15, 12258:24, 12259:1, 12259:3, 12259:6, 12259:8, 12259:16, 12259:18, 12259:20, 12259:22, 12259:24, 12260:2, 12260:4, 12260:8, 12263:22, 12268:21, 12269:15, 12269:18, 12270:22, 12271:4, 12276:12, 12276:21, 12277:5

**Hernandez** [21] - 12146:2, 12148:11, 12170:18, 12170:22, 12171:6, 12185:17, 12185:19, 12227:15, 12228:6, 12246:25, 12249:23, 12250:8, 12253:12, 12253:15, 12254:12, 12255:14, 12256:2, 12258:17, 12268:9, 12270:13, 12276:11

**herring** [1] - 12248:24

**Hialeah** [1] - 12146:9

**high** [1] - 12161:3

**highest** [1] - 12151:6

**Highland** [1] - 12146:3

**highlighted** [1] - 12174:4

**highlighting** [2] - 12169:7, 12170:11

**Hill** [1] - 12159:4

**history** [1] - 12154:20

**hit** [1] - 12208:13

**hits** [1] - 12194:25

**hold** [5] - 12170:24, 12195:22, 12217:7, 12228:21

**Hold** [1] - 12195:22

**holding** [3] - 12193:6, 12261:21, 12262:3

**Hollow** [1] - 12146:2

**Honor** [68] - 12150:6,

12155:9, 12155:17, 12156:9, 12156:18, 12156:19, 12156:22, 12157:8, 12157:11, 12161:10, 12161:25, 12163:9, 12164:17, 12168:25, 12169:16, 12172:20, 12173:11, 12173:16, 12174:20, 12201:2, 12211:16, 12211:19, 12227:16, 12230:15, 12233:12, 12246:12, 12247:14, 12248:24, 12249:17, 12250:4, 12250:15, 12251:10, 12252:4, 12252:10, 12252:13, 12253:4, 12253:9, 12254:10, 12254:14, 12254:19, 12254:20, 12254:22, 12256:3, 12256:5, 12257:17, 12258:12, 12259:25, 12260:8, 12263:23, 12267:13, 12268:25, 12269:11, 12270:22, 12271:8, 12271:18, 12271:25, 12272:9, 12272:14, 12272:19, 12272:24, 12273:2, 12273:7, 12273:19, 12274:2, 12274:17, 12274:20

**honor** [1] - 12215:2

**HONORABLE** [1] - 12145:9

**Honorable** [3] - 12164:5, 12222:18, 12278:3

**hoodie** [1] - 12265:16

**hoof** [1] - 12178:18

**hope** [1] - 12254:1

**hour** [1] - 12267:19

**hours** [2] - 12248:11, 12248:14

**house** [1] - 12154:1

**House** [9] - 12151:6, 12151:8, 12151:9, 12151:13, 12151:14, 12151:16, 12151:17, 12152:21, 12176:19

**Hull** [2] - 12145:23, 12148:10

**HULL** [1] - 12145:24

**hump** [1] - 12150:1

**husher** [1] - 12171:1

**hypocrisy** [1] - 12213:7

**I**

**identification** [8] - 12172:10, 12227:17, 12228:11, 12228:13, 12229:20, 12247:12, 12247:23, 12249:15

**identified** [2] - 12148:20, 12210:5

**identify** [9] - 12152:16, 12152:24, 12169:20, 12228:17, 12247:3, 12247:16, 12248:16, 12249:3, 12249:4

**identifying** [4] - 12227:17, 12247:4, 12248:5, 12249:6

**identity** [3] - 12184:25, 12187:6, 12269:23

**idiot** [1] - 12218:8

**II** [1] - 12146:11

**imagery** [1] - 12150:14

**images** [3] - 12157:13, 12174:14, 12200:24

**immortal** [3] - 12177:22, 12206:4, 12224:19

**implement** [1] - 12162:21

**implicitly** [1] - 12158:14

**important** [1] - 12277:14

**IN** [1] - 12145:1

**inappropriate** [4] - 12256:14, 12259:22, 12259:24, 12260:5

**inauthentic** [3] - 12184:14, 12184:15, 12184:18

**incident** [2] - 12166:2, 12269:6

**incidents** [1] - 12168:14

**inclination** [1] - 12255:2

**inclined** [1] - 12255:4

**include** [7] - 12149:16, 12154:10, 12168:17, 12169:15, 12170:1, 12173:4, 12174:4

**included** [1] - 12150:14

**including** [1] - 12169:6

**inconsistent** [1] -

12273:24

**incorporates** [1] - 12258:18

**increased** [1] - 12241:6

**incredible** [1] - 12253:21

**Indicates** [1] - 12171:3

**Indicating** [1] - 12228:20

**indicating** [12] - 12150:4, 12198:2, 12199:10, 12199:12, 12212:24, 12227:13, 12233:22, 12236:6, 12239:24, 12261:8, 12265:15, 12271:13

**indictment** [1] - 12151:11

**individual** [25] - 12189:10, 12189:21, 12198:2, 12198:17, 12198:25, 12199:9, 12203:13, 12203:14, 12208:18, 12210:2, 12210:5, 12220:5, 12225:21, 12227:8, 12235:23, 12240:9, 12241:18, 12241:21, 12241:22, 12243:1, 12243:2, 12244:17, 12262:3, 12266:15, 12270:12

**individuals** [12] - 12149:17, 12167:6, 12179:12, 12189:1, 12189:3, 12236:18, 12257:14, 12258:5, 12260:20, 12264:9, 12264:16, 12265:3

**individuals'** [1] - 12175:21

**indulgence** [1] - 12162:16

**information** [17] - 12149:25, 12166:10, 12167:21, 12167:23, 12167:24, 12269:19, 12271:14, 12271:22, 12272:7, 12272:13, 12272:14, 12273:10, 12274:11, 12275:2, 12275:4, 12276:9, 12277:17

**information's** [1] - 12275:8

**information-gathering** [1] - 12274:11

12288

**initial** [1] - 12175:19
**inquire** [1] - 12228:16
**inquiring** [1] - 12275:16
**inquiry** [1] - 12276:3
**inside** [2] - 12158:23, 12176:18
**insofar** [1] - 12158:6
**instantly** [1] - 12207:8
**instruct** [1] - 12253:20
**instruction** [2] - 12163:18, 12268:5
**instructions** [1] - 12156:5
**insufficient** [1] - 12246:23
**insufficiently** [1] - 12149:4
**intentional** [1] - 12247:21
**interacting** [1] - 12244:18
**interest** [1] - 12275:25
**interruption** [1] - 12256:1
**introduce** [3] - 12160:1, 12164:24, 12262:20
**introduced** [1] - 12185:15
**introducing** [1] - 12169:18
**investigation** [6] - 12166:4, 12166:7, 12166:14, 12166:17, 12179:21, 12206:5
**invited** [1] - 12179:12
**inviting** [1] - 12276:3
**involved** [2] - 12166:13, 12166:14
**involvement** [1] - 12165:20
**involving** [1] - 12274:5
**irritating** [1] - 12211:22
**Israeli** [1] - 12205:25
**issue** [7] - 12155:13, 12160:11, 12161:24, 12171:19, 12212:13, 12268:16, 12277:1
**issues** [3] - 12156:4, 12171:9, 12268:6
**itinerary** [1] - 12262:24
**IV** [1] - 12145:23

## J

**jacket** [4] - 12203:14,

12235:23, 12241:12, 12244:17
**Jackman** [1] - 12199:1
**jail** [1] - 12248:14
**January** [36] - 12151:17, 12158:7, 12159:6, 12159:10, 12165:18, 12166:2, 12166:19, 12166:23, 12167:2, 12167:7, 12168:5, 12168:9, 12172:24, 12174:15, 12175:12, 12177:4, 12179:5, 12180:2, 12180:15, 12182:16, 12183:23, 12188:21, 12189:4, 12192:20, 12195:5, 12202:5, 12204:19, 12205:12, 12206:5, 12221:13, 12223:18, 12224:8, 12226:10, 12231:8, 12251:1, 12251:17
**Jason** [2] - 12145:12, 12148:7
**Jauregui** [3] - 12146:8, 12148:12, 12155:9
**JAUREGUI** [5] - 12146:8, 12155:9, 12155:16, 12155:19, 12197:6
**jean** [2] - 12241:12, 12244:17
**Jeremy** [9] - 12177:23, 12180:6, 12180:21, 12181:7, 12193:24, 12206:12, 12206:20, 12225:4, 12231:19
**Jersey** [1] - 12210:14
**job** [2] - 12177:15, 12276:9
**Joe** [3] - 12200:4, 12218:22, 12245:10
**John** [9] - 12145:23, 12148:10, 12153:24, 12177:25, 12205:6, 12205:10, 12206:7, 12223:22, 12225:1
**Johnny** [4] - 12177:24, 12205:3, 12205:6, 12221:20
**Johnson** [4] - 12149:12, 12149:15, 12149:17, 12149:20
**join** [1] - 12274:23
**joined** [3] - 12153:3, 12154:17, 12154:18
**joining** [1] - 12165:8
**joins** [1] - 12277:19

**Jones** [3] - 12202:13, 12202:15, 12202:16
**Joseph** [12] - 12148:4, 12166:15, 12175:25, 12194:17, 12201:14, 12202:16, 12203:21, 12210:2, 12216:16, 12236:20, 12238:21, 12265:13
**judge** [4] - 12155:11, 12155:19, 12213:1, 12228:23
**JUDGE** [1] - 12145:10
**Judge** [7] - 12153:20, 12154:2, 12154:12, 12197:6, 12228:24, 12229:3, 12229:11
**jump** [1] - 12254:4
**jury** [27] - 12154:10, 12154:24, 12156:9, 12160:16, 12161:3, 12162:2, 12162:10, 12162:11, 12163:25, 12164:2, 12164:4, 12164:8, 12164:9, 12164:24, 12200:23, 12208:6, 12211:23, 12212:11, 12221:4, 12222:9, 12222:21, 12222:22, 12255:23, 12256:18, 12257:3, 12267:20, 12276:14
**Jury** [4] - 12164:9, 12222:9, 12222:22, 12267:20
**JURY** [1] - 12145:8
**justice** [1] - 12277:14

## K

**Kansas** [1] - 12269:20
**keep** [8] - 12198:23, 12205:9, 12213:12, 12226:4, 12229:16, 12251:12, 12263:2, 12267:13
**Keeper** [1] - 12153:20
**KELLY** [1] - 12145:9
**KENERSON** [398] - 12149:7, 12152:10, 12158:19, 12162:3, 12162:20, 12163:23, 12164:17, 12164:21, 12168:25, 12169:4, 12169:12, 12169:14, 12169:25, 12170:15, 12172:3, 12172:20, 12172:21, 12173:18, 12173:21, 12174:1, 12174:7, 12174:10,

12174:17, 12174:24, 12175:7, 12176:24, 12177:1, 12178:24, 12179:4, 12179:23, 12179:25, 12180:9, 12180:14, 12181:10, 12181:14, 12181:17, 12181:22, 12181:25, 12182:2, 12182:7, 12182:9, 12183:20, 12185:7, 12186:20, 12187:14, 12187:16, 12187:20, 12187:24, 12188:1, 12188:13, 12188:16, 12188:23, 12188:25, 12189:6, 12189:8, 12189:9, 12189:16, 12189:19, 12189:20, 12190:1, 12190:4, 12190:10, 12190:13, 12190:20, 12190:23, 12190:25, 12191:7, 12191:9, 12191:10, 12191:17, 12191:19, 12191:20, 12192:4, 12192:6, 12192:8, 12192:14, 12192:16, 12192:18, 12193:1, 12193:3, 12193:4, 12193:7, 12193:9, 12193:10, 12193:16, 12193:19, 12193:21, 12194:2, 12194:4, 12194:6, 12194:18, 12194:21, 12194:23, 12195:15, 12195:18, 12195:20, 12196:3, 12196:6, 12196:7, 12196:12, 12196:14, 12196:15, 12196:20, 12196:22, 12197:10, 12197:11, 12197:17, 12197:19, 12198:1, 12198:7, 12198:10, 12198:13, 12198:14, 12198:21, 12198:24, 12199:2, 12199:5, 12199:8, 12199:14, 12199:16, 12199:17, 12199:24, 12200:2, 12201:2, 12201:7, 12201:9, 12202:7, 12202:10, 12202:12, 12202:21, 12202:24, 12203:4, 12203:22, 12203:25, 12204:1, 12204:13, 12204:18, 12205:19, 12205:22, 12206:11, 12206:14, 12206:17, 12206:19, 12207:24,

