```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
v.                                        1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Wednesday, April 19, 2023
6-DOMINIC J. PEZZOLA,             9:15 a.m.
                      Defendants.
- - - - - - - - - - - - - - - - - x
_____

                 TRANSCRIPT OF JURY TRIAL - DAY 67
                    *** MORNING SESSION ***
          HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
                 UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:   Jason B.A. McCullough, Esq.
                         Erik M. Kenerson, Esq.
                         Nadia Moore, Esq.
                         Conor Mulroe, Esq.
                         U.S. ATTORNEY'S OFFICE
                         555 4th Street, NW
                         Washington, DC 20530
                         (202) 252-7233

For the Defendants:      Nicholas D. Smith, Esq.
                         DAVID B. SMITH, PLLC
                         7 East 20th Street
                         Suite 4r
                         New York, NY 10003
                         (917) 902-3869

                         Norman A. Pattis, Esq.
                         PATTIS & SMITH, LLC
                         383 Orange Street
                         1st Floor
                         New Haven, CT 06511
                         (203) 393-3017

                         John D. Hull, IV, Esq.
                         HULL MCGUIRE PC
                         1420 N Street, NW
                         Washington, DC 20005
                         (202) 429-6520
```

APPEARANCES CONTINUED:

For the Defendants:          Carmen D. Hernandez, Esq.
                             7166 Mink Hollow Road
                             Highland, MD 20777
                             (240) 472-3391

                             Nayib Hassan, Esq.
                             LAW OFFICES OF NAYIB HASSAN, P.A.
                             6175 NW 153 Street
                             Suite 209
                             Miami Lakes, FL 33014
                             (305) 403-7323

                             Sabino Jauregui, Esq.
                             JAUREGUI LAW, P.A.
                             1014 West 49 Street
                             Hialeah, FL 33012
                             (305) 822-2901

                             Steven A. Metcalf, II, Esq.
                             METCALF & METCALF, P.C.
                             99 Park Avenue
                             6th Floor
                             New York, NY 10016
                             (646) 253-0514

                             Roger I. Roots, Esq.
                             ROGER ROOTS, ATTORNEY AT LAW
                             113 Lake Drive East
                             Livingston, MT 59047
                             (775) 764-9347

Court Reporter:              Timothy R. Miller, RPR, CRR, NJ-CCR
                             Official Court Reporter
                             U.S. Courthouse, Room 6722
                             333 Constitution Avenue, NW
                             Washington, DC 20001
                             (202) 354-3111


Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

# C O N T E N T S

**WITNESS:**                                              **PAGE:**

DOMINIC PEZZOLA:
Direct Examination by Mr. Metcalf................18949

1          **P R O C E E D I N G S**

2          THE DEPUTY CLERK:  This is Criminal Matter 21-175,

3    United States of America v. Defendant 1, Ethan Nordean;

4    Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;

5    Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

6    Pezzola.

7          Present for the Government are Jason McCullough,

8    Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

9    Defendant 1 is Nicholas Smith; present for Defendant 2 are

10   John Hull and Norman Pattis; present for Defendant 3 is

11   Carmen Hernandez; present for Defendant 5 are Nayib Hassan

12   and Sabino Jauregui; present for Defendant 6 are Steven

13   Metcalf and Roger Roots.  Also present are Defendant 1,

14   Mr. Nordean; Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl;

15   Defendant 5, Mr. Tarrio; and Defendant 6, Mr. Pezzola.

16          THE COURT:  All right.  Well, good morning to

17   everyone.

18          We just have a couple of quick things I want to

19   address before we get started with the jury.

20          The first is I'm going to admit the exhibits that

21   the -- I, sort of, conditionally admitted yesterday, 2007

22   and 2008.  I do think I have a basis to admit them.  The

23   only outstanding issue was authentication.  I'm going to

24   overrule that objection based on Mr. Rehl's testimony and,

25   in the alternative, I would find authentication based on the

1    videos that I've already admitted of January 6th in this

2    trial, including, most obviously, the video of the exact

3    same scene that I had admitted the day beforehand.  So those

4    two exhibits will be admitted.

5          Second, where we left off -- we left off with the

6    issue -- Mr. Metcalf, your request of me.  I did re-read

7    both what you submitted and what Mr. Roots submitted on the

8    same issue on the same day, whenever it was, a few weeks

9    ago.  And I do think, look, here's -- it seems to me there

10   are two potential 403 grounds for objection here.  One of

11   them, in theory, could have been asserted by the Government,

12   depending on what you were going to get into, what

13   Mr. Pezzola's explanation would be.  The other, of course,

14   is Mr. Biggs.  The Government has not objected on 403

15   grounds to any of the things that you've laid out that would

16   form the basis for Mr. Pezzola's explanation.  So -- I'll

17   come back to that in a moment, but I think the key, then, is

18   with regard to Mr. Biggs.  And I think, at the end of the

19   day, given that no party is going to assert that this is

20   true and that Mr. Kenerson has made clear the Government is

21   going to be making clear in its cross-examination that the

22   Government doesn't believe this is true, Mr. Pezzola is not

23   going to -- is going to disclaim its truth, and on top of

24   all that, as we discussed yesterday, although it had slipped

25   Mr. Pattis's mind, I will instruct them, essentially, what

1    we've all talked about, and I want to -- that it's --

2    essentially, that there's no evidence of this.  I will

3    read -- I want to read to the parties one change I want to

4    make to what you all had circulated, because it's likely to

5    first come up, Mr. Metcalf, in your direct, it sounds like.

6    And so the -- what you all had -- so we'll come back to that

7    in a moment.  But I think, at the end of the day, given all

8    of those safeguards, I think I'm going to, sort of, however

9    you want to put it, overrule your -- or not grant your

10   application, or however you want to put it, with all of

11   those -- with the safeguards we talked about, because I

12   think the details of the lie are important for the jury to

13   hear.  It's -- I think it would be difficult to evaluate

14   Mr. Pezzola's credibility without those details.

15           Before I get to the instruction, I'll just say --

16   I mean, obviously, the Government has said if you -- if

17   Mr. Pezzola takes the stand and says -- and puts the blame

18   on his attorney, they've said, I mean, that you'll have an

19   attorney on the stand in their rebuttal case to talk about

20   why that's not true.  So you will have to -- it seems to me,

21   having nothing to do with my ruling one way or the other,

22   you're going to have to be very careful about what the

23   testimony is so -- if you don't want to engender a rebuttal

24   witness from the Government, whether it's Mr. Pezzola's

25   former lawyer or whether it's some other rebuttal witness.

18928

1    That is for you to ensure that you don't do that if you

2    don't want to do it.  But that's not an issue that's before

3    me.

4         I do think the limiting instruction would have to

5    be tweaked just because it sounds like it's going to come up

6    first on your direct rather than from the Government.  So

7    this is -- it reads currently, "You have heard evidence

8    about Mr. Pezzola's statement regarding a gun.  The

9    Government has presented no evidence that there was, in

10   fact, a gun."  And it reads now, "The evidence was presented

11   to attack Mr. Pezzola's credibility and should be considered

12   for no other purpose."  I just tweaked that last line to

13   read, "You may consider Mr. Pezzola's statement," so it's --

14   I thought "the evidence was presented" was a little vague

15   about whether it was a statement or whether there was some

16   other evidence about a gun.  So to be more specific, "You

17   may consider Mr. Pezzola's statement in evaluating his

18   credibility and for no other purpose."  Again, rather than

19   presenting it as an attack.

20        MR. PATTIS:  (Indicating.)

21        THE COURT:  Yes, Mr. Pattis?

22        MR. PATTIS:  Would the Court consider -- and I

23   don't think the parties discussed this -- adding the

24   following sentence, "Neither party asserts that there was,

25   in fact, a gun," to make it clear that no one's suggesting

1 that there was?  I think --

2    THE COURT:  I -- Mr. Kenerson, what's your view?

3 I think that's -- I think that would be fine.  I mean, it --

4 I would say it would almost replace the prior sentence which

5 is, "The Government has presented no evidence that there

6 was, in fact, a gun."  We could just say neither party

7 contends that.

8    MR. KENERSON:  I think that's fine.  I -- the

9 point I was going to make was, I think, the one the Court

10 just did, which is that, I think, it's -- if we include both

11 sentences, it's redundant, but either language is fine.

12    THE COURT:  Yeah.  Mr. Pattis, I'd say replace it.

13 So let me just --

14    MR. HULL:  Your Honor, Dan Hull.  Mr. Pattis and I

15 were just speaking and we were wondering if you couldn't go

16 a little further and just say, "It is not true."

17    THE COURT:  Well, that's -- no.

18    MR. HULL:  Why not?

19    THE COURT:  Because it's not my job to tell the

20 jury what is true and not true.  That's why.

21    MR. HULL:  If it's, in fact, to assess

22 Mr. Pezzola's credibility, why can't we go that far?

23    THE COURT:  I am not a roving finder of truth.  I

24 think that's the answer.

25    MR. HULL:  Fair enough.

1          THE COURT:  "Neither party contends that" -- okay.

2    So it would, then, in summary, read, "You have heard

3    evidence about Mr. Pezzola's statement regarding a gun.

4    Neither party contends that there was, in fact, a gun.  You

5    may consider Mr. Pezzola's statement in evaluating his

6    credibility and for no other purpose."

7          I suppose -- well, all right.  That's --

8    Mr. Pattis do you want me to read that again?  Because it's

9    your client that's most at issue here and I know --

10          MR. PATTIS:  Yes, please.

11          THE COURT:  All right.  "You have heard evidence

12    about Mr. Pezzola's statement regarding a gun.  Neither

13    party contends that there was, in fact, a gun.  You may

14    consider Mr. Pezzola's statement in evaluating his

15    credibility and for no other purpose."

16          MR. PATTIS:  Thank you.  No objection.

17          THE COURT:  All right.  So that's what we will do

18    on that.

19          I don't have -- is there any -- I mean, obviously,

20    we've talked about -- we're going to be talking about the

21    jury instructions at 2:00 o'clock and I've -- and we'll do

22    that.  Is there anything else before we begin?

23          MR. ROOTS:  (Indicating.)

24          THE COURT:  Mr. Roots?

25          MR. ROOTS:  Yeah.  First of all, I want to say

18931

```
1    I've been, you know, away at that other trial, and that is
2    now awaiting jury verdict, so at some point -- who knows --
3    I'm hoping that that -- any verdict announcement will be
4    during a break and I'll be able to go up there and deal with
5    that.  But there's a more important issue that I want to go
6    to the phones over.  It may be a sealed issue.
7            THE COURT:  Well -- all right.  Let's go to the
8    phones.
9            (Bench conference:)
10           (Following proceedings under seal:)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

18932



18933



24          (Following proceedings in open court:)

25          THE COURT:  Ms. Hernandez, I think you had your

18934

1      hand up before we went to the phones.

2              MS. HERNANDEZ:  Are you finished with the issue on

3      the Pezzola?  I don't want -- it's not about the Pezzola --

4              THE COURT:  Yes.

5              MS. HERNANDEZ:  Okay.  So I understand Your Honor

6      admitted those exhibits conditionally.  The -- and you said,

7      in part, on the -- on one you admitted the first -- two days

8      ago, three days -- whatever it was, the first one -- I

9      had -- I'm still requesting that the Government identify the

10     source of that video.  As I said in court the other day, no

11     one from the prosecution team has told me where it came, but

12     they have told other defense lawyers that it was supposedly

13     received anonymously or something like that.  So I'm still

14     requesting, because I think that would go to the

15     authenticity of where this came from -- and I'm still

16     requesting the Giddings Brady request because I would say to

17     the Court -- I think anybody here -- all of us here who have

18     practiced criminal law knows that when there's a proffer

19     session, if they asked -- if the -- obviously, they're

20     asking about Mr. Rehl, and they asked about pepper spray.

21     I'm fair -- I would be fairly certain that they also asked

22     the question, "Did you see Mr. Rehl use pepper spray or

23     spray somebody?"  And I can't imagine that lawyers and --

24     and we know that, but the jury doesn't know that.  And I

25     shouldn't need to, like, tell the jury, "Well, maybe" --

```
 1    they don't even know Giddings is a cooperator.  So I've made

 2    a -- and I don't believe -- the 302s and the agent notes

 3    that they have produced don't pinpoint that particular point

 4    which, I believe, would be Brady.  If the gentleman said,

 5    "No, I didn't see it," I think that's Brady.

 6              THE COURT:  But I -- so I don't -- I guess I don't

 7    disagree with you on that, although it -- I'm not being

 8    asked to decide that right now.  But you do have, obviously,

 9    this -- the statement we've been talking about, and I'm

10    not -- I understand that's not a substitute for other things

11    that might exist, but I think it's obvious he said, "I

12    didn't" -- right -- "I didn't see that."  So --

13              MS. HERNANDEZ:  So the point is I don't think

14    Brady requires me to infer or read between the lines.  The

15    fact that you didn't say it must mean that you -- the fact

16    that it's not included.  So that's all I'm saying.  I think

17    there has to be an affirmative statement.  He said no, then

18    that's an affirmative statement.  Especially -- and, again,

19    I didn't raise it for the past four months because it was

20    not an issue.

21              THE COURT:  But can I just --

22              MS. HERNANDEZ:  But it's become an issue.

23              THE COURT:  But it isn't -- I -- as I read it, it

24    is an affirmative statement.

25              MS. HERNANDEZ:  No, it's not, Your Honor.  It
```

```
 1    requires me to read between the lines.

 2             THE COURT:  I'm going to --

 3             MS. HERNANDEZ:  And it requires me to introduce --

 4    if I were to introduce that, it introduces a lot of

 5    extraneous materials.

 6             THE COURT:  I'm just -- fair enough.  I'm just

 7    going to read what it says.  "Rehl did not obtain any bear

 8    spray."  I guess that -- I guess --

 9             MS. HERNANDEZ:  Well, it -- fine.

10             THE COURT:  I guess it could be -- I -- some

11    other, you know -- fair enough.  I -- but that's what it

12    says.

13             MS. HERNANDEZ:  Anyway, in my opinion, United

14    States v. Brady -- no, Brady v. Maryland, the Due Process

15    Protections Act -- I can go down the line.

16             THE COURT:  I'm not --

17             MS. HERNANDEZ:  I think I'm entitled to an

18    affirmative statement from the Government.  I've requested

19    it.  And I think I'm entitled to it before the evidence is

20    closed.

21             THE COURT:  I agree you're entitled to anything

22    along those lines, but the Government, of course, has to

23    have it for you to be entitled to it.

24             So Mr. Kenerson, what can you say about your

25    response to Ms. -- and have it, at a minimum, before the
```

1    jury gets the case.  Mr. Kenerson, what can you say about

2    your response to Ms. Hernandez's request?

3                 MR. KENERSON:  Thank you, Your Honor.

4                 We've looked into it in response to

5    Ms. Hernandez's request and, after further review, we do not

6    believe that Mr. Giddings has made any substantive

7    statements to the Government that were not captured in the

8    materials that were previously provided to Ms. Hernandez.

9    So she's got the substance.

10                MS. HERNANDEZ:  I don't think she got the

11   substance.  As the Court says, yes, I can read between the

12   lines.  I can infer.

13                MR. KENERSON:  We have -- let me --

14                MS. HERNANDEZ:  I'm sorry --

15                MR. KENERSON:  Can I clarify?  Sorry.

16                THE COURT:  Let's let them clarify.

17                MR. KENERSON:  We have no reason to believe that

18   Mr. Giddings was asked the question Ms. Hernandez is

19   referring to.  We believe that the substance of his

20   statements to the Government were captured in the materials

21   provided.

22                THE COURT:  Okay.  Let me just say this.  If

23   there's anything -- let me offer myself up.  If there's

24   anything the Government thinks is on the line here that

25   is -- that should be -- that there's any question about

1    whether it should be produced under Brady, the Due Process

2    Protections Act, or any of the rest, you may submit it to me

3    in camera for my review if you think that's appropriate.

4    I'm not going to -- I mean, I hear your representations, but

5    I -- and I'm -- but I'm simply saying if you want to submit

6    it to me, if there's something you think is on the line

7    about whether it should be disclosed or not and you want to

8    submit it to me so I can review it and I can make that

9    determination, I'm happy to do that if you think that's

10    something you want to avail yourself of.

11           MR. KENERSON:  Understood, Your Honor.  And just

12    to be clear, so we're talking -- and if there is -- I would

13    ask my teammates to jump in if I'm getting any of these

14    details wrong -- but there were, I believe, two interview

15    sessions at play.  One was recorded.  There's a transcript.

16    That entire transcript has been produced.  The other was not

17    recorded.  Both the 302 and the interview notes have been

18    produced.  So there is nothing else to produce to the Court

19    or to Ms. Hernandez.

20           THE COURT:  Okay.  I mean, I don't -- if those are

21    the facts, Ms. Hernandez, I don't know where we go from

22    here.  I mean, I -- that doesn't exhaust -- obviously, just

23    saying that doesn't exhaust the Government's -- doesn't mean

24    they don't have a duty to scour their files to make sure

25    there isn't anything else.  But if you have the 302, you

18939

1    have the notes, you have the transcript, I -- that's a

2    pretty fulsome --

3         MS. HERNANDEZ:  We have the transcript of one.

4         THE COURT:  Right.

5         MS. HERNANDEZ:  And, again, Your Honor, I --

6    anybody who's ever been in a proffer session, a proffer

7    session -- I mean, Giddings was -- is a misdemeanor

8    defendant.  They did a cooperation agreement.  They did all

9    sorts of proffers.  It was directed at Mr. Rehl.  You can

10   see it in the statement of offense.  Forgive me if I'm --

11   I've been in proffer sessions.  I've been doing criminal

12   work for a long time which means I've had a lot of

13   cooperating defendants.  That's the reality of criminal

14   defense work; correct?  So I'm not -- I'm just saying it's

15   not that I'm -- I always go to trial and I never have

16   cooperating -- I've been in a lot of proffer sessions.  I

17   think we all have.  I -- I'm a little incredulous that these

18   persons who are preparing to go to trial where there's all

19   these allegations of force and pepper-spraying and

20   everything else, and when they ask about bear spray and

21   blah, blah, blah, they don't ask the kill-shot question.

22   "Did you see it?"  "Did he, you know -- did he have" -- I

23   can't -- it's -- I'm incredulous that three or four agents,

24   experienced prosecutors who are present, no one said, "Did

25   you see him spray?"  He might have said, "I wasn't there.  I

```
 1    didn't" -- but I cannot -- it's hard for me to believe that
 2    not one prosecutor, not one agent asked that question during
 3    multiple proceedings.  And we all know, you know, notes --
 4    note-taking is note-taking.  I take notes -- my notes -- of
 5    the trial.  They're not the same as -- so I just -- the
 6    Court has told the Government they know their obligation.
 7    This is a key issue that -- they're going to tell the jury
 8    that he lied.  In fact, they're asking the Court -- on a
 9    video -- if I had been on the stand under oath, I would have
10    said, "I don't see what you're -- I don't see the spray that
11    you're claiming you -- you're -- there."  So this is a big
12    issue.
13            THE COURT:  I mean, I think that's what he did
14    say.
15            MS. HERNANDEZ:  Right.  But I'm --
16            THE COURT:  Right.
17            MS. HERNANDEZ:  -- just saying this isn't -- I
18    didn't see it.  I looked at it.  And I have played the video
19    100 times.  Oh, and I want to bring -- I want to talk about
20    that in a minute, also, but that's all I'm going to say
21    about that.
22            THE COURT:  Okay.  Look, I -- we can defer the
23    issue of the jury instruction.  That's what 2:00 o'clock is
24    for, in part.  So we'll talk about it then.  And all I can
25    say is the Government knows its obligations.  Again, it
```

1    sounds -- that -- just by mere fact of them producing all

2    the documents they have is not -- does not conclusively

3    demonstrate that they've met those obligations.  On the

4    other hand, it's pretty strong evidence that they have.  I

5    take your point, Ms. Hernandez.  And so I'll just, again,

6    reiterate, if there is any material that the Government

7    wants to -- they've said there isn't any, but if there is

8    that you want to produce to me for in-camera review so I can

9    decide and produce it to you which, I know, is --

10          MS. HERNANDEZ:  Which I don't think -- I think the

11   only way they would -- that would be the process would be if

12   they believed there was some security issue.  I don't think

13   the -- I don't think it should go through -- you're not a

14   gatekeeper in this instance, I would -- would be my

15   position.

16          THE COURT:  They have an obligation, but there are

17   times when, if the Government thinks something is on the

18   line and there's some other countervailing reason they are

19   reluctant, I think it's the better course, rather than the

20   Government making that decision and withholding something on

21   its own, for it to at least let an independent arbiter make

22   that call.  It sounds like that's not really the issue here

23   because there's nothing else that would be produced to me,

24   but I thought -- I think that can be an appropriate way to

25   proceed in some circumstances.

1          MS. HERNANDEZ:  So there's two issues on the

2     video.  I'll leave one for later.  But the video -- one

3     issue on the video -- and I'm not sure how this gets

4     handled -- the video that the Government played over and

5     over again to Mr. Rehl yesterday, in -- if you -- if I -- I

6     believe I'm accurate in this description.  If you play it

7     without slowing it down or screen by screen or however all

8     those manipulations that you can do on the program, you --

9     it just flies by.  You can't see it.  And I'm just wondering

10    how this plays out to the jury, how this plays out during

11    closing argument, because as I say, if you just play the

12    video, you can't see that scene at all.  The only way you

13    can see it is if you play it frame by frame, slow it down,

14    and that type of thing.  And so if it's going to go to the

15    jury because it's in evidence, I'm not sure -- and if the

16    Government is going to play it in closing argument, or if

17    I'm going to play it in closing argument, I'm just -- I'm

18    raising a question.  I'm not -- I don't think I've ever

19    encountered this situation.

20          THE COURT:  I'm not sure -- I mean, it wouldn't be

21    the first video in this case that both parties have, like,

22    paused and slowed down and went, you know -- I mean, we've

23    been -- I've mentioned to my -- to, I guess -- in a way,

24    that reveals my age -- the -- compared to various ways we've

25    talked about these things -- to the Zapruder film, which I

1    mention to anyone under 30 and they have no idea what I'm

2    talking about.  But the point is we've -- you all have --

3    we've been looking at video frame by frame in all different

4    ways, so I'm not sure how this is any different.

5             MS. HERNANDEZ:  I think this is different.  We've

6    looked at frame by frame to get a better perspective or to

7    do this -- but in my opinion, in all the others, you still

8    get the picture by playing it regularly.  You just, maybe,

9    want to come back to point this -- if you play this video

10   regularly, you don't see it because, there's a -- it's

11   unstable or the -- I don't know exactly how to describe it,

12   but the camera becomes unstable.  It's -- you can't see it.

13   I've played this video more times than I'd like to admit.

14   You can't see it.  So I'm -- it's not something the Court

15   has to resolve and, maybe, we need to talk to the -- I don't

16   know how it plays out.  I've never had a situation exactly

17   like this.

18             THE COURT:  Okay.  I'm not sure -- again, I take

19   your point that it's different -- that there's a difference

20   the way you have just articulated it, but I'm not sure it's

21   a difference that makes a distinction -- I mean, that

22   there's a distinction there in the sense that, look, in

23   closings -- I mean, there's going to be video that has --

24   all sorts of video that's been admitted.  The jury will be

25   given -- will have the ability to play that video when it --

```
 1    if it would like, when it's deliberating, I believe.

 2    Usually in cases where I have video evidence, they're

 3    provided with something to play it, if they want to, and the

 4    parties will make use of that one way or the other in their

 5    closings.  But I don't think it -- I mean, I take your point

 6    that there's a distinction of what you can see and not see,

 7    but I don't think it's a -- I'm not sure that it's a

 8    distinction that makes a difference.  I suppose -- again,

 9    I -- whether -- yeah, I'm just not sure it's a distinction

10    that makes a difference.  But the parties can talk about it

11    and we can take it up if there's something you want to talk

12    about.

13              MR. KENERSON:  (Indicating.)

14              THE COURT:  Mr. Kenerson?

15              MR. KENERSON:  Just one thing I would like to note

16    in response, and I agree the Court doesn't need to make a

17    decision on this now, but the -- I would just take somewhat

18    of an issue with the way Ms. Hernandez characterized it as

19    "manipulating."  I mean, a video is just a series of

20    still --

21              MS. HERNANDEZ:  I didn't mean anything -- I wasn't

22    suggesting anything underhanded, just for the record,

23    clear -- I wasn't suggesting -- I just meant how it

24    functions or however.  I do -- I'm not suggesting in any

25    way, shape, or form that it was some underhanded, improper
```

1    procedure that was utilized.  Just wanted to clear that up.

2            MR. KENERSON:  So -- and appreciate that, but

3    regardless of what Ms. Hernandez's intent was, it's -- the

4    point I'm trying to make is that it's just not manipulation.

5    It's a -- a video is just a series of frames.  And when the

6    Court admits a video, it admits all the frames.  And so the

7    fact that we have the ability to slow it down and play frame

8    by frame means the video captures what's on those frames,

9    and however the parties use that should be fair game for

10   closing and fair game for the jury to do if they so choose

11   in deliberations.  The fact that whatever Mr. Rehl did with

12   what we contend was a can of spray lasted very short amounts

13   of time but happened to be picked up on a couple of frames,

14   that's something that we are permitted to put in front of

15   the jury.

16           THE COURT:  Yeah.  Like I said, I think it's an

17   issue that is -- maybe, plays out a little differently here

18   in the sense that it only shows up for a few frames, but I

19   don't think there's any, sort of, difference in kind that

20   warrants any action on my part or anyone else's part.

21           Anything further -- we don't -- we -- the jury --

22   we will be prepared to bring them in at 10:00 o'clock and

23   resume Mr. Pezzola's testimony.  Is there anything

24   further -- what I -- is there anything further anybody wants

25   to raise before we do that?

1      All right.  Wow, we've gotten our homework done on

2   time.

3      All right.  So here's what I propose we do.

4   Ms. -- I will -- we'll take a brief recess.  During that

5   recess, Mr. Pezzola can resume the stand.  We'll have the

6   jury in the box -- well, we'll -- Mr. Pezzola can resume the

7   stand.

8      Ms. Harris, when you let me know the jury is

9   ready, I will retake the bench and then with Mr. Pezzola on

10  the stand, with me on the bench, we will bring the jury in

11  as soon as they are ready.

12      So we'll take a brief recess and resume

13  Mr. Pezzola's testimony at 10:00, or shortly thereafter.

14      THE DEPUTY CLERK:  All rise.  This Honorable Court

15  stands in recess.

16      (Brief recess taken.)

17      (Dominic Pezzola resumed the witness stand.)

18      THE COURT:  Before I have --

19      THE DEPUTY CLERK:  We are back --

20      THE COURT:  Oh, go ahead, Ms. Harris.

21      THE DEPUTY CLERK:  We are back on the record in

22  Criminal Matter 21-175, United States of America v. Ethan

23  Nordean, et al.

24      THE COURT:  All right.  Before we bring the jury

25  in, there was just one other thing I wanted to mention,

1    Mr. Metcalf, which is while I think it is certainly -- as

2    we've discussed, having Mr. Pezzola explain the

3    circumstances under which he gave that prior statement and

4    to the extent that includes his status as incarcerated at

5    that time, I think that's -- I mean, we've all -- the

6    Government's not going to object to that and I think that's

7    fair.

8         It -- that doesn't mean his testimony should talk

9    about his current status or his status at any other time.

10   The point is I assume the Government would object to that,

11   and I would likely sustain that objection.  Just a thought

12   I'd get out ahead of this.  Obviously, his testimony should

13   just be regarding his circumstances at that time to explain

14   why he made the statement in question.

15        MR. METCALF:  Yes, sir.  And looking at my notes,

16   that is exactly what it does, from my understanding --

17        THE COURT:  Okay.

18        MR. METCALF:  -- just discuss at that time his

19   state of mind between the first two -- before first meeting

20   going up until the second meeting.

21        THE COURT:  Right.  And so it, you know --

22   there -- I -- it would -- I'm sure it would engender a --

23   any testimony about his incarceration at another time, I'm

24   sure, would engender an objection that I would sustain.

25        MR. METCALF:  Your Honor, I do have one other

18948

```
 1    question.  Since today we're doing things a little bit
 2    differently and we're going to be breaking at 12:00, are we
 3    going to break in between from now until 12:00?
 4              THE COURT:  Well --
 5              MR. METCALF:  Or are we going to be able to go
 6    that entire time?
 7              THE COURT:  Since we just had the break we had --
 8              MR. METCALF:  Okay.
 9              THE COURT:  -- I'll -- I will be --
10              Tim, let me ask you.  Do you think you can make it
11    through to 12:00?
12              THE COURT REPORTER:  (Indicates affirmatively.)
13              THE COURT:  Okay.  That's what I expected.  So
14    short of our court reporter letting me know that there's a
15    problem, we'll go straight through to 12:00.
16              MR. METCALF:  Excellent.  Thank you.
17              THE COURT:  All right.  Ms. Harris, you may get
18    the jury, please.
19              (Brief pause.)
20              THE DEPUTY CLERK:  Jury panel.
21              (Jury returned to jury box.)
22              THE COURT:  All right.  Everyone may be seated.
23              Welcome back, ladies and gentlemen.
24              We will continue with the direct examination of
25    Mr. Pezzola.
```

```
 1            MR. METCALF:  Thank you, Your Honor.
 2                      DIRECT EXAMINATION
 3   BY MR. METCALF:
 4   Q.  Good morning, Dom.  How are you doing?
 5   A.  Good morning, Steve.  Doing well.
 6   Q.  All right.  So yesterday, we left off with talking about
 7   that one main incident in Rochester in 2020.  Anything else
 8   that you remember about that time?
 9   A.  Just that it was a -- it was a very scary time.  Like I
10   said, work was slow, to say the least.  I had to lay off a
11   lot of employees.  My wife, she was working, but it was
12   before her bachelor -- or before her master's, so she wasn't
13   making very much money.  I was still the main supporter of
14   the house.  So while these things were happening, you know,
15   like I said, I was watching my city burn; I was watching my
16   job trailer burn; my work be canceled; and for the first
17   time in my life, I was scared that I wouldn't be able to
18   support my family.
19   Q.  Okay.  Dom, I want to fast-forward here.  And just work
20   with me, because I'm not going to go chronologically.  After
21   January 6th -- so when you left D.C., what did you do after
22   you left D.C.?
23   A.  After January 6th?
24   Q.  Yes.
25   A.  After I left D.C., I went home and -- you want me to get
```

1    into the whole events that happened afterwards?

2    Q.  Yes.

3    A.  So I went home after D.C.  Obviously, the news was

4    everywhere.  I mean, couldn't escape it.  I had -- I'm

5    trying to think of how I remembered hearing about it, but

6    somehow I heard -- I think I heard from another chapter

7    member in the Rochester group or something -- I can't really

8    recall -- but I heard the FBI was looking for me to talk to

9    me.  They wanted to talk.  My wife had heard it and, you

10   know, she freaked out, obviously, and she told me that I

11   basically had to leave.  She did not want the FBI coming and

12   kicking my door in, killing my dogs, pointing rifles at my

13   kids, and burning my house down with flash-bangs.

14   Q.  Do you have a big house?

15   A.  No, I have -- it's three levels, but the rooms are

16   small.  It was built in the '30s, I think.  It's tiny, you

17   know?

18   Q.  So then did there come a point where you went to a VFW

19   gathering spot where you met other Proud Boys?

20   A.  Yeah, there was -- they had a meet-up.  I think it was,

21   like, maybe, the 9th.  And that's when one of them told me

22   that the FBI had come to them looking for me, as well.

23   Q.  What else happened that day?

24   A.  It's a while ago.  Give me a second to think here.  So a

25   couple of the members told me -- what did they tell me?

