IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
v.                                        1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Tuesday, April 25, 2023
6-DOMINIC J. PEZZOLA,             9:00 a.m.
                  Defendants.
- - - - - - - - - - - - - - - - x
_____

TRANSCRIPT OF JURY TRIAL - DAY 71
*** MORNING SESSION ***
HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Nadia Moore, Esq.
                          Conor Mulroe, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520

APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

                           Roger I. Roots, Esq.
                           ROGER ROOTS, ATTORNEY AT LAW
                           113 Lake Drive East
                           Livingston, MT 59047
                           (775) 764-9347

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111

Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

1                           **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  This is Criminal Matter 21-175,

3    United States of America v. Defendant 1, Ethan Nordean;

4    Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;

5    Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

6    Pezzola.

7              Present for the Government are Jason McCullough,

8    Erik Kenerson, Conor Mulroe, and Nadia Moore.  Present for

9    Defendant 1 is Nicholas Smith; present for Defendant 2 are

10   John Hull and Norman Pattis; present for Defendant 3 is

11   Carmen Hernandez; present for Defendant 5 are Nayib Hassan

12   and Sabino Jauregui; present for Defendant 6 are Steven

13   Metcalf and Roger Roots.  Also present are Defendant 1,

14   Mr. Nordean; Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl;

15   Defendant 5, Mr. Tarrio; and Defendant 6, Mr. Pezzola.

16             THE COURT:  All right.  Good morning, everyone.

17             Before we bring the jury and continue with the

18   closings, can I hear counsel at sidebar.

19             (Following proceedings under seal:)

20   ███████████████████████

21   ████████████████████████████████████████████

22   █████████████████████████████████████████████

23   ██████████████████████████████████████████

24   ████████████████████████████████████

25   ██████████████████████████████████

19979



19980



19981



19982



19983



22    (Following proceedings in open court:)

23          THE COURT:  All right.  Mr. Metcalf?  And I just

24    think the most efficient way to do it is for you to put on

25    the record whatever you'd like.  I'll hear from the

```
 1    Government quickly.  If I can decide it now, fine, but at
 2    least I'll have the opportunity to think about it while
 3    we're --
 4              MR. METCALF:  Absolutely.
 5              THE COURT:  -- while we're going forward.
 6              MR. METCALF:  And thank you, Your Honor.  Good
 7    morning.
 8              So yesterday, I was thinking about the
 9    Government's closing, and I had to mention and make this
10    application to Your Honor.  We have a jury instruction on
11    self-defense.  Self-defense has two burdens:  The burden of
12    production on a defendant and then the burden shifts over to
13    the Government to ultimately dispute or rebut the elements
14    of self-defense.  Now, yesterday, self-defense was not
15    mentioned during the Government's closing.  So that puts me
16    in, kind of, a unique situation.  If I do not raise
17    self-defense in my closing, then I would be of the position
18    that they cannot rebut -- or use their rebuttal to basically
19    dispute self-defense because my intentions were to fully
20    hear the Government's presentation, and now they've put me
21    in a position where I am going to be making my closing on
22    self-defense and then they're going to be able to rebut
23    without me being able to do anything after that.  So I'm
24    asking for an order -- or parameters as to how I could
25    proceed with closing today.
```

```
 1              THE COURT:  I think you're confusing the

 2    evidentiary burdens with the burden -- with the way that you

 3    can argue it.

 4              MR. METCALF:  Your Honor --

 5              THE COURT:  It doesn't matter -- I mean, the

 6    evidence is what it is; right?  It doesn't matter that they

 7    didn't argue that they had overcome -- that they had

 8    disproved self-defense.  Whether they argue it in rebuttal,

 9    whether they argue it in the first instance, I don't --

10    right?  That -- why does that matter?

11              MR. METCALF:  Because -- it matters various

12    different ways.  I put on my self-defense claims at the end

13    of the defendants' cases.  There was one stipulation with

14    regards to the Government's rebuttal case.  So absolutely,

15    evidentiary and/or arguing, and making such an argument --

16    they should be precluded from being able to make such an

17    argument to the jury in just the rebuttal.  So it absolutely

18    100 percent matters in how I conduct my case and how I

19    conduct my closings as a whole.

20              THE COURT:  They have to -- it's their -- even if

21    you assume that the evidentiary, kind of, overlay applies to

22    the sequence of argument, they have to disprove, right, that

23    your client engaged in self-defense; is that -- I don't have

24    the instruction in front of me, but --

25              MR. METCALF:  That is correct.
```

1          THE COURT:  -- something along the lines of that.

2     Why haven't, through their argument -- now, they didn't

3     mention self-defense, but -- okay.  They still -- they argue

4     that they had met their burden of proving that he acted in

5     the way the offense requires.  Why doesn't that -- why isn't

6     that implicitly the -- why doesn't that implicitly put the

7     burden back on you?

8          MR. METCALF:  Because it's not a double

9     burden-shifting scenario.  The burden shifts to them to

10    disprove, and if they did so during cross-examination of my

11    witnesses, then they also -- then they have to point it out

12    to the jury and make their argument.  What I'm saying is

13    that they should be precluded from making that argument on a

14    rebuttal because they did not raise it in their closing --

15         THE COURT:  Let me -- Mr. Pattis, I'm just going

16    to -- it's not your client.  So I mean --

17         MR. PATTIS:  No, but it's an important legal

18    principle.

19         THE COURT:  But I'm not -- so I'm not going to

20    hear you, because it's not your client.

21         Let me hear from the Government in response.

22         MR. MCCULLOUGH:  Your Honor, the evidence is in

23    the case.  And -- so the Government had presented its

24    evidence through the various witnesses, the videos,

25    et cetera, which is all in the case.  Mr. Metcalf is -- we

1    also argued in our closing argument that we had met our

2    burden with respect to showing that he acted to steal the

3    shield and acted to assault the officer.  And that could not

4    have been more clear, crisp, and full-throated from the

5    Government through Mr. Mulroe than if put on paper.  It's

6    quite simply that we have met our burden that he acted with

7    the intent to steal the shield, acted with the intent to

8    assault the officer.  And so to the extent that we're

9    arguing over what the Government may fairly present in

10   rebuttal, if Mr. Metcalf wants to address self-defense and

11   wants to raise arguments, we will argue in response in

12   rebuttal, but we have presented our argument as to the facts

13   of the case and the evidence in the case, and that's just

14   it, full stop.  I think Mr. Metcalf can -- is free now to

15   make his argument that we didn't meet our burden for

16   whatever reason.

17             THE COURT:  All right.  So look, here's what I

18   would say.  Mr. Metcalf, if, while -- we're going to go

19   ahead with Mr. Tarrio's -- Mr. Hassan's close.  If you have

20   legal authority for me for the principle you're talking

21   about and how it maps onto closing arguments and rebuttal

22   arguments, you can -- if you'll email it to chambers while

23   we're going, I'll take a look at it.  So we'll probably have

24   the opportunity to break at least once and I'll take a look

25   at it.  But I don't know that -- well, let's just leave it

1     at that.  Give me legal --

2               MR. METCALF:  Your Honor, I think --

3               THE COURT:  Give me --

4               MR. METCALF:  -- that we're missing the point

5     here.  They're talking about --

6               THE COURT:  No, no, I -- here's --

7               MR. METCALF:  -- robbery and --

8               THE COURT:  No, you're missing the point.  I'm

9     asking you for legal authority --

10              MR. METCALF:  Okay.

11              THE COURT:  -- for what you're asking me to -- for

12    your argument.  If you can provide it, I'll take it up.  I

13    mean, I'm going to take it up either way, but I'd ask you to

14    provide authority for what you -- authority and exactly what

15    you are -- what your request for relief is.  What is your

16    request for relief?

17              MR. METCALF:  My request for relief is that they

18    are precluded from sandbagging me in their rebuttal by

19    basically just arguing that they met these elements after I

20    have gone.  This is two bites at the apple.  They had their

21    opportunity to actually dispute self-defense at their

22    closing, and now they're forcing me to go, show all my hand,

23    show all my cards when the burden is on them, and then

24    they're going to rebut that without me being able to make

25    any sort of showing of anything after that, and that's going

```
 1    to be the last word for the jury.  It's not the way it works
 2    when you have the burden.  So if they are -- if they did --
 3    if they failed to raise it and argue it, they should be
 4    precluded from doing so for the first time before this jury
 5    on their rebuttal.
 6              THE COURT:  If you have any authority for that,
 7    I'd love to see it.
 8              MR. METCALF:  Okay.
 9              THE COURT:  Let's bring in the jury and begin with
10    Mr. Tarrio's closing.
11              (Brief pause.)
12              THE DEPUTY CLERK:  Jury panel.
13              (Jury returned to jury box.)
14              THE COURT:  All right.  Ladies and gentlemen,
15    welcome back.
16              Everyone may be seated.
17              We will proceed now with closing argument on
18    behalf of Mr. Tarrio.
19              MR. HASSAN:  May I proceed, Your Honor?
20              THE COURT:  You may, sir.
21              MR. HASSAN:  Ms. Harris, do we have a monitor?
22    Thank you.
23              Good morning, ladies and gentlemen of the jury.
24              As you're well aware, we have represented our
25    client, Henry Enrique Tarrio, throughout this whole trial.
```

1    It was President Franklin Roosevelt that was quoted "We must

2    scrupulously guard the civil liberties of all citizens,

3    whatever their background.  We must remember that any

4    oppression, any injustice, any hatred, is a wedge to --

5    designed to attack our civilization."

6         Do not let dislike for these individuals affect

7    you.  Do not -- your -- let your dislike for Henry Enrique

8    Tarrio to affect your judgment in that jury room.

9         Early January, my colleague Sabino Jauregui stood

10   before you and made our opening statements.  If you recall,

11   my colleague made many points to you that would demonstrate

12   that our client was being used as a scapegoat, a scapegoat

13   in this trial for the actions that occurred in our nation's

14   capital in your hometown here, Washington, D.C.  Among the

15   many points my colleague made at that time, he highlighted

16   to you issues with going after those in charge of the FBI;

17   the Secret Service; the U.S. Capitol Police; Metropolitan

18   Police; the U.S. Park Police; and most importantly, Donald

19   J. Trump.  I say most importantly Donald J. Trump because

20   during this trial, you heard on multiple occasions from

21   multiple witnesses from both the Government and the defense

22   the famous -- infamous words former President Donald Trump

23   made at 12:17 p.m.  That's not refuted.  At 12:17 p.m.,

24   Donald Trump made those statements that you see on your

25   screen:  "We fight like hell.  And if you don't fight like

1    hell, we will lose our country."

2        It is not refuted also by both parties that at

3    12:53 p.m., 36 minutes after Donald Trump made those

4    statements, that the first breach occurred in Washington,

5    D.C.  This gave the crowd of more -- the tens of thousands

6    that were present that day listening to Donald J. Trump's

7    speech walk from the Washington Monument to the U.S. Capitol

8    and caused the horrific events that occurred on that day.

9    It was Donald Trump's words; it was his motivation; it was

10   his anger that caused what occurred on January 6th in your

11   amazing and beautiful city that I have called home for the

12   past five months.  We've been here since December 12th.  And

13   we've sat collectively since early January listening to the

14   facts of this case.  It was not Enrique Tarrio.  They want

15   to use Enrique Tarrio as a scapegoat for Donald Trump and

16   those in power.  And they want to use you, much like they

17   want to use Enrique Tarrio as a scapegoat.  Enrique Tarrio

18   did not do what they claimed for him to do.

19        I begin with this because, as you know, Enrique

20   Tarrio was not present on the nation's Capitol on

21   January 6th.  He did not create a plan to go into the

22   nation's Capitol.  He never communicated an objective.  Even

23   within these encrypted chats, as the Government so says that

24   they're so secretive, no messages between Enrique and

25   Nordean, Enrique and Biggs, Enrique and Rehl, Enrique and

1    Pezzola on January 6th; no communicating of a plan on these

2    chats; no communicating of objective; and no communicating

3    of an understanding and an objective -- of an unknown

4    objective.   There were no statements in any of those chats

5    regarding even stopping the transfer of power on January 6th

6    with or without force.   Enrique did not march with these

7    individuals on January 6th.   He did not meet with those

8    individuals at the Washington Monument.   He did not use a

9    megaphone or a bullhorn on the National Mall.   Enrique

10   wasn't at the food trucks on January 6th.   These are all

11   things that the Government made a point to highlight

12   throughout the whole posture of this case.   Enrique did not

13   cross any barricades on January 6th, and Enrique definitely

14   never went into the U.S. Capitol on January 6th.

15           Ladies and gentlemen, Enrique was in Baltimore.

16   He had been arrested on January 4th for an incident that

17   occurred on December 12th as a result of a burning of a

18   banner, and you'll recall the two high-capacity magazines

19   which were never tested, never subjected to any analysis,

20   and he's not even charged with that, ladies and gentlemen.

21   Do you remember the officer saying it?   Officer Koble, he

22   told you that.   Enrique was told to leave Washington, D.C.

23   on January 5th by the state court and Enrique did just that.

24   On January 5th, he obeyed the law and left Washington, D.C.

25           The Government, again, makes it a point -- they

19993

1    highlighted this as soon as they opened their closing

2    arguments:  "Make it a spectacle," they said.  Something

3    they have highlighted again and again and again throughout

4    the beginning of their closing arguments.  Remember, he was

5    being taken into custody before he made that statement.  He

6    was making a statement regarding his release from custody.

7    "Make it a spectacle.  They arrested me for a banner, not

8    for January 6th."  He was being arrested at that point in

9    time.  "Make it a spectacle upon my arrest.  Look at the

10   ludicrous thing that they're taking me into custody for, for

11   burning of a banner."

12        Enrique was released from the county jail and was

13   picked up at the county jail by many individuals.  Remember,

14   "make it a spectacle."  And he was picked up by none other

15   than a confidential human source, Kenny Lizardo.  Remember,

16   Kenny Lizardo followed Enrique throughout the whole process,

17   a confidential human source.  He had no plan, no objective,

18   and no understanding of an objective.  Not only was it Kenny

19   Lizardo, but we also learned based upon a stipulation of

20   both parties that there were eight confidential human

21   sources present throughout the time period, yet no plan, no

22   objective, no understanding of an objective.

23        Enrique then left Washington, D.C. at the

24   direction of the state court judge and had to turn down a

25   previous speaking engagement by Bianca Gracia and the

1    Latinos for Trump, and that speaking engagement was for

2    January 6th.

3            And we can play it now for the jury.

4            (Video played.)

5            MR. HASSAN:  We heard that early on in the case.

6    You're going to be able to have that opportunity to listen

7    to that recording over and over.  You will hear a lady that

8    we became aware of as Bianca Gracia tell Enrique Tarrio "I

9    want you to meet a 2A attorney," "2A attorney" being the

10   right to bear firearms and regarding the magazines that he

11   had in his possession.

12           But going back to Enrique, Enrique never struck a

13   police officer.  Tarrio never asked anyone to attack a

14   police officer or give any direction to anybody else in

15   jest, just joking around, or not joking around.  He just

16   didn't do it.  You won't see it in anything that you see.

17   Enrique never broke a window.  Enrique doesn't show anything

18   of what the Government accuses him of.  They want you to

19   believe -- and they made a point of this when discussing

20   various counts, Counts 3, 5, 6, 7, 8, and 9 -- that it was a

21   reasonable and foreseeable consequence of his Parler pages.

22   It was during the conspiracy, in furtherance of the

23   conspiracy, and a reasonable, foreseeable consequence of

24   conspiracy for what happened on January 6th, and there shall

25   he -- therefore, he should be held liable for everything

1    that occurred on January 6th, and this all from a hotel in

2    Baltimore.  Wow.  You'll see there a picture of Nostradamus.

3    I guess we'll call Enrique either a gypsy or Nostradamus,

4    because he knew everything that was going to occur on

5    January 6th from a hotel, as you're well aware, 50 miles

6    away.

7            Now, let's get what -- to what the Government

8    wants you to believe.  Enrique Tarrio manipulated men and

9    women and used them as tools from a hotel in Baltimore, used

10   men and women as tools to stop the lawful transfer of power

11   by use of force and stop the certification of an election by

12   any means necessary.  They want you to believe that Enrique

13   Tarrio created a plan on December 19th by creating MOSD.

14   That's what the chats were all about.  MOSD, Ministry of

15   Self-Defense.  Ministry of Self-Defense.  Now, what the

16   Government sets aside and doesn't want you to focus on is

17   that on multiple occasions, the Proud Boys were violently

18   attacked by Antifa.  Some of you, when you came in here,

19   initially questioned the theory of Antifa, but you heard law

20   enforcement, government officials themselves, talking about

21   the realties of Antifa and their existence and their

22   violence here in your community.  On December 12th, a member

23   of the Proud Boys, one individual that stood there -- and

24   we'll talk about him in a minute -- Bertino, he had been

25   stabbed on December 12th.  Stabbed.  He was in the hospital

1    for over a week.  This caused an immediate impact on Enrique

2    Tarrio, and he had to do something to protect his boys.  He

3    created the Ministry of Self-Defense.  It takes time.  You

4    can't just, from one day to the next, "How am I going to do

5    this?  How am I going to protect these individuals?"  He had

6    to do something.  The situation had gotten wild.

7         More so, the Government went to great extent to

8    point out the November rally because they perceived it as

9    the Proud Boys supported law enforcement; supported the

10   back-the-blue movement, they called it.  If you remember the

11   day of the rally in November, it was peaceful, and the

12   November rally was called the mega -- the MAGA Million [sic]

13   March; however, at night, it also got violent.  Enrique

14   Tarrio was stabbed -- or as Bertino says, nicked, but yet he

15   had a gash -- and an African American female, Bevelyn

16   Beatty, she also ended up in the hospital in November.

17   These are the actions that caused Enrique Tarrio to create

18   the Ministry of Self-Defense.

19        However, throughout this whole time period, you

20   recall -- and the Government highlighted during their

21   closing arguments -- the words of Donald Trump during the

22   debate that occurred on nationally publicized television.

23   "Do you denounce the Proud Boys?"

24        If we can play it.

25        (Video played.)

1           MR. HASSAN:  Nationally publicized television,

2    those words.  Those that supported Donald Trump wanted to be

3    with the Proud Boys because they had heard Donald Trump say

4    those words.  These comments resonate out in the public and

5    caused individuals to want to join the Proud Boys, caused

6    membership to grow, but growing so large that vetting became

7    difficult.  You'll see in this slide by itself,

8    November 25th, Enrique Tarrio himself on a Parler post -- on

9    a public post -- saying vetting is growing fast, too fast.

10   We can't vet.  Thus, the December 12th event was out of

11   control, as stated by witnesses of both the Government and

12   the defense.  You'll remember this slide.  You remember all

13   the flags that were there, multiple flags.  This is the

14   out-of-control nature that Enrique Tarrio had to control.

15   That's why he created MOSD, Ministry of Self-Defense.

16           As the witnesses all stated, it was like herding

17   cats on December 12th.  So out of control that people were

18   running around trying to fight Antifa on different fronts.

19   This is just one of them that the Government highlights, but

20   we heard that there were multiple individuals that were

21   running around trying to create a ruckus -- the mere

22   foundation of what the Proud Boys wasn't about -- and you

23   had individuals running around.

24           If we can play it.

25           (Video played.)

19998

1          MR. HASSAN:  And if we can pause that there.

2          That individual right there standing in the

3    background was Henry Enrique Tarrio creating a buffer zone

4    so that there would be no issues; there would be no

5    altercations.  It was Bertino, the one that was crossing the

6    lines.  It was Bertino that was causing the ruckus.  And it

7    was Bertino that created chats on January 6th and created

8    the ruckus that occurred on January 6th.  Remember, they

9    took control of the organization.

10          Now, the Government neglected during their entire

11   presentation to show communications between Enrique Tarrio

12   and the different police departments in Washington, D.C. and

13   elsewhere.  The Government went to great lengths to attempt

14   to discredit Shane Lamond -- Lieutenant Shane Lamond during

15   the testimony of Agent Dubrowski.  They even went so far as,

16   during their closing arguments, to call Shane Lamond

17   Tarrio's insider.  It should be shameful what this

18   government prosecutor tried to do to a decorated officer of

19   the Metropolitan Police Department.  Making efforts to

20   discredit him because he was gaining information on the

21   Proud Boys.  Not only was he gaining information, but he was

22   delivering it to his superiors.  Do you know why they tried

23   to do that, ladies and gentlemen?  Because Shane Lamond

24   could not provide useful information to the Government that

25   they can use in this case.  There was nothing.  So the

1    Government had only one angle: attack his credibility and

2    attack his very nature of his legal position.

3         The Government tried to shy away and hide internal

4    conversations with Shane Lamond that he had with his

5    superiors and other agencies.  You'll see in your slide here

6    Metropolitan Police Department, Shane Lamond had

7    communication with David Engel from the Department of

8    Defense, Metropolitan Police Department Chief Jeffrey

9    Carroll, MPD Guillermo Rivera, MPD Carolyn Montagna -- I may

10   have butchered that right now, but -- MPD Robert Glover,

11   Virginia state police Ben Tyler, and United States Capitol

12   Police chief of intelligence Jack Donohue.  These are all

13   the individuals that the information of Lieutenant Shane

14   Lamond was shared either vertically, parallel, or below him

15   at all times gaining information from Enrique and sharing it

16   to his superiors.

17        Now, we'll go through them little by little.

18   You're going to have all the slides.  I believe there's 47,

19   if my recollection is correct.  And you're going to take

20   them back there and you're going to be able to review them,

21   but I'll highlight just a few of them.

22        On September 22nd, 2020, Enrique communicated with

23   Lieutenant Lamond regarding going to Portland, completely

24   outside of Washington, D.C.  He advised him that he's going

25   over there.

20000

1    On November 4th through the 5th, Enrique told
2    Lieutenant Lamond that he was coming to D.C.
3    On November 8th, Enrique told Lieutenant Lamond
4    and shared information regarding the November 14th rally.
5    On November 9th, Lieutenant Lamond communicated
6    with Virginia State Police regarding communications
7    Lieutenant Lamond had with Enrique.
8    On November 14th, Lieutenant Lamond communicated
9    with the assistant chief -- here's what we're talking about
10    up the chain of command -- on when Enrique and the Proud
11    Boys were leaving out of Washington, D.C. for the
12    November 14th rally.
13    On November 18th, Lieutenant Lamond communicated
14    with Enrique regarding the December rally and Enrique
15    actually confirming he's going.
16    On December 2nd, Enrique communicated with
17    Lieutenant Lamond an estimate as far as how many individuals
18    Enrique expected here in your hometown of Washington, D.C.
19    On December 3rd, Lieutenant Lamond communicated.
20    Now, he's not only communicating with one officer; whether
21    vertically or below, he's communicating with various
22    officers and he's telling them, the members, the
23    communications that he had with Tarrio.
24    On December 7th, Lieutenant Lamond inquired from
25    Enrique regarding the direction of the march.

1          On December 12th, Lieutenant Lamond inquired

2    what -- the remaining part of the day and night and what

3    Enrique gave information of what they were doing at night.

4          On December 15th, Lieutenant Lamond communicated

5    now, again, up the chain with Assistant Chief Jeffrey

6    Carroll regarding communications Lieutenant Lamond had with

7    Enrique and the Proud Boys coming now in January.  He's

8    communicating regarding their coming in January.

9          On December 19th, the same date the Government

10   sets up -- the same date the Government sets up as an

11   estimate to when the beginning of this conspiracy is --

12   there are various members of the Metropolitan Police

13   Department.  They're already aware that the Proud Boys are

14   coming to Washington, D.C. based upon communications

15   Lieutenant Lamond had with Tarrio, even so much as telling

16   him that they're not coming in colors.

17         On January 1st, 2021, five days prior to

18   January 6th, Lieutenant Lamond communicates, again, up the

19   chain of command, but this is outside of his agency.  He

20   communicates with United States Capitol Police Chief of

21   Intelligence Jack Donohue based upon information that the

22   Proud Boys are not wearing colors, and this information was

23   provided by Enrique Tarrio.

24         And then on January 4th, two days before

25   January 6th, Enrique still communicated with Lamond.  Still.

1    Remember, the Government made this argument of back the

2    blue, back the yellow, back the whatever.  Bottom line is

3    Enrique Tarrio is still communicating with law enforcement

4    two days before January 6th, and he's informing law

5    enforcement not only of the fact that he's coming to

6    Washington, D.C., but where he is staying, the Phoenix Park

7    Hotel.  "That's where I'm going."  And he even told them

8    that he would be arriving early on January 4th.  Remember,

9    this was the same information that was used to arrest him on

10   January 4th.  This is detrimental to the Government's case,

11   because Enrique engaged with law enforcement before he and

12   the Proud Boys would come on every single occasion.  If

13   you're going to be committing one of the most serious crimes

14   in the United States, do you tell the person that may arrest

15   you, may form barriers -- do you tell them, "I'm coming to

16   Washington, D.C."?  Do you tell them, "I'm not coming in

17   colors"?  He would discuss their march; he would discuss

18   when he would arrive; he would discuss what they were

19   planning; he would discuss internal issues within the Proud

20   Boys; he would discuss what hotel he was staying at on

21   January 4th; and how they would be dressed.

22          Now, did Enrique Tarrio make statements that were

23   egregious?  Could they inflame people's passions?  Could

24   they seem over the top?  Absolutely.  But this is what

25   Enrique was about.  He was about freedom of speech.  Made

1    statements that could otherwise seem intolerable to society

2    and common culture.  They consider it as what people -- some

3    people call woke language.  Enrique said certain things that

4    wouldn't be allowed.  You may not like what he said, but

5    it's First Amendment-protected speech.  This is what allowed

6    individuals to speak up within the organization.  It is what

7    they considered to have freedom of speech within their own

8    organization.  It gave them comfort within their own skin to

9    belong to that organization, because instead of being fired

10   at work, as the Government witness Mr. "Benefits" Matthew

11   Greene said, they could speak openly about their beliefs,

12   their politics, and common society.

13          But let's take it a step further.  You may be

14   bothered by this, but -- Enrique, just like Mr. Rehl said,

15   you can consider him an Internet troll; a keyboard ninja, as

16   sometimes we call them.  He would do this in order to gain

17   mass attention.  He would act a certain way by jumping up

18   and down to gain attention.  He would post videos that would

19   otherwise be horrific just to garner attention to himself

20   and to his organization.  It wasn't about controlling

21   individuals or asking them to commit a crime.  Remember, in

22   no messages does he ask anybody to go into the Capitol,

23   creates a plan, an understanding, an objective.  At no

24   point.  Enrique was an entertainer, a lover, and a

25   razzle-dazzle guy.  Bottom line, he's much like an

```
 1    entertainer.
 2              Now, let's get to the nitty-gritty of the case.
 3    What the Government is attempting to do is not prove that
 4    Enrique Tarrio planned, organized, or created an objective
 5    about what's happened in Washington, D.C.  What they want
 6    you to do is dislike Enrique.  They want you to believe that
 7    Enrique manipulated these men and women to do whatever was
 8    necessary to stop the lawful transfer of power, stop the
 9    certification of election by any means necessary.  This is
10    absurd and a ludicrous argument.  Instead, what we have here
11    is what the Government wants to use: you.  Don't let them.
12    They want to use you for the same reason that Enrique Tarrio
13    told Nick Quested previously:  If Biden gets elected,
14    Enrique would end up behind bars.
15              Let's talk on how the Government has attempted to
16    prove that Enrique planned, organized, or created an
17    understanding and objective to commit these egregious
18    actions they accuse him of.  The Government has repeatedly
19    misled you throughout their presentation of the case,
20    showing you incomplete Telegram messages in their case,
21    providing you with witnesses alleging they're experts in
22    certain topics with no expert education, showing you
23    documents which are on -- all Government witnesses stated
24    they don't know if Enrique opened it or seen it, used
25    witnesses that have lied to the Government on multiple
```

1    occasions.  Ladies and gentlemen, they're attempting to

2    mislead you and guide you through [sic] what the evidence

3    actually presents.

4            Before we talk about the witnesses and their

5    testimony, I'm going to ask you to take into account what

6    the Court's already instructed you.  When you go back to

7    deliberate, you're going to look at your jury instructions.

8    That's the first thing that you're going to be handed, and

9    you're going to walk back there and you're going to go

10   through your jury instructions.  I ask you that you look at

11   two points -- two main critical points: reasonable doubt

12   instruction and the credibility of a witness.  These are the

13   ways that you judge whether -- number one, whether the

14   Government has proven their burden; and, number two, whether

15   you can trust the testimony of whatever any individual said

16   up there.

17           First, let's take on reasonable doubt.  The simple

18   idea of the instruction is if you have a reasonable doubt, a

19   doubt for which you can give a reason when you deliberate,

20   you must render a verdict of not guilty.  A doubt which you

21   have a reason when you deliberate.  When you, ladies and

22   gentlemen, were asked questions about sitting on the jury,

23   you made a -- statements that resonated with all of us in

24   this courtroom.  You can set your feelings and emotions

25   aside and render a verdict simply based upon the evidence,

 1    the facts presented in this case.  Now is the time that you

 2    must do that, because that's what the law requires.  It's

 3    not whether you like Enrique Tarrio or not.  It's about

 4    whether the Government has proven their burden -- every

 5    single individual that sits here before you today.

 6            You were selected in January for this very reason.

 7    You could be fair and impartial, set your feelings and

 8    emotions aside, and render a verdict solely based upon the

 9    evidence presented in this case.  If you had a preconceived

10    knowledge of the Proud Boys, you had to set that aside.  If

11    you had a preconceived position on January 6th, you had to

12    set that aside.  If you had a preconceived knowledge of

13    Enrique Tarrio, you also had to set that aside.  I remember

14    some of you coming in here and said, "I had heard the name

15    Enrique Tarrio.  I had read him in the newspaper."  You've

16    had the opportunity to touch the evidence, see the evidence,

17    listen to the evidence.

18            As you're aware, the Proud Boys are not the

19    organization that's on trial today.  My client is one of a

20    few individuals that's on trial.  And you will render a

21    verdict in the next few hours and days that will impact him

22    for the rest of his life based solely on the evidence that

23    you saw, touched, and heard.  Additionally, the Court's

24    going to instruct you, as my colleague told you, that your

25    verdict must be unanimous as to every single count.  This is

```
 1    important because if you have an abiding position -- any
 2    single one of you -- that the Government did not prove their
 3    case, it is your obligation to speak up against your fellow
 4    jurors and hold your position strong.  The jury instruction
 5    states, in part, "if, after careful, honest, and impartial
 6    consideration of all the evidence, you cannot say that you
 7    are firmly convinced of the defendant's guilt, then you have
 8    a reasonable doubt."
 9          Some of you come from different backgrounds.  We
10    all do.  We all have different life experiences.  Some of
11    you may have a job in the IT field; some of you may have a
12    job as an attorney; some of you may have a job in nonprofit
13    organizations, but there's one common theme.  No matter what
14    we do for a living, you must hold the Government to their
15    responsibility to prove their case beyond and to the
16    exclusion of any and all reasonable doubt.  That is your
17    duty.  That is your civil duty.  That's why we take that
18    oath when you first come in here.
19          The second legal issue I'll call to your attention
20    is the credibility of witnesses.  The reason for doing so is
21    it creates the rules of consideration for the testimony of a
22    witness, much like the rules in a game, just this isn't a
23    game.  You're looking at people's lives and you're making a
24    judgment as to whether they committed a crime or not.  When
25    discussing the witnesses and their testimony, the Court will
```

1    instruct you on how to judge the credibility of witnesses.

2    Rules again.  You must determine if they said the truth or

3    not.  The judge has instructed you, among many things you

4    can observe at -- and we'll go through them -- the demeanor

5    and behavior of the witness on the witness stand, whether

6    the witness has any reason for not telling the truth.

7    Remember Bertino.  Remember Greene.  Remember the benefits

8    that they're receiving from this.  Whether the witness had a

9    meaningful opportunity to observe the matters about which he

10    or she testified.  Remember Mr. Greene.  Never spoke to

11    Enrique, never texted with Enrique, never did anything with

12    Enrique, didn't even have a White Claw with Enrique.

13    Whether the witness has any interest in the outcome of this

14    case, stands to gain anything by testifying or has hostility

15    toward other people concerned with this case.  Again, I

16    point to you Bertino.  He stands to gain everything from

17    this case.  Remember, he hasn't been taken into custody;

18    never was arrested.  He lied on multiple occasions.  In

19    fact, he lied to you five separate times, but we'll cover

20    that.  Whether there are any inconsistencies or

21    consistencies in a witness's statement -- testimony or

22    between the witness's testimony, whether any inconsistencies

23    are the result of an intentional falsehood.  Did he

24    intentionally lie?  Did Bertino lie about being in

25    possession of a firearm?  Whether the witness has been

1    contradicted or supported by other evidence that you credit.

2    If you believe that any witness has shown in -- to be biased

3    or prejudiced for or against either side in this trial or

4    motivated by self-interest, you may consider and determine

5    whether such bias or prejudice has colored the testimony of

6    the witness so as to affect the desire and capability of the

7    witness saying the truth.  That means if you disbelieve

8    anything in that witness's statement, it means a zero value

9    for you.  Zero.  Mr. Monroe [sic] made a point of telling

10   you that yesterday.  If he's a liar, consider it as a zero.

11   Zilch.  Nothing he said is truth.

12            Now, we'll go through the witnesses; right?  So

13   the first witness that came to you -- I'm not going to go

14   through every witness.  I'm not going to belabor you with

15   all the witnesses that came in and testified, but I'll focus

16   on the ones that testified and said meaningful things in

17   regards to Mr. Tarrio.  Inspector Loyd.  Inspector Loyd was

18   important for the very reason that he's the inspector for

19   the Capitol Police Department.  He comes in here not as a

20   low-ranking official but as a high-ranking official for the

21   Capitol Police.  And what did he tell you?  There were

22   issues internally within the Capitol Police.  They could

23   have done a better job.  He never communicated with Chief of

24   Intelligence Jack Donohoe [sic].  He never communicated with

25   Metropolitan Police Department Lieutenant Shane Lamond.

20010

1    These are both individuals in the capacity of intelligence.

2    He's setting up barriers for tens of thousands of

3    individuals that are going to go speak for Donald J.

4    Trump -- that are going to go listen to Donald J. Trump but

5    yet doesn't have any intelligence whatsoever.  He's also

6    critical because he's the first witness that you heard from

7    that told you that it takes approximately 30 minutes to walk

8    from the Washington Monument over to the United States

9    Capitol.  Remember that time lapse.  12:17, 12:53.  It's 36

10   minutes between that time window.

11           The next witness of any importance to Mr. Tarrio

12   was an Officer Jonathan [sic] Koble from the Metropolitan

13   Police Department.  He's the officer, recall, who made the

14   stop of Enrique Tarrio underneath the tunnel as he's

15   arriving from [sic] Washington, D.C. on January 4th.  And

16   Jonathan [sic] Koble says that Enrique's cooperative, he's

17   honest, and he answers their questions completely.  At the

18   time of the arrest, Enrique was found to be in the

19   possession of two high-capacity magazines of -- which were

20   never tested.  We don't know if they have -- we don't know

21   if they have anything inside of it.  Nothing.  All you have

22   is a picture.  Remember one thing about the high-capacity

23   magazines.  And I remember some of you bringing these issues

24   at the very beginning when you were selected as a juror.

