```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        CR Nos. 1:21-cr-00175-TJK-1
                                        1:21-cr-00175-TJK-2
v.                                      1:21-cr-00175-TJK-3
                                        1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                         1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                  Washington, D.C.
5-ENRIQUE TARRIO                Wednesday, May 3, 2023
6-DOMINIC J. PEZZOLA,           9:00 a.m.
                  Defendants.
- - - - - - - - - - - - - - - - x
```

_____

                TRANSCRIPT OF JURY TRIAL - DAY 77
        HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
               UNITED STATES DISTRICT JUDGE

_____

APPEARANCES:

For the United States:   Jason B.A. McCullough, Esq.
                         Erik M. Kenerson, Esq.
                         Nadia Moore, Esq.
                         Conor Mulroe, Esq.
                         U.S. ATTORNEY'S OFFICE
                         555 4th Street, NW
                         Washington, DC 20530
                         (202) 252-7233

For the Defendants:      Nicholas D. Smith, Esq.
                         DAVID B. SMITH, PLLC
                         7 East 20th Street
                         Suite 4r
                         New York, NY 10003
                         (917) 902-3869

                         Norman A. Pattis, Esq.
                         PATTIS & SMITH, LLC
                         383 Orange Street
                         1st Floor
                         New Haven, CT 06511
                         (203) 393-3017

                         John D. Hull, IV, Esq.
                         HULL MCGUIRE PC
                         1420 N Street, NW
                         Washington, DC 20005
                         (202) 429-6520

```
APPEARANCES CONTINUED:

For the Defendants:       Carmen D. Hernandez, Esq.
                          7166 Mink Hollow Road
                          Highland, MD 20777
                          (240) 472-3391

                          Nayib Hassan, Esq.
                          LAW OFFICES OF NAYIB HASSAN, P.A.
                          6175 NW 153 Street
                          Suite 209
                          Miami Lakes, FL 33014
                          (305) 403-7323

                          Sabino Jauregui, Esq.
                          JAUREGUI LAW, P.A.
                          1014 West 49 Street
                          Hialeah, FL 33012
                          (305) 822-2901

                          Steven A. Metcalf, II, Esq.
                          METCALF & METCALF, P.C.
                          99 Park Avenue
                          6th Floor
                          New York, NY 10016
                          (646) 253-0514

Court Reporter:           Timothy R. Miller, RPR, CRR, NJ-CCR
                          Official Court Reporter
                          U.S. Courthouse, Room 6722
                          333 Constitution Avenue, NW
                          Washington, DC 20001
                          (202) 354-3111


Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.
```

1                   **P R O C E E D I N G S**

2             THE DEPUTY CLERK:  This is Criminal Matter 21-175,

3      United States of America v. Defendant 1, Ethan Nordean;

4      Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;

5      Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

6      Pezzola.

7             Present for the Government are Jason McCullough,

8      Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

9      Defendant 1 is Nicholas Smith; present for Defendant 2 are

10     John Hull and Norman Pattis -- Norman Pattis, not John Hull;

11     present for Defendant 3 is Carmen Hernandez; present for

12     Defendant 5 are Nayib Hassan and Sabino Jauregui.  Counsel

13     is not present for Defendant 6; however, I'm told by

14     Mr. Pattis that he will be standing in for counsel for

15     Defendant 6.  Also present are Defendant 1, Mr. Nordean;

16     Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl; Defendant 5,

17     Mr. Tarrio; and Defendant 6, Mr. Pezzola.

18             THE COURT:  All right.  Good morning to all of

19     you.

20             MR. PATTIS:  (Indicating.)

21             THE COURT:  Mr. Pattis?

22             MR. PATTIS:  I don't know if you need a separate

23     waiver from Mr. Pezzola, but I'm here on behalf of

24     Mr. Metcalf this morning with Mr. Pezzola's consent.

25             THE COURT:  All right.  Mr. Pezzola, if you can

1    get a microphone and just go ahead and let me know that you

2    are agreeable to that.

3            DEFENDANT PEZZOLA:  Yes, sir.  I agree.

4            THE COURT:  All right.  Thank you.

5            All right.  Once again, we have a very -- evidence

6    of a very careful jury.  You all have the note.  So

7    obviously, I'm going to, at a minimum, send back -- we'll

8    talk a moment in -- about the substantive issue, but what I

9    propose is a note that simply says -- from me -- "The

10    attached page corrects the typographical error that you

11    identified," and I'll make the change to -- from Count -- I

12    guess it's Count 1 to Count 4 -- under Count 4, and I guess

13    it's Page 4 of the form.

14            So that aside -- and I assume -- just for the

15    record, speak now if you have an objection to that.

16            All right.  Hearing no objection, I --

17            MS. HERNANDEZ:  (Indicating.)

18            THE COURT:  Ms. Hernandez, you have an objection

19    to that?

20            MS. HERNANDEZ:  Well, I think the issue is --

21            THE COURT:  Right.  I know you have another issue.

22    Do you have an objection to me doing, at a minimum, what I

23    already indicated?

24            MS. HERNANDEZ:  I want the verdict corrected --

25    the verdict form corrected to add the wording that I

1    wanted --

2              THE COURT:  Right.  That's a separate --

3              MS. HERNANDEZ:  -- and I think we also have to --

4    you're asking me a question.  I'm answering it -- the

5    Court's question.

6              THE COURT:  No, you're actually not.  Do you have

7    any objection to at least what I've already said I intend to

8    do without talking about whether you want something

9    additional?

10             MS. HERNANDEZ:  If the Court is asking, do I

11   object to you sending that -- just to correct it and nothing

12   more, then I do object.

13             THE COURT:  Right.  But do you -- that's not my

14   question.  Again, if you listen closely.  Do you object to

15   what I have laid out that I would do at a minimum, reserving

16   your right to make some other argument that I should do

17   something else, as well?

18             MS. HERNANDEZ:  Reserving my right that you should

19   do something else, as well.

20             THE COURT:  Right.  So no objection.  Okay.

21             MS. HERNANDEZ:  I reserve my right -- I think

22   doing that alone -- I object to doing that alone.

23             THE COURT:  Okay.  The other issue is the issue

24   that you all raised yesterday and Ms. Hernandez raised again

25   today about the fact that it doesn't happen to -- the

1    verdict form doesn't happen to reiterate the force component

2    of the goals of Count 4.  Again, no party caught this --

3    first of all, it's very clear that the verdict form is

4    not -- and the jury has been instructed this -- that the

5    jury [sic] form is not the substantive instructions they are

6    to apply and, if anything, what we've seen so far, the jury

7    is very carefully going through the materials they've --

8    provided.  So I don't see any reason why I should add that

9    here.  It's not -- make the changes you suggest,

10   Ms. Hernandez.  It's not required, and if we were writing

11   from a blank slate, maybe, I would include it, but it's

12   certainly not required, and in a world in which they've been

13   instructed that this -- the verdict form is not the

14   substance of what they're considering; it's only meant to

15   help them record their verdict, I don't think it's

16   necessary, but let me just hear you quickly.

17          MS. HERNANDEZ:  So first of all, if the Court's

18   going to correct the verdict, then I -- verdict form, then I

19   think this correction needs to be made.

20          Second of all, if you contrast it -- I think, as

21   written, the verdict form is incorrect because it identifies

22   the goal without use of force, intimidation, and that's not

23   a prohibited goal, and you can contrast it with Count 1 --

24   the goal set out in Count -- in the verdict form in Count 1

25   and it does include force.  So -- and, again, because we're

1    dealing with -- in the spectrum of the First Amendment, a

2    goal that is only to -- just want to quote the language --

3    "to prevent a member or federal officer from discharging a

4    duty or to induce a member of Congress to leave the place

5    where the member of Congress or federal officer -- duties

6    are required without the use of force, intimidation," or the

7    third term that the goal in this case involves, I think,

8    is a -- is -- I think that is misleading and it's

9    inconsistent with the way the verdict form is written in the

10   other count.  So I do think -- because it's inconsistent

11   with the other counts and because it is an essential

12   element, I believe it needs to be in there, and since you're

13   going to correct the form anyway, it makes sense.

