UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-CR-175 (TJK)** |
| | : | |
| **JOSEPH BIGGS,** | : | |
| **ZACHARY REHL, and** | : | |
| **DOMINIC PEZZOLA,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the government's opposition to defendants' motion to dismiss the cases against them (ECF 1066), it is hereby **ORDERED** the motion is denied as moot because the Court does not have jurisdiction by virtue of defendants' pending appeals.

**SO ORDERED**

_____
TIMOTHY J. KELLY
United States District Judge

DATE: March \_\_\_, 2025