**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **21-CR-175-3 (TJK)** |
| | : | |
| **ZACHARY REHL,** | : | |
| | : | |
| **DEFENDANT.** | : | |

**MOTION TO CONTINUE**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves for a continuance of three weeks (until April 10, 2026) to file its response to Zachary Rehl's Pro Se Motion for a New Trial or, in the Alternative, Dismissal With Prejudice Based on Newly Discovered Evidence, and Request for Indicative Ruling Pursuant to Federal Rule of Criminal Procedure 37.  On February 20, 2026, the Court ordered the government to respond to Mr. Rehl's motion by March 20, 2026.  In reviewing Mr. Rehl's motion, government counsel realized that she had not received copies of Mr. Rehl's exhibits in support of his motion; review of these exhibits is necessary for the government to respond.  The government therefore requests that this Court extend the deadlines in this case and order the Government to reply by April 10, 2026; and permit Mr. Rehl to file a reply by April 24, 2026. Government counsel contacted Mr. Rehl who indicated that he would promptly provide government counsel with copies of these exhibits, and that he does not oppose this request.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     */s/ Jocelyn Ballantine*_____
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorney
601 D Street NW, Washington, D.C. 20530
(202) 252-7252 // Jocelyn.Ballantine2@usdoj.gov