12208:9, 12208:13, 12208:16, 12208:17, 12208:24, 12209:2, 12209:4, 12209:16, 12209:19, 12209:21, 12209:24, 12210:4, 12210:17, 12210:20, 12211:3, 12211:5, 12211:11, 12211:13, 12212:9, 12213:21, 12214:5, 12214:8, 12214:11, 12214:13, 12214:18, 12214:20, 12215:5, 12215:7, 12215:8, 12215:13, 12215:15, 12215:21, 12215:23, 12215:24, 12216:5, 12216:8, 12216:19, 12216:21, 12216:23, 12217:3, 12217:11, 12217:14, 12217:19, 12217:23, 12218:4, 12218:6, 12218:15, 12218:18, 12218:19, 12218:25, 12219:3, 12219:4, 12219:7, 12219:9, 12219:10, 12219:13, 12219:15, 12219:17, 12219:24, 12220:1, 12220:4, 12220:10, 12220:12, 12220:17, 12220:19, 12220:23, 12220:25, 12221:7, 12221:8, 12221:21, 12221:24, 12222:2, 12222:4, 12223:3, 12223:10, 12223:21, 12223:24, 12224:4, 12224:23, 12225:3, 12225:12, 12225:16, 12225:17, 12225:24, 12226:1, 12226:2, 12226:21, 12226:23, 12226:24, 12227:4, 12227:6, 12227:7, 12227:11, 12227:23, 12228:1, 12228:19, 12229:21, 12229:23, 12230:17, 12230:20, 12230:22, 12230:25, 12231:6, 12231:18, 12231:21, 12231:23, 12231:25, 12232:3, 12232:9, 12232:11, 12233:10, 12233:15, 12233:25, 12234:2, 12234:4, 12234:16, 12234:19, 12234:20, 12234:25, 12235:3, 12235:4,

12289

12235:9, 12235:11,
12235:17, 12235:20,
12235:22, 12236:1,
12236:4, 12236:5,
12236:14, 12236:16,
12236:17, 12236:23,
12236:24, 12237:2,
12237:6, 12237:7,
12237:11, 12237:13,
12237:15, 12238:1,
12238:3, 12238:6,
12238:16, 12238:18,
12238:19, 12239:3,
12239:6, 12239:7,
12239:10, 12239:12,
12239:14, 12239:20,
12239:22, 12240:1,
12240:3, 12240:7,
12240:8, 12240:20,
12240:21, 12241:7,
12241:10, 12241:11,
12241:25, 12242:2,
12242:3, 12242:6,
12242:8, 12242:12,
12242:15, 12242:20,
12242:22, 12242:25,
12243:15, 12243:18,
12243:19, 12244:13,
12244:15, 12244:16,
12244:24, 12245:4,
12245:6, 12245:8,
12245:16, 12245:19,
12245:21, 12245:22,
12246:1, 12246:3,
12246:4, 12246:11,
12247:25, 12250:24,
12251:14, 12251:15,
12251:21, 12251:24,
12252:6, 12254:8,
12254:17, 12255:18,
12255:21, 12256:1,
12256:17, 12256:21,
12256:24, 12257:2,
12257:9, 12257:13,
12257:21, 12257:25,
12258:3, 12258:4,
12258:8, 12258:10,
12260:16, 12260:19,
12260:25, 12261:3,
12261:5, 12261:12,
12261:15, 12261:18,
12261:19, 12261:22,
12261:24, 12262:7,
12262:11, 12263:4,
12263:6, 12263:25,
12264:3, 12264:6,
12264:7, 12264:12,
12264:14, 12264:15,
12265:1, 12265:2,
12265:21, 12265:25,
12266:1, 12266:6,

12266:8, 12266:9,
12266:19, 12266:21,
12266:22, 12267:5,
12267:7, 12267:8,
12267:13, 12270:8
**Kenerson** [44] -
12145:12, 12148:8,
12155:11, 12155:20,
12156:1, 12158:17,
12169:21, 12172:19,
12173:17, 12186:14,
12187:13, 12197:9,
12212:7, 12212:19,
12213:4, 12213:11,
12213:25, 12214:3,
12222:1, 12223:2,
12227:20, 12228:14,
12228:15, 12229:18,
12247:10, 12247:24,
12249:9, 12249:11,
12250:6, 12250:18,
12251:12, 12251:23,
12253:8, 12253:10,
12253:21, 12254:6,
12254:13, 12255:15,
12255:16, 12260:14,
12268:11, 12269:12,
12270:7, 12270:16
**Kenerson's** [1] -
12171:24
**Kenerson............** [1]
- 12147:3
**kept** [1] - 12268:23
**Kevin** [1] - 12199:13
**key** [3] - 12250:4,
12253:3, 12254:3
**keys** [1] - 12179:18
**kill** [1] - 12225:10
**kilo** [1] - 12170:1
**kind** [20] - 12157:25,
12158:17, 12158:21,
12159:5, 12160:24,
12165:15, 12166:3,
12166:4, 12166:11,
12182:17, 12185:23,
12212:20, 12216:17,
12217:6, 12217:16,
12217:24, 12226:25,
12232:19, 12243:8,
12271:11
**kinds** [1] - 12154:9
**Kissimmee** [2] -
12165:11, 12165:14
**knight** [1] - 12160:24
**knowing** [1] - 12275:2
**knowledge** [3] -
12176:8, 12233:5,
12233:8
**known** [1] - 12185:20
**knows** [3] - 12152:18,

12171:13, 12272:9
**Kuznetsov** [7] -
12157:13, 12157:15,
12157:21, 12157:23,
12157:24, 12159:1,
12161:12

## L

**labeled** [1] - 12174:12
**lack** [1] - 12228:10
**ladies** [4] - 12163:21,
12164:14, 12222:7,
12267:17
**laid** [1] - 12176:16
**Lake** [1] - 12146:15
**Lakes** [1] - 12146:6
**lane** [1] - 12232:7
**language** [2] -
12161:18, 12268:23
**large** [1] - 12183:24
**last** [23] - 12150:10,
12151:5, 12151:19,
12152:11, 12152:22,
12155:11, 12155:20,
12157:19, 12161:18,
12164:25, 12165:2,
12179:11, 12196:23,
12199:18, 12204:24,
12207:19, 12221:9,
12223:19, 12229:2,
12229:10, 12231:14,
12235:5, 12248:2
**late** [4] - 12153:3,
12155:11, 12155:20,
12176:15
**law** [6] - 12160:5,
12194:12, 12211:1,
12211:8, 12216:4,
12267:11
**LAW** [3] - 12146:5,
12146:8, 12146:15
**Law** [1] - 12165:12
**law-abiding** [1] -
12160:5
**lay** [2] - 12228:6,
12248:18
**laying** [1] - 12148:24
**leaders** [11] -
12175:17, 12179:11,
12179:12, 12180:19,
12195:22, 12195:24,
12196:16, 12204:22,
12223:13, 12231:12,
12231:13
**leadership** [1] -
12205:8
**leading** [17] - 12197:2,
12197:16, 12197:22,
12215:11, 12230:11,

12244:22, 12244:23,
12245:14, 12250:15,
12251:9, 12252:4,
12252:14, 12252:17,
12253:10, 12253:14,
12253:17, 12255:3
**leads** [1] - 12153:18
**learned** [1] - 12229:7
**least** [6] - 12151:10,
12152:4, 12152:15,
12158:7, 12203:7,
12256:14
**leather** [2] - 12203:14,
12235:23
**leave** [1] - 12217:10
**leaving** [2] - 12163:3,
12178:17
**led** [4] - 12252:19,
12256:9, 12277:17
**left** [14] - 12188:5,
12190:14, 12204:2,
12204:24, 12216:15,
12221:9, 12224:17,
12235:15, 12237:19,
12237:23, 12240:25,
12265:13, 12266:15,
12267:17
**left-hand** [1] -
12237:23
**legal** [1] - 12272:11
**legislative** [2] -
12153:14, 12153:15
**Leo** [4] - 12157:13,
12157:23, 12158:25,
12161:12
**less** [1] - 12180:5
**lesson** [1] - 12229:7
**letters** [1] - 12206:1
**letting** [2] - 12150:23,
12150:24
**level** [2] - 12151:6,
12158:16
**levels** [1] - 12212:16
**life** [1] - 12232:5
**limine** [1] - 12187:2
**limit** [1] - 12149:10
**limited** [1] - 12270:24
**limiting** [1] - 12268:5
**limousine** [1] -
12226:7
**line** [5] - 12148:24,
12156:19, 12209:12,
12235:12, 12263:14
**lines** [2] - 12154:23,
12270:16
**link** [3] - 12159:1,
12159:3, 12161:21
**Lisa's** [1] - 12262:6
**list** [2] - 12172:1,
12172:3

**listen** [2] - 12212:18,
12253:2
**listened** [4] -
12167:13, 12248:12,
12248:14, 12248:25
**listening** [2] -
12167:22, 12196:11
**litigated** [2] - 12187:1,
12187:3
**Littlebear** [2] -
12157:25, 12159:3
**live** [2] - 12180:22,
12195:4
**living** [1] - 12232:5
**Livingston** [1] -
12146:16
**LLC** [1] - 12145:20
**located** [2] -
12216:11, 12234:5
**location** [3] - 12205:8,
12235:16, 12245:10
**lodged** [1] - 12247:2
**Loehrke** [11] -
12208:20, 12261:9,
12261:20, 12262:3,
12262:5, 12262:16,
12262:21, 12262:22,
12263:1, 12263:15,
12263:20
**logs** [2] - 12166:22,
12172:24
**LOL** [3] - 12177:21,
12207:8, 12224:14
**look** [14] - 12160:10,
12161:12, 12166:4,
12166:21, 12168:5,
12209:25, 12212:19,
12213:15, 12247:20,
12268:5, 12268:8,
12269:1, 12270:11,
12275:15
**looked** [4] - 12167:7,
12167:16, 12168:13,
12268:24
**looking** [15] -
12160:22, 12175:9,
12183:13, 12187:21,
12200:22, 12201:10,
12210:21, 12211:6,
12212:11, 12233:17,
12233:18, 12234:7,
12241:1, 12259:13,
12266:4
**looks** [1] - 12160:23
**loose** [1] - 12178:19
**lose** [1] - 12206:25
**losing** [1] - 12250:12
**loud** [3] - 12171:1,
12211:21, 12212:20
**louder** [1] - 12212:11

12290

**loudly** [1] - 12212:4
**lower** [1] - 12214:1
**lunch** [4] - 12267:17, 12267:18, 12268:1, 12270:20
**Luncheon** [1] - 12278:5
**lungs** [1] - 12225:10
**Lyons** [1] - 12189:24

## M

**M-I-L-L-E-R** [1] - 12165:2
**ma'am** [1] - 12267:21
**machine** [1] - 12146:21
**main** [1] - 12197:1
**Main** [4] - 12179:8, 12179:9, 12221:15, 12224:6
**Mall** [1] - 12204:6
**mall** [1] - 12149:14
**man** [6] - 12151:13, 12177:19, 12214:23, 12218:8, 12241:12, 12263:16
**map** [8] - 12182:19, 12182:21, 12188:3, 12188:6, 12188:8, 12210:15, 12233:7, 12233:17
**March** [3] - 12145:6, 12271:12, 12278:12
**march** [8] - 12182:18, 12195:1, 12197:13, 12198:5, 12203:20, 12208:11, 12224:22, 12226:3
**marching** [17] - 12149:13, 12182:5, 12210:3, 12210:24, 12214:24, 12218:14, 12225:21, 12226:19, 12257:23, 12258:6, 12260:20, 12260:22, 12261:9, 12264:10, 12264:22, 12265:14, 12265:15
**mark** [2] - 12221:1, 12225:13
**Mary** [2] - 12168:22, 12207:25
**masked** [1] - 12207:11
**material** [2] - 12153:7, 12154:13
**Matt** [1] - 12265:14
**Matter** [3] - 12148:2, 12164:12, 12222:24
**matter** [2] - 12275:23,

12276:15
**mattered** [1] - 12213:5
**McCullough** [2] - 12145:12, 12148:7
**MCCULLOUGH** [1] - 12162:16
**McCumber** [1] - 12151:7
**McDonald** [3] - 12240:13, 12265:18, 12266:17
**MCGUIRE** [1] - 12145:24
**MD** [1] - 12146:3
**mean** [32] - 12153:1, 12153:3, 12153:11, 12155:7, 12158:4, 12158:15, 12160:9, 12160:20, 12161:14, 12163:13, 12170:22, 12184:3, 12186:4, 12186:5, 12186:9, 12187:9, 12194:11, 12212:12, 12227:23, 12229:5, 12247:3, 12247:10, 12247:25, 12248:17, 12249:7, 12249:8, 12249:14, 12252:14, 12268:13, 12268:16, 12274:9
**means** [1] - 12175:24
**meant** [1] - 12174:3
**media** [2] - 12206:21, 12207:10
**meet** [1] - 12176:14
**meeting** [2] - 12176:17
**megaphone** [2] - 12194:16, 12242:18
**Mehta** [3] - 12153:20, 12154:2, 12154:12
**member** [5] - 12149:14, 12149:15, 12158:22, 12159:11, 12161:15
**members** [6] - 12158:21, 12160:6, 12180:2, 12223:15, 12224:6, 12260:22
**members'** [1] - 12159:10
**membership** [1] - 12159:24
**memorized** [2] - 12200:14, 12200:20
**mention** [1] - 12213:16
**mentioned** [7] - 12165:3, 12168:4, 12172:22, 12173:24,