```
 1    Well, I actually, you know -- I freaked out, you know?  I
 2    called my wife and she said that I needed, you know -- just
 3    needed to stay gone, whatever it was.  I think that might
 4    have actually been when she told me not to come home, was at
 5    that point.  It's foggy.  It was a while ago.  It was --
 6    trust me, when you find out you have the Federal Government
 7    coming after you, you, kind of, go into, like, a freak-out
 8    mode and you don't remember too much.  But I do remember one
 9    of them giving me some money and then one of them took my
10    phone from me.  I'm not really sure what the whole reasoning
11    was.  He said, "I'm going to take this."
12    Q.  Well, did you argue with him when he took your --
13    A.  I didn't argue with him, no.  Like I said, I was just,
14    kind of, freaked out.  I didn't -- I really didn't know what
15    to do.  He took my phone.  He's like, "Let me hang on to
16    this for you for now.  I'll give it back to you later or I
17    can give it to your wife later."
18    Q.  Did you actually think that you were going to get your
19    phone back?
20    A.  Did I think I was going to?
21    Q.  Yes, at that time.
22    A.  I thought I was, but I wasn't really thinking about the
23    phone.
24    Q.  So then what did you do --
25    A.  Could have cared less --
```

1    Q.  -- if you couldn't --

2    A.  -- about it --

3    Q.  -- go home?

4            THE COURT:  Okay.  Gentlemen --

5            MR. METCALF:  Sorry.

6            THE COURT:  Gentlemen --

7            MR. METCALF:  I didn't mean to talk over --

8            THE COURT:  -- I need you to not speak over each

9    other for the court reporter.

10           MR. METCALF:  Sorry, Your Honor.

11           THE WITNESS:  I'm trying, Your Honor.  It's a --

12   after four months, I've -- I think I've learned.

13   BY MR. METCALF:

14   Q.  What did you do, then, if you couldn't go home?  Where

15   did you go?

16   A.  I went to a friend of mine's house in Buffalo, New York

17   that I served in the Marine Corps with.  He told me I could

18   stay there for a few days.  I knew that at some point, I was

19   going to have to go and meet with the FBI, talk with them.

20   I knew that, you know, talking likely meant being arrested.

21   I, you know, wasn't going to get off scot-free for this.  It

22   was all over the news.  So I went to my buddy's house for a

23   couple days.  Only, like, two days.  But then he said, you

24   know, "I've got my daughter coming," and this and that, you

25   know?  "You've, kind of, got to go someplace else."

1    Q.  Where did you go?

2    A.  So I took a bus to Philadelphia where I met some -- I --

3    well, I've, kind of, got to get into the trip.

4    Q.  Okay.  So then, basically -- let's, then, rewind.

5    Before January 6th, you've heard talk about this whole trip

6    to the Carolinas --

7    A.  Right.

8    Q.  -- with the shield incident; right?

9    A.  Yes.

10   Q.  Talk about that scenario.

11   A.  Okay.

12          So it was me and my friend.  They call him Casper.

13   I don't want to use his real name.  He was another Proud Boy

14   from -- I was associating with two different chapters.  I

15   had a Rochester chapter and a Syracuse chapter and, you

16   know, I liked the Syracuse guys better, so I'd hang out with

17   them, but, you know, I also met these guys a couple times.

18   I didn't really like them too much.  I didn't like their

19   whole philosophy.  So I went with my buddy Casper from the

20   Syracuse chapter, and he was starting a new job, so he

21   wanted to get away for a little bit before he started his

22   new job.  I was -- work was slow.  I had enough work just to

23   probably keep my one main guy busy.  So I let him have at it

24   and just said, you know, "Take the work.  Keep the money for

25   yourself.  I don't really care."  Casper had asked me to go

1    out of town with him.  We had another friend whose name was

2    Reaper.  I know, silly child names, but -- he was making --

3    he was making the shields that -- I don't know if you

4    remember seeing or not the shield that they brought in here

5    and showed us a few times.

6    Q.  Wait.  So Dom, that one shield that has been brought

7    into court, he actually made that shield?

8    A.  Yes, the black-and-yellow Proud Boy-looking one.  He

9    handmade all those --

10   Q.  Okay.  And what was going on in New York at the time?

11   Was -- were things still shut down because of COVID or --

12   what was your reasoning for going?

13   A.  Well, New York was under extreme COVID lockdowns.

14   Everything was closed.  Bars were closed, churches were

15   closed, and everything was closed.  My work was closed.  So

16   you know, my wanting to go was just to get out of town

17   because I heard everything down south was open.  And when we

18   got down, everything was open.  Everyone was in restaurants.

19   People were eating, drinking, having a good time, going out.

20   So I went to get away for a little bit.

21   Q.  And where did you stop on the way down to North

22   Carolina?

23   A.  So we stopped in Philadelphia to meet some of Casper's

24   friends that he used to work with, because they used to be

25   up in Syracuse.  They moved to Philadelphia.

1    Q.  Now, real quick, is that the same people in Philadelphia

2    that you went to stay with after January 6th?

3    A.  Yes.

4    Q.  Okay.  And did you know them before this North Carolina

5    trip?

6    A.  I had no idea who they were.

7    Q.  So then what made you go there after January 6th?

8    A.  So we met them, you know?  They were very friendly with

9    us.  The people that he knew for a while, I got to know them

10   pretty good on that one visit.  After our trip back from

11   North and South Carolina, we stopped there again and they

12   told me if I ever needed a place to stay, I could crash

13   there.

14   Q.  Okay.

15   A.  So that's --

16   Q.  After January 6th -- I'll cut right to the chase.  After

17   January 6th, did you -- would you say that you were on the

18   run?  That's what it's going to come down to.

19   A.  I wouldn't say I was on the run.  I was buying myself

20   some time to get my affairs in order.  I had a business that

21   I was trying to keep going.  I was trying to retain an

22   attorney at the time because, like my wife had said, she did

23   not want anything happening at the house.  So my intention

24   was to turn myself in at an attorney's house -- or at an

25   attorney's office so, that way, he can inform the FBI that

1    they weren't allowed to speak to me; I could have a power of

2    attorney drafted up for my wife, and --

3    Q.  Did you ultimately end up doing that?

4    A.  I did.  I did.  I got out of, you know -- I got out for

5    a few days.  I was trying to schedule work for my one guy so

6    my business didn't go under.  So I was doing that.  I was

7    calling the people that I contracted with and trying to

8    schedule work.  And then I was calling around to a few

9    different attorneys.  And, you know, I took the $1,000 that

10   the one guy gave me and put it towards a retainer.  And, you

11   know, it's -- as soon as I found out there was an actual

12   warrant out for me, I came right and turned myself in.

13   Q.  All right.  So now, going back to the North Carolina

14   trip, anything else you remember about that trip?

15   A.  Well, it was North --

16   Q.  I'll withdraw.  I'll be more specific.  I'm sorry.

17          So now, you go and you meet Bertino at this trip.

18   What happened when you met Bertino?

19   A.  Well, it wasn't -- going to see Bertino was an

20   afterthought.  The initial reason for actually going on this

21   trip, besides me and my friend getting out of town, was he

22   had some friends in North Carolina who were from a different

23   chapter that he wanted to go talk to -- that he wanted to

24   hang out with, basically.  Like I said, the kid who was

25   making the shields was supposed to go.  He ended up getting

1    COVID, so he couldn't go.  So I filled in.  I'm like, "Hey,

2    I'll go.  I've got nothing better to do.  Let me get out of

3    Rochester for a little bit.  It's, you know -- it's dreary

4    around here."  So I went.  We went and stopped in North

5    Carolina with a few guys from a different chapter, hung out,

6    had a bonfire, had some beers, had something to eat, stayed

7    the night in North Carolina.  And then the following day, we

8    just made -- it was only a couple-hour difference.  We

9    brought the shield down to Bertino that was -- that Bertino

10   was supposed to deliver to Enrique.

11   Q.  And I just want to clarify something just so it doesn't

12   get forgotten about.  The people who you met in Philly had

13   nothing to do with Zachary Rehl; right?

14   A.  No.  No, they were totally unaffiliated.  They were

15   from -- they were in a Philadelphia suburb.  Zach, from what

16   I believe, is in the city.

17   Q.  Mm-hmm.

18   A.  It was actually a -- quite a distance from the city to

19   where we were in the suburb.

20   Q.  Okay.  And at this time, you didn't even know --

21   A.  I had no --

22   Q.  -- who Zachary Rehl --

23   A.  -- idea who Zach was.

24   Q.  All right.  So now, going back to Bertino, how long

25   would you say that you were there at his house?

1    A.  We stayed at Bertino's house for an hour to an

2    hour-and-a-half.

3    Q.  And that's when you learned certain -- that you guys had

4    some similarities together; right?

5    A.  Yeah, we -- initially, we were discussing his stabbing.

6    It was fairly recent, you know?  He's showing us his wounds

7    and everything.  And then, you know, we started talking

8    about, you know -- I started telling him, "Hey, I like South

9    Carolina, you know?  I want to move.  I'm tired of being in

10    New York, you know?  I've lived there my whole life and this

11    lockdown stuff is driving me crazy."  So we started talking

12    about how we liked living in South Carolina, and then during

13    our conversation we found out that he was actually from the

14    same city, Rochester, that I'm from.  And that's when we

15    started talking about, "Hey, you know this person?"  "Yeah,

16    I know that person."  "Oh, you know this guy?"  "Yeah, he's

17    my friend, too."  "Oh, you know this guy?"  "Yeah, my buddy.

18    He died."  "Oh, yeah, he was my friend, too."  And that's

19    how we found out we grew up in the same streets, went to

20    the -- attended some of the same parties, and our paths just

21    never crossed.

22    Q.  And then after that, he ended up adding you, then, to

23    the MOSD chats; right?

24    A.  It was a couple of days after.  Because we stopped at

25    his house -- I believe it was New Year's Eve.  And then we

18959

```
1    stopped back in North Carolina to meet some different people

2    for a -- so the same day -- it was New Year's Eve, we went

3    to see Bertino.  We were there for about an hour.  Then on

4    the way back, we stopped at a house of a different Proud

5    Boy -- different Proud Boys that I didn't know.  But, you

6    know, they, you know -- they invited us, so we stopped over

7    there, spent New Year's there, had some beers.  And then we

8    left and then went back to Philadelphia.

9    Q.  Okay.  But then --

10   A.  I don't know if I answered your question or not.

11   Q.  Yeah.  It's when Bertino added you -- started adding you

12   to these MOSD chats.

13   A.  Yeah.  It was -- because I didn't get added until, like,

14   January 2nd or January 3rd.  I believe it was, maybe, on the

15   drive home that he sent me a message saying, "Hey, I'm going

16   to add you to this chat.  This is for, you know -- we're

17   basically putting this chat together to make sure people

18   don't get stabbed anymore."

19           MR. METCALF:  Can we go to Government

20   Exhibit-505-10, please.

21   BY MR. METCALF:

22   Q.  I'm going to show you, Dom, some of the MOSD chats.

23           THE DEPUTY CLERK:  And just so you're aware,

24   Mr. Metcalf, 505-10 was identified, but it has not been

25   admitted.
```

```
1            MR. METCALF:  It has not been admitted?

2    BY MR. METCALF:

3    Q.  Dom, I'm showing you what has been marked as

4    Government-505-10.  Do you see your name on there?

5    A.  Yes, I do.

6    Q.  And what date does that reflect?

7    A.  January 2nd, 2021.

8    Q.  And you believe that that was the earliest that you were

9    added to this -- these type of chats -- these MOSD chats?

10   A.  I believe it was, because I remember there may have been

11   one before this saying, you know, "Jeremy Bertino added

12   you," but I think it was around the same time, because I

13   remember it was nighttime when I was getting back towards

14   New York, I think it was.  Yeah.  And this is at 11:44 at

15   night.

16   Q.  And you see the box -- you see the pictures of everyone

17   at the top; right?

18   A.  Yes.

19   Q.  And is this the first time that you were added into

20   chats with people like Tarrio, Biggs, Nordean, and Rehl?

21   A.  I believe so.

22   Q.  Now, is it fair to say -- how many of these MOSD chats,

23   if you had to estimate, do you think that you were a part

24   of?

25   A.  How many?  Well, there's only one MOSD chat.  He's [sic]
```

1  trying to say how many times I messaged or posted --

2  Q.  No.  How many different chats were you in?

3  A.  I think it was just this Ministry of Self-Defense Op

4  which ended up becoming the Main, if I'm not mistaken.  So

5  it was basically just that and then --

6  Q.  And then there was the Main 2?

7  A.  But from the way I remember it, I think these chats all,

8  kind of, just turned into -- like, I think the Main 1 just,

9  kind of, turned into Main 2.  Like, whoever was

10  administrating it just put everyone who was in that one into

11  the second one, if I remember correctly.

12  Q.  Okay.  And then there was the Boots on the Ground one,

13  though.

14  A.  That wasn't until --

15  Q.  That was right before January 6th.

16  A.  I think it was January 5th at night.

17  Q.  Okay.  So would you read these chats -- would you read

18  every message in these chats?

19  A.  No.  No, that's why I barely posted in them.  I'm not a

20  big Internet guy, you know?  I like to say I have a life,

21  you know?  Even on these chats in the Telegram app, there

22  is, you know -- you can go to sleep and wake up in the

23  morning -- some of these guys stayed up all night long

24  texting.  If you get up in the morning, you could have 500

25  different messages.  And I think it's been explained before

1    there's, like, an arrow button that you push and it scrolls

2    automatically down to the most relevant chat -- or the most

3    relevant message.  So I would never sit there and read

4    through hundreds of messages that happened over the night

5    because they're all mostly just idiotic, pointless stuff.  I

6    might hit the button, check it out.  Didn't interest me, I'd

7    close my phone and I wouldn't look at it again.

8    Q.  So what was the one thing that you did write in these

9    chats?  Do you remember?

10   A.  I mean, I wrote a couple of idiotic things like

11   "ha-ha-ha," because I was laughing at whoever said

12   "Because he'll be in jail with Enrique."  I thought that was

13   funny.  The only message that I posted that I know was

14   interacted to by any of these guys was I posted a random

15   message -- I posted a random message in one of these

16   Ministry of Self-Defense -- I think it was a couple days

17   before we headed out.  I believe that my plans had fallen

18   through with the couple of guys from my chapter I was going

19   with.  So I just said -- I posted, "Hey, I think my hotel

20   plans fell apart.  Anyone have any extra room?"  And it was

21   a random message.  It wasn't to anyone.  Just posted it on

22   there for anyone to answer.  And Enrique must have saw it

23   and he said, "Hey, I think this guy has room," or -- I can't

24   remember how it goes -- "check with him," and that was it.

25   Q.  Did you expect Enrique to respond to that?

1    A.  No, I wasn't.  Not at all.  But -- I wasn't expecting

2    him to, but I wasn't surprised that he did, because he is

3    the chairman and, you know, he's probably there to help

4    people out if they needed it.

5    Q.  Other than that, was there any other time that you

6    directly communicated with Enrique?

7    A.  That was the only time.

8    Q.  All right.  So let's, then, rewind again and go to --

9    let's go to November 14th, 2020.  You came to D.C. for the

10   first time; right?

11   A.  Since I was about eight years old, yeah.

12   Q.  Explain why you came to D.C.

13   A.  I think that was the first rally after the election.

14   I'm pretty sure it was.  And everyone was expecting it to

15   be, I don't know, a good time, I guess.  And, you know, I,

16   like most of the people on the side that voted for Trump,

17   had our feelings about the election, had felt there had been

18   some kind of injustice done.  So we went there to -- just to

19   support our candidate.

20   Q.  And what ended up happening?

21   A.  I drove by -- I drove down by myself in, basically, the

22   middle of the night after working all day and I grabbed a

23   hotel room.  The next day, I saw just people walking

24   randomly to Freedom Plaza, I think it was, and I just joined

25   in the mix.  I had no idea really where I was going.  I

1    walked down and just seen a ton of people waving flags and

2    just cheering and it looked like they were having a good

3    time, and eventually I ended up coming across this group of

4    men in black and yellow, and I knew who they were, and I

5    started talking to them like, "Hey, any New York guys around

6    here?"  And they ended up pointing me to a couple of New

7    York guys, and I just went and introduced myself and said,

8    "Hey, how -- I'm interested in joining.  How do I go about

9    this?"

10   Q.  Do you remember who you met from New York during that

11   time?

12   A.  I can't remember his name off the top of my head.  It

13   was a New York City guy.

14   Q.  Was it the guy who goes -- refers to himself as Dick

15   Sweats?

16   A.  I did meet Dick Sweats.  That's right.  But he -- so I

17   met him, and he was the one that said -- I think he was the

18   one that said, "There's New York guys over there."  So I

19   went and met them, talked to them.  They told me that they

20   basically stopped vetting and accepting people right now

21   because of the influx they had of people coming in.  So they

22   said that they would pass my name along to the local guy in

23   Rochester.  So I -- Dick Sweats told me about the

24   application online and everything you had to do.  I filled

25   it out, wasn't getting an answer from anyone, so I ended up

1    Telegram messaging Dick Sweats, because that -- I mean, the

2    guy's got a funny name.  It was easy to remember.  So I'm

3    like, "Hey, Dick.  I don't know if you remember me, but, you

4    know, I met you down in D.C.  I'm having a hard time getting

5    ahold of anyone from my chapter.  I was wondering if, maybe,

6    you could put in a word for me."

7    Q.  And then what happened after that?

8    A.  He had forwarded the message to William Pepe, who was

9    a -- the president of the Hudson Valley chapter which is

10   just outside of New York City, and Pepe got -- he messaged

11   me.  He's like, "Hey, I'm going to pass your information

12   along to the Central New York chapter," which is the

13   Syracuse chapter, you know?  It's not -- it wasn't really my

14   region, but that was the only New York chapter close enough

15   to me that was, kind of, responding, because they were very

16   small.

17   Q.  Going back to November 14th, and just on that, did

18   you -- were you part of any rally or did you join in any

19   rally of the Proud Boys that day --

20   A.  Prior to --

21   Q.  -- or on --

22   A.  -- November 14th?

23   Q.  No, on November 14th or during that trip.

24   A.  Yeah, they were marching around just the route they had.

25   And I asked one of the guys, "Hey, you mind if I walk with

18966

| | |
|---|---|
| 1 | you guys?"  And they're like, "Yeah, that's cool." |
| 2 | Q.  Did you get into any fights at that time? |
| 3 | A.  No. |
| 4 | Q.  Did you punch anybody or anything like that? |
| 5 | A.  Nope. |
| 6 | Q.  All right.  So then fast-forward now to December. |
| 7 | A.  But I did -- I mean, I did see a lot of what happened |
| 8 | that night as I was in my hotel room. |
| 9 | Q.  Okay.  So explain what you saw. |
| 10 | A.  I was in my hotel room.  I was by myself.  I wasn't with |
| 11 | any of these guys and, you know, I'm sitting there getting |
| 12 | ready to go to sleep and I hear sirens everywhere.  I was |
| 13 | like, "What the hell's going on out there?"  So I checked on |
| 14 | my phone and I just seen video after video after video of |
| 15 | Antifa or left-wing whoever they were just brutalizing Trump |
| 16 | supporters. |
| 17 | Q.  So then December -- a little bit less than a month |
| 18 | later, you come back to D.C.  Explain that trip.  Are you |
| 19 | actually affiliated with the Proud Boys?  And what happened? |
| 20 | A.  The December 12th -- |
| 21 | Q.  Yes. |
| 22 | A.  -- 11th and 12th?  Yeah, I was -- at that point, yeah, I |
| 23 | just got my first degree.  I was probably a Proud Boy for, |
| 24 | maybe, a week and it was, you know, my first rally ever -- |
| 25 | first national rally.  It was a big event for me.  So I was |

```
 1    pretty excited.
 2    Q.  So then what happened that -- during that event besides
 3    you getting on the cover of Washington Post and all that
 4    jazz?
 5    A.  Yeah.  Let's see.  Well, there was a -- so I went down
 6    with -- I'm trying to remember who I went down with.  I went
 7    down with a couple guys from my chapter, obviously.  It's,
 8    you know -- and that's how the Proud Boys work.  Everyone
 9    either hangs with their chapter or usually someone from
10    their state, because we had a small chapter, so we would
11    hook up with other Proud Boys from New York.  It -- kind of,
12    like, the only ones we knew, even though I didn't really
13    know many of them; I only knew the guys from the Hudson
14    Valley.  So -- where was I going with this?
15    Q.  So you go down there and you explain that you were
16    excited.  You wanted to see Tarrio speak.  Tell us a little
17    bit about being a part of this now for the first time.
18    A.  Oh, yeah, yeah, yeah.  So yeah, we were informed that
19    there was going to be a -- just a speech at night.  We all
20    met somewhere and just, kind of -- we met somewhere and just
21    walked -- I don't know.  We met -- met in one place, walked
22    to another place.  Mr. Tarrio gave his speech.  We knelt,
23    had a prayer, and that was it.  But I -- similar to the
24    scenario I gave you guys yesterday about how I am when I go
25    to concerts; I'm always making my way up to the front to get
```

18968

1    the best seat in the house.  So I, you know -- Mr. Tarrio

2    ended up walking by me, and I recognized him, of course.

3    He's, you know, the chairman.  And I just basically kept in

4    step with him because I wanted to hear the speech.  I wanted

5    to have a good front-row view to the speech and be able to

6    hear it.  Because I know that if you're back farther,

7    there's people talking and everything and you can't really

8    hear what's going on as well.

9    Q.   So during -- it was during that trip or rally that

10   Bertino ended up getting stabbed --

11   A.   It was.

12   Q.   -- and you were there; right?

13   A.   That was the next night.

14   Q.   Okay.  So explain the next night, then.

15   A.   The next night, you know, me and the other guys from my

16   chapter were hanging.  We got a -- hanging in our hotel

17   rooms.  We got a message that everyone was meeting at

18   Harry's.  So me and a couple of the other guys walked down

19   there.  Everyone's at Harry's just having fun.  And, you

20   know, somehow it got into a shouting match between us and

21   Antifa.  I don't really remember how it started.  I remember

22   I was hanging out with a couple of my friends and then I saw

23   something going on.  I went to check it out.  And that's the

24   video you've seen with Bertino yelling at them and I'm, kind

25   of, standing there.

1    Q.  All right.  So then when you're at Harry's,

2    approximately how many Proud Boys would you say were there

3    at that time?

4    A.  Maybe 1,000.

5    Q.  Really?  And --

6    A.  That night --

7    Q.  -- Harry's is a bar?

8    A.  -- yeah.  There was a lot.  Well, there was basically --

9    they were basically just on that corner.

10   Q.  Okay.  And how many people were with you -- or explain

11   how -- who you were with when you heard or saw anything

12   having to do with Bertino getting stabbed.

13   A.  I was with, maybe, half a dozen members from my chapter.

14   They didn't want to go down there.  So I ended up hooking up

15   with Pepe and a couple of his guys and we walked down there.

16   And when I got down there, the only person that was there

17   from my chapter was Casper, who I told you about.  And

18   that's basically it as far as that goes.  One thing led to

19   another.  There was that little interaction with them and

20   Antifa going on for a few minutes, nothing -- it was boring,

21   so I ended up walking back towards the bar.  And the next

22   thing I know I hear someone screaming, "Yo, he's stabbing

23   people," or something to that effect.  So --

24   Q.  So just to visualize this --

25   A.  Yeah.

1    Q.  -- Harry's is a bar at the corner and there's an outside

2    area?

3    A.  Not an outside area.  It's just the street, basically.

4    Q.  And people from the bar hang -- they tend to gather out

5    on that --

6    A.  It was, like, the whole corner was -- the whole

7    inter- -- Harry's is on an intersection.  It was, like, the

8    whole intersection was just, kind of, shut down, I guess you

9    would say, and people were just hanging in the streets

10   just --

11   Q.  So if you were -- if you were standing there, describe

12   where Bertino got stabbed from there.

13   A.  I didn't see Bertino get stabbed.  I didn't know exactly

14   where he got stabbed.  All I know is I was, kind of --

15   you've got Harry's; you've got where Bertino was stabbed;

16   and I was, kind of, in the middle of both of those areas.

17   Q.  But how --

18   A.  I --

19   Q.  -- far away --

20   A.  From Bertino?

21   Q.  -- from Harry's was Bertino stabbed?  Was it right

22   across the street or down the street?

23   A.  No, it was almost, like -- I'd say, maybe, 100 yards --

24   a couple hundred yards away.  It's --

25   Q.  So like, halfway down the block; is that --

1    A.  Right.  Something --

2    Q.  -- fair to say?

3    A.  -- like that.

4    Q.  Okay.  And what did you do, then, when you heard this

5    commotion?

6    A.  Like everyone else did, turned and looked to see what

7    was going on.  And you can see, like, a scuffle up there and

8    then it started getting closer and closer and closer and

9    then, you know, we see this guy running towards us and

10   everyone's like, "He's the one that stabbed everyone."  So a

11   bunch of people, kind of, congregated together to apprehend

12   him.

13   Q.  And so describe how you apprehended him, then.

14   A.  I -- I started running up to see what was going on,

15   first of all, because I heard a commotion.  I ran up to see

16   what was going on.  And this guy was coming this way and

17   everyone was saying, "He's the one that stabbed everybody."

18   So a couple of guys grabbed him, including myself.  I

19   grabbed him, and we got him to the ground, and I was

20   holding -- I was just putting my weight on him, trying to

21   keep him there until he could be apprehended.

22   Q.  And did the cops eventually come?

23   A.  They did come.

24   Q.  And what happened when the cops came?

25   A.  I got pepper-sprayed directly in the eyes.  And I jumped

1    off of him, and that was the last thing I knew.  I didn't

2    know if he got apprehended.  I don't know what happened

3    because I was blinded for about 45 minutes.

4    Q.  All right.  So then two things come to mind from that

5    scenario.  You heard that -- you heard during the course of

6    this trial somebody say that you hit this guy with a helmet

7    or something like that; right?

8    A.  Yeah, that's not right.  That's not true.  I -- they

9    said a motorcycle helmet.  I didn't have a motorcycle

10   helmet.  I had a Kevlar helmet similar to, like, a

11   military-style one, but I had dropped it to get both my

12   hands on restraining this guy.

13   Q.  Okay.  And then the other thing -- do you remember the

14   message that came from your account that said that's when

15   you got sprayed by the punk-ass 5-0?

16   A.  Yeah.  Yeah.

17   Q.  That's who you were referring to?

18   A.  I was making a reference.  So -- because I met another

19   Proud Boy -- G-Notes [ph], his name was -- and he had put

20   something on Parler.  And I'm -- and I was, like, "Hey, are

21   you the guy that I met when this happened?"  And he was

22   like, "Yes."  So I was just trying to -- basically, trying

23   to reference the time that it happened.

24   Q.  So that's one of the rare occasions that you actually

25   wrote to everybody on one of these social chats?

1    A.  Yeah.  I mean, I was, kind of, pissed.  I mean, not

2    pissed, but I was, kind of, like, a little burned that, you

3    know, I was trying to help.  I felt like I was trying to

4    help.  You've got this guy who almost attempted to murder,

5    like, four people.  So I tried to do what I thought was my

6    civic duty and hold him there until someone could -- someone

7    in authority could actually take over.  And I was the one

8    that got pepper-sprayed for it.  And, you know, I liken it

9    to the scenario when -- I've seen multiple times in my life

10   there would be someone holding up a store and a civilian

11   would grab them and apprehend them, and he's always held as

12   a hero.  And, you know, me, I'm getting pepper-sprayed in

13   the face.  So I was, kind of, like, hmm, this sucks.

14            MR. METCALF:  All right.  Can we go to Government

15   Exhibit-600 A, please.

16   BY MR. METCALF:

17   Q.  So you were on Parler at the time?

18   A.  Yeah, I had a Parler account for, maybe, a month.

19   Q.  Okay.  So before January 6th, were you big into

20   politics?

21   A.  No, not at all.  I think I've only voted a couple times

22   in my entire life.

23   Q.  So then when did you -- or after COVID hit, did you

24   start getting into politics more?

25   A.  Well, I became interested in Trump because -- for me, it

1    was all policies.  I agree the guy can say some pretty

2    ridiculous shit sometimes, you know?  That didn't impress

3    me.  But what did impress me was, you know, I was -- I'm a

4    veteran, so I believed in a very strong military, you know,

5    top, you know -- second to none.  I believe in the whole

6    peace through strength philosophy that Ronald Reagan had

7    implemented that, you know, I learned about, you know?  I

8    wanted the border secured for the reasons that the drug

9    epidemic was getting out of control, especially --

10   Q.  Dom, without getting into all your beliefs, let's just

11   think about the transgression [sic] as far as your interest

12   in politics went.  Before COVID hit, would you consider --

13   or did you consider yourself as someone who followed

14   politics closely?

15   A.  No, not at all.  Like I said, I just -- I became

16   interested in Trump because I liked -- I thought his

17   policies were good for the country.  I just -- and I was big

18   on the economic policies since I'm a -- I was a businessman

19   and I, you know -- I'm here to make money and support my

20   family and give them a good life.

21   Q.  So then you go -- now, you get involved with the Proud

22   Boys.  And part of that is being involved in these chats and

23   being on Parler; right?

24   A.  Not part of being the Proud Boys.  I had a Parler

25   account before I joined the Proud Boys.

```
 1    Q.  Okay.  Did you have a lot of followers?

 2    A.  No, not at all.  I think it -- my highest point was,

 3    like, 40 or 50.

 4    Q.  Okay.  So take a --

 5    A.  And most of them were people I didn't even know.

 6    Q.  Take a look at what I'm showing you on the screen.  This

 7    is Government's-600A.  This is Tarrio's account.  Did you

 8    follow Tarrio?

 9    A.  Did I -- yes, I did.

10    Q.  And did he follow you?

11    A.  No, he didn't.

12    Q.  How many followers did he have at the time?

13    A.  102,802.

14            MR. METCALF:  Can we show Mr. Pezzola 600B.

15    BY MR. METCALF:

16    Q.  Did you follow Rufio?

17    A.  I did follow Rufio, but I'd like to add to that.  I

18    don't believe I followed Rufio, Joe -- and that was actually

19    it -- Rufio or Joe until late -- until after my first rally,

20    I think.

21    Q.  So after December 12th is when you started following

22    them on Parler?

23    A.  I believe it was.  I still didn't know who they were.  I

24    think the reason why I, maybe, followed them is, maybe,

25    Enrique had reposted something they put on, and then I was
```

1    like, oh, that's cool, or, that's funny, so let me check

2    this guy out.

3                MR. METCALF:  Is this -- one second, Your Honor.

4                (Brief pause.)

5    BY MR. METCALF:

6    Q.  Sorry.  I just want to correct something for the record.

7    What was, I believe, just shown to Mr. Pezzola was 600C, and

8    that was Rufio.  That was not what I asked for.  I asked for

9    600B.  So now showing Mr. Pezzola 600B.

10               THE COURT:  Right now, what's up is 600A, just for

11   the record.  At least that's what the name of the PDF --

12               MR. METCALF:  It's not labeled correctly on the

13   PDF.

14               THE COURT:  Why would it be?  All right.  You may

15   proceed.

16               (Laughter.)

17   BY MR. METCALF:

18   Q.  Mr. Pezzola, I'm showing you what has been marked as

19   Government Exhibit-600B.  This is Mr. Biggs's Parler

20   account; right?

21   A.  That's correct.

22   Q.  And did you follow him?

23   A.  At one point, I did, yes.

24   Q.  And how many followers did he have at the time this was

25   created?

18977

1    A.  63,611.

2              MR. METCALF:  Can we show Mr. Pezzola 600E,

3    please.

4    BY MR. METCALF:

5    Q.  I'm showing you your account which has been marked as

6    Government Exhibit-600E.  Is this your account?

7    A.  That is.  That's my sad account.

8    Q.  And how many followers did you have?

9    A.  Like I said, at the highest point, about 50.  So I had

10   54.

11   Q.  And either of these other guys follow you --

12   A.  No.

13   Q.  -- on Parler?

14   A.  They wouldn't have even known me to follow me.

15   Q.  All right.  So now, let's move on to January 6th.  That

16   morning, tell us what -- tell us about that trip and what

17   you did the morning of January 6th.

18   A.  The morning of January 6th, that was basically an

19   ordinary morning.  We were to meet in Syracuse at Matthew

20   Greene's house.  I was running late because, you know -- I

21   think you heard the message that I wanted to spend a little

22   extra time with my wife.  So we met at Matthew Greene's

23   house.  I parked there and we took two vehicles down.  It

24   was -- Matthew Greene took his truck with a friend of his

25   that he knew from online.  And it was myself, a guy named

1    Ronie [ph], and a guy named Art in the car following behind

2    and I was sitting in the back seat the entire time.

3    Q.  Now, you're talking about January 5th; right?

4    A.  Oh, the 5th.  Yeah.  Yeah, I thought you were talking

5    about the trip down --

6    Q.  Okay.

7    A.  -- or are you talking about the morning of January 6th?

8    Q.  Yes --

9    A.  Oh.

10   Q.  -- but hang on.  I want to actually ask you something

11   else before we get in there.

12            North Carolina was in December going into the new

13   year.  So December 31st into January 1st; right?

14   A.  Yeah.  Absolutely.

15   Q.  Did you have any plans at that point in time for

16   January 6th?

17   A.  No, I wasn't even -- I knew that some of the guys were

18   debating on going, but I wasn't totally sold on the idea of

19   going.

20   Q.  Well, did you have any plans to enter into a conspiracy

21   with any other Proud Boy?

22   A.  No.

23   Q.  Did you have any plans to invade the Capitol at that

24   point in time?

25   A.  No.

1    Q.  Did you have any plans to try to obstruct Congress --

2    A.  No.

3    Q.  -- on January 6th?

4    A.  No.

5    Q.  Okay.  So then let's fast-forward to January 5th when

6    you're going down to D.C.

7    A.  Okay.

8    Q.  On the morning -- or on the whole day -- throughout the

9    whole day of January 5th, did you have any plans to conspire

10   with any other Proud Boy at that point in time?

11   A.  Our only plans were to, maybe, storm the liquor store.

12   That was it.

13   Q.  Now, did you have any plans to actually even enter the

14   Capitol at that point in time?

15   A.  No.

16   Q.  All right.  So now, it's -- explain what happened when

17   you got to D.C. on January 6th.  What did you do?

18   A.  Well, I was in D.C. on January 5th.

19   Q.  Okay.  What time did you get here approximately?

20   A.  On January 5th?

21   Q.  Yes.

22   A.  I think it was around 5:30 at night.

23   Q.  Do you remember where you stayed?

24   A.  Matthew Greene had rented a room at the JW Marriott, if

25   I'm not mistaken.

1    Q.  And then what did you guys do that night?

2    A.  Partied, drank, hung out --

3    Q.  Go to Harry's?

4    A.  -- met people.

5              No, no one went to Harry's.  We stayed at the

6    hotel the whole time.  There was a stage right outside our

7    window where there was music being performed.  There was

8    some rap group out there doing something.  People -- I mean,

9    there was people everywhere.  You didn't have to go to

10   Harry's to find a good time.

11   Q.  Okay.  And then what did you do on the morning of

12   January 6th -- when you woke up on January 6th, did you have

13   any plans to enter the Capitol?

14   A.  No.

15   Q.  Did you have any plans to obstruct Congress?

16   A.  No.

17   Q.  Did you have any plans to storm the Capitol?

18   A.  No.

19   Q.  So what were your plans, then, that morning when you

20   woke up?

21   A.  I woke up.  I had no plans.  I didn't know what was

22   going on.  I didn't know until about -- let's see.  No one

23   had any idea what was going on until a message came through

24   on either the Boots on the Ground -- I think it was Boots on

25   the Ground -- that we were to meet at the Monument.  I think

18981

```
 1    it was around -- like, around 9:00 o'clock, I got the
 2    message.  We were supposed to meet around 10:00.
 3    Q.  Okay.  So then what did you guys do?
 4    A.  There was about five of us staying in that room.  I
 5    mean, like, people sleeping on the floor; double up in beds,
 6    you know?  Everybody was trying to save money.  We're only
 7    there for a night.  The guys I was with left ahead of me to
 8    go get breakfast, I think it was.  I ended up not going with
 9    them right away because I couldn't find either my
10    sunglasses, my hat, or my cigars or something.  I couldn't
11    remember.  So I ended up meeting up with them a little
12    later.
13    Q.  Okay.  And then did you go to the Monument around 10:00?
14    A.  Yes, I did.
15    Q.  And what happened after that?
16    A.  We basically stood around there for a while.  I didn't
17    know what was going on.  We -- every, you know --
18    everyone was like, "Well, I don't know what the hell we're
19    going to do.  I don't know.  I don't know."  Nobody had any
20    idea.  We were like, "We're here now.  So now, what's up?"
21    Q.  So who were you with at that time when you were at the
22    Monument?
23    A.  At that time, I was -- I remember specifically being
24    with Pepe.  He was the only -- he was a New York State
25    president.  He wasn't my president.  I never even met my
```

18982

```
 1    chapter president.  That's how long -- like, that's how
 2    little involvement I had with this group.  So he was the
 3    only one I knew, because when I got my first degree we
 4    actually went out to Hudson Valley and, you know, said the
 5    little pledge, whatever it is.  So he -- that's how I knew
 6    him.
 7    Q.  Were you also with Greene?
 8    A.  I was with Greene, but, you know, I -- through some of
 9    the videos I've looked at, I don't see him right there.  I
10    think that's when he said that they thought they found
11    someone from Antifa and he went off with a few other people.
12    I don't know.
13    Q.  Okay.  What about Art?  Were you with Art --
14    A.  I believe so.
15    Q.  -- Arthur?
16    A.  Yeah, I believe so.
17    Q.  Who else were you with?
18    A.  I think Ronie was there.
19    Q.  What's Ronie's real name?
20    A.  Aaron.
21    Q.  And Arthur's real name?
22    A.  Arthur.
23    Q.  Arthur Sawyer?
24    A.  Arthur Lashomb [ph], I think it is.
25    Q.  Oh, that's right.
```

18983

```
1    A.   Yeah.