25   He's not charged with anything regarding high-capacity

1    magazines.  Now, it's also important because the Government

2    made a point of showing you these pictures but didn't show

3    you the actual magazines, didn't tell you whether they're

4    functional or not like one of the key faults to this case.

5    They want to get at your inner core.  Remember, Enrique is

6    not charged with that.

7            Officer Koble -- the Government also tried to

8    attack Enrique Tarrio.  He kept saying that he violated the

9    court order because he didn't leave immediately.  Ladies and

10   gentlemen of the jury, you never had a violation of a court

11   order presented to you, because Enrique did exactly what the

12   court ordered him to do.  You heard the earlier statement,

13   on January 5th in front of the Phoenix Park Hotel, when Nick

14   Quested and the camera crews went over to pick up the

15   belongings.  And what did he say?  He didn't say, "Let me

16   chill out for a little bit.  Let me relax here.  Let me kick

17   back at the Phoenix Park Hotel.  Let me do whatever."  In

18   fact, it's the opposite.  "I can't be here.  There's no

19   24-hour rule.  I have to leave Washington, D.C. because

20   that's what the court ordered me to do and I obeyed the

21   law."

22           The next individual that came here and

23   testified -- one of the following ones that said anything

24   relevant to Mr. Tarrio -- is Secret Service Agent Lanelle

25   Hawa.  Again, Lanelle Hawa has lived here in Washington,

1    D.C. for years.  She's another individual that supported --
2    and you remember I asked her a series of questions, and she
3    was evasive at some points in time.  When I asked her, "How
4    long did it take to walk from the Washington Monument over
5    to the United States Capitol," she says, "I don't know what
6    your pace is."  I go, "Crawling.  Walking.  Walking like a
7    normal individual.  Is it 30 minutes?"  And she agreed it
8    takes roughly 30 minutes to walk from the Washington
9    Monument -- from the Ellipse over to the United States
10   Capitol.
11           Now, we move to Nick Quested -- Nicholas Quested.
12   A familiar face which was a documentarian which followed
13   Tarrio and the Proud Boys on December 12th through and until
14   January 6th.  Mr. Quested followed Enrique Tarrio upon his
15   release from custody to the Phoenix Park Hotel; from
16   Washington, D.C. to Baltimore with Enrique and his film
17   crew; and at no point -- at no point -- does Mr. Quested
18   listen to a discussion of a plan, an objective, or an
19   understanding of what should occur on January 6th, an
20   individual that he's in the car with on the night
21   of January 5th.
22           Nonetheless, Mr. Quested, then, goes back to
23   Washington, D.C. and he follows the group the entire time
24   period on the march.  You remember his image.  The guy with
25   the brown sweater, the brown jacket, and his hat.

1    Mr. Quested was interviewed three times by the FBI.

2    Mr. Quested was also given a hard time by the Government

3    based upon his immigration status here in the country.

4    Mr. Quested believed -- these are his statements -- that the

5    protesters did not anticipate gaining access into the United

6    States Capitol.  No one anticipated gaining access to the

7    United States Capitol.  Mr. Quested thought it was a chaotic

8    riot on January 6th and not something planned nor organized

9    by the Proud Boys.  And although Mr. Quested was interviewed

10   multiple times and followed the group, there was no

11   communication with Enrique that would have led him to

12   believe that there was an agreement, an objective, or

13   understanding to attack the Capitol or to attempt to stop

14   the certification of the election.

15        Mr. Quested's understanding of what he was doing

16   that day was walk around and confront Antifa and/or Black

17   Lives Matter whether at day or at night.  Mr. Quested is the

18   same individual that, if you recall, and we played his -- we

19   showed it to you a couple of minutes ago -- if Biden was

20   elected president, they'd haul him to prison to never see

21   the sun again.  Those were Nick Quested's statements.

22        As we continue discussing the witnesses, we cannot

23   stray too far from discussing the Government's main star

24   witnesses.  They were both jaded and had reasons to lie and

25   deceive everyone, including you, including the Government.

1    Those two individuals had everything to gain from coming

2    here and lying to this Court; lying to you, to the jury.

3    These two men, apart from being charged from allegations

4    regarding January 6th, both were caught red-handed with

5    firearms in their possession.  They were in their homes.

6    Remember, both of these individuals were convicted felons;

7    both of these individuals cannot possess a firearm; both of

8    these men had to resolve their cases --

9              MR. MULROE:  Objection.

10             THE COURT:  Sustained.

11             MR. HASSAN:  Both of these men had to resolve

12   their cases because they had little to no defenses to their

13   possession of firearms.

14             Now, we'll take them down one by one.  Matthew

15   Greene.  For the sports fans in you that watch ESPN, I'll

16   quote those broadcasters:  "Come on, man."  Mr. "Benefits"

17   Greene never met Enrique; never talked to Enrique; never

18   texted him; never exchanged Telegram posts with him; never

19   had a beer with him.  If you recall, I called him out.

20   Never had a White Claw with him.  But the Government wants

21   you to believe that Enrique telepathically told him it was

22   okay to engage in violence on January 6th.  Seriously, this

23   is what the Government wants you to believe; that, like --

24   that's, like, kid games -- playing video games and the video

25   game industry being blamed for the violence in the world.

1    It's absurd for a grown man with a head on his shoulders

2    that understands right from wrong to blame another man for

3    his actions when that man, Enrique, wasn't even here in

4    Washington, D.C.

5            "Benefits" Greene blamed Enrique based on videos

6    that "Benefits" Greene supposedly saw on the Internet.

7    We're all mature here.  Do we blame our wrongdoings on

8    things we see on YouTube or movies?  That's what

9    "Benefits" -- that's what the Government's trying to use

10   this "Benefits" Greene through.  That's a completely absurd

11   argument.  This is a man that did not plead to a possession

12   of a firearm, was not charged with seditious conspiracy, was

13   released from custody early by agreement with the

14   Government, was not violated from the custodial release

15   based upon the fact that Mr. Greene possessed classified

16   documents, and will receive a benefit from his testimony

17   here in this case.  Remember the instructions on credibility

18   of the witnesses.

19           As for our other individual up there, Mr. Bertino,

20   "Lying" Bertino lied to the Government on multiple

21   occasions, but yet the Government turned a blind eye to

22   those same deceitful lies in order to attempt to convince

23   you of something not present.  Combine that with a lie from

24   Federal Agent Nicole Miller which led Bertino to commence

25   lying.

```
1                    And if we can play that.

2                    (Audio played.)

3                    MR. HASSAN:  These were the same Government

4     officials present, some of the same ones that argued on

5     behalf of the Government and did nothing to correct the

6     agent from the lie nor rebuke her statements.  These same

7     Government agents lied to Bertino and then want you to come

8     in here and believe their lies.  If you recall, "Lying"

9     Bertino was the same individual that came here and lied to

10    us all about possessing a firearm and, when confronted about

11    his actual possession of the firearm, continued lying.  He

12    stood in front of a mirror -- and you'll see it there on

13    your screen, and you'll have the opportunity to take it back

14    there -- he continued lying.  He was teaching a young boy

15    and a young girl how to hold an assault rifle.  And even

16    when confronted with this evidence, he continues arguing

17    about it.  What is that called?  What is that testimony

18    called?  What is the individual that made those statements?

19    He's a liar.  That is what he is.  That is what Bertino is.

20    He lied when the agents approached him in March at the end

21    of the March interview on March 18th, 2022.  He lied in --

22    June 9th, 2022.  He lied on June 22nd, 2022.  He lied at the

23    January 6th House Select Committee.  And then he came in

24    here and he continued lying to you.  Why?  Because he was

25    looking for benefits.  He knew he was going to go down with
```

1   that firearm.  When he first met with law enforcement -- you

2   heard the recording yesterday -- he was honest, truthful,

3   didn't say nothing about a plan, an understanding, or an

4   objective when he was first met.  It was only when the

5   Government lied to him and told him that he had created a

6   plan that Bertino commences his lying streaks.  "Was there a

7   plan?"  He got up here on the stand:  "Was there a plan?"

8   "No."  "Was there an objective?"  "No."  "Was there an

9   understanding of an objective?"  What is that?  An unknown

10   objective.  Unknown objective.  He wants you to believe

11   that -- a pseudo-psychotic [sic] brain wave transfer of

12   information that no one could understand but him.  Pure lies

13   and deceit.  And unfortunately, it's this type of evidence

14   that we're supposed to convict Enrique on.  That is just

15   simply wrong.  That is reasonable doubt.  And why?  Because

16   this Government wants to blame Enrique for things they can't

17   prove.  They want to use our client, once again, as a

18   scapegoat for people that the Government can't target or

19   believe it's too hard to target.

20         Take note that there's a particular instruction

21   for witnesses like Greene and Bertino.  You may consider

22   whether the plea agreements the witnesses entered into with

23   the Government were motivated to testify falsely against the

24   defendants.  The testimony of witnesses who have entered

25   into plea agreements could [sic] be considered with caution.

1    You should give their testimony as much weight, in your

2    judgment, it deserves; meaning, if you agree with me that

3    Greene received a ridiculous benefit to testify and Bertino

4    received a benefit to testify against my client, even

5    knowing he had lied on multiple occasions to everyone,

6    including yourself, you can discredit their testimony

7    completely.  Remember what Mr. Mulroe said.  Give them zero

8    credit for their testimony.

9            Now, one of the fair -- first main individuals

10   related to law enforcement that testified in this case was

11   FBI Senior Digital Examiner Kate Cain.  Let's remember Kate

12   Cain.  She's the expert that the Government listed as an

13   expert but had only testified one prior time as an expert.

14   But yet this expert -- if you remember my colleague,

15   Mr. Jauregui, questioning her regarding expertise in the

16   field, she had taken no courses.  One course in regards

17   to software, and none other.  None of the advance courses

18   regarding Cellebrite communication.  Nothing whatsoever.

19           Additionally, it was Kate Cain that did not

20   conduct any -- and I repeat, any -- of the extractions from

21   the phones in this case.  And we'll talk about why it's

22   important --

23               MR. MULROE:  Objection.

24               THE COURT:  Sustained.

25               MR. HASSAN:  She was not aware who conducted the

1    extractions.  She was not aware how they were handled.

2    Furthermore, the version of Cellebrite that Kate Cain used

3    to review the communications was an older version which had

4    many revisions made thereafter.  So when she is reviewing

5    those messages, there's other upgrades going on in the way

6    of that communication.  Why is that important?  Because we

7    don't have important information that's in those Cellebrite

8    communications.  You remember my colleague asked her a

9    series of questions.  She could not tell if a message was

10   forwarded.  She could not tell if a message was a chatbot.

11   She could not provide any administrative logs for

12   Cellebrite.  Nonetheless, the Government created a huge

13   volume of exhibits based upon her analysis, but she -- Kate

14   Cain didn't conduct any peer review of the exhibits with

15   anyone from the Government.  This is faulty.  The fact that

16   there's updated revisions to the Cellebrite communications;

17   the fact that we don't know who did the extractions, those

18   are faulty issues.

19           Additionally, it's been shown that Enrique never

20   posted or even reviewed the Boots on the Ground.  This was

21   the communication log that was created by Charles Donohoe on

22   January 6th.  Tarrio was brought in there without him

23   knowing and never once communicated on the Boots on the

24   Ground chat.

25           They tried to include him in their charts.  They

1    used their charts and their demonstratives, putting his face

2    on there, putting his face on all the chats, even on chats

3    that he didn't communicate on.  Why?  Because it supports

4    their theory.  Again, trying to mislead you into believing

5    something which is not there, trying to use you, much like

6    they're using Enrique as a scapegoat.  Again, this is

7    reasonable doubt.

8            Now, on to the agent that we heard from twice in

9    this case, Mr. Dubrowski.  Dubrowski was the FBI agent that

10   volunteered for this case.  As he testified, "volun-told."

11   He was the agent that was in charge of reading the Telegram

12   communications that were put together by these prosecutors.

13   He was the one that was tasked to verify to ensure that

14   there was nothing missing within the exhibits; nothing

15   incorrectly placed in there because, as he testified, an

16   exhibit missing information could be bad evidence for the

17   jury to base their decision on, but that's exactly what

18   happened.  On both occasions in which he testified, there

19   were countless numbers of errors on the exhibits that the

20   Government presented.  They contained both errors and

21   omissions.  The -- there were so many mistakes in the

22   exhibits that it was no longer unexpected even by the -- it

23   was only when shown the errors by my colleague that Agent

24   Dubrowski agreed that there were many errors in the

25   Government's presentation.  And even knowing all these

1    errors, he agreed with Agent Camiliere that there was no

2    proof that Enrique opened the infamous 1776 Returns

3    document; no proof that he forwarded the document; nothing

4    related to the document.  Remember, it was the Government

5    that stood up here for their redirect and asked him their

6    first question during their redirect:  "Agent Dubrowski,

7    directly, any forensic indication whether Tarrio opened the

8    1776 document?"  And Agent Dubrowski agreed that there was

9    none.

10           You see, Agent Dubrowski is not an expert of any

11   sort.  He was just another FBI agent that came in here with

12   little experience to try to prove something to you.  He was

13   not a Telegram computer Cellebrite expert of any type.  He

14   had no formal training in Cellebrite at all.  He was not an

15   expert in Cellebrite extractions.  But yet he agreed with

16   Agent Camiliere because he had nothing to lie to you

17   regarding the document; however, if you recall, based upon

18   his testimony, the exhibits were faulty.  Not saying it was

19   purposeful, but the bottom line is the exhibits shown to you

20   had errors and omissions.  It was Dubrowski that stated

21   that no evidence of Enrique Tarrio's phone was being -- had

22   been tampered with.  Enrique's -- Tarrio's phone was a

23   fulsome extraction with nothing deleted.  It was Agent

24   Dubrowski that told you that he reviewed more than 500,000

25   messages from Enrique Tarrio's phone.  And knowing the large

1    volume of messages reviewed, there was no evidence showing

2    Enrique Tarrio calling for violence against specific persons

3    or against law enforcement on January 6th.  It was Agent

4    Dubrowski that stated that Enrique would lead the Proud Boys

5    away from Antifa and that several members were angry at

6    Enrique for doing that.  It was Dubrowski that stated that

7    Enrique was more interested in women than fighting Antifa.

8    Remember I told you, he was a lover.  And, in fact, it was

9    Dubrowski -- we all remember that MOSD debriefing video.

10   That video was only seven days away from January 6th on

11   December 30th where Enrique himself says "We're not going to

12   be the first one to cross the line -- police lines."

13              If we can play it.

14              (Video played.)

15              MR. HASSAN:  This was Enrique Tarrio's

16   communications on December 30th, seven days before

17   January 6th.  These are Enrique Tarrio's statements to the

18   MOSD, that "We're not going to cross barricades."  And the

19   Government wants you to believe that Enrique Tarrio told

20   these individuals that it was okay to go into the Capitol?

21   That's what they want you to believe?  This is private.  If

22   he had something to say, he would say it in this private

23   message.  He would say, "Hey, this is what we're going to do

24   on January 6th.  Hey, you know what?  Sometimes it's okay."

25   His words were "It is not okay."  You can read it.  You'll

1   be able to listen to it back there for yourself.

2          Not only that, but we heard from Dubrowski that

3   Enrique was supposed to speak at the Latinos for Trump

4   rally.  You remember we saw a flyer and you remember the

5   bottom of it.  It says "Special appearances from many other

6   patriots."  You heard this twice during the trial, that he

7   was supposed to speak there.  We also learned that Tarrio

8   had an agenda for January 6th.  He was supposed to speak at

9   the Latinos for Trump rally at some point between 10:00 to

10  12:00.  10:00 to 12:00, he was supposed to be at the rally,

11  the rally that was about 10 minutes away from the U.S.

12  Capitol, if you recall one of the witnesses that testified.

13  At no point in there does it talk about going into the

14  United States Capitol.  At no point.  It was Dubrowski that

15  stated that even Bertino had questions on January 5th about

16  what was going on on January 6th.  It was Bertino that had

17  his agenda.  Bertino is the one that wanted what happened in

18  the United States Capitol to have happened, but not Enrique.

19  Remember Bertino's statements.  Now, those statements we

20  have to call into question.  "Form a spear.  Go, boy, go."

21  It was Bertino that had the communications with the boys on

22  January 6th, not Enrique Tarrio.

23          It was Dubrowski that stated that Tarrio had over

24  18 pages of communications with Lieutenant Shane Lamond in

25  his phone extractions.  And you're going to be able to

1    review those 18 pages of extractions back there for yourself

2    and look at them and read them.  Look at the communications

3    that Tarrio had with Lieutenant Lamond and advising him of

4    everything that was going on throughout this time period.

5              Now, we'll jump to the next agent, Agent Kate

6    Camiliere.  We learned from her testimony that she was a

7    fairly new FBI agent that only worked one or two

8    conspiracies prior to this one, much like all the other

9    agents that came across the table on this one.  Her

10   testimony was only towards Parler posts and trying to

11   interpret the Parler posts for you; however, in doing so,

12   she failed to get some of the most important information for

13   us to understand what we're looking at.  Remember, Parler is

14   just like Twitter.  It's just a different name.  Different

15   company, but it's just like Twitter.  So Twitter has the

16   retweets; has the follows; has indications like that.  The

17   Parler posts that we saw were deficient and lacking the

18   useful information.  There was no echoes; no parlays, which

19   means forwarding; no vote comments; no counters; no upvotes;

20   no follow/unfollow users; no "subscriber user" button.

21   Any -- all these things are useful in -- to analyze and

22   construct that data.  We didn't have any of that activity to

23   inspect and see.  The Parler exhibits were out of order when

24   presented to make up their story line.  Remember, they kept

25   on bouncing back and forth between the Parler -- between the

1    dates.  You even heard during her cross-examination from her

2    own notes, the notes that she took in her case, that her

3    mission from this Government team was to attempt to use

4    Parler as a way to show defendants were connected together.

5    It was her mission.  Remember, Camiliere is former military.

6    She was instructed on a mission.  She had to accomplish her

7    mission.  Her other part; that they were involved -- that

8    they evolved together with an eventual animus towards

9    police.  There was no showing in any documents any animus

10   towards police, but yet that was her mission.  That was what

11   she was told to do in this case.  It was Agent Camiliere

12   that coined the phrase there was a "culture of violence."

13   She's the one that created that statement.  It wasn't in any

14   exhibits.  It wasn't in anything they showed you.  It was

15   her that created that, and it's that of -- which the

16   Government used during their closing arguments to you, that

17   culture of violence.  It's what they showed in all their

18   slides -- violence, violence, violence -- because they want

19   to get at your inner core.  Don't let them.

20            The Parler posts failed to show Enrique

21   encouraging violence on January 6th, Enrique evidencing a

22   desire to storm or attack the Capitol on January 6th,

23   Enrique showing knowledge of the certification of the

24   Electoral College on January 6th, Enrique showing a dislike

25   or disrespect to the police.  It's quite the opposite.  She

1    came in here and testified that she had met Enrique months

2    prior and he was treated -- she was treated with respect and

3    candor.  And number five, Enrique -- or anyone, for that

4    matter -- discussing a plan regarding January 6th regarding

5    the storming of the Capitol.

6              What did else -- what did Agent Camiliere also not

7    do?  She did not check Twitter.  She didn't want to show her

8    eyes [sic] in regards to the suspect -- clear suspect of

9    what we have in this case which is Donald J. Trump, but she

10   was aware that -- 90 million Twitter followers behind

11   Donald J. Trump.  What did Agent Camiliere agree with?

12   Every single post by Enrique on Parler was First

13   Amendment-protected speech; that Agent Camiliere saw videos

14   of Antifa attacking women and children; that Enrique never

15   engaged with Pezzola on Parler; did not follow Pezzola; that

16   there was no private message between Pezzola and Enrique;

17   and admitted that none -- and I repeat, none -- of the

18   Parler posts proved any type of conspiracy.

19             MR. MULROE:  Objection.

20             MR. HASSAN:  Those were her statements.

21             MR. MULROE:  Your Honor, the witness's view of

22   what the things post [sic] is not relevant.

23             THE COURT:  Overruled.

24             You may continue.

25             MR. HASSAN:  So what was her testimony meant to

1    do?  Inflame your passions and get you upset at Enrique

2    Tarrio.  That's what those Parler posts were to do.

3    Remember, he's an Internet troll.  He wants to inflame your

4    passions.  That's what he was doing at that point in time.

5    There is nothing of value because there is nothing of value.

6    All these compounded issues one by one, any single one of

7    these can cause one thing, and that's reasonable doubt in

8    and of itself.

9            Lastly, we heard from Agent Nicole Miller.  She

10    was a relatively new agent.  If you recall, she's the one

11    that came from Kissimmee Police Department over to the FBI.

12    This was her one -- first big case.  She was still on

13    probation when she was assigned this case.  Again, like all

14    the other agents, not somebody experienced and well-versed

15    but something -- somebody relatively new within the agency.

16    Miller's the only agent that considered herself an equal to

17    the lead agent, Hanak, that sat here during the whole trial.

18    The only one.  Everybody else pointed to Hanak as being the

19    lead agent.  Nicole Miller wanted to be the lead agent, but

20    yet she couldn't tell you how many confidential human

21    sources followed the Proud Boys along the march.  Only when

22    confronted with Kenny Lizardo, confidential human source

23    with Enrique Tarrio, did she admit that there were

24    confidential human sources, but even then couldn't tell us

25    how many.  Miller was the only agent that leaped to the

1    decision that Enrique had opened, modified, or created the

2    1776 Returns document.  And she did that to protect her own

3    lie with Bertino.  She had no forensic -- no computer

4    forensic experience.  Remember, senior forensic [sic] Kate

5    Cain had sent a memo to the Government telling everyone that

6    there was no proof that Enrique had even opened the

7    document.  Yet, knowing this, she lied to Bertino along with

8    the other agents in this case being there.  Along with other

9    agents, she did not know who did the extractions on the

10    phone; couldn't tell us if the extraction were done

11    correctly, yet all of her testimony is based purely on

12    digital evidence, nothing firsthand.  She wasn't a forensic

13    or Cellebrite expert.

14           Miller agreed with the defense that once Enrique

15    was arrested, everything went into chaos and Enrique did not

16    become active on any of the chats.  This is important

17    because everything starts on January 6th.  You'll remember

18    individuals like Bertino, Aaron Wolkind, Johnny Blackbeard,

19    those individuals.  Question -- those individuals wanted to

20    know what the plan for January 6th was.  You have that in

21    your Telegram messages.  They're communicating.  "What's

22    going on on January 6th?  Everything fell apart.  What's

23    going on?"  As Miller with her own words would say, Enrique

24    provided no words or messages relating to any sense of

25    encouragement on January 6th.  She went so far as to say

1    there was no proof that Enrique communicated with anyone on

2    January 6th.  And the one call the Government alleges lasted

3    for 42 seconds between Enrique and Biggs, she agreed that

4    there was no proof that the phone call even connected.

5              MR. MULROE:  Objection.

6              MR. HASSAN:  It's on the screen, Judge.

7              MR. MULROE:  Proof is different from personal

8    knowledge.

9              THE COURT:  Sustained.

10             MR. HASSAN:  Agent Miller, sad to say, but she was

11    trying to make a career as an FBI agent through her first

12    big case.

13             As the witnesses for the defense presented, you've

14    heard more than five Proud Boys all state the obvious:

15    There was no agreement; no objective; no understanding of an

16    objective; or, for that matter, what the Government colors

17    as a strategic objective as to anything on January 6th

18    except to go on a march and make their voices heard.  These

19    defense witnesses had nothing to gain from their testimony,

20    unlike the Government witnesses like Bertino and Greene

21    which were anticipating reduced sentences.  To the contrary,

22    these individuals had everything to lose by coming in here

23    and telling you that they were Proud Boys.  They were

24    concerned about being doxed, if you recall.  Doxing is when

25    people now, sort of, like, take action, go after them.  They

1    could be concerned about being charged, but yet they came

2    here and told you the truth.  They were not trained

3    witnesses, unlike the federal witnesses that testified for

4    the Government.  They knew how to pause.  They knew how to

5    wait to respond, to wait for the Government to object.

6    Heck, unlike the Government witnesses which met with the

7    Government more than 10 times on some occasions, these

8    witnesses sometimes only met with the Government once or

9    twice.  Again, no basis to lie.

10              Now, I'm not going to belabor you on the

11    instructions that the Court will provide to you as to

12    sedition, conspiracy to commit sedition, conspiracy to

13    obstruct official proceedings, and all the other ones, but I

14    will tell you one thing.  When you go back there, you're

15    going to be given evidentiary pieces, and those evidentiary

16    pieces are much like a puzzle.  We were all excited when we

17    were kids and we would go to somebody's house and they would

18    give us a box, a puzzle to build.  Some of you may have gone

19    through that.  And the evidence is much like puzzle pieces.

20    You're supposed to connect them, interlace them, connect

21    them one on top of the other on top of the other.  And once

22    you build that puzzle, you're happy.  You're glad.  In this

23    case, you went to that house where they were missing pieces

24    of the puzzle.  They didn't give you everything.  There are

25    pieces missing because they had gotten lost.  There are

1    missing pieces because they weren't there.  Ladies and

2    gentlemen, if on those nine puzzle pieces -- those nine

3    puzzles that you have -- and that's what you're going to

4    have for Enrique, nine separate puzzles, and you have to

5    connect that evidence together.  You have to connect them.

6    I submit to you that all nine puzzles will be incomplete.

7    And if that puzzle is incomplete, you must render a verdict

8    of not guilty, ladies and gentlemen.

9            Before I leave you there, remember, it was the

10   Government itself, Mr. Mulroe, that stated that they don't

11   know when the conspiracy started.  December 19th on through

12   January 6th.  Well, ladies and gentlemen of the jury, if you

13   believe -- I'm not saying it is -- but if you believe the

14   conspiracy occurred on January 6th, then Enrique's not part

15   of that conspiracy.  Enrique wasn't at the Washington

16   Monument.  Enrique wasn't walking on the National Mall.  But

17   I submit to you that there was never an agreement, never an

18   objective, and never an understanding of an objective at no

19   point in time, even on January 6th.

20           Now, the Government has closed, and I give

21   Mr. Mulroe lots of credit.  He empowered you.  He told you

22   to be like hero- -- like the heroes or the brave officers

23   and -- that stood the lines on January 6th, and Congress

24   that went back into session and completed their work.  Well,

25   I submit to you that you have the power to do what the law

1    requires.  Do what justice requires.  Do what the

2    Constitution requires.  Stand up to the Government and tell

3    them, "You haven't proven your case and, therefore, I must

4    serve my civil duty and do what is appropriate and find

5    Henry Enrique Tarrio not guilty," because that's what the

6    law provides, doing what is right.

7          We end our case the same way we started, a quote

8    by the great Dr. Martin Luther King:  "Injustice anywhere is

9    a threat to justice everywhere.  We are caught in an

10   inescapable network of mutuality, tied in a single garment

11   of destiny.  Whatever affects one affects us all."

12         If you don't stand up to the Government now, as

13   justice requires and the Constitution requires, the next

14   time they may come for you.  Find him not guilty on all

15   counts.

16         Thank you, ladies and gentlemen of the jury.

17         THE COURT:  All right.

18         MR. HASSAN:  Thank you, Judge.

19         THE COURT:  Ladies and gentlemen, we'll pause for

20   our court reporter's break.  So I'll have Ms. Harris bring

21   you to your -- take you out and we'll be back -- we'll pick

22   up in 10 minutes.

23         (Jury returned to jury room.)

24         THE COURT:  All right.  Everyone may be seated.

25         I just want to go -- can I have counsel at sidebar

1    for a moment.

2         (Following proceedings under seal:)



1 ████████████████████████████████████████

2 ████████████████████████████████████

3 ██████████████████████████

4        (Following proceedings in open court:)

5        THE COURT:  All right.  So we'll give the court

6 reporter an opportunity to take his break, then we'll come

7 back.  If there's anything for me to address, Mr. Metcalf,

8 with regard to your issue, I will address it, and then we'll

9 proceed, Mr. Metcalf, for your closing.  So we'll take 10

10 minutes.

11        THE DEPUTY CLERK:  All rise.  This Honorable Court

12 stands in recess for 10 minutes.

13        (Brief recess taken.)

14        THE DEPUTY CLERK:  We're back on the record in

15 Criminal Matter 21-175, United States of America v. Ethan

16 Nordean, et al.

17        THE COURT:  All right.  Mr. Metcalf, let me -- do

18 you have any authority for the proposition you mentioned

19 earlier?

20        MR. METCALF:  I do not, Your Honor.  It's purely a

21 discretionary matter, and I would just -- I wanted to flag

22 it for the Court.  I don't think I'm going to pursue that

23 route.  And I want to go forward.

24        THE COURT:  All right.  I mean, I -- you're --

25 ultimately, you were asking me about something -- a

```
 1    limitation you wanted me to put on the Government's
 2    rebuttal, ultimately.  So it's not even something at the
 3    moment I don't think I have to even address.  But let's
 4    just, then, go forward.  Bring in the jury and you may
 5    proceed.
 6              MR. METCALF:  Yes, sir.
 7              THE COURT:  All right.  Ms. Harris, if you would
 8    do that, please.
 9              MR. METCALF:  Your Honor, can I stand at the
10    podium?
11              THE COURT:  Yes, please.  And take whatever time
12    you need to set up.
13              (Brief pause.)
14              And, Mr. Metcalf --
15              MR. METCALF:  Yes?
16              THE COURT:  -- how long do you think you'll be?
17              MR. METCALF:  I'll be finished by lunch.
18              THE COURT:  All right.  So that --
19              MR. METCALF:  I am not using any slides.  I am
20    just going to speak to the jury.  So I'll be done by then.
21              THE COURT:  Okay.  That was my question.
22              (Brief pause.)
23              THE DEPUTY CLERK:  Jury panel.
24              (Jury returned to jury box.)
25              THE COURT:  All right.  Welcome back, ladies and
```

1    gentlemen.

2              Everyone may be seated.

3              And we'll proceed with closing argument on behalf

4    of Mr. Pezzola.

5              You may proceed, sir.

6              MR. METCALF:  Thank you, Your Honor.

7              Ladies and gentlemen of the jury, good morning.

8    This is Dominic Pezzola and myself, our last opportunity to

9    argue, but I'm certainly not going to be arguing with you

10   guys.

11             What I want to do is I want to address and discuss

12   reasonable inferences which I feel that you guys could make

13   in determining the facts of this case.  Now, I actually

14   stole that line from Johnnie Cochran's closing at O.J.

15   Simpson.  He raised the -- he didn't want to argue with the

16   jury at the beginning of his closing.  Didn't quite pan out

17   the way I thought it would, but anyway --

18             (Laughter.)

19             Let's keep it going.  Now, when I say the facts, I

20   think about this in a very unique way, because you get to

21   decide the facts.  You determine what the facts are.  You

22   determine what's relevant and what's not, what is credible,

23   what is not credible.  So you are the finders of fact.  And

24   having that task after all this time is quite empowering.

25   You're empowered to ensure that the legal system in this

1    country works.  You're empowered to ensure that the legal

2    system remains the way that it has always been held up in

3    this country.  You're empowered to do justice.  And that's

4    all I ask you to do.  I ask you to seriously consider your

5    role, your responsibility in determining what the facts are

6    here and how they apply to the law.

7            I could only imagine how much you want to get on

8    with this scenario and how much of a drastic change is going

9    to happen now.  After four months of watching us argue

10   probably what seems like about nothing, every single thing

11   is going to shift to you.  That's what matters now.  What

12   matters is your ability to not let you determining what the

13   facts are get clouded.  I'd like to comment and actually

14   compliment Mr. Mulroe's closing yesterday.  Even though I

15   didn't agree with basically anything he said, I still

16   listened, I still paid attention to all the minor little

17   details, all the minute points that he made, because

18   ultimately, it's those inferences that you guys are going to

19   be drawing.  And I'm going to talk to you about each one of

20   those inferences that I want you to focus on.  I ask that

21   you do the same for me.  I ask that you listen to what I

22   have to say and you take that into consideration when you go

23   back to that jury room.

24           I want you guys to think about real quick if --

25   even when you were younger, if you ever were actually

20038

```
1    falsely accused of doing something or if anyone you knew was
2    actually falsely accused of doing something.  And before I
3    get into these details, I'm not here saying Dominic Pezzola
4    needs to be found not guilty on every single count.  That's
5    not what I'm doing and that's not what I'm going to be
6    arguing to you today.  And that's not what Mr. Pezzola said
7    when he got up there.  Even though Mr. Mulroe wants to say
8    he didn't take responsibility, we're going to go through
9    exactly what he did take responsibility for.  And it's his
10   actions that I want you to hold him accountable for.  I
11   don't want you to hold him accountable for something he did
12   not do, and that's this conspiracy, this fairy tale
13   (indicating) fairy dust conspiracy created out of nowhere
14   with regards to Mr. Pezzola.
15           But when you've been falsely accused of something,
16   what do you do?  You have to sit there every single day.
17   You have to take it.  You have to let the proceedings go
18   through the way that they're supposed to go through.  You
19   have to wait, and you have to wait some more, and then you
20   have to wait some more until finally it's your turn to be
21   able to try to explain your position and your innocence.
22   And I want you to think about that and I want you to think
23   about how Mr. Pezzola has had to maintain his dignity for
24   years and months and months and months in this courtroom.
25   And that's what I admire and that's what I'm honored to be
```

1    able to do, is to be there with that man while he's had to

2    maintain his dignity while being charged with seditious

3    conspiracy to overthrow his government with four guys he

4    barely ever knew and never even spoke to until he's in a

5    courtroom -- federal courtroom.  So no criminal history, no

6    interactions with the criminal justice system; you're a

7    Marine, and all of a sudden, you go to the major leagues of

8    criminal cases and you find yourself in a Washington, D.C.

9    federal courthouse.  That's what we're talking about here.

10   And you're being charged with entering into a conspiracy

11   which, essentially, says that you wanted to take over or

12   stop the authority of your United States Government, a

13   government that you served; a government that you served to

14   stand up for people's rights and your own rights.

15           Now, when I thought about Mr. Pezzola maintaining

16   his dignity and I listened to AUSA Monroe's [sic] closing

17   yesterday, I thought of three words.  I want you to think of

18   three words: Speculation, politics, and cynical.  Those

19   three words are what came to mind to me last night.  And I

20   actually went to a dictionary and looked them up.  And I

21   didn't realize how powerful the word "speculation" was and

22   is.  "Speculation" is forming a theory or conjecture without

23   firm evidence.  It's coming to a conclusion based on

24   insufficient evidence.  Now, I'm sure you guys have heard us

25   object throughout the course of this trial, "Speculation.

1    Calls for speculation."  I didn't actually think about how

2    powerful that was until I started thinking about, how do you

3    possibly link all the evidence that you have seen on Dominic

4    Pezzola -- how do you link that and bridge that gap to

5    conspiracy?  So I want you to think about the word

6    "speculation."