14           And I must say, when -- yesterday, when the

15   Court -- when I first raised it, the Court didn't decline.

16   You just said, "Talk to the Government."  The problem was

17   that it was lunchtime and we were still dealing with all the

18   other issues that we were, you know -- the several questions

19   and how that was going to be responded.  So there just

20   wasn't enough time in that hour.  And so I do think, since

21   you're going to correct the form, you need to correct it to

22   make that correction.  And, again, I have other arguments

23   that -- as to this whole issue, but just to answer the

24   Court's question --

25           THE COURT:  You should make them all now --

```
 1                MS. HERNANDEZ:  Okay.
 2                THE COURT:  -- because I'm going to -- I -- they
 3     need to get the corrected -- the thing that actually, for
 4     sure, needs correction because it's a typo, I need to
 5     respond to that quickly.  So I really don't -- I'm not going
 6     to take up much time, I don't think, to decide this other
 7     issue.  So --
 8                MS. HERNANDEZ:  I think -- I believe this needs
 9     correction.  This is an element, and it's left out of here,
10     and it's left out in contrast to where it is in another
11     count.
12                Two, I believe -- reading the note from the jury
13     yesterday, in retrospect, now knowing what this is, I
14     believe the question about goals and objectives is more
15     complex than I originally believed it to be at the time, and
16     I think that the Court's response didn't answer that
17     because --
18                THE COURT:  Well --
19                MS. HERNANDEZ:  -- "goal" and "agreed-upon
20     objective" -- particularly the way the evidence came in, I
21     believe Mr. Bertino talked about an objective and, you know,
22     the goals and objectives were not the same.  And so in
23     retrospect, looking at the way this was framed and looking
24     at the fact that the goal listed in Count 4 does not include
25     the force element, I believe there's a confusion that needs
```

1   to be corrected.  Otherwise, the jury is acting under a

2   misapprehension, and I am concerned that the jury has been

3   acting under a misapprehension; has been deliberating under

4   a misapprehension for four or five days; and, therefore, it

5   has to be addressed by the Court.

6            THE COURT:  All right.  Any --

7            MR. SMITH:  (Indicating.)

8            THE COURT:  Mr. Smith?

9            MR. SMITH:  Thank you, Your Honor.

10           I don't have an argument.  I just want to put one

11  fact in the record, because sometimes the parties will email

12  the Court rather than putting things -- filing them on the

13  docket.

14           So I'm just noting for the record that at 7:28

15  this morning, counsel for Zach Rehl notified the Court that

16  there was a typographical error in Count 4 and that this

17  morning we've received a jury note at -- that's timed

18  9:11 a.m. that notes the exact same typographical error.

19           That's all.  I just wanted to note that those two

20  things happened almost simultaneously.

21           THE COURT:  All right.  Let me hear the Government

22  on this substantive part.

23           MR. KENERSON:  Thank you, Your Honor.

24           So I think -- just a factual question.  Has the

25  Court received our email?  I think our email with Ms. Harris

 1    crossed paths.  So I don't want to --

 2         THE COURT:  Well, again, that's not really part of

 3    the record.  So I just --

 4         MR. KENERSON:  Correct.

 5         THE COURT:  -- want to give you the opportunity to

 6    make your record.

 7         MR. KENERSON:  So as we noted, there's no reason,

 8    I think, for the Court to reconsider its decision from

 9    yesterday on this point.  The Court's instructions -- which

10    are what controls the jury's deliberations, what the jury

11    has been instructed control their deliberations -- are

12    exceedingly clear on this point and there's no argument to

13    the contrary from any defendant.  It's clear that the

14    instructions control, and it's clear that the instructions

15    are correct.  The case that we would -- that we cited in our

16    email and we will cite again to the Court now is United

17    States against Johnson.  That's 519 F.3d 478 at 486 to 487,

18    D.C. Circuit case from 2008.  There, a defendant had argued

19    that because he was charged with possession with intent to

20    distribute crack cocaine but the verdict form only listed

21    cocaine base, the jury did not, in fact, find the defendant

22    guilty of an offense involving crack cocaine.  There, the

23    court -- there, the D.C. Circuit talked about the

24    instructions the court gave and the fact that the

25    instructions the court gave told the jury that they needed

1    to find the defendant guilty of cocaine -- of a crack

2    cocaine offense.  This is similar.  The Court's instructions

3    provide the jury with an accurate statement of the law that

4    no party is challenging.  They have not expressed any

5    confusion, and as the Court has -- about those elements.  As

6    the Court has noted, they are a very diligent jury.  I --

7    the notion that they are under a misapprehension, they've

8    been deliberating under a misapprehension for the last four

9    to five days is just simply unsupported.  They've had the

10   instructions.  They've had questions about the instructions.

11   There's no reason to believe that they've not been following

12   them.  So there's no need to make the correction that

13   Ms. Hernandez requests.

14            THE COURT:  I mean, I'll also note, when I saw

15   the -- let's put it this way.  To the extent there was a

16   concern that they had a misimpression based on their notes

17   before today, the fact that they identified this as a

18   typo -- like, they didn't -- this wasn't a note that said,

19   "We're confused about this"; this was a note that said, "It

20   looks like there's a typo here; can you please fix it" -- I

21   think, is quite significant.  They were the ones who

22   understand, "Oh, it's a typo.  You need to fix it," number

23   one.  So I'm going to --

24            MS. HERNANDEZ:  May I respond to the Government's

25   argument on Johnson --

```
1          THE COURT:  No, no, I'm ready to --
2          MS. HERNANDEZ:  -- on Johnson, Your Honor?  The
3     burden is mine, then.  I should respond to the last --
4          THE COURT:  I don't need to hear from you, because
5     it -- my ruling doesn't even really turn on Johnson.
6          MR. HULL:  (Indicating.)
7          MS. HERNANDEZ:  Well --
8          THE COURT:  Look, the reality is we -- I think
9     we're even overlooking another element of this which is that
10    not all the elements -- your first argument was, "Oh, it's
11    an element of the offense."  No one is arguing to me -- and,
12    in fact, when you look at the verdict form in this case or
13    any case, it doesn't include all the elements of the
14    offense.  It doesn't have to, number one.  No one is
15    arguing -- there's no case I know of that says a verdict
16    form has to include all the elements of the offense, and
17    typically they do not, number one.  The only reason we even
18    break out these goals is, you know, for other purposes
19    because it -- we want to make sure there's unanimity in
20    terms of the goal.  So number one, all the elements don't
21    need to be included.
22          Number two, they do lay out the goals, although
23    they don't -- in this particular instance, it doesn't go the
24    next step and indicate it has to be by force.  Again, that's
25    not the reason we even list out the goals here.  The goal --
```

1    the reason we list them out is to make sure we have

2    unanimity in terms of the goal.  I don't think --

3            Number three, we have very detailed instructions

4    that lay out exactly what they have to find to convict or

5    acquit the defendants on these points.

6            And so I -- and on top of all that, they've been

7    specifically instructed that the verdict form is just a

8    means to record the verdict.  It's not a -- it's not

9    anything substantive for them to consider.

10           So on -- in light of all of that, I don't need to

11   make this substantive change or this addition you would like

12   to make.  I am going to correct the typo which we would have

13   done regardless of whether they had identified it one way or

14   the other.

15           So my note to them will read "The attached

16   page" -- and I will just give the one page -- "The attached

17   page corrects the typographical error that you identified"

18   and it will simply swap out -- on Page 4, it will swap out

19   Count 1 for Count 4 so -- to alleviate that confusion.

20           MS. HERNANDEZ:  (Indicating.)

21           THE COURT:  Yes, Ms. Hernandez?

22           MS. HERNANDEZ:  Your Honor, the reason for adding

23   the force element where you wouldn't ordinarily is because

24   of the First Amendment implications.  Also --

25           THE COURT:  All right.  Ms. Hernandez, I actually

 1    said I wasn't going to hear from you.  So I don't know --

 2              MS. HERNANDEZ:  Well --

 3              THE COURT:  -- why you're --

 4              MS. HERNANDEZ:  -- you just called on me.  So --

 5              THE COURT:  Right.  I thought you were moving on

 6    to something else.

 7              MS. HERNANDEZ:  Well, and I will move for a

 8    mistrial --

 9              THE COURT:  All right.

10              MS. HERNANDEZ:  -- because the answers we gave the

11    jury -- because, in my opinion, the jury has been

12    deliberating under a misapprehension of the -- of what is

13    required.

14              Number two, the question the jury asked yesterday,

15    in retrospect, shows that they are misapprehending the --

16    they are inserting a difference between "goals" and

17    "objectives" which is not what the law -- and, as the Court

18    instructed, they're one and the same.  And the answer that

19    the Court gave yesterday did not -- over defense

20    objection -- did not clarify that.  I think it left it more

21    obscure.

22              And because the Court is not correcting the

23    verdict form to add the force element to Count 4.

24              And just going to say on -- for the record,

25    Johnson involved issues of crack cocaine and cocaine base

1    which were at the heart of what Congress intended by the

2    statute where the cocaine base was a different substance.