12226:17, 12226:19, 12251:16
**mercifully** [2] - 12253:15, 12253:17
**message** [25] - 12160:7, 12161:7, 12163:1, 12163:15, 12176:6, 12176:8, 12176:21, 12180:1, 12181:7, 12181:11, 12187:23, 12203:16, 12205:14, 12205:17, 12206:7, 12206:8, 12206:12, 12207:19, 12223:21, 12224:11, 12224:25, 12225:1, 12231:18, 12231:25, 12263:9
**messages** [24] - 12159:8, 12162:24, 12163:1, 12166:21, 12166:22, 12167:13, 12168:2, 12172:23, 12176:20, 12177:17, 12178:1, 12179:15, 12181:1, 12205:3, 12206:3, 12207:2, 12224:13, 12230:1, 12251:6, 12262:2, 12262:12, 12262:18, 12263:7
**metadata** [5] - 12200:10, 12200:12, 12200:18, 12200:22, 12201:24
**metal** [1] - 12210:25
**Metcalf** [2] - 12146:11, 12148:13
**METCALF** [3] - 12146:11, 12197:23
**Miami** [2] - 12146:6, 12193:15
**middle** [9] - 12156:12, 12158:17, 12163:3, 12191:21, 12217:24, 12233:20, 12265:8, 12266:23, 12268:19
**middleman** [1] - 12212:22
**midnight** [1] - 12167:3
**might** [3] - 12161:18, 12213:7, 12275:6
**miles** [1] - 12224:22
**Milkshake** [5] - 12189:25, 12190:18, 12218:8, 12218:11, 12225:23
**MILLER** [3] - 12147:3, 12164:19, 12278:8
**Miller** [22] - 12146:17,

12162:7, 12164:18, 12164:22, 12165:1, 12168:4, 12172:22, 12174:2, 12175:8, 12181:15, 12182:10, 12191:21, 12192:19, 12193:22, 12193:23, 12200:3, 12221:9, 12223:1, 12229:24, 12231:7, 12232:13, 12278:13
**Ministry** [8] - 12158:21, 12159:11, 12159:24, 12160:4, 12179:8, 12221:15, 12224:6
**Mink** [1] - 12146:2
**minutes** [25] - 12158:22, 12162:5, 12162:12, 12162:14, 12163:24, 12164:1, 12164:3, 12164:4, 12176:11, 12183:17, 12207:22, 12210:11, 12222:7, 12222:19, 12223:19, 12226:14, 12226:16, 12231:15, 12238:3, 12238:4, 12238:10, 12248:12, 12259:16, 12267:4, 12267:16
**mirror** [1] - 12224:17
**misleading** [2] - 12156:8, 12163:17
**missed** [3] - 12171:25, 12186:11
**mistrial** [2] - 12150:8, 12152:2
**mobilize** [1] - 12207:6
**module** [1] - 12184:7
**moment** [11] - 12154:5, 12156:24, 12162:17, 12173:25, 12197:12, 12219:22, 12222:5, 12246:14, 12250:19, 12257:11, 12270:18
**montage** [2] - 12182:15, 12238:8
**Monument** [9] - 12176:15, 12176:18, 12178:18, 12180:5, 12182:4, 12183:7, 12188:9, 12218:14, 12233:24
**Moore** [2] - 12145:13, 12148:8
**morning** [7] - 12148:16, 12155:9, 12164:22, 12164:23,

12167:2, 12176:15, 12213:10
**MORNING** [1] - 12145:9
**MOSD** [10] - 12149:15, 12159:10, 12161:15, 12175:14, 12175:15, 12180:2, 12180:18, 12204:22, 12223:13, 12231:11
**Mossad** [2] - 12205:23, 12205:24
**most** [3] - 12150:18, 12161:16, 12162:21
**motherfuckers** [2] - 12208:23, 12263:17
**motion** [7] - 12150:8, 12151:25, 12152:2, 12154:24, 12169:7, 12170:12, 12277:19
**motions** [3] - 12187:1, 12271:10, 12271:23
**motorized** [1] - 12192:1
**mouth** [1] - 12193:6
**mouths** [1] - 12248:9
**move** [25] - 12148:25, 12152:6, 12152:9, 12157:21, 12168:25, 12169:13, 12170:15, 12173:21, 12174:7, 12174:17, 12181:17, 12185:7, 12187:16, 12190:10, 12227:18, 12228:4, 12228:13, 12230:15, 12231:3, 12233:10, 12246:23, 12249:8, 12250:11, 12252:23, 12254:23
**moved** [3] - 12173:21, 12196:1, 12269:11
**moves** [1] - 12244:11
**moving** [2] - 12195:25, 12244:2
**MR** [451] - 12149:7, 12150:4, 12150:6, 12152:10, 12153:19, 12154:7, 12155:9, 12155:16, 12155:19, 12156:18, 12156:25, 12157:8, 12158:10, 12158:12, 12158:19, 12161:10, 12161:25, 12162:3, 12162:16, 12162:20, 12163:9, 12163:23, 12164:17, 12164:21, 12168:25, 12169:4, 12169:12, 12169:25, 12170:15, 12171:3,

12171:24, 12172:3,
12172:6, 12172:20,
12172:21, 12173:18,
12173:21, 12174:1,
12174:7, 12174:10,
12174:17, 12174:24,
12175:7, 12176:24,
12177:1, 12178:24,
12179:4, 12179:23,
12179:25, 12180:9,
12180:14, 12181:10,
12181:14, 12181:17,
12181:22, 12181:25,
12182:2, 12182:7,
12182:9, 12183:20,
12185:7, 12186:20,
12187:14, 12187:16,
12187:20, 12187:24,
12188:1, 12188:13,
12188:16, 12188:23,
12188:25, 12189:6,
12189:8, 12189:9,
12189:16, 12189:19,
12189:20, 12190:1,
12190:4, 12190:10,
12190:13, 12190:20,
12190:23, 12190:25,
12191:7, 12191:9,
12191:10, 12191:17,
12191:19, 12191:20,
12192:4, 12192:6,
12192:8, 12192:14,
12192:16, 12192:18,
12193:1, 12193:3,
12193:4, 12193:7,
12193:9, 12193:10,
12193:16, 12193:19,
12193:21, 12194:2,
12194:4, 12194:6,
12194:18, 12194:21,
12194:23, 12195:15,
12195:18, 12195:20,
12196:3, 12196:6,
12196:7, 12196:12,
12196:14, 12196:15,
12196:20, 12196:22,
12197:6, 12197:10,
12197:11, 12197:17,
12197:19, 12197:23,
12198:1, 12198:7,
12198:10, 12198:13,
12198:14, 12198:21,
12198:24, 12199:2,
12199:5, 12199:8,
12199:14, 12199:16,
12199:17, 12199:24,
12200:2, 12201:2,
12201:7, 12201:9,
12202:7, 12202:10,
12202:12, 12202:21,
12202:24, 12203:4,

12203:22, 12203:25,
12204:1, 12204:13,
12204:18, 12205:19,
12205:22, 12206:11,
12206:14, 12206:17,
12206:19, 12207:24,
12208:9, 12208:13,
12208:16, 12208:17,
12208:24, 12209:2,
12209:4, 12209:16,
12209:19, 12209:21,
12209:24, 12210:4,
12210:17, 12210:20,
12211:3, 12211:5,
12211:11, 12211:13,
12211:16, 12211:19,
12212:9, 12212:24,
12213:1, 12213:10,
12213:14, 12213:18,
12213:21, 12214:5,
12214:8, 12214:11,
12214:13, 12214:18,
12214:20, 12214:22,
12215:5, 12215:7,
12215:8, 12215:11,
12215:13, 12215:15,
12215:21, 12215:23,
12215:24, 12216:5,
12216:8, 12216:19,
12216:21, 12216:23,
12217:3, 12217:11,
12217:14, 12217:19,
12217:23, 12218:4,
12218:6, 12218:15,
12218:18, 12218:19,
12218:25, 12219:3,
12219:4, 12219:7,
12219:9, 12219:10,
12219:13, 12219:15,
12219:17, 12219:24,
12220:1, 12220:4,
12220:10, 12220:12,
12220:17, 12220:19,
12220:23, 12220:25,
12221:7, 12221:8,
12221:21, 12221:24,
12222:2, 12222:4,
12223:3, 12223:10,
12223:21, 12223:24,
12224:4, 12224:23,
12225:3, 12225:12,
12225:16, 12225:17,
12225:24, 12226:1,
12226:2, 12226:21,
12226:23, 12226:24,
12227:4, 12227:6,
12227:7, 12227:11,
12227:13, 12227:23,
12228:1, 12228:19,
12228:20, 12228:23,
12229:9, 12229:13,

12229:21, 12229:23,
12230:17, 12230:20,
12230:22, 12230:25,
12231:6, 12231:18,
12231:21, 12231:23,
12231:25, 12232:3,
12232:9, 12232:11,
12233:10, 12233:15,
12233:25, 12234:2,
12234:4, 12234:16,
12234:19, 12234:20,
12234:25, 12235:3,
12235:4, 12235:9,
12235:11, 12235:17,
12235:20, 12235:22,
12236:1, 12236:4,
12236:5, 12236:14,
12236:16, 12236:17,
12236:23, 12236:24,
12237:2, 12237:6,
12237:7, 12237:11,
12237:13, 12237:15,
12238:1, 12238:3,
12238:6, 12238:16,
12238:18, 12238:19,
12239:3, 12239:6,
12239:7, 12239:10,
12239:12, 12239:14,
12239:20, 12239:22,
12240:1, 12240:3,
12240:7, 12240:8,
12240:20, 12240:21,
12241:7, 12241:10,
12241:11, 12241:25,
12242:2, 12242:3,
12242:6, 12242:8,
12242:12, 12242:15,
12242:20, 12242:22,
12242:25, 12243:15,
12243:18, 12243:19,
12244:13, 12244:15,
12244:16, 12244:24,
12245:4, 12245:6,
12245:8, 12245:16,
12245:19, 12245:21,
12245:22, 12246:1,
12246:3, 12246:4,
12246:11, 12247:25,
12250:24, 12251:14,
12251:15, 12251:21,
12251:24, 12252:6,
12254:8, 12254:17,
12255:18, 12255:21,
12256:1, 12256:17,
12256:21, 12256:24,
12257:2, 12257:9,
12257:13, 12257:21,
12257:25, 12258:3,
12258:4, 12258:8,
12258:10, 12260:16,
12260:19, 12260:25,

12261:3, 12261:5,
12261:12, 12261:15,
12261:18, 12261:19,
12261:22, 12261:24,
12262:7, 12262:11,
12263:4, 12263:6,
12263:25, 12264:3,
12264:6, 12264:7,
12264:12, 12264:14,
12264:15, 12265:1,
12265:2, 12265:21,
12265:25, 12266:1,
12266:6, 12266:8,
12266:9, 12266:19,
12266:21, 12266:22,
12267:5, 12267:7,
12267:8, 12267:13,
12270:8, 12271:8,
12271:25, 12272:3,
12272:5, 12272:14,
12272:17, 12272:19,
12272:23, 12273:2,
12273:7, 12273:19,
12274:1, 12274:14,
12274:17, 12274:23,
12275:21, 12277:11,
12277:19, 12277:22
**MS** [88] - 12169:16,
12169:18, 12170:19,
12171:8, 12171:18,
12172:10, 12172:12,
12172:14, 12173:11,
12173:15, 12174:20,
12185:10, 12185:14,
12185:22, 12186:9,
12187:6, 12197:2,
12197:16, 12197:22,
12227:12, 12227:16,
12228:8, 12230:11,
12230:15, 12233:11,
12244:22, 12245:14,
12246:12, 12246:16,
12246:18, 12247:14,
12248:22, 12248:24,
12249:2, 12249:17,
12249:21, 12250:4,
12250:14, 12251:9,
12251:19, 12252:4,
12252:10, 12252:13,
12252:19, 12252:23,
12253:3, 12253:9,
12253:13, 12253:19,
12253:24, 12254:1,
12254:10, 12254:14,
12254:19, 12254:22,
12255:5, 12255:8,
12255:13, 12256:3,
12256:5, 12256:11,
12257:6, 12257:17,
12257:19, 12258:12,
12258:15, 12258:24,

12259:1, 12259:3,
12259:6, 12259:8,
12259:16, 12259:18,
12259:20, 12259:22,
12259:24, 12260:2,
12260:4, 12260:8,
12263:22, 12268:21,
12269:15, 12269:18,
12270:22, 12271:4,
12276:12, 12276:21,
12277:5
**MT** [1] - 12146:16
**Mulroe** [2] - 12145:13,
12148:8
**multiple** [1] - 12249:4

## N

**Nadia** [2] - 12145:13,
12148:8
**name** [12] - 12164:25,
12165:1, 12165:2,
12178:22, 12189:24,
12208:20, 12210:6,
12218:11, 12233:23,
12240:12, 12257:23,
12265:17
**name's** [1] - 12264:21
**narrator** [1] - 12217:9
**narrow** [1] - 12271:4
**Nate** [3] - 12199:13,
12225:5, 12225:8
**national** [3] -
12150:10, 12150:12,
12151:1
**nature** [1] - 12233:11
**Nayib** [2] - 12146:4,
12148:11
**NAYIB** [1] - 12146:5
**near** [2] - 12165:15
**need** [12] - 12150:9,
12151:4, 12151:9,
12151:14, 12151:21,
12152:1, 12214:3,
12248:18, 12270:9,
12271:22, 12273:17,
12276:17
**needs** [2] - 12176:14,
12272:6
**neutral** [2] - 12268:11,
12276:10
**New** [15] - 12145:18,
12145:22, 12146:13,
12175:14, 12175:15,
12175:18, 12180:18,
12198:20, 12204:22,
12210:13, 12223:13,
12231:11, 12257:23,
12258:6, 12264:21
**new** [2] - 12175:20,