2    Q.   And those are the two that we entered the stipulation --

3    A.   Yes.

4    Q.   -- before the jury on?

5    A.   Yes.

6    Q.   So now, you start this march from the Monument towards

7    the Capitol; right?

8    A.   Yeah.  Well, we heard, you know -- we heard the guys say

9    when they came there, you know, "We're going to take some

10   pictures, meet and greet, that type of thing, you know, go

11   take a couple of pictures and then head back."

12   Q.   And who from the Proud Boys was essentially in charge at

13   the time?

14   A.   Who?

15   Q.   Yeah.

16   A.   Who was in charge?

17   Q.   Or who was running the march or who was in control of

18   the formation or -- basically, who was the one that everyone

19   was looking to at that time?

20   A.   I mean, I guess I would say it was Ethan just because he

21   was at the front.  I don't --

22   Q.   And what about -- and Biggs?

23   A.   I didn't even -- I didn't know who Biggs was.  I knew

24   who he was by social media, but I didn't -- the way he was

25   dressed and everything, I didn't recognize him.
```

1     Q.   Okay.

2     A.   I didn't -- I never saw him face to face before that

3     day.  So -- I didn't even see him face to face on that day.

4     Like, he could have been standing right in front of me, I

5     wouldn't know it was him.

6     Q.   So then you start marching with the Proud Boys towards

7     the Capitol, though; right?

8     A.   Right.

9     Q.   And at that point in time, was there any plan to enter

10    into any illegal activities with any other Proud Boy?

11    A.   No.

12    Q.   Was there any plan to enter into any illegal activities

13    with anybody?

14    A.   No.

15    Q.   Storm the Capitol?

16    A.   No.

17    Q.   All right.  So now, you get to a point where you're at

18    the pool and everyone's taking pictures?

19    A.   Yeah.

20    Q.   What were your -- what happened after that?

21    A.   It was -- so the main group I was with that day was --

22    it was me; Matthew Greene; Art; and Aaron, Ronie.  And, you

23    know, we were walking and, when we got to that point, we saw

24    everyone getting ready to take a picture and, you know, we

25    were, kind of, complaining on the way up like, "Hey, this

```
 1   is -- what are we doing," you know what I mean?  "The speech
 2   is back there."  We had the radios so we can listen to
 3   Trump's speech with the earpiece, because the radios
 4   actually doubled as an FM/AM radio so we could tune it in to
 5   listen to the speech.  And, you know, we were getting pretty
 6   upset that we came all this way to listen to Trump's speech
 7   and we're walking away from his speech in the middle of it.
 8   Q.  That's what you wanted to do; right?
 9   A.  That's what I wanted to do and -- and the boys I was
10   with, yeah.
11   Q.  Okay.  Did you know if the other -- rest of the Proud
12   Boys intended on going to the speech?
13              MR. KENERSON:  Objection.  Speculation.
14              MR. METCALF:  I asked if he knew.  If he knows.
15              THE COURT:  Well, he can answer the question.
16              THE WITNESS:  I don't know what any of them were
17   thinking.
18   BY MR. METCALF:
19   Q.  Okay.  So now, when you get to the reflecting pool, what
20   do you guys do?
21   A.  They all lined up for a picture.  I -- every shot of
22   that picture you see, you won't see me or the guys that I
23   was with are in it, because we were actually pissed off that
24   we came all this way to listen to Trump's speech and we were
25   standing here for a stupid picture.  So we were, like, this
```

1    is retarded, man.  We just want to get out of here.  So --

2    sorry for using that word, but, you know, that's how the

3    guys talked to each other.

4    Q.  So then what did you do?

5    A.  We hung around until -- we hung around until after the

6    picture was taken.  There was a quick prayer after the

7    picture, I believe.  And then, when the rest of the guys

8    started -- they started marching past the Capitol right

9    after the reflecting pool.  They -- the guys went -- the

10   group went this way, (indicating.)  And we split off and

11   went back down Constitution, I think it was, back towards

12   the Trump speech.

13   Q.  Okay.  When you say "we," who did you break off with?

14   A.  Myself, Matthew Greene, Aaron, and Arthur.

15   Q.  If you had to estimate, approximately what time do you

16   believe that was?

17   A.  11:15, 11:20.

18   Q.  And what did you guys do?

19   A.  We walked down Constitution, I believe it was, and, you

20   know, everyone had to use the bathroom.  Most of the

21   Port-a-Potties were locked up that day for some reason, you

22   know?  I later found out that the mayor had ordered them

23   locked, so -- I mean, I don't know if that's true or not.

24   So everyone was scrambling to find a place to take a leak.

25   We ended up stopping at a CVS drug store or something, I

18987

1    think it was, near the Monument.  And, you know, the --

2    everyone used the bathroom.  I think I bought a bag of chips

3    and some guys bought some other things, and that was it.

4    And we were getting ready to make our way back to the

5    Monument and the Ellipse area to listen to Trump's speech.

6    And then we started seeing a big crowd of people just

7    walking --

8    Q.  Real quick, before you get into that, did you end up

9    actually seeing Trump's speech?

10   A.  No, I didn't.

11   Q.  Did you guys get lost walking around the streets of

12   D.C.?

13   A.  Pretty much.  Yeah, we didn't know where we were going.

14   We were just trying to go in one direction that we -- like,

15   where's the Monument?  There it is.  Just keep walking that

16   way.

17   Q.  Okay.  And then how long would you say you guys -- this

18   whole venture took?

19   A.  Hour, hour-and-a-half.

20   Q.  And then what happened?

21   A.  Okay.  Like I said, we came out of the store.  We're

22   hanging around there.  We're just trying to decide what

23   we're going to do.  We start walking back towards Trump's

24   speech and we just see this big stream of people coming down

25   the street.  It looked like -- it looked to us like his

1    speech was over.  I mean, we could still hear it, but we

2    didn't know what was going on.  So we just decided to, you

3    know -- maybe, these people are going somewhere for a

4    reason; maybe something's going on we don't know about.  So

5    we decided to walk back with them.

6    Q.  Okay.  And did that end up -- did you see the orange

7    hats?

8    A.  Not at that point, no.

9    Q.  No?  So then what did you end up doing?  You ended up

10   following this group of people?

11   A.  We walked in the crowd for a while, yeah.  Obviously, it

12   seemed like they were making their way back towards the

13   Capitol.  And the four of us, when we got towards about the

14   Peace Circle area, I think it was, we were like, you know,

15   "Where's the rest of the guys?"  You know, "Where are they?"

16   And that's when I saw the orange hats over by the food

17   trucks.  They were just leaving the food trucks.  And I'm,

18   like, "Oh, there they are."  And I'm, like, "They're getting

19   lunch."  So I told the other guys, "Hey, let's grab

20   something to eat.  It's lunchtime.  I'm hungry."  So we

21   started --

22   Q.  All right.  So let's pause right there.  At that point

23   in time, did you enter into any conspiracy or any plan at

24   all --

25   A.  No.

1    Q.  -- with any other Proud Boy?

2    A.  No.

3    Q.  Did you have any plans to storm the Capitol at that

4    point in time?

5    A.  No.

6    Q.  Did you have any plans to even go in the Capitol at that

7    point in time?

8    A.  No.

9    Q.  Did you have any agreements with any other Proud Boys to

10   do anything to the Capitol at all at that point in time?

11   A.  No, I didn't.

12   Q.  All right.  So now, what happened when you saw the food

13   truck?

14   A.  When we saw the food trucks on the side of the street,

15   like I said, I saw -- I saw the orange hats making their way

16   towards a bigger group of people.  So I -- that's when I

17   assumed that's where the rest of the guys were.

18   Q.  All right.  The orange hats, did you affiliate them with

19   the Proud Boys?

20   A.  The only reason I knew they were with us is because they

21   were at the -- the Monument in the morning when we all met.

22   So that's, kind of, how I assumed that's where they were.

23   Q.  And they were at the back of the march?

24   A.  I guess.  I couldn't really tell you.  I --

25   Q.  Okay.  So then what happened?  Or what did you do?

1    A.  Well, I pointed out to the guys I was with -- I'm, like,

2    "Oh, there's the guys with the orange hats.  They must be

3    over there."  So I'm, like, "They're just -- they're getting

4    food.  They're eating."  I'm, like, "Let's -- you guys want

5    to get something to eat?"  It was -- I was hungry.  They

6    were hungry.  We started making our way towards the food

7    truck, you know.  We, kind of -- I mean, I'm not completely

8    sure of the layout, but I think we veered towards -- away

9    from the Peace Circle, whatever it was, the monument there,

10   and started making our way towards the food trucks.

11   Q.  Mm-hmm.  And then did you order food?  What did you do?

12   A.  No.  We were looking around, trying to figure out what

13   we wanted to get, and then we saw this commotion break out,

14   basically.

15   Q.  So you were on line -- get -- waiting to get food or

16   waiting --

17   A.  Not on line.  We were just, you know, browsing the

18   trucks and seeing what we want -- where we wanted to eat.

19   Q.  And then what happened?

20   A.  We heard a commotion and seen and heard everyone, like,

21   get real loud and this crowd that was standing in front of

22   the -- wherever, I guess, they would call the first beach

23   started moving forward.

24   Q.  And then what did you guys do -- well, actually, before

25   we get to that, you saw the picture taken from Matt Greene's

1    phone?

2    A.  Yes.

3    Q.  Tell us about that picture and where that fits into this

4    story that you just told.

5    A.  That picture is exactly at the point where we -- that's

6    basically where I think I saw the orange hats.

7           MR. METCALF:  Your Honor, just Court's indulgence

8    for just one second.

9           THE COURT:  All right.  Very well.

10           (Brief pause.)

11    BY MR. METCALF:

12    Q.  Okay.  So that picture -- it just dawned on me to show

13    that picture.

14    A.  If I could say, that picture's on your hard drive.

15    Q.  Yeah, I know, but I don't have my hard drive with me

16    right now.  So let's --

17    A.  I put it --

18    Q.  We'll circle back to that.

19    A.  Okay.

20    Q.  Let's think about that picture.  What time was that?

21    A.  I think the precise time -- I know it was 12:50 and,

22    like, 41 seconds or something like that.  I remembered the

23    exact time, because I wanted you to make sure you said it

24    was closer to 51 minutes than 50 minutes because that little

25    bit of time difference makes a difference.

1    Q.  And so explain where you guys were in relationship to

2    the first breach and how much time that took or the -- those

3    crucial minutes in between there.

4    A.  I don't want to misstate anything.  I didn't know what

5    the Peace Circle was, so I could have passed it and not

6    known.  But now I'm believing it was the monument that was

7    in that picture.  So I think the Peace Circle was, maybe,

8    100 yards or so away from where the food trucks were --

9    Q.  Okay.  And how long did it take for you guys to get

10    there?

11    A.  -- to the left.  So the picture you seen of us was at

12    approximately 12:51.  And -- I mean, it had to have taken at

13    least a few minutes to walk from where we were to the food

14    trucks and walk up and down and look to see what we wanted

15    to eat before I heard what was going on.

16    Q.  So if you had to approximate, what time do you think

17    that you got to where the Peace Circle was?

18    A.  It was -- to the -- where the monument was, is that what

19    we're considering the Peace Circle?  I would imagine.

20    Q.  No.  Talk about the first breach.

21    A.  Oh, the first breach.  Maybe five minutes after.  Five,

22    six minutes.  I don't know.  It -- there wasn't a long span

23    of time between us passing the Peace Monument; going towards

24    the food trucks; and then, "Holy shit.  What's going on?"

25    Curiosity.  "Let's see what's up."

1           MR. METCALF:  Okay.  Can we show Mr. Pezzola

2    Pezzola-306, please.

3    BY MR. METCALF:

4    Q.  Dom, I'm going to show you what I've marked for

5    identification as Pezzola Exhibit-306.  Just bear with me

6    one second.

7    A.  All right.

8    Q.  Mr. Pezzola, are you familiar with this video?

9    A.  I am.

10   Q.  And what is this video?  Or you -- how -- you've

11   reviewed this video?

12   A.  Yes, many times.

13   Q.  Okay.  And you've identified yourself in this video?

14   A.  I have.

15           MR. METCALF:  Can we go to 9:20.  And can we just

16   play it for a couple of seconds.

17           (Video played.)

18   BY MR. METCALF:

19   Q.  And you've identified yourself, essentially, in this

20   part of the video; is that fair to say?

21   A.  Yes.

22           MR. METCALF:  Your Honor, at this time, I move for

23   this to be -- and we can pause it real quick right there.

24           At this point, I ask for this to be admitted as

25   Pezzola Exhibit-306.

 1          MR. KENERSON:  So no objection to the portion, I

 2    think, that Mr. Metcalf wants to play.  We note the entire

 3    video's an hour and 25 minutes long.  So --

 4          MR. METCALF:  Yes.

 5          THE COURT:  All right.  Subject to any objection

 6    as to length, the -- Mr. Metcalf, if you'll just indicate

 7    the portions with the timestamps that we will -- that I'll

 8    be admitting, I'll admit the portions you are seeking to

 9    play.

10          MR. METCALF:  Absolutely, Your Honor.  I would

11    like to admit portions 9 minutes and 29 seconds to 9 minutes

12    and 42 seconds right now.  And then I have two other

13    portions, and I'll note them as I go through.

14          THE COURT:  Very well.

15    BY MR. METCALF:

16    Q.  So Dom, I'm going to show you this video starting at

17    9 minutes and 29 seconds up until 9:42.  So right now --

18    before I do that, right now it's paused at 9:30.  Do you

19    recognize anybody here?

20    A.  Yes.

21    Q.  All right.  Explain.  And circle who you --

22    A.  I can draw on --

23    Q.  -- recognize.

24    A.  Sorry.  I can --

25    Q.  Yes.  You can just touch the screen.

18995

```
 1    A.  All right.  So this is William Pepe.  (Indicating.)
 2    Q.  Okay.
 3    A.  He's the president of the Hudson Valley chapter.
 4    There's other New York guys in here, but I didn't know them.
 5    I only knew they were New York guys because they were part
 6    of Pepe's chapter and they were always with him.
 7    Q.  Do you see them here?
 8    A.  Yes.  Here's one, (indicating); here's one,
 9    (indicating.)
10    Q.  Okay.  So hang on.  The first line that you just drew,
11    who was that?
12    A.  I don't know.
13    Q.  Okay.  But you knew he was from New York?  What about
14    the second one --
15    A.  I --
16    Q.  -- with -- the guy --
17    A.  I had seen him with -- sorry.
18    Q.  The second guy with the red hat?
19    A.  Again, I'd seen him, you know, in the hotel with Pepe.
20    I knew they're, you know -- they were at the first meet that
21    I was with.  So I knew that they were part of that chapter.
22    I just didn't know their names.
23            MR. METCALF:  Okay.  Can we play from 9:30 until
24    9:42.
25            (Video played.)
```

1    MR. METCALF:  Can we pause right there.

2    BY MR. METCALF:

3    Q.  Do you see yourself?

4    A.  Yes.

5    Q.  Where are you?

6    A.  Right here.  (Indicating.)

7    Q.  Do you see anybody else that you knew in those six

8    seconds?

9    A.  New York -- or Hudson Valley, (indicating); Hudson

10   Valley, (indicating.)

11                MR. METCALF:  Can we keep playing from 9:36.

12                (Video played.)

13                MR. METCALF:  Can we pause right here.

14   BY MR. METCALF:

15   Q.  Anybody else that you recognize?

16   A.  No.

17                MR. METCALF:  Can we go to 10 minutes and

18   10 seconds, please.  Play.

19                (Video played.)

20                MR. METCALF:  Can we pause right there.

21   BY MR. METCALF:

22   Q.  Do you see anybody that you recognize here?

23   A.  Just the other Hudson Valley guy right here.

24   Q.  But you don't know his name?

25   A.  No idea.  I still don't.

1          MR. METCALF:  Okay.  Keep playing, please.

2          (Video played.)

3          MR. METCALF:  Can we pause right there.  Can we go

4     back just one second, please.  I think it was -- it would

5     have been, like, 10:22.

6          (Brief pause.)

7          Right there.

8     BY MR. METCALF:

9     Q.  Is that you?

10    A.  Yes.

11    Q.  Do you recognize who you were talking to or who was

12    talking to you?

13    A.  I do.

14    Q.  Who was that?

15    A.  That's who I had come to know as Ray Epps, who's a

16    suspected government operative.

17         MR. KENERSON:  Objection.

18         THE COURT:  Sustained.

19         MR. KENERSON:  Move to strike.

20         THE COURT:  All right.  I'm going to strike that

21    testimony -- that last sentence.

22         You may proceed, Mr. Metcalf.

23         MR. METCALF:  Thank you.

24         Can we keep playing.

25         (Video played.)

1    BY MR. METCALF:

2    Q.  Now, do you remember this scene?

3    A.  I do.

4    Q.  And so now, explain what's going on at this time frame.

5    A.  What's going on is I'm just a glorified spectator, I

6    guess.  It's, kind of, like, the car crash thing when you

7    see a car crash on the side of the road.  Everyone, kind of,

8    stops and just checks it out.  I was just standing there

9    just, kind of, really amazed that we were even standing

10   where we were.

11   Q.  But you made your way all the way up to the front?

12   A.  I did.  Yes.

13   Q.  So as the first breach happens, you make your way

14   quickly, basically, up the stairs and into -- and,

15   basically, to this area?

16   A.  Well, the -- let me explain.  The only reason why I ran

17   up that way is I was with the three other guys from my --

18   from the -- that I was with that left the march to go listen

19   to this speech.  And we were, you know -- we went to the

20   food trucks and we, you know -- we came back here and, when

21   we saw this going down, everyone was like, "Holy shit.

22   What's happening?"  Someone -- I don't remember -- someone

23   was, like, "We should find Pepe and find out what's going

24   on."  I'm, like, "I'll go."

25              So I ran up to try to find those guys.  And I

1    found him and that's when I slowed down and I started

2    walking with him.

3              MR. METCALF:  Can we go back to 9:33, please.

4    BY MR. METCALF:

5    Q.  Is this what you're talking about where you found Pepe?

6    A.  Yes.

7    Q.  Okay.  Where's Pepe, again?

8    A.  He's right here.  (Indicating.)

9    Q.  And where are you?

10   A.  I'm right here.  (Indicating.)

11   Q.  And that's what you're referring to?

12   A.  That's what I'm referring to, yes.

13   Q.  Okay.  So then explain what you did after that.

14   A.  I basically walked up to him.  I think I was trying to

15   get Pepe's attention.  I'm, like, "What's going on?  What's

16   going on?"  But he was, kind of, lost doing his own little

17   thing.  And that's when I just got up there and I stopped,

18   and I'm looking around, like, wow, this is wild.

19   Q.  And that's when you met with police who formed a line at

20   that period --

21   A.  Yes.

22              MR. METCALF:  Okay.  Can we go to 22 minutes and

23   56 seconds.  Can we play from -- can we play right here from

24   9 -- 22 minutes and 56 seconds until about 22 minutes and 59

25   seconds.

1    BY MR. METCALF:

2    Q.  So I'm just going to show you a three-second clip real

3    quick, Dom.

4             (Video played.)

5             MR. METCALF:  Pause right there, please.

6    BY MR. METCALF:

7    Q.  Do you see yourself right there?

8    A.  Yes, I do.

9    Q.  Circle where you are.

10   A.  (Indicating.)

11   Q.  Do you remember what was going on at this point in time?

12   A.  Right here, I was watching other protesters bandage up

13   the face of Joshua Black who was just struck in the face

14   with a -- I think they're called rubber bullets, basically.

15   Q.  And that's what you're looking at in this frame?

16   A.  Yeah, I'm watching him be patched up with the blood all

17   over the place and the big gaping hole in his face.  Yeah.

18            MR. METCALF:  Okay.  Before I move on to the

19   video, can we go back to 9:33.

20            (Video played.)

21   BY MR. METCALF:

22   Q.  You mentioned that you were talking to Ray Epps at about

23   10 minutes and 19 seconds in this video.  Do you see Ray

24   Epps in this portion?

25   A.  Yes, I do.

1    Q.  Can you point to where he is?

2    A.  He's right there.  (Indicating.)

3            MR. METCALF:  All right.  At this time, I'd ask

4    that we show Mr. Pezzola Pezzola-307.

5    BY MR. METCALF:

6    Q.  Do you recognize this video?

7    A.  I do.

8    Q.  Did you identify yourself in this video at any point in

9    time?  In prior -- I'm going to show you the portions, but

10   do you remember identifying yourself in this video?

11   A.  I don't think I -- I don't think I'm in this portion.

12           MR. METCALF:  Can we go to eight seconds, please.

13   BY MR. METCALF:

14   Q.  Now, I want you to focus for the next four seconds.  I'm

15   going to play this video from 8 seconds to 12 seconds.

16           MR. METCALF:  Can we play it.

17           (Video played.)

18           MR. METCALF:  Can we stop there.

19   BY MR. METCALF:

20   Q.  Do you see yourself there?

21   A.  Yes, I do.

22           MR. METCALF:  At this time, Your Honor, I move for

23   this to be admitted as Pezzola-307.

24           MR. KENERSON:  No objection.

25           THE COURT:  It will be admitted.  And permission

1    to publish it.

2              THE WITNESS:  Do you want me to circle?

3              MR. METCALF:  One second.  I just want to make

4    sure it gets published.

5    BY MR. METCALF:

6    Q.  Do you see yourself in this video?

7    A.  Yes.

8    Q.  Where are you?

9    A.  Right there.  (Indicating.)

10   Q.  Okay.  I want you to take a look at this individual

11   right here that I just circled.  Who's that?  (Indicating.)

12   A.  That's Matthew Greene and right here is Joshua Black

13   being patched up.  (Indicating.)

14             MR. METCALF:  Can we show Mr. Pezzola Pezzola-309.

15   BY MR. METCALF:

16   Q.  Do you recognize this video?

17   A.  Yes.

18   Q.  Did you identify yourself in this video?

19   A.  It's -- I can't be for certain, but I know Matthew

20   Greene's right here, (indicating.)  And we were in proximity

21   to each other most of the time in this area.

22   Q.  Okay.  And this is around the same time -- or this

23   captures the same incident that we're talking about with

24   Joshua Black?

25   A.  I believe this is right before he got shot, if I'm not

```
 1   mistaken.
 2              MR. METCALF:  Your Honor, at this time, I move for
 3   this to be admitted as Pezzola-309.
 4              MR. KENERSON:  No objection.
 5              THE COURT:  All right.  It will be admitted.  And
 6   permission to publish it.
 7              MR. METCALF:  Can we go to -- can we just play
 8   here.
 9              (Video played.)
10              MR. METCALF:  Can we actually go to 28 seconds.
11              (Video played.)
12              MR. METCALF:  Can we pause.
13   BY MR. METCALF:
14   Q.  Do you remember reviewing this video?
15   A.  I do.
16   Q.  And is this around that same time that Joshua Black was
17   shot?
18   A.  This is literally seconds right before it.
19   Q.  Okay.  And I want to focus on what I'm circling right
20   there.  (Indicating.)
21   A.  Okay.
22   Q.  How many officers were shooting at that point in time?
23   A.  I believe there was two officers shooting from that
24   area --
25   Q.  Well --
```

19004

1    A.   -- from that position.

2    Q.   -- at this point, is there just one?

3    A.   No, there's two.

4    Q.   Okay.  So let's go -- I want -- let's focus on this

5    particular area -- from 28 seconds to 32 seconds -- and

6    let's see if you actually do see the second officer who was

7    shooting come in there.

8              MR. METCALF:  So can we start back at 28 seconds.

9              (Video played.)

10             MR. METCALF:  Keep it paused right there real

11   quick.

12   BY MR. METCALF:

13   Q.   At this point in time, is there just one shooter?

14   A.   Just one here, yes.

15   Q.   Okay.  And then -- let's see if another one gets added.

16             MR. METCALF:  Can we play.

17             (Video played.)

18             MR. METCALF:  Can we pause right there.

19   BY MR. METCALF:

20   Q.   Do you see that individual -- that officer who came by?

21   A.   Yes, he just came into the position.

22   Q.   And he came with what appeared to be a gun?

23   A.   It looks like a PepperBall gun, yeah.

24   Q.   Okay.  So now, let's focus on the crowd.  Around this

25   time --

19005

1          MR. METCALF:  We could play.

2              (Video played.)

3          MR. METCALF:  Pause.

4    BY MR. METCALF:

5    Q.  Around this time, where would you say approximately you

6    were?  Is this Matthew Greene here?

7    A.  Yeah, I was just going to point him out.  I've got to be

8    near him somewhere.  So yeah.

9    Q.  Okay.  Now, look at this individual right here,

10   (indicating.)  Is that Joshua Black above that line?

11   A.  Right there, (indicating.)  Yeah.

12   Q.  Okay.  How would you describe you and the crowd before

13   he got shot?  The people who were immediately surrounding

14   you -- I'm not talking about people over here, (indicating)

15   or people back here, (indicating.)  I'm talking about people

16   who were right around where you were.

17   A.  All right.  Do you want me to give a quick analysis of

18   what I --

19   Q.  Just --

20   A.  -- perceived --

21   Q.  -- describe what you observed, the people standing in

22   your immediate area, what they were doing.

23   A.  So if you look further back in this video or even in any

24   other video with this certain type of angle, you would see

25   that, you know, myself, Mr. Greene, and a lot of these

```
1    people were actually, like, over here, (indicating) you

2    know, and then the commotion started around here,

3    (indicating.)  So everyone, again, with the car crash

4    syndrome basically started making their way over here.

5    (Indicating.)

6              MR. KENERSON:  Objection to the reference to a

7    type of syndrome.

8              THE COURT:  All right.  Sustained.

9              THE WITNESS:  Okay.

10             THE COURT:  You may continue your answer.

11             THE WITNESS:  Sorry.  Basically, with the same

12   effect people have when they see a car crash, seeing

13   what's -- want to see what's going on, started making their

14   way towards where the commotion was going on out of

15   curiosity to, you know -- humans are curious.

16             MR. KENERSON:  Object to why anyone other than

17   Mr. Pezzola is moving somewhere.

18             THE COURT:  Sustained.

19             THE WITNESS:  Okay.  Well, why I moved over

20   there --

21             MR. METCALF:  Okay.

22             THE WITNESS:  -- was, you know, basically out of

23   curiosity, you know?

24   BY MR. METCALF:

25   Q.  Now, this is before Mr. Black is shot; right?
```

1    A.  That's before, yes.

2            MR. METCALF:  Okay.  Let's go to 45 seconds.

3    BY MR. METCALF:

4    Q.  I want you to focus on this for just three seconds, so

5    from 45 seconds to 48 seconds.

6            (Video played.)

7            MR. METCALF:  Pause.

8    BY MR. METCALF:

9    Q.  I want you to look right here.  (Indicating.)

10           MR. METCALF:  Can we replay that.

11           (Video played.)

12           MR. METCALF:  Stop.

13    BY MR. METCALF:

14    Q.  Did you see -- what happened there?

15    A.  He just got shot.  You can see him turning away real

16    quick because the bullet just struck him in the face.

17    Q.  And at that point in time, what happened?  And what did

18    you do?

19    A.  Well, Steve, I'd like to point out that, at this point

20    in time, the crowd was completely separated from the police.

21    There was no interaction.  There was no pushing.  There was

22    no shoving.  The little scuffle that had happened seconds

23    before this had de-escalated to the point where everyone was

24    just standing around again.  So, you know, from what I know

25    from my specific type of training that I had with this, that

```
 1    type of force --
 2              MR. KENERSON:  Object to foundation.
 3              THE COURT:  Sustained.
 4    BY MR. METCALF:
 5    Q.  Dom, do you see this individual right here with the
 6    yellow flag?  (Indicating.)
 7    A.  Yes, I do.
 8    Q.  Actually, I want to ask you something about that.  When
 9    you were part of the march in the morning, did any -- did
10    you see a bunch of flags?
11    A.  I don't believe I seen any flags in the march.
12    Q.  So then when you left the food truck, then, and you
13    started trying to find Pepe, do you remember seeing flags at
14    that point?
15    A.  I do and -- you know what?  Like my earlier belief was
16    that, you know, my belief that -- and what I thought, you
17    know, I wanted to do at these rallies was be loud, visible,
18    and if anyone was thinking of attacking the average Trump
19    supporter, they would instead focus on me.
20    Q.  But essentially --
21    A.  So --
22    Q.  -- when you were at the march, there wasn't -- you
23    didn't really see any flags at --
24    A.  No, but to go back to your question about, did I start
25    seeing flags at that point, yeah, the guys were chanting,
```

1    being loud, and I started seeing people coming towards them

2    and hanging around them.

3    Q.  And then when you were in this crowd, you saw a bunch of

4    flags at that point; right?

5    A.  There wasn't too many from my perspective, but behind me

6    there was a ton.

7    Q.  Mm-hmm.  And then when you -- you ultimately -- after we

8    get into the whole shield incident, you ultimately go back

9    this way, (indicating); right?

10            MR. KENERSON:  Object to leading.

11            THE COURT:  Sustained.

12   BY MR. METCALF:

13   Q.  What do you do -- where do you travel after you got the

14   shield?

15   A.  Backwards.

16   Q.  Okay.  Can you point an arrow to which way.

17   A.  Basically, the same thing.  Back towards the wall right

18   here.  (Indicating.)

19   Q.  Okay.  And during that time, did you see a bunch of

20   flags?

21   A.  I did.

22   Q.  Now, before I move on with this -- hang on real quick.

23   Going back to this guy with the yellow flag, (indicating) do

24   you see him get shot?

25   A.  I did.

1    Q.  And did you see him being an aggressor or an agitator?

2              MR. KENERSON:  Object to leading.

3              MR. METCALF:  I could rephrase, Judge.

4              THE COURT:  All right.  Very well.

5    BY MR. METCALF:

6    Q.  Before -- right before he got shot, the moments right

7    before he got shot, how would you describe this guy's

8    behavior with the yellow flag?

9    A.  Right before he got shot, he was basically just standing

10   there holding a flag.

11   Q.  And he got shot in the face?

12             MR. KENERSON:  Object to leading.

13             THE COURT:  Sustained.

14   BY MR. METCALF:

15   Q.  Where did he get shot?

16   A.  I believe he got shot in the chest.

17   Q.  Okay.  So now -- yesterday, you talked about how you had

18   certain training in the Marines as far as mass protesting,

19   and I think you even mentioned crowd control.  Can you

20   explain that real quick.

21   A.  Explain the training?

22   Q.  Yes.

23   A.  Okay.  So like I had said, a lot of times overseas there

24   would be mass protests that would break out around bases or

25   around embassies, what have you, and a lot of times they're

1  too big just for the military police or whoever is there to

2  handle.  So they would train infantry guys to learn how to

3  deal with mass crowds.  And, you know, we were trained on

4  what to do and what not to do and what was lethal and what

5  was non-lethal as far as the use of non-lethal weapons.

6  Q.  And describe, then, what you saw in the moments leading

7  up to Mr. Black getting shot and then after Mr. Black got

8  shot.

9  A.  The moments leading up to it?

10  Q.  Yes, let's start there.

11  A.  Okay.  Well, like I said, there was an initial skirmish,

12  I would say, pushing between the protesters and the police.

13  The police had riot shields.  I didn't see any fists being

14  thrown or anything.  I believe it was just pushing.  And in

15  that instance, from even my training, I know that pushing

16  doesn't, you know -- someone pushing against a riot shield

17  does not constitute the use of not even non-lethal force.

18  Q.  And did you see -- then you saw head shots being done to

19  the people who were immediately surrounding your area;

20  right?

21  A.  Yeah.  I don't -- I'm -- I mean, I can't remember if it

22  was immediately surrounding this area.  There -- the shots

23  were more towards up here, (indicating) but the fact --

24  Q.  Draw that again.  I wanted to take out my line.  The

25  shots were more towards where?

1    A.   The shots were more towards up here, (indicating) where

2    the crowd was engaging the police.  So you know, they were

3    wrong for pushing against the shields, but they had

4    separated and de-escalated.  And, at that point, there

5    should have been -- there should not have been another shot.

6    That was the point where de-escalation tactics should have

7    came into play and there should have been a superior or

8    somebody --

9              MR. KENERSON:  Object to the expert nature of this

10   testimony.

11             THE WITNESS:  I have training.

12             THE COURT:  Let me hear counsel at sidebar.

13             (Bench conference:)

14             MR. METCALF:  Judge, I think that we -- can you

15   hear me?

16             THE COURT:  Yes, I can.

17             MR. METCALF:  I think that Dom laid the foundation

18   for him to be able to even state this based on his training.

19   I'm not offering to have him be an expert, nor did I even

20   plan on really going down this line, but I think I've laid

21   the foundation that he could state certain things to this

22   nature.

23             THE COURT:  Mr. Kenerson?

24             MR. KENERSON:  I -- so if I heard Mr. Metcalf

25   correctly right now, he just said he thinks he qualified his

1     client as an expert.  We certainly haven't gotten any

2     notice.  So that's one.

3          Number two, even if Mr. Pezzola has some

4     foundation to talk about what he -- and this is why we

5     didn't object after he laid a certain amount of foundation

6     to a certain amount of his questioning.  He can talk a

7     little bit about what he saw and -- so it -- but what he was

8     just testifying to was what police should have done here,

9     what police should have -- I think he was just saying a

10    supervisor should have stepped in and done something.  I

11    mean, that is quintessential expert opinion testimony.  This

12    does not get to what happened on the ground, what he

13    observed, and what he did in response.

14         THE COURT:  Right.  I guess -- let's just get to

15    the expert part.  You didn't get notice, true.  But we do

16    have people testify, I mean, as to -- based on their

17    training and experience in ways that don't require expert

18    notice all the time; isn't that correct?

19         MR. KENERSON:  Certainly, but that I don't think

20    would extend to what a police force that he is not part of,

21    was not trained in -- his training was in -- that he

22    testified to was in -- overseas at military bases.  This is

23    not -- he's had no expertise, no training whatsoever in

24    police use of force, number one.  So that's -- it's a

25    completely different area.  He's testifying as to what he

1    believes this police force should have done based on what he

2    saw on the ground.  I mean, that's completely improper for

3    lay testimony.

4            THE COURT:  Yeah.  That's probably right,

5    Mr. Metcalf.  I mean, his -- the training he had about crowd

6    control and embassies and the military is a very different

7    thing than a domestic police force and exactly what should

8    and shouldn't have been done; isn't that fair?

9            MR. METCALF:  Your Honor, I don't want to say it's

10   not -- I don't want to say that it is fair or unfair.  I

11   want to say that it's the same exact scenario.  Crowd

12   control is crowd control.  A protest is a protest.  And the

13   way that the crowd acts is, essentially, in response to what

14   they're seeing, regardless of who it's being inflicted upon

15   or who's doing the inflicting.  Is -- it basically boils

16   down to the same thing.  So the same training can be applied

17   to various different situations.

18           THE COURT:  Well, I have no basis to conclude that

19   and, in fact, if you -- I mean, I have no basis to conclude

20   that they're the same type of training, and I think common

21   sense would probably dictate that they are different kinds

22   of training, but -- what we tell our soldiers to do and what

23   we tell our police to do.  So I'm going to sustain the

24   objection.

25           MR. METCALF:  Thank you.

1          (Return from bench conference.)

2          THE COURT:  All right.  The objection's sustained.

3     BY MR. METCALF:

4     Q.  So what did you do, Dom, after you saw Joshua Black get

5     shot in the face?

6     A.  Well, I was gradually making -- oh, okay.  So here I am

7     right here, (indicating.)  You can see, (indicating.)  Can

8     you see where I'm pointing to?

9     Q.  Yes.

10    A.  Okay.  So I'm right there.  And during this whole

11    scuffle, I was making my way from where I was about here,

12    (indicating) to here, (indicating.)  And, you know, that's

13    where I was pre Josh getting shot in the face, I believe.

14    Yeah.

15    Q.  And after he got shot, what did you do?

16    A.  After he got shot, I got closer and got a first-hand

17    bird's-eye view of the damage that was done to him by that

18    bullet, and I knew that that shot a couple inches higher

19    would have been fatal.

20          MR. METCALF:  Can we go to Pezzola-305, please --

21    BY MR. METCALF:

22    Q.  Dom, I'm going to show you what has been premarked for

23    identification as Pezzola-305.  Do you recognize this?

24    A.  Yes.

25    Q.  And what do you recognize this picture to be?

1    A.   That is the picture of the non-lethal munition weapon.

2    Q.   And that's the weapon that shot -- that was used to

3    shoot Black in the face?

4    A.   Yes, it was.

5              MR. KENERSON:   Objection.  Foundation and leading.

6              THE COURT:   Sustained as to both.

7    BY MR. METCALF:

8    Q.   And what do you know this -- in viewing every one of the

9    videos that you viewed and being there at that time and

10   watching Steven Hill's testimony, what do you know this gun

11   to be -- you -- what do you know this weapon to have done?

12             MR. KENERSON:   Objection.  Foundation.

13             MR. METCALF:   It's leading to the foundation.

14             MR. KENERSON:   Can we go to the phones?

15             THE COURT:   Yes.

16             (Bench conference:)

17             THE COURT:   I think I know the distinction you're

18   going to make, Mr. Kenerson, but go ahead.

19             MR. KENERSON:   Yes.  Certainly.  And this is -- I

20   mean, he's -- if he's -- he -- based on the questions

21   Mr. Metcalf just asked him, the -- whatever conclusion he

22   may have drawn about whether this was the gun that fired at

23   Joshua Black or based on his review of video and his

24   watching of Steven Hill's testimony -- so I don't think he

25   has a basis to testify that this was, in fact, a gun.

1    Either the video speaks for itself or it doesn't or

2    Mr. Hill's testimony speaks for itself or it doesn't, but

3    Mr. Pezzola can't bolster this unless he actually saw it

4    real time and can testify to that.

5                THE COURT:  What's your -- Mr. Metcalf, what's

6    your response?

7                MR. METCALF:  He actually was there in real time.

8    He actually did see -- and I laid the foundation about the

9    two different shooters that were up there.  So I mean, I

10   could go a little bit deeper into the two guns that were

11   there and which one was used to ultimately shoot Black in

12   the face.

13               THE COURT:  Well, bottom line is, I think you need

14   to limit it to his observations that day and just ask him --

15   and I'm sure Mr. Kenerson won't object to leading if you

16   say, "Limited to based on your, you know -- your

17   observations that day, can you say whether this is the gun

18   that shot the individual?"  And he'll either say "yes" or

19   "no," and then you can go -- if he says "yes," then you

20   can -- to the "do you know" question, then you can ask him

21   whether it was.

22               MR. METCALF:  That's fine.  I'll do that.

23               THE COURT:  All right.

24               MR. METCALF:  Thank you.

25               THE COURT:  All right.

1           (Return from bench conference.)

2    BY MR. METCALF:

3    Q.  Dom, when you were there right before Joshua Black got

4    shot, did you see the -- where the shots were coming from?

5    A.  I did.

6    Q.  And where -- explain where the shots were coming from.

7    A.  They were coming right from the -- basically, I'd

8    consider it an over-watch position that we seen the officers

9    stationed in where they had the -- the non-lethal weapons.

10   Q.  So they were at a higher level than where you were?

11   A.  They were elevated, shooting down, yes.

12   Q.  Okay.  How many shots -- before Black got shot, how many

13   shots did you observe coming from that specific area?

14   A.  It sounded like dozens, but I would say at least 12.

15   Q.  Okay.  So describe what you were thinking or what was

16   going on as you were in that position before Black got shot.

17   A.  To me, it almost felt like being under sniper fire.

18   Q.  Explain.  What does that --

19   A.  Just someone from an elevated position with a strategic

20   advantage firing down into an unsuspecting target and,

21   basically, from that elevation, the only real viable target

22   is a head shot.

23   Q.  Okay.  And were you in fear at that time?

24   A.  There was definitely fear and concern for my safety and

25   my life, yes.

1    Q.  Okay.  And describe some of those feelings.

2    A.  All I remember seeing is -- I remember to this day

3    seeing that bullet hole about right here, (indicating) in

4    Black's face and I said, "Another inch or two higher and he

5    would have been dead."

6    Q.  And then what did you -- what were your thoughts at that

7    point in time?

8    A.  At that point in time, I took it upon myself to try to,

9    you know -- after examining the blood and everything on the

10   ground, I went up to the police and said, "Hey, you guys are

11   shooting people in the face.  You're going to kill

12   somebody."

13   Q.  Were you -- based on what you observed, would -- are you

14   able to tell which one of those guns shot Black in the face?

15   A.  At the time, no, but -- I mean, if you were to ask me

16   now, I could tell it was the gun to the left because --

17           MR. KENERSON:  Objection.

18           THE WITNESS:  -- the gun to the right was a

19   PepperBall.

20           THE COURT:  Okay.  Sustained.

21   BY MR. METCALF:

22   Q.  Was this the gun that you believe you observed being the

23   gun that was used to shoot Joshua Black in the face?

24           MR. KENERSON:  Objection.  Foundation.  He said he

25   couldn't tell.

1            THE COURT:  Let's go to the phones just one more

2      time.

3            (Bench conference:)

4            THE COURT:  Mr. -- I think -- Mr. Metcalf, I think

5      we've run into the same problem.

6            But, Mr. -- let me just also make this point.

7            Mr. Kenerson, you don't -- I mean, we've had

8      plenty of witnesses be shown video and have them say, you

9      know, "What do you see?  Do you see X happening or Y

10     happening?"  And interpreting video.  If Mr. Metcalf were to

11     show him a video from which he could deduce that -- and say,

12     "Yes, it's this particular gun," he would be able to do

13     that; isn't that correct?

14            MR. KENERSON:  I think if he were to show him a

15     video --

16            THE COURT:  I mean, it's either, "I observed it

17     that day," or, "Here's the video," because you run into a

18     best-evidence problem, it seems to me, if he just says,

19     "Well, I" -- based on something, without us seeing it.  I

20     mean, I -- so I guess I -- I think you're right, with the

21     caveat that he could interpret a video just the way we've

22     had a lot of -- plenty of witnesses interpret a video, but

23     we're not in either one of those situations, Mr. Metcalf.

24            MR. METCALF:  Your Honor, I don't want to get hung

25     up on this.