7         I also want you to think about "politics."  I'm

8    going to ask you guys for a couple of promises when you go

9    back into that room.  And my first request of each of you is

10   to put your politics aside.  If you could put your politics

11   aside, you are going to be able to do the right thing.  You

12   are going to be able to do justice.  No matter how long that

13   takes, that's the way that you're going to be able to

14   perform your duties and obligations, because this case has

15   literally mostly been about the Government using

16   Mr. Pezzola's politics so each of you hate him.  And even if

17   you hate him, even if you can't stand him, and if you can't

18   stand me or the thought of what our politics are, I ask you

19   to put that aside.  Put that aside in judging these facts

20   and coming to that conclusion.  And don't do so based on

21   speculation.  A dangerous combination is those first two

22   words, "speculation" and "politics."

23         "Cynical."  Believing people are motivated, is the

24   definition I found last night -- believing people are

25   motivated purely by self-interest.  It's also distrustful of

1    human sincerity or integrity.  Mr. Pezzola came up here and

2    took that stand.  Constitutional right to remain silent.

3    You have no idea how much I enforce that in my life, in

4    defending people.  You have no idea how many times I tell

5    everyone who calls me, "Just shut up.  Stop talking.  Do not

6    talk."  If you don't -- I learned this, I think, before I

7    went to high -- law school.  "If you don't talk, you could

8    possibly walk."  Mr. Pezzola got up there and said, "Steve,

9    I don't care what you say.  I'm taking that stand because

10   I'm going to tell each and every one of these jurors I did

11   what I did.  I acted foolishly that day.  I trespassed.  I

12   got a shield.  I broke a window.  But seditious conspiracy?

13   Are you kidding me?  And the things I did, I should be held

14   accountable for and not have it be grossly inflated.  And

15   that's where we're going to talk about the robbery count and

16   we're going to talk about the price of a window.  It's sad

17   that this comes down to the price of a window, but

18   nonetheless, here we are.  So in holding the Government to

19   their burden, I ask that you also don't allow them to

20   overinflate things.

21          So that brings us to the question.  Why is Mr. --

22   why is Dom sitting at that table?  If you haven't been able

23   to tell yet, if you take Dom out of this equation, what have

24   you got?  You've got Tarrio who wasn't even there that day.

25   You have a very high-educated man, Rehl, who literally

1    didn't have a substantial role in that day at all.  You have

2    Joe Biggs.  You have Rufio.  What did they need Dom for?

3    They needed Dom to muddy up these guys.  They needed dirt on

4    each and every one of these guys.  That's what they needed.

5    They needed dirt.  And what did Dominic Pezzola show?

6    Dominic Pezzola showed anger.  I'm not going to lie about

7    that.  He showed anger.  He showed a sense of being pissed

8    off and being angry and yelling which they equated to

9    violence.  So they took Dom as a symbol of violence, who

10   also was just a part of the Proud Boys for about a month --

11   wanted to join a local chapter, a local group, have some

12   brotherhood -- and they needed Dom to muddy up each one of

13   these guys.  That's what Dominic Pezzola's here for.  And in

14   order to actually -- in muddying up these four, they

15   sacrificed that by adding the conspiracy counts onto Dom,

16   because that's the only way that it could take place.

17          Think about -- now, think about what you know

18   about Dominic Pezzola relating to conspiracy.  Agreements?

19   Did he have a -- any agreements with anybody?  How can you

20   have an agreement with someone that you never communicated

21   with?  Was there a plot that Mr. Pezzola knew about that

22   came from Tarrio?  There's one -- there was one objective

23   here.  It was to march, rally, or protest.  You heard

24   Mr. Pezzola talk about December 12th was his first rally.

25   He was excited.  It was exciting.  They were able to stand

20043

1    up and defend people who couldn't defend themselves.  They

2    were able to stand up in front of people and draw the

3    attention to them.  That's the thought here on January 6th,

4    to meet together and rally.  All of a sudden, you have

5    conspiracies coming to overthrow the authority of the United

6    States Government?

7            Dom told you he didn't even meet these guys until

8    he sat in a courtroom being a co-defendant with them in a

9    seditious conspiracy case.  He said he knew Joseph Biggs

10   from online.  Joseph Biggs was standing in front of him.  He

11   didn't even recognize him.  He recognized Nordean, but he

12   never spoke to him.  Obviously, he knew who Tarrio was

13   because that was the chairman.  That's what's come out here.

14   People held him in a celebrity sort of status.  So of course

15   he knew who Tarrio was.  But did he actually know Tarrio?

16   Did he actually have communication?  So what you have is

17   cherry-picked scenarios that the Government spent two years

18   putting together where they find in private people's

19   accounts a picture where Dom is standing next to Tarrio.

20   When you think of that, I want you to think about what Dom

21   said.  He said when he was high school he had a picture

22   where he was standing next to Muhammad Ali.  Does that mean

23   that they actually spent enough time together to have an

24   agreement?  Does that mean that they actually spent enough

25   time together to talk about how, "We're going to enter into

1    a criminal conspiracy to actually overthrow the government"?

2    No.  It means that he was there on December 12th.  He did it

3    like he always did, which is always get to the front of

4    everything, and he stood by the front of the stage while

5    Tarrio gave his speech.  And there was cameras there.  He

6    gets his picture taken when he's next to Tarrio.

7         Zachary Rehl testified, as well.  He didn't even

8    know who Dominic was, never spoke to him.  So you have, so

9    far, three attorneys who have come up and made their closing

10   arguments and, basically, all of them have said they --

11   their clients knew nothing about Dominic Pezzola.  Nothing.

12   No communications, no conversations, no smoke signals, no

13   Bat-Signals were sent in each other's directions, no

14   communication at all.  I want you to take that into

15   consideration when you're thinking about the timeline.

16        So when did Dominic Pezzola join this conspiracy?

17   The Government doesn't want you to worry about the timeline,

18   right, so long as it happened before or on January 6th.  So

19   they don't want you to worry about the plan, because that

20   gives the details, and they don't want you to worry about

21   the timeline, because the timeline completely messes up this

22   theory of conspiracy.  I want to show you guys something

23   when you're thinking about this.

24        Your Honor, can I get a demonstrative real quick?

25   I already discussed it with the Government.  They have no

1      problem.

2                  THE COURT:  Very well.

3                  MR. METCALF:  Thank you.

4                  I want you to think about the MOSD chats.  And I

5      felt like they made this chart for me, because look at this.

6      There's a line right down the middle.  Take a look at what

7      divides that line:  Leadership and everything else.  Do you

8      see Dominic Pezzola on anything having to do with

9      leadership?  You won't.  You'll see him in some of these

10     chats.  Let's think about these five chats and let's think

11     about the dates.

12                 The main Ministry of Self-Defense for defending

13     other people, Dom's not in this one.  So you won't find him

14     here.  Ministry of Self-Defense Op, you've got him in here,

15     but Dom didn't join this one until January 2nd, 2021.  Then

16     you have the Main.  Dominic also joined this one on

17     January 2nd.  Then you have Main 2.  Dom joined this one on

18     January 4th.  Then you have Boots on the Ground which, in

19     and of itself, was created on January 5th.  So you've got

20     January 2nd, January 2nd, January 5th, January 5th -- excuse

21     me, January 4th he was in Main 2.  January 2nd, January 2nd,

22     January 4th, January 5th.  That's the extent of Dominic

23     Pezzola's communications on these chats.  And we spent weeks

24     going through these chats.  I mean, almost 90 percent of

25     their case has to do with these communications.  Between

 1    Parler, this, and their text messages, that's what basically

 2    had -- most of their case stands on in order to even link

 3    these guys up.  And to do what?  To throw dirt on them.  To

 4    make you guys think of them in a specific way.  Why do you

 5    think they used the quotes that they used?  You heard

 6    Dubrowski's testimony.  500,000 messages, at least, they

 7    went through, and they cherry-picked each one of those out

 8    there to put dirt on each one of these guys.  Whether it's

 9    by the use of nasty or foul language or the use of politics,

10    it still wasn't enough.  They still needed to dirty each one

11    of them up even more by throwing Dominic into the whole

12    equation.  So I want you to think about those

13    communications.  Think about what little involvement he

14    actually even had on these chats.  The one chat they showed

15    you about Dom is him saying, "Hey, guys, I don't have a

16    hotel room."  Oh, Tarrio responded to that.  I forgot about

17    that.  Tarrio actually responded to that in a group scenario

18    where Dominic threw that out to everybody on the chat.

19    Tarrio responded to that.  So that was the one direct

20    communication you got between Dom and Tarrio.

21              So where's the conspiracy?  Dom finally decides to

22    go on January 5th to D.C. on January 6th.  But what happened

23    on January 4th?  Going back to the timeline again.

24    January 4th, Tarrio gets arrested.  Everything's chaotic.

25    Nobody knows what going on.  Questions keep circulating.

1    "What's the plan for January 6th?"  Oh, but the Government

2    doesn't want you to worry about a plan.  Don't get confused

3    with the word "plan."  I forgot.  Because the plan gives the

4    details.  Don't worry about that.  All you've got to do is

5    just say that there's an overall agreement to basically stop

6    the certification count, and that's it.  Once again, ladies

7    and gentlemen, speculation.  Politics.  Put your politics

8    aside so you don't speculate as to coming to that crazy

9    conclusion.

10            So now, Dom is in Washington, D.C. on January 6th.

11   And he's with two others.  I want you to think about

12   Mr. Pezzola, when he talked about local chapters and how he

13   was a part of a local chapter, and how that was completely

14   separate from national or leadership chapters.  And each

15   chapter is supposed to be anonymous [sic].

16            Your Honor, can I have the ELMO shared with the

17   jury?

18            THE COURT:  Yes.

19            Ms. Harris?

20            THE DEPUTY CLERK:  (Indicating.)

21            MR. METCALF:  Each chapter is supposed to be

22   anonymous [sic].  Each chapter is supposed to do their own

23   rules.  Guys are supposed to be able to come and go as they

24   please.  Guys are supposed to be able to participate where

25   they want to participate.  What do you have here?  The

1    stipulation showed that two individuals, Aaron and Art, both

2    from New York, traveled with Mr. Pezzola to Washington, D.C.

3    Now, here's the important parts of Aaron and Art.  That

4    morning -- they stayed at the hotel together on the night of

5    January 5th, and on January 6th the only thing that

6    separated them was someone wanted to get breakfast and

7    someone went to McDonald's and then Dominic met up with them

8    after that.  So we've got about 20 minutes where these guys

9    are not together from January 5th to the morning of

10   January 6th.  What is known at that point in time?  At that

11   point in time, what's known is that they're going to go to

12   the Washington Monument to march at 10:00 a.m.  Draw a line

13   right there.  January 6th, 10:00 a.m., there's still no

14   agreement; there's still no plan; there's still no nothing,

15   because nothing happened.  Nobody communicated with each

16   other for there to be any grand old conspiracy.

17           So now, we're here at 10:00 a.m. and they march.

18   And what does Dominic do?  You heard Mr. Monroe [sic] say

19   yesterday, "No one gave a crap about the Trump speech."

20   Well, that's not 100 percent accurate now; is it?  Because

21   Dominic wanted to go see the Trump speech.  So at that time,

22   Dominic wanted to get out of the march because he didn't

23   care about standing in front of a reflecting pool and taking

24   a group picture.  Is this somebody who joins a conspiracy

25   who leaves the group, who walks away for over an

1   hour-and-a-half?  Now, what does he do with his buddies?

2   They go looking for a restroom.  They go looking for the

3   Trump speech.  They can't get to it.  Everybody's coming now

4   back from the Trump speech.  They blend back in.  And this

5   is where there are minutes -- and this is undisputed.  These

6   time frames are not disputed by the Government, because this

7   is when Dominic came back.  We just can't say exactly was it

8   12:54 or 12:55 when Dominic got to the first barricades, but

9   Dominic gets to the first barricades.  And you see the

10  videos of him going a little bit quick, and he actually runs

11  past Biggs and Nordean.  He goes right past them.  Matthew

12  Greene testified, if you recall, they were going faster than

13  a walk but slower than a run.  Matthew Greene was right

14  behind him at this time.  So there was no time for Dom to

15  stop and say, "Hey, Biggs, what's going on?  Do -- we got a

16  plan?"  "Yeah, we got the plan."  "All right."  So draw a

17  line now at 1:00 o'clock.  Still no plans to enter into a

18  conspiracy with regards to Dominic Pezzola because he left.

19  Nothing happened on the ground.  Nothing happened on the

20  ground that could have involved him.  So when you see that

21  whole march -- Government Exhibit-1000 -- of them marching

22  around and then going down the stairs and, maybe, a

23  nefarious comment was made by Milkshake, Dominic Pezzola was

24  not there at all.  So he could not have even entered into an

25  agreement on the day of January 6th either.  So he gets

1    added to MOSD January 2nd.  That could be the earliest date

2    imaginable that Dominic Pezzola could have entered into a

3    conspiracy.  Because Bertino sent him a link, all of a

4    sudden, him entering into a chat with hundreds of other

5    people -- look at this, plus others.  They don't even have a

6    number.  You want to know why?  They don't want to show you

7    the number, because that entered -- that's the date that Dom

8    allegedly could have entered into this conspiracy.  So you

9    don't have any agreements going on between January 2nd and

10   January 4th.  Tarrio gets arrested January 4th.  Everything

11   spins out of control.  It's all chaotic.  You don't have an

12   agreement then.  You have no plan then.  You have no

13   objective then.  January 5th, nobody knows what's going on.

14   January 6th, Dom gets to the National -- the only plan is to

15   go to the Monument and march; then Dom leaves; then he gets

16   back right before that first breach.  There is no plan that

17   Dominic could have entered into.  There is no objective.

18   There is no understanding that Mr. Pezzola could have

19   entered into during this time frame at all.  It's not

20   possible.  It's fairy dust.  It doesn't exist.  I'm telling

21   you, the writing and the way that they wrote this up

22   yesterday, I actually started believing that some of this

23   was a compelling story, and I watch a lot of Disney movies

24   with my kids, but that was quite the pieced-together story

25   about Mr. Pezzola entering into this conspiracy scenario.

1          So I want you guys to look at how this was

2    cherry-picked and how this plays a role into everything that

3    the Government said.  They don't want you to focus on the

4    timeline, but the timeline is the details of the whole

5    puzzle.  They don't want you to focus on MOSD.  They don't

6    want you to focus on the actual nuts and bolts, I believe

7    they were called yesterday, because that's not what you need

8    to focus on.  I submit to you that it is what you need to

9    focus on, because when you look at the nuts and bolts, you

10   see that there is nothing that exists at all.

11          I want you to think about Dom wanting to go see

12   that Trump speech, and even though he didn't get to see it,

13   it's undisputed that he did leave, and that shows him

14   leaving, shows him not entering into what they want you to

15   believe he entered into.  And then -- I'm going to get to a

16   little bit more about what he did in the building as well

17   that goes to show, how could you be part of what the

18   Government is alleging and act this way?  How do you walk

19   around the Capitol building not knowing anything, not

20   meeting anybody, literally sight-seeing at that point?

21   While the other defendants are in the building at different

22   times, some at the same time, and you don't meet up; you

23   don't get together.  This whole story does not make sense

24   because it never existed.  It's to dirty up the other

25   defendants.  They want you to believe that because

1      Mr. Pezzola broke a window with a robbery [sic] shield, that

2      somehow this was ordered from some of -- somebody else

3      sitting at that table, and how somehow that one particular

4      scenario by an individual who is saying he acted alone, he

5      acted spontaneous, "Judge me for me; hold me responsible for

6      what I did," somehow that turns into a force requirement

7      that would allow for you guys to find a conspiracy exists

8      here.  It's baffling when you actually think about that.

9              Mr. Pezzola also told you guys he believed that

10     the purpose of the Proud Boys was for self-defense.  He

11     believed that they were defending other people, people who

12     were other Trump supporters.  They would be loud; they would

13     be boisterous; they would jump out in front and allow for

14     other Trump supporters behind them to ultimately not be

15     beaten.  That's what his belief was the Proud Boys stood

16     for.  That was the purpose he had in mind.  So on

17     January 6th, after his first rally that -- national rally

18     that he was excited about, the same beliefs stood true on

19     January 6th.  That's what he believed he was doing here,

20     self-defense, defending other people, not what the

21     Government wants you to believe.

22             And I want you guys to think about his training.

23     We got into his boxing when he was a kid, when he went

24     through high school.  We got into his military.  And,

25     essentially, that training from such a young age, that

1    trains you a little bit differently, especially for --

2    because Dominic was trained not to go back.  He was trained

3    to only go forward, because in a military scenario -- and

4    when he used the word "enemy" yesterday [sic], he wasn't

5    referring to the police on January 6th.  He was referring to

6    his training.  His military training was when the enemy is

7    coming at you, you cannot retreat and turn your back and run

8    that way.  Because what happens?  You get shot in the back.

9    When you're boxing, do you say, "Time out, hang on a second,

10   let me turn around and go this way"?  No.  That's this man's

11   training.  His training is to keep going.  Unfortunately, on

12   January 6th, it did get a little bit too far, but that's

13   this man's training.  When you are in a flight or -- flight

14   or fight scenario, Dominic Pezzola chooses fight every

15   single time.  He's wired differently.  He's trained

16   differently.  And that's what made him keep going forward.

17         So going back to timelines -- and that's what I

18   tried to essentially do with each witness that I could, was

19   try to create some method to all this madness that you guys

20   were seeing.  I tried to create a timeline with every

21   witness I possibly could.  I tried to create a timeline with

22   Matthew Greene as to the events that happened January 5th,

23   January 6th, and him ultimately being separated from Dom.

24         So to go back to the timeline, November 14, 2020,

25   Dominic Pezzola comes to D.C.  When he comes to D.C., he

1    meets with a couple of individuals.  He then somehow gets

2    linked up to another individual who links him up to New York

3    Proud Boys.  After a couple of messages, he finally gets in

4    with the New York Proud Boys.  By December 12th, he's now a

5    first grade Proud Boy and comes back to D.C.  December 12th

6    is where you saw the pictures of him with the cigar and he

7    said that he was looking at the sky for the -- at the

8    helicopter.  That made the front of the Washington Post.

9    Now, all of a sudden, Dom's picture's out there.  It made

10   the front of the Post at the rally.  Thousands of pictures

11   being taken.  That's the one picture that's taken.  Then

12   Tarrio posts a picture of him on his Parler account on

13   December 19th, on or about, that is called, "Lords of War."

14   That's where Dominic Pezzola fits into this equation.

15           You then see the meetings.  We showed the whole

16   video that was over an hour-and-a-half of their private

17   chats.  That's December 30th.  Dominic Pezzola's not in that

18   video.  Dominic Pezzola didn't even have communication with

19   these guys in the -- in order to even be able to get to that

20   point where he was part of that Skype session.  Around that

21   same time that that video was created was when the New York

22   guys wanted to deliver that shield to Tarrio.  In order for

23   it to make its way to Tarrio, it had to go to Bertino first.

24   Dominic Pezzola said, "Hey, I want to get out of the house.

25   Nothing's going on here in New York.  I don't have work

1    still.  I'll go with you.  We'll go to North Carolina."  He

2    then takes a trip down to North Carolina, makes a bunch of

3    different stops.  There's nothing nefarious about this trip.

4    Like, they want -- I don't -- I still am trying to figure

5    out what is so nefarious about this trip that they really

6    want you to get.  The only thing that comes out of this trip

7    is that Dominic Pezzola met with Bertino and Bertino was in

8    with the national guys.  That's the only thing that came out

9    of this trip.

10            So what happens in the hour-and-a-half -- hour to

11    an hour-and-a-half that Dom is at Bertino's house?  What

12    happens is they find out they're from the same neighborhood.

13    They're -- they knew the same people, went to the same

14    parties.  I even asked -- that's how I ended my

15    cross-examination with Bertino:  "Same city, same parties,

16    same streets, same people, but you guys' paths never

17    crossed?"  Absolutely.  That's exactly what he remembers.

18    That's the only thing that came out of this trip.  And then

19    Bertino sends these links to Dom and he now is a part of

20    these four chats.  That's the only thing that came out of

21    that North Carolina trip.

22            So Dominic now is on these chats January 2nd.  And

23    you heard his wife, Lisa, come and say that even going up to

24    January 4th, Dom actually wasn't even going to come to D.C.

25    Lisa leaves with her friends.  Dominic decides it's a good

1    idea to come to D.C.  That's January 5th.  No plan, no

2    agreement, no objective, no communication with national

3    leadership, no communication with any of these men other

4    than Tarrio literally responding to a message that Dom said

5    about hotels.  That's the timeline that we get to.

6              So I want you to think about Bertino as well and I

7    want you to think about Greene.  And I'm sure you've heard

8    each of them -- each of my colleagues come up here and tell

9    you they had a lot of different reasons as to why they

10   wanted to take a plea.  A lot.  There's no one particular

11   reason as to why someone would enter into a plea.  But what

12   did these two have in common?  Two biggest things, I

13   believe, are freedom and they had a substantial amount of

14   guns.  Bertino, he had a .22 pistol; he had an AR-15; he had

15   a 12-gauge shotgun; he had 146 rounds for his 9mm; he had

16   27 -- 2,722 rounds for his .22; he had 296 rounds for -- I

17   don't even actually know what gun this is -- his 5.56 gun;

18   he had 35 rounds for his 12-gauge; he had 42 rounds for his

19   380 handgun; and he had 8 magazines.  I mean, Bertino was

20   armed to start his own army on that day.  There's various

21   different reasons there.  There's 3,000 reasons in bullets

22   alone as to why Bertino took a plea.

23             Matthew Greene had two handguns and he had an

24   AR-15.  Both of these guys didn't -- or were not able to

25   register any of these guns, and yet they were caught with

1    them.  Those guys have been free ever since they cut these

2    deals, and that's why you heard their testimony.  But I want

3    you to think about the one thing that came out during

4    Bertino's testimony.  When I was crossing Bertino and I

5    played him the message he left for Dominic's wife, which was

6    shortly after January 6th, he said, "I want you to know

7    everything happening that day was spontaneous.  It was not

8    planned.  It was not orchestrated."  I looked at his face

9    when I showed him that tape.  In no way, shape, or form did

10   he believe that I actually even had access to that tape.

11   But that tape told it all, and it told it all at the right

12   time, and it told it by someone who was high up, someone who

13   was high up into leadership, someone who actually came here

14   and lied to you, someone who came here and wanted you guys

15   to believe this theory that you don't need to have this

16   agreement in writing; that it could be implicit; that it

17   could just be created and everyone just somehow knew it

18   without even discussing it.  That's what I want you to think

19   about when you think about Bertino.  I want you to think

20   about that message that he left that he never in a million

21   years would have thought would have been played for him

22   while he was on the stand that day.

23         I want you to think about some of the witnesses

24   that we put on for Dom and how each of this [sic] comes into

25   the equation as to what inferences you need to make.  And

1    let's discuss what counts you need to make them for.  I'm

2    not going to go through each count, but, again, I want to go

3    back through this with you.

4            Dominic Pezzola came here and took the stand and

5    took responsibility for his actions on that day.  He said he

6    acted alone.  He said he acted spontaneously.  He said he

7    acted based on his own calls and split-second decisions on

8    that day.  And what did he do?  He breached every line.  He

9    yelled at the police.  He screamed at the police.  He then

10   got his hands on a shield.  He then met with Donohoe and

11   walked around, took a couple of pictures, went up, broke the

12   window, went in the building, walked around the building,

13   and then left the building, and upon leaving the building,

14   gave the shield back to the officers and left after 23

15   minutes.  So at about 2:40, Dominic Pezzola was out of

16   there.  He was off Capitol grounds, gone, back to the hotel.

17   Why didn't he stay?  He could have stayed.  The room that

18   you saw Dominic leave from and how he went back out the

19   window, in less than 10 minutes, that room had hundreds of

20   people in it.  That room was filled.  At 3:00 o'clock, that

21   room, you barely could move there was that many people in

22   it.  Is that someone who's involved in a conspiracy to do

23   something at that point in time?  He leaves completely,

24   leaves the grounds completely.  Not that he left that one

25   area; is off the Capitol grounds at that point in time.

1    So three counts, Counts 1, 2, 4, have to do with

2    the conspiracy.  I want to talk to you about Count 6.

3    Count 6 and Count 7 have to do with the destruction of

4    property.  Count 6 specifically has to go to the fence.  So

5    in considering this scenario, I ask you guys to consider

6    exactly what I've been talking about this entire time.

7    There's no plan.  There's no agreement between Mr. Pezzola

8    and any of these defendants.  So there could not be, and was

9    not, co-conspirator liability with regards to Mr. Pezzola on

10    Count 6.

11    Now, with regards to Count 7, the main issue in

12    dispute here is the damage to the window and the price.

13    Mr. Pezzola -- I want you guys to go back through this.  I

14    want you to go back through two Government exhibits:

15    Government Exhibit-112 which shows the inside of the

16    building and the two-by-four getting pushed through the

17    window.  You see it hitting the floor.  Then I want you to

18    look at Government Exhibit-425.  I don't want to play it

19    again for you, because we've all seen it 1,000 times.  It's

20    where you see people running up to the window, the windows

21    are being hit, the doors are being hit by other protesters,

22    and there's a guy with a red hat and a two-by-four breaking

23    one of the window panes, and then Dominic comes in.  I want

24    you guys to go back through that video and I want you to

25    focus on a couple of different things.

1          By the time Dominic -- first off, when you were

2     shown that video by the Government, they started it at a

3     precise time.  It's the time after you see the guy in the

4     red busting the window.  Actually, Roger Roots, I think, for

5     the first time actually showed that video in its entirety.

6     When -- by the time Dominic Pezzola gets to that window,

7     that right side of the pane is completely smashed.  The

8     window is a total loss, completely damaged.  Dominic comes

9     and he does hit the left side of the window and breaks that

10    entire side.  And he said to you, "Hold me responsible for

11    that portion of the window which I did break."  It could

12    have been fixed pane by pane, but another guy fixed that.

13    You can't be responsible based on aiding and abetting

14    something that already happened by the time you got there.

15    And you guys can look at the jury instructions yourself with

16    regards to this.  And I'll point you exactly to where I'm

17    talking about with regards to aiding and abetting, because

18    yesterday, that was the first time I heard that one.  He's

19    now aiding and abetting another guy who we know nothing

20    about who's not a principal to this crime, not a part of

21    this case whatsoever, and actually who the Government didn't

22    even want to show you in any part of its case.

23          (Brief pause.)

24          So when you're going through the jury

25    instructions, aiding and abetting, an accomplice aids and

1    abets -- the person the accomplice aids and abets is known

2    as the principal.  That guy with the red with the

3    two-by-four, that would, then, have to be the principal.

4    And you could actually look at the factors.  That means that

5    Mr. Pezzola would have had to have known that that offense,

6    which is not charged, was being committed by another person.

7    Again, by the time Dominic got there, that was already

8    broken, so he had no knowledge of this happening before.

9    And he would have had to encourage.  He would have had to

10   have aided, assisted, facilitated, or encouraged that other

11   person to do that.  I submit to you, by that time, he was

12   still running up to that position to where he was.  And yes,

13   he acted foolishly and ends up breaking that one pane.  And

14   if you look at it, he actually only hits the other pane one

15   time.  And the -- and I submit that the one time that he

16   actually hits that other pane, he -- it didn't change

17   anything substantively with regards to that window at all.

18   That was just a desperate attempt to try to figure out why a

19   grossly inflated number should be justified.  $774 for one

20   of those panes is absurd standing on its face.  Absurd.  But

21   if you're going to hit him with that amount, hit him with

22   the one that he broke and is responsible for.

23           Next count is Count 8.  Count 8 has to do with

24   Donohoe having to throw -- or throwing a water bottle.  We

25   don't know where, but somehow in the vicinity of police.

1    There's been no evidence submitted during the course of this

2    trial about any officer being in fear based on that water

3    bottle getting thrown at them.  There's no evidence that's

4    submitted that shows that there was actually water or

5    anything frozen in that water bottle.  There's been no

6    evidence shown that it was actually thrown at a police

7    officer.  There's been no evidence shown that Mr. Pezzola

8    had anything to do with that.  So again, co-conspirator

9    liability cannot apply to that count.  This is Count 8 with

10   the water bottle.  He could not have aided and abetted that

11   count because, again, no knowledge; no aiding; no

12   facilitating; no assisting Mr. Donohoe in that throwing of

13   one water bottle.  Again, desperate attempt that should not

14   even be a part of this scenario.

15          Mr. Pezzola told you that when he came back with

16   the shield, Mr. Donohoe approached him.  And the two of them

17   didn't know each other, and he oversaw Mr. Donohoe actually

18   calling up trying to figure out who Mr. Pezzola even was.

19   They took a picture together and then they went their

20   separate ways.  Take that into consideration when

21   considering an assault on a police officer based on a guy

22   who you've just heard about throughout the course of this

23   trial and seen nothing about when you consider Count 8.  No

24   conspirator liability there, no agreement, no nothing with

25   regards to Dominic Pezzola and Charles Donohoe.

1          The funny thing is -- this is where I go back to

2    when I say about the fairy dust and the fairy tale scenario.

3    Count 9 has to do with the same situation where Mr. Pezzola

4    got the shield.  So Count 9 has to do with him reaching for

5    the shield.  Count 10 is robbery of that shield.  And

6    Count 8, the throwing of the water bottle, in conjunction

7    with Count 9, was referred to yesterday as tactical success.

8    This is tactical success here.  These guys who don't even

9    know each other and bump heads are now tactically

10   communicating and tactically receiving these directions from

11   Tarrio.  And this is a whole tactical scenario.  It's crazy

12   when you think about that.

13          Now, let's think about Officer Ode.  Bad scenario,

14   bad situation on various different fronts, but there is an

15   explanation.  And you heard from Steven Hill.  You heard

16   from Dominic Pezzola.  And I want you to think about these

17   chain of events that went off and how this plays into

18   Count 9 and Count 10 with regards to Dominic Pezzola.  You

19   have a very limited time frame.  Dominic Pezzola runs past

20   everybody up the stairs.  Now, they're in a bigger area

21   where Dominic finds his way to the front.  The police set up

22   a line.  They set up, actually, two lines.  They set up

23   their skirmish line, which was the front line, and then they

24   have a line behind them.  Those are called the halfbacks.

25   And then they approach and they set up from an elevated

1    position a bunch of different officers.  All of this stuff

2    is taking off very, very quickly.  Officer Ode even said it

3    was a chaotic situation, so much so that he didn't actually

4    even know who actually took the shield from him.  Then

5    you've got complete chaos and a whole bunch of things going

6    on.  And you have times where there are people in the crowd

7    who are instigators, agitators, or aggressors.  They're the

8    ones being rowdy.  And we pin-pointed those out for you guys

9    time and time again.  Chris Quaglin, the guy with the blue

10   jacket and the stars, and then the other guy with the blue

11   sweatshirt.  Steven Hill explained how yes, of course,

12   throughout that whole police line, there were people

13   bumping; there were people pushing; there was a whole bunch

14   of little scatters going on that whole front line.  But does

15   that mean that the guys from the elevated position could

16   just start shooting at people in the face time and time

17   again who were not agitators, they weren't aggressors, they

18   weren't doing anything wrong except for being at that

19   position at that time?  So now, Dominic's in this position.

20   Boom, boom, boom, boom.  You start hearing shots go off.

21   Not knowing where it's going on, you're ducking.  Then we

22   showed you Joshua Black and his face and the hole in his

23   face.  This happened right by where Mr. Pezzola was

24   standing.  So now, you have parts of the crowd that were

25   wild [sic] up -- they were more toward the front -- and then

1    you have behind them parts of the crowd that were not wild

2    [sic] up.  And then they get another shooter at the balcony.

3    So now, you've got two shooters coming down.  They stopped.

4    You heard Mr. Pezzola.  They stopped for a little bit of

5    time where Officer Loyd comes out and checks out Joshua

6    Black's face.  But what happens before that?  Before Joshua

7    Black was shot -- I want you guys to think about this --

8    Officer Loyd positioned himself in a certain way and did

9    this circular, (indicating) -- boom.  "This is where you're

10   shooting at.  You're shooting right at these crowds of

11   people.  Hit these people.  I don't care where.  Hit them."

12   Then you've got the guys next to the shooters who were

13   actually telling them "Take out the guy with the green on.

14   Hit the guy with the blue.  Hit the guy with the yellow."

15   You could hear this going on in these videos.  And these

16   people are getting shot in the face.  There's one guy

17   standing there who's literally holding a flag, not standing

18   by anyone, gets shot; then you have other guys getting shot.

19   All of this is happening around Mr. Pezzola.  What did

20   Mr. Pezzola tell you?  He said, at that point in time when

21   the shots were going on, he wanted coverage.

22           Now, the Government does make a good point on this

23   one.  Intent can be formed at that point in time.  And the

24   one thing I want you guys to consider in considering

25   Count 10 is the fifth requirement and fifth element which is

1    the intent to permanently deprive.  And I want you -- this

2    is one of those main inferences that matters here.  This is

3    one of those main inferences I want to talk to you about.

4    You don't need to speculate based on Mr. Pezzola giving it

5    back.  That means he never intended to fully deprive.  What

6    was he going to do, walk down the streets with a big Capitol

7    riot shield?  What was he going to do, put it in his dining

8    room table, this big Capitol riot shield?  Dominic Pezzola

9    was seeking certain coverage at that specific time.  You see

10   him ducking.  You see him trying to push certain things.  It

11   does get to a point where he grabbed at it.

12            Now, go through these videos slow.  Pezzola-301.

13   He admits and says exactly where he touched it.  He held

14   onto it.  He falls back.  Dominic falls back on his -- he

15   falls on his own back.  People are on top of him.  Ode --

16   Officer Ode was ashamed to say it, but he left his shield

17   and got back to the line.  He wanted to make sure that his

18   belt and his gun were secure.  If you recall, I went through

19   each thing he had on his belt.  And when he fell down, he

20   looked for his gun.  And you see all the officers coming and

21   getting him and bringing him back to the line.  He left his

22   shield there.  And that guy with the "W" does grab it,

23   because you see the specific time when Mr. Pezzola gets up

24   and then actually grabs it.

25            So each one of the Government's pictures -- I

1    believe they start at Government Exhibit-1120 and they go to

2    1130 -- each one of those shows the series of events as to

3    where Mr. Pezzola -- or as to when Mr. Pezzola's on his

4    back, but they -- and in those pictures, you see the guy

5    with the "W" have his hand on the shield throughout certain

6    parts of that timeline, but they conveniently leave out the

7    part where Mr. Pezzola's getting up.  So I have no idea

8    where this camera came from, but the most convenient part of

9    the whole equation is just stopped and doesn't exist.  But

10   you could see the course of events that happened as to him

11   getting the shield.  Was this appropriate?  No.  Should he

12   have been getting a police shield?  No.  But the

13   circumstances there that day were substantial.  The police

14   started firing down.  The police actually did start

15   agitating the crowd.  The police created chaos upon chaos.

16   When there's already a bunch of people in a crowd who are

17   dealing with what's going on and voicing their frustrations

18   out, the police amped them up.  They wanted that to happen.

19   And in doing it, all the people who were in that specific

20   vicinity were in danger.  Look at Joshua Black's face.  If

21   you would have got hit with one of those balls in the

22   temple, you probably could have died.  You probably could

23   have lost an eye.  That was actually happening.  And that

24   was happening in those split seconds that Counts 9 and 10

25   happened.  And in doing so, you guys have a self-defense

1    claim as well and jury instructions on self-defense.