3    It was not -- I don't -- I haven't had an opportunity to

4    read it.  I'm arguing from memory of the case.  It had more

5    to do with the distinction between crack cocaine and cocaine

6    base in the statute which was at the heart --

7              THE COURT:  Yeah, the --

8              MS. HERNANDEZ:  -- was in -- being considered by

9    the --

10             THE COURT:  Ms. Hernandez --

11             MS. HERNANDEZ:  -- by all the courts --

12             THE COURT:  -- I said I wasn't --

13             MS. HERNANDEZ:  -- at the time.

14             THE COURT:  -- going to hear you on that.  So I

15   really want to get back to instructing the jury.  And so I'm

16   sorry --

17             MS. HERNANDEZ:  I move for a mistrial --

18             THE COURT:  -- because I'm cutting --

19             MS. HERNANDEZ:  -- Your Honor.

20             THE COURT:  Yes, I understand your motion.  The

21   motion is denied.  There's -- as to what I instructed them

22   yesterday, I haven't heard any reason to suggest that it's

23   not an accurate statement of the law, and as that links up

24   with -- I've already indicated why, today, I don't believe I

25   need to make the change to the verdict form you're arguing

1    for.  And as to any connection between yesterday's notes and

2    today's, I actually think the note today is quite to the

3    contrary in terms of it suggesting they're laboring under a

4    misimpression.  It makes clear that they were the ones who

5    noticed at the same time we did that there was a

6    typographical error and that it should be corrected.  They

7    weren't raising the question of, "Jeez, what's going on here

8    with the verdict form," just open-endedly.  They were

9    saying, "We recognize this is a typo."  And so that strikes

10   me as making clear they understand the difference between

11   the verdict form and the instructions and that they're not

12   laboring under any misimpression.  So there's simply no

13   reason for a mistrial.

14                MR. HULL:  (Indicating.)

15                THE COURT:  Yes, Mr. Hull?

16                MR. HULL:  Your Honor, may I be heard briefly?

17   Mr. Biggs joins the earlier comments of Rehl and Smith.  And

18   this is important.  If I could just add, does it -- as a

19   Band-Aid -- I think there was a misapprehension risk here.

20   But as a Band-Aid short-term, can we quickly -- and it

21   doesn't take that much time because it solves the whole

22   problem -- make sure that the instructions match up with the

23   verdict form?  Use this as an opportunity or window to do

24   that.

25                THE COURT:  Well, the opportunity to do that was

1    when I produced it to you all and said, "Please review it

2    and make sure it's accurate"; the time to do that was before

3    we gave it to the jury; the time to do that, even if this

4    issue was raised -- we were all aware of this potential

5    issue yesterday, was before today.  The jury has the case.

6    It --

7                MR. HULL:  Fair enough, Your Honor.

8                THE COURT:  So I --

9                MR. HULL:  We all -- excuse me.  We all miss

10    things and things have proceeded at a quick clip in this

11    case.  This is something that is easy to fix and we do need

12    some symmetry here and it doesn't take much time to get it.

13                THE COURT:  I don't -- you're making a request,

14    sort of, in the abstract.  I've already denied the request

15    to make the change Ms. Hernandez wants.  I am going to make

16    the change we all agree needs to be made.  If some other

17    issue comes to the parties' attention and they want to talk

18    about it, they can let me know and I'll take the bench and

19    do that, but I don't know -- you're referencing an issue

20    that, as of now, doesn't exist.

21                MR. HULL:  So it doesn't happen again, it would be

22    easy to compare the instructions with the verdict form.

23    That's all I'm saying.

24                THE COURT:  It would be and should be.  I agree

25    with that.

1           All right.  So I will respond to them and I'll see

2      you all, if not before, at least, then, at noon.

3           MS. HERNANDEZ:  Your Honor, for the record, I

4      believe the Court sent the verdict sheet after -- on

5      Saturday evening which the jury had already retired to

6      deliberate at that point.  So in terms of Rule 30 and the

7      objections that must be made, I think the verdict sheet was

8      provided too late to make the objections before the jury

9      began deliberating.

10          THE COURT:  The parties jointly proposed the

11     verdict form.

12          MS. HERNANDEZ:  I didn't have -- I don't recall

13     that.

14          MR. KENERSON:  (Indicating.)

15          THE COURT:  Mr. Kenerson?

16          MR. KENERSON:  The parties did jointly propose a

17     verdict form back in November and then the Court sent its

18     revised version based on what we submitted on April 21st

19     which was a Saturday but was the Saturday before closings

20     began.

21          THE COURT:  That would make sense that I would

22     have sent it to you before the jury would have received it.

23          MS. HERNANDEZ:  So I'm sorry.  Can Mr. --

24          THE COURT:  I'm sorry.  What is it?

25          MS. HERNANDEZ:  Did Mr. Kenerson just say that the

```
 1    Government submitted a --

 2              THE COURT:  No, what he said was that I

 3    proposed -- I took the parties' joint submission, made some

 4    changes to it, and provided it to the parties for comment

 5    before the jury received the case.

 6              MS. HERNANDEZ:  I heard him say that the

 7    Government provided some changes before --

 8              THE COURT:  No, no, the Court.  The Court.  I may

 9    have -- I don't recall what changes I did make, but I

10    believe -- but in conjunction with firming up the jury

11    instructions, I also provided the verdict form.  Again, I,

12    off the top of my head right now, don't recall if there were

13    any changes -- what, if any, changes were made from what the

14    parties had proposed jointly, but either way it was provided

15    to the parties before the jury received the case.

16              MS. HERNANDEZ:  Under Rule 30, to the extent the

17    Court is making a change to the jury instructions, I believe

18    my objections are timely.

19              And, Your Honor, I know -- we've been

20    communicating with the Court through emails at the Court's

21    direction.  At some point, these emails have got to be made

22    part of the record.  I don't know how the Court wants us to

23    do it.

24              THE COURT:  I don't know what you mean by my -- at

25    my "direction."
```

```
 1            MS. HERNANDEZ:  Well, your --

 2            THE COURT:  I've --

 3            MS. HERNANDEZ:  The Court had indicated that you

 4   wanted us to tee up issues by email, that type of thing.

 5            THE COURT:  At times, correct.  Yes.

 6            MS. HERNANDEZ:  So that's how -- I mean, sometimes

 7   I file --

 8            THE COURT:  All right.

 9            MS. HERNANDEZ:  -- a motion, but other times I --

10   I mean, I can just attach all the emails that I've ever

11   filed with the Court for -- as a part of the record.  I just

12   think they have to be made --

13            THE COURT:  Everyone should proceed as they feel

14   they need to to preserve their record.  In some cases, I've

15   tried my best to let the parties -- try to give the

16   parties -- when a discrete issue's been raised on email, to

17   give the parties the opportunity to put their position on

18   the record.  There may have been a few times when we're

19   talking about vast quantities of documents where some things

20   proceeded by email.  Mr. Smith raised this with me earlier

21   and I said, "Look, to preserve your record, yes, you should

22   file those things that indicated your position on particular

23   exhibits" -- for example -- "if you need to.  File those on

24   the docket."  So nothing's changed since I responded to him.

25            Now, I'd like to respond to the jury.  So I'll see
```

1    you all, if not before then, at noon.

2              THE DEPUTY CLERK:  All rise.  This Honorable Court

3    stands in recess.

4              (Recess taken at 9:48 a.m. and proceedings resumed

5    at 11:55 a.m. as follows:)

6              THE DEPUTY CLERK:  We're back on the record in

7    Criminal Matter 21-175, United States of America v. Ethan

8    Nordean, et al.

9              THE COURT:  All right.  We do not -- oh, we do

10   have the defendants.  Good.

11             THE DEPUTY CLERK:  Ms. Hernandez --

12             THE COURT:  We do not have Ms. Hernandez.  Well,

13   while we're -- does anyone know how far away Ms. Hernandez

14   is?

15             MR. JAUREGUI:  I just saw here in the attorney

16   room, Judge.  She should be walking in right now.

17             THE COURT:  She -- and she is.

18             All right.  Ms. Harris, would you please retrieve

19   the jury.

20             (Brief pause.)

21             THE DEPUTY CLERK:  Jury panel.

22             (Jury returned to jury box at 11:59 a.m.)

23             THE COURT:  All right.  Everyone may be seated.

24             Ladies and gentlemen, we've come to the end of

25   your deliberation day today, and I must remind you that in

1    some cases there may be reports in the newspaper or on the

2    radio, Internet, or television concerning this case.  If

3    there should be such media coverage in this case, you may be

4    tempted to read, listen to, or watch it, but you must not

5    read, listen to, or watch it because you must decide this

6    case solely on the evidence presented in this courtroom.  If

7    any publicity about this trial or about January 6th

8    generally inadvertently comes to your attention, do not

9    discuss it with other jurors or with anyone else.  Just let

10    me or the courtroom deputy know as soon after it happens as

11    you can and then I will briefly discuss it with you.

12             I also must remind you that during the

13    deliberations, you may not communicate with anyone not on

14    the jury about this case.  This includes any electronic

15    communication such as email or text or any blogging about

16    the case.  In addition, you may not conduct any independent

17    investigation during deliberations.  This means you may not

18    conduct any research in person or electronically via the

19    Internet or in another way.

20             Thank you for your continued diligence, and we

21    will see you back here at 9:00 o'clock tomorrow.

22             (Jury returned to jury room at 12:00 p.m.)

23             THE COURT:  All right.  Everyone, as best you can,

24    enjoy your afternoon untethered to the courthouse, and we

25    will see you all tomorrow morning -- well, not here, but on

1    call tomorrow morning at 9:00 o'clock.

2         THE DEPUTY CLERK:  All rise.  This Honorable Court

3    is adjourned.