12177:15
**next** [8] - 12164:16,
12166:4, 12177:17,
12205:3, 12228:3,
12231:21, 12247:6,
12262:18
**Nicholas** [3] -
12145:16, 12148:9,
12183:14
**nickname** [2] -
12179:20, 12226:6
**Nicole** [3] - 12164:18,
12165:1, 12223:1
**NICOLE** [3] - 12147:3,
12164:19, 12165:2
**night** [5] - 12150:10,
12152:11, 12152:22,
12155:12, 12155:20
**NJ** [3] - 12146:17,
12278:8, 12278:13
**NJ-CCR** [3] -
12146:17, 12278:8,
12278:13
**Noble** [5] - 12157:17,
12159:13, 12177:22,
12206:3, 12224:19
**NobleLead** [1] -
12180:22
**noise** [2] - 12246:21,
12249:5
**non** [3] - 12160:1,
12174:4, 12255:3
**non-defendants** [1] -
12160:1
**non-highlighted** [1] -
12174:4
**non-leading** [1] -
12255:3
**noon** [1] - 12226:15
**noose** [4] - 12157:14,
12157:17, 12157:20,
12159:4
**NORDEAN** [1] -
12145:4
**Nordean** [48] -
12148:3, 12148:14,
12164:13, 12166:14,
12167:15, 12175:25,
12179:22, 12181:16,
12181:23, 12191:5,
12194:7, 12194:16,
12195:9, 12196:24,
12197:15, 12197:20,
12203:19, 12209:22,
12210:1, 12215:9,
12215:16, 12215:25,
12216:3, 12216:14,
12217:4, 12218:9,
12218:22, 12220:7,
12222:25, 12225:21,

12236:20, 12239:17,
12243:20, 12244:4,
12245:10, 12262:2,
12262:14, 12262:19,
12262:23, 12263:3,
12263:10, 12263:12,
12263:18, 12265:9,
12265:14, 12266:24,
12267:2, 12277:19
**Nordean's** [2] -
12203:5, 12262:5
**normal** [2] - 12211:25,
12212:12
**Norman** [2] -
12145:20, 12148:10
**normiecons** [1] -
12178:15
**normies** [3] - 12178:5,
12181:5, 12207:10
**Nos** [1] - 12145:2
**note** [7] - 12158:23,
12159:22, 12186:21,
12186:25, 12227:17,
12267:14, 12274:24
**noted** [2] - 12159:4,
12159:8
**notes** [1] - 12278:10
**nothing** [4] - 12156:5,
12161:8, 12258:16,
12272:1
**notice** [1] - 12212:5
**noticed** [1] - 12211:20
**notices** [1] - 12271:13
**November** [1] -
12186:23
**Nugent** [1] - 12210:6
**number** [16] -
12149:5, 12149:8,
12152:18, 12152:21,
12160:3, 12166:18,
12168:8, 12169:6,
12188:19, 12189:1,
12189:3, 12202:18,
12248:11, 12251:1,
12257:14
**number's** [1] -
12156:18
**NW** [5] - 12145:14,
12145:24, 12146:5,
12146:19, 12278:15
**NY** [2] - 12145:18,
12146:13

# O

**oath** [3] - 12151:21,
12203:12, 12215:2
**Oath** [1] - 12153:20
**object** [9] - 12156:7,
12187:7, 12213:6,

12253:11, 12254:2,
12256:6, 12260:7,
12273:11, 12277:13
**objected** [3] -
12253:17, 12259:9,
12268:20
**objecting** [3] -
12253:16, 12253:22,
12277:20
**objection** [61] -
12155:3, 12155:8,
12155:19, 12156:14,
12156:19, 12169:16,
12169:17, 12169:24,
12171:12, 12171:16,
12173:11, 12173:13,
12174:20, 12185:10,
12185:12, 12185:21,
12186:3, 12186:5,
12186:6, 12186:8,
12187:2, 12187:10,
12187:11, 12187:12,
12197:6, 12197:16,
12197:23, 12201:6,
12208:7, 12215:11,
12221:5, 12227:12,
12228:24, 12228:25,
12229:3, 12229:16,
12229:19, 12230:11,
12233:11, 12244:22,
12245:14, 12246:12,
12247:1, 12250:8,
12251:9, 12251:19,
12252:4, 12252:10,
12252:16, 12254:19,
12255:1, 12257:6,
12257:17, 12258:19,
12258:25, 12260:6,
12263:22, 12268:10,
12272:5, 12274:17
**objection's** [3] -
12233:13, 12256:15,
12260:13
**objectionable** [1] -
12268:15
**objections** [8] -
12148:20, 12156:11,
12172:8, 12172:17,
12173:24, 12174:23,
12185:13, 12256:8
**obligation** [1] -
12153:12
**obtained** [3] -
12167:11, 12167:21,
12258:22
**obviously** [4] -
12152:7, 12153:11,
12161:6, 12259:12
**occur** [1] - 12166:9
**occurred** [1] - 12166:2

**OF** [5] - 12145:1,
12145:2, 12145:8,
12146:5, 12278:7
**offer** [1] - 12213:7
**OFFICE** [1] - 12145:14
**office** [1] - 12165:21
**Officer** [1] - 12159:2
**officer** [6] - 12151:7,
12152:7, 12165:9,
12165:10, 12210:10,
12235:5
**officers** [4] -
12150:15, 12150:16,
12150:18, 12209:5
**OFFICES** [1] -
12146:5
**Official** [2] - 12146:18,
12278:13
**OFFICIAL** [1] -
12278:7
**offing** [1] - 12161:8
**once** [2] - 12175:19,
12270:17
**one** [65] - 12149:5,
12151:12, 12151:17,
12152:17, 12153:19,
12154:4, 12154:21,
12155:12, 12155:25,
12156:2, 12156:22,
12156:23, 12158:3,
12158:20, 12158:25,
12159:7, 12159:11,
12159:17, 12160:22,
12161:11, 12162:16,
12162:22, 12163:3,
12171:9, 12175:20,
12178:1, 12179:2,
12180:10, 12181:5,
12181:24, 12184:2,
12186:25, 12194:15,
12204:5, 12207:22,
12209:6, 12210:9,
12211:16, 12212:9,
12225:10, 12225:22,
12228:8, 12230:4,
12231:21, 12233:3,
12235:5, 12237:1,
12237:19, 12237:20,
12240:24, 12247:5,
12247:15, 12247:16,
12249:18, 12252:2,
12252:7, 12255:20,
12265:16, 12269:18,
12272:22, 12273:21,
12274:15, 12276:10,
12277:11
**one's** [1] - 12237:21
**ongoing** [1] -
12234:23
**open** [1] - 12219:21

**opportunity** [3] -
12228:15, 12273:11,
12273:23
**opposed** [1] - 12179:9
**option** [2] - 12162:22,
12162:23
**orally** [1] - 12152:15
**orange** [8] - 12188:5,
12188:8, 12189:1,
12189:3, 12192:9,
12235:12, 12257:14
**Orange** [1] - 12145:21
**order** [10] - 12153:21,
12154:13, 12154:22,
12269:21, 12271:9,
12272:24, 12273:14,
12273:16, 12274:9
**ordered** [4] -
12153:20, 12154:3,
12154:12, 12271:5
**ordering** [2] -
12273:5, 12274:12
**oriented** [1] - 12160:5
**original** [2] -
12169:10, 12170:13
**Orlando** [1] -
12165:15
**outline** [2] - 12162:5,
12171:11
**outlined** [3] -
12264:16, 12265:3,
12266:2
**outlines** [1] -
12169:19
**outside** [3] -
12154:21, 12159:4,
12167:23
**outstanding** [1] -
12155:2
**overrule** [6] -
12156:10, 12156:14,
12186:6, 12187:12,
12229:15, 12229:19
**overruled** [15] -
12158:15, 12187:3,
12197:24, 12230:12,
12230:16, 12233:13,
12245:15, 12251:11,
12252:5, 12256:15,
12257:7, 12257:20,
12260:6, 12260:13,
12263:24
**overruling** [1] -
12228:24
**overview** [7] -
12166:6, 12182:13,
12185:10, 12185:22,
12185:24, 12232:15,
12233:11
**overwhelmed** [1] -

12293

12150:17
**own** [1] - 12186:10
**owns** [1] - 12202:16

## P

**P.A** [2] - 12146:5, 12146:8
**P.C** [1] - 12146:11
**p.m** [13] - 12167:4, 12202:2, 12207:21, 12221:10, 12221:18, 12223:20, 12230:24, 12234:9, 12242:10, 12242:17, 12263:2, 12263:12, 12278:5
**pace** [1] - 12171:24
**pack** [1] - 12178:16
**PAGE** [1] - 12147:2
**panel** [2] - 12164:8, 12222:21
**paragraph** [1] - 12215:16
**Park** [1] - 12146:12
**Parler** [3] - 12166:22, 12167:14, 12172:23
**part** [5] - 12149:12, 12186:20, 12186:22, 12198:5, 12277:14
**parte** [18] - 12271:13, 12271:17, 12271:24, 12272:6, 12272:15, 12272:18, 12272:20, 12273:3, 12274:4, 12274:6, 12274:13, 12276:8, 12276:14, 12276:15, 12276:22, 12277:13, 12277:21
**partially** [1] - 12239:15
**participate** [1] - 12165:22
**participated** [1] - 12167:15
**particular** [7] - 12161:21, 12187:7, 12197:21, 12229:20, 12249:3, 12253:16, 12277:22
**particularly** [3] - 12153:2, 12155:7, 12158:4
**parties** [4] - 12148:19, 12268:4, 12268:6, 12271:10
**past** [2] - 12210:9, 12250:11
**patriot** [1] - 12176:17
**Pattis** [9] - 12145:20, 12148:10, 12153:9,

12158:13, 12171:22, 12212:25, 12213:13, 12274:22, 12277:10
**PATTIS** [14] - 12145:20, 12171:3, 12171:24, 12172:6, 12212:24, 12213:1, 12213:10, 12213:14, 12213:18, 12227:13, 12274:23, 12275:21, 12277:11, 12277:22
**Paul** [1] - 12199:11
**pause** [91] - 12157:4, 12162:19, 12164:11, 12187:24, 12188:24, 12189:8, 12190:23, 12191:9, 12191:19, 12192:6, 12192:16, 12193:3, 12193:9, 12193:19, 12194:4, 12194:21, 12195:18, 12196:6, 12196:14, 12196:20, 12198:10, 12199:5, 12199:16, 12199:24, 12202:10, 12202:24, 12208:3, 12208:16, 12209:2, 12209:19, 12211:3, 12213:25, 12214:11, 12214:20, 12215:7, 12215:23, 12216:5, 12216:21, 12217:2, 12217:12, 12217:23, 12218:1, 12218:4, 12218:18, 12219:3, 12219:9, 12220:1, 12220:17, 12220:25, 12222:13, 12225:16, 12226:1, 12226:23, 12227:6, 12234:2, 12234:19, 12235:3, 12235:9, 12235:20, 12236:4, 12236:16, 12236:23, 12237:6, 12237:13, 12238:3, 12238:18, 12239:6, 12239:12, 12239:20, 12240:7, 12240:20, 12241:10, 12242:2, 12242:13, 12242:22, 12243:18, 12244:15, 12245:6, 12245:21, 12246:3, 12258:3, 12258:10, 12261:3, 12261:15, 12261:18, 12264:3, 12265:22, 12265:25, 12266:8, 12266:21, 12267:7
**paused** [11] - 12199:18, 12203:2, 12213:21, 12216:6,

12217:19, 12217:24, 12218:4, 12235:18, 12242:6, 12242:14, 12242:24
**pausing** [2] - 12264:14, 12265:1
**PB** [2] - 12176:2, 12263:17
**PC** [1] - 12145:24
**PDF** [1] - 12163:11
**Peace** [4] - 12233:24, 12234:7, 12241:5
**peaceful** [1] - 12234:14
**Pelosi** [1] - 12158:15
**people** [17] - 12149:3, 12149:20, 12149:25, 12160:20, 12166:8, 12171:11, 12178:8, 12178:9, 12183:14, 12184:20, 12204:5, 12207:12, 12230:4, 12240:9, 12248:7, 12249:6, 12270:2
**people's** [4] - 12227:18, 12230:1, 12248:8
**Pepe** [5] - 12198:18, 12198:19, 12257:23, 12270:12, 12270:25
**perhaps** [2] - 12156:21, 12158:16
**permission** [19] - 12169:3, 12175:4, 12175:5, 12179:2, 12180:12, 12181:20, 12187:17, 12187:19, 12190:12, 12201:5, 12204:16, 12204:17, 12208:5, 12223:8, 12224:2, 12231:4, 12231:5, 12233:14, 12262:10
**permission's** [4] - 12179:3, 12180:13, 12208:8, 12224:3
**permitted** [1] - 12201:3
**person** [28] - 12171:14, 12190:14, 12191:1, 12193:14, 12193:23, 12198:15, 12201:15, 12203:16, 12204:2, 12216:24, 12218:7, 12242:4, 12243:3, 12243:4, 12244:18, 12244:19, 12257:22, 12264:13, 12264:16, 12264:19, 12269:23, 12269:24,