```
 1                    THE COURT:  Okay.

 2                    MR. METCALF:  I could try to -- I mean, the main

 3       thing here is the warning sign, and is that one of the guns

 4       that were shooting down at them, and I'm going to talk about

 5       the warning sign and if there was -- one of the guns he

 6       observed shooting down at him, and then I'm going to move

 7       on.

 8                    THE COURT:  Okay.  Again, I think he can look at a

 9       video and say, "Do you see X or Y happening," or he can

10       testify from his knowledge that day.  That -- those are the

11       two possibilities.  Okay?

12                    MR. METCALF:  Understood.

13                    THE COURT:  All right.

14                    MR. METCALF:  All right.

15                    (Return from bench conference.)

16       BY MR. METCALF:

17       Q.  All right.  Dom, at that point in time, did you come to

18       learn how many different guns were shooting down by where

19       you were?

20       A.  There was two.

21       Q.  And --

22       A.  From that position.  I don't -- I can't be quite certain

23       if there was another position or not, but from that

24       position, there was two.

25       Q.  And this photograph that I'm showing you right now, is
```

1    this one of those guns from that position?

2    A.   That is.

3            MR. METCALF:  Your Honor, at this point in time,

4    I'd ask that this be marked as Pezzola Exhibit-305 and be

5    published for the jury.

6            MR. KENERSON:  No objection.

7            THE COURT:  All right.  It will be admitted.  And

8    permission to publish it.

9    BY MR. METCALF:

10   Q.   Pezzola, what does the warning sign on this gun say?

11   A.   I can pretty much tell you word for word what it says

12   even with his thumb there, from my recollection.

13   Q.   Okay.  So say it.

14   A.   It says, "Use with extreme caution.  Not intended for

15   recreational use.  Head shots may cause injury or death.  Do

16   not shoot in face or head."  Something to those words.

17   Q.   Okay.  So Dom, I want you to think about what you were

18   thinking before and after Joshua Black was shot in the face.

19   What were the -- some of the thoughts that were going

20   through your mind?

21   A.   Before?

22   Q.   However -- whichever thoughts and state of mind that you

23   want to describe.  Before, after, during.  At that point in

24   time, what was going through your mind?

25   A.   My first reaction was disbelief that this actually --

1    that this type of force was actually being used on an

2    unarmed crowd of people who were just pushing against riot

3    shields.  After people started getting shot in the head and,

4    you know, Mr. Black was ultimately shot in the face, it

5    turned more into a dire situation where it became quite

6    deadly, you know?  There was more concern and there was a

7    palpable feel of panic in the air.

8    Q.  Okay.  Describe that concern and describe that panic.

9    A.  It's hard -- it's hard to describe.  It's almost a

10   surreal moment.  I mean, I've been in the military, but I

11   didn't get to go to war.  I was injured before my unit

12   deployed.  But in my mind, this was pretty much what I felt

13   like combat would be like, being shot at by the enemy,

14   machine gun nest or a sniper nest or something like that.

15             MR. METCALF:  Can we show Pezzola-300, please.

16             (Video played.)

17   BY MR. METCALF:

18   Q.  Do you recognize this video?

19   A.  Yes.

20   Q.  And have you viewed this video?

21   A.  I have.

22   Q.  And have you identified yourself in this video?

23   A.  At certain points, yes.

24             MR. METCALF:  I ask that this be marked as -- or

25   this be admitted as Pezzola-300 and published for the jury.

1           MR. KENERSON:  No objection.

2           THE COURT:  All right.

3           THE WITNESS:  I can identify myself right now if

4     you need me to.

5     BY MR. METCALF:

6     Q.  Okay.  Where are you?

7           THE COURT:  Mr. Metcalf, can I rule on your

8     request?  It will be admitted.  And permission to publish

9     it.

10          MR. METCALF:  Thank you, Your Honor.  Didn't mean

11    to jump the gun there.

12    BY MR. METCALF:

13    Q.  Where are you?

14    A.  I am right there.  (Indicating.)

15    Q.  And you stopped at where your head is?

16    A.  Yes.

17    Q.  And you're over here?  (Indicating.)

18    A.  Yep.

19    Q.  Okay.  Do you recognize anybody else around you?

20    A.  Just Matthew Greene behind me.

21    Q.  Where is Matthew Greene?

22    A.  (Indicating.)

23          MR. METCALF:  Okay.  Let's -- can we start at

24    55 seconds, please -- actually, you know what?  Let's play

25    from here.

1    BY MR. METCALF:

2    Q.  I want you to watch this scene, Dom.

3              (Video played.)

4              MR. METCALF:  Pause it.

5    BY MR. METCALF:

6    Q.  Is that you there?

7    A.  That is.

8    Q.  And Greene is over here?  (Indicating.)

9    A.  Yes.

10             MR. METCALF:  Keep playing, please.

11             (Video played.)

12             MR. METCALF:  Stop right there.

13   BY MR. METCALF:

14   Q.  Is this the area where Joshua Black was shot and where

15   all the blood was?  (Indicating.)

16   A.  Yes, the blood was actually right on the ground right

17   here directly where I was just looking down.  (Indicating.)

18             MR. METCALF:  Keep playing, please.

19             (Video played.)

20             MR. METCALF:  Can we stop.

21   BY MR. METCALF:

22   Q.  Is that -- what are you doing here?

23   A.  That's when I was telling the police that they're

24   striking people in the face and they're going to end up

25   killing someone.

1    MR. METCALF:  Keep playing.

2         (Video played.)

3    MR. METCALF:  Did the volume go off?  Can we pause

4    right there.

5    BY MR. METCALF:

6    Q.  What are you doing there?

7    A.  Well, you could see a couple seconds before this --

8    where you pause it here, you could see that it -- I was

9    standing there.  I -- my senses were that this was turning

10   into a very dangerous situation.  And at one point, you can

11   see me actually try to separate this man, (indicating) and I

12   believe it was this man, (indicating) as I saw this guy

13   here, (indicating) push the guy that's -- bear with me

14   here --

15   Q.  Do you want me to rewind it?

16   A.  If you could, yeah.

17        MR. METCALF:  Okay.  Let's go to 40 seconds,

18   please.

19        (Video played.)

20        THE WITNESS:  Okay.

21        MR. METCALF:  Stop.

22   BY MR. METCALF:

23   Q.  Is that what you were referring to?

24   A.  Right.  I pushed this individual, (indicating) and this

25   individual, (indicating) apart.  My intention was to go up

19027

1   and grab one of these guys and pull them away so the

2   situation wouldn't be re-escalated.

3              MR. METCALF:  Okay.  Keep playing.

4              (Video played.)

5              MR. METCALF:  Stop there.

6   BY MR. METCALF:

7   Q.  What are you doing there?

8   A.  Right there, I'm ducking from bullets -- I shouldn't say

9   bullets -- whatever projectiles were coming at us.

10  Q.  Now, describe what you were seeing and hearing.  Like,

11  what was going on at that point in time?

12  A.  Loud noise, chaos.

13  Q.  Were you hearing these bullets being --

14  A.  I was --

15  Q.  -- fired into the crowd?

16  A.  Oh, yes.  They were very audible.

17  Q.  And how many were happening?

18  A.  It almost seemed like rapid fire at that point.  I

19  believe I remember one passing fairly closely in front of my

20  face right around this time.

21             MR. METCALF:  Okay.  Can we go to Pezzola

22  Exhibit-301.  Actually, you know what?  I want to go back to

23  300 and publish it.

24             (Video played.)

25             MR. METCALF:  Can we go to 22 seconds and play it

1   from 22 seconds to 27 seconds.

2                (Video played.)

3                MR. METCALF:  Stop.

4   BY MR. METCALF:

5   Q.  What are you looking at right there?

6   A.  That's where I'm looking at the big pool of blood that

7   was on the ground there from Joshua Black's injury.

8                MR. METCALF:  Okay.  Can we go to 33 seconds,

9   please.  Actually, can you go to 50 seconds, please.  I want

10  to play this from 50 seconds to 52 seconds.

11               (Video played.)

12  BY MR. METCALF:

13  Q.  At this point in time, you indicated that there was

14  chaos; there was a lot of shots being done around you.  What

15  were you trained as a Marine to do in a situation where you

16  felt that same scenario?

17  A.  Okay.  So my training and, I would say, not even just my

18  training but my entire life experience, between the sports

19  I've played, including boxing which I've done for over 20

20  years, you always keep your eye on the danger, you know?

21  The last thing you want to do -- so everyone -- human

22  brings -- human beings have what's called a fight or flight

23  response to dangerous situations, and depending upon what

24  type of person you are, you either run or you fight to

25  protect yourself, for survival, you know?  When you're in

1    the military, especially a military occupational specialty

2    like I was, which is the infantry, you're on the front lines

3    and you're confronting the enemy head on.  So you are

4    conditioned to completely disregard the flight response,

5    because you would not have any type of effective military

6    if, once rounds started coming down range, everyone turned

7    around and ran.  And, you know, another reason for not doing

8    that is because you need to keep your eye on where the

9    threat is coming from in order to defend against it.  You

10   need to know where it's coming from so you can know where to

11   avoid it.  If you were to turn around and tuck tail, I mean,

12   especially in a combat situation, the only thing you're

13   going to guarantee you is being shot in the back and a quick

14   death.

15   Q.  And what do you do?  Do you -- how do you get protection

16   or what kind of movements were you trained to do?

17   A.  So the first thing anyone does when they're coming under

18   any type of fire is to get low, make yourself a smaller

19   target, and to find some type of cover to protect yourself

20   with.

21   Q.  And is this -- what you're describing, is this what you

22   were doing at this point in time?

23   A.  Yeah, that's exactly what I was doing.  I -- you could

24   see, as soon as the bullets came, then I started getting

25   low.  I was crouching and I was, you know, out of a

1    reactionary response from my training and from just how I've
2    always, you know, I guess, been taught, I grabbed the first
3    thing available that I could see that I could protect myself
4    with.
5    Q.   And what was that?
6    A.   That was Officer Ode's shield.
7    Q.   And did you get possession at this point in time?
8    A.   No, I never got total possession of it during this time.
9    I grabbed it and I pulled on it, you know, trying to get
10   a -- trying to get possession, but I grabbed it and pulled
11   on it and ultimately --
12   Q.   And what was in your -- what was going through your mind
13   at that point in time?
14   A.   So it's not like I woke up in the -- that morning and
15   said, "Hey, you know what would look great in my den?   A
16   Capitol Police riot shield."   Okay?   My intent was never to
17   rob or take or steal, or whatever it was, that.   My only
18   intention right there was to protect myself from the similar
19   fate of Joshua Black or -- if not worse.
20   Q.   So then why didn't you just turn around and run away?
21   A.   Well, for the same reasons I just told you, you know?
22   Military training, and especially in the Marine Corps, you
23   don't ever turn around and run.   You're conditioned not --
24   you're conditioned to not even -- to think about the flight
25   response in a situation that's dire or deadly, you know?

1    You're conditioned to run towards the danger, to neutralize

2    the danger, and, you know, that's --

3    Q.  Now --

4    A.  -- basically where my reaction took over.

5    Q.  Now, this is Matthew Greene right there, (indicating);

6    right?

7    A.  Yes.

8    Q.  And you heard him testify about being shot?

9    A.  I did hear him testify about being shot, yes.

10   Q.  Did you see Mr. -- Matthew Greene get shot?

11   A.  At some point, I do remember a -- some type of

12   projectile exploding on him in a big mist of some sort.

13   Q.  Okay.  And this is how close he remained to you,

14   basically, throughout this time or -- he -- let me rephrase.

15          During this period of time when you're in this

16   crowd, Greene stayed close to you; is that accurate?

17   A.  That's accurate.

18   Q.  Now, I want to focus real quick on this guy,

19   (indicating.)  I believe it's this guy.  I want to play

20   until 57 seconds.  I want you to look at whether or not the

21   guy right behind you gets shot.

22          MR. METCALF:  Can we play this.

23          THE WITNESS:  Can you slow it down or --

24          MR. METCALF:  This is -- we're going to go to the

25   slow-mo one after this.

```
 1                    (Video played.)

 2                    MR. METCALF:  Do you see -- oh, stop.

 3     BY MR. METCALF:

 4     Q.  This guy?  (Indicating.)

 5     A.  Yes.

 6                    MR. METCALF:  Okay.  So rewind it real quick and

 7     let's go to 54 seconds.

 8     BY MR. METCALF:

 9     Q.  I want you to focus on this guy right there.

10                    MR. METCALF:  Play.

11                    (Video played.)

12     BY MR. METCALF:

13     Q.  Did you see that guy right next to you get shot?

14     A.  I saw him get shot and I also saw Matthew Greene get

15     shot right here, (indicating.)  And there's the cloud that I

16     was talking about.

17     Q.  Okay.  And can you circle which other guy you saw get

18     shot.

19     A.  It was this guy right there, (indicating.)  The arrow's

20     actually on his face.  And there was -- the bullets were

21     coming so randomly and so rapidly, they actually shot one of

22     their own officers in the process, too.

23     Q.  Now, at this point in time, did you actually have

24     possession of the shield?

25     A.  No, I did not.
```

1    Q.  Describe that scenario, from when you attempted -- when

2    you attempted to grab the shield until you're actually

3    picking the shield up from someone else.  Describe that turn

4    of events.

5    A.  So -- yeah, I -- after the shots started coming in

6    randomly and I initially grabbed onto the shield, I did pull

7    on it, and I basically pulled it a little bit into the crowd

8    this way, (indicating) but once -- I think there was a step

9    there or something that I fell over, and I actually landed

10   flat on my back right here, (indicating) and -- with my

11   hands completely off the shield.

12   Q.  And were there other people who fell with you?

13   A.  There was.

14   Q.  And then what happened?

15   A.  There's another video where you can see a man in --

16   dressed in all black.  He's got a black jacket, black hat, a

17   big white W on his jacket.  He actually pushes me out of the

18   way, and then you can see him leaning forward where the

19   officer fell.  And then he comes up and he has a shield in

20   his hands.

21   Q.  Okay.  So let's -- we have this video and we have it in

22   slow motion.

23   A.  Right.

24   Q.  So we're going to play that after this.  Let's watch

25   this first and then we'll go to the other one.

1    A.   Okay.

2    Q.   So I want you to focus now from here until about

3    1 minute and 13 seconds.

4              (Video played.)

5              MR. METCALF:  Can we pause it really -- right

6    there.  Can we go back one frame real quick.

7    BY MR. METCALF:

8    Q.   Is that the blood on the floor that you were referring

9    to?

10   A.   That is.

11             MR. METCALF:  Keep playing.

12             (Video played.)

13             THE WITNESS:  Stop there.  Here's the man in black

14   with the W who actually moves me aside.  And now -- right

15   now, he's reaching forward to where Officer Ode fell and

16   he -- he's the first one to come up with this shield.

17             MR. METCALF:  Let's keep playing.

18             (Video played.)

19             MR. METCALF:  Pause it there.

20   BY MR. METCALF:

21   Q.   Is that -- at this point in time, is this when you're

22   referring to you being on the floor?

23   A.   Yeah, that's exactly where it happened.  I mean, I was

24   on the floor for several seconds before this.

25             MR. METCALF:  Okay.  Keep playing.

```
1                    (Video played.)

2                    MR. METCALF:  Pause right there.

3       BY MR. METCALF:

4       Q.  Right here, you see there's the circle where it's saying

5       that you are; right?

6       A.  Right.

7       Q.  Do you have possession of the shield at that point in

8       time?

9       A.  I'm not sure at that point in time.  I --

10      Q.  Or are you under that shield?

11      A.  I'm under it, but, like I said, this guy here was the

12      one that grabbed it from Officer Ode and pulled -- he pulled

13      it straight up.  And there's another still picture where you

14      can see someone's actually lifting me up off the ground, and

15      I grabbed onto it to help boost myself up.

16      Q.  And this --

17      A.  It was right in front of me.  It was right on top of me.

18      Q.  Okay.  So at this point in time -- well, actually, let's

19      keep playing.  So I want to focus on these couple -- next

20      couple of seconds.

21                   MR. METCALF:  This is 1:18 of Pezzola-300.  And

22      let's play until 1:20.

23                   (Video played.)