2         So in holding the Government to its high burden

3    and high standards of proving each and every element of

4    self-defense, I ask you to do so with regards to

5    self-defense, as well.  They have the burden to disprove

6    self-defense, not the other way around.  We met our burden

7    of producing evidence that self-defense is a potential claim

8    for Mr. Pezzola; then the burden shifts to the Government

9    for them to disprove self-defense.  And I ask you guys to

10   think about how much time was actually spent on self-defense

11   yesterday, and the answer is none.  They didn't even dispute

12   that yesterday.  They didn't even dispute my claims.  They

13   didn't say to you, "Hey, ladies and gentlemen of the jury,

14   let's look at the self-defense instruction and let's go

15   through the elements of self-defense and how we could

16   disprove it."  No, they're going to wait until the end here.

17   They're going to wait until they have their -- the last word

18   in trying to get you to believe that they could disprove

19   self-defense.  I ask you guys to take this into

20   consideration, the self-defense element -- or claim.

21        I also ask you to take into consideration that

22   there's a lesser included offense of robbery, and that's

23   theft.  And theft has the words "to deprive" -- not

24   "permanently deprive" -- "to deprive another individual of

25   property."  So if robbery wanted it to be "to deprive," it

1    wouldn't just use that one word.  Instead, robbery uses the

2    words "permanently deprive."  "Permanent."  I want you to

3    think about a regular robbery.  Use your common sense.  When

4    you think of robbery, what do you think about?  You think

5    about someone holding a gun to someone's head and saying,

6    "Give me this."  You think about someone saying, "I have a

7    gun in my pocket and I will use it if you don't give me that

8    money."  You don't think about people getting shot in the

9    face from an elevated position, having to duck, trying to

10   figure out what's going on, people pushing you from one

11   side, another side, officers coming in this way,

12   (indicating.)  That's not a robbery in any sense of the

13   word, in any sense of how it was ever defined.  Take that

14   into consideration.

15           Take into consideration the specific language of

16   self-defense.  Dominic Pezzola has offered evidence that he

17   acted in self-defense and/or defense of another.  The use of

18   force is justified when a person reasonably believes that

19   force is necessary for the defense of oneself or another

20   against the immediate use of unlawful force.  That is

21   precisely what happened at this point in time.

22   Unfortunately, it led to Mr. Pezzola getting a shield, but

23   that's what happened on January 6th.  Does that mean that

24   Mr. Pezzola was receiving these demands from an ivy [sic]

25   tower in Baltimore where Tarrio was telling him, "Hey, get

1    that shield; hey, go break that window"?  No, this is to

2    dirty up all these other defendants.  That's why Dominic

3    Pezzola's in this case.  He doesn't even know these guys,

4    never knew these guys, never agreed to anything with these

5    guys, and yet they want you to believe this was

6    orchestrated, this was coordinated, this was planned out.

7    You've heard people come in and testify, "These guys

8    couldn't handle ordering McDonald's."  They're going to plan

9    out three breaches, to getting a shield, to figuring out a

10   way to duck flash-bangs, and then try to tell you, "Oh, it

11   wasn't a flash-bang"?  What was it?  Oh, hang on a second.

12   I forgot about that one.  It's not a flash-bang,

13   Mr. Pezzola.  What was it here?

14              (Brief pause.)

15              It was a sting-ball.  Sting-ball.  You guys saw

16   those videos.  People are standing there and they're

17   throwing sting-balls up in the air.  I mean, common sense

18   tells you.  What do you do?  You roll those on the floor.

19   You get people out of the area.  You roll it by -- you roll

20   it past people.  You don't throw those up in a crowd.

21   Picture me taking a sting-ball and throwing it right over

22   there, (indicating) right now.  What do you think half of

23   those people would do?  They'd be pissed off.  They'd be

24   yelling at who threw the ball at them.  They'd all be

25   scattering.  There would be craziness.  That's who we're

1    talking about here.  And then he ends up making his way up

2    to an area after all the flash-bangs or sting-balls, and

3    that's where he broke the window and goes in the building.

4           Do the right thing for Dominic Pezzola.  Let's do

5    justice here.  If you have a conviction on something on your

6    mind, I ask that you hold onto it and discuss it.  Go

7    through the evidence.  Stay firm on that conviction.  Not in

8    holding him guilty, but a conviction in your mind as to a

9    certain belief that you have and you hold strongly.  Discuss

10   it with your fellow jurors.

11          There are different scenarios that can be

12   considered with regards to the robbery count.  Permanently

13   depriving, self-defense, defense of others, not this grand

14   scheme idea and plan.  Don't believe what they -- the

15   Government wants you to believe that somehow somebody else

16   had something to do with Pezzola getting that shield, how

17   somebody had something to do with Pezzola breaking that one

18   window, because it doesn't exist.  Do the right thing.

19   Think about this evidence in thinking about whether or not

20   Dominic Pezzola was involved in any agreement or any

21   conspiracy.  Read this language of seditious conspiracy,

22   overthrowing your government's authority to act as the

23   government.  Don't fall for this trap.  My colleague

24   Nicholas Smith said, I think, that the Government's case was

25   held together by paperclips and tape, and it's sad to say

1    it's true when it comes to those scenarios.

2            So once again, I'm not sitting here saying find

3    Mr. Pezzola not guilty of everything.  I'm saying go by this

4    count by count, piece by piece.  You determine the facts.

5    You are empowered to do that.  Use your power right now to

6    do the right thing and to do justice.  Put your politics

7    aside.  Do not speculate.  Do not just believe that people

8    are lying to you when they're not lying to you.  Look at the

9    facts as to the people who were lying to you guys.  Look at

10   the people who lied time and time and time again, and the

11   Government didn't care that they lied so long as they came

12   in here and told you whatever crap they wanted to tell you,

13   which is that there was some sort of an agreement and plan

14   amongst these guys.  Because it never existed in the first

15   place.  Dominic Pezzola is a pawn.  He's a pawn to muddy,

16   dirty up, and to destroy these other men, and in that

17   process, they don't give a crap about how much they destroy

18   his life.  And I ask you guys to see through this madness.

19   And I thank you.  And I'm sorry it took so long, but we're

20   here now, and this power is being passed on to you.  And I

21   ask you to do the right thing.  Look for doubt.  You're all

22   reasonable people.  If you doubt something, that doubt is

23   reasonable, and it applies to every count of conspiracy; it

24   applies to anything that they try to say that is

25   co-conspirator liability with regards to Mr. Pezzola, which

20073

1    is Count 6.  Count 7, less than $1,000.  Count 8, Count 9,

2    two assaults, no co-conspirator liability.  And Count 10 is

3    the robbery.  Consider "permanently deprived" and

4    self-defense.  And I thank you.  Do the right thing.

5                 THE COURT:  Ladies and gentlemen, it's time for

6    our lunch break.  So it's 12:25.  We'll see you back here at

7    1:30.

8                 (Jury returned to jury room.)

9                 THE COURT:  All right.  See everyone at 1:30.

10                THE DEPUTY CLERK:  All rise.  This Honorable Court

11   stands in recess until the return of Court at 1:30.

12                (Luncheon recess taken at 12:26 p.m.)

13                      * * * * * * * * * * *

14            **CERTIFICATE OF OFFICIAL COURT REPORTER**

15   **I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify**

16   **that the above and foregoing constitutes a true and accurate**

17   **transcript of my stenographic notes and is a full, true and**

18   **complete transcript of the proceedings to the best of my**

19   **ability, dated this 25th day of April 2023.**

20                            **/s/Timothy R. Miller, RPR, CRR, NJ-CCR**
                              **Official Court Reporter**
21                            **United States Courthouse**
                              **Room 6722**
22                            **333 Constitution Avenue, NW**
                              **Washington, DC 20001**

23

24

25

**$**

**$1,000** [1] - 20073:1
**$774** [1] - 20061:19

**/**

**/s/Timothy** - 20073:20

**0**

**06511** [1] - 19976:22

**1**

**1** [4] - 19978:3, 19978:9, 19978:13, 20059:1
**1,000** [1] - 20059:19
**1-ETHAN** [1] - 19976:4
**10** [11] - 20023:11, 20030:7, 20032:22, 20034:9, 20034:12, 20058:19, 20063:5, 20063:18, 20065:25, 20067:24, 20073:2
**100** [2] - 19985:18, 20048:20
**10003** [1] - 19976:18
**10016** [1] - 19977:13
**1014** [1] - 19977:9
**10:00** [5] - 20023:9, 20023:10, 20048:12, 20048:13, 20048:17
**113** [1] - 19977:15
**1130** [1] - 20067:2
**12-gauge** [2] - 20056:15, 20056:18
**12:00** [2] - 20023:10
**12:17** [3] - 19990:23, 20010:9
**12:25** [1] - 20073:6
**12:26** [1] - 20073:12
**12:53** [2] - 19991:3, 20010:9
**12:54** [1] - 20049:8
**12:55** [1] - 20049:8
**12th** [12] - 19991:12, 19992:17, 19995:22, 19995:25, 19997:10, 19997:17, 20001:1, 20012:13, 20042:24, 20044:2, 20054:4, 20054:5
**14** [1] - 20053:24
**1420** [1] - 19976:24
**146** [1] - 20056:15
**14th** [3] - 20000:4, 20000:8, 20000:12

**153** [1] - 19977:5
**15th** [1] - 20001:4
**1776** [3] - 20021:2, 20021:8, 20028:2
**18** [2] - 20023:24, 20024:1
**18th** [2] - 20000:13, 20016:21
**19th** [4] - 19995:13, 20001:9, 20031:11, 20054:13
**1:00** [1] - 20049:17
**1:21-cr-00175-TJK-1** [1] - 19976:2
**1:21-cr-00175-TJK-2** [1] - 19976:3
**1:21-cr-00175-TJK-3** [1] - 19976:3
**1:21-cr-00175-TJK-5** [1] - 19976:4
**1:21-cr-00175-TJK-6** [1] - 19976:4
**1:30** [3] - 20073:7, 20073:9, 20073:11
**1st** [2] - 19976:21, 20001:17

**2**

**2** [6] - 19978:4, 19978:9, 19978:14, 20045:17, 20045:21, 20059:1
**2,722** [1] - 20056:16
**2-JOSEPH** [1] - 19976:5
**20** [1] - 20048:8
**20001** [2] - 19977:19, 20073:22
**20005** [1] - 19976:25
**202** [3] - 19976:15, 19976:25, 19977:20
**2020** [2] - 19999:22, 20053:24
**2021** [2] - 20001:17, 20045:15
**2022** [3] - 20016:21, 20016:22
**2023** [2] - 19976:6, 20073:19
**203** [1] - 19976:22
**20530** [1] - 19976:15
**20777** [1] - 19977:3
**209** [1] - 19977:6
**20th** [1] - 19976:17
**21-175** [2] - 19978:2, 20034:15
**22** [2] - 20056:14, 20056:16
**22nd** [2] - 19999:22,

20016:22
**23** [1] - 20058:14
**24-hour** [1] - 20011:19
**240** [1] - 19977:3
**25** [1] - 19976:6
**252-7233** [1] - 19976:15
**253-0514** [1] - 19977:13
**25th** [2] - 19997:8, 20073:19
**27** [1] - 20056:16
**296** [1] - 20056:16
**2:40** [1] - 20058:15
**2A** [2] - 19994:9
**2nd** [10] - 20000:16, 20045:15, 20045:17, 20045:20, 20045:21, 20050:1, 20050:22, 20055:22

**3**

**3** [4] - 19978:4, 19978:10, 19978:14, 19994:20
**3,000** [1] - 20056:21
**3-ZACHARY** [1] - 19976:5
**30** [3] - 20010:7, 20012:7, 20012:8
**305** [2] - 19977:7, 19977:10
**30th** [2] - 20022:11, 20022:16, 20054:17
**33012** [1] - 19977:9
**33014** [1] - 19977:6
**333** [2] - 19977:19, 20073:22
**35** [1] - 20056:18
**354-3111** [1] - 19977:20
**36** [2] - 19991:3, 20010:9
**380** [1] - 20056:19
**383** [1] - 19976:21
**393-3017** [1] - 19976:22
**3:00** [1] - 20058:20
**3rd** [1] - 20000:19

**4**

**4** [1] - 20059:1
**403-7323** [1] - 19977:7
**42** [2] - 20029:3, 20056:18
**429-6520** [1] - 19976:25
**47** [1] - 19999:18

**472-3391** [1] - 19977:3
**49** [1] - 19977:9
**4r** [1] - 19976:18
**4th** [16] - 19976:14, 19992:16, 20000:1, 20001:24, 20002:8, 20002:10, 20002:21, 20010:15, 20045:18, 20045:21, 20045:22, 20046:23, 20046:24, 20050:10, 20055:24

**5**

**5** [4] - 19978:5, 19978:11, 19978:15, 19994:20
**5-ENRIQUE** [1] - 19976:6
**5.56** [1] - 20056:17
**50** [1] - 19995:5
**500,000** [2] - 20021:24, 20046:6
**555** [1] - 19976:14
**59047** [1] - 19977:16
**5th** [16] - 19992:23, 19992:24, 20000:1, 20011:13, 20012:21, 20023:15, 20045:19, 20045:20, 20045:22, 20046:22, 20048:5, 20048:9, 20050:13, 20053:22, 20056:1

**6**

**6** [9] - 19978:5, 19978:12, 19978:15, 19994:20, 20059:2, 20059:3, 20059:4, 20059:10, 20073:1
**6-DOMINIC** [1] - 19976:6
**6175** [1] - 19977:5
**646** [1] - 19977:13
**6722** [2] - 19977:18, 20073:21
**6th** [65] - 19977:12, 19991:10, 19991:21, 19992:1, 19992:5, 19992:7, 19992:10, 19992:13, 19992:14, 19993:8, 19994:2, 19994:24, 19995:1, 19995:5, 19998:7, 19998:8, 20001:18, 20001:25, 20002:4, 20006:11, 20012:14, 20012:19, 20013:8, 20014:4, 20014:22,

20016:23, 20019:22, 20022:3, 20022:10, 20022:17, 20022:24, 20023:8, 20023:16, 20023:22, 20025:21, 20025:22, 20025:24, 20026:4, 20028:17, 20028:20, 20028:22, 20028:25, 20029:2, 20029:17, 20031:12, 20031:14, 20031:19, 20031:23, 20043:3, 20044:18, 20046:22, 20047:1, 20047:10, 20048:5, 20048:10, 20048:13, 20049:25, 20050:14, 20052:17, 20052:19, 20053:5, 20053:12, 20053:23, 20057:6, 20069:23

**7**

**7** [5] - 19976:17, 19994:20, 20059:3, 20059:11, 20073:1
**71** [1] - 19976:8
**7166** [1] - 19977:2
**764-9347** [1] - 19977:16
**775** [1] - 19977:16
**7th** [1] - 20000:24

**8**

**8** [8] - 19994:20, 20056:19, 20061:23, 20062:9, 20062:23, 20063:6, 20073:1
**822-2901** [1] - 19977:10
**8th** [1] - 20000:3

**9**

**9** [7] - 19994:20, 20063:3, 20063:4, 20063:7, 20063:18, 20067:24, 20073:1
**90** [2] - 20026:10, 20045:24
**902-3869** [1] - 19976:19
**917** [1] - 19976:19
**99** [1] - 19977:12
**9:00** [1] - 19976:6
**9mm** [1] - 20056:15
**9th** [2] - 20000:5, 20016:22

# A

**a.m** [4] - 19976:6, 20048:12, 20048:13, 20048:17

**Aaron** [3] - 20028:18, 20048:1, 20048:3

**abets** [2] - 20061:1

**abetted** [1] - 20062:10

**abetting** [4] - 20060:13, 20060:17, 20060:19, 20060:25

**abiding** [1] - 20007:1

**ability** [2] - 20037:12, 20073:19

**able** [20] - 19984:22, 19984:23, 19985:16, 19988:24, 19994:6, 19999:20, 20023:1, 20023:25, 20038:21, 20039:1, 20040:11, 20040:12, 20040:13, 20041:22, 20042:25, 20043:2, 20047:23, 20047:24, 20054:19, 20056:24

**absolutely** [5] - 19984:4, 19985:14, 19985:17, 20002:24, 20055:17

**absurd** [5] - 20004:10, 20015:1, 20015:10, 20061:20

**access** [3] - 20013:5, 20013:6, 20057:10

**accomplice** [2] - 20060:25, 20061:1

**accomplish** [1] - 20025:6

**account** [2] - 20005:5, 20054:12

**accountable** [3] - 20038:10, 20038:11, 20041:14

**accounts** [1] - 20043:19

**accurate** [2] - 20048:20, 20073:16

**accuse** [1] - 20004:18

**accused** [3] - 20038:1, 20038:2, 20038:15

**accuses** [1] - 19994:18

**act** [3] - 20003:17, 20051:18, 20071:22

**acted** [13] - 19986:4, 19987:2, 19987:3, 19987:6, 19987:7, 20041:11, 20052:4, 20052:5, 20058:6,

20058:7, 20061:13, 20069:17

**action** [1] - 20029:25

**actions** [6] - 19990:13, 19996:17, 20004:18, 20015:3, 20038:10, 20058:5

**active** [1] - 20028:16

**activity** [1] - 20024:22

**actual** [3] - 20011:3, 20016:11, 20051:6

**added** [1] - 20050:1

**adding** [1] - 20042:15

**additionally** [3] - 20006:23, 20018:19, 20019:19

**address** [5] - 19987:10, 20034:7, 20034:8, 20035:3, 20036:11

**administrative** [1] - 20019:11

**admire** [1] - 20038:25

**admit** [1] - 20027:23

**admits** [1] - 20066:13

**admitted** [1] - 20026:17

**advance** [1] - 20018:17

**advised** [1] - 19999:24

**advising** [1] - 20024:3

**affect** [3] - 19990:6, 19990:8, 20009:6

**affects** [2] - 20032:11

**African** [1] - 19996:15

**age** [1] - 20052:25

**agencies** [1] - 19999:5

**agency** [2] - 20001:19, 20027:15

**agenda** [2] - 20023:8, 20023:17

**Agent** [18] - 19998:15, 20011:24, 20015:24, 20020:23, 20021:1, 20021:6, 20021:8, 20021:10, 20021:16, 20021:23, 20022:3, 20024:5, 20025:11, 20026:6, 20026:11, 20026:13, 20027:9, 20029:10

**agent** [14] - 20016:6, 20020:8, 20020:9, 20020:11, 20021:11, 20024:5, 20024:7, 20027:10, 20027:16, 20027:17, 20027:19, 20027:25, 20029:11, 20029:19

**agents** [6] - 20016:7, 20016:20, 20024:9,

20027:14, 20028:8, 20028:9

**aggressors** [2] - 20064:7, 20064:17

**agitating** [1] - 20067:15

**agitators** [2] - 20064:7, 20064:17

**ago** [1] - 20013:19

**agree** [3] - 20018:2, 20026:11, 20037:15

**agreed** [8] - 20012:7, 20020:24, 20021:1, 20021:8, 20021:15, 20028:14, 20029:3, 20070:4

**agreement** [16] - 20013:12, 20015:13, 20029:15, 20031:17, 20042:20, 20043:24, 20047:5, 20048:14, 20049:25, 20050:12, 20056:2, 20057:16, 20059:7, 20062:24, 20071:20, 20072:13

**agreements** [5] - 20017:22, 20017:25, 20042:18, 20042:19, 20050:9

**ahead** [1] - 19987:19

**aided** [3] - 19977:21, 20061:10, 20062:10

**aiding** [5] - 20060:13, 20060:17, 20060:19, 20060:25, 20062:11

**aids** [2] - 20060:25, 20061:1

**air** [1] - 20070:17

**al** [1] - 20034:16

**Ali** [1] - 20043:22

**allegations** [1] - 20014:3

**allegedly** [1] - 20050:8

**alleges** [1] - 20029:2

**alleging** [2] - 20004:21, 20051:18

**allow** [3] - 20041:19, 20052:7, 20052:13

**allowed** [2] - 20003:4, 20003:5

**almost** [1] - 20045:24

**alone** [3] - 20052:4, 20056:22, 20058:6

**altercations** [1] - 19998:5

**amazing** [1] - 19991:11

**Amendment** [2] - 20003:5, 20026:13

**Amendment-**

**protected** [2] - 20003:5, 20026:13

**AMERICA** [1] - 19976:2

**America** [3] - 19978:3, 20034:15

**American** [1] - 19996:15

**amount** [2] - 20056:13, 20061:21

**amped** [1] - 20067:18

**analysis** [2] - 19992:19, 20019:13

**analyze** [1] - 20024:21

**anger** [3] - 19991:10, 20042:6, 20042:7

**angle** [1] - 19999:1

**angry** [2] - 20022:5, 20042:8

**animus** [2] - 20025:8, 20025:9

**anonymous** [2] - 20047:15, 20047:22

**answer** [1] - 20068:11

**answers** [1] - 20010:17

**anticipate** [1] - 20013:5

**anticipated** [1] - 20013:6

**anticipating** [1] - 20029:21

**Antifa** [9] - 19995:18, 19995:19, 19995:21, 19997:18, 20013:16, 20022:5, 20022:7, 20026:14

**anyway** [1] - 20036:17

**apart** [2] - 20014:3, 20028:22

**appearances** [1] - 20023:5

**APPEARANCES** [2] - 19976:11, 19977:1

**apple** [1] - 19988:20

**application** [1] - 19984:10

**applies** [3] - 19985:21, 20072:23, 20072:24

**apply** [2] - 20037:6, 20062:9

**approach** [1] - 20063:25

**approached** [2] - 20016:20, 20062:16

**appropriate** [2] - 20032:4, 20067:11

**April** [2] - 19976:6, 20073:19

**AR-15** [2] - 20056:14,

20056:24

**area** [4] - 20058:25, 20063:20, 20070:19, 20071:2

**argue** [10] - 19985:3, 19985:7, 19985:8, 19985:9, 19986:3, 19987:11, 19989:3, 20036:9, 20036:15, 20037:9

**argued** [2] - 19987:1, 20016:4

**arguing** [6] - 19985:15, 19987:9, 19988:19, 20016:16, 20036:9, 20038:6

**argument** [15] - 19985:15, 19985:17, 19985:22, 19986:2, 19986:12, 19986:13, 19987:1, 19987:12, 19987:15, 19988:12, 19989:17, 20002:1, 20004:10, 20015:11, 20036:3

**arguments** [9] - 19987:11, 19987:21, 19987:22, 19993:2, 19993:4, 19996:21, 19998:16, 20025:16, 20044:10

**armed** [1] - 20056:20

**army** [1] - 20056:20

**arrest** [4] - 19993:9, 20002:9, 20002:14, 20010:18

**arrested** [7] - 19992:16, 19993:7, 19993:8, 20008:18, 20028:15, 20046:24, 20050:10

**arrive** [1] - 20002:18

**arriving** [2] - 20002:8, 20010:15

**art** [2] - 20048:1, 20048:3

**ashamed** [1] - 20066:16

**aside** [12] - 19995:16, 20005:25, 20006:8, 20006:10, 20006:12, 20006:13, 20040:10, 20040:11, 20040:19, 20047:8, 20072:7

**assault** [4] - 19987:3, 19987:8, 20016:15, 20062:21

**assaults** [1] - 20073:2

**assigned** [1] - 20027:13

20076

**assistant** [1] - 20000:9
**Assistant** [1] - 20001:5
**assisted** [1] - 20061:10
**assisting** [1] - 20062:12
**assume** [1] - 19985:21
**AT** [1] - 19977:15
**attack** [7] - 19990:5, 19994:13, 19999:1, 19999:2, 20011:8, 20013:13, 20025:22
**attacked** [1] - 19995:18
**attacking** [1] - 20026:14
**attempt** [6] - 19998:13, 20013:13, 20015:22, 20025:3, 20061:18, 20062:13
**attempted** [1] - 20004:15
**attempting** [2] - 20004:3, 20005:1
**attention** [6] - 20003:17, 20003:18, 20003:19, 20007:19, 20037:16, 20043:3
**attorney** [3] - 19994:9, 20007:12
**ATTORNEY** [1] - 19977:15
**ATTORNEY'S** [1] - 19976:14
**attorneys** [1] - 20044:9
**audio** [1] - 20016:2
**AUSA** [1] - 20039:16
**authority** [9] - 19987:20, 19988:9, 19988:14, 19989:6, 20034:18, 20039:12, 20043:5, 20071:22
**Avenue** [3] - 19977:12, 19977:19, 20073:22
**aware** [8] - 19989:24, 19994:8, 19995:5, 20001:13, 20006:18, 20018:25, 20019:1, 20026:10

## B

**B.A** [1] - 19976:12
**back-the-blue** [1] - 19996:10
**background** [2] - 19990:3, 19998:3

**backgrounds** [1] - 20007:9
**bad** [3] - 20020:16, 20063:13, 20063:14
**baffling** [1] - 20052:8
**balcony** [1] - 20065:2
**ball** [4] - 20070:15, 20070:21, 20070:24
**balls** [3] - 20067:21, 20070:17, 20071:2
**Baltimore** [5] - 19992:15, 19995:2, 19995:9, 20012:16, 20069:25
**bang** [2] - 20070:11, 20070:12
**bangs** [2] - 20070:10, 20071:2
**banner** [3] - 19992:18, 19993:7, 19993:11
**barely** [2] - 20039:4, 20058:21
**barricades** [4] - 19992:13, 20022:18, 20049:8, 20049:9
**barriers** [2] - 20002:15, 20010:2
**bars** [1] - 20004:14
**base** [1] - 20020:17
**based** [19] - 19993:19, 20001:14, 20001:21, 20005:25, 20006:8, 20006:22, 20013:3, 20015:5, 20015:15, 20019:13, 20021:17, 20028:11, 20039:23, 20040:20, 20058:7, 20060:13, 20062:2, 20062:21, 20066:4
**basis** [1] - 20030:9
**Bat** [1] - 20044:13
**Bat-Signals** [1] - 20044:13
**bear** [1] - 19994:10
**beaten** [1] - 20052:15
**Beatty** [1] - 19996:16
**beautiful** [1] - 19991:11
**became** [2] - 19994:8, 19997:6
**become** [1] - 20028:16
**beer** [1] - 20014:19
**BEFORE** [1] - 19976:9
**begin** [2] - 19989:9, 19991:19
**beginning** [4] - 19993:4, 20001:11, 20010:24, 20036:16
**behalf** [3] - 19989:18, 20016:5, 20036:3

**behavior** [1] - 20008:5
**behind** [6] - 20004:14, 20026:10, 20049:14, 20052:14, 20063:24, 20065:1
**belabor** [2] - 20009:14, 20030:10
**belief** [2] - 20052:15, 20071:9
**beliefs** [2] - 20003:11, 20052:18
**believes** [1] - 20069:18
**belong** [1] - 20003:9
**belongings** [1] - 20011:15
**below** [2] - 19999:14, 20000:21
**belt** [2] - 20066:18, 20066:19
**Ben** [1] - 19999:11
**benefit** [3] - 20015:16, 20018:3, 20018:4
**benefits** [4] - 20008:7, 20014:16, 20015:5, 20016:25
**Benefits** [4] - 20003:10, 20015:6, 20015:9, 20015:10
**Bertino** [37] - 19995:24, 19996:14, 19998:5, 19998:6, 19998:7, 20008:16, 20008:24, 20015:19, 20015:20, 20015:24, 20016:7, 20016:9, 20016:19, 20017:6, 20017:21, 20018:3, 20023:15, 20023:16, 20023:17, 20023:21, 20028:3, 20028:7, 20028:18, 20029:20, 20050:3, 20054:23, 20055:7, 20055:15, 20055:19, 20056:6, 20056:14, 20056:19, 20056:22, 20057:4, 20057:19
**Bertino's** [3] - 20023:19, 20055:11, 20057:4
**best** [1] - 20073:18
**better** [1] - 20009:23
**between** [13] - 19991:24, 19998:11, 20008:22, 20010:10, 20023:9, 20024:25, 20026:16, 20029:3, 20045:25, 20046:20, 20050:9, 20059:7

**Bevelyn** [1] - 19996:15
**beyond** [1] - 20007:15
**Bianca** [2] - 19993:25, 19994:8
**bias** [1] - 20009:5
**biased** [1] - 20009:2
**Biden** [2] - 20004:13, 20013:19
**big** [4] - 20027:12, 20029:12, 20066:6, 20066:8
**bigger** [1] - 20063:20
**biggest** [1] - 20056:12
**Biggs** [9] - 19978:4, 19978:14, 19991:25, 20029:3, 20042:2, 20043:9, 20043:10, 20049:11, 20049:15
**BIGGS** [1] - 19976:5
**bit** [6] - 20011:16, 20049:10, 20051:16, 20053:1, 20053:12, 20065:4
**bites** [1] - 19988:20
**Black** [3] - 20013:16, 20064:22, 20065:7
**Black's** [2] - 20065:6, 20067:20
**Blackbeard** [1] - 20028:18
**blame** [3] - 20015:2, 20015:7, 20017:16
**blamed** [2] - 20014:25, 20015:5
**blend** [1] - 20049:4
**blind** [1] - 20015:21
**blue** [5] - 19996:10, 20002:2, 20064:9, 20064:10, 20065:14
**boisterous** [1] - 20052:13
**bolts** [2] - 20051:6, 20051:9
**boom** [5] - 20064:20, 20065:9
**Boots** [5] - 20019:20, 20019:23, 20045:18
**bothered** [1] - 20003:14
**bottle** [6] - 20061:24, 20062:3, 20062:5, 20062:10, 20062:13, 20063:6
**bottom** [4] - 20002:2, 20003:25, 20021:19, 20023:5
**bouncing** [1] - 20024:25
**box** [3] - 19989:13,

20030:18, 20035:24
**boxing** [2] - 20052:23, 20053:9
**Boy** [1] - 20054:5
**boy** [2] - 20016:14, 20023:20
**Boys** [27] - 19995:17, 19995:23, 19996:9, 19996:23, 19997:3, 19997:5, 19997:22, 19998:21, 20000:11, 20001:7, 20001:13, 20001:22, 20002:12, 20002:20, 20006:10, 20006:18, 20012:13, 20013:9, 20022:4, 20027:21, 20029:14, 20029:23, 20042:10, 20052:10, 20052:15, 20054:3, 20054:4
**boys** [2] - 19996:2, 20023:21
**brain** [1] - 20017:11
**brave** [1] - 20031:22
**breach** [2] - 19991:4, 20050:16
**breached** [1] - 20058:8
**breaches** [1] - 20070:9
**break** [6] - 19987:24, 20032:20, 20034:6, 20060:11, 20070:1, 20073:6
**breakfast** [1] - 20048:6
**breaking** [3] - 20059:22, 20061:13, 20071:17
**breaks** [1] - 20060:9
**bridge** [1] - 20040:4
**Brief** [5] - 19989:11, 20034:13, 20035:13, 20035:22, 20060:23
**brief** [1] - 20070:14
**bring** [4] - 19978:17, 19989:9, 20032:20, 20035:4
**bringing** [2] - 20010:23, 20066:21
**brings** [1] - 20041:21
**broadcasters** [1] - 20014:16
**broke** [6] - 19994:17, 20041:12, 20052:1, 20058:11, 20061:22, 20071:3
**broken** [1] - 20061:8
**brotherhood** [1] - 20042:12

**brought** [1] - 20019:22
**brown** [2] - 20012:25
**buddies** [1] - 20049:1
**buffer** [1] - 19998:3
**build** [2] - 20030:18, 20030:22
**building** [9] - 20051:16, 20051:19, 20051:21, 20058:12, 20058:13, 20059:16, 20071:3
**bullets** [1] - 20056:21
**bullhorn** [1] - 19992:9
**bump** [1] - 20063:9
**bumping** [1] - 20064:13
**bunch** [5] - 20055:2, 20064:1, 20064:5, 20064:13, 20067:16
**burden** [19] - 19984:11, 19984:12, 19985:2, 19986:4, 19986:7, 19986:9, 19987:2, 19987:6, 19987:15, 19988:23, 19989:2, 20005:14, 20006:4, 20041:19, 20068:2, 20068:5, 20068:6, 20068:8
**burden-shifting** [1] - 19986:9
**burdens** [2] - 19984:11, 19985:2
**burning** [2] - 19992:17, 19993:11
**busting** [1] - 20060:4
**butchered** [1] - 19999:10
**button** [1] - 20024:20

## C

**Cain** [6] - 20018:11, 20018:12, 20018:19, 20019:2, 20019:14, 20028:5
**camera** [2] - 20011:14, 20067:8
**cameras** [1] - 20044:5
**Camiliere** [8] - 20021:1, 20021:16, 20024:6, 20025:5, 20025:11, 20026:6, 20026:11, 20026:13
**candor** [1] - 20026:3
**cannot** [6] - 19984:18, 20007:6, 20013:22, 20014:7, 20053:7, 20062:9

**capability** [1] - 20009:6
**capacity** [5] - 19992:18, 20010:1, 20010:19, 20010:22, 20010:25
**capital** [1] - 19990:14
**Capitol** [28] - 19990:17, 19991:7, 19991:20, 19991:22, 19992:14, 19999:11, 20001:20, 20003:22, 20009:19, 20009:21, 20009:22, 20010:9, 20012:5, 20012:10, 20013:6, 20013:7, 20013:13, 20022:20, 20023:12, 20023:14, 20023:18, 20025:22, 20026:5, 20051:19, 20058:16, 20058:25, 20066:6, 20066:8
**car** [1] - 20012:20
**cards** [1] - 19988:23
**care** [4] - 20041:9, 20048:23, 20065:11, 20072:11
**career** [1] - 20029:11
**careful** [1] - 20007:5
**Carmen** [2] - 19977:2, 19978:11
**Carolina** [3] - 20055:1, 20055:2, 20055:21
**Carolyn** [1] - 19999:9
**Carroll** [2] - 19999:9, 20001:6
**case** [46] - 19985:14, 19985:18, 19986:23, 19986:25, 19987:13, 19991:14, 19992:12, 19994:5, 19998:25, 20002:10, 20004:2, 20004:19, 20004:20, 20006:1, 20006:9, 20007:3, 20007:15, 20008:14, 20008:15, 20008:17, 20011:4, 20015:17, 20018:10, 20018:21, 20020:9, 20020:10, 20025:2, 20025:11, 20026:9, 20027:12, 20027:13, 20028:8, 20029:12, 20030:23, 20032:3, 20032:7, 20036:13, 20040:14, 20043:9, 20045:25, 20046:2, 20060:21, 20060:22, 20070:3, 20071:24
**cases** [4] - 19985:13,