4         (Proceedings concluded at 12:01 p.m.)

5         * * * * * * * * * * * *

6    <u>CERTIFICATE OF OFFICIAL COURT REPORTER</u>

7    I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify

8    that the above and foregoing constitutes a true and accurate

9    transcript of my stenographic notes and is a full, true and

10   complete transcript of the proceedings to the best of my

11   ability, dated this 3rd day of May 2023.

12                        <u>/s/Timothy R. Miller, RPR, CRR, NJ-CCR</u>
                          Official Court Reporter
13                        United States Courthouse
                          Room 6722
14                        333 Constitution Avenue, NW
                          Washington, DC 20001

15

16

17

18

19

20

21

22

23

24

25

## /

**/s/Timothy** [1] - 20508:12

## 0

**06511** [1] - 20486:21

## 1

**1** [7] - 20488:3, 20488:9, 20488:15, 20489:12, 20491:23, 20491:24, 20498:19
**1-ETHAN** [1] - 20486:4
**10003** [1] - 20486:18
**10016** [1] - 20487:13
**1014** [1] - 20487:9
**11:55** [1] - 20506:5
**11:59** [1] - 20506:22
**12:00** [1] - 20507:22
**12:01** [1] - 20508:4
**1420** [1] - 20486:24
**153** [1] - 20487:5
**1:21-cr-00175-TJK-1** [1] - 20486:2
**1:21-cr-00175-TJK-2** [1] - 20486:3
**1:21-cr-00175-TJK-3** [1] - 20486:3
**1:21-cr-00175-TJK-5** [1] - 20486:4
**1:21-cr-00175-TJK-5** [1] - 20486:4
**1st** [1] - 20486:21

## 2

**2** [3] - 20488:4, 20488:9, 20488:16
**2-JOSEPH** [1] - 20486:5
**20001** [2] - 20487:16, 20508:14
**20005** [1] - 20486:24
**2008** [1] - 20495:18
**202** [3] - 20486:15, 20486:25, 20487:17
**2023** [2] - 20486:6, 20508:11
**203** [1] - 20486:22
**20530** [1] - 20486:14
**20777** [1] - 20487:3
**209** [1] - 20487:6
**20th** [1] - 20486:17
**21-175** [2] - 20488:2, 20506:7
**21st** [1] - 20503:18
**240** [1] - 20487:3

**252-7233** [1] - 20486:15
**253-0514** [1] - 20487:13

## 3

**3** [4] - 20486:6, 20488:4, 20488:11, 20488:16
**3-ZACHARY** [1] - 20486:5
**30** [2] - 20503:6, 20504:16
**305** [2] - 20487:7, 20487:10
**33012** [1] - 20487:9
**33014** [1] - 20487:6
**333** [2] - 20487:16, 20508:14
**354-3111** [1] - 20487:17
**383** [1] - 20486:20
**393-3017** [1] - 20486:22
**3rd** [1] - 20508:11

## 4

**4** [9] - 20489:12, 20489:13, 20491:2, 20493:24, 20494:16, 20498:18, 20498:19, 20499:23
**403-7323** [1] - 20487:7
**429-6520** [1] - 20486:25
**472-3391** [1] - 20487:3
**478** [1] - 20495:17
**486** [1] - 20495:17
**487** [1] - 20495:17
**49** [1] - 20487:9
**4r** [1] - 20486:17
**4th** [1] - 20486:14

## 5

**5** [3] - 20488:5, 20488:12, 20488:16
**5-ENRIQUE** [1] - 20486:6
**519** [1] - 20495:17
**555** [1] - 20486:14

## 6

**6** [4] - 20488:5, 20488:13, 20488:15, 20488:17
**6-DOMINIC** [1] -

20486:6
**6175** [1] - 20487:5
**646** [1] - 20487:13
**6722** [2] - 20487:15, 20508:13
**6th** [2] - 20487:12, 20507:7

## 7

**7** [1] - 20486:17
**7166** [1] - 20487:2
**77** [1] - 20486:8
**7:28** [1] - 20494:14

## 8

**822-2901** [1] - 20487:10

## 9

**902-3869** [1] - 20486:18
**917** [1] - 20486:18
**99** [1] - 20487:12
**9:00** [3] - 20486:6, 20507:21, 20508:1
**9:11** [1] - 20494:18
**9:48** [1] - 20506:4

## A

**a.m** [5] - 20486:6, 20494:18, 20506:4, 20506:5, 20506:22
**ability** [1] - 20508:11
**abstract** [1] - 20502:14
**accurate** [4] - 20496:3, 20500:23, 20502:2, 20508:8
**acquit** [1] - 20498:5
**acting** [2] - 20494:1, 20494:3
**add** [4] - 20489:25, 20491:8, 20499:23, 20501:18
**adding** [1] - 20498:22
**addition** [2] - 20498:11, 20507:16
**additional** [1] - 20490:9
**addressed** [1] - 20494:5
**adjourned** [1] - 20508:3
**afternoon** [1] - 20507:24
**agree** [3] - 20489:3,

20502:16, 20502:24
**agreeable** [1] - 20489:2
**agreed** [1] - 20493:19
**agreed-upon** [1] - 20493:19
**ahead** [1] - 20489:1
**Aid** [2] - 20501:19, 20501:20
**aided** [1] - 20487:18
**al** [1] - 20506:8
**alleviate** [1] - 20498:19
**almost** [1] - 20494:20
**alone** [2] - 20490:22
**Amendment** [2] - 20492:1, 20498:24
**AMERICA** [1] - 20486:2
**America** [2] - 20488:3, 20506:7
**answer** [3] - 20492:23, 20493:16, 20499:18
**answering** [1] - 20490:4
**answers** [1] - 20499:10
**anyway** [1] - 20492:13
**APPEARANCES** [2] - 20486:10, 20487:1
**apply** [1] - 20491:6
**April** [1] - 20503:18
**argued** [1] - 20495:18
**arguing** [4] - 20497:11, 20497:15, 20500:4, 20500:25
**argument** [5] - 20490:16, 20494:10, 20495:12, 20496:25, 20497:10
**arguments** [1] - 20492:22
**aside** [1] - 20489:14
**assume** [1] - 20489:14
**attach** [1] - 20505:10
**attached** [3] - 20489:10, 20498:15, 20498:16
**attention** [2] - 20502:17, 20507:8
**attorney** [1] - 20506:15
**ATTORNEY'S** [1] - 20486:13
**Avenue** [3] - 20487:12, 20487:16, 20508:14
**aware** [1] - 20502:4

## B

**B.A** [1] - 20486:11
**Band** [2] - 20501:19, 20501:20
**Band-Aid** [2] - 20501:19, 20501:20
**base** [4] - 20495:21, 20499:25, 20500:2, 20500:6
**based** [2] - 20496:16, 20503:18
**BEFORE** [1] - 20486:9
**began** [2] - 20503:9, 20503:20
**behalf** [1] - 20488:23
**bench** [1] - 20502:18
**Bertino** [1] - 20493:21
**best** [3] - 20505:15, 20507:23, 20508:10
**between** [4] - 20499:16, 20500:5, 20501:1, 20501:10
**BIGGS** [1] - 20486:5
**Biggs** [3] - 20488:4, 20488:16, 20501:17
**blank** [1] - 20491:11
**blogging** [1] - 20507:15
**box** [1] - 20506:22
**break** [1] - 20497:18
**Brief** [1] - 20506:20
**briefly** [2] - 20501:16, 20507:11
**burden** [1] - 20497:3

## C

**careful** [1] - 20489:6
**carefully** [1] - 20491:7
**Carmen** [2] - 20487:2, 20488:11
**case** [16] - 20492:7, 20495:15, 20495:18, 20497:12, 20497:13, 20497:15, 20500:4, 20502:5, 20502:11, 20504:5, 20504:15, 20507:2, 20507:3, 20507:6, 20507:14, 20507:16
**cases** [2] - 20505:14, 20507:1
**caught** [1] - 20491:2
**CCR** [3] - 20487:14, 20508:7, 20508:12
**certainly** [1] - 20491:12
**CERTIFICATE** [1] - 20508:6

certify [1] - 20508:7
challenging [1] - 20496:4
change [6] - 20489:11, 20498:11, 20500:25, 20502:15, 20502:16, 20504:17
changed [1] - 20505:24
changes [6] - 20491:9, 20504:4, 20504:7, 20504:9, 20504:13
charged [1] - 20495:19
Circuit [2] - 20495:18, 20495:23
cite [1] - 20495:16
cited [1] - 20495:15
clarify [1] - 20499:20
clear [6] - 20491:3, 20495:12, 20495:13, 20495:14, 20501:4, 20501:10
CLERK [6] - 20488:2, 20506:2, 20506:6, 20506:11, 20506:21, 20508:2
clip [1] - 20502:10
closely [1] - 20490:14
closings [1] - 20503:19
cocaine [10] - 20495:20, 20495:21, 20495:22, 20496:1, 20496:2, 20499:25, 20500:2, 20500:5
COLUMBIA [1] - 20486:1
comment [1] - 20504:4
comments [1] - 20501:17
communicate [1] - 20507:13
communicating [1] - 20504:20
communication [1] - 20507:15
compare [1] - 20502:22
complete [1] - 20508:10
complex [1] - 20493:15
component [1] - 20491:1
computer [1] - 20487:18
computer-aided [1] -