12270:1, 12270:25, 12275:13, 12275:18, 12277:3
**person's** [2] - 12167:25, 12275:12
**persuade** [1] - 12275:24
**Pezzola** [8] - 12148:6, 12148:15, 12150:7, 12166:15, 12195:13, 12198:16, 12264:18, 12266:3
**PEZZOLA** [1] - 12145:6
**ph** [1] - 12264:21
**Philadelphia** [2] - 12177:10, 12177:12
**phone** [11] - 12155:21, 12155:22, 12156:2, 12156:3, 12156:6, 12200:16, 12200:24, 12204:12, 12246:14, 12251:7, 12262:5
**phones** [4] - 12176:9, 12181:2, 12230:1, 12270:9
**photo** [3] - 12201:22, 12201:25, 12209:11
**photographs** [2] - 12166:19, 12200:6
**photos** [1] - 12169:6
**phrase** [2] - 12194:9, 12228:18
**pick** [1] - 12215:2
**pictured** [1] - 12266:23
**piece** [2] - 12153:7, 12255:17
**Pierce** [1] - 12153:24
**pigs** [1] - 12178:12
**place** [1] - 12210:10
**places** [1] - 12160:4
**plaid** [1] - 12198:25
**plain** [1] - 12160:19
**plan** [2] - 12205:1, 12224:17
**planning** [1] - 12156:4
**play** [85] - 12157:21, 12181:12, 12181:24, 12181:25, 12188:14, 12188:23, 12189:6, 12189:16, 12191:7, 12191:17, 12192:4, 12193:1, 12193:17, 12194:2, 12194:18, 12195:15, 12196:3, 12196:12, 12198:7, 12199:14, 12202:21, 12205:19, 12206:11, 12208:10, 12208:13,

12208:25, 12209:16, 12210:18, 12211:11, 12213:22, 12214:18, 12215:5, 12215:21, 12216:5, 12216:19, 12217:11, 12217:21, 12218:2, 12218:15, 12218:25, 12219:7, 12219:13, 12219:24, 12220:10, 12220:23, 12221:21, 12223:21, 12225:1, 12225:13, 12225:24, 12226:21, 12227:4, 12227:11, 12230:17, 12231:18, 12231:25, 12234:17, 12234:25, 12235:18, 12236:14, 12237:1, 12238:1, 12239:10, 12240:1, 12241:7, 12241:25, 12242:12, 12242:20, 12243:15, 12244:13, 12245:4, 12245:19, 12246:1, 12246:11, 12254:17, 12256:4, 12258:8, 12258:20, 12260:25, 12261:12, 12264:1, 12264:12, 12265:23, 12266:19, 12267:5
**played** [109] - 12181:13, 12181:21, 12182:3, 12188:15, 12189:7, 12189:18, 12190:22, 12191:8, 12191:18, 12192:5, 12192:15, 12193:2, 12193:18, 12193:18, 12194:3, 12194:20, 12195:17, 12196:5, 12196:13, 12198:9, 12198:12, 12199:4, 12199:15, 12199:23, 12202:9, 12202:23, 12203:24, 12205:21, 12206:13, 12206:18, 12208:15, 12209:1, 12209:18, 12210:19, 12211:12, 12212:4, 12213:24, 12214:7, 12214:19, 12215:6, 12215:22, 12216:20, 12217:13, 12217:22, 12218:3, 12218:17, 12219:2, 12219:8, 12219:14, 12219:25, 12220:11, 12220:16, 12220:24, 12221:23, 12223:23, 12225:2, 12225:15, 12225:25, 12226:22, 12227:5,

12230:19, 12231:20, 12231:22, 12231:24, 12232:2, 12234:1, 12234:18, 12235:2, 12235:19, 12236:3, 12236:15, 12236:22, 12237:5, 12237:12, 12238:2, 12238:17, 12239:5, 12239:11, 12239:19, 12240:2, 12240:6, 12240:19, 12241:9, 12242:1, 12242:21, 12243:17, 12244:14, 12245:5, 12245:20, 12246:2, 12254:18, 12257:1, 12257:5, 12257:8, 12257:12, 12258:2, 12258:9, 12260:18, 12261:2, 12261:14, 12261:17, 12264:2, 12264:5, 12264:13, 12264:25, 12265:24, 12266:7, 12266:20, 12267:6

**playing** [10] - 12187:25, 12199:3, 12211:21, 12233:25, 12242:13, 12255:5, 12255:9, 12255:10, 12256:25, 12260:9

**plays** [1] - 12216:6

**plenty** [2] - 12150:17, 12177:20

**PLLC** [1] - 12145:17

**podcasts** [3] - 12167:14, 12167:22, 12167:24

**point** [25] - 12152:3, 12169:12, 12183:8, 12183:18, 12204:8, 12205:11, 12208:2, 12211:21, 12226:13, 12226:18, 12234:14, 12234:23, 12244:20, 12244:21, 12245:1, 12250:1, 12253:3, 12253:6, 12253:16, 12255:22, 12268:9, 12268:15, 12268:17, 12274:2

**pointing** [3] - 12149:19, 12219:5, 12219:11

**points** [1] - 12253:23

**Police** [3] - 12150:23, 12153:21, 12199:19

**police** [5] - 12165:9, 12165:10, 12209:5, 12210:10, 12235:5

**populated** [1] - 12238:12

**portion** [3] - 12166:7, 12190:7, 12208:5

**portions** [2] - 12149:12, 12183:24

**position** [2] - 12248:1, 12271:19

**Possibly** [1] - 12207:13

**post** [8] - 12158:23, 12159:2, 12180:21, 12205:1, 12206:8, 12206:15, 12206:20, 12206:22

**posted** [3] - 12180:1, 12204:25, 12209:10

**posting** [1] - 12158:21

**posts** [4] - 12159:11, 12159:13, 12167:14, 12205:1

**potential** [1] - 12174:23

**potentially** [1] - 12212:13

**prayer** [1] - 12150:22

**pre** [2] - 12176:17, 12268:17

**pre-meeting** [1] - 12176:17

**pre-prepared** [1] - 12268:17

**preferred** [1] - 12201:3

**prejudicial** [4] - 12211:24, 12260:4, 12268:22, 12269:10

**preliminary** [1] - 12162:1

**prepared** [1] - 12268:17

**presence** [2] - 12180:8, 12196:25

**present** [10] - 12148:7, 12148:8, 12148:9, 12148:10, 12148:11, 12148:12, 12148:13, 12175:24, 12176:9, 12181:1

**presentation** [4] - 12164:3, 12269:9, 12276:14, 12276:23

**preserve** [1] - 12275:9

**president** [2] - 12177:10, 12238:14

**President** [4] - 12158:25, 12192:20, 12226:10, 12234:21

**president's** [2] - 12236:10, 12236:12

**presidential** [1] - 12226:6

**press** [1] - 12191:11

**pressure** [1] - 12276:4

**presumably** [1] - 12276:16

**pretrial** [1] - 12187:1

**pretty** [2] - 12158:13, 12263:13

**previous** [1] - 12223:14

**previously** [10] - 12151:2, 12156:20, 12160:2, 12204:23, 12243:11, 12243:12, 12243:22, 12248:4, 12248:7, 12266:10

**privilege** [3] - 12273:18, 12275:18, 12277:23

**problem** [2] - 12213:8, 12248:5

**problems** [1] - 12230:6

**procedure** [2] - 12272:24, 12274:4

**proceed** [10] - 12163:22, 12172:19, 12187:13, 12223:2, 12229:19, 12246:17, 12254:6, 12254:13, 12260:14, 12275:1

**proceeding** [1] - 12275:6

**proceedings** [1] - 12278:11

**Proceedings** [1] - 12146:21

**proceeds** [1] - 12220:9

**process** [5] - 12274:18, 12274:19, 12274:24, 12274:25, 12277:15

**produced** [2] - 12146:21, 12152:17

**professional** [1] - 12252:15

**program** [3] - 12150:11, 12152:11, 12163:9

**prohibit** [1] - 12255:14

**prolonging** [2] - 12259:19, 12259:23

**prosecution** [1] - 12275:7

**protesters** [2] - 12151:15, 12151:18

**Proud** [26] - 12158:10, 12160:17, 12177:11,

12183:22, 12193:15, 12194:13, 12198:4, 12198:20, 12199:1, 12199:11, 12201:21, 12206:10, 12206:25, 12210:7, 12210:24, 12232:6, 12232:17, 12235:13, 12237:21, 12241:15, 12257:24, 12258:6, 12261:21, 12262:3, 12264:21, 12267:1

**provide** [7] - 12153:21, 12154:13, 12172:3, 12272:13, 12274:6, 12274:8, 12275:2

**provided** [13] - 12150:13, 12150:24, 12152:19, 12152:23, 12154:15, 12154:21, 12155:5, 12183:15, 12186:10, 12186:22, 12200:10, 12259:5, 12271:17

**providing** [1] - 12159:15

**provisionally** [6] - 12204:15, 12208:1, 12221:3, 12223:7, 12224:1, 12231:2

**public** [4] - 12167:14, 12167:22, 12183:15, 12277:12

**public-facing** [2] - 12167:14, 12167:22

**publish** [22] - 12169:3, 12175:4, 12175:15, 12179:2, 12180:12, 12181:18, 12181:20, 12187:17, 12187:19, 12190:12, 12204:16, 12208:5, 12221:4, 12221:6, 12223:7, 12223:8, 12224:2, 12231:4, 12233:14, 12256:19, 12262:7, 12262:10

**published** [1] - 12257:2

**pull** [2] - 12155:4, 12225:10

**pure** [1] - 12170:24

**purview** [1] - 12154:21

**put** [18] - 12149:1, 12153:13, 12156:25, 12159:21, 12160:9, 12161:5, 12182:16, 12186:17, 12211:1, 12212:17, 12241:12,

12241:22, 12250:7, 12254:24, 12256:12, 12258:21, 12268:2, 12269:1

**putting** [1] - 12211:8

## Q

**quash** [2] - 12271:10, 12275:3

**Quested** [1] - 12183:14

**questioned** [1] - 12276:4

**questions** [7] - 12229:11, 12250:18, 12252:14, 12254:2, 12255:3, 12268:12, 12277:4

**quick** [2] - 12193:19, 12245:21

**quote** [2] - 12150:23, 12161:11

## R

**racks** [2] - 12209:10, 12209:11

**radiate** [1] - 12207:14

**radio** [6] - 12189:14, 12193:6, 12196:9, 12196:10, 12199:19, 12202:17

**Rae** [1] - 12199:11

**raise** [2] - 12171:17, 12239:24

**raised** [2] - 12187:2, 12258:20

**rally** [2] - 12197:1, 12225:11

**Ramey** [3] - 12149:5, 12149:24, 12162:6

**random** [1] - 12157:15

**rape** [1] - 12225:10

**rapists** [1] - 12207:5

**rather** [3] - 12171:7, 12171:20, 12250:10

**re** [1] - 12269:7

**react** [1] - 12241:20

**reacting** [1] - 12244:1

**read** [11] - 12177:17, 12178:1, 12179:15, 12180:1, 12205:3, 12207:2, 12224:13, 12224:25, 12262:18, 12263:9

**reading** [1] - 12225:6

**real** [4] - 12159:5, 12193:19, 12242:9, 12245:21

**really** [7] - 12160:19, 12161:22, 12186:23, 12212:5, 12247:6, 12249:25, 12254:3
**reason** [5] - 12163:6, 12163:16, 12241:15, 12247:15, 12270:20
**reasons** [3] - 12153:22, 12156:7, 12271:1
**rebut** [1] - 12160:8
**recess** [14] - 12151:10, 12151:13, 12151:15, 12151:19, 12151:21, 12154:2, 12154:11, 12162:4, 12164:6, 12164:7, 12222:19, 12222:20, 12278:4, 12278:5
**recessing** [1] - 12153:22
**recognize** [24] - 12181:15, 12182:10, 12189:11, 12189:21, 12190:5, 12191:1, 12191:14, 12193:14, 12198:3, 12198:15, 12203:7, 12203:14, 12208:18, 12228:3, 12232:12, 12240:10, 12246:8, 12257:22, 12260:20, 12261:8, 12261:25, 12264:9, 12264:17, 12265:3
**recognizing** [1] - 12230:6
**recollection** [2] - 12270:15, 12270:21
**recon** [1] - 12263:17
**reconvene** [1] - 12164:3
**record** [7] - 12164:12, 12203:2, 12217:19, 12222:23, 12235:17, 12242:6, 12242:24
**recorded** [1] - 12146:21
**recording** [1] - 12152:21
**records** [1] - 12155:8
**recover** [1] - 12163:15
**recovered** [16] - 12163:1, 12163:8, 12167:12, 12168:2, 12168:14, 12176:9, 12182:16, 12183:9, 12183:14, 12200:6, 12200:8, 12201:11, 12201:24, 12227:2, 12245:25, 12266:12