24                   MR. METCALF:  Stop.

25      BY MR. METCALF:
```

1    Q.  At that point in time, were you still on the ground?

2    A.  Still on the ground.

3    Q.  Okay.  I want you to focus on the next four seconds.

4         MR. METCALF:  Let's play from here until 1:24.

5         (Video played.)

6         MR. METCALF:  The camera moves away.  Stop.

7    BY MR. METCALF:

8    Q.  Is that when you picked up the shield right there?

9    A.  It was -- it was leaning vertically.  And -- but that's

10   when I basically used it to push myself up, and then I

11   grabbed it.

12        MR. METCALF:  Can you keep playing.

13        (Video played.)

14        MR. METCALF:  Pause it there.

15   BY MR. METCALF:

16   Q.  So now --

17        MR. METCALF:  Actually, can you rewind just a

18   couple of seconds.  Let's go to 1:25.  Pause.

19   BY MR. METCALF:

20   Q.  At this point in time, Dom, did you have any

21   communication at all with Joseph Biggs?

22   A.  No.

23   Q.  Did you have any smoke signals with Joseph Biggs?

24   A.  No.

25   Q.  Did you have any hand gestures with Joseph Biggs?

1    A.  No.

2    Q.  Did you even know what Joseph Biggs looked like at this

3    point in time?

4    A.  I had no idea what Joseph Biggs looked like at that

5    point in time.

6    Q.  Same exact questions for Nordean.  Did you know -- at

7    that point in time, did you know what he looked like?

8    A.  I knew what he looked like because he was a big guy, so

9    he stands out a little more, but that's it.

10   Q.  Okay.  And did you have any communication with him at

11   this point in time?

12   A.  No.

13   Q.  Did these men order you to take this shield?

14   A.  No.

15   Q.  Was there ever a communication with you and anybody else

16   about you taking this shield?

17   A.  No.

18           MR. METCALF:  Your Honor, is this a good time to

19   stop?  Because I'm going to have to get into another video.

20           THE COURT:  It is a -- precisely a good time to

21   stop, as I see it's 12:00 o'clock noon.

22           So ladies and gentlemen, as I mentioned yesterday,

23   we're going to break early for your lunch hour, come back at

24   1:00 o'clock, hear testimony, again, through 2:00 o'clock,

25   and then you'll be released for the day.  So we'll ask

1     Ms. Harris to excuse you.  Thank you.

2                 (Jury returned to jury room.)

3                 THE COURT:  All right.  We'll break until 1:00

4     o'clock.  And, Mr. Pezzola, if you want to just retake the

5     stand at 1:00 o'clock, I'll take the bench and we'll bring

6     the jury in and then continue.

7                 THE WITNESS:  Yes, sir.

8                 THE COURT:  See you all at 1:00 o'clock.

9                 THE DEPUTY CLERK:  All rise.  This Honorable Court

10    stands in recess until the return of Court at 1:00 o'clock.

11                (Luncheon recess taken at 12:02 p.m.)

12                  * * * * * * * * * * * *

13            **CERTIFICATE OF OFFICIAL COURT REPORTER**

14    **I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify**

15    **that the above and foregoing constitutes a true and accurate**

16    **transcript of my stenographic notes and is a full, true and**

17    **complete transcript of the proceedings to the best of my**

18    **ability, dated this 19th day of April 2023.**

19                              **/s/Timothy R. Miller, RPR, CRR, NJ-CCR**
                              Official Court Reporter
20                            United States Courthouse
                              Room 6722
21                            333 Constitution Avenue, NW
                              Washington, DC 20001

22

23

24

25

## $

**$1,000** [1] - 18956:9

## '

**'30s** [1] - 18950:16

## /

**/s/Timothy** [1] - 19038:19

## 0

**06511** [1] - 18922:22

## 1

**1** [5] - 18925:3, 18925:9, 18925:13, 18961:8, 19034:3
**1,000** [1] - 18969:4
**1-ETHAN** [1] - 18922:4
**10** [3] - 18996:17, 18996:18, 19000:23
**100** [3] - 18940:19, 18970:23, 18992:8
**10003** [1] - 18922:18
**10016** [1] - 18923:13
**1014** [1] - 18923:9
**102,802** [1] - 18975:13
**10:00** [4] - 18945:22, 18946:13, 18981:2, 18981:13
**10:22** [1] - 18997:5
**113** [1] - 18923:15
**11:15** [1] - 18986:17
**11:20** [1] - 18986:17
**11:44** [1] - 18960:14
**11th** [1] - 18966:22
**12** [2] - 19001:15, 19018:14
**12:00** [5] - 18948:2, 18948:3, 18948:11, 18948:15, 19037:21
**12:02** [1] - 19038:11
**12:50** [1] - 18991:21
**12:51** [1] - 18992:12
**12th** [3] - 18966:20, 18966:22, 18975:21
**13** [1] - 19034:3
**1420** [1] - 18922:24
**14th** [4] - 18963:9, 18965:17, 18965:22, 18965:23
**153** [1] - 18923:5
**19** [2] - 18922:6, 19000:23
**19th** [1] - 19038:18

## 2

**2** [5] - 18925:4, 18925:9, 18925:14, 18961:6, 18961:9
**2-JOSEPH** [1] - 18922:5
**20** [1] - 19028:19
**20001** [2] - 18923:19, 19038:21
**20005** [1] - 18922:25
**2007** [1] - 18925:21
**2008** [1] - 18925:22
**202** [3] - 18922:15, 18922:25, 18923:20
**2020** [2] - 18949:7, 18963:9
**2021** [1] - 18960:7
**2023** [2] - 18922:6, 19038:18
**203** [1] - 18922:22
**20530** [1] - 18922:15
**20777** [1] - 18923:3
**209** [1] - 18923:6
**20th** [1] - 18922:17
**21-175** [2] - 18925:2, 18946:22
**22** [5] - 18999:22, 18999:24, 19027:25, 19028:1
**240** [1] - 18923:3
**25** [1] - 18994:3
**252-7233** [1] - 18922:15
**253-0514** [1] - 18923:13
**27** [1] - 19028:1
**28** [3] - 19003:10, 19004:5, 19004:8
**29** [2] - 18994:11,

18994:17
**2:00** [3] - 18930:21, 18940:23, 19037:24
**2nd** [2] - 18959:14, 18960:7

## 3

**3** [3] - 18925:4, 18925:10, 18925:14
**3-ZACHARY** [1] - 18922:5
**30** [1] - 18943:1
**300** [1] - 19027:23
**302** [2] - 18938:17, 18938:25
**302s** [1] - 18935:2
**305** [2] - 18923:7, 18923:10
**31st** [1] - 18978:13
**32** [1] - 19004:5
**33** [1] - 19028:8
**33012** [1] - 18923:9
**33014** [1] - 18923:6
**333** [2] - 18923:19, 19038:21
**354-3111** [1] - 18923:20
**383** [1] - 18922:21
**393-3017** [1] - 18922:22
**3rd** [1] - 18959:14

## 4

**40** [2] - 18975:3, 19026:17
**403** [2] - 18926:10, 18926:14
**403-7323** [1] - 18923:7
**41** [1] - 18991:22
**42** [1] - 18994:12
**429-6520** [1] - 18922:25
**45** [3] - 18972:3, 19007:2, 19007:5
**472-3391** [1] - 18923:3
**48** [1] - 19007:5
**49** [1] - 18923:9
**4r** [1] - 18922:18
**4th** [1] - 18922:14

## 5

**5** [3] - 18925:5, 18925:11, 18925:15
**5-0** [1] - 18972:15
**5-ENRIQUE** [1] - 18922:6
**50** [5] - 18975:3,

18977:9, 18991:24, 19028:9, 19028:10
**500** [1] - 18961:24
**505-10** [1] - 18959:24
**51** [1] - 18991:24
**52** [1] - 19028:10
**54** [2] - 18977:10, 19032:7
**55** [1] - 19024:24
**555** [1] - 18922:14
**56** [2] - 18999:23, 18999:24
**57** [1] - 19031:20
**59** [1] - 18999:24
**59047** [1] - 18923:16
**5:30** [1] - 18979:22
**5th** [7] - 18961:16, 18978:3, 18978:4, 18979:5, 18979:9, 18979:18, 18979:20

## 6

**6** [3] - 18925:5, 18925:12, 18925:15
**6-DOMINIC** [1] - 18922:6
**600A** [1] - 18976:10
**600B** [3] - 18975:14, 18976:9
**600C** [1] - 18976:7
**600E** [1] - 18977:2
**6175** [1] - 18977:3
**63,611** [1] - 18977:1
**646** [1] - 18923:13
**67** [1] - 18922:8
**6722** [2] - 18923:18, 19038:20
**6th** [20] - 18923:12, 18926:1, 18949:21, 18949:23, 18953:5, 18955:2, 18955:7, 18955:16, 18955:17, 18961:15, 18973:19, 18977:15, 18977:17, 18977:18, 18978:7, 18978:16, 18979:3, 18979:17, 18980:12

## 7

**7** [1] - 18922:17
**7166** [1] - 18923:2
**764-9347** [1] - 18923:16
**775** [1] - 18923:16

## 8

**8** [1] - 19001:15

**822-2901** [1] - 18923:10

## 9

**9** [4] - 18994:11, 18994:17, 18999:24
**902-3869** [1] - 18922:19
**917** [1] - 18922:19
**99** [1] - 18923:12
**9:00** [1] - 18981:1
**9:15** [1] - 18922:6
**9:20** [1] - 18993:15
**9:30** [2] - 18994:18, 18995:23
**9:33** [2] - 18999:3, 19000:19
**9:36** [1] - 18996:11
**9:42** [2] - 18994:17, 18995:24
**9th** [1] - 18950:21

## A

**a.m** [1] - 18922:6
**Aaron** [3] - 18982:20, 18984:22, 18986:14
**ability** [3] - 18943:25, 18945:7, 19038:18
**able** [8] - 18931:4, 18948:5, 18949:17, 18968:5, 19012:18, 19019:14, 19020:12
**absolutely** [2] - 18978:14, 18994:10
**accepting** [1] - 18964:20
**account** [8] - 18972:14, 18973:18, 18974:25, 18975:7, 18976:20, 18977:5, 18977:6, 18977:7
**accurate** [4] - 18942:6, 19031:16, 19031:17, 19038:15
**Act** [2] - 18936:15, 18938:2
**action** [1] - 18945:20
**activities** [2] - 18984:10, 18984:12
**acts** [1] - 19014:13
**actual** [1] - 18956:11
**add** [2] - 18959:16, 18975:17
**added** [6] - 18959:11, 18959:13, 18960:9, 18960:11, 18960:19, 19004:15
**adding** [3] - 18928:23,

18958:22, 18959:11
**address** [1] -
  18925:19
**administrating** [1] -
  18961:10
**admit** [5] - 18925:20,
  18925:22, 18943:13,
  18994:8, 18994:11
**admits** [2] - 18945:6
**admitted** [17] -
  18925:21, 18926:1,
  18926:3, 18926:4,
  18934:6, 18934:7,
  18943:24, 18959:25,
  18960:1, 18993:24,
  19001:23, 19001:25,
  19003:3, 19003:5,
  19022:7, 19023:25,
  19024:8
**admitting** [1] -
  18994:8
**advantage** [1] -
  19018:20
**affairs** [1] - 18955:20
**affiliate** [1] - 18989:18
**affiliated** [1] -
  18966:19
**affirmatively** [1] -
  18948:12
**afterthought** [1] -
  18956:20
**afterwards** [1] -
  18950:1
**age** [1] - 18942:24
**agent** [2] - 18935:2,
  18940:2
**agents** [1] - 18939:23
**aggressor** [1] -
  19010:1
**agitator** [1] - 19010:1
**ago** [4] - 18926:9,
  18934:8, 18950:24,
  18951:5
**agree** [3] - 18936:21,
  18944:16, 18974:1
**agreement** [1] -
  18939:8
**agreements** [1] -
  18989:9
**ahead** [4] - 18946:20,
  18947:12, 18981:7,
  19016:18
**ahold** [1] - 18965:5
**aided** [1] - 18923:21
**air** [1] - 19023:7
**al** [1] - 18946:23
**allegations** [1] -
  18939:19
**allowed** [1] - 18956:1
**almost** [6] - 18929:4,

18970:23, 18973:4,
  19018:17, 19023:9,
  19027:18
**alternative** [1] -
  18925:25
**amazed** [2] - 18998:9
**AMERICA** [1] -
  18922:2
**America** [2] - 18925:3,
  18946:22
**amount** [2] - 19013:5,
  19013:6
**amounts** [1] -
  18945:12
**analysis** [1] -
  19015:17
**angle** [1] - 19005:24
**announcement** [1] -
  18931:3
**anonymously** [1] -
  18934:13
**answer** [5] - 18929:24,
  18962:22, 18964:25,
  18985:15, 19006:10
**answered** [1] -
  18959:10
**Antifa** [4] - 18966:15,
  18968:21, 18969:20,
  18982:11
**anyway** [1] - 18936:13
**apart** [2] - 18962:20,
  19026:25
**app** [1] - 18961:21
**APPEARANCES** [2] -
  18922:11, 18923:1
**appeared** [1] -
  19004:22
**application** [2] -
  18927:10, 18964:24
**applied** [1] - 19014:16
**appreciate** [1] -
  18945:2
**apprehend** [2] -
  18971:11, 18973:11
**apprehended** [3] -
  18971:13, 18971:21,
  18972:2
**appropriate** [2] -
  18938:3, 18941:24
**approximate** [1] -
  18992:16
**April** [2] - 18922:6,
  19038:18
**arbiter** [1] - 18941:21
**area** [14] - 18970:2,
  18970:3, 18987:5,
  18988:14, 18998:15,
  19002:21, 19003:24,
  19004:5, 19005:22,
  19011:19, 19011:22,

19013:25, 19018:13,
  19025:14
**areas** [1] - 18970:16
**argue** [2] - 18951:12,
  18951:13
**argument** [3] -
  18942:11, 18942:16,
  18942:17
**arrested** [1] -
  18952:20
**arrow** [2] - 18962:1,
  19009:16
**arrow's** [1] - 19032:19
**Art** [4] - 18978:1,
  18982:13, 18984:22
**Arthur** [5] - 18982:15,
  18982:22, 18982:23,
  18982:24, 18986:14
**Arthur's** [1] -
  18982:21
**articulated** [1] -
  18943:20
**aside** [1] - 19034:14
**ass** [1] - 18972:15
**assert** [1] - 18926:19
**asserted** [1] -
  18926:11
**asserts** [1] - 18928:24
**assess** [1] - 18929:21
**associating** [1] -
  18953:14
**assume** [1] - 18947:10
**assumed** [2] -
  18989:17, 18989:22
**AT** [1] - 18923:15
**attack** [2] - 18928:11,
  18928:19
**attacking** [1] -
  19008:18
**attempted** [3] -
  18973:4, 19033:1,
  19033:2
**attended** [1] -
  18958:20
**attention** [1] -
  18999:15
**ATTORNEY** [1] -
  18923:15
**attorney** [4] -
  18927:18, 18927:19,
  18955:22, 18956:2
**attorney's** [2] -
  18955:24, 18955:25
**ATTORNEY'S** [1] -
  18922:14
**attorneys** [1] -
  18956:9
**audible** [1] - 19027:16
**authentication** [2] -
  18925:23, 18925:25

**authenticity** [1] -
  18934:15
**authority** [1] - 18973:7
**automatically** [1] -
  18962:2
**avail** [1] - 18938:10
**available** [1] - 19030:3
**Avenue** [3] -
  18923:12, 18923:19,
  19038:21
**average** [1] - 19008:18
**avoid** [1] - 19029:11
**awaiting** [1] - 18931:2
**aware** [1] - 18959:23

### B

**B.A** [1] - 18922:12
**bachelor** [1] -
  18949:12
**backwards** [1] -
  19009:15
**bag** [1] - 18987:2
**bandage** [1] -
  19000:12
**bangs** [1] - 18950:13
**bar** [4] - 18969:7,
  18969:21, 18970:1,
  18970:4
**barely** [1] - 18961:19
**bars** [1] - 18954:14
**based** [10] - 18925:24,
  18925:25, 19012:18,
  19013:16, 19014:1,
  19016:20, 19016:23,
  19017:16, 19019:13,
  19020:19
**bases** [2] - 19010:24,
  19013:22
**basis** [5] - 18925:22,
  18926:16, 19014:18,
  19014:19, 19016:25
**bathroom** [2] -
  18986:20, 18987:2
**beach** [1] - 18990:22
**bear** [4] - 18936:7,
  18939:20, 18993:5,
  19026:13
**became** [3] -
  18973:25, 18974:15,
  19023:5
**become** [1] - 18935:22
**becomes** [1] -
  18943:12
**becoming** [1] -
  18961:4
**beds** [1] - 18981:5
**beers** [2] - 18957:6,
  18959:7
**BEFORE** [1] - 18922:9

**beforehand** [1] -
  18926:3
**begin** [1] - 18930:22
**behavior** [1] - 19010:8
**behind** [4] - 18978:1,
  19009:5, 19024:20,
  19031:21
**beings** [1] - 19028:22
**belief** [2] - 19008:15,
  19008:16
**beliefs** [1] - 18974:10
**believes** [1] - 19014:1
**Bench** [4] - 18931:9,
  19012:13, 19016:16,
  19020:3
**bench** [6] - 18946:9,
  18946:10, 19015:1,
  19018:1, 19021:15,
  19038:5
**Bertino** [17] -
  18956:17, 18956:18,
  18956:19, 18957:9,
  18957:24, 18959:3,
  18959:11, 18960:11,
  18968:10, 18968:24,
  18969:12, 18970:12,
  18970:13, 18970:15,
  18970:20, 18970:21
**Bertino's** [1] - 18958:1
**best** [3] - 18968:1,
  19020:18, 19038:17
**best-evidence** [1] -
  19020:18
**better** [4] - 18941:19,
  18943:6, 18953:16,
  18957:2
**between** [10] -
  18935:14, 18936:1,
  18937:11, 18947:19,
  18948:3, 18968:20,
  18992:3, 18992:23,
  19011:12, 19028:18
**big** [14] - 18940:11,
  18950:14, 18961:20,
  18966:25, 18973:19,
  18974:17, 18987:6,
  18987:24, 19000:17,
  19011:1, 19028:6,
  19031:12, 19033:17,
  19037:8
**bigger** [1] - 18989:16
**Biggs** [12] - 18925:4,
  18925:14, 18926:14,
  18926:18, 18960:20,
  18983:22, 18983:23,
  19036:21, 19036:23,
  19036:25, 19037:2,
  19037:4
**BIGGS** [1] - 18922:5
**Biggs's** [1] - 18976:19

**bird's** [1] - 19015:17
**bird's-eye** [1] - 19015:17
**bit** [10] - 18948:1, 18953:21, 18954:20, 18957:3, 18966:17, 18967:17, 18991:25, 19013:7, 19017:10, 19033:7
**Black** [13] - 19000:13, 19002:12, 19002:24, 19003:16, 19005:10, 19015:4, 19016:23, 19018:3, 19018:16, 19019:23, 19022:18, 19025:14, 19030:19
**black** [14] - 18954:8, 18964:4, 19006:25, 19011:7, 19016:3, 19017:11, 19018:12, 19019:14, 19023:4, 19033:16, 19034:13
**Black's** [1] - 19028:7
**black's** [1] - 19019:4
**black-and-yellow** [1] - 18954:8
**blah** [3] - 18939:21
**blame** [1] - 18927:17
**blinded** [1] - 18972:3
**block** [1] - 18970:25
**blood** [6] - 19000:16, 19019:9, 19025:15, 19025:16, 19028:6, 19034:8
**boils** [1] - 19014:15
**bolster** [1] - 19017:3
**bonfire** [1] - 18957:6
**boost** [1] - 19035:15
**Boots** [3] - 18961:12, 18980:24
**border** [1] - 18974:8
**boring** [1] - 18969:20
**bottom** [1] - 19017:13
**bought** [2] - 18987:2, 18987:3
**box** [3] - 18946:6, 18948:21, 18960:16
**boxing** [1] - 19028:19
**Boy** [9] - 18953:13, 18954:8, 18959:5, 18966:23, 18972:19, 18978:21, 18979:10, 18984:10, 18989:1
**Boy-looking** [1] - 18954:8
**boys** [1] - 18985:9
**Boys** [15] - 18950:19, 18959:5, 18965:19, 18966:19, 18967:8, 18967:11, 18969:2,

18974:22, 18974:24, 18974:25, 18983:12, 18984:6, 18985:12, 18989:9, 18989:19
**Brady** [7] - 18934:16, 18935:4, 18935:5, 18935:14, 18936:14, 18938:1
**breach** [4] - 18992:2, 18992:20, 18992:21, 18998:13
**break** [8] - 18931:4, 18948:3, 18948:7, 18986:13, 18990:13, 19010:24, 19037:23, 19038:3
**breakfast** [1] - 18981:8
**breaking** [1] - 18948:2
**brief** [3] - 18946:4, 18946:12, 18997:4
**Brief** [4] - 18946:16, 18948:19, 18976:4, 18991:10
**bring** [5] - 18940:19, 18945:22, 18946:10, 18946:24, 19038:5
**brings** [1] - 19028:22
**brought** [3] - 18954:4, 18954:6, 18957:9
**browsing** [1] - 18990:17
**brutalizing** [1] - 18966:15
**buddy** [2] - 18953:19, 18958:17
**buddy's** [1] - 18952:22
**Buffalo** [1] - 18952:16
**built** [1] - 18950:16
**bullet** [3] - 19007:16, 19015:18, 19019:3
**bullets** [6] - 19000:14, 19027:8, 19027:9, 19027:13, 19029:24, 19032:20
**bunch** [4] - 18971:11, 19008:10, 19009:3, 19009:19
**burn** [2] - 18949:15, 18949:16
**burned** [1] - 18973:2
**burning** [1] - 18950:13
**bus** [1] - 18953:2
**business** [2] - 18955:20, 18956:6
**businessman** [1] - 18974:18
**busy** [1] - 18953:23
**button** [1] - 18962:1,

18962:6
**buying** [1] - 18955:19
**BY** [69] - 18949:3, 18952:13, 18959:21, 18960:2, 18973:16, 18975:15, 18976:5, 18976:17, 18977:4, 18985:18, 18991:11, 18993:3, 18993:18, 18994:15, 18996:2, 18996:14, 18996:21, 18997:8, 18998:1, 18999:4, 19000:1, 19000:6, 19000:21, 19001:5, 19001:13, 19001:19, 19002:5, 19002:15, 19003:13, 19004:12, 19004:19, 19005:4, 19006:24, 19007:3, 19007:8, 19007:13, 19008:4, 19009:12, 19010:5, 19010:14, 19015:3, 19015:21, 19016:7, 19018:2, 19019:21, 19021:16, 19022:9, 19023:17, 19024:5, 19024:12, 19025:1, 19025:5, 19025:13, 19025:21, 19026:5, 19026:22, 19027:6, 19028:4, 19028:12, 19032:3, 19032:8, 19032:12, 19034:7, 19034:20, 19035:3, 19035:25, 19036:7, 19036:15, 19036:19

## C

**camera** [4] - 18938:3, 18941:8, 18943:12, 19036:6
**canceled** [1] - 18949:16
**candidate** [1] - 18963:19
**cannot** [1] - 18940:1
**Capitol** [13] - 18978:23, 18979:14, 18980:13, 18980:17, 18983:7, 18984:7, 18984:15, 18986:8, 18988:13, 18989:3, 18989:6, 18989:10, 19030:16
**captured** [2] - 18937:7, 18937:20
**captures** [2] - 18945:8, 19002:23

**car** [5] - 18978:1, 18998:6, 18998:7, 19006:3, 19006:12
**care** [1] - 18953:25
**cared** [1] - 18951:25
**careful** [1] - 18927:22
**Carmen** [2] - 18923:2, 18925:11
**Carolina** [11] - 18954:22, 18955:4, 18955:11, 18956:13, 18956:22, 18957:5, 18957:7, 18958:9, 18958:12, 18959:1, 18978:12
**Carolinas** [1] - 18953:6
**case** [3] - 18927:19, 18937:1, 18942:21
**cases** [1] - 18944:2
**Casper** [4] - 18953:12, 18953:19, 18953:25, 18969:17
**Casper's** [1] - 18954:23
**caution** [1] - 19022:14
**caveat** [1] - 19020:21
**CCR** [3] - 18923:17, 19038:14, 19038:19
**Central** [1] - 18965:12
**certain** [10] - 18934:21, 18958:3, 19002:19, 19005:24, 19010:18, 19012:21, 19013:5, 19013:6, 19021:22, 19023:23
**certainly** [4] - 18947:1, 19013:1, 19013:19, 19016:19
**CERTIFICATE** [1] - 19038:13
**certify** [1] - 19038:14
**chairman** [2] - 18963:3, 18968:3
**change** [1] - 18927:3
**chanting** [1] - 19008:25
**chaos** [2] - 19027:12, 19028:14
**chapter** [22] - 18950:6, 18953:15, 18953:20, 18956:23, 18957:5, 18962:18, 18965:5, 18965:9, 18965:12, 18965:13, 18965:14, 18967:7, 18967:9, 18967:10, 18968:16, 18969:13, 18969:17, 18982:1, 18995:3, 18995:6, 18995:21

**chapters** [1] - 18953:14
**characterized** [1] - 18944:18
**charge** [2] - 18983:12, 18983:16
**chase** [1] - 18955:16
**chat** [4] - 18959:16, 18959:17, 18960:25, 18962:2
**chats** [15] - 18958:23, 18959:12, 18959:22, 18960:9, 18960:20, 18960:22, 18961:2, 18961:7, 18961:17, 18961:18, 18961:21, 18962:9, 18972:25, 18974:22
**check** [4] - 18962:6, 18962:24, 18968:23, 18976:1
**checked** [1] - 18966:13
**checks** [1] - 18998:8
**cheering** [1] - 18964:2
**chest** [1] - 19010:16
**child** [1] - 18954:2
**chips** [1] - 18987:2
**choose** [1] - 18945:10
**chronologically** [1] - 18949:20
**churches** [1] - 18954:14
**cigars** [1] - 18981:10
**Circle** [6] - 18988:14, 18990:9, 18992:5, 18992:7, 18992:17, 18992:19
**circle** [6] - 18991:18, 18994:21, 19000:9, 19002:2, 19032:17, 19035:4
**circled** [1] - 19002:11
**circling** [1] - 19003:19
**circulated** [1] - 18927:4
**circumstances** [3] - 18941:25, 18947:3, 18947:13
**city** [4] - 18949:15, 18957:16, 18957:18, 18958:14
**City** [2] - 18964:13, 18965:10
**civic** [1] - 18973:6
**civilian** [1] - 18973:10
**claiming** [1] - 18940:11
**clarify** [3] - 18937:15, 18937:16, 18957:11

**clear** [6] - 18926:20, 18926:21, 18928:25, 18938:12, 18944:23, 18945:1
**CLERK** [7] - 18925:2, 18946:14, 18946:19, 18946:21, 18948:20, 18959:23, 19038:9
**client** [2] - 18930:9, 19013:1
**clip** [1] - 19000:2
**close** [4] - 18962:7, 18965:14, 19031:13, 19031:16
**closed** [6] - 18936:20, 18954:14, 18954:15
**closely** [2] - 18974:14, 19027:19
**closer** [5] - 18971:8, 18991:24, 19015:16
**closing** [4] - 18942:11, 18942:16, 18942:17, 18945:10
**closings** [2] - 18943:23, 18944:5
**cloud** [1] - 19032:15
**COLUMBIA** [1] - 18922:1
**combat** [2] - 19023:13, 19029:12
**coming** [19] - 18950:11, 18951:7, 18952:24, 18964:3, 18964:21, 18971:16, 18987:24, 19009:1, 19018:4, 19018:6, 19018:7, 19018:13, 19027:9, 19029:6, 19029:9, 19029:10, 19029:17, 19032:21, 19033:5
**common** [1] - 19014:20
**commotion** [6] - 18971:5, 18971:15, 18990:13, 18990:20, 19006:2, 19006:14
**communicated** [1] - 18963:6
**communication** [3] - 19036:21, 19037:10, 19037:15
**compared** [1] - 18942:24
**complaining** [1] - 18984:25
**complete** [1] - 19038:17
**completely** [6] - 18990:7, 19007:20,

19013:25, 19014:2, 19029:4, 19033:11
**computer** [1] - 18923:21
**computer-aided** [1] - 18923:21
**concern** [3] - 19018:24, 19023:6, 19023:8
**concerts** [1] - 18967:25
**conclude** [2] - 19014:18, 19014:19
**conclusion** [1] - 19016:21
**conclusively** [1] - 18941:2
**conditionally** [2] - 18925:21, 18934:6
**conditioned** [4] - 19029:4, 19030:23, 19030:24, 19031:1
**conference** [5] - 18931:9, 19012:13, 19015:1, 19016:16, 19018:1, 19020:3, 19021:15
**confronting** [1] - 19029:3
**congregated** [1] - 18971:11
**Congress** [2] - 18979:1, 18980:15
**Conor** [2] - 18922:13, 18925:8
**consider** [8] - 18928:13, 18928:17, 18928:22, 18930:5, 18930:14, 18974:12, 18974:13, 19018:8
**considered** [1] - 18928:11
**considering** [1] - 18992:19
**conspiracy** [2] - 18978:20, 18988:23
**conspire** [1] - 18979:9
**constitute** [1] - 19011:17
**constitutes** [1] - 19038:15
**Constitution** [4] - 18923:19, 18986:11, 18986:19, 19038:21
**contend** [1] - 18945:12
**contends** [4] - 18929:7, 18930:1, 18930:4, 18930:13
**continue** [3] -

18948:24, 19006:10, 19038:6
**CONTINUED** [1] - 18923:1
**contracted** [1] - 18956:7
**control** [6] - 18974:9, 18983:17, 19010:19, 19014:6, 19014:12
**conversation** [1] - 18958:13
**cool** [2] - 18966:1, 18976:1
**cooperating** [2] - 18939:13, 18939:16
**cooperation** [1] - 18939:8
**cooperator** [1] - 18935:1
**cops** [2] - 18971:22, 18971:24
**corner** [3] - 18969:9, 18970:1, 18970:6
**Corps** [2] - 18952:17, 19030:22
**correct** [5] - 18939:14, 18976:6, 18976:21, 19013:18, 19020:13
**correctly** [3] - 18961:11, 18976:12, 19012:25
**counsel** [1] - 19012:12
**countervailing** [1] - 18941:18
**country** [1] - 18974:17
**couple** [25] - 18925:18, 18945:13, 18950:25, 18952:23, 18953:17, 18957:8, 18958:24, 18962:10, 18962:16, 18962:18, 18964:6, 18967:7, 18968:18, 18968:22, 18969:15, 18970:24, 18971:18, 18973:21, 18983:11, 18993:16, 19015:18, 19026:7, 19035:19, 19035:20, 19036:18
**couple-hour** [1] - 18957:8
**course** [5] - 18926:13, 18936:22, 18941:19, 18968:2, 18972:5
**COURT** [95] - 18922:1, 18925:16, 18928:21, 18929:2, 18929:12, 18929:17, 18929:19, 18929:23, 18930:1,

18930:11, 18930:17, 18930:24, 18931:7, 18933:25, 18934:4, 18935:6, 18935:21, 18935:23, 18936:2, 18936:6, 18936:10, 18936:16, 18936:21, 18937:16, 18937:22, 18938:20, 18939:4, 18940:13, 18940:16, 18940:22, 18941:16, 18942:20, 18943:18, 18944:14, 18945:16, 18946:18, 18946:20, 18946:24, 18947:17, 18947:21, 18948:4, 18948:7, 18948:9, 18948:12, 18948:13, 18948:17, 18948:22, 18952:4, 18952:6, 18952:8, 18976:10, 18976:14, 18985:15, 18991:9, 18994:5, 18994:14, 18997:18, 18997:20, 19001:25, 19003:5, 19006:8, 19006:10, 19006:18, 19008:3, 19009:11, 19010:4, 19010:13, 19012:12, 19012:16, 19012:23, 19013:14, 19014:4, 19014:18, 19015:2, 19016:6, 19016:15, 19016:17, 19017:5, 19017:13, 19017:23, 19017:25, 19019:20, 19020:1, 19020:4, 19020:16, 19021:1, 19021:8, 19021:13, 19022:7, 19024:2, 19024:7, 19037:20, 19038:3, 19038:8, 19038:13
**court** [15] - 18929:9, 18933:24, 18934:10, 18934:17, 18937:11, 18938:18, 18940:6, 18940:8, 18943:14, 18944:16, 18945:6, 18948:14, 18952:9, 18954:7, 19038:10
**Court** [6] - 18923:17, 18923:18, 18928:22, 18946:14, 19038:9, 19038:19
**Court's** [1] - 18991:7
**Courthouse** [2] - 18923:18, 19038:20
**cover** [2] - 18967:3, 19029:19

**COVID** [5] - 18954:11, 18954:13, 18957:1, 18973:23, 18974:12
**CR** [1] - 18922:2
**crash** [5] - 18955:12, 18998:6, 18998:7, 19006:3, 19006:12
**crazy** [1] - 18958:11
**created** [1] - 18976:25
**credibility** [6] - 18927:14, 18928:11, 18928:18, 18929:22, 18930:6, 18930:15
**Criminal** [2] - 18925:2, 18946:22
**criminal** [3] - 18934:18, 18939:11, 18939:13
**cross** [1] - 18926:21
**cross-examination** [1] - 18926:21
**crossed** [1] - 18958:21
**crouching** [1] - 19029:25
**crowd** [17] - 18987:6, 18988:11, 18990:21, 19004:24, 19005:12, 19007:20, 19009:3, 19010:19, 19012:2, 19014:5, 19014:11, 19014:12, 19014:13, 19023:2, 19027:15, 19031:16, 19033:7
**crowds** [1] - 19011:3
**CRR** [3] - 18923:17, 19038:14, 19038:19
**crucial** [1] - 18992:3
**CT** [1] - 18922:22
**curiosity** [3] - 18992:25, 19006:15, 19006:23
**curious** [1] - 19006:15
**current** [1] - 18947:9
**cut** [1] - 18955:16
**CVS** [1] - 18986:25

**D**

**D.C** [13] - 18922:5, 18949:21, 18949:22, 18949:25, 18950:3, 18963:9, 18963:12, 18965:4, 18966:18, 18979:6, 18979:17, 18979:18, 18987:12
**damage** [1] - 19015:17
**Dan** [1] - 18929:14
**danger** [3] - 19028:20, 19031:1, 19031:2

**dangerous** [2] - 19026:10, 19028:23
**date** [1] - 18960:6
**dated** [1] - 19038:18
**daughter** [1] - 18952:24
**DAVID** [1] - 18922:17
**dawned** [1] - 18991:12
**DAY** [1] - 18922:8
**days** [8] - 18934:7, 18934:8, 18952:18, 18952:23, 18956:5, 18958:24, 18962:16
**DC** [4] - 18922:15, 18922:25, 18923:19, 19038:21
**de** [3] - 19007:23, 19012:4, 19012:6
**de-escalated** [2] - 19007:23, 19012:4
**de-escalation** [1] - 19012:6
**dead** [1] - 19019:5
**deadly** [2] - 19023:6, 19030:25
**deal** [2] - 18931:4, 19011:3
**death** [2] - 19022:15, 19029:14
**debating** [1] - 18978:18
**December** [6] - 18966:6, 18966:17, 18966:20, 18975:21, 18978:12, 18978:13
**decide** [3] - 18935:8, 18941:9, 18987:22
**decided** [2] - 18988:2, 18988:5
**decision** [2] - 18941:20, 18944:17
**deduce** [1] - 19020:11
**deeper** [1] - 19017:10
**defend** [1] - 19029:9
**defendant** [1] - 18939:8
**Defendant** [15] - 18925:3, 18925:4, 18925:5, 18925:9, 18925:10, 18925:11, 18925:12, 18925:13, 18925:14, 18925:15
**Defendants** [3] - 18922:7, 18922:16, 18923:2
**defendants** [1] - 18939:13
**defense** [2] - 18934:12, 18939:14
**Defense** [2] - 18961:3,

18962:16