20014:8, 20014:12, 20039:8
**cats** [1] - 19997:17
**caught** [3] - 20014:4, 20032:9, 20056:25
**caused** [4] - 19991:8, 19991:10, 19996:1, 19996:17, 19997:5
**causing** [1] - 19998:6
**caution** [1] - 20017:25
**CCR** [3] - 19977:17, 20073:15, 20073:20
**celebrity** [1] - 20043:14
**Cellebrite** [9] - 20018:18, 20019:2, 20019:7, 20019:12, 20019:16, 20021:13, 20021:14, 20021:15, 20028:13
**certain** [8] - 20003:3, 20003:17, 20004:22, 20065:8, 20066:9, 20066:10, 20067:5, 20071:9
**certainly** [1] - 20036:9
**CERTIFICATE** [1] - 20073:14
**certification** [5] - 19995:11, 20004:9, 20013:14, 20025:23, 20047:6
**certify** [1] - 20073:15
**cetera** [1] - 19986:25
**chain** [4] - 20000:10, 20001:5, 20001:19, 20063:17
**chairman** [1] - 20043:13
**chambers** [1] - 19987:22
**change** [2] - 20037:8, 20061:16
**chaos** [4] - 20028:15, 20064:5, 20067:15
**chaotic** [4] - 20013:7, 20046:24, 20050:11, 20064:3
**chapter** [5] - 20042:11, 20047:13, 20047:15, 20047:21, 20047:22
**chapters** [2] - 20047:12, 20047:14
**charge** [2] - 19990:16, 20020:11
**charged** [9] - 19992:20, 20010:25, 20011:6, 20014:3, 20015:12, 20030:1,

20039:2, 20039:10, 20061:6
**Charles** [2] - 20019:21, 20062:25
**chart** [1] - 20045:5
**charts** [2] - 20019:25, 20020:1
**chat** [4] - 20019:24, 20046:14, 20046:18, 20050:4
**chatbot** [1] - 20019:10
**chats** [17] - 19991:23, 19992:2, 19992:4, 19995:14, 19998:7, 20020:2, 20028:16, 20045:4, 20045:10, 20045:23, 20045:24, 20046:14, 20054:17, 20055:20, 20055:22
**check** [1] - 20026:7
**checks** [1] - 20065:5
**cherry** [3] - 20043:17, 20046:7, 20051:2
**cherry-picked** [3] - 20043:17, 20046:7, 20051:2
**Chief** [4] - 19999:8, 20001:5, 20001:20, 20009:23
**chief** [2] - 19999:12, 20000:9
**children** [1] - 20026:14
**chill** [1] - 20011:16
**chooses** [1] - 20053:14
**Chris** [1] - 20064:9
**cigar** [1] - 20054:6
**circular** [1] - 20065:9
**circulating** [1] - 20046:25
**circumstances** [1] - 20067:13
**citizens** [1] - 19990:2
**city** [1] - 19991:11, 20055:15
**civil** [3] - 19990:2, 20007:17, 20032:4
**civilization** [1] - 19990:5
**claim** [3] - 20068:1, 20068:7, 20068:20
**claimed** [1] - 19991:18
**claims** [2] - 19985:12, 20068:12
**classified** [1] - 20015:15
**Claw** [2] - 20008:12, 20014:20
**clear** [2] - 19987:4,

20026:8
**CLERK** [7] - 19978:2, 19989:12, 20034:11, 20034:14, 20035:23, 20047:20, 20073:10
**client** [8] - 19985:23, 19986:16, 19986:20, 19989:25, 19990:12, 20006:19, 20017:17, 20018:4
**clients** [1] - 20044:11
**close** [1] - 19987:19
**closed** [1] - 20031:20
**closing** [23] - 19984:9, 19984:15, 19984:17, 19984:21, 19984:25, 19986:14, 19987:1, 19987:21, 19988:22, 19989:10, 19989:17, 19993:1, 19993:4, 19996:21, 19998:16, 20025:16, 20034:9, 20036:3, 20036:14, 20036:16, 20037:14, 20039:16, 20044:9
**closings** [2] - 19978:18, 19985:19
**clouded** [1] - 20037:13
**co** [5] - 20043:8, 20059:9, 20062:8, 20072:25, 20073:2
**co-conspirator** [4] - 20059:9, 20062:8, 20072:25, 20073:2
**co-defendant** [1] - 20043:8
**Cochran's** [1] - 20036:14
**coined** [1] - 20025:12
**colleague** [8] - 19990:9, 19990:11, 19990:15, 20006:24, 20018:14, 20019:8, 20020:23, 20071:23
**colleagues** [1] - 20056:8
**collectively** [1] - 19991:13
**College** [1] - 20025:24
**colored** [1] - 20009:5
**colors** [4] - 20001:16, 20001:22, 20002:17, 20029:16
**COLUMBIA** [1] - 19976:1
**combination** [1] - 20040:21
**combine** [1] - 20015:23

**comfort** [1] - 20003:8
**coming** [20] - 20000:2, 20001:7, 20001:8, 20001:14, 20001:16, 20002:5, 20002:15, 20002:16, 20006:14, 20014:1, 20029:22, 20039:23, 20040:20, 20043:5, 20047:8, 20049:3, 20053:7, 20065:3, 20066:20, 20069:11
**command** [2] - 20000:10, 20001:19
**commence** [1] - 20015:24
**commences** [1] - 20017:6
**comment** [2] - 20037:13, 20049:23
**comments** [2] - 19997:4, 20024:19
**commit** [3] - 20003:21, 20004:17, 20030:12
**committed** [2] - 20007:24, 20061:6
**Committee** [1] - 20016:23
**committing** [1] - 20002:13
**common** [6] - 20003:2, 20003:12, 20007:13, 20056:12, 20069:3, 20070:17
**communicate** [1] - 20020:3
**communicated** [15] - 19991:22, 19999:22, 20000:5, 20000:8, 20000:13, 20000:16, 20000:19, 20001:4, 20001:25, 20009:23, 20009:24, 20019:23, 20029:1, 20042:20, 20048:15
**communicates** [2] - 20001:18, 20001:20
**communicating** [9] - 19992:1, 19992:2, 20000:20, 20000:21, 20001:8, 20002:3, 20028:21, 20063:10
**communication** [11] - 19999:7, 20013:11, 20018:18, 20019:6, 20019:21, 20043:16, 20044:14, 20046:20, 20054:18, 20056:2, 20056:3

**communications** [17] - 19998:11, 20000:6, 20000:23, 20001:6, 20001:14, 20019:3, 20019:8, 20019:16, 20020:12, 20022:16, 20023:21, 20023:24, 20024:2, 20044:12, 20045:23, 20045:25, 20046:13
**community** [1] - 19995:22
**company** [1] - 20024:15
**compelling** [1] - 20050:23
**complete** [2] - 20064:5, 20073:18
**completed** [1] - 20031:24
**completely** [10] - 19999:23, 20010:17, 20015:10, 20018:7, 20044:21, 20047:13, 20058:23, 20058:24, 20060:7, 20060:8
**compliment** [1] - 20037:14
**compounded** [1] - 20027:6
**computer** [3] - 19977:21, 20021:13, 20028:3
**computer-aided** [1] - 19977:21
**concerned** [3] - 20008:15, 20029:24, 20030:1
**conclusion** [3] - 20039:23, 20040:20, 20047:9
**conduct** [4] - 19985:18, 19985:19, 20018:20, 20019:14
**conducted** [1] - 20018:25
**confidential** [6] - 19993:15, 19993:17, 19993:20, 20027:20, 20027:22, 20027:24
**confirming** [1] - 20000:15
**confront** [1] - 20013:16
**confronted** [3] - 20016:10, 20016:16, 20027:22
**confused** [1] - 20047:2
**confusing** [1] -

19985:1
**Congress** [1] - 20031:23
**conjecture** [1] - 20039:22
**conjunction** [1] - 20063:6
**connect** [4] - 20030:20, 20031:5
**connected** [2] - 20025:4, 20029:4
**Conor** [2] - 19976:13, 19978:8
**consequence** [2] - 19994:21, 19994:23
**consider** [10] - 20003:2, 20003:15, 20009:4, 20009:10, 20017:21, 20037:4, 20059:5, 20062:23, 20065:24, 20073:3
**consideration** [9] - 20007:6, 20007:21, 20037:22, 20044:15, 20062:20, 20068:20, 20068:21, 20069:14, 20069:15
**considered** [4] - 20003:7, 20017:25, 20027:16, 20071:12
**considering** [3] - 20059:5, 20062:21, 20065:24
**consistencies** [1] - 20008:21
**conspiracies** [2] - 20024:8, 20043:5
**conspiracy** [36] - 19994:22, 19994:23, 19994:24, 20001:11, 20015:12, 20026:18, 20030:12, 20031:11, 20031:14, 20031:15, 20038:12, 20038:13, 20039:3, 20039:10, 20040:5, 20041:12, 20042:15, 20042:18, 20043:9, 20044:1, 20044:16, 20044:22, 20046:21, 20048:16, 20048:24, 20049:18, 20050:3, 20050:8, 20050:25, 20052:7, 20058:22, 20059:2, 20071:21, 20072:23
**conspirator** [5] - 20059:9, 20062:8, 20062:24, 20072:25, 20073:2
**constitutes** [1] -

20073:16
**Constitution** [4] - 19977:19, 20032:2, 20032:13, 20073:22
**constitutional** [1] - 20041:2
**construct** [1] - 20024:22
**contained** [1] - 20020:20
**continue** [3] - 19978:17, 20013:22, 20026:24
**continued** [3] - 20016:11, 20016:14, 20016:24
**CONTINUED** [1] - 19977:1
**continues** [1] - 20016:16
**contradicted** [1] - 20009:1
**contrary** [1] - 20029:21
**control** [6] - 19997:11, 19997:14, 19997:17, 19998:9, 20050:11
**controlling** [1] - 20003:20
**convenient** [1] - 20067:8
**conveniently** [1] - 20067:6
**conversations** [2] - 19999:4, 20044:12
**convict** [1] - 20017:14
**convicted** [1] - 20014:6
**conviction** [3] - 20071:5, 20071:7, 20071:8
**convince** [1] - 20015:22
**convinced** [1] - 20007:7
**cooperative** [1] - 20010:16
**coordinated** [1] - 20070:6
**core** [2] - 20011:5, 20025:19
**correct** [3] - 19985:25, 19999:19, 20016:5
**correctly** [1] - 20028:11
**counsel** [2] - 19978:18, 20032:25
**Count** [23] - 20059:2, 20059:3, 20059:4, 20059:10, 20059:11,

20061:23, 20062:9, 20062:23, 20063:3, 20063:4, 20063:5, 20063:6, 20063:7, 20063:18, 20065:25, 20073:1, 20073:2
**count** [12] - 20006:25, 20038:4, 20041:15, 20047:6, 20058:2, 20061:23, 20062:9, 20062:11, 20071:12, 20072:4, 20072:23
**counters** [1] - 20024:19
**countless** [1] - 20020:19
**country** [4] - 19991:1, 20013:3, 20037:1, 20037:3
**counts** [5] - 19994:20, 20032:15, 20042:15, 20058:1, 20059:1
**Counts** [3] - 19994:20, 20059:1, 20067:24
**county** [2] - 19993:12, 19993:13
**couple** [6] - 20013:19, 20040:8, 20054:1, 20054:3, 20058:11, 20059:25
**course** [7] - 20018:16, 20039:25, 20043:14, 20062:1, 20062:22, 20064:11, 20067:10
**courses** [2] - 20018:16, 20018:17
**COURT** [40] - 19976:1, 19978:16, 19983:23, 19984:5, 19985:1, 19985:5, 19985:20, 19986:1, 19986:15, 19986:19, 19987:17, 19988:3, 19988:6, 19988:8, 19988:11, 19989:6, 19989:9, 19989:14, 19989:20, 20014:10, 20018:24, 20026:23, 20029:9, 20032:17, 20032:19, 20032:24, 20034:5, 20034:17, 20034:24, 20035:7, 20035:11, 20035:16, 20035:18, 20035:21, 20035:25, 20045:2, 20047:18, 20073:5, 20073:9, 20073:14
**Court** [6] - 19977:17, 19977:18, 20034:11, 20073:10, 20073:11,

20073:20
**court** [14] - 19983:22, 19992:23, 19993:24, 20007:25, 20011:9, 20011:10, 20011:12, 20011:20, 20014:2, 20030:11, 20032:20, 20034:4, 20034:5, 20034:22
**court's** [2] - 20005:6, 20006:23
**courthouse** [1] - 20039:9
**Courthouse** [2] - 19977:18, 20073:21
**courtroom** [5] - 20005:24, 20038:24, 20039:5, 20043:8
**cover** [1] - 20008:19
**coverage** [2] - 20065:21, 20066:9
**CR** [1] - 19976:2
**crap** [3] - 20048:19, 20072:12, 20072:17
**Crawling** [1] - 20012:6
**craziness** [1] - 20070:25
**crazy** [2] - 20047:8, 20063:11
**create** [6] - 19991:21, 19996:17, 19997:21, 20053:19, 20053:20, 20053:21
**created** [18] - 19995:13, 19996:3, 19997:15, 19998:7, 20004:4, 20004:16, 20017:5, 20019:12, 20019:21, 20025:13, 20025:15, 20028:1, 20038:13, 20045:19, 20054:21, 20057:17, 20067:15
**creates** [2] - 20003:23, 20007:21
**creating** [2] - 19995:13, 19998:3
**credibility** [5] - 19999:1, 20005:12, 20007:20, 20008:1, 20015:17
**credible** [2] - 20036:22, 20036:23
**credit** [3] - 20009:1, 20018:8, 20031:21
**crew** [1] - 20012:17
**crews** [1] - 20011:14
**crime** [3] - 20003:21, 20007:24, 20060:20
**crimes** [1] - 20002:13

**criminal** [4] - 20039:5, 20039:6, 20039:8, 20044:1
**Criminal** [2] - 19978:2, 20034:15
**crisp** [1] - 19987:4
**critical** [2] - 20005:11, 20010:6
**cross** [6] - 19986:10, 19992:13, 20022:12, 20022:18, 20025:1, 20055:15
**cross-examination** [3] - 19986:10, 20025:1, 20055:15
**crossed** [1] - 20055:17
**crossing** [2] - 19998:5, 20057:4
**crowd** [7] - 19991:5, 20064:6, 20064:24, 20065:1, 20067:15, 20067:16, 20070:20
**crowds** [1] - 20065:10
**CRR** [3] - 19977:17, 20073:15, 20073:20
**CT** [1] - 19976:22
**culture** [3] - 20003:2, 20025:12, 20025:17
**custodial** [1] - 20015:14
**custody** [6] - 19993:5, 19993:6, 19993:10, 20008:17, 20012:15, 20015:13
**cut** [1] - 20057:1
**cynical** [2] - 20039:18, 20040:23

## D

**D.C** [30] - 19976:5, 19990:14, 19991:5, 19992:22, 19992:24, 19993:23, 19998:12, 19999:24, 20000:2, 20000:11, 20000:18, 20001:14, 20002:6, 20002:16, 20004:5, 20010:15, 20011:19, 20012:1, 20012:16, 20012:23, 20015:4, 20039:8, 20046:22, 20047:10, 20048:2, 20053:25, 20054:5, 20055:24, 20056:1
**damage** [1] - 20059:12
**damaged** [1] - 20060:8
**danger** [1] - 20067:20

**dangerous** [1] - 20040:21
**data** [1] - 20024:22
**date** [4] - 20001:9, 20001:10, 20050:1, 20050:7
**dated** [1] - 20073:19
**dates** [2] - 20025:1, 20045:11
**DAVID** [1] - 19976:17
**David** [1] - 19999:7
**DAY** [1] - 19976:8
**days** [6] - 20001:17, 20001:24, 20002:4, 20006:21, 20022:10, 20022:16
**dazzle** [1] - 20003:25
**DC** [4] - 19976:15, 19976:25, 19977:19, 20073:22
**dealing** [1] - 20067:17
**deals** [1] - 20057:2
**debate** [1] - 19996:22
**debriefing** [1] - 20022:9
**deceit** [1] - 20017:13
**deceitful** [1] - 20015:22
**deceive** [1] - 20013:25
**December** [24] - 19991:12, 19992:17, 19995:13, 19995:22, 19995:25, 19997:10, 19997:17, 20000:14, 20000:16, 20000:19, 20000:24, 20001:1, 20001:4, 20001:9, 20012:13, 20022:11, 20022:16, 20031:11, 20042:24, 20044:2, 20054:4, 20054:5, 20054:13, 20054:17
**decide** [2] - 19984:1, 20036:21
**decides** [2] - 20046:21, 20055:25
**decision** [2] - 20020:17, 20028:1
**decisions** [1] - 20058:7
**decorated** [1] - 19998:18
**defend** [2] - 20043:1
**Defendant** [15] - 19978:3, 19978:4, 19978:5, 19978:9, 19978:10, 19978:11, 19978:12, 19978:13, 19978:14, 19978:15
**defendant** [2] -

19984:12, 20043:8
**defendant's** [1] - 20007:7
**defendants** [6] - 20017:24, 20025:4, 20051:21, 20051:25, 20059:8, 20070:2
**Defendants** [3] - 19976:7, 19976:16, 19977:2
**defendants'** [1] - 19985:13
**defending** [4] - 20041:4, 20045:12, 20052:11, 20052:20
**defense** [39] - 19984:11, 19984:14, 19984:17, 19984:19, 19984:22, 19985:8, 19985:12, 19985:23, 19986:3, 19987:10, 19988:21, 19990:21, 19997:12, 20028:14, 20029:13, 20029:19, 20052:10, 20052:20, 20067:25, 20068:1, 20068:4, 20068:5, 20068:6, 20068:7, 20068:9, 20068:10, 20068:14, 20068:15, 20068:19, 20068:20, 20069:16, 20069:17, 20069:19, 20071:13, 20073:4
**Defense** [8] - 19995:15, 19996:3, 19996:18, 19997:15, 19999:8, 20045:12, 20045:14
**defenses** [1] - 20014:12
**deficient** [1] - 20024:17
**defined** [1] - 20069:13
**definitely** [1] - 19992:13
**definition** [1] - 20040:24
**deleted** [1] - 20021:23
**deliberate** [3] - 20005:7, 20005:19, 20005:21
**deliver** [1] - 20054:22
**delivering** [1] - 19998:22
**demands** [1] - 20069:24
**demeanor** [1] - 20008:4
**demonstrate** [1] -

19990:11
**demonstrative** [1] - 20044:24
**demonstratives** [1] - 20020:1
**denounce** [1] - 19996:23
**Department** [9] - 19998:19, 19999:6, 19999:7, 19999:8, 20001:13, 20009:19, 20009:25, 20010:13, 20027:11
**departments** [1] - 19998:12
**deprive** [7] - 20066:1, 20066:5, 20068:23, 20068:24, 20068:25, 20069:2
**deprived** [1] - 20073:3
**depriving** [1] - 20071:13
**DEPUTY** [7] - 19978:2, 19989:12, 20034:11, 20034:14, 20035:23, 20047:20, 20073:10
**deserves** [1] - 20018:2
**designed** [1] - 19990:5
**desire** [2] - 20009:6, 20025:22
**desperate** [2] - 20061:18, 20062:13
**destiny** [1] - 20032:11
**destroy** [2] - 20072:16, 20072:17
**destruction** [1] - 20059:3
**details** [5] - 20037:17, 20038:3, 20044:20, 20047:4, 20051:4
**determine** [5] - 20008:2, 20009:4, 20036:21, 20036:22, 20072:4
**determining** [3] - 20036:13, 20037:5, 20037:12
**detrimental** [1] - 20002:10
**dictionary** [1] - 20039:20
**died** [1] - 20067:22
**different** [16] - 19985:12, 19997:18, 19998:12, 20007:9, 20007:10, 20024:14, 20029:7, 20051:21, 20055:3, 20056:9, 20056:21, 20059:25,

20080

20063:14, 20064:1, 20071:11

**differently** [3] - 20053:1, 20053:15, 20053:16

**difficult** [1] - 19997:7

**digital** [1] - 20028:12

**Digital** [1] - 20018:11

**dignity** [3] - 20038:23, 20039:2, 20039:16

**dining** [1] - 20066:7

**direct** [1] - 20046:19

**direction** [3] - 19993:24, 19994:14, 20000:25

**directions** [2] - 20044:13, 20063:10

**directly** [1] - 20021:7

**dirt** [4] - 20042:3, 20042:5, 20046:3, 20046:8

**dirty** [4] - 20046:10, 20051:24, 20070:2, 20072:16

**disbelieve** [1] - 20009:7

**discredit** [3] - 19998:14, 19998:20, 20018:6

**discretionary** [1] - 20034:21

**discuss** [9] - 20002:17, 20002:18, 20002:19, 20002:20, 20036:11, 20058:1, 20071:6, 20071:9

**discussed** [1] - 20044:25

**discussing** [6] - 19994:19, 20007:25, 20013:22, 20013:23, 20026:4, 20057:18

**discussion** [1] - 20012:18

**dislike** [4] - 19990:6, 19990:7, 20004:6, 20025:24

**Disney** [1] - 20050:23

**disprove** [6] - 19985:22, 19986:10, 20068:5, 20068:9, 20068:16, 20068:18

**disproved** [1] - 19985:8

**dispute** [6] - 19984:13, 19984:19, 19988:21, 20059:12, 20068:11, 20068:12

**disputed** [1] - 20049:6

**disrespect** [1] -

20025:25

**DISTRICT** [3] - 19976:1, 19976:1, 19976:10

**distrustful** [1] - 20040:25

**divides** [1] - 20045:7

**document** [7] - 20021:3, 20021:4, 20021:8, 20021:17, 20028:2, 20028:7

**documentarian** [1] - 20012:12

**documents** [3] - 20004:23, 20015:16, 20023:8

**Dom** [27] - 20041:22, 20041:23, 20042:2, 20042:3, 20042:9, 20042:12, 20042:15, 20043:7, 20043:19, 20043:20, 20045:15, 20045:17, 20046:15, 20046:20, 20046:21, 20047:10, 20049:14, 20050:7, 20050:14, 20050:15, 20051:11, 20053:23, 20055:11, 20055:19, 20055:24, 20056:4, 20057:24

**Dom's** [2] - 20045:13, 20054:9

**Dominic** [57] - 19978:5, 20036:8, 20038:3, 20040:3, 20042:5, 20042:6, 20042:13, 20042:18, 20044:8, 20044:11, 20044:16, 20045:8, 20045:16, 20045:22, 20046:11, 20046:18, 20048:7, 20048:18, 20048:21, 20048:22, 20049:7, 20049:8, 20049:9, 20049:18, 20049:23, 20050:2, 20050:17, 20053:2, 20053:14, 20053:25, 20054:14, 20054:17, 20054:18, 20054:24, 20055:7, 20055:22, 20055:25, 20058:4, 20058:15, 20058:18, 20059:23, 20060:1, 20060:6, 20060:8, 20061:7, 20062:25, 20063:16, 20063:18, 20063:19, 20063:21, 20066:8, 20066:14, 20069:16, 20070:2,

20071:4, 20071:20, 20072:15

**Dominic's** [2] - 20057:5, 20064:19

**Donald** [15] - 19990:18, 19990:19, 19990:22, 19990:24, 19991:3, 19991:6, 19991:9, 19991:15, 19996:21, 19997:2, 19997:3, 20010:3, 20010:4, 20026:9, 20026:11

**done** [3] - 20009:23, 20028:10, 20035:20

**Donohoe** [8] - 20009:24, 20019:21, 20058:10, 20061:24, 20062:12, 20062:16, 20062:17, 20062:25

**Donohue** [2] - 19999:12, 20001:21

**doors** [1] - 20059:21

**double** [1] - 19986:8

**doubt** [13] - 20005:11, 20005:17, 20005:18, 20005:19, 20005:20, 20007:8, 20007:16, 20017:15, 20020:7, 20027:7, 20072:21, 20072:22

**down** [12] - 19993:24, 20003:18, 20014:14, 20016:25, 20041:17, 20045:6, 20046:22, 20055:2, 20065:3, 20066:6, 20066:19, 20067:14

**doxed** [1] - 20029:24

**doxing** [1] - 20029:24

**Dr** [1] - 20032:8

**drastic** [1] - 20037:8

**draw** [3] - 20043:2, 20048:12, 20049:16

**drawing** [1] - 20037:19

**dressed** [1] - 20002:21

**Drive** [1] - 19977:15

**Dubrowski** [15] - 19998:15, 20020:9, 20020:24, 20021:6, 20021:8, 20021:10, 20021:20, 20021:24, 20022:4, 20022:6, 20022:9, 20023:2, 20023:14, 20023:23

**Dubrowski's** [1] - 20046:6

**duck** [2] - 20069:9,

20070:10

**ducking** [2] - 20064:21, 20066:10

**during** [17] - 19984:15, 19986:10, 19990:20, 19994:22, 19996:20, 19996:21, 19998:10, 19998:14, 19998:16, 20021:6, 20023:6, 20025:1, 20025:16, 20027:17, 20050:19, 20057:3, 20062:1

**dust** [3] - 20038:13, 20050:20, 20063:2

**duties** [1] - 20040:14

**duty** [3] - 20007:17, 20032:4

---

**E**

---

**earliest** [1] - 20050:1

**early** [5] - 19990:9, 19991:13, 19994:5, 20002:8, 20015:13

**East** [2] - 19976:17, 19977:15

**echoes** [1] - 20024:18

**educated** [1] - 20041:25

**education** [1] - 20004:22

**efficient** [1] - 19983:24

**efforts** [1] - 19998:19

**egregious** [2] - 20002:23, 20004:17

**eight** [1] - 19993:20

**either** [5] - 19988:13, 19995:3, 19999:14, 20009:3, 20049:25

**elected** [2] - 20004:13, 20013:20

**election** [3] - 19995:11, 20004:9, 20013:14

**Electoral** [1] - 20025:24

**element** [3] - 20065:25, 20068:3, 20068:20

**elements** [3] - 19984:13, 19988:19, 20068:15

**elevated** [3] - 20063:25, 20064:15, 20069:9

**Ellipse** [1] - 20012:9

**ELMO** [1] - 20047:16

**elsewhere** [1] -

19998:13

**email** [1] - 19987:22

**emotions** [2] - 20005:24, 20006:8

**empowered** [5] - 20031:21, 20036:25, 20037:1, 20037:3, 20072:5

**empowering** [1] - 20036:24

**encourage** [1] - 20061:9

**encouraged** [1] - 20061:10

**encouragement** [1] - 20028:25

**encouraging** [1] - 20025:21

**encrypted** [1] - 19991:23

**end** [5] - 19985:12, 20004:14, 20016:20, 20032:7, 20068:16

**ended** [2] - 19996:16, 20055:14

**ends** [2] - 20061:13, 20071:1

**enemy** [2] - 20053:4, 20053:6

**enforce** [1] - 20041:3

**enforcement** [8] - 19995:20, 19996:9, 20002:3, 20002:5, 20002:11, 20017:1, 20018:10, 20022:3

**engage** [1] - 20014:22

**engaged** [3] - 19985:23, 20002:11, 20026:15

**engagement** [2] - 19993:25, 19994:1

**Engel** [1] - 19999:7

**Enrique** [126] - 19978:5, 19989:25, 19990:7, 19991:14, 19991:15, 19991:17, 19991:19, 19991:24, 19991:25, 19992:6, 19992:9, 19992:12, 19992:13, 19992:15, 19992:22, 19992:23, 19993:12, 19993:16, 19993:23, 19994:8, 19994:12, 19994:17, 19995:3, 19995:8, 19995:12, 19996:1, 19996:13, 19996:17, 19997:8, 19997:14, 19998:3, 19998:11, 19999:15, 19999:22,

20000:1, 20000:3, 20000:7, 20000:10, 20000:14, 20000:16, 20000:18, 20000:25, 20001:3, 20001:7, 20001:23, 20001:25, 20002:3, 20002:11, 20002:22, 20002:25, 20003:3, 20003:14, 20003:24, 20004:4, 20004:6, 20004:7, 20004:12, 20004:14, 20004:16, 20004:24, 20006:3, 20006:13, 20006:15, 20008:11, 20008:12, 20010:14, 20010:18, 20011:5, 20011:8, 20011:11, 20012:14, 20012:16, 20013:11, 20014:17, 20014:21, 20015:3, 20015:5, 20017:14, 20017:16, 20019:19, 20020:6, 20021:2, 20021:21, 20021:25, 20022:2, 20022:4, 20022:6, 20022:7, 20022:11, 20022:15, 20022:17, 20022:19, 20023:3, 20023:18, 20023:22, 20025:20, 20025:21, 20025:23, 20025:24, 20026:1, 20026:3, 20026:12, 20026:14, 20026:16, 20027:1, 20027:23, 20028:1, 20028:6, 20028:14, 20028:15, 20028:23, 20029:1, 20029:3, 20031:4, 20031:15, 20031:16, 20032:5

**Enrique's** [3] - 20010:16, 20021:22, 20031:14
**ensure** [3] - 20020:13, 20036:25, 20037:1
**enter** [3] - 20043:25, 20049:17, 20056:11
**entered** [9] - 20017:22, 20017:24, 20049:24, 20050:2, 20050:7, 20050:8, 20050:17, 20050:19, 20051:15
**entering** [4] - 20039:10, 20050:4, 20050:25, 20051:14
**entertainer** [2] - 20003:24, 20004:1

**entire** [4] - 19998:10, 20012:23, 20059:6, 20060:10
**entirety** [1] - 20060:5
**equal** [1] - 20027:16
**equated** [1] - 20042:8
**equation** [5] - 20041:23, 20046:12, 20054:14, 20057:25, 20067:9
**Erik** [2] - 19976:12, 19978:8
**errors** [6] - 20020:19, 20020:20, 20020:23, 20020:24, 20021:1, 20021:20
**especially** [1] - 20053:1
**ESPN** [1] - 20014:15
**Esq** [12] - 19976:12, 19976:12, 19976:13, 19976:13, 19976:16, 19976:20, 19976:23, 19977:2, 19977:4, 19977:8, 19977:11, 19977:14
**essentially** [3] - 20039:11, 20052:25, 20053:18
**estimate** [2] - 20000:17, 20001:11
**et** [2] - 19986:25, 20034:16
**Ethan** [2] - 19978:3, 20034:15
**evasive** [1] - 20012:3
**event** [1] - 19997:10
**events** [5] - 19991:8, 20053:22, 20063:17, 20067:2, 20067:10
**eventual** [1] - 20025:8
**everywhere** [1] - 20032:9
**evidence** [32] - 19985:6, 19986:22, 19986:24, 19987:13, 20005:2, 20005:25, 20006:9, 20006:16, 20006:17, 20006:22, 20007:6, 20009:1, 20016:16, 20017:13, 20020:16, 20021:21, 20022:1, 20028:12, 20030:19, 20031:5, 20039:23, 20039:24, 20040:3, 20062:1, 20062:3, 20062:6, 20062:7, 20068:7, 20069:16, 20071:7, 20071:19

**evidencing** [1] - 20025:21
**evidentiary** [1] - 19985:2, 19985:15, 19985:21, 20030:15
**evolved** [1] - 20025:8
**exactly** [9] - 19988:14, 20011:11, 20020:17, 20038:9, 20049:7, 20055:17, 20059:6, 20060:16, 20066:13
**examination** [3] - 19986:10, 20025:1, 20055:15
**Examiner** [1] - 20018:11
**except** [2] - 20029:18, 20064:18
**exchanged** [1] - 20014:18
**excited** [3] - 20030:16, 20042:25, 20052:18
**exciting** [1] - 20042:25
**exclusion** [1] - 20007:16
**excuse** [1] - 20045:20
**exhibit** [1] - 20020:16
**Exhibit-1000** [1] - 20049:21
**Exhibit-112** [1] - 20059:15
**Exhibit-1120** [1] - 20067:1
**Exhibit-425** [1] - 20059:18
**exhibits** [10] - 20019:13, 20019:14, 20020:14, 20020:19, 20020:22, 20021:18, 20021:19, 20024:23, 20025:14, 20059:14
**exist** [3] - 20050:20, 20067:9, 20071:18
**existed** [2] - 20051:24, 20072:14
**existence** [1] - 19995:21
**exists** [2] - 20051:10, 20052:7
**expected** [1] - 20000:18
**experience** [2] - 20021:12, 20028:4
**experienced** [1] - 20027:14
**experiences** [1] - 20007:10
**expert** [9] - 20004:22, 20018:12, 20018:13,

20018:14, 20021:10, 20021:13, 20021:15, 20028:13
**expertise** [1] - 20018:15
**experts** [1] - 20004:21
**explain** [1] - 20038:21
**explained** [1] - 20064:11
**explanation** [1] - 20063:15
**extent** [3] - 19987:8, 19996:7, 20045:22
**extraction** [2] - 20021:23, 20028:10
**extractions** [7] - 20018:20, 20019:1, 20019:17, 20021:15, 20023:25, 20024:1, 20028:9
**eye** [2] - 20015:21, 20067:23
**eyes** [1] - 20026:8

# F

**face** [12] - 20012:12, 20020:1, 20020:2, 20057:8, 20061:20, 20064:16, 20064:22, 20064:23, 20065:6, 20065:16, 20067:20, 20069:9
**facilitated** [1] - 20061:10
**facilitating** [1] - 20062:12
**fact** [8] - 20002:5, 20008:19, 20011:18, 20015:15, 20019:15, 20019:17, 20022:8, 20036:23
**factors** [1] - 20061:4
**facts** [12] - 19987:12, 19991:14, 20006:1, 20036:13, 20036:19, 20036:21, 20037:5, 20037:13, 20040:19, 20072:4, 20072:9
**failed** [1] - 19989:3, 20024:12, 20025:20
**fair** [2] - 20006:7, 20018:9
**fairly** [2] - 19987:9, 20024:7
**fairy** [5] - 20038:12, 20038:13, 20050:20, 20063:2
**fall** [1] - 20071:23
**falls** [3] - 20066:14,

20066:15
**falsehood** [1] - 20008:23
**falsely** [4] - 20017:23, 20038:1, 20038:2, 20038:15
**familiar** [1] - 20012:12
**famous** [1] - 19990:22
**fans** [1] - 20014:15
**far** [6] - 19998:15, 20000:17, 20013:23, 20028:25, 20044:9, 20053:12
**fast** [2] - 19997:9
**faster** [1] - 20049:12
**faults** [1] - 20011:4
**faulty** [3] - 20019:15, 20019:18, 20021:18
**FBI** [8] - 19990:16, 20013:1, 20018:11, 20020:9, 20021:11, 20024:7, 20027:11, 20029:11
**fear** [1] - 20062:2
**federal** [3] - 20030:3, 20039:5, 20039:9
**Federal** [1] - 20015:24
**feelings** [2] - 20005:24, 20006:7
**fell** [2] - 20028:22, 20066:19
**fellow** [2] - 20007:3, 20071:10
**felons** [1] - 20014:6
**felt** [1] - 20045:5
**female** [1] - 19996:15
**fence** [1] - 20059:4
**few** [5] - 19999:21, 20006:20, 20006:21
**field** [2] - 20007:11, 20018:16
**fifth** [2] - 20065:25
**fight** [5] - 19990:25, 19997:18, 20053:14
**fighting** [1] - 20022:7
**figure** [4] - 20055:4, 20061:18, 20062:18, 20069:10
**figuring** [1] - 20070:9
**filled** [1] - 20058:20
**film** [1] - 20012:16
**finally** [3] - 20038:20, 20046:21, 20054:3
**finders** [1] - 20036:23
**fine** [1] - 19984:1
**finished** [1] - 20035:17
**firearm** [6] - 20008:25, 20014:7, 20015:12, 20016:10, 20016:11,