20487:18
concern [1] - 20496:16
concerned [1] - 20494:2
concerning [1] - 20507:2
concluded [1] - 20508:4
conduct [2] - 20507:16, 20507:18
confused [1] - 20496:19
confusion [3] - 20493:25, 20496:5, 20498:19
Congress [3] - 20492:4, 20492:5, 20500:1
conjunction [1] - 20504:10
connection [1] - 20507:1
Conor [2] - 20486:13, 20488:8
consent [1] - 20488:24
consider [1] - 20498:9
considered [1] - 20500:8
considering [1] - 20491:14
constitutes [1] - 20508:8
Constitution [2] - 20487:16, 20508:14
continued [1] - 20507:20
CONTINUED [1] - 20487:1
contrary [2] - 20495:13, 20501:3
contrast [3] - 20491:20, 20491:23, 20493:10
control [2] - 20495:11, 20495:14
controls [1] - 20495:10
convict [1] - 20498:4
correct [9] - 20490:11, 20491:18, 20492:13, 20492:21, 20495:4, 20495:15, 20498:12, 20505:5
corrected [5] - 20489:24, 20489:25, 20493:3, 20494:1, 20501:6
correcting [1] -

20499:22
correction [5] - 20491:19, 20492:22, 20493:4, 20493:9, 20496:12
corrects [2] - 20489:10, 20498:17
counsel [3] - 20488:12, 20488:14, 20494:15
count [2] - 20492:10, 20493:11
Count [13] - 20489:11, 20489:12, 20491:2, 20491:23, 20491:24, 20493:24, 20494:16, 20498:19, 20499:23
counts [1] - 20492:11
COURT [57] - 20486:1, 20488:18, 20488:21, 20488:25, 20489:4, 20489:18, 20489:21, 20490:2, 20490:6, 20490:13, 20490:20, 20490:23, 20492:25, 20493:2, 20493:18, 20494:6, 20494:8, 20494:21, 20495:2, 20495:5, 20496:14, 20497:1, 20497:4, 20497:8, 20498:21, 20498:25, 20499:3, 20499:5, 20499:9, 20500:7, 20500:10, 20500:12, 20500:14, 20500:18, 20500:20, 20501:15, 20501:25, 20502:8, 20502:13, 20502:24, 20503:10, 20503:15, 20503:21, 20503:24, 20504:2, 20504:8, 20504:24, 20505:2, 20505:5, 20505:8, 20505:13, 20506:9, 20506:12, 20506:17, 20506:23, 20507:23, 20508:6
Court [7] - 20487:14, 20487:15, 20494:15, 20505:11, 20506:2, 20508:2, 20508:12
court [24] - 20490:10, 20492:15, 20494:5, 20494:12, 20494:25, 20495:8, 20495:16, 20495:23, 20495:24, 20495:25, 20496:5, 20496:6, 20499:17, 20499:19, 20499:22, 20503:4, 20503:17,

20504:8, 20504:17, 20504:20, 20504:22, 20505:3
court's [7] - 20490:5, 20491:17, 20492:24, 20493:16, 20495:9, 20496:2, 20504:20
courthouse [1] - 20507:24
Courthouse [2] - 20487:15, 20508:13
courtroom [2] - 20507:6, 20507:10
courts [1] - 20500:11
coverage [1] - 20507:3
CR [1] - 20486:2
crack [5] - 20495:20, 20495:22, 20496:1, 20499:25, 20500:5
Criminal [2] - 20488:2, 20506:7
crossed [1] - 20495:1
CRR [3] - 20487:14, 20508:7, 20508:12
CT [1] - 20486:21
cutting [1] - 20500:18

**D**

D.C [3] - 20486:5, 20495:18, 20495:23
dated [1] - 20508:11
DAVID [1] - 20486:16
DAY [1] - 20486:8
days [2] - 20494:4, 20496:9
DC [4] - 20486:14, 20486:24, 20487:16, 20508:14
dealing [2] - 20492:1, 20492:17
decide [2] - 20493:6, 20507:5
decision [1] - 20495:8
decline [1] - 20492:15
Defendant [16] - 20488:3, 20488:4, 20488:5, 20488:9, 20488:11, 20488:12, 20488:13, 20488:15, 20488:16, 20488:17
defendant [4] - 20495:13, 20495:18, 20495:21, 20496:1
DEFENDANT [1] - 20489:3
Defendants [2] - 20486:7, 20486:16, 20487:2

defendants [2] - 20488:5, 20506:10
defense [1] - 20499:19
deliberate [1] - 20503:6
deliberating [4] - 20494:3, 20496:8, 20499:12, 20503:9
deliberation [1] - 20506:25
deliberations [4] - 20495:10, 20495:11, 20507:13, 20507:17
denied [2] - 20500:21, 20502:14
DEPUTY [6] - 20488:2, 20506:2, 20506:6, 20506:11, 20506:21, 20508:2
deputy [1] - 20507:10
detailed [1] - 20498:3
difference [2] - 20499:16, 20501:10
different [2] - 20500:2
diligence [1] - 20507:20
diligent [1] - 20496:6
direction [2] - 20504:21, 20504:25
discharging [1] - 20492:3
discrete [1] - 20505:16
discuss [2] - 20507:9, 20507:11
distinction [1] - 20500:5
distribute [1] - 20495:20
DISTRICT [3] - 20486:1, 20486:1, 20486:9
docket [2] - 20494:13, 20505:24
documents [1] - 20505:19
Dominic [1] - 20488:5
done [1] - 20498:13
during [2] - 20507:12, 20507:17
duties [2] - 20492:5
duty [1] - 20492:4

**E**

East [1] - 20486:17
easy [2] - 20502:11, 20502:22
either [1] - 20504:14
electronic [1] -

20507:14
**electronically** [1] - 20507:18
**element** [7] - 20492:12, 20493:9, 20493:25, 20497:9, 20497:11, 20498:23, 20499:23
**elements** [5] - 20496:5, 20497:10, 20497:13, 20497:16, 20497:20
**email** [8] - 20494:11, 20494:25, 20495:16, 20505:4, 20505:16, 20505:20, 20507:15
**emails** [3] - 20504:20, 20504:21, 20505:10
**end** [1] - 20506:24
**endedly** [1] - 20501:8
**enjoy** [1] - 20507:24
**Enrique** [1] - 20488:5
**Erik** [2] - 20486:12, 20488:8
**error** [5] - 20489:10, 20494:16, 20494:18, 20498:17, 20501:6
**Esq** [11] - 20486:11, 20486:12, 20486:12, 20486:13, 20486:16, 20486:19, 20486:23, 20487:2, 20487:4, 20487:8, 20487:11
**essential** [1] - 20492:11
**et** [1] - 20506:8
**Ethan** [2] - 20488:3, 20506:7
**evening** [1] - 20503:5
**evidence** [3] - 20489:5, 20493:20, 20507:6
**exact** [1] - 20494:18
**exactly** [1] - 20498:4
**example** [1] - 20505:23
**exceedingly** [1] - 20495:12
**excuse** [1] - 20502:9
**exhibits** [1] - 20505:23
**exist** [1] - 20502:20
**expressed** [1] - 20496:4
**extent** [2] - 20496:15, 20504:16

## F

**F.3d** [1] - 20495:17

**fact** [7] - 20490:25, 20493:24, 20494:11, 20495:21, 20495:24, 20496:17, 20497:12
**factual** [1] - 20494:24
**fair** [1] - 20502:7
**far** [2] - 20491:6, 20506:13
**federal** [2] - 20492:3, 20492:5
**few** [1] - 20505:18
**file** [3] - 20505:7, 20505:22, 20505:23
**filed** [1] - 20505:11
**filing** [1] - 20494:12
**firming** [1] - 20504:10
**first** [4] - 20491:3, 20491:17, 20492:15, 20497:10
**First** [2] - 20492:1, 20498:24
**five** [2] - 20494:4, 20496:9
**fix** [3] - 20496:20, 20496:22, 20502:11
**FL** [2] - 20487:6, 20487:9
**Floor** [2] - 20486:21, 20487:12
**following** [1] - 20508:8
**follows** [1] - 20506:5
**FOR** [1] - 20486:1
**force** [8] - 20491:1, 20491:22, 20491:25, 20492:6, 20493:25, 20497:24, 20498:23, 20499:23
**foregoing** [1] - 20508:8
**form** [25] - 20489:13, 20489:25, 20491:1, 20491:3, 20491:5, 20491:13, 20491:18, 20491:21, 20491:24, 20492:9, 20492:13, 20492:21, 20495:20, 20497:12, 20497:16, 20498:7, 20499:23, 20500:25, 20501:8, 20501:11, 20501:23, 20502:22, 20503:11, 20503:17, 20504:11
**four** [2] - 20494:4, 20496:8
**framed** [1] - 20493:23
**full** [1] - 20508:9