**red** [4] - 12175:25, 12198:25, 12248:24, 12265:16
**red-and-black** [1] - 12198:25
**redacted** [2] - 12163:20, 12163:21
**redaction** [2] - 12163:10, 12163:13
**refer** [1] - 12201:3
**reference** [2] - 12179:19, 12205:23
**references** [1] - 12214:9
**referring** [1] - 12152:13
**refers** [1] - 12161:12
**regard** [2] - 12152:2, 12274:11
**regarding** [4] - 12149:1, 12149:5, 12149:6, 12155:21
**REHL** [1] - 12145:5
**Rehl** [32] - 12148:4, 12148:14, 12166:15, 12176:1, 12177:13, 12189:12, 12191:15, 12193:5, 12194:24, 12195:7, 12196:8, 12201:19, 12201:20, 12203:21, 12205:16, 12206:15, 12207:7, 12207:10, 12210:2, 12217:1, 12218:22, 12225:19, 12227:10, 12230:4, 12232:1, 12236:20, 12238:23, 12245:10, 12251:1, 12251:17, 12252:8, 12263:23
**Rehl's** [21] - 12200:16, 12200:24, 12204:11, 12206:8, 12226:25, 12227:3, 12230:7, 12230:10, 12230:14, 12245:23, 12245:25, 12246:9, 12248:5, 12248:12, 12248:14, 12248:16, 12248:21, 12251:7, 12255:4, 12256:22, 12266:10
**reiterate** [1] - 12271:19
**relates** [1] - 12151:10
**relating** [3] - 12149:3, 12153:22, 12154:1
**relation** [1] - 12226:17
**relationship** [1] - 12177:8
**relative** [1] - 12245:10

**relatively** [2] - 12234:13, 12238:12
**relevance** [7] - 12148:22, 12157:11, 12157:18, 12158:17, 12160:12, 12172:9, 12172:17
**relevant** [10] - 12150:2, 12156:1, 12156:3, 12156:9, 12156:13, 12156:21, 12159:20, 12159:25, 12161:13, 12273:10
**relied** [1] - 12149:23
**remain** [1] - 12275:25
**remarks** [1] - 12274:23
**remember** [7] - 12150:16, 12150:19, 12230:2, 12269:6, 12270:3, 12270:4, 12270:22
**remind** [2] - 12175:15, 12218:10
**remotely** [1] - 12161:2
**Reporter** [3] - 12146:17, 12146:18, 12278:13
**REPORTER** [2] - 12183:11, 12278:7
**reporter** [1] - 12222:6
**represent** [3] - 12152:22, 12163:1, 12235:12
**representations** [5] - 12272:10, 12273:3, 12273:9, 12273:20, 12275:12
**Representatives** [2] - 12151:6, 12151:8
**representing** [2] - 12272:21, 12273:22
**represents** [1] - 12188:6
**reproduced** [2] - 12272:8, 12272:15
**request** [9] - 12152:14, 12154:9, 12154:10, 12154:22, 12173:14, 12173:15, 12211:25, 12270:14, 12271:6
**requested** [4] - 12154:4, 12154:5, 12154:20, 12271:12
**require** [1] - 12151:12
**requirement** [1] - 12151:12
**resolve** [1] - 12271:23
**respect** [6] - 12160:3,

12185:25, 12228:9, 12228:11, 12247:19, 12271:21
**respectfully** [1] - 12247:25
**respond** [9] - 12152:4, 12152:8, 12153:17, 12159:13, 12160:6, 12225:4, 12229:11, 12232:4, 12262:16
**responding** [2] - 12158:24, 12159:5
**responds** [8] - 12177:19, 12178:6, 12178:10, 12178:14, 12178:17, 12207:9, 12224:21, 12225:8
**response** [7] - 12153:19, 12158:25, 12165:22, 12197:7, 12197:8, 12213:7, 12217:4
**responses** [2] - 12153:2, 12180:23
**rest** [1] - 12159:16
**results** [1] - 12200:3
**resumed** [1] - 12223:1
**Return** [8] - 12172:15, 12187:15, 12213:20, 12229:22, 12250:23, 12254:7, 12256:16, 12260:15
**return** [2] - 12225:12, 12278:4
**returned** [4] - 12164:9, 12222:9, 12222:22, 12267:20
**review** [10] - 12169:6, 12172:23, 12173:1, 12174:11, 12185:5, 12186:10, 12200:3, 12200:16, 12230:1, 12251:6
**reviewed** [5] - 12184:23, 12184:25, 12200:12, 12241:18, 12245:9
**Rhode** [2] - 12196:6, 12221:21
**ride** [1] - 12192:1
**ridiculous** [1] - 12260:12
**right-hand** [2] - 12245:24, 12266:11
**rioters** [1] - 12244:21
**rise** [3] - 12164:5, 12222:18, 12278:1
**risk** [1] - 12161:3
**road** [3] - 12219:21, 12220:14, 12220:15

**Road** [1] - 12146:2
**roads** [1] - 12233:18
**roadway** [1] - 12237:23
**rock** [1] - 12211:25
**rode** [1] - 12182:24
**Roger** [2] - 12146:14, 12148:13
**ROGER** [1] - 12146:15
**Rohde** [80] - 12174:25, 12176:24, 12178:24, 12181:10, 12182:8, 12187:24, 12188:13, 12189:17, 12190:1, 12190:21, 12190:24, 12191:7, 12191:9, 12192:4, 12192:14, 12192:17, 12193:1, 12193:9, 12193:16, 12193:20, 12194:5, 12194:18, 12194:21, 12195:19, 12196:3, 12196:12, 12196:14, 12198:21, 12199:6, 12202:11, 12202:22, 12202:25, 12203:22, 12205:19, 12207:24, 12208:14, 12208:24, 12209:17, 12209:24, 12210:17, 12211:11, 12212:21, 12213:22, 12214:1, 12214:12, 12214:24, 12215:5, 12215:7, 12216:22, 12217:12, 12217:21, 12217:23, 12218:16, 12218:18, 12219:1, 12219:13, 12219:15, 12220:2, 12220:17, 12221:1, 12223:5, 12223:21, 12224:24, 12226:1, 12230:18, 12230:20, 12230:25, 12231:18, 12234:3, 12234:16, 12234:25, 12235:10, 12237:3, 12239:13, 12239:21, 12254:8, 12257:10, 12260:16, 12261:1, 12261:13
**role** [1] - 12166:7
**roll** [2] - 12237:10, 12263:19
**Ron** [1] - 12262:6
**Ronald** [2] - 12208:20, 12261:9
**Room** [2] - 12146:18, 12278:14
**room** [3] - 12211:22, 12222:9, 12267:20

**roots** [6] - 12150:5, 12151:23, 12152:13, 12153:2, 12153:18, 12154:17
**Roots** [2] - 12146:14, 12148:13
**ROOTS** [6] - 12146:15, 12150:4, 12150:6, 12153:19, 12154:7, 12215:11
**ropes** [1] - 12176:18
**route** [5] - 12182:24, 12192:11, 12219:12, 12232:17, 12235:13
**RPR** [3] - 12146:17, 12278:8, 12278:13
**Rufio** [2] - 12179:18, 12179:20
**Rufo** [1] - 12179:19
**rule** [3] - 12148:18, 12160:10, 12160:19
**Rule** [2] - 12148:23, 12274:4
**ruled** [1] - 12159:17
**rules** [2] - 12272:8, 12274:3
**Rules** [1] - 12246:24
**ruling** [3] - 12162:6, 12162:8, 12162:22
**rulings** [1] - 12156:20
**run** [2] - 12152:24, 12152:25
**running** [1] - 12160:20
**rushing** [1] - 12213:2

## S

**Sabino** [2] - 12146:8, 12148:12
**safety** [1] - 12160:5
**safety-oriented** [1] - 12160:5
**save** [1] - 12148:23
**saved** [2] - 12253:21, 12262:5
**saw** [13] - 12151:1, 12199:18, 12203:16, 12209:23, 12218:7, 12224:11, 12235:12, 12238:7, 12241:5, 12242:4, 12243:3, 12244:18, 12262:3
**scare** [1] - 12178:21
**scene** [1] - 12169:10
**scenes** [2] - 12170:13, 12184:11
**schedule** [1] - 12271:9
**Scott** [1] - 12189:24
**screen** [30] -

12156:25, 12175:3, 12175:22, 12178:25, 12180:10, 12182:7, 12182:11, 12186:18, 12187:22, 12188:2, 12190:2, 12190:5, 12201:10, 12203:1, 12204:13, 12221:2, 12221:16, 12221:24, 12223:25, 12224:13, 12230:21, 12235:6, 12237:16, 12243:9, 12248:9, 12258:16, 12261:23, 12261:25, 12266:23, 12268:23
**scroll** [1] - 12224:23
**seal** [3] - 12271:23, 12274:13, 12276:8
**search** [3] - 12167:11, 12167:21, 12200:4
**searches** [1] - 12152:24
**seated** [4] - 12164:10, 12222:10, 12222:17, 12267:24
**Seattle** [2] - 12208:20, 12210:6
**second** [4] - 12211:17, 12242:23, 12264:4, 12269:2
**seconds** [5] - 12181:12, 12183:18, 12188:14, 12189:17, 12198:8, 12198:11, 12198:22, 12199:6, 12235:18, 12235:21, 12237:3, 12238:4, 12238:5, 12243:22, 12257:10
**see** [55] - 12153:2, 12153:17, 12156:22, 12157:8, 12157:11, 12169:23, 12178:4, 12182:15, 12183:10, 12184:1, 12189:1, 12193:5, 12193:11, 12195:21, 12196:8, 12199:19, 12201:20, 12202:18, 12204:11, 12204:12, 12206:11, 12209:7, 12209:11, 12209:12, 12209:25, 12210:15, 12210:23, 12215:25, 12217:4, 12217:8, 12219:21, 12220:5, 12220:13, 12221:16, 12228:16, 12236:6, 12239:23, 12240:14, 12241:12, 12241:20, 12242:18,

12243:8, 12244:21, 12245:23, 12257:14, 12261:10, 12261:20, 12265:19, 12266:14, 12267:18, 12270:1, 12273:21, 12276:11, 12277:2, 12277:24
**seeing** [3] - 12178:12, 12183:19, 12237:18
**seek** [6] - 12175:4, 12179:2, 12208:5, 12275:17, 12275:24, 12275:25
**seeks** [1] - 12276:1
**seem** [1] - 12212:11
**segment** [3] - 12249:3, 12249:4, 12254:9
**seized** [1] - 12181:2
**selective** [1] - 12275:7
**Self** [7] - 12158:21, 12159:24, 12159:25, 12160:4, 12179:8, 12221:15, 12224:6
**self** [1] - 12160:6
**Self-Defense** [7] - 12158:21, 12159:24, 12159:25, 12160:4, 12179:8, 12221:15, 12224:6
**self-defense** [1] - 12160:6
**Senate** [3] - 12150:19, 12150:21, 12152:21
**send** [1] - 12203:16
**sense** [2] - 12149:10, 12248:20
**sent** [5] - 12176:6, 12187:23, 12205:17, 12207:2, 12223:22
**separating** [1] - 12207:17
**series** [4] - 12149:22, 12157:12, 12252:13, 12256:8
**serious** [1] - 12151:3
**SESSION** [1] - 12145:9
**set** [2] - 12160:5, 12252:14
**setting** [1] - 12247:16
**settle** [1] - 12178:11
**settled** [1] - 12162:13
**shack** [5] - 12210:25, 12211:7, 12211:9, 12211:10, 12214:14
**shit** [1] - 12263:1
**Shively** [4] - 12149:6, 12149:24, 12162:6
**shorthand** [1] -

12146:21
**shortly** [6] - 12159:3, 12176:13, 12205:4, 12206:8, 12206:15, 12206:20
**shot** [1] - 12190:7
**shoulder** [1] - 12264:20
**show** [10] - 12149:11, 12150:12, 12156:11, 12163:16, 12179:18, 12192:11, 12202:17, 12206:17, 12241:1, 12273:23
**Show** [1] - 12150:11
**showing** [5] - 12149:18, 12158:6, 12159:3, 12245:9, 12258:21
**shows** [2] - 12228:10, 12232:16
**shrug** [1] - 12241:23
**shutting** [1] - 12232:7
**sic** [5] - 12160:14, 12247:11, 12261:23, 12268:5
**side** [12] - 12176:18, 12180:4, 12215:2, 12216:10, 12216:11, 12217:16, 12237:23, 12242:13, 12267:18, 12273:17, 12274:15, 12274:16
**sidebar** [3] - 12185:16, 12213:17, 12246:14
**sidewalk** [1] - 12220:14
**signal** [2] - 12212:20, 12212:21
**significance** [5] - 12175:15, 12175:18, 12179:9, 12179:13, 12194:13
**significant** [3] - 12192:10, 12247:9, 12247:11
**signify** [4] - 12175:22, 12192:10, 12227:1, 12245:24
**signs** [2] - 12202:18, 12209:7
**silent** [1] - 12275:25
**similar** [1] - 12208:10
**simply** [1] - 12228:25
**sitting** [1] - 12211:22
**situation** [1] - 12163:14
**situations** [1] - 12163:14