**defer** [1] - 18940:22
**definitely** [1] - 19018:24
**degree** [2] - 18966:23, 18982:3
**deliberating** [1] - 18944:1
**deliberations** [1] - 18945:11
**deliver** [1] - 18957:10
**demonstrate** [1] - 18941:3
**den** [1] - 19030:15
**deployed** [1] - 19023:12
**DEPUTY** [7] - 18925:2, 18946:14, 18946:19, 18946:21, 18948:20, 18959:23, 19038:9
**describe** [16] - 18943:11, 18970:11, 18971:13, 19005:12, 19005:21, 19010:7, 19011:6, 19018:15, 19019:1, 19022:23, 19023:8, 19023:9, 19027:10, 19033:1, 19033:3
**describing** [1] - 19029:21
**description** [1] - 18942:6
**details** [3] - 18927:12, 18927:14, 18938:14
**determination** [1] - 18938:9
**Dick** [5] - 18964:14, 18964:16, 18964:23, 18965:1, 18965:3
**dictate** [1] - 19014:21
**died** [1] - 18958:18
**difference** [8] - 18943:19, 18943:21, 18944:8, 18944:10, 18945:19, 18957:8, 18991:25
**different** [19] - 18943:3, 18943:4, 18943:5, 18943:19, 18953:14, 18956:9, 18956:22, 18957:5, 18959:1, 18959:4, 18959:5, 18961:2, 18961:25, 19013:25, 19014:6, 19014:17, 19014:21, 19017:9, 19021:18
**differently** [2] - 18945:17, 18948:2

**difficult** [1] - 18927:13
**dire** [2] - 19023:5, 19030:25
**DIRECT** [1] - 18949:2
**direct** [3] - 18927:5, 18928:6, 18948:24
**Direct** [1] - 18924:3
**directed** [1] - 18939:9
**direction** [1] - 18987:14
**directly** [3] - 18963:6, 18971:25, 19025:17
**disagree** [1] - 18935:7
**disbelief** [1] - 19022:25
**disclaim** [1] - 18926:23
**disclosed** [1] - 18938:7
**discuss** [1] - 18947:18
**discussed** [3] - 18926:24, 18928:23, 18947:2
**discussing** [1] - 18958:5
**disregard** [1] - 19029:4
**distance** [1] - 18957:18
**distinction** [6] - 18943:21, 18943:22, 18944:6, 18944:8, 18944:9, 19016:17
**DISTRICT** [3] - 18922:1, 18922:1, 18922:10
**documents** [1] - 18941:2
**dogs** [1] - 18950:12
**Dom** [18] - 18949:4, 18949:19, 18954:6, 18959:22, 18960:3, 18974:10, 18993:4, 18994:16, 19000:3, 19008:5, 19012:17, 19015:4, 19015:22, 19018:3, 19021:17, 19022:17, 19025:2, 19036:20
**domestic** [1] - 19014:7
**DOMINIC** [1] - 18924:3
**Dominic** [2] - 18925:5, 18946:17
**done** [11] - 18946:1, 18963:18, 19011:18, 19013:8, 19013:10, 19014:1, 19014:8, 19015:17, 19016:11,

19028:14, 19028:19
**door** [1] - 18950:12
**double** [1] - 18981:5
**doubled** [1] - 18985:4
**down** [46] - 18936:15, 18942:7, 18942:13, 18942:22, 18945:7, 18950:13, 18954:11, 18954:17, 18954:18, 18954:21, 18955:18, 18957:9, 18962:2, 18963:21, 18964:1, 18965:4, 18967:5, 18967:6, 18967:7, 18967:15, 18968:18, 18969:14, 18969:15, 18969:16, 18970:8, 18970:22, 18970:25, 18977:23, 18978:5, 18979:6, 18986:11, 18986:19, 18987:24, 18992:14, 18998:21, 18999:1, 19012:20, 19014:16, 19018:11, 19018:20, 19021:4, 19021:6, 19021:18, 19025:17, 19029:6, 19031:23
**dozen** [1] - 18969:13
**dozens** [1] - 19018:14
**drafted** [1] - 18956:2
**drank** [1] - 18980:2
**draw** [2] - 18994:22, 19011:24
**drawn** [1] - 19016:22
**dreary** [1] - 18957:3
**dressed** [2] - 18983:25, 19033:16
**drew** [1] - 18995:10
**drinking** [1] - 18954:19
**Drive** [1] - 18923:15
**drive** [3] - 18959:15, 18991:14, 18991:15
**driving** [1] - 18958:11
**dropped** [1] - 18972:11
**drove** [2] - 18963:21
**drug** [2] - 18974:8, 18986:25
**ducking** [1] - 19027:8
**Due** [2] - 18936:14, 18938:1
**during** [16] - 18931:4, 18940:2, 18942:10, 18946:4, 18958:12, 18964:10, 18965:23, 18967:2, 18968:9, 18972:5, 19009:19, 19015:10, 19022:23,

19030:8, 19031:15
**duty** [2] - 18938:24, 18973:6

## E

**earliest** [1] - 18960:8
**early** [1] - 19037:23
**earpiece** [1] - 18985:3
**East** [2] - 18922:17, 18923:15
**easy** [1] - 18965:2
**eat** [5] - 18957:6, 18988:20, 18990:5, 18990:18, 18992:15
**eating** [2] - 18954:19, 18990:4
**economic** [1] - 18974:18
**effect** [2] - 18969:23, 19006:12
**effective** [1] - 19029:5
**eight** [2] - 18963:11, 19001:12
**either** [10] - 18929:11, 18967:9, 18977:11, 18980:24, 18981:9, 19017:1, 19017:18, 19020:16, 19020:23, 19028:24
**election** [2] - 18963:13, 18963:17
**elevated** [2] - 19018:11, 19018:19
**elevation** [1] - 19018:21
**Ellipse** [1] - 18987:5
**embassies** [2] - 19010:25, 19014:6
**employees** [1] - 18949:11
**encountered** [1] - 18942:19
**end** [7] - 18926:18, 18927:7, 18956:3, 18987:8, 18988:6, 18988:9, 19025:24
**ended** [15] - 18956:25, 18958:22, 18961:4, 18963:20, 18964:3, 18964:6, 18964:25, 18968:2, 18968:10, 18969:14, 18969:21, 18981:8, 18981:11, 18986:25, 18988:9
**enemy** [2] - 19023:13, 19029:3
**engaging** [1] - 19012:2
**engender** [3] -

18927:23, 18947:22,
18947:24
**Enrique** [7] - 18925:5,
18957:10, 18962:12,
18962:22, 18962:25,
18963:6, 18975:25
**ensure** [1] - 18928:1
**enter** [6] - 18978:20,
18979:13, 18980:13,
18984:9, 18984:12,
18988:23
**entered** [1] - 18983:2
**entire** [6] - 18938:16,
18948:6, 18973:22,
18978:2, 18994:2,
19028:18
**entitled** [4] -
18936:17, 18936:19,
18936:21, 18936:23
**epidemic** [1] -
18974:9
**Epps** [3] - 18997:15,
19000:22, 19000:24
**Erik** [2] - 18922:12,
18925:8
**escalated** [3] -
19007:23, 19012:4,
19027:2
**escalation** [1] -
19012:6
**escape** [1] - 18950:4
**especially** [5] -
18935:18, 18974:9,
19029:1, 19029:12,
19030:22
**Esq** [12] - 18922:12,
18922:12, 18922:13,
18922:13, 18922:16,
18922:20, 18922:23,
18923:2, 18923:4,
18923:8, 18923:11,
18923:14
**essentially** [6] -
18926:25, 18927:2,
18983:12, 18993:19,
19008:20, 19014:13
**estimate** [2] -
18960:23, 18986:15
**et** [1] - 18946:23
**Ethan** [3] - 18925:3,
18946:22, 18983:20
**evaluate** [1] -
18927:13
**evaluating** [3] -
18928:17, 18930:5,
18930:14
**Eve** [2] - 18958:25,
18959:2
**event** [2] - 18966:25,
18967:2

**events** [2] - 18950:1,
19033:4
**eventually** [1] -
18964:3, 18971:22
**everywhere** [3] -
18950:4, 18966:12,
18980:9
**evidence** [14] -
18927:2, 18928:7,
18928:9, 18928:10,
18928:14, 18928:16,
18929:5, 18930:3,
18930:11, 18936:19,
18941:4, 18942:15,
18944:2, 19020:18
**exact** [4] - 18926:2,
18991:23, 19014:11,
19037:6
**exactly** [8] - 18943:11,
18943:16, 18947:16,
18970:13, 18991:5,
19014:7, 19029:23,
19034:23
**EXAMINATION** [1] -
18949:2
**Examination** [1] -
18924:3
**examination** [2] -
18926:21, 18948:24
**examining** [1] -
19019:9
**excellent** [1] -
18948:16
**excited** [2] - 18967:1,
18967:16
**excuse** [1] - 19038:1
**exhaust** [2] -
18938:22, 18938:23
**Exhibit-301** [1] -
19027:22
**Exhibit-305** [1] -
19022:4
**Exhibit-306** [2] -
18993:5, 18993:25
**Exhibit-505-10** [1] -
18959:20
**Exhibit-600** [1] -
18973:15
**Exhibit-600B** [1] -
18976:19
**Exhibit-600E** [1] -
18977:6
**exhibits** [2] -
18925:20, 18926:4,
18929:21, 18930:4,
exist [1] - 18935:11
**expect** [1] - 18962:25
**expected** [1] -
18948:13
**expecting** [2] -

18963:1, 18963:14
**experience** [2] -
19013:17, 19028:18
**experienced** [1] -
18939:24
**expert** [6] - 19012:9,
19012:19, 19013:1,
19013:11, 19013:15,
19013:17
**expertise** [1] -
19013:23
**explain** [18] - 18947:2,
18947:13, 18963:12,
18966:9, 18966:18,
18967:15, 18968:14,
18969:10, 18979:16,
18992:1, 18994:21,
18998:4, 18998:18,
18999:13, 19010:20,
19010:21, 19018:6,
19018:18
**explained** [1] -
18961:25
**explanation** [2] -
18926:13, 18926:16
**exploding** [1] -
19031:12
**extend** [1] - 19013:20
**extent** [1] - 18947:4
**extra** [2] - 18962:20,
18977:22
**extraneous** [1] -
18936:5
**extreme** [2] -
18954:13, 19022:14
**eye** [3] - 19015:17,
19028:20, 19029:8
**eyes** [1] - 18971:25

## F

**face** [24] - 18973:13,
18984:2, 18984:3,
19000:13, 19000:17,
19007:16, 19010:11,
19015:5, 19015:13,
19016:3, 19017:12,
19019:4, 19019:11,
19019:14, 19019:23,
19022:16, 19022:18,
19023:4, 19025:24,
19027:20, 19032:20
**fact** [15] - 18928:10,
18928:25, 18929:6,
18929:21, 18930:4,
18930:13, 18935:15,
18940:8, 18941:1,
18945:7, 18946:14,
19011:23, 19014:19,
19016:25

**facts** [1] - 18938:21
**fair** [12] - 18929:25,
18934:21, 18936:6,
18936:11, 18945:9,
18945:10, 18947:7,
18960:22, 18971:2,
18993:20, 19014:8,
19014:10
**fairly** [3] - 18934:21,
18958:6, 19027:19
**fallen** [1] - 18962:17
**familiar** [1] - 18993:8
**family** [2] - 18949:18,
18974:20
**far** [6] - 18929:22,
18969:18, 18970:19,
18974:11, 19010:18,
19011:5
**fast** [3] - 18949:19,
18966:6, 18979:5
**fast-forward** [3] -
18949:19, 18966:6,
18979:5
**fatal** [1] - 19015:19
**fate** [1] - 19030:19
**FBI** [5] - 18950:8,
18950:11, 18950:22,
18952:19, 18955:25
**fear** [2] - 19018:23,
19018:24
**Federal** [1] - 18951:6
**feelings** [2] -
18963:17, 19019:1
**fell** [5] - 18962:20,
19033:9, 19033:12,
19033:19, 19034:15
**felt** [5] - 18963:17,
18973:3, 19018:17,
19023:12, 19028:16
**few** [10] - 18926:8,
18945:18, 18952:18,
18954:5, 18956:5,
18956:8, 18957:5,
18969:20, 18982:11,
18992:13
**fight** [2] - 19028:22,
19028:24
**fights** [1] - 18966:2
**figure** [1] - 18990:12
**files** [1] - 18938:24
**filled** [2] - 18957:1,
18964:24
**film** [1] - 18942:25
**finder** [1] - 18929:23
**fine** [5] - 18929:3,
18929:8, 18929:11,
18936:9, 19017:22
**finished** [1] - 18934:2
**fire** [3] - 19018:17,
19027:18, 19029:18

**fired** [2] - 19016:22,
19027:15
**firing** [1] - 19018:20
**first** [33] - 18925:20,
18927:5, 18928:6,
18930:25, 18934:7,
18934:8, 18942:21,
18947:19, 18949:16,
18960:19, 18963:10,
18963:13, 18966:23,
18966:24, 18966:25,
18967:17, 18971:15,
18975:19, 18982:3,
18990:22, 18992:2,
18992:20, 18992:21,
18995:10, 18995:20,
18998:13, 19015:16,
19022:25, 19029:17,
19030:2, 19033:25,
19034:16
**first-hand** [1] -
19015:16
**fists** [1] - 19011:13
**fits** [1] - 18991:3
**five** [3] - 18981:4,
18992:21
**FL** [2] - 18923:6,
18923:9
**flag** [4] - 19008:6,
19009:23, 19010:8,
19010:10
**flags** [8] - 18964:1,
19008:10, 19008:11,
19008:13, 19008:23,
19008:25, 19009:4,
19009:20
**flash** [1] - 18950:13
**flash-bangs** [1] -
18950:13
**flat** [1] - 19033:10
**flies** [1] - 18942:9
**flight** [3] - 19028:22,
19029:4, 19030:24
**floor** [4] - 18981:5,
19034:8, 19034:22,
19034:24
**Floor** [2] - 18922:21,
18923:12
**FM/AM** [1] - 18985:4
**focus** [11] - 19001:14,
19003:19, 19004:4,
19004:24, 19007:4,
19008:19, 19031:18,
19032:9, 19034:2,
19035:19, 19036:3
**foggy** [1] - 18951:5
**follow** [7] - 18975:8,
18975:10, 18975:16,
18975:17, 18976:22,
18977:11, 18977:14

**followed** [3] - 18974:13, 18975:18, 18975:24

**followers** [4] - 18975:1, 18975:12, 18976:24, 18977:8

**following** [5] - 18928:24, 18957:7, 18975:21, 18978:1, 18988:10

**Following** [2] - 18931:10, 18933:24

**food** [14] - 18988:16, 18988:17, 18989:12, 18989:14, 18990:4, 18990:6, 18990:10, 18990:11, 18990:15, 18992:8, 18992:13, 18992:24, 18998:20, 19008:12

**FOR** [1] - 18922:1

**force** [8] - 18939:19, 19008:1, 19011:17, 19013:20, 19013:24, 19014:1, 19014:7, 19023:1

**foregoing** [1] - 19038:15

**forgive** [1] - 18939:10

**forgotten** [1] - 18957:12

**form** [2] - 18926:16, 18944:25

**formation** [1] - 18983:18

**formed** [1] - 18999:19

**former** [1] - 18927:25

**forward** [6] - 18949:19, 18966:6, 18979:5, 18990:23, 19033:18, 19034:15

**forwarded** [1] - 18965:8

**foundation** [10] - 19008:2, 19012:17, 19012:21, 19013:4, 19013:5, 19016:5, 19016:12, 19016:13, 19017:8, 19019:24

**four** [7] - 18935:19, 18939:23, 18952:12, 18973:5, 18988:13, 19001:14, 19036:3

**frame** [11] - 18942:13, 18943:3, 18943:6, 18945:7, 18945:8, 18998:4, 19000:15, 19034:6

**frames** [5] - 18945:5, 18945:6, 18945:8,

**followed** — (continued)
18945:13, 18945:18

**freak** [1] - 18951:7

**freak-out** [1] - 18951:7

**freaked** [3] - 18950:10, 18951:1, 18951:14

**free** [1] - 18952:21

**Freedom** [1] - 18963:24

**friend** [7] - 18952:16, 18953:12, 18954:1, 18956:21, 18958:17, 18958:18, 18977:24

**friendly** [1] - 18955:8

**friends** [3] - 18954:24, 18956:22, 18968:22

**front** [10] - 18945:14, 18967:25, 18968:5, 18983:21, 18984:4, 18990:21, 18998:11, 19027:19, 19029:2, 19035:17

**front-row** [1] - 18968:5

**full** [1] - 19038:16

**fulsome** [1] - 18939:2

**fun** [1] - 18968:19

**functions** [1] - 18944:24

**funny** [3] - 18962:13, 18965:2, 18976:1

### G

**G-Notes** [1] - 18972:19

**game** [2] - 18945:9, 18945:10

**gaping** [1] - 19000:17

**gatekeeper** [1] - 18941:14

**gather** [1] - 18970:4

**gathering** [1] - 18950:19

**gentleman** [1] - 18935:4

**gentlemen** [4] - 18948:23, 18952:4, 18952:6, 19037:22

**gestures** [1] - 19036:25

**Giddings** [5] - 18934:16, 18935:1, 18937:6, 18937:18, 18939:7

**given** [3] - 18926:19, 18927:7, 18943:25

**glorified** [1] - 18998:5

**Government** [6] - 18947:10, 18951:6,

18959:19, 18973:14, 18976:19, 18977:6

**government** [24] - 18925:7, 18926:11, 18926:14, 18926:20, 18926:22, 18927:16, 18927:24, 18928:6, 18928:9, 18929:5, 18934:9, 18936:18, 18936:22, 18937:7, 18937:20, 18937:24, 18940:6, 18940:25, 18941:6, 18941:17, 18941:20, 18942:4, 18942:16, 18997:16

**government's** [2] - 18938:23, 18947:6

**Government's-600A** [1] - 18975:7

**Government-505-10** [1] - 18960:4

**grab** [4] - 18973:11, 18988:19, 19027:1, 19033:2

**grabbed** [10] - 18963:22, 18971:18, 18971:19, 19030:2, 19030:9, 19030:10, 19033:6, 19035:12, 19035:15, 19036:11

**gradually** [1] - 19015:6

**grant** [1] - 18927:9

**great** [1] - 19030:15

**Greene** [16] - 18977:24, 18979:24, 18982:7, 18982:8, 18984:22, 18986:14, 19002:12, 19005:6, 19005:25, 19024:20, 19024:21, 19025:8, 19031:5, 19031:10, 19031:16, 19032:14

**Greene's** [4] - 18977:20, 18987:22, 18990:25, 19002:20

**greet** [1] - 18983:10

**grew** [1] - 18958:19

**Ground** [3] - 18961:12, 18980:24, 18980:25

**ground** [9] - 18971:19, 19013:12, 19014:2, 19019:10, 19025:16, 19028:7, 19035:14, 19036:1, 19036:2

**grounds** [2] - 18926:10, 18926:15

**group** [8] - 18950:7, 18964:3, 18980:8,

18982:2, 18984:21, 18986:10, 18988:10, 18989:16

**guarantee** [1] - 19029:13

**guess** [14] - 18935:6, 18936:8, 18936:10, 18942:23, 18963:15, 18970:8, 18983:20, 18989:24, 18990:22, 18998:6, 19013:14, 19020:20, 19030:2

**gun** [23] - 18928:8, 18928:10, 18928:16, 18928:25, 18929:6, 18930:3, 18930:4, 18930:12, 18930:13, 19004:22, 19004:23, 19016:10, 19016:22, 19016:25, 19017:17, 19019:16, 19019:18, 19019:22, 19019:23, 19020:12, 19022:10, 19023:14, 19024:11

**guns** [6] - 19017:10, 19019:14, 19021:3, 19021:5, 19021:18, 19022:1

**guy** [36] - 18953:23, 18956:5, 18956:10, 18958:16, 18958:17, 18961:20, 18962:23, 18964:13, 18964:14, 18964:22, 18971:9, 18971:16, 18972:6, 18972:12, 18972:21, 18973:4, 18974:1, 18976:2, 18977:25, 18978:1, 18995:16, 18995:18, 18996:23, 19009:23, 19026:12, 19026:13, 19031:18, 19031:19, 19031:21, 19032:4, 19032:9, 19032:13, 19032:17, 19032:19, 19035:11, 19037:8

**guys** [52] - 18953:16, 18953:17, 18957:5, 18958:3, 18961:23, 18962:14, 18962:18, 18964:5, 18964:7, 18964:18, 18965:25, 18966:1, 18966:11, 18967:7, 18967:13, 18967:24, 18968:15, 18968:18, 18969:15, 18971:18, 18977:11, 18978:17, 18980:1, 18981:3, 18981:7,

18983:8, 18985:20, 18985:22, 18986:3, 18986:7, 18986:9, 18986:18, 18987:3, 18987:11, 18987:17, 18988:15, 18989:19, 18989:17, 18990:1, 18990:2, 18990:4, 18990:24, 18992:1, 18992:9, 18995:4, 18995:5, 18998:17, 18998:25, 19008:25, 19011:2, 19019:10, 19027:1

### H

**ha-ha-ha** [1] - 18962:11

**half** [3] - 18958:2, 18969:13, 18987:19

**halfway** [1] - 18970:25

**hand** [4] - 18934:1, 18941:4, 19015:16, 19036:25

**handle** [1] - 19011:2

**handled** [1] - 18942:4

**handmade** [1] - 18954:9

**hands** [3] - 18972:12, 19033:11, 19033:20

**hang** [7] - 18951:15, 18953:16, 18956:24, 18970:4, 18978:10, 18995:10, 19009:22

**hanging** [6] - 18968:16, 18968:22, 18970:9, 18987:22, 19009:2

**hangs** [1] - 18967:9

**happy** [1] - 18938:9

**hard** [6] - 18940:1, 18965:4, 18991:14, 18991:15, 19023:9

**Harris** [4] - 18946:8, 18946:20, 18948:17, 19038:1

**Harry's** [11] - 18968:18, 18968:19, 18969:1, 18969:7, 18970:1, 18970:7, 18970:15, 18970:21, 18980:3, 18980:5, 18980:10

**HASSAN** [1] - 18923:5

**Hassan** [2] - 18923:4, 18925:11

**hat** [3] - 18981:10, 18995:18, 19033:16

**hats** [6] - 18988:7,

18988:16, 18989:15, 18989:18, 18990:2, 18991:6

**Haven** [1] - 18922:22

**head** [9] - 18964:12, 18983:11, 19011:18, 19018:22, 19022:15, 19022:16, 19023:3, 19024:15, 19029:3

**headed** [1] - 18962:17

**hear** [12] - 18927:13, 18938:4, 18966:12, 18968:4, 18968:6, 18968:8, 18969:22, 18988:1, 19012:12, 19012:15, 19031:9, 19037:24

**heard** [22] - 18928:7, 18930:2, 18930:11, 18950:6, 18950:8, 18950:9, 18953:5, 18954:17, 18969:11, 18971:4, 18971:15, 18972:5, 18977:21, 18983:8, 18990:20, 18992:15, 19012:24, 19031:8

**hearing** [3] - 18950:5, 19027:10, 19027:13

**HELD** [1] - 18922:9

**held** [1] - 18973:11

**hell** [1] - 18981:18

**hell's** [1] - 18966:13

**helmet** [4] - 18972:6, 18972:9, 18972:10

**help** [4] - 18963:3, 18973:3, 18973:4, 19035:15

**hereby** [1] - 19038:14

**Hernandez** [9] - 18923:2, 18925:11, 18933:25, 18937:8, 18937:18, 18938:19, 18938:21, 18941:5, 18944:18

**HERNANDEZ** [19] - 18934:2, 18934:5, 18935:13, 18935:22, 18935:25, 18936:3, 18936:9, 18936:13, 18936:17, 18937:10, 18937:14, 18939:3, 18939:5, 18940:15, 18940:17, 18941:10, 18942:1, 18943:5, 18944:21

**Hernandez's** [3] - 18937:2, 18937:5, 18945:3

**hero** [1] - 18973:12

**Hialeah** [1] - 18923:9

**higher** [3] - 19015:18, 19018:10, 19019:4

**highest** [2] - 18975:2, 18977:9

**Highland** [1] - 18923:3

**Hill's** [2] - 19016:10, 19016:24

**hill's** [1] - 19017:2

**himself** [1] - 18964:14

**hit** [4] - 18962:6, 18972:6, 18973:23, 18974:12

**hmm** [4] - 18957:17, 18973:13, 18990:11, 19009:7

**hold** [1] - 18973:6

**holding** [3] - 18971:20, 18973:10, 19010:10

**hole** [2] - 19000:17, 19019:3

**Hollow** [1] - 18923:2

**Holy** [2] - 18992:24, 18998:21

**home** [6] - 18949:25, 18950:3, 18951:4, 18952:3, 18952:14, 18959:15

**homework** [1] - 18946:1

**Honor** [21] - 18929:14, 18934:5, 18935:25, 18937:3, 18938:11, 18939:5, 18947:25, 18949:1, 18952:10, 18952:11, 18976:3, 18991:7, 18993:22, 18994:10, 19001:22, 19003:2, 19014:9, 19020:24, 19022:3, 19024:10, 19037:18

**Honorable** [2] - 18946:14, 19038:9

**HONORABLE** [1] - 18922:9

**hook** [1] - 18967:11

**hooking** [1] - 18969:14

**hoping** [1] - 18931:3

**hotel** [7] - 18962:19, 18963:23, 18966:8, 18966:10, 18968:16, 18980:6, 18995:19

**hour** [8] - 18957:8, 18958:1, 18958:2, 18959:3, 18987:19, 18994:3, 19037:23

**hour-and-a-half** [2] - 18958:2, 18987:19

**house** [14] - 18949:14, 18950:13, 18950:14, 18952:16, 18952:22, 18955:23, 18955:24, 18957:25, 18958:1, 18958:25, 18959:4, 18968:1, 18977:20, 18977:23

**Hudson** [7] - 18965:9, 18967:13, 18982:4, 18995:3, 18996:9, 18996:23

**Hull** [3] - 18922:23, 18925:10, 18929:14

**HULL** [5] - 18922:24, 18929:14, 18929:18, 18929:21, 18929:25

**human** [2] - 19028:21, 19028:22

**humans** [1] - 19006:15

**hundred** [1] - 18970:24

**hundreds** [1] - 18962:4

**hung** [5] - 18957:5, 18980:2, 18986:5, 19020:24

**hungry** [3] - 18988:20, 18990:5, 18990:6

**I**

**idea** [9] - 18943:1, 18955:6, 18957:23, 18963:25, 18978:18, 18980:23, 18981:20, 18996:25, 19037:4

**identification** [2] - 18993:5, 19015:23

**identified** [4] - 18959:24, 18993:13, 18993:19, 19023:22

**identify** [4] - 18934:9, 19001:8, 19002:18, 19024:3

**identifying** [1] - 19001:10

**idiotic** [2] - 18962:5, 18962:10

**II** [1] - 18923:11

**illegal** [2] - 18984:10, 18984:12

**imagine** [2] - 18934:23, 18992:19

**immediate** [1] - 19005:22

**immediately** [3] - 19005:13, 19011:19, 19011:22

**implemented** [1] - 18974:7

**important** [2] - 18927:12, 18931:5

**impress** [2] - 18974:2, 18974:3

**improper** [2] - 18944:25, 19014:2

**IN** [1] - 18922:1

**in-camera** [1] - 18941:8

**incarcerated** [1] - 18947:4

**incarceration** [1] - 18947:23

**inch** [1] - 19019:4

**inches** [1] - 19015:18

**incident** [4] - 18949:7, 18953:8, 19002:23, 19009:8

**include** [1] - 18929:10

**included** [1] - 18935:16

**includes** [1] - 18947:4

**including** [3] - 18926:2, 18971:18, 19028:19

**incredulous** [2] - 18939:17, 18939:23

**independent** [1] - 18941:21

**indicate** [1] - 18994:6

**indicated** [1] - 19028:13

**indicates** [1] - 18948:12

**indicating** [56] - 18928:20, 18930:23, 18944:13, 18986:10, 18995:1, 18995:8, 18995:9, 18996:6, 18996:9, 18996:10, 18999:8, 18999:10, 19000:10, 19001:2, 19002:13, 19002:20, 19003:20, 19005:10, 19005:11, 19005:14, 19005:15, 19006:1, 19006:3, 19006:5, 19007:9, 19008:6, 19009:9, 19009:18, 19009:23, 19011:23, 19012:1, 19015:7, 19015:12, 19019:3, 19024:14, 19024:17, 19024:22, 19025:8, 19025:15, 19025:17, 19026:11, 19026:12, 19026:13, 19026:24,

**19026:25**, 19031:5, 19031:19, 19032:4, 19032:15, 19032:19, 19033:8, 19033:10

**individual** [7] - 19002:10, 19004:20, 19005:9, 19008:5, 19017:18, 19026:24, 19026:25

**indulgence** [1] - 18991:7

**infantry** [2] - 19011:2, 19029:2

**infer** [2] - 18935:14, 18937:12

**inflicted** [1] - 19014:14

**inflicting** [1] - 19014:15

**influx** [1] - 18964:21

**inform** [1] - 18955:25

**information** [1] - 18965:11

**informed** [1] - 18967:18

**initial** [2] - 18956:20, 19011:11

**injured** [1] - 19023:11

**injury** [2] - 19022:15, 19028:7

**injustice** [1] - 18963:18

**instance** [2] - 18941:14, 19011:15

**instead** [1] - 19008:19

**instruct** [1] - 18926:25

**instruction** [3] - 18927:15, 18928:4, 18940:23

**instructions** [1] - 18930:21

**intended** [2] - 18985:12, 19022:14

**intent** [2] - 18945:3, 19030:16

**intention** [3] - 18955:23, 19026:25, 19030:18

**inter** [1] - 18970:7

**interacted** [1] - 18962:14

**interaction** [2] - 18969:19, 19007:21

**interest** [2] - 18962:6, 18974:11

**interested** [3] - 18964:8, 18973:25, 18974:16

**Internet** [1] - 18961:20

**interpret** [2] -

19020:21, 19020:22
**interpreting** [1] - 19020:10
**intersection** [2] - 18970:7, 18970:8
**interview** [2] - 18938:14, 18938:17
**introduce** [2] - 18936:3, 18936:4
**introduced** [1] - 18964:7
**introduces** [1] - 18936:4
**invade** [1] - 18978:23
**invited** [1] - 18959:6
**involved** [2] - 18974:21, 18974:22
**involvement** [1] - 18982:2
**issue** [18] - 18925:23, 18926:6, 18926:8, 18928:2, 18930:9, 18931:5, 18931:6, 18934:2, 18935:20, 18935:22, 18940:7, 18940:12, 18940:23, 18941:12, 18941:22, 18942:3, 18944:18, 18945:17
**issues** [1] - 18942:1
**itself** [2] - 19017:1, 19017:2
**IV** [1] - 18922:23

**J**

**jacket** [2] - 19033:16, 19033:17
**jail** [1] - 18962:12
**January** [29] - 18926:1, 18949:21, 18949:23, 18953:5, 18955:2, 18955:7, 18955:16, 18955:17, 18959:14, 18960:7, 18961:15, 18961:16, 18973:19, 18977:15, 18977:17, 18977:18, 18978:3, 18978:7, 18978:13, 18978:16, 18979:3, 18979:5, 18979:9, 18979:17, 18979:18, 18979:20, 18980:12
**Jason** [2] - 18922:12, 18925:7
**Jauregui** [2] - 18923:8, 18925:12
**JAUREGUI** [1] - 18923:8

**jazz** [1] - 18967:4
**Jeremy** [1] - 18960:11
**job** [4] - 18929:19, 18949:16, 18953:20, 18953:22
**Joe** [2] - 18975:18, 18975:19
**John** [2] - 18922:23, 18925:10
**join** [1] - 18965:18
**joined** [2] - 18963:24, 18974:25
**joining** [1] - 18964:8
**Joseph** [6] - 18925:4, 19036:21, 19036:23, 19036:25, 19037:2, 19037:4
**Josh** [1] - 19015:13
**Joshua** [13] - 19000:13, 19002:12, 19002:24, 19003:16, 19005:10, 19015:4, 19016:23, 19018:3, 19019:23, 19022:18, 19025:14, 19028:7, 19030:19
**Judge** [1] - 19010:3
**JUDGE** [1] - 18922:10
**judge** [1] - 19012:14
**jump** [2] - 18938:13, 19024:11
**jumped** [1] - 18971:25
**jury** [28] - 18925:19, 18927:12, 18929:20, 18930:21, 18931:2, 18934:24, 18934:25, 18937:1, 18940:7, 18940:23, 18942:10, 18942:15, 18943:24, 18945:10, 18945:15, 18945:21, 18946:6, 18946:8, 18946:10, 18946:24, 18948:18, 18948:20, 18948:21, 18983:4, 19022:5, 19023:25, 19038:2, 19038:6
**Jury** [2] - 18948:21, 19038:2
**JURY** [1] - 18922:8
**JW** [1] - 18979:24

**K**

**keep** [20] - 18953:23, 18953:24, 18955:21, 18971:21, 18987:15, 18996:11, 18997:1, 18997:24, 19004:10, 19025:10, 19025:18,

19026:1, 19027:3, 19028:20, 19029:8, 19034:11, 19034:17, 19034:25, 19035:19, 19036:12
**KELLY** [1] - 18922:9
**KENERSON** [33] - 18929:8, 18937:3, 18937:13, 18937:15, 18937:17, 18938:11, 18944:13, 18944:15, 18945:2, 18985:13, 18994:1, 18997:17, 18997:19, 19001:24, 19003:4, 19006:6, 19006:16, 19008:2, 19009:10, 19010:2, 19010:12, 19012:9, 19012:24, 19013:19, 19016:5, 19016:12, 19016:14, 19016:16, 19019:17, 19019:24, 19020:14, 19022:6, 19024:1
**Kenerson** [11] - 18922:12, 18925:8, 18926:20, 18929:2, 18936:24, 18937:1, 18944:14, 19012:23, 19016:18, 19017:15, 19020:7
**kept** [1] - 18968:3
**Kevlar** [1] - 18972:10
**key** [2] - 18926:17, 18940:7
**kicking** [1] - 18950:12
**kid** [1] - 18956:24
**kids** [1] - 18950:13
**kill** [2] - 18939:21, 19019:11
**kill-shot** [1] - 18939:21
**killing** [2] - 18950:12, 19025:25
**kind** [27] - 18945:19, 18951:7, 18951:14, 18952:25, 18953:3, 18961:8, 18961:9, 18963:18, 18965:15, 18967:11, 18967:20, 18968:24, 18970:8, 18970:14, 18970:16, 18971:11, 18973:1, 18973:2, 18973:13, 18984:25, 18989:22, 18990:7, 18998:6, 18998:7, 18998:9, 18999:16, 19029:16
**kinds** [1] - 19014:21
**knelt** [1] - 18967:22

**knowledge** [1] - 19021:10
**known** [2] - 18977:14, 18992:6
**knows** [4] - 18931:2, 18934:18, 18940:25, 18985:14

**L**

**labeled** [1] - 18976:12
**ladies** [2] - 18948:23, 19037:22
**laid** [5] - 18926:15, 19012:17, 19012:20, 19013:5, 19017:8
**Lake** [1] - 18923:15
**Lakes** [1] - 18923:6
**landed** [1] - 19033:9
**language** [1] - 18929:11
**Lashomb** [1] - 18982:24
**last** [4] - 18928:12, 18972:1, 18997:21, 19028:21
**lasted** [1] - 18945:12
**late** [2] - 18975:19, 18977:20
**laughing** [1] - 18962:11
**laughter** [1] - 18976:16
**law** [1] - 18934:18
**LAW** [3] - 18923:5, 18923:8, 18923:15
**lawyer** [1] - 18927:25
**lawyers** [2] - 18934:12, 18934:23
**lay** [2] - 18949:10, 19014:3
**layout** [1] - 18990:8
**leading** [8] - 19009:10, 19010:2, 19010:12, 19011:6, 19011:9, 19016:5, 19016:13, 19017:15
**leak** [1] - 18986:24
**leaning** [2] - 19033:18, 19036:9
**learn** [2] - 19011:2, 19021:18
**learned** [3] - 18952:12, 18958:3, 18974:7
**least** [5] - 18941:21, 18949:10, 18976:11, 18992:13, 19018:14
**leave** [2] - 18942:2, 18950:11

**leaving** [1] - 18988:17
**led** [1] - 18969:18
**left** [13] - 18926:5, 18949:6, 18949:21, 18949:22, 18949:25, 18959:8, 18966:15, 18981:7, 18992:11, 18998:18, 19008:12, 19019:16
**left-wing** [1] - 18966:15
**length** [1] - 18994:6
**less** [2] - 18951:25, 18966:17
**lethal** [6] - 19011:4, 19011:5, 19011:17, 19016:1, 19018:9
**letting** [1] - 18948:14
**level** [1] - 19018:10
**levels** [1] - 18950:15
**lie** [1] - 18927:12
**lied** [1] - 18940:8
**life** [8] - 18949:17, 18958:10, 18961:20, 18973:9, 18973:22, 18974:20, 19018:25, 19028:18
**lifting** [1] - 19035:14
**likely** [3] - 18927:4, 18947:11, 18952:20
**liken** [1] - 18973:8
**limit** [1] - 19017:14
**Limited** [1] - 19017:16
**limiting** [1] - 18928:4
**line** [13] - 18928:12, 18936:15, 18937:24, 18938:6, 18941:18, 18990:15, 18990:17, 18995:10, 18999:19, 19005:10, 19011:24, 19012:20, 19017:13
**lined** [1] - 18985:21
**lines** [5] - 18935:14, 18936:1, 18936:22, 18937:12, 19029:2
**liquor** [1] - 18979:11
**listen** [6] - 18985:2, 18985:5, 18985:6, 18985:24, 18987:5, 18998:18
**literally** [1] - 19003:18
**lived** [1] - 18958:10
**living** [1] - 18958:12
**Livingston** [1] - 18923:16
**LLC** [1] - 18922:20
**local** [1] - 18964:22
**lockdown** [1] - 18958:11
**lockdowns** [1] -

18954:13