20082

20017:1
**firearms** [3] -
19994:10, 20014:5,
20014:13
**fired** [1] - 20003:9
**firing** [1] - 20067:14
**firm** [2] - 20039:23,
20071:7
**firmly** [1] - 20007:7
**first** [28] - 19985:9,
19989:4, 19991:4,
20005:8, 20005:17,
20007:18, 20009:13,
20010:6, 20017:1,
20017:4, 20018:9,
20021:6, 20022:12,
20027:12, 20029:11,
20040:9, 20040:21,
20042:24, 20049:8,
20049:9, 20050:16,
20052:17, 20054:5,
20054:23, 20060:1,
20060:5, 20060:18,
20072:14
**First** [2] - 20003:5,
20026:12
**firsthand** [1] -
20028:12
**fits** [1] - 20054:14
**five** [6] - 19991:12,
20001:17, 20008:19,
20026:3, 20029:14,
20045:10
**fixed** [2] - 20060:12
**FL** [2] - 19977:6,
19977:9
**flag** [2] - 20034:21,
20065:17
**flags** [2] - 19997:13
**flash** [4] - 20070:10,
20070:11, 20070:12,
20071:2
**flash-bang** [2] -
20070:11, 20070:12
**flash-bangs** [2] -
20070:10, 20071:2
**flight** [2] - 20053:13
**Floor** [2] - 19976:21,
19977:12
**floor** [2] - 20059:17,
20070:18
**flyer** [1] - 20023:4
**focus** [9] - 19995:16,
20009:15, 20037:20,
20051:3, 20051:5,
20051:6, 20051:8,
20051:9, 20059:25
**follow** [1] - 20026:15
**follow/unfollow** [1] -
20024:20

**followed** [5] -
19993:16, 20012:12,
20012:14, 20013:10,
20027:21
**followers** [1] -
20026:10
**Following** [4] -
19978:19, 19983:22,
20033:2, 20034:4
**following** [1] -
20011:23
**follows** [2] - 20012:23,
20024:16
**food** [1] - 19992:10
**foolishly** [2] -
20041:11, 20061:13
**FOR** [1] - 19976:1
**force** [6] - 19992:6,
19995:11, 20052:6,
20069:18, 20069:19,
20069:20
**forcing** [1] - 19988:22
**foregoing** [1] -
20073:16
**forensic** [5] - 20021:7,
20028:3, 20028:4,
20028:12
**foreseeable** [2] -
19994:21, 19994:23
**forgot** [3] - 20046:16,
20047:3, 20070:12
**form** [3] - 20002:15,
20023:20, 20057:9
**formal** [1] - 20021:14
**formed** [1] - 20065:23
**former** [2] - 19990:22,
20025:5
**forming** [1] - 20039:22
**forth** [1] - 20024:25
**forward** [5] - 19984:5,
20034:23, 20035:4,
20053:3, 20053:16
**forwarded** [2] -
20019:10, 20021:3
**forwarding** [1] -
20024:19
**foul** [1] - 20046:9
**foundation** [1] -
19997:22
**four** [7] - 20037:9,
20039:3, 20042:14,
20055:20, 20059:16,
20059:22, 20061:3
**frame** [2] - 20050:19,
20063:19
**frames** [1] - 20049:6
**Franklin** [1] - 19990:1
**free** [2] - 19987:14,
20057:1
**freedom** [3] -

20002:25, 20003:7,
20056:13
**friends** [1] - 20055:25
**front** [15] - 19985:24,
20011:13, 20016:12,
20043:2, 20043:10,
20044:3, 20044:4,
20048:23, 20052:13,
20054:8, 20054:10,
20063:21, 20063:23,
20064:14, 20064:25
**fronts** [2] - 19997:18,
20063:14
**frozen** [1] - 20062:5
**frustrations** [1] -
20067:17
**full** [3] - 19987:4,
19987:14, 20073:17
**full-throated** [1] -
19987:4
**fully** [2] - 19984:19,
20066:5
**fulsome** [1] -
20021:23
**functional** [1] -
20011:4
**funny** [1] - 20063:1
**furtherance** [1] -
19994:22
**furthermore** [1] -
20019:2

## G

**gain** [6] - 20003:16,
20003:18, 20008:14,
20008:16, 20014:1,
20029:19
**gaining** [5] -
19998:20, 19998:21,
19999:15, 20013:5,
20013:6
**game** [3] - 20007:22,
20007:23, 20014:25
**games** [2] - 20014:24
**gap** [1] - 20040:4
**garment** [1] -
20032:10
**garner** [1] - 20003:19
**gash** [1] - 19996:15
**gentlemen** [18] -
19989:14, 19989:23,
19992:15, 19992:20,
19998:23, 20005:1,
20005:22, 20011:10,
20031:2, 20031:8,
20031:12, 20032:16,
20032:19, 20036:1,
20036:7, 20047:7,
20068:13, 20073:5

**girl** [1] - 20016:15
**given** [2] - 20013:2,
20030:15
**glad** [1] - 20030:22
**Glover** [1] - 19999:10
**government** [92] -
19978:7, 19984:1,
19984:13, 19986:21,
19986:23, 19987:5,
19987:9, 19990:21,
19992:11, 19992:25,
19994:18, 19995:7,
19995:16, 19995:20,
19996:20, 19997:11,
19997:19, 19998:13,
19998:18, 19998:24,
19999:1, 19999:3,
20001:9, 20001:10,
20002:1, 20003:10,
20004:3, 20004:11,
20004:15, 20004:18,
20004:25, 20005:14,
20006:4, 20007:2,
20007:14, 20011:1,
20011:7, 20013:2,
20013:25, 20014:20,
20014:23, 20015:14,
20015:20, 20015:21,
20016:3, 20016:5,
20016:7, 20017:5,
20017:16, 20017:18,
20017:23, 20018:12,
20019:12, 20019:15,
20020:20, 20021:4,
20022:19, 20025:3,
20025:16, 20028:5,
20029:2, 20029:16,
20029:20, 20030:4,
20030:5, 20030:7,
20030:8, 20031:10,
20032:2, 20032:12,
20039:3, 20039:13,
20040:15, 20041:18,
20043:6, 20043:17,
20044:1, 20044:17,
20044:25, 20047:1,
20049:6, 20051:3,
20051:18, 20052:21,
20060:2, 20060:21,
20065:22, 20068:8,
20071:15, 20071:23,
20072:11
**Government** [13] -
19991:23, 19996:7,
19998:10, 20004:23,
20030:6, 20031:20,
20039:12, 20049:21,
20059:14, 20059:15,
20059:18, 20067:1,
20068:2

**government's** [12] -
19984:9, 19984:15,
19984:20, 19985:14,
20002:10, 20013:23,
20015:9, 20020:25,
20035:1, 20066:25,
20071:22, 20071:24
**grab** [1] - 20066:22
**grabbed** [1] -
20066:11
**grabs** [1] - 20066:24
**Gracia** [2] - 19993:25,
19994:8
**grade** [1] - 20054:5
**grand** [2] - 20048:16,
20071:13
**great** [3] - 19996:7,
19998:13, 20032:8
**green** [1] - 20065:13
**Greene** [17] -
20003:11, 20008:7,
20008:10, 20014:15,
20014:17, 20015:5,
20015:6, 20015:10,
20015:15, 20017:21,
20018:3, 20029:20,
20049:12, 20049:13,
20053:22, 20056:7,
20056:23
**gritty** [1] - 20004:2
**grossly** [2] -
20041:14, 20061:19
**ground** [2] - 20049:19,
20049:20
**Ground** [3] -
20019:20, 20019:24,
20045:18
**grounds** [3] -
20058:16, 20058:24,
20058:25
**group** [6] - 20012:23,
20013:10, 20042:11,
20046:17, 20048:24,
20048:25
**grow** [1] - 19997:6
**growing** [2] - 19997:6,
19997:9
**grown** [1] - 20015:1
**guard** [1] - 19990:2
**guess** [1] - 19995:3
**guide** [1] - 20005:2
**Guillermo** [1] -
19999:9
**guilt** [1] - 20007:7
**guilty** [7] - 20005:20,
20031:8, 20032:5,
20032:14, 20038:4,
20071:8, 20072:3
**gun** [6] - 20056:17,
20066:18, 20066:20,

20069:5, 20069:7
**guns** [2] - 20056:14,
20056:25
**guy** [16] - 20003:25,
20012:24, 20059:22,
20060:3, 20060:12,
20060:19, 20061:2,
20062:21, 20064:9,
20064:10, 20065:13,
20065:14, 20065:16,
20066:22, 20067:4
**guys** [52] - 20036:10,
20036:12, 20037:18,
20037:24, 20039:3,
20039:24, 20040:8,
20042:3, 20042:4,
20042:13, 20043:7,
20044:22, 20046:3,
20046:4, 20046:8,
20046:15, 20047:23,
20047:24, 20048:8,
20051:1, 20052:7,
20052:9, 20052:22,
20053:19, 20054:19,
20054:22, 20055:8,
20056:24, 20057:1,
20057:14, 20059:5,
20059:13, 20059:24,
20060:15, 20063:8,
20064:8, 20064:15,
20065:7, 20065:12,
20065:18, 20065:24,
20067:25, 20068:9,
20068:19, 20070:3,
20070:4, 20070:5,
20070:7, 20070:15,
20072:9, 20072:14,
20072:18
**guys'** [1] - 20055:16
**gypsy** [1] - 19995:3

# H

**half** [5] - 20049:1,
20054:16, 20055:10,
20055:11, 20070:22
**halfbacks** [1] -
20063:24
**Hanak** [2] - 20027:17,
20027:18
**hand** [2] - 19988:22,
20067:5
**handed** [2] - 20005:8,
20014:4
**handgun** [1] -
20056:19
**handguns** [1] -
20056:23
**handle** [1] - 20070:8
**handled** [1] - 20019:1

hands [1] - 20058:10
**hang** [2] - 20053:9,
20070:11
**happy** [1] - 20030:22
**hard** [2] - 20013:2,
20017:19
**Harris** [4] - 19989:21,
20032:20, 20035:7,
20047:19
**HASSAN** [15] -
19977:5, 19989:19,
19989:21, 19994:5,
19997:1, 19998:1,
20014:11, 20016:3,
20018:25, 20022:15,
20026:20, 20026:25,
20029:6, 20029:10,
20032:18
**Hassan** [2] - 19977:4,
19978:11
**Hassan's** [1] -
19987:19
**hat** [2] - 20012:25,
20059:22
**hate** [2] - 20040:16,
20040:17
**hatred** [1] - 19990:4
**haul** [1] - 20013:20
**Haven** [1] - 19976:22
**Hawa** [1] - 20011:25
**head** [2] - 20015:1,
20069:5
**heads** [1] - 20063:9
**hear** [7] - 19978:18,
19983:25, 19984:20,
19986:20, 19986:21,
19994:7, 20065:15
**heard** [30] - 19990:20,
19994:5, 19995:19,
19997:3, 19997:20,
20006:14, 20006:23,
20010:6, 20011:12,
20017:2, 20020:8,
20023:2, 20023:6,
20025:1, 20027:9,
20029:14, 20029:18,
20039:24, 20042:23,
20046:5, 20048:18,
20055:23, 20056:7,
20057:2, 20060:18,
20062:22, 20063:15,
20065:4, 20070:7
**hearing** [1] - 20064:20
**heck** [1] - 20030:6
**held** [6] - 19994:25,
20037:2, 20041:13,
20043:14, 20066:13,
20071:25
**HELD** [1] - 19976:9
**helicopter** [1] -

20054:8
**hell** [2] - 19990:25,
19991:1
**Henry** [4] - 19989:25,
19990:7, 19998:3,
20032:5
**herding** [1] - 19997:16
**hereby** [1] - 20073:15
**Hernandez** [2] -
19977:2, 19978:11
**hero** [1] - 20031:22
**heroes** [1] - 20031:22
**herself** [1] - 20027:16
**Hialeah** [1] - 19977:9
**hide** [1] - 19999:3
**high** [13] - 19992:18,
20009:20, 20010:19,
20010:22, 20010:25,
20041:7, 20041:25,
20043:21, 20052:24,
20057:12, 20057:13,
20068:2, 20068:3
**high-capacity** [4] -
19992:18, 20010:19,
20010:22, 20010:25
**high-educated** [1] -
20041:25
**high-ranking** [1] -
20009:20
**Highland** [1] - 19977:3
**highlight** [2] -
19992:11, 19999:21
**highlighted** [4] -
19990:15, 19993:1,
19993:3, 19996:20
**highlights** [1] -
19997:19
**Hill** [2] - 20063:15,
20064:11
**himself** [4] - 19997:8,
20003:19, 20022:11,
20065:8
**history** [1] - 20039:5
**hit** [10] - 20059:21,
20060:9, 20061:21,
20065:11, 20065:14,
20067:21
**hits** [2] - 20061:14,
20061:16
**hitting** [1] - 20059:17
**hold** [9] - 20007:4,
20007:14, 20016:15,
20038:10, 20038:11,
20052:5, 20060:10,
20071:6, 20071:9
**holding** [5] -
20041:18, 20065:17,
20068:2, 20069:5,
20071:8
**hole** [1] - 20064:22

**Hollow** [1] - 19977:2
**home** [1] - 19991:11
**homes** [1] - 20014:5
**hometown** [2] -
19990:14, 20000:18
**honest** [3] - 20007:5,
20010:17, 20017:2
**Honor** [12] - 19984:6,
19984:10, 19985:4,
19986:22, 19988:2,
19989:19, 20026:21,
20034:20, 20035:9,
20036:6, 20044:24,
20047:16
**HONORABLE** [1] -
19976:9
**Honorable** [2] -
20034:11, 20073:10
**honored** [1] -
20038:25
**horrific** [2] - 19991:8,
20003:19
**hospital** [2] -
19995:25, 19996:16
**hostility** [1] -
20008:14
**Hotel** [4] - 20002:7,
20011:13, 20011:17,
20012:15
**hotel** [7] - 19995:1,
19995:5, 19995:9,
20002:20, 20046:16,
20048:4, 20058:16
**hotels** [1] - 20056:5
**hour** [5] - 20049:1,
20054:16, 20055:10,
20055:11
**hour-and-a-half** [4] -
20049:1, 20054:16,
20055:10, 20055:11
**hours** [1] - 20006:21
**House** [1] - 20016:23
**house** [2] - 20030:17,
20030:23, 20054:24,
20055:11
**huge** [1] - 20019:12
**Hull** [2] - 19976:23,
19978:10
**HULL** [1] - 19976:24
**human** [7] - 19993:15,
19993:17, 19993:20,
20027:20, 20027:22,
20027:24, 20041:1
**hundreds** [2] -
20050:4, 20058:19

# I

**idea** [6] - 20005:18,
20041:3, 20041:4,

20056:1, 20067:7,
20071:14
**II** [1] - 19977:11
**image** [1] - 20012:24
**imaginable** [1] -
20050:2
**imagine** [1] - 20037:7
**immediate** [1] -
19996:1, 20069:20
**immediately** [1] -
20011:9
**immigration** [1] -
20013:3
**impact** [2] - 19996:1,
20006:21
**impartial** [2] -
20006:7, 20007:5
**implicit** [1] - 20057:16
**implicitly** [2] - 19986:6
**importance** [1] -
20010:11
**important** [10] -
19986:17, 20007:1,
20009:18, 20011:1,
20018:22, 20019:6,
20019:7, 20024:12,
20028:16, 20048:3
**importantly** [2] -
19990:18, 19990:19
**IN** [1] - 19976:1
**incident** [1] -
19992:16
**include** [1] - 20019:25
**included** [1] -
20068:22
**including** [3] -
20013:25, 20018:6
**incomplete** [2] -
20004:20, 20031:6,
20031:7
**inconsistencies** [2] -
20008:20, 20008:22
**incorrectly** [1] -
20020:15
**indicating** [5] -
20038:13, 20047:20,
20065:9, 20069:12,
20070:22
**indication** [1] -
20021:7
**indications** [1] -
20024:16
**individual** [1] -
19995:23, 19998:2,
20005:15, 20006:5,
20011:22, 20012:1,
20012:7, 20012:20,
20013:18, 20015:19,
20016:9, 20016:18,
20052:4, 20054:2,

20084

20068:24
**individuals** [26] -
  19990:6, 19992:7,
  19992:8, 19993:13,
  19996:5, 19997:5,
  19997:20, 19997:23,
  19999:13, 20000:17,
  20003:6, 20003:21,
  20006:20, 20010:1,
  20010:3, 20014:1,
  20014:6, 20014:7,
  20018:9, 20022:20,
  20028:18, 20028:19,
  20029:22, 20048:1,
  20054:1
**industry** [1] -
  20014:25
**inescapable** [1] -
  20032:10
**infamous** [2] -
  19990:22, 20021:2
**inferences** [6] -
  20036:12, 20037:18,
  20037:20, 20057:25,
  20066:2, 20066:3
**inflame** [3] -
  20002:23, 20027:1,
  20027:3
**inflated** [2] -
  20041:14, 20061:19
**information** [15] -
  19998:20, 19998:21,
  19998:24, 19999:13,
  19999:15, 20000:4,
  20001:3, 20001:21,
  20001:22, 20002:9,
  20017:12, 20019:7,
  20020:16, 20024:12,
  20024:18
**informing** [1] -
  20002:4
**injustice** [2] -
  19990:4, 20032:8
**inner** [2] - 20011:5,
  20025:19
**innocence** [1] -
  20038:21
**inquired** [2] -
  20000:24, 20001:1
**inside** [2] - 20010:21,
  20059:15
**insider** [1] - 19998:17
**inspect** [1] - 20024:23
**Inspector** [2] -
  20009:17
**inspector** [1] -
  20009:18
**instance** [1] - 19985:9
**instead** [3] - 20003:9,
  20004:10, 20069:1

**instigators** [1] -
  20064:7
**instruct** [2] -
  20006:24, 20008:1
**instructed** [3] -
  20005:6, 20008:3,
  20025:6
**instruction** [7] -
  19984:10, 19985:24,
  20005:12, 20005:18,
  20007:4, 20017:20,
  20068:14
**instructions** [7] -
  20005:7, 20005:10,
  20015:17, 20030:11,
  20060:15, 20060:25,
  20068:1
**insufficient** [1] -
  20039:24
**integrity** [1] - 20041:1
**Intelligence** [2] -
  20001:21, 20009:24
**intelligence** [3] -
  19999:12, 20010:1,
  20010:5
**intended** [1] - 20066:5
**intent** [4] - 19987:7,
  20065:23, 20066:1
**intentional** [1] -
  20008:23
**intentionally** [1] -
  20008:24
**intentions** [1] -
  19984:19
**interactions** [1] -
  20039:6
**interest** [3] -
  20008:13, 20009:4,
  20040:25
**interested** [1] -
  20022:7
**interlace** [1] -
  20030:20
**internal** [2] - 19999:3,
  20002:19
**internally** [1] -
  20009:22
**Internet** [3] -
  20003:15, 20015:6,
  20027:3
**interpret** [1] -
  20024:11
**interview** [1] -
  20016:21
**interviewed** [2] -
  20013:1, 20013:9
**intolerable** [1] -
  20043:1
**involved** [4] - 20025:7,
  20049:20, 20058:22,

20071:20
**involvement** [1] -
  20046:13
**issue** [3] - 20007:19,
  20034:8, 20059:11
**issues** [7] - 19990:16,
  19998:4, 20002:19,
  20009:22, 20010:23,
  20019:18, 20027:6
**IT** [1] - 20007:11
**itself** [4] - 19997:7,
  20027:8, 20031:10,
  20045:19
**IV** [1] - 19976:23
**ivy** [1] - 20069:24

## J

**Jack** [3] - 19999:12,
  20001:21, 20009:24
**jacket** [2] - 20012:25,
  20064:10
**jaded** [1] - 20013:24
**jail** [1] - 19993:12,
  19993:13
**January** [108] -
  19990:9, 19991:10,
  19991:13, 19991:21,
  19992:1, 19992:5,
  19992:7, 19992:10,
  19992:13, 19992:14,
  19992:16, 19992:23,
  19992:24, 19993:8,
  19994:2, 19994:24,
  19995:1, 19995:5,
  19998:7, 19998:8,
  20001:7, 20001:8,
  20001:17, 20001:18,
  20001:24, 20001:25,
  20002:4, 20002:8,
  20002:10, 20002:21,
  20006:6, 20006:11,
  20010:15, 20011:13,
  20012:14, 20012:19,
  20012:21, 20013:8,
  20014:4, 20014:22,
  20016:23, 20019:22,
  20022:3, 20022:10,
  20022:17, 20022:24,
  20023:8, 20023:15,
  20023:16, 20023:22,
  20025:21, 20025:22,
  20025:24, 20026:4,
  20028:17, 20028:20,
  20028:22, 20028:25,
  20029:2, 20029:17,
  20031:12, 20031:14,
  20031:19, 20031:23,
  20043:3, 20044:18,
  20045:15, 20045:17,

20045:18, 20045:19,
20045:20, 20045:21,
20045:22, 20046:22,
20046:23, 20046:24,
20047:1, 20047:10,
20048:5, 20048:9,
20048:10, 20048:13,
20049:25, 20050:1,
20050:9, 20050:10,
20050:13, 20050:14,
20052:17, 20052:19,
20053:5, 20053:12,
20053:22, 20053:23,
20055:22, 20055:24,
20056:1, 20057:6,
20069:23
**Jason** [2] - 19976:12,
  19978:7
**Jauregui** [4] -
  19977:8, 19978:12,
  19990:9, 20018:15
**JAUREGUI** [1] -
  19977:8
**Jeffrey** [2] - 19999:8,
  20001:5
**jest** [1] - 19994:15
**job** [4] - 20007:11,
  20007:12, 20009:23
**Joe** [1] - 20042:2
**John** [2] - 19976:23,
  19978:10
**Johnnie** [1] -
  20036:14
**Johnny** [1] - 20028:18
**join** [4] - 19997:5,
  20042:11, 20044:16,
  20045:15
**joined** [2] - 20045:16,
  20045:17
**joins** [1] - 20048:24
**joking** [1] - 19994:15
**Jonathan** [2] -
  20010:12, 20010:16
**Joseph** [3] - 19978:4,
  20043:9, 20043:10
**Joshua** [4] -
  20064:22, 20065:5,
  20065:6, 20067:20
**JUDGE** [1] - 19976:10
**Judge** [3] - 20029:6,
  20032:18, 20052:5
**judge** [4] - 19993:24,
  20005:13, 20008:1,
  20008:3
**judging** [1] - 20040:19
**judgment** [3] -
  19990:8, 20007:24,
  20018:2
**jump** [2] - 20024:5,
  20052:13

**jumping** [1] -
  20003:17
**June** [2] - 20016:22
**juror** [1] - 20010:24
**jurors** [3] - 20007:4,
  20041:10, 20071:10
**jury** [35] - 19978:17,
  19984:10, 19985:17,
  19986:12, 19989:1,
  19989:4, 19989:9,
  19989:12, 19989:13,
  19989:23, 19990:8,
  19994:3, 20005:7,
  20005:10, 20005:22,
  20007:4, 20011:10,
  20014:2, 20020:17,
  20031:12, 20032:16,
  20032:23, 20035:4,
  20035:20, 20035:23,
  20035:24, 20036:7,
  20036:16, 20037:23,
  20047:17, 20060:15,
  20060:24, 20068:1,
  20068:13, 20073:8
**JURY** [1] - 19976:8
**Jury** [4] - 19989:13,
  20032:23, 20035:24,
  20073:8
**justice** [8] - 20032:1,
  20032:9, 20032:13,
  20037:3, 20039:6,
  20040:12, 20071:5,
  20072:6
**justified** [2] -
  20061:19, 20069:18

## K

**Kate** [7] - 20018:11,
  20018:19, 20019:2,
  20019:13, 20024:5,
  20028:4
**keep** [4] - 20036:19,
  20046:25, 20053:11,
  20053:16
**KELLY** [1] - 19976:9
**Kenerson** [2] -
  19976:12, 19978:8
**Kenny** [4] - 19993:15,
  19993:16, 19993:18,
  20027:22
**kept** [2] - 20011:8,
  20024:24
**key** [1] - 20011:4
**keyboard** [1] -
  20003:15
**kick** [1] - 20011:16
**kid** [2] - 20014:24,
  20052:23
**kidding** [1] - 20041:13

20085

**kids** [2] - 20030:17, 20050:24
**kind** [2] - 19984:16, 19985:21
**King** [1] - 20032:8
**Kissimmee** [1] - 20027:11
**knowing** [7] - 20018:5, 20019:23, 20020:25, 20021:25, 20028:7, 20051:19, 20064:21
**knowledge** [6] - 20006:10, 20006:12, 20025:23, 20029:8, 20061:8, 20062:11
**known** [4] - 20048:10, 20048:11, 20061:1, 20061:5
**knows** [2] - 20046:25, 20050:13
**Koble** [4] - 19992:21, 20010:12, 20010:16, 20011:7

**L**

**lacking** [1] - 20024:17
**ladies** [18] - 19989:14, 19989:23, 19992:15, 19992:20, 19998:23, 20005:1, 20005:21, 20011:9, 20031:1, 20031:8, 20031:12, 20032:16, 20032:19, 20035:25, 20036:7, 20047:6, 20068:13, 20073:5
**lady** [1] - 19994:7
**Lake** [1] - 19977:15
**Lakes** [1] - 19977:6
**Lamond** [26] - 19998:14, 19998:16, 19998:23, 19999:4, 19999:6, 19999:14, 19999:23, 20000:2, 20000:3, 20000:5, 20000:7, 20000:8, 20000:13, 20000:17, 20000:19, 20000:24, 20001:1, 20001:4, 20001:6, 20001:15, 20001:18, 20001:25, 20009:25, 20023:24, 20024:3
**Lanelle** [2] - 20011:24, 20011:25
**language** [4] - 20003:3, 20046:9, 20069:15, 20071:21

**lapse** [1] - 20010:9
**large** [2] - 19997:6, 20021:25
**last** [5] - 19989:1, 20036:8, 20039:19, 20040:24, 20068:17
**lasted** [1] - 20029:2
**lastly** [1] - 20027:9
**Latinos** [3] - 19994:1, 20023:3, 20023:9
**laughter** [1] - 20036:18
**LAW** [3] - 19977:5, 19977:8, 19977:15
**law** [15] - 19992:24, 19995:19, 19996:9, 20002:3, 20002:4, 20002:11, 20006:2, 20011:21, 20017:1, 20018:10, 20022:3, 20031:25, 20032:6, 20037:6, 20041:7
**lawful** [2] - 19995:10, 20004:8
**lead** [4] - 20022:4, 20027:17, 20027:19
**leadership** [5] - 20045:7, 20045:9, 20047:14, 20056:3, 20057:13
**leagues** [1] - 20039:7
**leaped** [1] - 20027:25
**learned** [4] - 19993:19, 20023:7, 20024:6, 20041:6
**least** [3] - 19984:2, 19987:24, 20046:6
**leave** [8] - 19987:25, 19992:22, 20011:9, 20011:19, 20031:9, 20051:13, 20058:18, 20067:6
**leaves** [5] - 20048:25, 20050:15, 20055:25, 20058:23, 20058:24
**leaving** [3] - 20000:11, 20051:14, 20058:13
**led** [3] - 20013:11, 20015:24, 20069:22
**left** [11] - 19992:24, 19993:23, 20049:18, 20057:5, 20057:20, 20058:13, 20058:14, 20058:24, 20060:9, 20066:16, 20066:21
**legal** [8] - 19986:17, 19987:20, 19988:1, 19988:9, 19999:2, 20007:19, 20036:25, 20037:1

**lengths** [1] - 19998:13
**less** [2] - 20058:19, 20073:1
**lesser** [1] - 20068:22
**liability** [5] - 20059:9, 20062:9, 20062:24, 20072:25, 20073:2
**liable** [1] - 19994:25
**liar** [2] - 20009:10, 20016:19
**liberties** [1] - 19990:2
**lie** [9] - 20008:24, 20013:24, 20015:23, 20016:6, 20021:16, 20028:3, 20030:9, 20040:6
**lied** [16] - 20004:25, 20008:18, 20008:19, 20015:20, 20016:7, 20016:9, 20016:20, 20016:21, 20016:22, 20017:5, 20018:5, 20028:7, 20047:14, 20072:10, 20072:11
**lies** [3] - 20015:22, 20016:8, 20017:12
**Lieutenant** [20] - 19998:14, 19999:13, 19999:23, 20000:2, 20000:3, 20000:5, 20000:7, 20000:8, 20000:13, 20000:17, 20000:19, 20000:24, 20001:1, 20001:4, 20001:6, 20001:15, 20001:18, 20009:25, 20023:24, 20024:3
**life** [4] - 20006:22, 20007:10, 20041:3, 20072:18
**limitation** [1] - 20035:1
**limited** [1] - 20063:19
**line** [19] - 20002:2, 20003:25, 20021:19, 20022:12, 20024:24, 20036:14, 20045:6, 20045:7, 20048:12, 20049:17, 20058:8, 20063:22, 20063:23, 20063:24, 20064:12, 20064:14, 20066:17, 20066:21
**lines** [5] - 19986:1, 19998:6, 20022:12, 20031:23, 20063:22
**link** [4] - 20040:3, 20040:4, 20046:2, 20050:3
**linked** [1] - 20054:2

**links** [2] - 20054:2, 20055:19
**Lisa** [2] - 20055:23, 20055:25
**listed** [1] - 20018:12
**listen** [6] - 19994:6, 20006:17, 20010:4, 20012:18, 20023:1, 20037:21
**listened** [2] - 20037:16, 20039:16
**listening** [2] - 19991:6, 19991:13
**literally** [5] - 20040:15, 20041:25, 20051:20, 20056:4, 20065:17
**lived** [1] - 20011:25
**Lives** [1] - 20013:17
**lives** [1] - 20007:23
**living** [1] - 20007:14
**Livingston** [1] - 19977:16
**Lizardo** [4] - 19993:15, 19993:16, 19993:19, 20027:22
**LLC** [1] - 19976:20
**local** [4] - 20042:11, 20047:12, 20047:13
**log** [1] - 20019:21
**logs** [1] - 20019:11
**look** [22] - 19987:17, 19987:23, 19987:24, 19993:9, 20005:7, 20005:10, 20024:2, 20045:5, 20045:6, 20050:5, 20051:1, 20051:9, 20059:18, 20060:15, 20061:4, 20061:14, 20067:20, 20068:14, 20072:8, 20072:9, 20072:21
**looked** [3] - 20039:20, 20057:8, 20066:20
**looking** [6] - 20007:23, 20016:25, 20024:13, 20049:2, 20054:7
**Lords** [1] - 20054:13
**lose** [2] - 19991:1, 20029:22
**loss** [1] - 20060:8
**lost** [2] - 20030:25, 20067:23
**loud** [1] - 20052:12
**love** [1] - 19989:7
**lover** [2] - 20003:24, 20022:8
**low** [1] - 20009:20
**low-ranking** [1] - 20009:20

**Loyd** [4] - 20009:17, 20065:5, 20065:8
**ludicrous** [2] - 19993:10, 20004:10
**lunch** [2] - 20035:17, 20073:6
**Luncheon** [1] - 20073:12
**Luther** [1] - 20032:8
**lying** [10] - 20014:2, 20015:25, 20016:11, 20016:14, 20016:24, 20017:6, 20072:8, 20072:9
**Lying** [1] - 20015:20, 20016:8

**M**

**machine** [1] - 19977:21
**madness** [2] - 20053:19, 20072:18
**MAGA** [1] - 19996:12
**magazines** [7] - 19992:18, 19994:10, 20010:19, 20010:23, 20011:1, 20011:3, 20056:19
**Main** [3] - 20045:16, 20045:17, 20045:21
**main** [7] - 20005:11, 20013:23, 20018:19, 20045:12, 20059:11, 20066:2, 20066:3
**maintain** [2] - 20038:23, 20039:2
**maintaining** [1] - 20039:15
**major** [1] - 20039:7
**Mall** [2] - 19992:9, 20031:16
**man** [7] - 20014:16, 20015:1, 20015:2, 20015:3, 20015:11, 20039:1, 20041:25
**man's** [2] - 20053:10, 20053:13
**manipulated** [2] - 19995:8, 20004:7
**maps** [1] - 19987:21
**March** [4] - 19996:13, 20016:20, 20016:21
**march** [12] - 19992:6, 20000:25, 20002:17, 20012:24, 20027:21, 20029:18, 20042:23, 20048:12, 20048:17, 20048:22, 20049:21, 20050:15

**marching** [1] - 20049:21
**Marine** [1] - 20039:7
**Martin** [1] - 20032:8
**mass** [1] - 20003:17
**matter** [8] - 19985:5, 19985:6, 19985:10, 20007:13, 20026:4, 20029:16, 20034:21, 20040:12
**Matter** [3] - 19978:2, 20013:17, 20034:15
**matters** [6] - 19985:11, 19985:18, 20008:9, 20037:11, 20037:12, 20066:2
**Matthew** [6] - 20003:10, 20014:14, 20049:11, 20049:13, 20053:22, 20056:23
**mature** [1] - 20015:7
**McCullough** [2] - 19976:12, 19978:7
**MCCULLOUGH** [1] - 19986:22
**McDonald's** [2] - 20048:7, 20070:8
**MCGUIRE** [1] - 19976:24
**MD** [1] - 19977:3
**mean** [11] - 19985:5, 19986:16, 19988:13, 20034:24, 20043:22, 20043:24, 20045:24, 20056:19, 20064:15, 20069:23, 20070:17
**meaning** [1] - 20018:2
**meaningful** [2] - 20008:9, 20009:16
**means** [8] - 19995:12, 20004:9, 20009:7, 20009:8, 20024:19, 20044:2, 20061:4, 20066:5
**meant** [1] - 20026:25
**meet** [6] - 19987:15, 19992:7, 19994:9, 20043:4, 20043:7, 20051:22
**meeting** [1] - 20051:20
**meetings** [1] - 20054:15
**meets** [1] - 20054:1
**mega** [1] - 19996:12
**megaphone** [1] - 19992:9
**member** [1] - 19995:22
**members** [3] -

20000:22, 20001:12, 20022:5
**membership** [1] - 19997:6
**memo** [1] - 20028:5
**men** [8] - 19995:8, 19995:10, 20004:7, 20014:3, 20014:8, 20014:11, 20056:3, 20072:16
**mention** [2] - 19984:9, 19986:3
**mentioned** [2] - 19984:15, 20034:18
**mere** [1] - 19997:21
**message** [7] - 20019:9, 20019:10, 20022:23, 20026:16, 20056:4, 20057:5, 20057:20
**messages** [11] - 19991:24, 20003:22, 20004:20, 20019:5, 20021:25, 20022:1, 20028:21, 20028:24, 20046:1, 20046:6, 20054:3
**messes** [1] - 20044:21
**met** [14] - 19986:4, 19987:1, 19987:6, 19988:19, 20014:17, 20017:1, 20017:4, 20026:1, 20030:6, 20030:8, 20048:7, 20055:7, 20058:10, 20068:6
**Metcalf** [11] - 19977:11, 19978:13, 19983:23, 19986:25, 19987:10, 19987:14, 19987:18, 20034:7, 20034:9, 20034:17, 20035:14
**METCALF** [23] - 19977:11, 19984:4, 19984:6, 19985:4, 19985:11, 19985:25, 19986:8, 19988:2, 19988:4, 19988:7, 19988:10, 19988:17, 19989:8, 20034:20, 20035:6, 20035:9, 20035:15, 20035:17, 20035:19, 20036:6, 20045:3, 20047:21
**method** [1] - 20053:19
**Metropolitan** [7] - 19990:17, 19998:19, 19999:6, 19999:8, 20001:12, 20009:25,