## G

**generally** [1] - 20507:8
**gentlemen** [1] - 20506:24
**goal** [10] - 20491:22, 20491:23, 20491:24, 20492:2, 20492:7, 20493:19, 20493:24, 20497:20, 20497:25, 20498:2
**goals** [7] - 20491:2, 20493:14, 20493:22, 20497:18, 20497:22, 20497:25, 20499:16
**government** [5] - 20488:7, 20492:16, 20494:21, 20504:1, 20504:7
**Government's** [1] - 20496:24
**guess** [1] - 20489:12
**guilty** [2] - 20495:22, 20496:1

## H

**Harris** [2] - 20494:25, 20506:18
**Hassan** [2] - 20487:4, 20488:12
**HASSAN** [1] - 20487:5
**Haven** [1] - 20486:21
**head** [1] - 20504:12
**hear** [5] - 20491:16, 20494:21, 20497:4, 20499:1, 20500:14
**heard** [3] - 20500:22, 20501:16, 20504:6
**hearing** [1] - 20489:16
**heart** [2] - 20500:1, 20500:6
**HELD** [1] - 20486:9
**help** [1] - 20491:15
**hereby** [1] - 20508:7
**Hernandez** [13] - 20487:2, 20488:11, 20489:18, 20490:24, 20491:10, 20496:13, 20498:21, 20498:25, 20500:10, 20502:15, 20506:11, 20506:12, 20506:13
**HERNANDEZ** [35] - 20489:17, 20489:20, 20489:24, 20490:3, 20490:10, 20490:18, 20490:21, 20491:17, 20493:1, 20493:8,

20493:19, 20496:24, 20497:2, 20497:7, 20498:20, 20498:22, 20499:2, 20499:4, 20499:7, 20499:10, 20500:8, 20500:11, 20500:13, 20500:17, 20500:19, 20503:3, 20503:12, 20503:23, 20503:25, 20504:6, 20504:16, 20505:1, 20505:3, 20505:6, 20505:9
**Hialeah** [1] - 20487:9
**Highland** [1] - 20487:3
**Hollow** [1] - 20487:2
**Honor** [9] - 20494:9, 20494:23, 20497:2, 20498:22, 20500:19, 20501:16, 20502:7, 20503:3, 20504:19
**HONORABLE** [1] - 20486:9
**Honorable** [2] - 20506:2, 20508:2
**hour** [1] - 20492:20
**Hull** [4] - 20486:23, 20488:10, 20501:15
**HULL** [7] - 20486:23, 20497:6, 20501:14, 20501:16, 20502:7, 20502:9, 20502:21

## I

**identified** [4] - 20489:11, 20496:17, 20498:13, 20498:17
**identifies** [1] - 20491:21
**II** [1] - 20487:11
**implications** [1] - 20498:24
**important** [1] - 20501:18
**IN** [1] - 20486:1
**inadvertently** [1] - 20507:8
**include** [5] - 20491:11, 20491:25, 20493:24, 20497:13, 20497:16
**included** [1] - 20497:21
**includes** [1] - 20507:14
**inconsistent** [2] - 20492:9, 20492:10
**incorrect** [1] - 20491:21

**independent** [1] - 20507:16
**indicate** [1] - 20497:24
**indicated** [4] - 20489:23, 20500:24, 20505:3, 20505:22
**indicating** [7] - 20488:20, 20489:17, 20494:7, 20497:6, 20498:20, 20501:14, 20503:14
**induce** [1] - 20492:4
**inserting** [1] - 20499:16
**instance** [1] - 20497:23
**instructed** [6] - 20491:4, 20491:13, 20495:11, 20498:7, 20499:18, 20500:21
**instructing** [1] - 20500:15
**instructions** [15] - 20491:5, 20495:9, 20495:14, 20495:24, 20495:25, 20496:2, 20496:10, 20498:3, 20501:11, 20501:22, 20502:22, 20504:11, 20504:17
**intend** [1] - 20490:7
**intended** [1] - 20500:1
**intent** [1] - 20495:19
**Internet** [1] - 20507:2, 20507:19
**intimidation** [2] - 20491:22, 20492:6
**investigation** [1] - 20507:17
**involved** [1] - 20499:25
**involves** [1] - 20492:7
**involving** [1] - 20495:22
**issue** [11] - 20489:8, 20489:20, 20489:21, 20490:23, 20492:23, 20493:7, 20502:4, 20502:5, 20502:17, 20502:19
**issue's** [1] - 20505:16
**issues** [3] - 20492:18, 20499:25, 20505:4
**IV** [1] - 20486:23

## J

**January** [1] - 20507:7
**Jason** [2] - 20486:11,

20512

20488:7
**Jauregui** [2] -
  20487:8, 20488:12
**JAUREGUI** [2] -
  20487:8, 20506:15
**jeez** [1] - 20501:7
**John** [3] - 20486:23,
  20488:10
**Johnson** [5] -
  20495:17, 20496:25,
  20497:2, 20497:5,
  20499:25
**joins** [1] - 20501:17
**joint** [1] - 20504:3
**jointly** [3] - 20503:10,
  20503:16, 20504:14
**Joseph** [1] - 20488:4
**Judge** [1] - 20506:16
**JUDGE** [1] - 20486:9
**jurors** [1] - 20507:9
**jury** [32] - 20489:6,
  20491:4, 20491:5,
  20491:6, 20493:12,
  20494:1, 20494:2,
  20494:17, 20495:10,
  20495:21, 20495:25,
  20496:3, 20496:6,
  20499:11, 20499:14,
  20500:15, 20502:3,
  20502:5, 20503:5,
  20503:8, 20503:22,
  20504:5, 20504:10,
  20504:15, 20504:17,
  20505:25, 20506:19,
  20506:21, 20506:22,
  20507:14, 20507:22
**Jury** [2] - 20506:22,
  20507:22
**JURY** [1] - 20486:8
**jury's** [1] - 20495:10

## K

**KELLY** [1] - 20486:9
**KENERSON** [5] -
  20494:23, 20495:4,
  20495:7, 20503:14,
  20503:16
**Kenerson** [4] -
  20486:12, 20488:8,
  20503:15, 20503:25
**knowing** [1] -
  20493:13

## L

**laboring** [2] - 20501:3,
  20501:12
**ladies** [1] - 20506:24
**laid** [1] - 20490:15

**Lakes** [1] - 20487:6
**language** [1] -
  20492:2
**last** [2] - 20496:8,
  20497:3
**late** [1] - 20503:8
**LAW** [2] - 20487:5,
  20487:8
**law** [3] - 20496:3,
  20499:17, 20500:23
**lay** [2] - 20497:22,
  20498:4
**least** [2] - 20490:7,
  20503:2
**leave** [1] - 20492:4
**left** [3] - 20493:9,
  20493:10, 20499:20
**light** [1] - 20498:10
**links** [1] - 20500:23
**list** [2] - 20497:25,
  20498:1
**listed** [2] - 20493:24,
  20495:20
**listen** [3] - 20490:14,
  20507:4, 20507:5
**LLC** [1] - 20486:20
**look** [3] - 20497:8,
  20497:12, 20505:21
**looking** [2] - 20493:23
**looks** [1] - 20496:20
**lunchtime** [1] -
  20492:17

## M

**machine** [1] -
  20487:18
**match** [1] - 20501:22
**materials** [1] -
  20491:7
**Matter** [2] - 20488:2,
  20506:7
**McCullough** [2] -
  20486:11, 20488:7
**MCGUIRE** [1] -
  20486:23
**MD** [1] - 20487:3
**mean** [4] - 20496:14,
  20504:24, 20505:6,
  20505:10
**means** [2] - 20498:8,
  20507:17
**meant** [1] - 20491:14
**media** [1] - 20507:3
**member** [3] - 20492:3,
  20492:4, 20492:5
**memory** [1] - 20500:4
**Metcalf** [2] - 20487:11,
  20488:24
**METCALF** [2] -