**six** [1] - 12165:11
**Sixth** [2] - 12274:17, 12275:1
**size** [2] - 12241:2, 12241:4
**slides** [1] - 12162:22
**slow** [4] - 12169:7, 12170:11, 12213:4, 12213:12
**slowly** [2] - 12258:1, 12261:16
**smash** [1] - 12178:12
**Smith** [6] - 12145:16, 12148:9, 12157:6, 12159:4, 12187:2, 12271:7
**SMITH** [27] - 12145:17, 12145:20, 12156:18, 12156:25, 12157:8, 12158:10, 12158:12, 12161:10, 12161:25, 12163:9, 12211:16, 12211:19, 12271:8, 12271:25, 12272:3, 12272:5, 12272:14, 12272:17, 12272:19, 12272:23, 12273:2, 12273:7, 12273:19, 12274:1, 12274:14, 12274:17, 12277:19
**Smith's** [2] - 12212:10, 12274:23
**snatch** [1] - 12157:24
**solution** [1] - 12250:17
**someone** [8] - 12154:4, 12191:11, 12191:22, 12193:11, 12217:4, 12218:10, 12226:3, 12272:19
**something's** [1] - 12171:5
**sometimes** [2] - 12170:12, 12184:20
**sorry** [15] - 12157:5, 12182:1, 12182:2, 12183:12, 12196:4, 12197:4, 12198:11, 12199:6, 12202:1, 12228:22, 12239:4, 12254:15, 12257:3, 12258:12, 12270:5
**sort** [8] - 12148:24, 12149:21, 12156:19, 12160:19, 12160:23, 12160:24, 12161:6, 12186:16
**sorts** [1] - 12153:12
**Sounds** [1] - 12263:15

**sourced** [1] -
  12166:11
**sources** [1] - 12233:1
**spam** [1] - 12205:1
**spam-post** [1] -
  12205:1
**sparsely** [1] -
  12238:12
**speaker** [2] -
  12184:25, 12187:7
**speakers** [1] -
  12186:19
**speaking** [9] -
  12191:2, 12238:14,
  12251:3, 12251:18,
  12251:25, 12252:2,
  12252:7, 12252:18,
  12264:8
**Special** [24] - 12162:7,
  12164:18, 12165:1,
  12168:4, 12172:22,
  12174:2, 12175:8,
  12181:15, 12182:10,
  12187:21, 12191:21,
  12192:19, 12193:22,
  12200:3, 12204:19,
  12219:19, 12221:9,
  12223:11, 12229:24,
  12231:7, 12232:12,
  12233:16, 12245:23,
  12250:25
**special** [4] - 12165:3,
  12165:17, 12205:25,
  12245:9
**specific** [11] -
  12152:13, 12152:16,
  12154:22, 12158:24,
  12159:6, 12159:9,
  12186:3, 12186:5,
  12186:7, 12187:10
**speech** [10] -
  12192:20, 12192:22,
  12194:24, 12226:10,
  12226:13, 12226:15,
  12226:16, 12234:23,
  12236:11, 12236:12
**speedy** [1] - 12277:12
**spell** [1] - 12164:24
**spend** [1] - 12154:25
**spliced** [1] - 12184:5
**spoken** [1] - 12270:25
**spontaneous** [1] -
  12270:6
**sportsmanship** [1] -
  12275:23
**spot** [2] - 12183:15,
  12244:6
**squad** [1] - 12166:2
**stabber** [2] -
  12215:10, 12215:17

**stabbing** [1] -
  12193:24
**stairs** [1] - 12159:2
**stairway** [2] -
  12216:11, 12217:17
**Stand** [1] - 12176:12
**stand** [4] - 12151:14,
  12151:18, 12164:18,
  12223:1
**standby** [1] - 12166:1
**standing** [2] -
  12271:20, 12272:1
**stands** [3] - 12164:6,
  12222:19, 12278:3
**start** [4] - 12187:25,
  12222:16, 12233:25,
  12242:13
**started** [7] - 12177:15,
  12191:2, 12192:22,
  12195:24, 12226:15,
  12235:14, 12255:23
**starting** [6] - 12167:3,
  12179:16, 12183:10,
  12205:7, 12211:1,
  12263:9
**state** [1] - 12178:7
**statement** [7] -
  12157:14, 12159:15,
  12159:19, 12217:25,
  12228:5, 12249:25,
  12270:5
**statements** [3] -
  12159:16, 12261:11,
  12271:2
**STATES** [3] - 12145:1,
  12145:2, 12145:10
**States** [6] - 12145:12,
  12148:3, 12164:13,
  12203:8, 12222:24,
  12278:14
**stay** [1] - 12244:6
**stayed** [1] - 12244:3
**staying** [1] - 12207:16
**stenographic** [1] -
  12278:10
**step** [2] - 12222:11,
  12267:21
**steps** [1] - 12267:22
**Steven** [2] - 12146:11,
  12148:12
**Stewart** [12] -
  12177:25, 12178:11,
  12178:14, 12178:20,
  12205:6, 12205:11,
  12206:7, 12221:20,
  12223:22, 12224:11,
  12225:1, 12225:8
**still** [16] - 12177:2,
  12177:4, 12179:5,
  12180:15, 12190:7,

12203:1, 12204:19,
  12207:11, 12217:16,
  12224:8, 12230:21,
  12231:7, 12234:23,
  12238:12, 12238:14,
  12269:24
**stipulate** [1] -
  12157:18
**stop** [9] - 12181:12,
  12189:19, 12219:15,
  12220:22, 12230:20,
  12253:10, 12268:25
**stopped** [1] -
  12195:21
**storm** [1] - 12246:5
**stormed** [3] -
  12157:10, 12158:1,
  12159:12
**storming** [1] - 12161:4
**strategic** [1] -
  12150:18
**Street** [6] - 12145:14,
  12145:17, 12145:21,
  12145:24, 12146:5,
  12146:9
**street** [1] - 12232:7
**strike** [16] - 12197:6,
  12197:8, 12227:18,
  12228:13, 12230:15,
  12246:23, 12247:7,
  12250:2, 12250:10,
  12250:12, 12250:19,
  12250:21, 12252:23,
  12254:10
**striking** [1] - 12150:18
**struck** [1] - 12269:9
**studios** [1] - 12152:21
**stuff** [1] - 12154:10
**stupid** [1] - 12269:3
**subject** [7] - 12171:16,
  12172:8, 12172:17,
  12173:24, 12174:21,
  12174:22, 12187:7
**submissions** [4] -
  12271:10, 12271:24,
  12274:6, 12274:13
**submitting** [1] -
  12277:21
**subtract** [1] -
  12183:18
**sufficient** [2] -
  12247:17, 12248:16
**sufficiently** [1] -
  12150:1
**suggest** [2] - 12161:8,
  12163:7
**suggesting** [1] -
  12161:20
**Suite** [2] - 12145:18,
  12146:6

**summary** [4] -
  12148:21, 12186:6,
  12187:10, 12187:12
**sunglasses** [1] -
  12239:16
**support** [2] -
  12194:12, 12203:7
**suppose** [1] - 12175:3
**supposed** [6] -
  12186:10, 12259:3,
  12259:8, 12259:10,
  12268:19, 12268:21
**surrounded** [1] -
  12150:15
**surrounding** [1] -
  12233:19
**surveillance** [4] -
  12152:20, 12168:14,
  12174:12, 12219:18
**sustain** [2] -
  12228:25, 12229:15
**sustained** [5] -
  12197:3, 12215:12,
  12229:11, 12244:23,
  12250:8
**sustaining** [2] -
  12228:24, 12229:3
**switch** [3] - 12199:25,
  12204:13, 12267:14
**SWORN** [1] -
  12164:19
**symbol** [2] - 12262:4,
  12267:1
**synchronized** [3] -
  12237:24, 12237:25,
  12240:22

## T

**table** [1] - 12268:2
**tactic** [1] - 12178:21
**tape** [1] - 12257:14
**TARRIO** [1] - 12145:6
**Tarrio** [12] - 12148:5,
  12148:15, 12155:10,
  12166:14, 12167:14,
  12175:19, 12176:3,
  12176:7, 12176:21,
  12180:24, 12195:11,
  12215:18
**Tarrio's** [2] -
  12175:23, 12178:22
**technical** [2] -
  12162:21, 12249:14
**technically** [1] -
  12249:24
**Telegram** [6] -
  12159:8, 12159:18,
  12162:22, 12166:21,
  12172:23, 12175:9

**television** [3] -
  12150:10, 12150:12,
  12151:1
**term** [2] - 12248:19,
  12249:21
**terminology** [1] -
  12247:18
**terms** [2] - 12148:22,
  12148:23
**testified** [4] - 12226:9,
  12229:24, 12246:23,
  12251:5
**testifies** [1] - 12169:20
**testify** [3] - 12246:20,
  12246:22, 12275:13
**testimony** [20] -
  12151:24, 12152:6,
  12160:3, 12162:25,
  12163:2, 12166:25,
  12185:23, 12185:24,
  12186:6, 12200:23,
  12227:19, 12227:22,
  12228:5, 12229:25,
  12233:12, 12247:2,
  12250:2, 12256:11,
  12269:8, 12270:4
**text** [4] - 12157:19,
  12166:22, 12262:2,
  12262:12
**texts** [1] - 12158:18
**THE** [209] - 12145:1,
  12145:1, 12145:9,
  12148:2, 12148:16,
  12149:8, 12150:5,
  12151:23, 12153:1,
  12154:4, 12154:16,
  12155:15, 12155:18,
  12156:10, 12156:23,
  12157:2, 12158:4,
  12158:11, 12158:13,
  12160:9, 12161:14,
  12162:1, 12162:9,
  12162:18, 12163:5,
  12163:12, 12163:24,
  12164:5, 12164:8,
  12164:10, 12164:14,
  12164:19, 12169:2,
  12169:17, 12169:21,
  12170:17, 12170:20,
  12170:22, 12171:4,
  12171:15, 12171:22,
  12172:5, 12172:7,
  12172:11, 12172:13,
  12172:16, 12173:13,
  12173:17, 12173:19,
  12173:23, 12174:9,
  12174:19, 12174:21,
  12175:5, 12179:3,
  12180:13, 12181:19,
  12182:1, 12182:4,

12183:11, 12183:12, 12185:9, 12185:12, 12185:16, 12185:19, 12186:2, 12186:14, 12187:5, 12187:9, 12187:18, 12190:11, 12197:3, 12197:4, 12197:5, 12197:8, 12197:18, 12197:24, 12197:25, 12201:5, 12201:8, 12204:17, 12208:7, 12210:1, 12212:2, 12212:17, 12212:25, 12213:9, 12213:11, 12213:15, 12213:19, 12213:25, 12215:12, 12221:5, 12222:1, 12222:3, 12222:5, 12222:10, 12222:18, 12222:21, 12222:23, 12223:2, 12223:8, 12224:3, 12227:15, 12227:20, 12227:24, 12228:14, 12228:21, 12229:4, 12229:12, 12229:14, 12230:12, 12230:13, 12230:16, 12231:5, 12233:13, 12244:23, 12245:15, 12246:13, 12246:17, 12246:25, 12247:20, 12248:23, 12249:1, 12249:7, 12249:20, 12249:22, 12250:5, 12250:16, 12251:11, 12251:20, 12251:22, 12252:5, 12252:18, 12252:22, 12252:25, 12253:5, 12253:12, 12253:15, 12253:20, 12253:25, 12254:4, 12254:12, 12254:16, 12255:1, 12255:7, 12255:12, 12255:14, 12255:19, 12255:25, 12256:2, 12256:4, 12256:10, 12256:15, 12256:19, 12257:4, 12257:7, 12257:18, 12257:20, 12258:17, 12258:25, 12259:2, 12259:5, 12259:7, 12259:15, 12259:17, 12259:19, 12259:21, 12259:23, 12260:1, 12260:3, 12260:5, 12260:13, 12262:9, 12263:24, 12267:16, 12267:21, 12267:23, 12269:14, 12269:17, 12270:7,

12270:15, 12271:3, 12271:7, 12271:22, 12272:1, 12272:4, 12272:12, 12272:16, 12272:18, 12272:22, 12273:1, 12273:5, 12273:13, 12273:25, 12274:8, 12274:15, 12274:22, 12275:11, 12276:7, 12276:20, 12277:2, 12277:7, 12277:18, 12277:20, 12277:24, 12278:1, 12278:2, 12278:3
**theory** [1] - 12160:4
**thereafter** [3] - 12205:4, 12206:15, 12206:20
**they've** [2] - 12150:20, 12258:21
**thinking** [4] - 12247:1, 12249:24, 12268:3, 12268:8
**third** [1] - 12231:23
**thousands** [1] - 12178:5
**three** [7] - 12149:17, 12149:20, 12165:12, 12236:18, 12258:5, 12259:12, 12263:16
**throat** [1] - 12254:5
**throughout** [2] - 12166:11, 12167:11
**Thursday** [1] - 12151:5
**ticket** [1] - 12262:24
**timeline** [1] - 12182:17
**timer** [1] - 12216:7
**timestamp** [1] - 12208:4
**timestamps** [3] - 12182:25, 12183:2, 12233:3
**timing** [1] - 12155:23
**Timothy** [1] - 12146:17
**TIMOTHY** [2] - 12145:9, 12278:8
**today** [11] - 12152:1, 12152:5, 12167:1, 12178:5, 12201:16, 12212:3, 12212:5, 12218:11, 12240:14, 12259:7, 12268:1
**together** [6] - 12182:17, 12184:5, 12205:9, 12207:16, 12207:17, 12258:22
**tomorrow** [1] -