**locked** [2] - 18986:21, 18986:23
**look** [13] - 18926:9, 18940:22, 18943:22, 18962:7, 18975:6, 18992:14, 19002:10, 19005:9, 19005:23, 19007:9, 19021:8, 19030:15, 19031:20
**looked** [12] - 18937:4, 18940:18, 18943:6, 18964:2, 18971:6, 18982:9, 18987:25, 19037:2, 19037:4, 19037:7, 19037:8
**looking** [12] - 18943:3, 18947:15, 18950:8, 18950:22, 18954:8, 18983:19, 18990:12, 18999:18, 19000:15, 19025:17, 19028:5, 19028:6
**looks** [1] - 19004:23
**lost** [2] - 18987:11, 18999:16
**loud** [4] - 18990:21, 19008:17, 19009:1, 19027:12
**low** [2] - 19029:18, 19029:25
**lunch** [2] - 18988:19, 19037:23
**Luncheon** [1] - 19038:11
**lunchtime** [1] - 18988:20

# M

**machine** [2] - 18923:21, 19023:14
**Main** [4] - 18961:4, 18961:6, 18961:8, 18961:9
**main** [5] - 18949:7, 18949:13, 18953:23, 18984:21, 19021:2
**man** [5] - 18986:1, 19026:11, 19026:12, 19033:15, 19034:13
**manipulating** [1] - 18944:19
**manipulation** [1] - 18945:4
**manipulations** [1] - 18942:8
**march** [4] - 18983:6, 18983:17, 18989:23, 18998:18, 19008:9,

19008:11, 19008:22
**marching** [3] - 18965:24, 18984:6, 18986:8
**Marine** [3] - 18952:17, 19028:15, 19030:22
**Marines** [1] - 19010:18
**marked** [6] - 18960:3, 18976:18, 18977:5, 18993:4, 19022:4, 19023:24
**Marriott** [1] - 18979:24
**Maryland** [1] - 18936:14
**mass** [3] - 19010:18, 19010:24, 19011:3
**master's** [1] - 18949:12
**match** [1] - 18968:20
**material** [1] - 18941:6
**materials** [3] - 18936:5, 18937:8, 18937:20
**Matt** [1] - 18990:25
**Matter** [2] - 18925:2, 18946:22
**Matthew** [14] - 18977:19, 18977:22, 18977:24, 18979:24, 18984:22, 18986:14, 19002:12, 19002:19, 19005:6, 19024:20, 19024:21, 19031:5, 19031:10, 19032:14
**mayor** [1] - 18986:22
**McCullough** [2] - 18922:12, 18925:7
**MCGUIRE** [1] - 18922:24
**MD** [1] - 18923:3
**mean** [52] - 18927:16, 18927:18, 18929:3, 18930:19, 18935:15, 18938:4, 18938:20, 18938:22, 18938:23, 18939:7, 18940:13, 18942:20, 18942:22, 18943:21, 18943:23, 18944:5, 18944:19, 18944:21, 18947:5, 18947:8, 18950:4, 18952:7, 18962:10, 18965:1, 18966:7, 18973:1, 18980:8, 18981:5, 18983:20, 18985:1, 18986:23, 18988:1, 18990:7, 18992:12, 19011:21, 19013:11, 19013:16, 19014:2, 19014:5,

19014:19, 19016:20, 19017:9, 19019:15, 19020:7, 19020:16, 19020:20, 19021:2, 19023:10, 19024:10, 19029:11, 19034:23
**means** [2] - 18939:12, 18945:8
**meant** [2] - 18944:23, 18952:20
**media** [1] - 18983:24
**meet** [11] - 18950:20, 18952:19, 18954:23, 18956:17, 18959:1, 18964:16, 18977:19, 18980:25, 18982:2, 18983:10, 18995:20
**meet-up** [1] - 18950:20
**meeting** [4] - 18947:19, 18947:20, 18968:17, 18981:11
**member** [1] - 18950:7
**members** [2] - 18950:25, 18969:13
**men** [2] - 18964:4, 19037:13
**mention** [2] - 18943:1, 18946:25
**mentioned** [4] - 18942:23, 19000:22, 19010:19, 19037:22
**mere** [1] - 18941:1
**message** [13] - 18959:15, 18961:18, 18962:3, 18962:13, 18962:15, 18962:21, 18965:8, 18968:17, 18972:14, 18977:21, 18980:23, 18981:2
**messaged** [2] - 18961:1, 18965:10
**messages** [2] - 18961:25, 18962:4
**messaging** [1] - 18965:1
**met** [22] - 18941:3, 18950:19, 18953:2, 18953:17, 18955:8, 18956:18, 18957:12, 18964:10, 18964:17, 18964:19, 18965:4, 18967:20, 18967:21, 18972:18, 18972:21, 18977:22, 18980:4, 18981:25, 18989:21, 18999:19
**Metcalf** [17] - 18923:11, 18925:13, 18926:6, 18927:5,

18947:1, 18959:24, 18994:2, 18994:6, 18997:22, 19012:24, 19014:5, 19016:21, 19017:5, 19020:4, 19020:10, 19020:23, 19024:7
**METCALF** [183] - 18923:11, 18947:15, 18947:18, 18947:25, 18948:5, 18948:8, 18948:16, 18949:1, 18949:3, 18952:5, 18952:7, 18952:10, 18952:13, 18959:19, 18959:21, 18960:1, 18960:2, 18973:14, 18973:16, 18975:14, 18975:15, 18976:3, 18976:5, 18976:12, 18976:17, 18977:2, 18977:4, 18985:14, 18985:18, 18991:7, 18991:11, 18993:1, 18993:3, 18993:15, 18993:18, 18993:22, 18994:4, 18994:10, 18994:15, 18995:23, 18996:1, 18996:2, 18996:11, 18996:13, 18996:14, 18996:17, 18996:20, 18996:21, 18997:1, 18997:3, 18997:8, 18997:23, 18998:1, 18999:3, 18999:4, 18999:22, 19000:1, 19000:5, 19000:6, 19000:18, 19000:21, 19001:3, 19001:5, 19001:12, 19001:13, 19001:16, 19001:18, 19001:19, 19001:22, 19002:3, 19002:5, 19002:14, 19002:15, 19003:2, 19003:7, 19003:10, 19003:12, 19003:13, 19004:8, 19004:10, 19004:12, 19004:16, 19004:18, 19004:19, 19005:1, 19005:3, 19005:4, 19006:21, 19006:24, 19007:2, 19007:3, 19007:7, 19007:8, 19007:10, 19007:12, 19007:13, 19008:4, 19009:12, 19010:3, 19010:5, 19010:14, 19012:14, 19012:17, 19014:9, 19014:25, 19015:3,

19015:20, 19015:21, 19016:7, 19016:13, 19017:7, 19017:22, 19017:24, 19018:2, 19019:21, 19020:24, 19021:2, 19021:12, 19021:14, 19021:16, 19022:3, 19022:9, 19023:15, 19023:17, 19023:24, 19024:5, 19024:10, 19024:12, 19024:23, 19025:1, 19025:4, 19025:5, 19025:10, 19025:12, 19025:13, 19025:18, 19025:20, 19025:21, 19026:1, 19026:3, 19026:5, 19026:17, 19026:21, 19026:22, 19027:3, 19027:5, 19027:6, 19027:21, 19027:25, 19028:3, 19028:4, 19028:8, 19028:12, 19031:22, 19031:24, 19032:2, 19032:3, 19032:6, 19032:8, 19032:10, 19032:12, 19034:5, 19034:7, 19034:11, 19034:17, 19034:19, 19034:20, 19034:25, 19035:2, 19035:3, 19035:21, 19035:24, 19035:25, 19036:4, 19036:6, 19036:7, 19036:12, 19036:14, 19036:15, 19036:17, 19036:19, 19037:18
**Metcalf**...............
**18949** [1] - 18924:3
**Miami** [1] - 18923:6
**middle** [3] - 18963:22, 18970:16, 18985:7
**might** [4] - 18935:11, 18939:25, 18951:3, 18962:6
**military** [10] - 18972:11, 18974:4, 19011:1, 19013:22, 19014:6, 19023:10, 19029:1, 19029:5, 19030:22
**military-style** [1] - 18972:11
**MILLER** [1] - 19038:14
**Miller** [2] - 18923:17, 19038:19
**mind** [9] - 18926:25, 18947:19, 18965:25, 18972:4, 19022:20,

19022:22, 19022:24, 19023:12, 19030:12
**mine's** [1] - 18952:16
**minimum** [1] - 18936:25
**Ministry** [2] - 18961:3, 18962:16
**Mink** [1] - 18923:2
**minute** [2] - 18940:20, 19034:3
**minutes** [17] - 18969:20, 18972:3, 18991:24, 18992:3, 18992:13, 18992:21, 18992:22, 18994:3, 18994:11, 18994:17, 18996:17, 18999:22, 18999:24, 19000:23
**misdemeanor** [1] - 18939:7
**misstate** [1] - 18992:4
**mist** [1] - 19031:12
**mistaken** [3] - 18961:4, 18979:25, 19003:1
**mix** [1] - 18963:25
**mo** [1] - 19031:25
**mode** [1] - 18951:8
**moment** [3] - 18926:17, 18927:7, 19023:10
**moments** [3] - 19010:6, 19011:6, 19011:9
**money** [5] - 18949:13, 18951:9, 18953:24, 18974:19, 18981:6
**month** [2] - 18966:17, 18973:18
**months** [2] - 18935:19, 18952:12
**Monument** [9] - 18980:25, 18981:13, 18981:22, 18983:6, 18987:1, 18987:5, 18987:15, 18989:21, 18992:23
**monument** [3] - 18990:9, 18992:6, 18992:18
**Moore** [2] - 18922:13, 18925:8
**morning** [16] - 18925:16, 18949:4, 18949:5, 18961:23, 18961:24, 18977:16, 18977:17, 18977:18, 18977:19, 18978:7, 18979:8, 18980:11, 18980:19, 18989:21,

19008:9, 19030:14
**MORNING** [1] - 18922:9
**MOSD** [6] - 18958:23, 18959:12, 18959:22, 18960:9, 18960:22, 18960:25
**most** [8] - 18926:2, 18930:9, 18962:2, 18963:16, 18975:5, 18986:20, 19002:21
**mostly** [1] - 18962:5
**motion** [1] - 19033:22
**motorcycle** [2] - 18972:9
**move** [9] - 18958:9, 18977:15, 18993:22, 18997:19, 19000:18, 19001:22, 19003:2, 19009:22, 19021:6
**moved** [2] - 18954:25, 19006:19
**movements** [1] - 19029:16
**moves** [2] - 19034:14, 19036:6
**moving** [2] - 18990:23, 19006:17
**MR** [224] - 18928:20, 18928:22, 18929:8, 18929:14, 18929:18, 18929:21, 18929:25, 18930:10, 18930:16, 18930:23, 18930:25, 18937:3, 18937:13, 18937:15, 18937:17, 18938:11, 18944:13, 18944:15, 18945:2, 18947:15, 18947:18, 18947:25, 18948:5, 18948:8, 18948:16, 18949:1, 18949:3, 18952:5, 18952:7, 18952:10, 18952:13, 18959:19, 18959:21, 18960:1, 18960:2, 18973:14, 18973:16, 18975:14, 18975:15, 18976:3, 18976:5, 18976:12, 18976:17, 18977:2, 18977:4, 18985:13, 18985:14, 18985:18, 18991:7, 18991:11, 18993:1, 18993:3, 18993:15, 18993:18, 18993:22, 18994:1, 18994:4, 18994:10, 18994:15, 18995:23, 18996:1, 18996:2, 18996:11,

18996:13, 18996:14, 18996:17, 18996:20, 18996:21, 18997:1, 18997:3, 18997:8, 18997:17, 18997:19, 18997:23, 18998:1, 18999:3, 18999:4, 18999:22, 19000:1, 19000:5, 19000:6, 19000:18, 19000:21, 19001:3, 19001:5, 19001:12, 19001:13, 19001:16, 19001:18, 19001:19, 19001:22, 19001:24, 19002:3, 19002:5, 19002:14, 19002:15, 19003:2, 19003:4, 19003:7, 19003:10, 19003:12, 19003:13, 19004:8, 19004:10, 19004:12, 19004:16, 19004:18, 19004:19, 19005:1, 19005:3, 19005:4, 19006:6, 19006:16, 19006:21, 19006:24, 19007:2, 19007:3, 19007:7, 19007:8, 19007:10, 19007:12, 19007:13, 19008:2, 19008:4, 19009:10, 19009:12, 19010:2, 19010:3, 19010:5, 19010:12, 19010:14, 19012:9, 19012:14, 19012:17, 19012:24, 19013:19, 19014:9, 19014:25, 19015:3, 19015:20, 19015:21, 19016:5, 19016:7, 19016:12, 19016:13, 19016:14, 19016:19, 19017:7, 19017:22, 19017:24, 19018:2, 19019:17, 19019:21, 19019:24, 19020:14, 19020:24, 19021:2, 19021:12, 19021:14, 19021:16, 19022:3, 19022:6, 19022:9, 19023:15, 19023:17, 19023:24, 19024:1, 19024:5, 19024:10, 19024:12, 19024:23, 19025:1, 19025:4, 19025:5, 19025:10, 19025:12, 19025:13, 19025:18, 19025:20, 19025:21, 19026:1, 19026:3, 19026:5, 19026:17, 19026:21,

19026:22, 19027:3, 19027:5, 19027:6, 19027:21, 19027:25, 19028:3, 19028:4, 19028:8, 19028:12, 19031:22, 19031:24, 19032:2, 19032:3, 19032:6, 19032:8, 19032:10, 19032:12, 19034:5, 19034:7, 19034:11, 19034:17, 19034:19, 19034:20, 19034:25, 19035:2, 19035:3, 19035:21, 19035:24, 19035:25, 19036:4, 19036:6, 19036:7, 19036:12, 19036:14, 19036:15, 19036:17, 19036:19, 19037:18
**MS** [19] - 18934:2, 18934:5, 18935:13, 18935:22, 18935:25, 18936:3, 18936:9, 18936:13, 18936:17, 18937:10, 18937:14, 18939:3, 18939:5, 18940:15, 18940:17, 18941:10, 18942:1, 18943:5, 18944:21
**MT** [1] - 18923:16
**Mulroe** [2] - 18922:13, 18925:8
**multiple** [2] - 18940:3, 18973:9
**munition** [1] - 19016:1
**murder** [1] - 18973:4
**music** [1] - 18980:7
**must** [3] - 18935:15, 18962:22, 18990:2

---

# N

**Nadia** [2] - 18922:13, 18925:8
**name** [11] - 18953:13, 18954:1, 18960:4, 18964:12, 18964:22, 18965:2, 18972:19, 18976:11, 18982:19, 18982:21, 18996:24
**named** [2] - 18977:25, 18978:1
**names** [2] - 18954:2, 18995:22
**national** [1] - 18966:25
**nature** [2] - 19012:9, 19012:22
**Nayib** [2] - 18923:4,

18925:11
**NAYIB** [1] - 18923:5
**near** [2] - 18987:1, 19005:8
**need** [8] - 18934:25, 18943:15, 18944:16, 18952:8, 19017:13, 19024:4, 19029:8, 19029:10
**needed** [4] - 18951:2, 18951:3, 18955:12, 18963:4
**nest** [2] - 19023:14
**neutralize** [1] - 19031:1
**never** [8] - 18939:15, 18943:16, 18958:21, 18962:3, 18981:25, 18984:2, 19030:8, 19030:16
**new** [3] - 18953:20, 18953:22, 18978:12
**New** [25] - 18922:18, 18922:22, 18923:13, 18952:16, 18954:10, 18954:13, 18958:10, 18958:25, 18959:2, 18959:7, 18960:14, 18964:5, 18964:6, 18964:10, 18964:13, 18964:18, 18965:10, 18965:12, 18965:14, 18967:11, 18981:24, 18995:4, 18995:5, 18995:13, 18996:9
**news** [2] - 18950:3, 18952:22
**next** [9] - 18963:23, 18968:13, 18968:14, 18968:15, 18969:21, 19001:14, 19032:13, 19035:19, 19036:3
**Nicholas** [2] - 18922:16, 18925:9
**night** [15] - 18957:7, 18960:15, 18961:16, 18961:23, 18962:4, 18963:22, 18966:8, 18967:19, 18968:13, 18968:14, 18968:15, 18969:6, 18979:22, 18980:1, 18981:7
**nighttime** [1] - 18960:13
**NJ** [3] - 18923:17, 19038:14, 19038:19
**NJ-CCR** [3] - 18923:17, 19038:14, 19038:19
**nobody** [1] - 18981:19

19050

**noise** [1] - 19027:12
**non** [5] - 19011:5, 19011:17, 19016:1, 19018:9
**non-lethal** [5] - 19011:5, 19011:17, 19016:1, 19018:9
**none** [1] - 18974:5
**noon** [1] - 19037:21
**NORDEAN** [1] - 18922:4
**Nordean** [5] - 18925:3, 18925:14, 18946:23, 18960:20, 19037:6
**Norman** [2] - 18922:20, 18925:10
**North** [10] - 18954:21, 18955:4, 18955:11, 18956:13, 18956:15, 18956:22, 18957:4, 18957:7, 18959:1, 18978:12
**Nos** [1] - 18922:2
**note** [5] - 18940:4, 18944:15, 18994:2, 18994:13
**note-taking** [2] - 18940:4
**notes** [8] - 18935:2, 18938:17, 18939:1, 18940:3, 18940:4, 18947:15, 19038:16
**Notes** [1] - 18972:19
**nothing** [6] - 18927:21, 18938:18, 18941:23, 18957:2, 18957:13, 18969:20
**notice** [3] - 19013:2, 19013:15, 19013:18
**November** [4] - 18963:9, 18965:17, 18965:22, 18965:23
**number** [2] - 19013:3, 19013:24
**NW** [5] - 18922:14, 18922:24, 18923:5, 18923:19, 19038:21
**NY** [2] - 18922:18, 18923:13

## O

**o'clock** [11] - 18930:21, 18940:23, 18945:22, 18981:1, 19037:21, 19037:24, 19038:4, 19038:5, 19038:8, 19038:10
**oath** [1] - 18940:9

**object** [10] - 18947:6, 18947:10, 19006:16, 19008:2, 19009:10, 19010:2, 19010:12, 19012:9, 19013:5, 19017:15
**objected** [1] - 18926:14
**objection** [19] - 18925:24, 18926:10, 18930:16, 18947:11, 18947:24, 18985:13, 18994:1, 18994:5, 18997:17, 19001:24, 19003:4, 19006:6, 19014:24, 19016:5, 19016:12, 19019:17, 19019:24, 19022:6, 19024:1
**objection's** [1] - 19015:2
**obligation** [2] - 18940:6, 18941:16
**obligations** [2] - 18940:25, 18941:3
**observations** [2] - 19017:14, 19017:17
**observe** [1] - 19018:13
**observed** [6] - 19005:21, 19013:13, 19019:13, 19019:22, 19020:16, 19022:9
**obstruct** [2] - 18979:1, 18980:15
**obtain** [1] - 18936:7
**obvious** [1] - 18935:11
**obviously** [11] - 18926:2, 18927:16, 18930:19, 18934:19, 18935:8, 18938:22, 18947:12, 18950:3, 18950:10, 18967:7, 18988:11
**occasions** [1] - 18972:24
**occupational** [1] - 19029:1
**Ode** [2] - 19034:15, 19035:12
**Ode's** [1] - 19030:6
**OF** [5] - 18922:1, 18922:2, 18922:8, 18923:5, 19038:13
**offense** [1] - 18939:10
**offer** [1] - 18937:23
**offering** [1] - 19012:19
**OFFICE** [1] - 18922:14
**office** [1] - 18955:25

**Officer** [3] - 19030:6, 19034:15, 19035:12
**officer** [3] - 19004:6, 19004:20, 19033:19
**officers** [4] - 19003:22, 19003:23, 19018:8, 19032:22
**OFFICES** [1] - 18923:5
**OFFICIAL** [1] - 19038:13
**Official** [2] - 18923:18, 19038:19
**old** [1] - 18963:11
**once** [2] - 19029:6, 19033:8
**one** [83] - 18926:10, 18927:3, 18927:21, 18929:9, 18934:7, 18934:8, 18934:11, 18938:15, 18939:3, 18939:24, 18940:2, 18942:2, 18944:4, 18944:15, 18946:25, 18947:25, 18949:7, 18950:21, 18951:8, 18951:9, 18953:23, 18954:6, 18954:8, 18955:10, 18956:5, 18956:10, 18960:11, 18960:25, 18961:10, 18961:11, 18961:12, 18962:8, 18962:15, 18964:17, 18964:18, 18965:25, 18967:21, 18969:18, 18971:10, 18971:17, 18972:11, 18972:24, 18972:25, 18973:7, 18976:3, 18976:23, 18980:5, 18980:22, 18982:3, 18983:18, 18987:14, 18991:8, 18993:6, 18995:8, 18995:14, 18997:4, 19002:3, 19004:2, 19004:13, 19004:14, 19004:15, 19013:2, 19013:24, 19016:8, 19017:11, 19019:14, 19020:1, 19020:23, 19021:3, 19021:5, 19022:1, 19026:10, 19027:1, 19027:19, 19031:25, 19032:21, 19033:25, 19034:6, 19034:16, 19035:12
**one's** [1] - 18928:25
**ones** [1] - 18967:12
**online** [2] - 18964:24,

18977:25
**Op** [1] - 18961:3
**open** [3] - 18933:24, 18954:17, 18954:18
**operative** [1] - 18997:16
**opinion** [3] - 18936:13, 18943:7, 19013:11
**Orange** [1] - 18922:21
**orange** [6] - 18988:6, 18988:16, 18989:15, 18989:18, 18990:2, 18991:6
**order** [4] - 18955:20, 18990:11, 19029:9, 19037:13
**ordered** [1] - 18986:22
**ordinary** [1] - 18977:19
**outside** [4] - 18965:10, 18970:1, 18970:3, 18980:6
**outstanding** [1] - 18925:23
**over-watch** [1] - 19018:8
**overrule** [2] - 18925:24, 18927:9
**overseas** [2] - 19010:23, 19013:22
**own** [3] - 18941:21, 18999:16, 19032:22

## P

**P.A** [2] - 18923:5, 18923:8
**P.C** [1] - 18923:11
**p.m** [1] - 19038:11
**PAGE** [1] - 18924:2
**palpable** [1] - 19023:7
**panel** [1] - 18948:20
**panic** [2] - 19023:7, 19023:8
**Park** [1] - 18923:12
**parked** [1] - 18977:23
**Parler** [8] - 18972:20, 18973:17, 18973:18, 18974:23, 18974:24, 18975:22, 18976:19, 18977:13
**part** [15] - 18934:7, 18940:24, 18945:20, 18960:23, 18965:18, 18967:17, 18974:22, 18974:24, 18993:20, 18995:5, 18995:21, 19008:9, 19013:15, 19013:20

**particular** [3] - 18935:3, 19004:5, 19020:12
**partied** [1] - 18980:2
**parties** [7] - 18927:3, 18928:23, 18942:21, 18944:4, 18944:10, 18945:9, 18958:20
**party** [6] - 18926:19, 18928:24, 18929:6, 18930:1, 18930:4, 18930:13
**pass** [2] - 18964:22, 18965:11
**passed** [1] - 18992:5
**passing** [2] - 18992:23, 19027:19
**past** [2] - 18935:19, 18986:8
**patched** [2] - 19000:16, 19002:13
**paths** [1] - 18958:20
**Pattis** [6] - 18922:20, 18925:10, 18928:21, 18929:12, 18929:14, 18930:8
**PATTIS** [5] - 18922:20, 18928:20, 18928:22, 18930:10, 18930:16
**Pattis's** [1] - 18926:25
**pause** [23] - 18948:19, 18976:4, 18988:22, 18991:10, 18993:23, 18996:1, 18996:13, 18996:20, 18997:3, 18997:6, 19000:5, 19003:12, 19004:18, 19005:3, 19007:7, 19025:4, 19026:3, 19026:8, 19034:5, 19034:19, 19035:2, 19036:14, 19036:18
**paused** [3] - 18942:22, 18994:18, 19004:10
**PC** [1] - 18922:24
**PDF** [2] - 18976:11, 18976:13
**Peace** [7] - 18988:14, 18990:9, 18992:5, 18992:7, 18992:17, 18992:19, 18992:23
**peace** [1] - 18974:6
**people** [47] - 18954:19, 18955:1, 18955:9, 18956:7, 18957:12, 18959:1, 18959:17, 18960:20, 18963:4, 18963:16,

18963:23, 18964:1, 18964:20, 18964:21, 18968:7, 18969:10, 18969:23, 18970:4, 18970:9, 18971:11, 18973:5, 18975:5, 18980:4, 18980:8, 18980:9, 18981:5, 18982:11, 18987:6, 18987:24, 18988:3, 18988:10, 18989:16, 19005:13, 19005:14, 19005:15, 19005:21, 19006:1, 19006:12, 19009:1, 19011:19, 19013:16, 19019:11, 19023:2, 19023:3, 19025:24, 19033:12

**Pepe** [10] - 18965:8, 18965:10, 18969:15, 18981:24, 18995:1, 18995:19, 18998:23, 18999:5, 18999:7, 19008:13

**Pepe's** [2] - 18995:6, 18999:15

**pepper** [6] - 18934:20, 18934:22, 18939:19, 18971:25, 18973:8, 18973:12

**pepper-sprayed** [3] - 18971:25, 18973:8, 18973:12

**pepper-spraying** [1] - 18939:19

**PepperBall** [2] - 19004:23, 19019:19

**perceived** [1] - 19005:20

**performed** [1] - 18980:7

**period** [2] - 18999:20, 19031:15

**permission** [4] - 19001:25, 19003:6, 19022:8, 19024:8

**permitted** [1] - 18945:14

**person** [4] - 18958:15, 18958:16, 18969:16, 19028:24

**persons** [1] - 18939:18

**perspective** [2] - 18943:6, 19009:5

**PEZZOLA** [2] - 18922:6, 18924:3

**Pezzola** [30] - 18925:6, 18925:15, 18926:22, 18927:17,

18934:3, 18946:5, 18946:6, 18946:9, 18946:17, 18947:2, 18948:25, 18975:14, 18976:7, 18976:9, 18976:18, 18977:2, 18993:1, 18993:5, 18993:8, 18993:25, 19001:4, 19002:14, 19006:17, 19013:3, 19017:3, 19022:4, 19022:10, 19027:21, 19038:4

**Pezzola's** [15] - 18926:13, 18926:16, 18927:14, 18927:24, 18928:8, 18928:11, 18928:13, 18928:17, 18929:22, 18930:3, 18930:5, 18930:12, 18930:14, 18945:23, 18946:13

**Pezzola-300** [3] - 19023:15, 19023:25, 19035:21

**Pezzola-305** [2] - 19015:20, 19015:23

**Pezzola-306** [1] - 18993:2

**Pezzola-307** [2] - 19001:4, 19001:23

**Pezzola-309** [2] - 19002:14, 19003:3

**ph** [3] - 18972:19, 18978:1, 18982:24

**Philadelphia** [6] - 18953:2, 18954:23, 18954:25, 18955:1, 18957:15, 18959:8

**Philly** [1] - 18957:12

**philosophy** [2] - 18953:19, 18974:6

**phone** [5] - 18951:10, 18951:15, 18951:19, 18951:23, 18962:7, 18966:14, 18991:1

**phones** [5] - 18931:6, 18931:8, 18934:1, 19016:14, 19020:1

**photograph** [1] - 19021:25

**picked** [2] - 18945:13, 19036:8

**picking** [1] - 19033:3

**picture** [18] - 18943:8, 18984:24, 18985:21, 18985:22, 18985:25, 18986:6, 18986:7, 18990:25, 18991:3, 18991:5, 18991:12,

18991:13, 18991:20, 18992:7, 18992:11, 19015:25, 19016:1, 19035:13

**picture's** [1] - 18991:14

**pictures** [4] - 18960:16, 18983:10, 18983:11, 18984:18

**pinpoint** [1] - 18935:3

**pissed** [3] - 18973:1, 18973:2, 18985:23

**place** [5] - 18955:12, 18967:21, 18967:22, 18986:24, 19000:17

**plan** [4] - 18944:9, 18984:12, 18988:23, 19012:20

**plans** [16] - 18962:17, 18962:20, 18978:15, 18978:20, 18978:23, 18979:1, 18979:9, 18979:11, 18979:13, 18980:13, 18980:15, 18980:17, 18980:19, 18980:21, 18989:3, 18989:6

**play** [32] - 18938:15, 18942:6, 18942:11, 18942:13, 18942:16, 18942:17, 18943:9, 18943:25, 18944:3, 18945:7, 18993:16, 18994:2, 18994:9, 18995:23, 18996:18, 18999:23, 19001:15, 19001:16, 19003:7, 19004:16, 19005:1, 19012:7, 19024:24, 19027:25, 19028:10, 19031:19, 19031:22, 19032:10, 19033:24, 19035:22, 19036:4

**played** [39] - 18940:18, 18942:4, 18943:13, 18993:17, 18995:25, 18996:12, 18996:19, 18997:2, 18997:25, 19000:4, 19000:20, 19001:17, 19003:9, 19003:11, 19004:9, 19004:17, 19005:2, 19007:6, 19007:11, 19023:16, 19025:3, 19025:11, 19025:19, 19026:2, 19026:19, 19027:4, 19027:24, 19028:2, 19028:11, 19028:19, 19032:1, 19032:11,

19034:4, 19034:12, 19034:18, 19035:1, 19035:23, 19036:5, 19036:13

**playing** [13] - 18943:8, 18996:11, 18997:1, 18997:24, 19025:10, 19025:18, 19026:1, 19027:3, 19034:11, 19034:17, 19034:25, 19035:19, 19036:12

**plays** [4] - 18942:10, 18943:16, 18945:17

**Plaza** [1] - 18963:24

**pledge** [1] - 18982:5

**plenty** [2] - 19020:8, 19020:22

**PLLC** [1] - 18922:17

**point** [74] - 18929:9, 18931:2, 18935:3, 18935:13, 18941:5, 18943:2, 18943:9, 18943:19, 18944:5, 18945:4, 18947:10, 18950:18, 18951:5, 18952:18, 18966:22, 18975:2, 18976:23, 18977:9, 18978:15, 18978:24, 18979:10, 18979:14, 18984:9, 18984:17, 18984:23, 18988:8, 18988:22, 18989:4, 18989:7, 18989:10, 18991:5, 18993:24, 19000:11, 19001:1, 19001:8, 19003:22, 19004:2, 19004:13, 19005:7, 19007:17, 19007:19, 19007:23, 19008:14, 19008:25, 19009:4, 19009:16, 19012:4, 19012:6, 19019:7, 19019:8, 19020:6, 19021:17, 19022:3, 19022:23, 19026:10, 19027:11, 19027:18, 19028:13, 19029:22, 19030:7, 19030:13, 19031:11, 19032:23, 19034:21, 19035:7, 19035:9, 19035:18, 19036:1, 19036:20, 19037:3, 19037:5, 19037:7, 19037:11

**pointed** [1] - 18990:1

**pointing** [3] - 18950:12, 18964:6, 19015:8

**pointless** [1] -

18962:5

**points** [1] - 19023:23

**Police** [1] - 19030:16

**police** [15] - 18999:19, 19007:20, 19011:1, 19011:12, 19011:13, 19012:2, 19013:8, 19013:9, 19013:20, 19013:24, 19014:1, 19014:7, 19014:23, 19019:10, 19025:23

**policies** [3] - 18974:1, 18974:17, 18974:18

**politics** [4] - 18973:20, 18973:24, 18974:12, 18974:14

**pool** [4] - 18984:18, 18985:19, 18986:9, 19028:6

**Port** [1] - 18986:21

**Port-a-Potties** [1] - 18986:21

**portion** [3] - 18994:1, 19000:24, 19001:11

**portions** [5] - 18994:7, 18994:8, 18994:11, 18994:13, 19001:9

**position** [10] - 18941:15, 19004:1, 19004:21, 19018:8, 19018:16, 19018:19, 19021:22, 19021:23, 19021:24, 19022:1

**possession** [5] - 19030:7, 19030:8, 19030:10, 19032:24, 19035:7

**possibilities** [1] - 19021:11

**Post** [1] - 18967:3

**posted** [7] - 18961:1, 18961:19, 18962:13, 18962:14, 18962:15, 18962:19, 18962:21

**potential** [1] - 18926:10

**Potties** [1] - 18986:21

**power** [1] - 18956:1

**practiced** [1] - 18934:18

**prayer** [2] - 18967:23, 18986:6

**pre** [1] - 19015:13

**precise** [1] - 18991:21

**precisely** [1] - 19037:20

**premarked** [1] - 19015:22

**prepared** [1] - 18945:22

**preparing** [1] - 18939:18
**present** [8] - 18925:7, 18925:8, 18925:9, 18925:10, 18925:11, 18925:12, 18925:13, 18939:24
**presented** [4] - 18928:9, 18928:10, 18928:14, 18929:5
**presenting** [1] - 18928:19
**president** [5] - 18965:9, 18981:25, 18982:1, 18995:3
**pretty** [10] - 18939:2, 18941:4, 18955:10, 18963:14, 18967:1, 18974:1, 18985:5, 18987:13, 19022:11, 19023:12
**previously** [1] - 18937:8
**problem** [3] - 18948:15, 19020:5, 19020:18
**procedure** [1] - 18945:1
**proceed** [3] - 18941:25, 18976:15, 18997:22
**proceedings** [4] - 18931:10, 18933:24, 18940:3, 19038:17
**Proceedings** [1] - 18923:21
**Process** [2] - 18936:14, 18938:1
**process** [2] - 18941:11, 19032:22
**produce** [3] - 18938:18, 18941:8, 18941:9
**produced** [6] - 18923:21, 18935:3, 18938:1, 18938:16, 18938:18, 18941:23
**producing** [1] - 18941:1
**proffer** [5] - 18934:18, 18939:6, 18939:11, 18939:16
**proffers** [1] - 18939:9
**program** [1] - 18942:8
**projectile** [1] - 19031:12
**projectiles** [1] - 19027:9
**propose** [1] - 18946:3
**prosecution** [1] -

18934:11
**prosecutor** [1] - 18940:2
**prosecutors** [1] - 18939:24
**protect** [4] - 19028:25, 19029:19, 19030:3, 19030:18
**protection** [1] - 19029:15
**Protections** [2] - 18936:15, 18938:2
**protest** [2] - 19014:12
**protesters** [2] - 19000:12, 19011:12
**protesting** [1] - 19010:18
**protests** [1] - 19010:24
**Proud** [24] - 18950:19, 18953:13, 18954:8, 18959:4, 18959:5, 18965:19, 18966:19, 18966:23, 18967:8, 18967:11, 18969:2, 18972:19, 18974:21, 18974:24, 18974:25, 18978:21, 18979:10, 18983:12, 18984:6, 18984:10, 18985:11, 18989:1, 18989:9, 18989:19
**provided** [3] - 18937:8, 18937:21, 18944:3
**proximity** [1] - 19002:20
**publish** [5] - 19002:1, 19003:6, 19022:8, 19024:8, 19027:23
**published** [3] - 19002:4, 19022:5, 19023:25
**pull** [2] - 19027:1, 19033:6
**pulled** [5] - 19030:9, 19030:10, 19033:7, 19035:12
**punch** [1] - 18966:4
**punk** [1] - 18972:15
**punk-ass** [1] - 18972:15
**purpose** [4] - 18928:12, 18928:18, 18930:6, 18930:15
**push** [3] - 18962:1, 19026:13, 19036:10
**pushed** [1] - 19026:24
**pushes** [1] - 19033:17
**pushing** [7] -

19007:21, 19011:12, 19011:14, 19011:15, 19011:16, 19012:3, 19023:2
**put** [9] - 18927:9, 18927:10, 18945:14, 18956:10, 18961:10, 18965:6, 18972:19, 18975:25, 18991:17
**puts** [1] - 18927:17
**putting** [2] - 18959:17, 18971:20

## Q

**qualified** [1] - 19012:25
**questioning** [1] - 19013:6
**questions** [2] - 19016:20, 19037:6
**quick** [15] - 18925:18, 18955:1, 18986:6, 18987:8, 18993:23, 19000:3, 19004:11, 19005:17, 19007:16, 19009:22, 19010:20, 19029:13, 19031:18, 19032:6, 19034:6
**quickly** [1] - 18998:14
**quintessential** [1] - 19013:11
**quite** [3] - 18957:18, 19021:22, 19023:5

## R

**radio** [1] - 18985:4
**radios** [2] - 18985:2, 18985:3
**raise** [2] - 18935:19, 18945:25
**raising** [1] - 18942:18
**rallies** [1] - 19008:17
**rally** [7] - 18963:13, 18965:18, 18965:19, 18966:24, 18966:25, 18968:9, 18975:19
**ran** [4] - 18971:15, 18998:16, 18998:25, 19029:7
**random** [3] - 18962:14, 18962:15, 18962:21
**randomly** [3] - 18963:24, 19032:21, 19033:6
**range** [1] - 19029:6
**rap** [1] - 18980:8
**rapid** [1] - 19027:18

**rapidly** [1] - 19032:21
**rare** [1] - 18972:24
**rather** [3] - 18928:6, 18928:18, 18941:19
**Ray** [3] - 18997:15, 19000:22, 19000:23
**re** [2] - 18926:6, 19027:2
**re-escalated** [1] - 19027:2
**re-read** [1] - 18926:6
**reaching** [1] - 19034:15
**reaction** [2] - 19022:25, 19031:4
**reactionary** [1] - 19030:1
**read** [14] - 18926:6, 18927:3, 18928:13, 18930:2, 18930:8, 18935:14, 18935:23, 18936:1, 18936:7, 18937:11, 18961:17, 18962:3
**reads** [2] - 18928:7, 18928:10
**ready** [5] - 18946:9, 18946:11, 18966:12, 18984:24, 18987:4
**Reagan** [1] - 18974:6
**real** [18] - 18953:13, 18955:1, 18982:19, 18982:21, 18987:8, 18990:21, 18993:23, 19000:2, 19004:10, 19007:15, 19009:22, 19010:20, 19017:4, 19017:7, 19018:21, 19031:18, 19032:6, 19034:6
**reality** [1] - 18939:13
**really** [18] - 18941:22, 18950:7, 18951:10, 18951:14, 18951:22, 18953:18, 18953:25, 18963:25, 18965:13, 18967:12, 18968:7, 18968:21, 18969:5, 18989:24, 18998:9, 19008:23, 19012:20, 19034:5
**Reaper** [1] - 18954:2
**reason** [9] - 18937:17, 18941:18, 18956:20, 18975:24, 18986:21, 18988:4, 18989:20, 18998:16, 19029:7
**reasoning** [2] - 18951:10, 18954:12
**reasons** [2] - 18974:8,

19030:21