20010:12
**Miami** [1] - 19977:6
**middle** [1] - 20045:6
**miles** [1] - 19995:5
**military** [4] - 20025:5, 20052:24, 20053:3, 20053:6
**Milkshake** [1] - 20049:23
**Miller** [9] - 19977:17, 20015:24, 20027:9, 20027:19, 20027:25, 20028:14, 20028:23, 20029:10, 20073:20
**MILLER** [1] - 20073:15
**Miller's** [1] - 20027:16
**Million** [1] - 19996:12
**million** [2] - 20026:10, 20057:20
**mind** [4] - 20039:19, 20052:16, 20071:6, 20071:8
**Ministry** [7] - 19995:14, 19995:15, 19996:3, 19996:18, 19997:15, 20045:12, 20045:14
**Mink** [1] - 19977:2
**minor** [1] - 20037:16
**minute** [2] - 19995:24, 20037:17
**minutes** [14] - 19991:3, 20010:7, 20010:10, 20012:7, 20012:8, 20013:19, 20023:11, 20032:22, 20034:10, 20034:12, 20048:8, 20049:5, 20058:15, 20058:19
**mirror** [1] - 20016:12
**mislead** [2] - 20005:2, 20020:4
**misled** [1] - 20004:19
**missing** [7] - 19988:4, 19988:8, 20020:14, 20020:16, 20030:23, 20030:25, 20031:1
**mission** [5] - 20025:3, 20025:5, 20025:6, 20025:7, 20025:10
**mistakes** [1] - 20020:21
**modified** [1] - 20028:1
**moment** [2] - 20033:1, 20035:3
**money** [1] - 20069:8
**monitor** [1] - 19989:21
**Monroe** [2] - 20009:9, 20048:18
**Monroe's** [1] -

20039:16
**Montagna** [1] - 19999:9
**month** [1] - 20042:10
**months** [6] - 19991:12, 20026:1, 20037:9, 20038:24
**Monument** [8] - 19991:7, 19992:8, 20010:8, 20012:4, 20012:9, 20031:16, 20048:12, 20050:15
**Moore** [2] - 19976:13, 19978:8
**morning** [6] - 19978:16, 19984:7, 19989:23, 20036:7, 20048:4, 20048:9
**MORNING** [1] - 19976:9
**MOSD** [8] - 19995:13, 19995:14, 19997:15, 20022:9, 20022:18, 20045:4, 20050:1, 20051:5
**most** [7] - 19983:24, 19990:18, 19990:19, 20002:13, 20024:12, 20046:2, 20067:8
**mostly** [1] - 20040:15
**motivated** [4] - 20009:4, 20017:23, 20040:23, 20040:25
**motivation** [1] - 19991:9
**move** [2] - 20012:11, 20058:21
**movement** [1] - 19996:10
**movies** [2] - 20015:8, 20050:23
**MPD** [3] - 19999:9, 19999:10
**MR** [43] - 19984:4, 19984:6, 19985:4, 19985:11, 19985:25, 19986:8, 19986:17, 19986:22, 19988:2, 19988:4, 19988:7, 19988:10, 19988:17, 19989:8, 19989:19, 19989:21, 19994:5, 19997:1, 19998:1, 20014:9, 20014:11, 20016:3, 20018:23, 20018:25, 20022:15, 20026:19, 20026:20, 20026:21, 20026:25, 20029:5, 20029:6, 20029:7, 20029:10,

20032:18, 20034:20, 20035:6, 20035:9, 20035:15, 20035:17, 20035:19, 20036:6, 20045:3, 20047:21
**MT** [1] - 19977:16
**muddy** [3] - 20042:3, 20042:12, 20072:15
**muddying** [1] - 20042:14
**Muhammad** [1] - 20043:22
**MULROE** [6] - 20014:9, 20018:23, 20026:19, 20026:21, 20029:5, 20029:7
**Mulroe** [7] - 19976:13, 19978:8, 19987:5, 20018:7, 20031:10, 20031:21, 20038:7
**Mulroe's** [1] - 20037:14
**multiple** [10] - 19990:20, 19990:21, 19995:17, 19997:13, 19997:20, 20004:25, 20008:18, 20013:10, 20015:20, 20018:5
**must** [9] - 19990:1, 19990:3, 20005:20, 20006:2, 20006:25, 20007:14, 20008:2, 20031:7, 20032:3
**mutuality** [1] - 20032:10

# N

**Nadia** [2] - 19976:13, 19978:8
**name** [2] - 20006:14, 20024:14
**nasty** [1] - 20046:9
**nation's** [3] - 19990:13, 19991:20, 19991:22
**National** [3] - 19992:9, 20031:16, 20050:14
**national** [4] - 20047:14, 20052:17, 20055:8, 20056:2
**nationally** [2] - 19996:22, 19997:1
**nature** [2] - 19997:14, 19999:2
**Nayib** [2] - 19977:4, 19978:11
**NAYIB** [1] - 19977:5
**necessary** [4] - 19995:12, 20004:8,

20087

20004:9, 20069:19
**need** [8] - 20035:12,
20042:2, 20051:7,
20051:8, 20057:15,
20057:25, 20058:1,
20066:4
**needed** [6] - 20042:3,
20042:4, 20042:5,
20042:12, 20046:10
**needs** [1] - 20038:4
**nefarious** [3] -
20049:23, 20055:3,
20055:5
**neglected** [1] -
19998:10
**neighborhood** [1] -
20055:12
**network** [1] -
20032:10
**never** [39] - 19991:22,
19992:14, 19992:19,
19994:12, 19994:13,
19994:17, 20008:10,
20008:11, 20008:18,
20009:23, 20009:24,
20010:20, 20011:10,
20013:20, 20014:17,
20014:18, 20014:20,
20019:19, 20019:23,
20026:14, 20031:17,
20031:18, 20039:4,
20042:20, 20043:12,
20044:8, 20051:24,
20055:16, 20057:20,
20066:5, 20070:4,
20072:14
**new** [3] - 20024:7,
20027:10, 20027:15
**New** [8] - 19976:18,
19976:22, 19977:13,
20048:2, 20054:2,
20054:4, 20054:21,
20054:25
**newspaper** [1] -
20006:15
**next** [11] - 19996:4,
20006:21, 20010:11,
20011:22, 20024:5,
20032:13, 20043:19,
20043:22, 20044:6,
20061:23, 20065:12
**Nicholas** [4] -
19976:16, 19978:9,
20012:11, 20071:24
**Nick** [4] - 20004:13,
20011:13, 20012:11,
20013:21
**nicked** [1] - 19996:14
**Nicole** [3] - 20015:24,
20027:9, 20027:19

**night** [8] - 19996:13,
20001:2, 20001:3,
20012:20, 20013:17,
20039:19, 20040:24,
20048:4
**nine** [4] - 20031:2,
20031:4, 20031:6
**ninja** [1] - 20003:15
**nitty** [1] - 20004:2
**nitty-gritty** [1] -
20004:2
**NJ** [3] - 19977:17,
20073:15, 20073:20
**NJ-CCR** [3] -
19977:17, 20073:15,
20073:20
**nobody** [3] -
20046:25, 20048:15,
20050:13
**none** [7] - 19993:14,
20018:17, 20021:9,
20026:17, 20068:11
**nonetheless** [3] -
20012:22, 20019:12,
20041:18
**nonprofit** [1] -
20007:12
**Nordean** [6] -
19978:3, 19978:14,
19991:25, 20034:16,
20043:11, 20049:11
**NORDEAN** [1] -
19976:4
**normal** [1] - 20012:7
**Norman** [2] -
19976:20, 19978:10
**North** [3] - 20055:1,
20055:2, 20055:21
**Nos** [1] - 19976:2
**Nostradamus** [2] -
19995:2, 19995:3
**note** [1] - 20017:20
**notes** [3] - 20025:2,
20073:17
**nothing** [27] -
19998:25, 20009:11,
20010:21, 20016:5,
20017:3, 20018:18,
20020:14, 20021:3,
20021:16, 20021:23,
20027:5, 20028:12,
20029:19, 20037:10,
20044:11, 20048:14,
20048:15, 20049:19,
20051:10, 20055:3,
20060:19, 20062:23,
20062:24
**nothing's** [1] -
20054:25
**November** [13] -

19996:8, 19996:11,
19996:12, 19996:16,
19997:8, 20000:1,
20000:3, 20000:4,
20000:5, 20000:8,
20000:12, 20000:13,
20053:24
**nowhere** [1] -
20038:13
**number** [6] -
20005:13, 20005:14,
20026:3, 20050:6,
20050:7, 20061:19
**numbers** [1] -
20020:19
**nuts** [2] - 20051:6,
20051:9
**NW** [5] - 19976:14,
19976:24, 19977:5,
19977:19, 20073:22
**NY** [2] - 19976:18,
19977:13

## O

**o'clock** [2] - 20049:17,
20058:20
**O.J** [1] - 20036:14
**oath** [1] - 20007:18
**obeyed** [2] - 19992:24,
20011:20
**object** [2] - 20030:5,
20039:25
**objection** [4] -
20014:9, 20018:23,
20026:19, 20029:5
**objective** [27] -
19991:22, 19992:2,
19992:3, 19992:4,
19993:17, 19993:18,
19993:22, 20003:23,
20004:4, 20004:17,
20012:18, 20013:12,
20017:4, 20017:8,
20017:9, 20017:10,
20029:15, 20029:16,
20029:17, 20031:18,
20042:22, 20050:13,
20050:17, 20056:2
**obligation** [1] -
20007:3
**obligations** [1] -
20040:14
**observe** [2] - 20008:4,
20008:9
**obstruct** [1] -
20030:13
**obvious** [1] -
20029:14
**obviously** [1] -

20043:12
**occasion** [1] -
20002:12
**occasions** [8] -
19990:20, 19995:17,
20005:1, 20008:18,
20015:21, 20018:5,
20020:18, 20030:7
**occur** [2] - 19995:4,
20012:19
**occurred** [9] -
19990:13, 19991:4,
19991:8, 19991:10,
19992:17, 19995:1,
19996:22, 19998:8,
20031:14
**Ode** [4] - 20063:13,
20064:2, 20066:15,
20066:16
**OF** [5] - 19976:1,
19976:2, 19976:8,
19977:5, 20073:14
**offense** [3] - 19986:5,
20061:5, 20068:22
**offered** [1] - 20069:16
**OFFICE** [1] - 19976:14
**Officer** [8] - 19992:21,
20010:12, 20011:7,
20063:13, 20064:2,
20065:5, 20065:8,
20066:16
**officer** [11] - 19987:3,
19987:8, 19992:21,
19994:13, 19994:14,
19998:18, 20000:20,
20010:13, 20062:2,
20062:7, 20062:21
**officers** [6] -
20000:22, 20031:22,
20058:14, 20064:1,
20066:20, 20069:11
**OFFICES** [1] -
19977:5
**OFFICIAL** [1] -
20073:14
**Official** [2] - 19977:18,
20073:20
**official** [3] - 20009:20,
20030:13
**officials** [2] -
19995:20, 20016:4
**old** [1] - 20048:16
**older** [1] - 20019:3
**omissions** [2] -
20020:21, 20021:20
**once** [8] - 19987:24,
20017:17, 20019:23,
20028:14, 20030:8,
20030:21, 20047:6,
20072:2

**one** [82] - 19985:13,
19995:23, 19996:4,
19997:19, 19998:5,
19999:1, 20000:20,
20002:13, 20005:13,
20006:19, 20007:2,
20007:13, 20010:22,
20011:4, 20011:23,
20013:6, 20014:14,
20017:12, 20018:9,
20018:13, 20018:16,
20020:13, 20022:12,
20023:12, 20023:17,
20024:7, 20024:8,
20024:9, 20025:13,
20027:6, 20027:7,
20027:10, 20027:12,
20027:18, 20029:2,
20030:14, 20030:21,
20032:11, 20037:19,
20041:10, 20042:4,
20042:12, 20042:22,
20045:13, 20045:15,
20045:16, 20045:17,
20046:7, 20046:8,
20046:10, 20046:14,
20046:19, 20048:19,
20052:3, 20054:11,
20056:10, 20057:3,
20058:24, 20059:23,
20060:18, 20061:13,
20061:14, 20061:15,
20061:19, 20061:22,
20062:13, 20065:16,
20065:23, 20065:24,
20066:2, 20066:3,
20066:25, 20067:2,
20067:21, 20069:1,
20069:10, 20070:12,
20071:17
**ones** [5] - 20009:16,
20011:23, 20016:4,
20030:13, 20064:8
**oneself** [1] - 20069:19
**online** [1] - 20043:10
**Op** [1] - 20045:14
**open** [2] - 19983:22,
20034:4
**opened** [6] - 19993:1,
20004:24, 20021:2,
20021:7, 20028:1,
20028:6
**opening** [1] -
19990:10
**openly** [1] - 20003:11
**opportunity** [9] -
19984:2, 19987:24,
19988:21, 19994:6,
20006:16, 20008:9,
20016:13, 20034:6,

20088

20036:8
**opposite** [2] -
20011:18, 20025:25
**oppression** [1] -
19990:4
**Orange** [1] - 19976:21
**orchestrated** [2] -
20057:8, 20070:6
**order** [10] - 19984:24,
20003:16, 20011:9,
20011:11, 20015:22,
20024:23, 20042:14,
20046:2, 20054:19,
20054:22
**ordered** [3] -
20011:12, 20011:20,
20052:2
**ordering** [1] - 20070:8
**organization** [6] -
19998:9, 20003:6,
20003:8, 20003:9,
20003:20, 20006:19
**organizations** [1] -
20007:13
**organized** [3] -
20004:4, 20004:16,
20013:8
**otherwise** [2] -
20003:1, 20003:19
**out-of-control** [1] -
19997:14
**outcome** [1] -
20008:13
**outside** [2] -
19999:24, 20001:19
**overall** [1] - 20047:5
**overcome** [1] -
19985:7
**overinflate** [1] -
20041:20
**overlay** [1] - 19985:21
**overruled** [1] -
20026:23
**oversaw** [1] -
20062:17
**overthrow** [3] -
20039:3, 20043:5,
20044:1
**overthrowing** [1] -
20071:22
**own** [10] - 20003:7,
20003:8, 20025:2,
20028:2, 20028:23,
20039:14, 20047:22,
20056:20, 20058:7,
20066:15

## P

**P.A** [2] - 19977:5,

19977:8
**P.C** [1] - 19977:11
**p.m** [4] - 19990:23,
19991:3, 20073:12
**pace** [1] - 20012:6
**pages** [3] - 19994:21,
20023:24, 20024:1
**paid** [1] - 20037:16
**pan** [1] - 20036:16
**pane** [6] - 20060:7,
20060:12, 20061:13,
20061:14, 20061:16
**panel** [2] - 19989:12,
20035:23
**panes** [2] - 20059:23,
20061:20
**paper** [1] - 19987:5
**paperclips** [1] -
20071:25
**parallel** [1] - 19999:14
**parameters** [1] -
19984:24
**Park** [6] - 19977:12,
19990:18, 20002:6,
20011:13, 20011:17,
20012:15
**parlays** [1] - 20024:18
**Parler** [16] - 19994:21,
19997:8, 20024:10,
20024:11, 20024:13,
20024:17, 20024:23,
20024:25, 20025:4,
20025:20, 20026:12,
20026:15, 20026:18,
20027:2, 20046:1,
20054:12
**part** [14] - 20001:2,
20007:5, 20025:7,
20031:14, 20042:10,
20047:13, 20051:17,
20054:20, 20055:19,
20060:20, 20060:22,
20062:14, 20067:7,
20067:8
**participate** [2] -
20047:24, 20047:25
**particular** [3] -
20017:20, 20052:3,
20056:10
**parties** [4] - 19991:2,
19993:20, 20055:14,
20055:15
**parts** [4] - 20048:3,
20064:24, 20065:1,
20067:6
**passed** [1] - 20072:20
**passions** [3] -
20002:23, 20027:1,
20027:4
**past** [5] - 19991:12,

20049:11, 20063:19,
20070:20
**paths** [1] - 20055:16
**patriots** [1] - 20023:6
**Pattis** [3] - 19976:20,
19978:10, 19986:15
**PATTIS** [2] -
19976:20, 19986:17
**pause** [8] - 19989:11,
19998:1, 20030:4,
20032:19, 20035:13,
20035:22, 20060:23,
20070:14
**pawn** [2] - 20072:15
**PC** [1] - 19976:24
**peaceful** [1] -
19996:11
**peer** [1] - 20019:14
**people** [43] -
19997:17, 20003:2,
20003:3, 20008:15,
20017:18, 20029:25,
20040:23, 20040:24,
20041:4, 20043:1,
20043:2, 20043:14,
20045:13, 20050:5,
20052:11, 20052:20,
20055:13, 20055:16,
20058:20, 20058:21,
20059:20, 20064:6,
20064:12, 20064:13,
20064:16, 20065:11,
20065:16, 20066:15,
20067:16, 20067:19,
20069:8, 20069:10,
20070:7, 20070:16,
20070:19, 20070:20,
20070:23, 20072:7,
20072:9, 20072:10,
20072:22
**people's** [4] -
20002:23, 20007:23,
20039:14, 20043:18
**perceived** [1] -
19996:8
**percent** [3] -
19985:18, 20045:24,
20048:20
**perform** [1] - 20040:14
**period** [4] - 19993:21,
19996:19, 20012:24,
20024:4
**permanent** [1] -
20069:2
**permanently** [5] -
20066:1, 20068:24,
20069:2, 20071:12,
20073:3
**person** [5] - 20002:14,
20061:1, 20061:6,

20061:11, 20069:18
**personal** [1] - 20029:7
**persons** [1] - 20022:2
**Pezzola** [74] -
19978:6, 19978:15,
19992:1, 20026:15,
20026:16, 20036:4,
20036:8, 20038:3,
20038:6, 20038:14,
20038:23, 20039:15,
20040:4, 20041:1,
20041:8, 20042:5,
20042:6, 20042:18,
20042:21, 20042:24,
20044:11, 20044:16,
20045:8, 20047:12,
20048:2, 20049:18,
20049:23, 20050:2,
20050:18, 20050:25,
20052:1, 20052:9,
20053:14, 20053:25,
20054:14, 20054:18,
20054:24, 20055:7,
20058:4, 20058:15,
20059:7, 20059:9,
20059:13, 20060:6,
20061:5, 20062:7,
20062:15, 20062:18,
20062:25, 20063:3,
20063:16, 20063:18,
20063:19, 20064:23,
20065:4, 20065:19,
20065:20, 20066:4,
20066:8, 20066:23,
20067:3, 20068:8,
20069:16, 20069:22,
20069:24, 20070:13,
20071:4, 20071:16,
20071:17, 20071:20,
20072:3, 20072:15,
20072:25
**PEZZOLA** [1] -
19976:6
**Pezzola's** [7] -
20040:16, 20042:13,
20045:23, 20054:17,
20067:3, 20067:7,
20070:3
**Pezzola-301** [1] -
20066:12
**Phoenix** [4] - 20002:6,
20011:13, 20011:17,
20012:15
**phone** [6] - 20021:21,
20021:22, 20021:25,
20023:25, 20028:10,
20029:4
**phones** [1] - 20018:21
**phrase** [1] - 20025:12
**pick** [2] - 20011:14,

20032:21
**picked** [5] - 19993:13,
19993:14, 20043:17,
20046:7, 20051:2
**picture** [10] - 19995:2,
20010:22, 20043:19,
20043:21, 20044:6,
20048:24, 20054:11,
20054:12, 20062:19,
20070:21
**picture's** [1] - 20054:9
**pictures** [6] - 20011:2,
20054:6, 20054:10,
20058:11, 20066:25,
20067:4
**piece** [2] - 20072:4
**pieced** [1] - 20050:24
**pieced-together** [1] -
20050:24
**pieces** [7] - 20030:15,
20030:16, 20030:19,
20030:23, 20030:25,
20031:1, 20031:2
**pin** [1] - 20064:8
**pin-pointed** [1] -
20064:8
**pissed** [2] - 20042:7,
20070:23
**pistol** [1] - 20056:14
**place** [2] - 20042:16,
20072:15
**placed** [1] - 20020:15
**plan** [29] - 19991:21,
19992:1, 19993:17,
19993:21, 19995:13,
20003:23, 20012:18,
20017:3, 20017:6,
20017:7, 20026:4,
20028:20, 20044:19,
20047:1, 20047:2,
20047:3, 20048:14,
20049:16, 20050:12,
20050:14, 20050:16,
20056:1, 20059:7,
20070:8, 20071:14,
20072:13
**planned** [5] - 20004:4,
20004:16, 20013:8,
20057:8, 20070:6
**planning** [1] -
20002:19
**plans** [1] - 20049:17
**play** [4] - 19994:3,
19996:24, 19997:24,
20016:1, 20022:13,
20059:18
**played** [8] - 19994:4,
19996:25, 19997:25,
20013:18, 20016:2,
20022:14, 20057:5,

20089

20057:21
**playing** [1] - 20014:24
**plays** [2] - 20051:2, 20063:17
**plea** [5] - 20017:22, 20017:25, 20056:10, 20056:11, 20056:22
**plead** [1] - 20015:11
**PLLC** [1] - 19976:17
**plot** [1] - 20042:21
**plus** [1] - 20050:5
**pocket** [1] - 20069:7
**podium** [1] - 20035:10
**point** [31] - 19986:11, 19988:4, 19988:8, 19992:11, 19992:25, 19993:8, 19994:19, 19996:8, 20003:24, 20008:16, 20009:9, 20011:2, 20012:17, 20023:9, 20023:13, 20023:14, 20027:4, 20031:19, 20048:10, 20048:11, 20051:20, 20054:20, 20058:23, 20058:25, 20060:16, 20065:20, 20065:22, 20065:23, 20066:11, 20069:21
**pointed** [2] - 20027:18, 20064:8
**points** [6] - 19990:11, 19990:15, 20005:11, 20012:3, 20037:17
**police** [21] - 19994:13, 19994:14, 19998:12, 19999:11, 20022:12, 20025:9, 20025:10, 20025:25, 20053:5, 20058:9, 20061:25, 20062:6, 20062:21, 20063:21, 20064:12, 20067:12, 20067:13, 20067:14, 20067:15, 20067:18
**Police** [16] - 19990:17, 19990:18, 19998:19, 19999:6, 19999:8, 19999:12, 20000:6, 20001:12, 20001:20, 20009:19, 20009:21, 20009:22, 20009:25, 20010:13, 20027:11
**politics** [12] - 20003:12, 20039:18, 20040:7, 20040:10, 20040:16, 20040:18, 20040:22, 20046:9, 20047:7, 20072:6
**pool** [1] - 20048:23

**portion** [1] - 20060:11
**Portland** [1] - 19999:23
**position** [13] - 19984:17, 19984:21, 19999:2, 20006:11, 20007:1, 20007:4, 20038:21, 20061:12, 20064:1, 20064:15, 20064:19, 20069:9
**positioned** [1] - 20065:8
**possess** [1] - 20014:7
**possessed** [1] - 20015:15
**possessing** [1] - 20016:10
**possession** [7] - 19994:11, 20008:25, 20010:19, 20014:5, 20014:13, 20015:11, 20016:11
**possible** [1] - 20050:20
**possibly** [3] - 20040:3, 20041:8, 20053:21
**Post** [1] - 20054:8
**post** [6] - 19997:8, 19997:9, 20003:18, 20026:12, 20026:22, 20054:10
**posted** [1] - 20019:20
**posts** [8] - 20014:18, 20024:10, 20024:11, 20024:17, 20025:20, 20026:18, 20027:2, 20054:12
**posture** [1] - 19992:12
**potential** [1] - 20068:7
**power** [7] - 19991:16, 19992:5, 19995:10, 20004:8, 20031:25, 20072:5, 20072:20
**powerful** [2] - 20039:21, 20040:2
**precise** [1] - 20060:3
**precisely** [1] - 20069:21
**precluded** [4] - 19985:16, 19986:13, 19988:18, 19989:4
**preconceived** [3] - 20006:9, 20006:11, 20006:12
**prejudice** [1] - 20009:5
**prejudiced** [1] - 20009:3
**present** [13] - 19978:7, 19978:8, 19978:9,

19978:10, 19978:11, 19978:12, 19978:13, 19987:9, 19991:6, 19991:20, 19993:21, 20015:23, 20016:4
**presentation** [4] - 19984:20, 19998:11, 20004:19, 20020:25
**presented** [8] - 19986:23, 19987:12, 20006:1, 20006:9, 20011:11, 20020:20, 20024:24, 20029:13
**presents** [1] - 20005:3
**president** [1] - 20013:20
**President** [2] - 19990:1, 19990:22
**previous** [1] - 19993:25
**previously** [1] - 20004:13
**price** [3] - 20041:16, 20041:17, 20059:12
**principal** [3] - 20060:20, 20061:2, 20061:3
**principle** [2] - 19986:18, 19987:20
**prison** [1] - 20013:20
**private** [5] - 20022:21, 20022:22, 20026:16, 20043:18, 20054:16
**probation** [1] - 20027:13
**problem** [1] - 20045:1
**proceed** [7] - 19984:25, 19989:17, 19989:19, 20034:9, 20035:5, 20036:3, 20036:5
**Proceedings** [1] - 19977:21
**proceedings** [7] - 19978:19, 19983:22, 20030:13, 20033:2, 20034:4, 20038:17, 20073:18
**process** [2] - 19993:16, 20072:17
**produced** [1] - 19977:21
**producing** [1] - 20068:7
**production** [1] - 19984:12
**promises** [1] - 20040:8
**proof** [6] - 20021:2, 20021:3, 20028:6,

20029:1, 20029:4, 20029:7
**property** [2] - 20059:4, 20068:25
**proposition** [1] - 20034:18
**prosecutor** [1] - 19998:18
**prosecutors** [1] - 20020:12
**protect** [3] - 19996:2, 19996:5, 20028:2
**protected** [2] - 20003:5, 20026:13
**protest** [1] - 20042:23
**protesters** [2] - 20013:5, 20059:21
**Proud** [28] - 19995:17, 19995:23, 19996:9, 19996:23, 19997:3, 19997:5, 19997:22, 19998:21, 20000:10, 20001:7, 20001:13, 20001:22, 20002:12, 20002:19, 20006:10, 20006:18, 20012:13, 20013:9, 20022:4, 20027:21, 20029:14, 20029:23, 20042:10, 20052:10, 20052:15, 20054:3, 20054:4, 20054:5
**prove** [4] - 20004:3, 20004:16, 20007:2, 20007:15, 20017:17, 20021:12
**proved** [1] - 20026:18
**proven** [3] - 20004:14, 20006:4, 20032:3
**provide** [5] - 19988:12, 19988:14, 19998:24, 20019:11, 20030:11
**provided** [2] - 20001:23, 20028:24
**provides** [1] - 20032:6
**providing** [1] - 20004:21
**proving** [2] - 19986:4, 20068:3
**pseudo** [1] - 20017:11
**pseudo-psychotic** [1] - 20017:11
**psychotic** [1] - 20017:11
**public** [2] - 19997:4, 19997:9
**publicized** [2] - 19996:22, 19997:1
**pure** [1] - 20017:12

**purely** [3] - 20028:11, 20034:20, 20040:25
**purpose** [2] - 20052:10, 20052:16
**purposeful** [1] - 20021:19
**pursue** [1] - 20034:22
**push** [1] - 20066:10
**pushed** [1] - 20059:16
**pushing** [2] - 20064:13, 20069:10
**put** [16] - 19983:24, 19984:20, 19985:12, 19986:6, 19987:5, 20020:12, 20035:1, 20040:10, 20040:19, 20046:8, 20047:7, 20057:24, 20066:7, 20072:6
**puts** [1] - 19984:15
**putting** [3] - 20020:1, 20020:2, 20043:18
**puzzle** [8] - 20030:16, 20030:18, 20030:19, 20030:22, 20030:24, 20031:2, 20031:7, 20051:5
**puzzles** [3] - 20031:3, 20031:4, 20031:6

## Q

**Quaglin** [1] - 20064:9
**Quested** [13] - 20004:13, 20011:14, 20012:11, 20012:14, 20012:17, 20012:22, 20013:1, 20013:2, 20013:4, 20013:7, 20013:9, 20013:17
**Quested's** [2] - 20013:15, 20013:21
**questioned** [1] - 19995:19
**questioning** [1] - 20018:15
**questions** [6] - 20005:22, 20010:17, 20012:2, 20019:9, 20023:15, 20046:25
**quick** [3] - 20037:24, 20044:24, 20049:10
**quickly** [2] - 19984:1, 20064:2
**quite** [5] - 19987:6, 20025:25, 20036:16, 20036:24, 20050:24
**quote** [2] - 20014:16, 20032:7
**quoted** [1] - 19990:1

**quotes** [1] - 20046:5

# R

**raise** [4] - 19984:16, 19986:14, 19987:11, 19989:3
**raised** [1] - 20036:15
**rally** [16] - 19996:8, 19996:11, 19996:12, 20000:4, 20000:12, 20000:14, 20023:4, 20023:9, 20023:10, 20023:11, 20042:23, 20042:24, 20043:4, 20052:17, 20054:10
**ranking** [2] - 20009:20
**razzle** [1] - 20003:25
**razzle-dazzle** [1] - 20003:25
**reaching** [1] - 20063:4
**read** [4] - 20006:15, 20022:25, 20024:2, 20071:21
**reading** [1] - 20020:11
**real** [2] - 20037:24, 20044:24
**realize** [1] - 20039:21
**really** [1] - 20055:5
**realties** [1] - 19995:21
**reason** [9] - 19987:16, 20004:12, 20005:19, 20005:21, 20006:6, 20007:20, 20008:6, 20009:18, 20056:11
**reasonable** [13] - 19994:21, 19994:23, 20005:11, 20005:17, 20005:18, 20007:8, 20007:16, 20017:15, 20020:7, 20027:7, 20036:12, 20072:22, 20072:23
**reasonably** [1] - 20069:18
**reasons** [4] - 20013:24, 20056:9, 20056:21
**rebuke** [1] - 20016:6
**rebut** [4] - 19984:13, 19984:18, 19984:22, 19988:24
**rebuttal** [11] - 19984:18, 19985:8, 19985:14, 19985:17, 19986:14, 19987:10, 19987:12, 19987:21, 19988:18, 19989:5, 20035:2
**receive** [1] - 20015:16

**received** [2] - 20018:3, 20018:4
**receiving** [3] - 20008:8, 20063:10, 20069:24
**recess** [4] - 20034:12, 20034:13, 20073:11, 20073:12
**recognize** [1] - 20043:11
**recognized** [1] - 20043:11
**recollection** [1] - 19999:19
**record** [2] - 19983:25, 20034:14
**recorded** [1] - 19977:21
**recording** [2] - 19994:7, 20017:2
**red** [4] - 20014:4, 20059:22, 20060:4, 20061:2
**red-handed** [1] - 20014:4
**redirect** [2] - 20021:5, 20021:6
**reduced** [1] - 20029:21
**referred** [1] - 20063:7
**referring** [2] - 20053:5
**reflecting** [1] - 20048:23
**refuted** [2] - 19990:23, 19991:2
**regard** [1] - 20034:8
**regarding** [17] - 19992:5, 19993:6, 19994:10, 19999:23, 20000:4, 20000:6, 20000:14, 20000:25, 20001:6, 20001:8, 20010:25, 20014:4, 20018:15, 20018:18, 20021:17, 20026:4
**regards** [16] - 19985:14, 20009:17, 20018:16, 20026:8, 20038:14, 20049:18, 20059:9, 20059:11, 20060:16, 20060:17, 20061:17, 20062:25, 20063:18, 20068:4, 20071:12, 20072:25
**register** [1] - 20056:25
**regular** [1] - 20069:3
**Rehl** [6] - 19978:4, 19978:14, 19991:25, 20003:14, 20041:25, 20044:7

**REHL** [1] - 19976:5
**related** [2] - 20018:10, 20021:4
**relating** [2] - 20028:24, 20042:18
**relatively** [2] - 20027:10, 20027:15
**relax** [1] - 20011:16
**release** [3] - 19993:6, 20012:15, 20015:14
**released** [2] - 19993:12, 20015:13
**relevant** [3] - 20011:24, 20026:22, 20036:22
**relief** [3] - 19988:15, 19988:16, 19988:17
**remain** [1] - 20041:2
**remaining** [1] - 20001:2
**remains** [1] - 20037:2
**remember** [42] - 19990:3, 19992:21, 19993:4, 19993:13, 19993:15, 19996:10, 19997:12, 19998:8, 20002:1, 20002:8, 20003:21, 20006:13, 20008:7, 20008:10, 20008:17, 20010:9, 20010:22, 20010:23, 20011:5, 20012:2, 20012:24, 20014:6, 20015:17, 20018:7, 20018:11, 20018:14, 20019:8, 20021:4, 20022:8, 20022:9, 20023:4, 20023:19, 20024:13, 20024:24, 20025:5, 20027:3, 20028:4, 20028:17, 20031:9
**Remember** [1] - 20008:7
**remembers** [1] - 20055:17
**render** [5] - 20005:20, 20005:25, 20006:8, 20006:20, 20031:7
**repeat** [2] - 20018:20, 20026:17
**repeatedly** [1] - 20004:18
**Reporter** [3] - 19977:17, 19977:18, 20073:20
**reporter** [1] - 20034:6
**REPORTER** [1] - 20073:14
**reporter's** [1] -

20032:20
**represented** [1] - 19989:24
**request** [4] - 19988:15, 19988:16, 19988:17, 20040:9
**requirement** [2] - 20052:6, 20065:25
**requires** [7] - 19986:5, 20006:2, 20032:1, 20032:2, 20032:13
**resolve** [2] - 20014:8, 20014:11
**resonate** [1] - 19997:4
**resonated** [1] - 20005:23
**respect** [2] - 19987:2, 20026:2
**respond** [1] - 20030:5
**responded** [3] - 20046:16, 20046:17, 20046:19
**responding** [1] - 20056:4
**response** [2] - 19986:21, 19987:11
**responsibility** [5] - 20007:15, 20037:5, 20038:8, 20038:9, 20058:5
**responsible** [4] - 20052:5, 20060:10, 20060:13, 20061:22
**rest** [1] - 20006:22
**restroom** [1] - 20049:2
**result** [2] - 19992:17, 20008:23
**retreat** [1] - 20053:7
**return** [1] - 20073:11
**returned** [4] - 19989:13, 20032:23, 20035:24, 20073:8
**Returns** [2] - 20021:2, 20028:2
**retweets** [1] - 20024:16
**review** [4] - 19999:20, 20019:3, 20019:14, 20024:1
**reviewed** [3] - 20019:20, 20021:24, 20022:1
**reviewing** [1] - 20019:4
**revisions** [2] - 20019:4, 20019:16
**ridiculous** [1] - 20018:3
**rifle** [1] - 20016:15
**rights** [2] - 20039:14