20487:11
**Miami** [1] - 20487:6
**microphone** [1] -
  20489:1
**MILLER** [1] - 20508:7
**Miller** [2] - 20487:14,
  20508:12
**mine** [1] - 20497:3
**minimum** [3] -
  20489:7, 20489:22,
  20490:15
**Mink** [1] - 20487:2
**misapprehending** [1]
  - 20499:15
**misapprehension** [7]
  - 20494:2, 20494:3,
  20494:4, 20496:7,
  20496:8, 20499:12,
  20501:19
**misimpression** [3] -
  20496:16, 20501:4,
  20501:12
**misleading** [1] -
  20492:8
**miss** [1] - 20502:9
**mistrial** [3] - 20499:8,
  20500:17, 20501:13
**moment** [1] - 20489:8
**Moore** [2] - 20486:12,
  20488:8
**morning** [6] -
  20488:18, 20488:24,
  20494:15, 20494:17,
  20507:25, 20508:1
**motion** [3] - 20500:20,
  20500:21, 20505:9
**move** [2] - 20499:7,
  20500:17
**moving** [1] - 20499:5
**MR** [16] - 20488:20,
  20488:22, 20494:7,
  20494:9, 20494:23,
  20495:4, 20495:7,
  20497:6, 20501:14,
  20501:16, 20502:7,
  20502:9, 20502:21,
  20503:14, 20503:16,
  20506:15
**MS** [35] - 20489:17,
  20489:20, 20489:24,
  20490:3, 20490:10,
  20490:18, 20490:21,
  20491:17, 20493:1,
  20493:8, 20493:19,
  20496:24, 20497:2,
  20497:7, 20498:20,
  20498:22, 20499:2,
  20499:4, 20499:7,
  20499:10, 20500:8,
  20500:11, 20500:13,

20500:17, 20500:19,
  20503:3, 20503:12,
  20503:23, 20503:25,
  20504:6, 20504:16,
  20505:1, 20505:3,
  20505:6, 20505:9
**Mulroe** [2] - 20486:13,
  20488:8
**must** [6] - 20492:14,
  20503:7, 20506:25,
  20507:4, 20507:5,
  20507:12

## N

**Nadia** [2] - 20486:12,
  20488:8
**Nayib** [2] - 20487:4,
  20488:12
**NAYIB** [1] - 20487:5
**necessary** [1] -
  20491:16
**need** [13] - 20488:22,
  20492:21, 20493:3,
  20493:4, 20496:12,
  20496:22, 20497:4,
  20497:21, 20498:10,
  20500:25, 20502:11,
  20505:14, 20505:23
**needed** [1] - 20495:25
**needs** [6] - 20491:19,
  20492:12, 20493:4,
  20493:8, 20493:25,
  20502:16
**New** [3] - 20486:18,
  20486:21, 20487:13
**newspaper** [1] -
  20507:1
**next** [1] - 20497:24
**Nicholas** [2] -
  20486:16, 20488:9
**NJ** [3] - 20487:14,
  20508:7, 20508:12
**NJ-CCR** [3] -
  20487:14, 20508:7,
  20508:12
**noon** [2] - 20503:2,
  20506:1
**Nordean** [3] -
  20488:3, 20488:15,
  20506:8
**NORDEAN** [1] -
  20486:4
**Norman** [3] -
  20486:19, 20488:10
**Nos** [1] - 20486:2
**note** [10] - 20489:6,
  20489:9, 20493:12,
  20494:17, 20494:19,
  20496:14, 20496:18,

20496:19, 20498:15,
  20501:2
**noted** [2] - 20495:7,
  20496:6
**notes** [4] - 20494:18,
  20496:16, 20501:1,
  20508:9
**nothing** [1] - 20490:11
**nothing's** [1] -
  20505:24
**noticed** [1] - 20501:5
**notified** [1] - 20494:15
**noting** [1] - 20494:14
**notion** [1] - 20496:7
**November** [1] -
  20503:17
**number** [7] -
  20496:22, 20497:14,
  20497:17, 20497:20,
  20497:22, 20498:3,
  20499:14
**NW** [5] - 20486:14,
  20486:24, 20487:5,
  20487:16, 20508:14
**NY** [2] - 20486:18,
  20487:13

## O

**o'clock** [2] - 20507:21,
  20508:1
**object** [4] - 20490:11,
  20490:12, 20490:14,
  20490:22
**objection** [7] -
  20489:15, 20489:16,
  20489:18, 20489:22,
  20490:7, 20490:20,
  20499:20
**objections** [3] -
  20503:7, 20503:8,
  20504:18
**objective** [2] -
  20493:20, 20493:21
**objectives** [3] -
  20493:14, 20493:22,
  20499:17
**obscure** [1] -
  20499:21
**obviously** [1] -
  20489:7
**OF** [5] - 20486:1,
  20486:2, 20486:8,
  20487:5, 20508:6
**offense** [5] -
  20495:22, 20496:2,
  20497:11, 20497:14,
  20497:16
**OFFICE** [1] - 20486:13
**officer** [2] - 20492:3,

20492:5
**OFFICES** [1] - 20487:5
**OFFICIAL** [1] - 20508:6
**Official** [2] - 20487:15, 20508:12
**once** [1] - 20489:5
**one** [10] - 20494:10, 20496:23, 20497:11, 20497:14, 20497:17, 20497:20, 20498:13, 20498:16, 20499:18
**ones** [2] - 20496:21, 20501:4
**open** [1] - 20501:8
**open-endedly** [1] - 20501:8
**opinion** [1] - 20499:11
**opportunity** [5] - 20495:5, 20500:3, 20501:23, 20501:25, 20505:17
**Orange** [1] - 20486:20
**ordinarily** [1] - 20498:23
**originally** [1] - 20493:15
**otherwise** [1] - 20494:1
**overlooking** [1] - 20497:9

**P**

**P.A** [2] - 20487:5, 20487:8
**P.C** [1] - 20487:11
**p.m** [2] - 20507:22, 20508:4
**page** [4] - 20489:10, 20498:16, 20498:17
**Page** [2] - 20489:13, 20498:18
**panel** [1] - 20506:21
**Park** [1] - 20487:12
**part** [4] - 20494:22, 20495:2, 20504:22, 20505:11
**particular** [2] - 20497:23, 20505:22
**particularly** [1] - 20493:20
**parties** [9] - 20494:11, 20503:10, 20503:16, 20504:4, 20504:14, 20504:15, 20505:15, 20505:16, 20505:17
**parties'** [2] - 20502:17, 20504:3

**party** [2] - 20491:2, 20496:4
**paths** [1] - 20495:1
**Pattis** [5] - 20486:19, 20488:10, 20488:14, 20488:21
**PATTIS** [3] - 20486:20, 20488:20, 20488:22
**pause** [1] - 20506:20
**PC** [1] - 20486:23
**person** [1] - 20507:18
**Pezzola** [4] - 20488:6, 20488:17, 20488:23, 20488:25
**PEZZOLA** [2] - 20486:6, 20489:3
**Pezzola's** [1] - 20488:24
**place** [1] - 20492:4
**PLLC** [1] - 20486:16
**point** [4] - 20495:9, 20495:12, 20503:6, 20504:21
**points** [1] - 20498:5
**position** [2] - 20505:17, 20505:22
**possession** [1] - 20495:19
**potential** [1] - 20502:4
**present** [7] - 20488:7, 20488:8, 20488:9, 20488:11, 20488:13, 20488:15
**presented** [1] - 20507:6
**preserve** [2] - 20505:14, 20505:21
**prevent** [1] - 20492:3
**problem** [2] - 20492:16, 20501:22
**proceed** [1] - 20505:13
**proceeded** [2] - 20502:10, 20505:20
**Proceedings** [1] - 20487:18
**proceedings** [3] - 20506:4, 20508:4, 20508:10
**produced** [2] - 20487:18, 20502:1
**prohibited** [1] - 20491:23
**propose** [2] - 20489:9, 20503:16
**proposed** [2] - 20503:10, 20504:3, 20504:14
**provide** [1] - 20496:3

**provided** [6] - 20491:8, 20503:8, 20504:4, 20504:7, 20504:11, 20504:14
**publicity** [1] - 20507:7
**purposes** [1] - 20497:18
**put** [3] - 20494:10, 20496:15, 20505:17
**putting** [1] - 20494:12

**Q**

**quantities** [1] - 20505:19
**questions** [2] - 20492:18, 20496:10
**quick** [1] - 20502:10
**quickly** [3] - 20491:16, 20493:5, 20501:20
**quite** [2] - 20496:21, 20501:2
**quote** [1] - 20492:2

**R**

**radio** [1] - 20507:2
**raised** [6] - 20490:24, 20492:15, 20502:4, 20505:16, 20505:20
**raising** [1] - 20501:7
**rather** [1] - 20494:12
**read** [4] - 20498:15, 20500:4, 20504:7, 20507:5
**reading** [1] - 20493:12
**ready** [1] - 20497:1
**reality** [1] - 20497:8
**really** [4] - 20493:5, 20495:2, 20497:5, 20500:15
**reason** [9] - 20491:8, 20495:7, 20496:11, 20497:17, 20497:25, 20498:1, 20498:22, 20500:22, 20501:13
**received** [5] - 20494:17, 20494:25, 20503:22, 20504:5, 20504:15
**recess** [1] - 20506:3, 20506:4
**recognize** [1] - 20501:9
**reconsider** [1] - 20495:8
**record** [15] - 20488:15, 20491:15, 20494:11, 20494:14, 20495:3, 20495:6,