12176:15
**ton** [3] - 12166:10, 12167:10, 12167:11
**tons** [1] - 12167:10
**took** [5] - 12215:10, 12215:17, 12228:1, 12251:1, 12251:17
**tools** [1] - 12268:6
**top** [3] - 12175:21, 12188:2, 12217:17
**topics** [1] - 12267:15
**Total** [2] - 12224:16, 12224:21
**touch** [1] - 12208:16
**towards** [7] - 12210:13, 12236:9, 12236:10, 12243:2, 12243:5, 12243:8, 12266:5
**traffic** [1] - 12219:21
**traitors** [1] - 12178:13
**transcript** [14] - 12146:21, 12185:2, 12185:25, 12186:12, 12186:17, 12215:14, 12254:24, 12255:10, 12256:6, 12256:13, 12257:19, 12258:15, 12278:10, 12278:11
**TRANSCRIPT** [1] - 12145:8
**transcription** [1] - 12146:21
**transcripts** [7] - 12170:12, 12184:20, 12185:14, 12186:1, 12186:9, 12186:11, 12233:3
**transmission** [2] - 12230:23, 12231:14
**transmissions** [1] - 12199:20
**transparency** [1] - 12277:14
**Travis** [1] - 12210:6
**treason** [1] - 12214:9
**Trevor** [1] - 12240:13
**TRIAL** [1] - 12145:8
**trial** [7] - 12151:7, 12154:3, 12168:10, 12171:10, 12212:3, 12271:9, 12277:12
**tried** [1] - 12249:18
**trucks** [2] - 12232:18, 12235:15
**true** [4] - 12151:20, 12151:22, 12278:9, 12278:10
**Trump** [6] - 12192:20, 12205:14, 12207:7,

12224:20, 12226:10, 12227:9
**Trump's** [1] - 12234:21
**try** [9] - 12206:25, 12212:17, 12212:22, 12213:11, 12213:12, 12213:16, 12249:11
**trying** [4] - 12166:8, 12255:22, 12270:8, 12275:17
**Tuck** [2] - 12199:13
**Tucker** [3] - 12150:11, 12150:12, 12152:11
**Tuesday** [1] - 12145:6
**turn** [5] - 12153:12, 12153:14, 12162:23, 12193:11, 12273:14
**turned** [1] - 12220:20
**tweet** [3] - 12159:1, 12159:3, 12160:19
**two** [25] - 12148:19, 12149:8, 12149:25, 12150:25, 12151:10, 12152:18, 12154:9, 12155:2, 12155:3, 12155:7, 12158:20, 12160:22, 12161:7, 12161:24, 12176:11, 12177:17, 12179:15, 12199:12, 12205:3, 12215:19, 12237:16, 12259:12, 12260:23, 12271:10, 12273:21
**type** [1] - 12187:1
**types** [2] - 12167:23, 12167:24

## U

**U.S** [10] - 12145:14, 12146:18, 12153:21, 12188:12, 12201:23, 12219:6, 12232:18, 12233:18, 12234:8, 12239:9
**Uhuru** [2] - 12188:17, 12211:14
**ultimately** [1] - 12166:13
**uncontroversial** [1] - 12253:18
**under** [10] - 12151:21, 12157:22, 12161:1, 12161:9, 12177:17, 12246:23, 12271:23, 12274:13, 12274:25, 12276:8
**under-seal** [2] - 12271:23, 12276:8

**underneath** [1] - 12211:7
**understood** [5] - 12186:15, 12256:6, 12269:4, 12269:21, 12270:10
**unduly** [3] - 12260:2, 12268:22, 12269:10
**unintentional** [1] - 12247:21
**UNITED** [3] - 12145:1, 12145:2, 12145:10
**United** [6] - 12145:12, 12148:3, 12164:13, 12203:8, 12222:24, 12278:14
**unknown** [1] - 12157:12
**unless** [3] - 12149:2, 12276:9, 12277:4
**unrelated** [2] - 12150:15, 12153:24
**up** [64] - 12152:2, 12152:7, 12154:23, 12155:5, 12156:25, 12160:5, 12162:13, 12167:3, 12171:19, 12171:23, 12174:22, 12177:16, 12179:18, 12179:19, 12180:7, 12181:5, 12181:10, 12183:21, 12186:17, 12188:2, 12195:22, 12196:9, 12198:21, 12203:13, 12203:19, 12206:23, 12207:11, 12209:24, 12214:3, 12215:13, 12217:6, 12217:16, 12217:17, 12220:2, 12222:16, 12236:18, 12237:2, 12237:9, 12239:15, 12239:24, 12241:12, 12242:23, 12247:16, 12251:13, 12253:1, 12253:7, 12254:9, 12254:23, 12254:24, 12254:25, 12255:1, 12255:11, 12256:7, 12256:13, 12256:17, 12257:9, 12258:10, 12258:15, 12261:21, 12262:3, 12266:11, 12268:23, 12269:1, 12269:16
**update** [1] - 12162:5
**updated** [2] - 12263:2, 12268:12
**upper** [2] - 12245:24, 12266:11

**urgent** [1] - 12271:11

## V

**vacuum** [1] - 12275:10
**vanilla** [1] - 12160:19
**variety** [1] - 12174:4
**various** [1] - 12274:12
**verified** [2] -
 12182:21, 12183:2
**version** [1] - 12186:22
**versus** [1] - 12159:7
**vice** [1] - 12177:10
**video** [64] - 12150:12,
 12150:14, 12150:19,
 12150:22, 12152:13,
 12152:16, 12152:19,
 12153:5, 12153:6,
 12153:11, 12157:13,
 12157:20, 12159:1,
 12161:21, 12168:9,
 12168:14, 12174:12,
 12183:5, 12183:8,
 12183:15, 12183:16,
 12183:19, 12184:2,
 12185:11, 12187:25,
 12190:7, 12190:21,
 12196:24, 12197:12,
 12204:9, 12204:24,
 12213:21, 12216:1,
 12216:3, 12217:13,
 12219:18, 12220:21,
 12227:2, 12232:6,
 12232:19, 12234:6,
 12234:13, 12237:19,
 12237:20, 12238:7,
 12240:22, 12240:25,
 12241:1, 12241:18,
 12245:25, 12246:1,
 12246:21, 12255:9,
 12255:19, 12255:23,
 12256:4, 12258:19,
 12258:21, 12260:9,
 12260:10, 12266:12,
 12266:14, 12269:13
**Video** [96] - 12188:15,
 12189:7, 12189:18,
 12190:22, 12191:8,
 12191:18, 12192:5,
 12192:15, 12193:2,
 12193:8, 12193:18,
 12194:3, 12194:20,
 12195:17, 12196:5,
 12196:13, 12198:9,
 12198:12, 12199:4,
 12199:15, 12199:23,
 12202:9, 12202:23,
 12203:24, 12208:15,
 12209:1, 12209:18,
 12210:19, 12211:12,

12212:14, 12212:15,
 12213:24, 12214:7,
 12214:19, 12215:6,
 12215:22, 12216:20,
 12217:22, 12218:3,
 12218:17, 12219:2,
 12219:8, 12219:14,
 12219:25, 12220:11,
 12220:16, 12220:24,
 12225:15, 12225:25,
 12226:22, 12227:5,
 12230:19, 12234:1,
 12234:18, 12235:2,
 12235:19, 12236:3,
 12236:15, 12236:22,
 12237:5, 12237:12,
 12238:2, 12238:17,
 12239:5, 12239:11,
 12239:19, 12240:2,
 12240:6, 12240:19,
 12241:9, 12242:1,
 12242:21, 12243:17,
 12244:14, 12245:5,
 12245:20, 12246:2,
 12254:18, 12257:1,
 12257:5, 12257:8,
 12257:12, 12258:2,
 12258:9, 12260:18,
 12261:2, 12261:14,
 12261:17, 12264:2,
 12264:5, 12264:13,
 12264:25, 12265:24,
 12266:7, 12266:20,
 12267:6
**videos** [27] -
 12152:21, 12159:25,
 12166:18, 12167:10,
 12168:5, 12168:9,
 12169:5, 12169:6,
 12169:10, 12170:13,
 12174:3, 12174:7,
 12182:15, 12183:13,
 12184:4, 12184:5,
 12184:7, 12188:21,
 12200:8, 12200:24,
 12232:22, 12237:16,
 12241:5, 12245:9,
 12251:1, 12251:16,
 12268:24
**view** [1] - 12212:6
**vindictive** [1] -
 12275:7
**violations** [2] -
 12151:3, 12154:14
**voice** [29] - 12151:8,
 12168:1, 12181:15,
 12191:1, 12191:14,
 12203:5, 12206:8,
 12227:10, 12228:3,
 12228:4, 12228:12,

12230:7, 12230:9,
 12230:10, 12230:13,
 12230:14, 12234:21,
 12246:5, 12246:8,
 12247:17, 12248:5,
 12248:12, 12248:17,
 12248:21, 12249:2,
 12251:12, 12255:4,
 12269:5, 12269:6
**voices** [5] - 12167:17,
 12227:18, 12248:8,
 12249:5
**volume** [5] - 12211:20,
 12211:25, 12212:23,
 12214:1, 12246:21

## W

**wait** [2] - 12164:3,
 12222:12
**waiting** [1] - 12154:25
**walk** [1] - 12210:9
**walked** [1] - 12182:24
**walking** [4] -
 12210:23, 12220:13,
 12243:1, 12243:5
**wants** [2] - 12228:6,
 12250:19
**War** [2] - 12224:16,
 12224:21
**warrants** [2] -
 12167:11, 12167:22
**Washington** [13] -
 12145:5, 12145:15,
 12145:25, 12146:19,
 12176:14, 12182:4,
 12183:7, 12188:9,
 12195:4, 12205:11,
 12206:4, 12218:14,
 12278:15
**watch** [3] - 12152:11,
 12183:17, 12227:2
**watched** [1] -
 12250:25
**watching** [6] -
 12167:10, 12167:13,
 12180:7, 12190:8,
 12208:11, 12224:20
**wear** [1] - 12176:16
**wearing** [3] -
 12190:17, 12239:15,
 12263:18
**weird** [1] - 12153:8
**welcome** [1] -
 12164:14
**West** [1] - 12146:9
**whatsoever** [1] -
 12155:23
**wheelchair** [1] -
 12192:1

**whichever** [1] -
 12155:6
**white** [2] - 12202:18,
 12209:7
**White** [1] - 12176:19
**whole** [6] - 12160:4,
 12207:8, 12209:25,
 12225:9, 12252:13,
 12252:23, 12255:23,
 12263:13, 12269:8
**wholesale** [2] -
 12169:19, 12171:21
**wholly** [2] - 12259:24,
 12260:5
**wild** [1] - 12178:16
**William** [4] -
 12198:18, 12198:19,
 12257:23, 12270:12
**withdrawing** [1] -
 12155:12
**witness** [34] -
 12164:4, 12164:16,
 12179:1, 12180:10,
 12182:8, 12186:16,
 12190:2, 12197:7,
 12201:3, 12204:14,
 12208:2, 12213:2,
 12221:2, 12221:25,
 12223:1, 12223:6,
 12223:25, 12229:1,
 12229:5, 12231:1,
 12232:10, 12252:16,
 12256:9, 12259:11,
 12261:22, 12268:10,
 12269:2, 12269:4,
 12273:15, 12273:16,
 12273:17, 12274:2,
 12276:16, 12276:18
**WITNESS** [9] -
 12147:2, 12164:19,
 12182:1, 12182:4,
 12183:12, 12197:4,
 12197:25, 12210:1,
 12230:13
**Witness** [1] -
 12267:22
**witness's** [1] -
 12277:5
**witnesses** [12] -
 12271:15, 12271:16,
 12271:18, 12271:21,
 12272:8, 12272:10,
 12272:15, 12273:4,
 12273:8, 12273:21,
 12274:3, 12275:24
**Wolkind** [16] -
 12177:7, 12177:14,
 12177:20, 12178:2,
 12178:4, 12178:7,
 12178:10, 12204:25,

12205:1, 12205:10,
 12206:24, 12207:5,
 12207:14, 12207:15,
 12207:20, 12232:4
**Wolkind's** [1] -
 12177:8
**wondered** [1] -
 12155:8
**word** [3] - 12188:17,
 12228:9, 12248:3
**words** [5] - 12186:17,
 12203:7, 12227:8,
 12247:22, 12248:6
**worry** [1] - 12163:20
**worth** [4] - 12247:7,
 12248:12, 12249:25,
 12270:19
**writing** [1] - 12150:9

## Y

**years** [6] - 12150:25,
 12151:16, 12151:18,
 12154:9, 12165:9,
 12165:11
**yell** [2] - 12218:7,
 12246:5
**yellow** [4] - 12176:1,
 12194:7, 12194:13,
 12226:25
**yesterday** [5] -
 12148:18, 12149:2,
 12159:23, 12185:23,
 12269:19, 12270:10
**yo** [1] - 12227:9
**Yo** [1] - 12191:11
**York** [6] - 12145:18,
 12146:13, 12198:20,
 12257:24, 12258:6,
 12264:21
**yourself** [6] -
 12164:24, 12166:18,
 12167:5, 12167:17,
 12167:25
**YutYut** [1] - 12176:4

## Z

**Zach** [12] - 12177:13,
 12179:18, 12194:24,
 12200:16, 12206:8,
 12206:15, 12207:14,
 12210:2, 12218:22,
 12245:10, 12246:9,
 12255:4
**Zachary** [23] -
 12148:4, 12166:15,
 12176:1, 12189:12,
 12191:15, 12195:7,
 12201:19, 12201:20,

12300

12203:21, 12205:16,
12217:1, 12225:19,
12226:25, 12227:3,
12227:10, 12230:4,
12230:14, 12236:20,
12238:23, 12245:25,
12248:5, 12248:12,
12252:8
**zebra** [1] - 12170:2
**zero** [1] - 12180:8