**rebuttal** [3] - 18927:19, 18927:23, 18927:25
**received** [1] - 18934:13
**recent** [1] - 18958:6
**recess** [7] - 18946:4, 18946:5, 18946:12, 18946:15, 18946:16, 19038:10, 19038:11
**recognize** [12] - 18983:25, 18994:19, 18994:23, 18996:15, 18996:22, 18997:11, 19001:6, 19002:16, 19015:23, 19015:25, 19023:18, 19024:19
**recognized** [1] - 18968:2
**recollection** [1] - 19022:12
**record** [4] - 18944:22, 18946:21, 18976:6, 18976:11
**recorded** [3] - 18923:21, 18938:15, 18938:17
**recreational** [1] - 19022:15
**red** [1] - 18995:18
**redundant** [1] - 18929:11
**reference** [3] - 18972:18, 18972:23, 19006:6
**referring** [7] - 18937:19, 18972:17, 18999:11, 18999:12, 19026:23, 19034:8, 19034:22
**refers** [1] - 18964:14
**reflect** [1] - 18960:6
**reflecting** [2] - 18985:19, 18986:9
**regard** [1] - 18926:18
**regarding** [4] - 18928:8, 18930:3, 18930:12, 18947:13
**regardless** [2] - 18945:3, 19014:14
**region** [1] - 18965:14
**regularly** [2] - 18943:8, 18943:10
**REHL** [1] - 18922:5
**Rehl** [11] - 18925:4, 18925:14, 18934:20, 18934:22, 18936:7, 18939:9, 18942:5, 18945:11, 18957:13,

18957:22, 18960:20
**Rehl's** [1] - 18925:24
**reiterate** [1] - 18941:6
**relationship** [1] - 18992:1
**released** [1] - 19037:25
**relevant** [2] - 18962:2, 18962:3
**reluctant** [1] - 18941:19
**remained** [1] - 19031:13
**remember** [33] - 18949:8, 18951:8, 18954:4, 18956:14, 18960:10, 18960:13, 18961:7, 18961:11, 18962:9, 18962:24, 18964:10, 18964:12, 18965:2, 18965:3, 18967:6, 18968:21, 18972:13, 18979:23, 18981:11, 18981:23, 18998:2, 18998:22, 19000:11, 19001:10, 19003:14, 19008:13, 19011:21, 19019:2, 19027:19, 19031:11
**remembered** [2] - 18950:5, 18991:22
**rented** [1] - 18979:24
**rephrase** [2] - 19010:3, 19031:14
**replace** [2] - 18929:4, 18929:12
**replay** [1] - 19007:10
**Reporter** [3] - 18923:17, 18923:18, 19038:19
**REPORTER** [2] - 18948:12, 19038:13
**reporter** [2] - 18948:14, 18952:9
**reposted** [1] - 18975:25
**representations** [1] - 18938:4
**request** [5] - 18926:6, 18934:16, 18937:2, 18937:5, 19024:8
**requested** [1] - 18936:18
**requesting** [3] - 18934:9, 18934:14, 18934:16
**require** [1] - 19013:17
**requires** [3] - 18935:14, 18936:1, 18936:3

**resolve** [1] - 18943:15
**respond** [1] - 18962:25
**responding** [1] - 18965:15
**response** [11] - 18936:25, 18937:2, 18937:4, 18944:16, 19013:13, 19014:13, 19017:6, 19028:23, 19029:4, 19030:1, 19030:25
**rest** [5] - 18938:2, 18985:11, 18986:7, 18988:15, 18989:17
**restaurants** [1] - 18954:18
**restraining** [1] - 18972:12
**resume** [4] - 18945:23, 18946:5, 18946:6, 18946:12
**resumed** [1] - 18946:17
**retain** [1] - 18955:21
**retainer** [1] - 18956:10
**retake** [2] - 18946:9, 19038:4
**retarded** [1] - 18986:1
**return** [1] - 19038:10
**Return** [3] - 19015:1, 19018:1, 19021:15
**returned** [2] - 18948:21, 19038:2
**reveals** [1] - 18942:24
**review** [5] - 18937:5, 18938:3, 18938:8, 18941:8, 19016:23
**reviewed** [1] - 18993:11
**reviewing** [1] - 19003:14
**rewind** [5] - 18953:4, 18963:8, 19026:15, 19032:6, 19036:17
**ridiculous** [1] - 18974:2
**rifles** [1] - 18950:12
**riot** [4] - 19011:13, 19011:16, 19023:2, 19030:16
**rise** [2] - 18946:14, 19038:9
**road** [1] - 18998:7
**Road** [1] - 18923:2
**rob** [1] - 19030:17
**Rochester** [6] - 18949:7, 18950:7, 18953:15, 18957:3, 18958:14, 18964:23

**Roger** [2] - 18923:14, 18925:13
**ROGER** [1] - 18923:15
**Ronald** [1] - 18974:6
**Ronie** [3] - 18978:1, 18982:18, 18984:22
**Ronie's** [1] - 18982:19
**room** [8] - 18962:20, 18962:23, 18963:23, 18966:8, 18966:10, 18979:24, 18981:4, 19038:2
**Room** [2] - 18923:18, 19038:20
**rooms** [2] - 18950:15, 18968:17
**Roots** [4] - 18923:14, 18925:13, 18926:7, 18930:24
**ROOTS** [3] - 18923:15, 18930:23, 18930:25
**rounds** [1] - 19029:6
**route** [1] - 18965:24
**roving** [1] - 18929:23
**row** [1] - 18968:5
**RPR** [3] - 18923:17, 19038:14, 19038:19
**rubber** [1] - 19000:14
**Rufio** [5] - 18975:16, 18975:17, 18975:18, 18975:19, 18976:8
**rule** [1] - 19024:7
**ruling** [1] - 18927:21
**run** [8] - 18955:18, 18955:19, 19020:5, 19020:17, 19028:24, 19030:20, 19030:23, 19031:1
**running** [4] - 18971:9, 18971:14, 18977:20, 18983:17

---

## S

**Sabino** [2] - 18923:8, 18925:12
**sad** [1] - 18977:7
**safeguards** [2] - 18927:8, 18927:11
**safety** [1] - 19018:24
**save** [1] - 18981:6
**saw** [27] - 18962:22, 18963:23, 18966:9, 18968:22, 18969:11, 18984:2, 18984:23, 18988:16, 18989:12, 18989:14, 18989:15, 18990:13, 18990:25, 18991:6, 18998:21,

19009:3, 19011:6, 19011:18, 19013:7, 19014:2, 19015:4, 19017:3, 19026:12, 19032:14, 19032:17
**Sawyer** [1] - 18982:23
**scared** [1] - 18949:17
**scary** [1] - 18949:9
**scenario** [7] - 18953:10, 18967:24, 18972:5, 18973:9, 19014:11, 19028:16, 19033:1
**scene** [4] - 18926:3, 18942:12, 18998:2, 19025:2
**schedule** [2] - 18956:5, 18956:8
**scot** [1] - 18952:21
**scot-free** [1] - 18952:21
**scour** [1] - 18938:24
**scrambling** [1] - 18986:24
**screaming** [1] - 18969:22
**screen** [4] - 18942:7, 18975:6, 18994:25
**scrolls** [1] - 18962:1
**scuffle** [3] - 18971:7, 19007:22, 19015:11
**seal** [1] - 18931:10
**sealed** [1] - 18931:6
**seat** [1] - 18968:1, 18978:2
**seated** [1] - 18948:22
**second** [14] - 18926:5, 18947:20, 18950:24, 18961:11, 18974:5, 18976:3, 18991:8, 18993:6, 18995:14, 18995:18, 18997:4, 19000:2, 19002:3, 19004:6
**seconds** [42] - 18991:22, 18993:16, 18994:11, 18994:12, 18994:17, 18996:8, 18996:18, 18999:23, 18999:24, 18999:25, 19000:23, 19001:12, 19001:14, 19001:15, 19003:10, 19003:18, 19004:5, 19004:8, 19007:2, 19007:4, 19007:5, 19007:22, 19024:24, 19026:7, 19026:17, 19027:25, 19028:1, 19028:8, 19028:9, 19028:10,

19031:20, 19032:7, 19034:3, 19034:24, 19035:20, 19036:3, 19036:18
**secured** [1] - 18974:8
**security** [1] - 18941:12
**see** [87] - 18934:22, 18935:5, 18935:12, 18939:10, 18939:22, 18939:25, 18940:10, 18940:18, 18942:9, 18942:12, 18942:13, 18943:10, 18943:12, 18943:14, 18944:6, 18956:19, 18959:3, 18960:4, 18960:16, 18966:7, 18967:5, 18967:16, 18970:13, 18971:6, 18971:7, 18971:9, 18971:14, 18971:15, 18980:22, 18982:9, 18984:3, 18985:22, 18987:24, 18988:6, 18992:14, 18992:25, 18995:7, 18996:3, 18996:7, 18996:22, 18998:7, 19000:7, 19000:23, 19001:20, 19002:6, 19004:6, 19004:15, 19004:20, 19005:24, 19006:12, 19006:13, 19007:14, 19007:15, 19008:5, 19008:10, 19008:23, 19009:19, 19009:24, 19010:1, 19011:13, 19011:18, 19015:7, 19015:8, 19017:8, 19018:4, 19020:9, 19021:9, 19026:7, 19026:8, 19026:11, 19029:24, 19030:3, 19031:10, 19032:2, 19032:13, 19033:15, 19033:18, 19035:4, 19035:14, 19037:21, 19038:8
**seeing** [13] - 18954:4, 18987:6, 18987:9, 18990:18, 19006:12, 19008:13, 19008:25, 19009:1, 19014:14, 19019:2, 19019:3, 19020:19, 19027:10
**seeking** [1] - 18994:8
**Self** [2] - 18961:3, 18962:16
**Self-Defense** [2] - 18961:3, 18962:16

19054

**sense** [3] - 18943:22, 18945:18, 19014:21
**senses** [1] - 19026:9
**sent** [1] - 18959:15
**sentence** [3] - 18928:24, 18929:4, 18997:21
**sentences** [1] - 18929:11
**separate** [1] - 19026:11
**separated** [2] - 19007:20, 19012:4
**series** [2] - 18944:19, 18945:5
**served** [1] - 18952:17
**SESSION** [1] - 18922:9
**session** [3] - 18934:19, 18939:6, 18939:7
**sessions** [3] - 18938:15, 18939:11, 18939:16
**several** [1] - 19034:24
**shape** [1] - 18944:25
**shield** [22] - 18953:8, 18954:4, 18954:6, 18954:7, 18957:9, 19009:8, 19009:14, 19011:16, 19030:6, 19030:16, 19032:24, 19033:2, 19033:3, 19033:6, 19033:11, 19033:19, 19034:16, 19035:7, 19035:10, 19036:8, 19037:13, 19037:16
**shields** [5] - 18954:3, 18956:25, 19011:13, 19012:3, 19023:3
**shit** [3] - 18974:2, 18992:24, 18998:21
**shoot** [4] - 19016:3, 19017:11, 19019:23, 19022:16
**shooter** [1] - 19004:13
**shooters** [1] - 19017:9
**shooting** [8] - 19003:22, 19003:23, 19004:7, 19018:11, 19019:11, 19021:4, 19021:6, 19021:18
**short** [2] - 18945:12, 18948:14
**shorthand** [1] - 18923:21
**shortly** [1] - 18946:13
**shot** [44] - 18939:21, 18985:21, 19002:25,

19003:17, 19005:13, 19006:25, 19007:15, 19009:24, 19010:6, 19010:7, 19010:9, 19010:11, 19010:15, 19010:16, 19011:7, 19011:8, 19012:5, 19015:5, 19015:13, 19015:15, 19015:16, 19015:18, 19016:2, 19017:18, 19018:4, 19018:12, 19018:16, 19018:22, 19019:14, 19022:18, 19023:3, 19023:4, 19023:13, 19025:14, 19029:13, 19031:8, 19031:9, 19031:10, 19031:21, 19032:13, 19032:14, 19032:15, 19032:18, 19032:21
**shots** [11] - 19011:18, 19011:22, 19011:25, 19012:1, 19018:4, 19018:6, 19018:12, 19018:13, 19022:15, 19028:14, 19033:5
**shouting** [1] - 18968:20
**shoving** [1] - 19007:22
**show** [15] - 18959:22, 18975:14, 18977:2, 18991:12, 18993:1, 18993:4, 18994:16, 19000:2, 19001:4, 19001:9, 19002:14, 19015:22, 19020:11, 19020:14, 19023:15
**showed** [1] - 18954:5
**showing** [7] - 18958:6, 18960:3, 18975:6, 18976:9, 18976:18, 18977:5, 19021:25
**shown** [2] - 18976:7, 19020:8
**shows** [1] - 18945:18
**shut** [2] - 18954:11, 18970:8
**sic** [2] - 18960:25, 18974:11
**side** [3] - 18963:16, 18989:14, 18998:7
**sidebar** [1] - 19012:12
**sign** [3] - 19021:3, 19021:5, 19022:10
**signals** [1] - 19036:23
**silly** [1] - 18954:2
**similar** [3] - 18967:23,

18972:10, 19030:18
**similarities** [1] - 18958:4
**simply** [1] - 18938:5
**sirens** [1] - 18966:12
**sit** [1] - 18962:3
**sitting** [2] - 18966:11, 18978:2
**situation** [8] - 18942:19, 18943:16, 19023:5, 19026:10, 19027:2, 19028:15, 19029:12, 19030:25
**situations** [3] - 19014:17, 19020:23, 19028:23
**six** [2] - 18992:22, 18996:7
**skirmish** [1] - 19011:11
**sleep** [2] - 18961:22, 18966:12
**sleeping** [1] - 18981:5
**slipped** [1] - 18926:24
**slow** [7] - 18942:13, 18945:7, 18949:10, 18953:22, 19031:23, 19031:25, 19033:22
**slow-mo** [1] - 19031:25
**slowed** [2] - 18942:22, 18999:1
**slowing** [1] - 18942:7
**small** [3] - 18950:16, 18965:16, 18967:10
**smaller** [1] - 19029:18
**Smith** [2] - 18922:16, 18925:9
**SMITH** [2] - 18922:17, 18922:20
**smoke** [1] - 19036:23
**sniper** [2] - 19018:17, 19023:14
**social** [2] - 18972:25, 18983:24
**sold** [1] - 18978:18
**soldiers** [1] - 19014:22
**someone** [13] - 18967:9, 18969:22, 18973:6, 18973:10, 18974:13, 18982:11, 18998:22, 19011:16, 19018:19, 19025:25, 19033:3
**someplace** [1] - 18952:25
**something's** [1] - 18988:4
**sometimes** [1] -

18974:2
**somewhat** [1] - 18944:17
**somewhere** [5] - 18967:20, 18988:3, 19005:8, 19006:17
**soon** [3] - 18946:11, 18956:11, 19029:24
**sorry** [10] - 18937:14, 18937:15, 18952:5, 18952:10, 18956:16, 18976:6, 18986:2, 18994:24, 18995:17, 19006:11
**sort** [4] - 18925:21, 18927:8, 18945:19, 19031:12
**sorts** [2] - 18939:9, 18943:24
**sounded** [1] - 19018:14
**sounds** [4] - 18927:5, 18928:5, 18941:1, 18941:22
**source** [1] - 18934:10
**south** [1] - 18954:17
**South** [3] - 18955:11, 18958:8, 18958:12
**span** [1] - 18992:22
**speaking** [1] - 18929:15
**speaks** [2] - 19017:1, 19017:2
**specialty** [1] - 19029:1
**specific** [4] - 18928:16, 18956:16, 19007:25, 19018:13
**specifically** [1] - 18981:23
**spectator** [1] - 18998:5
**speculation** [1] - 18985:13
**speech** [17] - 18967:19, 18967:22, 18968:4, 18968:5, 18985:1, 18985:3, 18985:5, 18985:6, 18985:7, 18985:12, 18985:24, 18986:12, 18987:5, 18987:9, 18987:24, 18988:1, 18998:19
**spend** [1] - 18977:21
**spent** [1] - 18959:7
**split** [1] - 18986:10
**sports** [1] - 19028:18
**spot** [1] - 18950:19
**spray** [8] - 18934:20, 18934:22, 18934:23,

18936:8, 18939:20, 18939:25, 18940:10, 18945:12
**sprayed** [4] - 18971:25, 18972:15, 18973:8, 18973:12
**spraying** [1] - 18939:19
**stabbed** [10] - 18959:18, 18968:10, 18969:12, 18970:12, 18970:13, 18970:14, 18970:15, 18970:21, 18971:10, 18971:17
**stabbing** [2] - 18958:5, 18969:22
**stage** [1] - 18980:6
**stairs** [1] - 18998:14
**stand** [8] - 18927:17, 18927:19, 18940:9, 18946:5, 18946:7, 18946:10, 18946:17, 19038:5
**standing** [11] - 18968:25, 18970:11, 18984:4, 18985:25, 18990:21, 18998:8, 18998:9, 19005:21, 19007:24, 19010:9, 19026:9
**stands** [3] - 18946:15, 19037:9, 19038:10
**start** [8] - 18973:24, 18983:6, 18984:6, 18987:23, 19004:8, 19008:24, 19011:10, 19024:23
**started** [29] - 18925:19, 18953:21, 18958:7, 18958:8, 18958:11, 18958:15, 18959:11, 18964:5, 18968:21, 18971:8, 18971:14, 18975:21, 18986:8, 18987:6, 18988:21, 18990:6, 18990:10, 18990:23, 18999:1, 19006:2, 19006:4, 19006:13, 19008:13, 19009:1, 19023:3, 19029:6, 19029:24, 19033:5
**starting** [2] - 18953:20, 18994:16
**State** [1] - 18981:24
**state** [5] - 18947:19, 18967:10, 19012:18, 19012:21, 19022:22
**statement** [16] - 18928:8, 18928:13,

19055

18928:15, 18928:17, 18930:3, 18930:5, 18930:12, 18930:14, 18935:9, 18935:17, 18935:18, 18935:24, 18936:18, 18939:10, 18947:3, 18947:14

**statements** [2] - 18937:7, 18937:20

**STATES** [3] - 18922:1, 18922:2, 18922:10

**States** [5] - 18922:12, 18925:3, 18936:14, 18946:22, 19038:20

**stationed** [1] - 19018:9

**status** [3] - 18947:4, 18947:9

**stay** [4] - 18951:3, 18952:18, 18955:2, 18955:12

**stayed** [6] - 18957:6, 18958:1, 18961:23, 18979:23, 18980:5, 19031:16

**staying** [1] - 18981:4

**steal** [1] - 19030:17

**stenographic** [1] - 19038:16

**step** [2] - 18968:4, 19033:8

**stepped** [1] - 19013:10

**Steve** [2] - 18949:5, 19007:19

**Steven** [4] - 18923:11, 18925:12, 19016:10, 19016:24

**still** [13] - 18934:9, 18934:13, 18934:15, 18943:7, 18944:20, 18949:13, 18954:11, 18975:23, 18988:1, 18996:25, 19035:13, 19036:1, 19036:2

**stipulation** [1] - 18983:2

**stood** [1] - 18981:16

**stop** [14] - 18954:21, 19001:18, 19007:12, 19025:12, 19025:20, 19026:21, 19027:5, 19028:3, 19032:2, 19034:13, 19035:24, 19036:6, 19037:19, 19037:21

**stopped** [10] - 18954:23, 18955:11, 18957:4, 18958:24, 18959:1, 18959:4,

18959:6, 18964:20, 18999:17, 19024:15

**stopping** [1] - 18986:25

**stops** [1] - 18998:8

**store** [4] - 18973:10, 18979:11, 18986:25, 18987:21

**storm** [4] - 18979:11, 18980:17, 18984:15, 18989:3

**story** [1] - 18991:4

**straight** [2] - 18948:15, 19035:13

**strategic** [1] - 19018:19

**stream** [1] - 18987:24

**Street** [6] - 18922:14, 18922:17, 18922:21, 18922:24, 18923:5, 18923:9

**street** [5] - 18970:3, 18970:22, 18987:25, 18989:14

**streets** [3] - 18958:19, 18970:9, 18987:11

**strength** [1] - 18974:6

**strike** [2] - 18997:19, 18997:20

**striking** [1] - 19025:24

**strong** [2] - 18941:4, 18974:4

**struck** [2] - 19000:13, 19007:16

**stuff** [2] - 18958:11, 18962:5

**stupid** [1] - 18985:25

**style** [1] - 18972:11

**subject** [1] - 18994:5

**submit** [3] - 18938:2, 18938:5, 18938:8

**submitted** [2] - 18926:7

**substance** [3] - 18937:9, 18937:11, 18937:19

**substantive** [1] - 18937:6

**substitute** [1] - 18935:10

**suburb** [2] - 18957:15, 18957:19

**sucks** [1] - 18973:13

**suggesting** [4] - 18928:25, 18944:22, 18944:23, 18944:24

**Suite** [2] - 18922:18, 18923:6

**summary** [1] - 18930:2

**sunglasses** [1] - 18981:10

**superior** [1] - 19012:7

**supervisor** [1] - 19013:10

**support** [2] - 18949:18, 18963:19, 18974:19

**supporter** [2] - 18949:13, 19008:19

**supporters** [1] - 18966:16

**suppose** [2] - 18930:7, 18944:8

**supposed** [3] - 18956:25, 18957:10, 18981:2

**supposedly** [1] - 18934:12

**surprised** [1] - 18963:2

**surreal** [1] - 19023:10

**surrounding** [1] - 19005:13, 19011:19, 19011:22

**survival** [1] - 19028:25

**suspected** [1] - 18997:16

**sustain** [3] - 18947:11, 18947:24, 19014:23

**sustained** [9] - 18997:18, 19006:8, 19006:18, 19008:3, 19009:11, 19010:13, 19015:2, 19016:6, 19019:20

**Sweats** [4] - 18964:15, 18964:16, 18964:23, 18965:1

**syndrome** [2] - 19006:4, 19006:7

**Syracuse** [6] - 18953:15, 18953:16, 18953:20, 18954:25, 18965:13, 18977:19

---

**T**

**tactics** [1] - 19012:6

**tail** [1] - 19029:11

**target** [3] - 19018:20, 19018:21, 19029:19

**TARRIO** [1] - 18922:6

**Tarrio** [7] - 18925:5, 18925:15, 18960:20, 18967:16, 18967:22, 18968:1, 18975:8

**Tarrio's** [1] - 18975:7

**taught** [1] - 19030:2

**team** [1] - 18934:11

**teammates** [1] - 18938:13

**Telegram** [2] - 18961:21, 18965:1

**tend** [1] - 18970:4

**testified** [1] - 19013:22

**testify** [6] - 19013:16, 19016:25, 19017:4, 19021:10, 19031:8, 19031:9

**testifying** [2] - 19013:8, 19013:25

**testimony** [15] - 18925:24, 18927:23, 18945:23, 18946:13, 18947:8, 18947:12, 18947:23, 18997:21, 19012:10, 19013:11, 19014:3, 19016:10, 19016:24, 19017:2, 19037:24

**texting** [1] - 18961:24

**THE** [117] - 18922:1, 18922:1, 18922:9, 18925:2, 18925:16, 18928:21, 18929:2, 18929:12, 18929:17, 18929:19, 18929:23, 18930:1, 18930:11, 18930:17, 18930:24, 18931:7, 18933:25, 18934:4, 18935:6, 18935:21, 18935:23, 18936:2, 18936:6, 18936:10, 18936:16, 18936:21, 18937:16, 18937:22, 18938:20, 18939:4, 18940:13, 18940:16, 18940:22, 18941:16, 18942:20, 18943:18, 18944:14, 18945:16, 18946:14, 18946:18, 18946:19, 18946:20, 18946:21, 18946:24, 18947:17, 18947:21, 18948:4, 18948:7, 18948:9, 18948:12, 18948:13, 18948:17, 18948:20, 18948:22, 18952:4, 18952:6, 18952:8, 18952:11, 18959:23, 18976:10, 18976:14, 18985:15, 18985:16, 18991:9, 18994:5, 18994:14, 18997:18, 18997:20, 19001:25, 19002:2, 19003:5,

19006:8, 19006:9, 19006:10, 19006:11, 19006:18, 19006:19, 19006:22, 19008:3, 19009:11, 19010:4, 19010:13, 19012:11, 19012:12, 19012:16, 19012:23, 19013:14, 19014:4, 19014:18, 19015:2, 19016:6, 19016:15, 19016:17, 19017:5, 19017:13, 19017:23, 19017:25, 19019:18, 19019:20, 19020:1, 19020:4, 19020:16, 19021:1, 19021:8, 19021:13, 19022:7, 19024:2, 19024:3, 19024:7, 19026:20, 19031:23, 19034:13, 19037:20, 19038:3, 19038:7, 19038:8, 19038:9

**theory** [1] - 18926:11

**thereafter** [1] - 18946:13

**they've** [3] - 18927:18, 18941:3, 18941:7

**thinking** [5] - 18951:22, 18985:17, 19008:18, 19018:15, 19022:18

**thinks** [3] - 18937:24, 18941:17, 19012:25

**thoughts** [3] - 19019:6, 19022:19, 19022:22

**threat** [1] - 19029:9

**three** [6] - 18934:8, 18939:23, 18950:15, 18998:17, 19000:2, 19007:4

**three-second** [1] - 19000:2

**throughout** [2] - 18979:8, 19031:14

**thrown** [1] - 19011:14

**thumb** [1] - 19022:12

**Tim** [1] - 18948:10

**timestamps** [1] - 18994:7

**Timothy** [1] - 18923:17

**TIMOTHY** [2] - 18922:9, 19038:14

**tiny** [1] - 18950:16

**tired** [1] - 18958:9

**today** [1] - 18948:1

**together** [3] - 18958:4, 18959:17, 18971:11

**ton** [2] - 18964:1, 19009:6
**took** [11] - 18951:9, 18951:12, 18951:15, 18953:2, 18956:9, 18977:23, 18977:24, 18987:18, 18992:2, 19019:8, 19031:4
**top** [5] - 18926:23, 18960:17, 18964:12, 18974:5, 19035:17
**total** [1] - 19030:8
**totally** [2] - 18957:14, 18978:18
**touch** [1] - 18994:25
**towards** [22] - 18956:10, 18960:13, 18969:21, 18971:9, 18983:6, 18984:6, 18986:11, 18987:23, 18988:12, 18988:13, 18989:16, 18990:6, 18990:8, 18990:10, 18992:23, 19006:14, 19009:1, 19009:17, 19011:23, 19011:25, 19012:1, 19031:1
**town** [3] - 18954:1, 18954:16, 18956:21
**trailer** [1] - 18949:16
**train** [1] - 19011:2
**trained** [4] - 19011:3, 19013:21, 19028:15, 19029:16
**training** [17] - 19007:25, 19010:18, 19010:21, 19011:15, 19012:11, 19012:18, 19013:17, 19013:21, 19013:23, 19014:3, 19014:16, 19014:20, 19014:22, 19028:17, 19028:18, 19030:1, 19030:22
**transcript** [7] - 18923:21, 18938:15, 18938:16, 18939:1, 18939:3, 19038:16, 19038:17
**TRANSCRIPT** [1] - 18922:8
**transcription** [1] - 18923:21
**transgression** [1] - 18974:11
**travel** [1] - 19009:13
**trial** [6] - 18926:2, 18931:1, 18939:15, 18939:18, 18940:5, 18972:6

**TRIAL** [1] - 18922:8
**tried** [1] - 18973:5
**trip** [13] - 18953:3, 18953:5, 18955:5, 18955:10, 18956:14, 18956:17, 18956:21, 18965:23, 18966:18, 18968:9, 18977:16, 18978:5
**truck** [4] - 18977:24, 18989:13, 18990:7, 19008:12
**trucks** [9] - 18988:17, 18989:14, 18990:10, 18990:18, 18992:8, 18992:14, 18992:24, 18998:20
**true** [11] - 18926:20, 18926:22, 18927:20, 18929:16, 18929:20, 18972:8, 18986:23, 19013:15, 19038:15, 19038:16
**Trump** [6] - 18963:16, 18966:15, 18973:25, 18974:16, 18986:12, 19008:18
**Trump's** [6] - 18985:3, 18985:6, 18985:24, 18987:5, 18987:9, 18987:23
**trust** [1] - 18951:6
**truth** [2] - 18926:23, 18929:23
**try** [5] - 18979:1, 18998:25, 19019:8, 19021:2, 19026:11
**trying** [22] - 18945:4, 18950:5, 18952:11, 18955:21, 18956:5, 18956:7, 18961:1, 18967:6, 18971:20, 18972:22, 18973:3, 18981:6, 18987:14, 18987:22, 18990:12, 18999:14, 19008:13, 19030:9, 19030:10
**tuck** [1] - 19029:11
**tune** [1] - 18985:4
**turn** [5] - 18955:24, 19029:11, 19030:20, 19030:23, 19033:3
**turned** [6] - 18956:12, 18961:8, 18961:9, 18971:6, 19023:5, 19029:6
**turning** [2] - 19007:15, 19026:9
**tweaked** [2] - 18928:5, 18928:12

**two** [21] - 18926:4, 18926:10, 18934:7, 18938:14, 18942:1, 18947:19, 18952:23, 18953:14, 18972:4, 18977:23, 18983:2, 18994:12, 19003:23, 19004:3, 19013:3, 19017:9, 19017:10, 19019:4, 19021:11, 19021:20, 19021:24
**type** [14] - 18942:14, 18960:9, 18983:10, 19005:24, 19006:7, 19007:25, 19008:1, 19014:20, 19023:1, 19028:24, 19029:5, 19029:18, 19029:19, 19031:11

## U

**U.S** [2] - 18922:14, 18923:18
**ultimately** [6] - 18956:3, 19009:7, 19009:8, 19017:11, 19023:4, 19030:11
**unaffiliated** [1] - 18957:14
**unarmed** [1] - 19023:2
**under** [11] - 18931:10, 18938:1, 18940:9, 18943:1, 18947:3, 18954:13, 18956:6, 19018:17, 19029:17, 19035:10, 19035:11
**underhanded** [1] - 18944:22, 18944:25
**understood** [2] - 18938:11, 19021:12
**unfair** [1] - 19014:10
**unit** [1] - 19023:11
**UNITED** [3] - 18922:1, 18922:2, 18922:10
**United** [5] - 18922:12, 18925:3, 18936:13, 18946:22, 19038:20
**unless** [1] - 19017:3
**unstable** [2] - 18943:11, 18943:12
**unsuspecting** [1] - 19018:20
**up** [83] - 18927:5, 18928:5, 18931:4, 18934:1, 18937:23, 18944:11, 18945:1, 18945:13, 18945:18, 18947:20, 18950:20, 18954:25, 18956:2,

18956:3, 18956:25, 18958:19, 18958:22, 18961:4, 18961:22, 18961:23, 18961:24, 18963:20, 18964:3, 18964:6, 18964:25, 18967:11, 18967:25, 18968:2, 18968:10, 18969:14, 18969:21, 18971:7, 18971:14, 18971:15, 18973:10, 18976:10, 18980:12, 18980:20, 18980:21, 18981:5, 18981:8, 18981:11, 18981:20, 18984:25, 18985:21, 18986:21, 18986:25, 18987:8, 18988:8, 18988:9, 18992:14, 18992:25, 18994:17, 18998:11, 18998:14, 18998:17, 18998:25, 18999:14, 18999:17, 19000:12, 19000:16, 19002:13, 19011:7, 19011:9, 19011:23, 19012:1, 19017:9, 19019:10, 19020:25, 19025:24, 19026:25, 19030:14, 19033:3, 19033:19, 19034:16, 19035:13, 19035:14, 19035:15, 19036:8, 19036:10
**upset** [1] - 18985:6
**utilized** [1] - 18945:1

## V

**vague** [1] - 18928:14
**Valley** [7] - 18965:9, 18967:14, 18982:4, 18995:3, 18996:9, 18996:10, 18996:23
**various** [2] - 18942:24, 19014:17
**veered** [1] - 18990:8
**vehicles** [1] - 18977:23
**venture** [1] - 18987:18
**verdict** [2] - 18931:2, 18931:3
**vertically** [1] - 19036:9
**veteran** [1] - 18974:4
**vetting** [1] - 18964:20
**VFW** [1] - 18950:18
**viable** [1] - 19018:21
**video** [59] - 18926:2, 18934:10, 18940:9, 18940:18, 18942:2,

18942:3, 18942:4, 18942:12, 18942:21, 18943:3, 18943:9, 18943:13, 18943:23, 18943:24, 18943:25, 18944:2, 18944:19, 18945:5, 18945:6, 18945:8, 18966:14, 18968:24, 18993:8, 18993:10, 18993:11, 18993:13, 18993:20, 18994:16, 19000:19, 19000:23, 19001:6, 19001:8, 19001:10, 19001:15, 19002:6, 19002:16, 19002:18, 19003:14, 19005:23, 19005:24, 19016:23, 19017:1, 19020:8, 19020:10, 19020:11, 19020:15, 19020:17, 19020:21, 19020:22, 19021:9, 19023:18, 19023:20, 19023:22, 19033:15, 19033:21, 19037:19
**Video** [35] - 18993:17, 18995:25, 18996:12, 18996:19, 18997:2, 18997:25, 19000:4, 19000:20, 19001:17, 19003:9, 19003:11, 19004:9, 19004:17, 19005:2, 19007:6, 19007:11, 19023:16, 19025:3, 19025:11, 19025:19, 19026:2, 19026:19, 19027:4, 19027:24, 19028:2, 19028:11, 19032:1, 19032:11, 19034:4, 19034:12, 19034:18, 19035:1, 19035:23, 19036:5, 19036:13
**video's** [1] - 18994:3
**videos** [3] - 18926:1, 18982:9, 19016:9
**view** [3] - 18929:2, 18968:5, 19015:17
**viewed** [2] - 19016:9, 19023:20
**viewing** [1] - 19016:8
**visible** [1] - 19008:17
**visit** [1] - 18955:10
**visualize** [1] - 18969:24
**volume** [1] - 19026:3
**voted** [2] - 18963:16, 18973:21

19057

# W

**wait** [1] - 18954:6
**waiting** [2] - 18990:15, 18990:16
**wake** [1] - 18961:22
**walk** [4] - 18965:25, 18988:5, 18992:13, 18992:14
**walked** [8] - 18964:1, 18967:21, 18968:18, 18969:15, 18986:19, 18988:11, 18999:14
**walking** [10] - 18963:23, 18968:2, 18969:21, 18984:23, 18985:7, 18987:7, 18987:11, 18987:15, 18987:23, 18999:2
**wall** [1] - 19009:17
**wants** [3] - 18941:7, 18945:24, 18994:2
**war** [1] - 19023:11
**warning** [3] - 19021:3, 19021:5, 19022:10
**warrant** [1] - 18956:12
**warrants** [1] - 18945:20
**Washington** [6] - 18922:5, 18922:15, 18922:25, 18923:19, 18967:3, 19038:21
**watch** [3] - 19018:8, 19025:2, 19033:24
**watching** [6] - 18949:15, 19000:12, 19000:16, 19016:10, 19016:24
**waving** [1] - 18964:1
**ways** [3] - 18942:24, 18943:4, 19013:17
**weapon** [3] - 19016:1, 19016:2, 19016:11
**weapons** [2] - 19011:5, 19018:9
**Wednesday** [1] - 18922:6
**week** [1] - 18966:24
**weeks** [1] - 18926:8
**weight** [1] - 18971:20
**welcome** [1] - 18948:23
**West** [1] - 18923:9
**whatsoever** [1] - 19013:23
**whichever** [1] - 19022:22
**white** [1] - 19033:17
**whole** [15] - 18950:1, 18951:10, 18953:5,

18953:19, 18958:10, 18970:6, 18970:8, 18974:5, 18979:8, 18979:9, 18980:6, 18987:18, 19009:8, 19015:10
**wife** [7] - 18949:11, 18950:9, 18951:2, 18951:17, 18955:22, 18956:2, 18977:22
**wild** [1] - 18999:18
**William** [2] - 18965:8, 18995:1
**window** [1] - 18980:7
**wing** [1] - 18966:15
**withdraw** [1] - 18956:16
**withholding** [1] - 18941:20
**WITNESS** [15] - 18924:2, 18952:11, 18985:16, 19002:2, 19006:9, 19006:11, 19006:19, 19006:22, 19012:11, 19019:18, 19024:3, 19026:20, 19031:23, 19034:13, 19038:7
**witness** [3] - 18927:24, 18927:25, 18946:17
**witnesses** [2] - 19020:8, 19020:22
**woke** [4] - 18980:12, 18980:20, 18980:21, 19030:14
**wondering** [3] - 18929:15, 18942:9, 18965:5
**word** [4] - 18965:6, 18986:2, 19022:11
**words** [1] - 19022:16
**worse** [1] - 19030:19
**wounds** [1] - 18958:6
**wow** [2] - 18946:1, 18999:18
**write** [1] - 18962:8
**wrote** [2] - 18962:10, 18972:25

# Y

**yards** [3] - 18970:23, 18970:24, 18992:8
**year** [1] - 18978:13
**Year's** [3] - 18958:25, 18959:2, 18959:7
**years** [2] - 18963:11, 19028:20
**yelling** [1] - 18968:24

**yellow** [5] - 18954:8, 18964:4, 19008:6, 19009:23, 19010:8
**yesterday** [7] - 18925:21, 18926:24, 18942:5, 18949:6, 18967:24, 19010:17, 19037:22
**Yo** [1] - 18969:22
**York** [21] - 18922:18, 18923:13, 18952:16, 18954:10, 18954:13, 18958:10, 18960:14, 18964:5, 18964:7, 18964:10, 18964:13, 18964:18, 18965:10, 18965:12, 18965:14, 18967:11, 18981:24, 18995:4, 18995:5, 18995:13, 18996:9
**yourself** [16] - 18938:10, 18953:25, 18974:13, 18993:13, 18993:19, 18996:3, 19000:7, 19001:8, 19001:10, 19001:20, 19002:6, 19002:18, 19023:22, 19028:25, 19029:18, 19029:19

# Z

**Zach** [2] - 18957:15, 18957:23
**Zachary** [3] - 18925:4, 18957:13, 18957:22
**Zapruder** [1] - 18942:25