**riot** [3] - 20013:8, 20066:7, 20066:8
**rise** [2] - 20034:11, 20073:10
**Rivera** [1] - 19999:9
**Road** [1] - 19977:2
**robbery** [12] - 19988:7, 20041:15, 20052:1, 20063:5, 20068:22, 20068:25, 20069:1, 20069:3, 20069:4, 20069:12, 20071:12, 20073:3
**Robert** [1] - 19999:10
**Roger** [3] - 19977:14, 19978:13, 20060:4
**ROGER** [1] - 19977:15
**role** [3] - 20037:5, 20042:1, 20051:2
**roll** [3] - 20070:18, 20070:19
**Room** [2] - 19977:18, 20073:21
**room** [11] - 19990:8, 20032:23, 20037:23, 20040:9, 20046:16, 20058:17, 20058:19, 20058:20, 20058:21, 20066:8, 20073:8
**Roosevelt** [1] - 19990:1
**Roots** [3] - 19977:14, 19978:13, 20060:4
**ROOTS** [1] - 19977:15
**roughly** [1] - 20012:8
**rounds** [5] - 20056:15, 20056:16, 20056:18
**route** [1] - 20034:23
**rowdy** [1] - 20064:8
**RPR** [3] - 19977:17, 20073:15, 20073:20
**ruckus** [1] - 19997:21, 19998:6, 19998:8
**Rufio** [1] - 20042:2
**rule** [1] - 20011:19
**rules** [4] - 20007:21, 20007:22, 20008:2, 20047:23
**run** [2] - 20049:13, 20053:7
**running** [5] - 19997:18, 19997:21, 19997:23, 20059:20, 20061:12
**runs** [2] - 20049:10, 20063:19

# S

**Sabino** [3] - 19977:8,

19978:12, 19990:9
**sacrificed** [1] -
20042:15
**sad** [3] - 20029:10,
20041:16, 20071:25
**sandbagging** [1] -
19988:18
**sat** [3] - 19991:13,
20027:17, 20043:8
**saw** [8] - 20006:23,
20015:6, 20023:4,
20024:17, 20026:13,
20054:6, 20058:18,
20070:15
**scapegoat** [6] -
19990:12, 19991:15,
19991:17, 20017:18,
20020:6
**scattering** [1] -
20070:25
**scatters** [1] -
20064:14
**scenario** [12] -
19986:9, 20037:8,
20046:17, 20050:25,
20052:4, 20053:3,
20053:14, 20059:5,
20062:14, 20063:2,
20063:11, 20063:13
**scenarios** [3] -
20043:17, 20071:11,
20072:1
**scheme** [1] - 20071:14
**school** [3] - 20041:7,
20043:21, 20052:24
**screamed** [1] -
20058:9
**screen** [3] - 19990:25,
20016:13, 20029:6
**scrupulously** [1] -
19990:2
**seal** [2] - 19978:19,
20033:2
**seated** [3] - 19989:16,
20032:24, 20036:2
**second** [4] -
20007:19, 20053:9,
20058:7, 20070:11
**seconds** [2] -
20029:3, 20067:24
**Secret** [2] - 19990:17,
20011:24
**secretive** [1] -
19991:24
**secure** [1] - 20066:18
**sedition** [2] -
20030:12
**seditious** [5] -
20015:12, 20039:2,
20041:12, 20043:9,

20071:21
**see** [34] - 19989:7,
19990:24, 19994:16,
19995:2, 19997:7,
19999:5, 20006:16,
20013:20, 20015:8,
20016:12, 20021:10,
20024:23, 20045:8,
20045:9, 20048:21,
20049:9, 20049:20,
20051:10, 20051:11,
20051:12, 20054:15,
20059:17, 20059:20,
20060:3, 20066:9,
20066:10, 20066:20,
20066:23, 20067:4,
20067:10, 20072:18,
20073:6, 20073:9
**seeing** [2] - 20051:20,
20053:20
**seeking** [1] - 20066:9
**seem** [2] - 20002:24,
20003:1
**Select** [1] - 20016:23
**selected** [2] - 20006:6,
20010:24
**self** [33] - 19984:11,
19984:14, 19984:17,
19984:19, 19984:22,
19985:8, 19985:12,
19985:23, 19986:3,
19987:10, 19988:21,
20009:4, 20040:25,
20052:10, 20052:20,
20067:25, 20068:1,
20068:4, 20068:5,
20068:6, 20068:7,
20068:9, 20068:10,
20068:14, 20068:15,
20068:19, 20068:20,
20069:16, 20069:17,
20071:13, 20073:4
**Self** [1] - 19995:15,
19996:3, 19996:18,
19997:15, 20045:12,
20045:14
**self-defense** [31] -
19984:11, 19984:14,
19984:17, 19984:19,
19984:22, 19985:8,
19985:12, 19985:23,
19986:3, 19987:10,
19988:21, 20052:10,
20052:20, 20067:25,
20068:1, 20068:4,
20068:5, 20068:6,
20068:7, 20068:9,
20068:10, 20068:14,
20068:15, 20068:19,
20068:20, 20069:16,

20069:17, 20071:13,
20073:4
**Self-Defense** [7] -
19995:15, 19996:3,
19996:18, 19997:15,
20045:12, 20045:14
**self-interest** [2] -
20009:4, 20040:25
**sends** [1] - 20055:19
**senior** [1] - 20028:4
**Senior** [1] - 20018:11
**sense** [7] - 20028:24,
20042:7, 20051:23,
20069:3, 20069:12,
20069:13, 20070:17
**sent** [2] - 20028:5,
20044:13, 20050:3
**sentences** [1] -
20029:21
**separate** [4] -
20008:19, 20031:4,
20047:14, 20062:20
**separated** [2] -
20048:6, 20053:23
**September** [1] -
19999:22
**sequence** [1] -
19985:22
**series** [3] - 20012:2,
20019:9, 20067:2
**serious** [1] - 20002:13
**seriously** [2] -
20014:22, 20037:4
**serve** [1] - 20032:4
**served** [2] - 20039:13
**Service** [2] -
19990:17, 20011:24
**SESSION** [1] -
19976:9
**session** [2] -
20031:24, 20054:20
**set** [10] - 20005:24,
20006:7, 20006:10,
20006:12, 20006:13,
20035:12, 20063:21,
20063:22, 20063:25
**sets** [3] - 19995:16,
20001:10
**setting** [1] - 20010:2
**seven** [2] - 20022:10,
20022:16
**several** [1] - 20022:5
**shall** [1] - 19994:24
**shameful** [1] -
19998:17
**Shane** [3] - 19998:14,
19998:16, 19998:23,
19999:4, 19999:6,
19999:13, 20009:25,
20023:24

**shape** [1] - 20057:9
**shared** [3] - 19999:14,
20000:4, 20047:16
**sharing** [1] - 19999:15
**shield** [23] - 19987:3,
19987:7, 20041:12,
20052:1, 20054:22,
20058:10, 20058:14,
20062:16, 20063:4,
20063:5, 20064:4,
20066:7, 20066:8,
20066:16, 20066:22,
20067:5, 20067:11,
20067:12, 20069:22,
20070:1, 20070:9,
20071:16
**shift** [1] - 20037:11
**shifting** [1] - 19986:9
**shifts** [3] - 19984:12,
19986:9, 20068:8
**shooter** [1] - 20065:2
**shooters** [2] -
20065:3, 20065:12
**shooting** [3] -
20064:16, 20065:10
**shorthand** [1] -
19977:21
**shortly** [1] - 20057:6
**shot** [6] - 20053:8,
20065:7, 20065:16,
20065:18, 20069:8
**shotgun** [1] -
20056:15
**shots** [2] - 20064:20,
20065:21
**shoulders** [1] -
20015:1
**show** [13] - 19988:22,
19988:23, 19994:17,
19998:11, 20011:2,
20025:4, 20025:20,
20026:7, 20042:5,
20044:22, 20050:6,
20051:17, 20060:22
**showed** [12] -
20013:19, 20025:14,
20025:17, 20042:6,
20042:7, 20046:14,
20048:1, 20054:15,
20057:9, 20060:5,
20064:22
**showing** [9] -
19987:2, 19988:25,
20004:20, 20004:22,
20011:2, 20022:1,
20025:9, 20025:23,
20025:24
**shown** [7] - 20009:2,
20019:19, 20020:23,
20021:19, 20060:2,

20062:6, 20062:7
**shows** [5] - 20051:13,
20051:14, 20059:15,
20062:4, 20067:2
**shut** [1] - 20041:5
**shy** [1] - 19999:3
**sic** [19] - 19996:12,
20005:2, 20009:9,
20010:12, 20010:15,
20010:16, 20017:11,
20017:25, 20026:8,
20026:22, 20028:4,
20039:16, 20048:18,
20052:1, 20053:4,
20057:24, 20064:25,
20065:2, 20069:24
**sic]** [3] - 20009:24,
20047:15, 20047:22
**side** [6] - 20009:3,
20060:7, 20060:9,
20060:10, 20069:11
**sidebar** [2] -
19978:18, 20032:25
**sight** [1] - 20051:20
**sight-seeing** [1] -
20051:20
**signals** [1] - 20044:12
**Signals** [1] - 20044:13
**silent** [1] - 20041:2
**simple** [1] - 20005:17
**simply** [3] - 19987:6,
20005:25, 20017:15
**Simpson** [1] -
20036:15
**sincerity** [1] - 20041:1
**single** [11] - 20002:12,
20006:5, 20006:25,
20007:2, 20026:12,
20027:6, 20032:10,
20037:10, 20038:4,
20038:16, 20053:15
**sit** [1] - 20038:16
**sits** [1] - 20006:5
**sitting** [4] - 20005:22,
20041:22, 20052:3,
20072:2
**situation** [5] -
19984:16, 19996:6,
20063:3, 20063:14,
20064:3
**skin** [1] - 20003:8
**skirmish** [1] -
20063:23
**sky** [1] - 20054:7
**Skype** [1] - 20054:20
**slide** [3] - 19997:7,
19997:12, 19999:5
**slides** [3] - 19999:18,
20025:18, 20035:19
**slow** [1] - 20066:12

20092

**slower** [1] - 20049:13
**smashed** [1] - 20060:7
**Smith** [3] - 19976:16, 19978:9, 20071:24
**SMITH** [2] - 19976:17, 19976:20
**smoke** [1] - 20044:12
**society** [2] - 20003:1, 20003:12
**software** [1] - 20018:17
**solely** [2] - 20006:8, 20006:22
**someone** [11] - 20042:20, 20048:6, 20048:7, 20056:11, 20057:12, 20057:13, 20057:14, 20058:22, 20069:5, 20069:6
**sometimes** [3] - 20003:16, 20022:24, 20030:8
**soon** [1] - 19993:1
**sorry** [1] - 20072:19
**sort** [5] - 19988:25, 20021:11, 20029:25, 20043:14, 20072:13
**source** [3] - 19993:15, 19993:17, 20027:22
**sources** [3] - 19993:21, 20027:21, 20027:24
**speaking** [2] - 19993:25, 19994:1
**spear** [1] - 20023:20
**Special** [1] - 20023:5
**specific** [6] - 20022:2, 20046:4, 20066:9, 20066:23, 20067:19, 20069:15
**specifically** [1] - 20059:4
**spectacle** [4] - 19993:2, 19993:7, 19993:9, 19993:14
**speculate** [3] - 20047:8, 20066:4, 20072:7
**Speculation** [2] - 20039:18, 20039:25
**speculation** [7] - 20039:21, 20039:22, 20040:1, 20040:6, 20040:21, 20040:22, 20047:7
**speech** [11] - 19991:7, 20002:25, 20003:5, 20003:7, 20026:13, 20044:5, 20048:19, 20048:21, 20049:3,

20049:4, 20051:12
**spent** [5] - 20043:17, 20043:23, 20043:24, 20045:23, 20068:10
**spins** [1] - 20050:11
**split** [2] - 20058:7, 20067:24
**split-second** [1] - 20058:7
**spontaneous** [2] - 20052:5, 20057:7
**spontaneously** [1] - 20058:6
**sports** [1] - 20014:15
**stabbed** [3] - 19995:25, 19996:14
**stage** [1] - 20044:4
**stairs** [2] - 20049:22, 20063:20
**stand** [14] - 20008:5, 20017:7, 20032:2, 20032:12, 20035:9, 20039:14, 20040:17, 20040:18, 20041:2, 20041:9, 20042:25, 20043:2, 20057:22, 20058:4
**standards** [1] - 20068:3
**standing** [10] - 19998:2, 20043:10, 20043:19, 20043:22, 20048:23, 20061:20, 20064:24, 20065:17, 20070:16
**stands** [5] - 20008:14, 20008:16, 20034:12, 20046:2, 20073:11
**star** [1] - 20013:23
**stars** [1] - 20064:10
**start** [5] - 20056:20, 20064:16, 20064:20, 20067:1, 20067:14
**started** [6] - 20031:11, 20032:7, 20040:2, 20050:22, 20060:2, 20067:14
**starts** [1] - 20028:17
**state** [4] - 19992:23, 19993:24, 19999:11, 20029:14
**State** [1] - 20000:6
**statement** [6] - 19993:5, 19993:6, 20008:21, 20009:8, 20011:12, 20025:13
**statements** [15] - 19990:10, 19990:24, 19991:4, 19992:4, 20002:22, 20003:1,

20005:23, 20013:4, 20013:21, 20016:6, 20016:18, 20022:17, 20023:19, 20026:20
**states** [1] - 20007:5
**STATES** [3] - 19976:1, 19976:2, 19976:10
**States** [16] - 19976:12, 19978:3, 19999:11, 20001:20, 20002:14, 20010:8, 20012:5, 20012:9, 20013:6, 20013:7, 20023:14, 20023:18, 20034:15, 20039:12, 20043:6, 20073:21
**status** [2] - 20013:3, 20043:14
**stay** [2] - 20058:17, 20071:7
**stayed** [2] - 20048:4, 20058:17
**staying** [2] - 20002:6, 20002:20
**steal** [2] - 19987:2, 19987:7
**stenographic** [1] - 20073:17
**step** [1] - 20003:13
**Steve** [1] - 20041:8
**Steven** [4] - 19977:11, 19978:12, 20063:15, 20064:11
**still** [16] - 19986:3, 20001:25, 20002:3, 20027:12, 20037:15, 20037:16, 20046:10, 20048:13, 20048:14, 20049:17, 20055:1, 20055:4, 20061:12
**sting** [5] - 20070:15, 20070:17, 20070:21, 20071:2
**sting-ball** [3] - 20070:15, 20070:21
**sting-balls** [2] - 20070:17, 20071:2
**stipulation** [3] - 19985:13, 19993:19, 20048:1
**stole** [1] - 20036:14
**stood** [8] - 19990:9, 19995:23, 20016:12, 20021:5, 20031:23, 20044:4, 20052:15, 20052:18
**stop** [11] - 19987:14, 19995:10, 19995:11, 20004:8, 20010:14, 20013:13, 20039:12,

20041:5, 20047:5, 20049:15
**stopped** [3] - 20065:3, 20065:4, 20067:9
**stopping** [1] - 19992:5
**stops** [1] - 20055:3
**storm** [1] - 20025:22
**storming** [1] - 20026:5
**story** [4] - 20024:24, 20050:23, 20050:24, 20051:23
**strategic** [1] - 20029:17
**stray** [1] - 20013:23
**streaks** [1] - 20017:6
**Street** [6] - 19976:14, 19976:17, 19976:21, 19976:24, 19977:5, 19977:9
**streets** [2] - 20055:16, 20066:6
**strong** [1] - 20007:4
**strongly** [1] - 20071:9
**struck** [1] - 19994:12
**stuff** [1] - 20064:1
**subjected** [1] - 19992:19
**submit** [6] - 20031:6, 20031:17, 20031:25, 20051:8, 20061:11, 20061:15
**submitted** [2] - 20062:1, 20062:4
**subscriber** [1] - 20024:20
**substantial** [3] - 20042:1, 20056:13, 20067:13
**substantively** [1] - 20061:17
**success** [2] - 20063:7, 20063:8
**sudden** [4] - 20039:7, 20043:4, 20050:4, 20054:9
**Suite** [2] - 19976:18, 19977:6
**sun** [1] - 20013:21
**superiors** [3] - 19998:22, 19999:5, 19999:16
**supported** [5] - 19996:9, 19997:2, 20009:1, 20012:1
**supporters** [2] - 20052:12, 20052:14
**supports** [1] - 20020:3
**supposed** [12] - 20017:14, 20023:3, 20023:7, 20023:8,

20023:10, 20030:20, 20038:18, 20047:15, 20047:21, 20047:22, 20047:23, 20047:24
**supposedly** [1] - 20015:6
**suspect** [2] - 20026:8
**sustained** [3] - 20014:10, 20018:24, 20029:9
**sweater** [1] - 20012:25
**sweatshirt** [1] - 20064:11
**symbol** [1] - 20042:9
**system** [3] - 20036:25, 20037:2, 20039:6

## T

**table** [4] - 20024:9, 20041:22, 20052:3, 20066:8
**tactical** [3] - 20063:7, 20063:8, 20063:11
**tactically** [2] - 20063:9, 20063:10
**tale** [2] - 20038:12, 20063:2
**tampered** [1] - 20021:22
**tape** [4] - 20057:9, 20057:10, 20057:11, 20071:25
**target** [2] - 20017:18, 20017:19
**Tarrio** [69] - 19978:5, 19978:15, 19989:18, 19989:25, 19990:8, 19991:14, 19991:15, 19991:17, 19991:20, 19994:8, 19994:13, 19995:8, 19995:13, 19996:2, 19996:14, 19996:17, 19997:8, 19997:14, 19998:3, 19998:11, 20000:23, 20001:15, 20001:23, 20002:3, 20002:22, 20004:4, 20004:12, 20006:3, 20006:13, 20006:15, 20009:17, 20010:11, 20010:14, 20011:8, 20011:24, 20012:13, 20012:14, 20019:22, 20021:7, 20022:2, 20022:19, 20023:7, 20023:22, 20023:23, 20024:3, 20027:2, 20027:23, 20032:5, 20041:24,

20093

20042:22, 20043:12, 20043:15, 20043:19, 20044:5, 20044:6, 20046:16, 20046:17, 20046:19, 20046:20, 20046:24, 20050:10, 20054:12, 20054:22, 20054:23, 20056:4, 20063:11, 20069:25

**TARRIO** [1] - 19976:6

**Tarrio's** [8] - 19987:19, 19989:10, 19998:17, 20021:21, 20021:22, 20021:25, 20022:15, 20022:17

**task** [1] - 20036:24

**tasked** [1] - 20020:13

**teaching** [1] - 20016:14

**team** [1] - 20025:3

**Telegram** [5] - 20004:20, 20014:18, 20020:11, 20021:13, 20028:21

**telepathically** [1] - 20014:21

**television** [2] - 19996:22, 19997:1

**temple** [1] - 20067:22

**tens** [2] - 19991:5, 20010:2

**tested** [2] - 19992:19, 20010:20

**testified** [14] - 20008:10, 20009:15, 20009:16, 20011:23, 20018:10, 20018:13, 20020:10, 20020:15, 20020:18, 20023:12, 20026:1, 20030:3, 20044:7, 20049:12

**testify** [4] - 20017:23, 20018:3, 20018:4, 20070:7

**testifying** [1] - 20008:14

**testimony** [23] - 19998:15, 20005:5, 20005:15, 20007:21, 20007:25, 20008:21, 20008:22, 20009:5, 20015:16, 20016:17, 20017:24, 20018:1, 20018:6, 20018:8, 20021:18, 20024:6, 20024:10, 20026:25, 20028:11, 20029:19, 20046:6, 20057:2, 20057:4

**text** [1] - 20046:1

**texted** [2] - 20008:11, 20014:18

**THE** [48] - 19976:1, 19976:1, 19976:9, 19978:2, 19978:16, 19983:23, 19984:5, 19985:1, 19985:5, 19985:20, 19986:1, 19986:15, 19986:19, 19987:17, 19988:3, 19988:6, 19988:8, 19988:11, 19989:6, 19989:9, 19989:12, 19989:14, 19989:20, 20014:10, 20018:24, 20026:23, 20029:9, 20032:17, 20032:19, 20032:24, 20034:5, 20034:11, 20034:14, 20034:17, 20034:24, 20035:7, 20035:11, 20035:16, 20035:18, 20035:21, 20035:23, 20035:25, 20045:2, 20047:18, 20047:20, 20073:5, 20073:9, 20073:10

**theft** [2] - 20068:23

**theme** [1] - 20007:13

**themselves** [2] - 19995:20, 20043:1

**theory** [5] - 19995:19, 20020:4, 20039:22, 20044:22, 20057:15

**thereafter** [1] - 20019:4

**therefore** [2] - 19994:25, 20032:3

**they've** [1] - 19984:20

**thinking** [5] - 19984:8, 20040:2, 20044:15, 20044:23, 20071:19

**thousands** [3] - 19991:5, 20010:2, 20054:10

**threat** [1] - 20032:9

**three** [7] - 20013:1, 20039:17, 20039:18, 20039:19, 20044:9, 20059:1, 20070:9

**threw** [2] - 20046:18, 20070:24

**throated** [1] - 19987:4

**throughout** [12] - 19989:25, 19992:12, 19993:3, 19993:16, 19993:21, 19996:19, 20004:19, 20024:4, 20039:25, 20062:22, 20064:12, 20067:5

**throw** [3] - 20046:3, 20061:24, 20070:20

**throwing** [6] - 20046:11, 20061:24, 20062:12, 20063:6, 20070:17, 20070:21

**thrown** [2] - 20062:3, 20062:6

**tied** [1] - 20032:10

**timeline** [12] - 20044:15, 20044:17, 20044:21, 20046:23, 20051:4, 20053:20, 20053:21, 20053:24, 20056:5, 20067:6

**timelines** [1] - 20053:17

**Timothy** [1] - 19977:17

**TIMOTHY** [2] - 19976:9, 20073:15

**today** [4] - 19984:25, 20006:5, 20006:19, 20038:6

**together** [14] - 20020:12, 20025:4, 20025:8, 20031:5, 20043:4, 20043:18, 20043:23, 20043:25, 20048:4, 20048:9, 20050:24, 20051:23, 20062:19, 20071:25

**took** [11] - 19998:9, 20025:2, 20041:2, 20042:9, 20056:22, 20058:4, 20058:5, 20058:11, 20062:19, 20064:4, 20072:19

**tools** [2] - 19995:9, 19995:10

**top** [4] - 20002:24, 20030:21, 20066:15

**topics** [1] - 20004:22

**total** [1] - 20060:8

**touch** [1] - 20006:16

**touched** [2] - 20006:23, 20066:13

**toward** [2] - 20008:15, 20064:25

**towards** [3] - 20024:10, 20025:8, 20025:10

**tower** [1] - 20069:25

**trained** [4] - 20030:2, 20053:2, 20053:15

**training** [8] - 20021:14, 20052:22, 20052:25, 20053:6, 20053:11, 20053:13

**trains** [1] - 20053:1

**transcript** [3] - 19977:21, 20073:17, 20073:18

**TRANSCRIPT** [1] - 19976:8

**transcription** [1] - 19977:21

**transfer** [4] - 19992:5, 19995:10, 20004:8, 20017:11

**trap** [1] - 20071:23

**traveled** [1] - 20048:2

**treated** [1] - 20026:2

**trespassed** [1] - 20041:11

**trial** [1] - 19989:25, 19990:13, 19990:20, 20006:19, 20006:20, 20009:3, 20023:6, 20027:17, 20039:25, 20062:2, 20062:23

**TRIAL** [1] - 19976:8

**tried** [8] - 19998:18, 19998:22, 19999:3, 20011:7, 20019:25, 20053:18, 20053:20, 20053:21

**trip** [7] - 20055:2, 20055:3, 20055:5, 20055:6, 20055:9, 20055:18, 20055:21

**troll** [2] - 20003:15, 20027:3

**trucks** [1] - 19992:10

**true** [4] - 20052:18, 20072:1, 20073:16, 20073:17

**Trump** [23] - 19990:19, 19990:22, 19990:24, 19991:3, 19991:15, 19994:1, 19996:21, 19997:2, 19997:3, 20010:4, 20023:3, 20023:9, 20026:9, 20026:11, 20048:19, 20048:21, 20049:3, 20049:4, 20051:12, 20052:12, 20052:14

**Trump's** [2] - 19991:6, 19991:9

**trust** [1] - 20005:15

**truth** [5] - 20008:2, 20008:6, 20009:7, 20009:11, 20030:2

**truthful** [1] - 20017:2

**try** [6] - 20021:12, 20038:21, 20053:19, 20061:18, 20070:10, 20072:24

**trying** [12] - 19997:18, 19997:21, 20015:9, 20020:4, 20020:5, 20024:10, 20029:11, 20055:4, 20062:18, 20066:10, 20068:18, 20069:9

**Tuesday** [1] - 19976:6

**tunnel** [1] - 20010:14

**turn** [4] - 19993:24, 20038:20, 20053:7, 20053:10

**turned** [1] - 20015:21

**turns** [1] - 20052:6

**twice** [3] - 20020:8, 20023:6, 20030:9

**Twitter** [5] - 20024:14, 20024:15, 20026:7, 20026:10

**two** [27] - 19984:11, 19988:20, 19992:18, 20001:24, 20002:4, 20005:11, 20005:14, 20010:19, 20014:1, 20014:3, 20024:7, 20040:21, 20043:17, 20047:11, 20048:1, 20056:12, 20056:23, 20059:14, 20059:16, 20059:22, 20061:3, 20062:16, 20063:22, 20065:3, 20073:2

**two-by-four** [3] - 20059:16, 20059:22, 20061:3

**Tyler** [1] - 19999:11

**type** [3] - 20017:13, 20021:13, 20026:18

## U

**U.S** [7] - 19976:14, 19977:18, 19990:17, 19990:18, 19991:7, 19992:14, 20023:11

**ultimately** [6] - 19984:13, 20034:25, 20035:2, 20037:18, 20052:14, 20053:23

**unanimous** [1] - 20006:25

**under** [2] - 19978:19, 20033:2

**underneath** [1] - 20010:14

**undisputed** [2] - 20049:5, 20051:13

**unexpected** [1] - 20020:22

**unfortunately** [3] -

20017:13, 20053:11,
20069:22
**unique** [2] - 19984:16,
20036:20
**UNITED** [3] - 19976:1,
19976:2, 19976:10
**United** [16] -
19976:12, 19978:3,
19999:11, 20001:20,
20002:14, 20010:8,
20012:5, 20012:9,
20013:5, 20013:7,
20023:14, 20023:18,
20034:15, 20039:12,
20043:5, 20073:21
**unknown** [3] -
19992:3, 20017:9,
20017:10
**unlawful** [1] -
20069:20
**unlike** [3] - 20029:20,
20030:3, 20030:6
**up** [72] - 19988:12,
19988:13, 19993:13,
19993:14, 19996:16,
20000:10, 20001:5,
20001:10, 20001:18,
20003:6, 20003:17,
20004:14, 20005:16,
20007:3, 20010:2,
20011:14, 20015:19,
20017:7, 20021:5,
20024:24, 20032:2,
20032:12, 20032:22,
20035:12, 20037:2,
20038:7, 20039:14,
20039:20, 20041:1,
20041:5, 20041:8,
20042:3, 20042:12,
20042:14, 20043:1,
20043:2, 20044:9,
20044:21, 20046:3,
20046:11, 20048:7,
20050:21, 20051:22,
20051:24, 20054:2,
20055:23, 20056:8,
20057:12, 20057:13,
20058:11, 20059:20,
20061:12, 20061:13,
20062:18, 20063:20,
20063:21, 20063:22,
20063:25, 20064:25,
20065:2, 20066:23,
20067:7, 20067:18,
20070:2, 20070:17,
20070:20, 20071:1,
20072:16
**updated** [1] -
20019:16
**upgrades** [1] -

20019:5
**upset** [1] - 20027:1
**upvotes** [1] -
20024:19
**useful** [3] - 19998:24,
20024:18, 20024:21
**user** [1] - 20024:20
**users** [1] - 20024:20
**uses** [1] - 20069:1

## V

**value** [3] - 20009:8,
20027:5
**various** [7] -
19985:11, 19986:24,
19994:20, 20000:21,
20001:12, 20056:20,
20063:14
**verdict** [6] - 20005:20,
20005:25, 20006:8,
20006:21, 20006:25,
20031:7
**verify** [1] - 20020:13
**versed** [1] - 20027:14
**version** [2] - 20019:2,
20019:3
**vertically** [2] -
19999:14, 20000:21
**vet** [1] - 19997:10
**vetting** [2] - 19997:6,
19997:9
**vicinity** [2] - 20061:25,
20067:20
**Video** [4] - 19994:4,
19996:25, 19997:25,
20022:14
**video** [10] - 20014:24,
20022:9, 20022:10,
20054:16, 20054:18,
20054:21, 20059:24,
20060:2, 20060:5
**videos** [8] - 19986:24,
20003:18, 20015:5,
20026:13, 20049:10,
20065:15, 20066:12,
20070:16
**view** [1] - 20026:21
**violated** [2] - 20011:8,
20015:14
**violation** [1] -
20011:10
**violence** [12] -
19995:22, 20014:22,
20014:25, 20022:2,
20025:12, 20025:17,
20025:18, 20025:21,
20042:9
**violent** [1] - 19996:13
**violently** [1] -

19995:17
**Virginia** [2] -
19999:11, 20000:6
**voices** [1] - 20029:18
**voicing** [1] - 20067:17
**volume** [2] - 20019:13,
20022:1
**volun** [1] - 20020:10
**volun-told** [1] -
20020:10
**volunteered** [1] -
20020:10
**vote** [1] - 20024:19

## W

**wait** [7] - 20030:5,
20038:19, 20038:20,
20068:16, 20068:17
**walk** [10] - 19991:7,
20005:9, 20010:7,
20012:4, 20012:8,
20013:16, 20041:4,
20049:13, 20051:18,
20066:6
**walked** [2] - 20058:11,
20058:12
**walking** [3] - 20012:6,
20031:16
**walks** [1] - 20048:25
**wants** [13] - 19987:10,
19987:11, 19995:8,
20004:11, 20014:20,
20014:23, 20017:10,
20017:16, 20022:19,
20027:3, 20038:7,
20052:21, 20071:15
**War** [1] - 20054:13
**Washington** [35] -
19976:5, 19976:15,
19976:25, 19977:19,
19990:14, 19991:4,
19991:7, 19992:8,
19992:22, 19992:24,
19993:23, 19998:12,
19999:24, 20000:11,
20000:18, 20001:14,
20002:6, 20002:16,
20004:5, 20010:8,
20010:15, 20011:19,
20011:25, 20012:4,
20012:8, 20012:16,
20012:23, 20015:4,
20031:15, 20039:8,
20047:10, 20048:2,
20048:12, 20054:8,
20073:22
**watch** [2] - 20014:15,
20050:23
**watching** [1] -

20037:9
**water** [7] - 20061:24,
20062:2, 20062:4,
20062:5, 20062:10,
20062:13, 20063:6
**wave** [1] - 20017:11
**ways** [3] - 19985:12,
20005:13, 20062:20
**wearing** [1] -
20001:22
**wedge** [1] - 19990:4
**week** [1] - 19996:1
**weeks** [1] - 20045:23
**weight** [1] - 20018:1
**welcome** [2] -
19989:15, 20035:25
**well-versed** [1] -
20027:14
**West** [1] - 19977:9
**whatsoever** [3] -
20010:5, 20018:18,
20060:21
**White** [2] - 20008:12,
20014:20
**whole** [17] - 19985:19,
19989:25, 19992:12,
19993:16, 19996:19,
20027:17, 20046:11,
20049:21, 20051:4,
20051:23, 20054:15,
20063:11, 20064:5,
20064:12, 20064:13,
20064:14, 20067:9
**wife** [2] - 20055:23,
20057:5
**wild** [3] - 19996:6,
20064:25, 20065:1
**window** [21] -
19994:17, 20010:10,
20041:12, 20041:16,
20041:17, 20052:1,
20058:12, 20058:19,
20059:12, 20059:17,
20059:20, 20059:23,
20060:4, 20060:6,
20060:8, 20060:9,
20060:11, 20061:17,
20070:1, 20071:3,
20071:18
**windows** [1] -
20059:20
**wired** [1] - 20053:15
**witness** [18] -
20003:10, 20005:12,
20007:22, 20008:5,
20008:6, 20008:8,
20008:13, 20008:25,
20009:2, 20009:6,
20009:7, 20009:13,
20009:14, 20010:6,

20010:11, 20053:18,
20053:21
**witness's** [4] -
20008:21, 20008:22,
20009:8, 20026:21
**witnesses** [29] -
19986:11, 19986:24,
19990:21, 19997:11,
19997:16, 20004:21,
20004:23, 20004:25,
20005:4, 20007:20,
20007:25, 20008:1,
20009:12, 20009:15,
20013:22, 20013:24,
20015:18, 20017:21,
20017:22, 20017:24,
20023:12, 20029:13,
20029:19, 20029:20,
20030:3, 20030:6,
20030:8, 20057:23
**woke** [1] - 20003:3
**Wolkind** [1] -
20028:18
**women** [5] - 19995:9,
19995:10, 20004:7,
20022:7, 20026:14
**word** [8] - 19989:1,
20039:21, 20040:5,
20047:3, 20053:4,
20068:17, 20069:1,
20069:13
**words** [14] - 19990:22,
19991:9, 19996:21,
19997:2, 19997:4,
20022:25, 20028:23,
20028:24, 20039:17,
20039:18, 20039:19,
20040:22, 20068:23,
20069:2
**works** [2] - 19989:1,
20037:1
**world** [1] - 20014:25
**worry** [5] - 20044:17,
20044:19, 20044:20,
20047:2, 20047:4
**wow** [1] - 19995:2
**writing** [2] - 20050:21,
20057:16
**wrongdoings** [1] -
20015:7
**wrote** [1] - 20050:21

## Y

**years** [4] - 20012:1,
20038:24, 20043:17,
20057:21
**yelled** [1] - 20058:9
**yelling** [2] - 20042:8,
20070:24

**yellow** [2] - 20002:2, 20065:14

**yesterday** [14] - 19984:8, 19984:14, 20009:10, 20017:2, 20037:14, 20039:17, 20048:19, 20050:22, 20051:7, 20053:4, 20060:18, 20063:7, 20068:11, 20068:12

**York** [7] - 19976:18, 19977:13, 20048:2, 20054:2, 20054:4, 20054:21, 20054:25

**young** [3] - 20016:14, 20016:15, 20052:25

**younger** [1] - 20037:25

**yourself** [5] - 20018:6, 20023:1, 20024:1, 20039:8, 20060:15

**YouTube** [1] - 20015:8

## Z

**Zachary** [2] - 19978:4, 20044:7

**zero** [4] - 20009:8, 20009:9, 20009:10, 20018:7

**zilch** [1] - 20009:11

**zone** [1] - 19998:3