20498:8, 20499:24, 20503:3, 20504:22, 20505:11, 20505:14, 20505:18, 20505:21, 20506:6
**recorded** [1] - 20487:18
**referencing** [1] - 20502:19
**regardless** [1] - 20498:13
**Rehl** [4] - 20488:4, 20488:16, 20494:15, 20501:17
**REHL** [1] - 20486:5
**reiterate** [1] - 20491:1
**remind** [2] - 20506:25, 20507:12
**Reporter** [3] - 20487:14, 20487:15, 20508:12
**REPORTER** [1] - 20508:6
**reports** [1] - 20507:1
**request** [2] - 20502:13, 20502:14
**requests** [1] - 20496:13
**required** [4] - 20491:10, 20491:12, 20492:6, 20499:13
**research** [1] - 20507:18
**reserve** [1] - 20490:21
**reserving** [2] - 20490:15, 20490:18
**respond** [5] - 20493:5, 20496:24, 20497:3, 20503:1, 20505:25
**responded** [2] - 20492:19, 20505:24
**response** [1] - 20493:16
**resumed** [1] - 20506:4
**retired** [1] - 20503:5
**retrieve** [1] - 20506:18
**retrospect** [3] - 20493:13, 20493:23, 20499:15
**returned** [2] - 20506:22, 20507:22
**review** [1] - 20502:1
**revised** [1] - 20503:18
**rise** [2] - 20506:2, 20508:2
**risk** [1] - 20501:19
**Road** [1] - 20487:2
**Room** [2] - 20487:15, 20508:13
**room** [2] - 20506:16,

20507:22
**RPR** [3] - 20487:14, 20508:7, 20508:12
**Rule** [2] - 20503:6, 20504:16
**ruling** [1] - 20497:5

**S**

**Sabino** [2] - 20487:8, 20488:12
**Saturday** [3] - 20503:5, 20503:19
**saw** [2] - 20496:14, 20506:15
**seated** [1] - 20506:23
**second** [1] - 20491:20
**see** [5] - 20491:8, 20503:1, 20505:25, 20507:21, 20507:25
**send** [1] - 20489:7
**sending** [1] - 20490:11
**sense** [2] - 20492:13, 20503:21
**sent** [3] - 20503:4, 20503:17, 20503:22
**separate** [2] - 20488:22, 20490:2
**set** [1] - 20491:24
**several** [2] - 20492:18
**sheet** [2] - 20503:4, 20503:7
**short** [1] - 20501:20
**short-term** [1] - 20501:20
**shorthand** [1] - 20487:18
**shows** [1] - 20499:15
**sic** [1] - 20491:5
**significant** [1] - 20496:21
**similar** [1] - 20496:2
**simply** [4] - 20489:9, 20496:9, 20498:18, 20501:12
**simultaneously** [1] - 20494:20
**slate** [1] - 20491:11
**Smith** [5] - 20486:16, 20488:9, 20494:8, 20501:17, 20505:20
**SMITH** [4] - 20486:16, 20486:20, 20494:7, 20494:9
**solely** [1] - 20507:6
**solves** [1] - 20501:21
**sometimes** [2] - 20494:11, 20505:6
**soon** [1] - 20507:10

20514

**sorry** [3] - 20500:16, 20503:23, 20503:24
**sort** [1] - 20502:14
**specifically** [1] - 20498:7
**spectrum** [1] - 20492:1
**standing** [1] - 20488:14
**stands** [1] - 20506:3
**statement** [2] - 20496:3, 20500:23
**STATES** [3] - 20486:1, 20486:2, 20486:9
**States** [5] - 20486:11, 20488:3, 20495:17, 20506:7, 20508:13
**statute** [2] - 20500:2, 20500:6
**stenographic** [1] - 20508:9
**step** [1] - 20497:24
**Steven** [1] - 20487:11
**still** [1] - 20492:17
**Street** [6] - 20486:14, 20486:17, 20486:20, 20486:24, 20487:5, 20487:9
**strikes** [1] - 20501:9
**submission** [1] - 20504:3
**submitted** [2] - 20503:18, 20504:1
**substance** [2] - 20491:14, 20500:2
**substantive** [5] - 20489:8, 20491:5, 20494:22, 20498:9, 20498:11
**suggest** [2] - 20491:9, 20500:22
**suggesting** [1] - 20501:3
**Suite** [2] - 20486:17, 20487:6
**swap** [2] - 20498:18
**symmetry** [1] - 20502:12

## T

**TARRIO** [1] - 20486:6
**Tarrio** [2] - 20488:5, 20488:17
**tee** [1] - 20505:4
**television** [1] - 20507:2
**tempted** [1] - 20507:4
**term** [2] - 20492:7, 20501:20

**terms** [4] - 20497:20, 20498:2, 20501:3, 20503:6
**text** [1] - 20507:15
**THE** [64] - 20486:1, 20486:1, 20486:9, 20488:2, 20488:18, 20488:21, 20488:25, 20489:4, 20489:18, 20489:21, 20490:2, 20490:6, 20490:13, 20490:20, 20490:23, 20492:25, 20493:2, 20493:18, 20494:6, 20494:8, 20494:21, 20495:2, 20495:5, 20496:14, 20497:1, 20497:4, 20497:8, 20498:21, 20498:25, 20499:3, 20499:5, 20499:9, 20500:7, 20500:10, 20500:12, 20500:14, 20500:18, 20500:20, 20501:15, 20501:25, 20502:8, 20502:13, 20502:24, 20503:10, 20503:15, 20503:21, 20503:24, 20504:2, 20504:8, 20504:24, 20505:2, 20505:5, 20505:8, 20505:13, 20506:2, 20506:6, 20506:9, 20506:11, 20506:12, 20506:17, 20506:21, 20506:23, 20507:23, 20508:2
**therefore** [1] - 20494:4
**they've** [7] - 20491:7, 20491:12, 20496:7, 20496:9, 20496:10, 20496:11, 20498:6
**third** [1] - 20492:7
**three** [1] - 20498:3
**timed** [1] - 20494:17
**timely** [1] - 20504:18
**Timothy** [1] - 20487:14
**TIMOTHY** [2] - 20486:9, 20508:7
**today** [6] - 20490:25, 20496:17, 20500:24, 20501:2, 20502:5, 20506:25
**today's** [1] - 20501:2
**tomorrow** [3] - 20507:21, 20507:25, 20508:1
**took** [1] - 20504:3
**top** [2] - 20498:6,

20504:12
**TRANSCRIPT** [1] - 20486:8
**transcript** [3] - 20487:18, 20508:9, 20508:10
**transcription** [1] - 20487:18
**trial** [1] - 20507:7
**TRIAL** [1] - 20486:8
**tried** [1] - 20505:15
**true** [2] - 20508:8, 20508:9
**try** [1] - 20505:15
**turn** [1] - 20497:5
**two** [4] - 20493:12, 20494:19, 20497:22, 20499:14
**type** [1] - 20505:4
**typically** [1] - 20497:17
**typo** [6] - 20493:4, 20496:18, 20496:20, 20496:22, 20498:12, 20501:9
**typographical** [5] - 20489:10, 20494:16, 20494:18, 20498:17, 20501:6

## U

**U.S** [2] - 20486:13, 20487:15
**unanimity** [2] - 20497:19, 20498:2
**under** [10] - 20489:12, 20494:1, 20494:3, 20496:7, 20496:8, 20499:12, 20501:3, 20501:12, 20504:16
**UNITED** [3] - 20486:1, 20486:2, 20486:9
**United** [5] - 20486:11, 20488:3, 20495:16, 20506:7, 20508:13
**unsupported** [1] - 20496:9
**untethered** [1] - 20507:24
**up** [5] - 20493:6, 20500:23, 20501:22, 20504:10, 20505:4

## V

**vast** [1] - 20505:19
**verdict** [27] - 20489:24, 20489:25, 20491:1, 20491:3,

20491:13, 20491:15, 20491:18, 20491:21, 20491:24, 20492:9, 20495:20, 20497:12, 20497:15, 20498:7, 20498:8, 20499:23, 20500:25, 20501:8, 20501:11, 20501:23, 20502:22, 20503:4, 20503:7, 20503:11, 20503:17, 20504:11
**version** [1] - 20503:18
**via** [1] - 20507:18

## W

**waiver** [1] - 20488:23
**walking** [1] - 20506:16
**wants** [2] - 20502:15, 20504:22
**Washington** [5] - 20486:5, 20486:14, 20486:24, 20487:16, 20508:14
**watch** [2] - 20507:4, 20507:5
**Wednesday** [1] - 20486:6
**West** [2] - 20487:9
**whole** [2] - 20492:23, 20501:21
**window** [1] - 20501:23
**wording** [1] - 20489:25
**world** [1] - 20491:12
**writing** [1] - 20491:10
**written** [2] - 20491:21, 20492:9

## Y

**yesterday** [8] - 20490:24, 20492:14, 20493:13, 20495:9, 20499:14, 20499:19, 20500:22, 20502:5
**yesterday's** [1] - 20501:1
**York** [2] - 20486:18, 20487:13

## Z

**Zach** [1] - 20494:15
**Zachary** [1] - 20488:4