# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ZACHARY REHL**

Defendant.

**Case No. 21-cr-175 (TJK)**

## DEFENDANT ZACHARY REHL'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR NEW TRIAL (ECF 1087)

Defendant Zachary Rehl, proceeding pro se, respectfully submits this Reply to the Government's Response to his Motion for a New Trial (ECF 1081, filed February 19, 2026).

## I. PROCEDURAL HISTORY AND CURRENT POSTURE

On February 19, 2026, Rehl filed a timely Rule 33 motion for a new trial (or, in the alternative, dismissal with prejudice) based on newly discovered evidence of prosecutorial misconduct, coercion, and the recantation of the testimony of key government witness Jeremy Bertino (ECF 1081). The Government responded on April 10, 2026 (ECF 1087), asking this Court to defer consideration of the motion under Fed. R. Crim. P. 37 while the consolidated appeal proceeds.

Since the original filing, significant developments have occurred. Rehl filed an emergency motion in the D.C. Circuit to hold appellate briefing in abeyance pending resolution of this Rule 33 motion. On April 6, 2026, the D.C. Circuit, on its own motion, suspended the entire appellate briefing schedule in the consolidated appeal (D.C. Cir. Doc. #2167217). Then, on April 14, 2026, the Government filed an unopposed motion in the D.C. Circuit asking that Court to vacate the convictions of Rehl and his co-defendants and remand so the indictment can be dismissed with prejudice under Fed. R. Crim. P. 48(a) (D.C. Cir. Doc. #2168667). All parties, including Rehl, have indicated they do not oppose that motion.

Rehl notes that if the D.C. Circuit grants the Government's unopposed motion to vacate and dismiss, the issues raised in his Rule 33 motion will become moot and will no longer be pursued in this Court by him. However, until that motion is granted, this Court's briefing schedule remains in effect, and Rehl's reply is due today. Rehl therefore vigorously pursues his Rule 33 motion on the merits as originally briefed.

## II. THE GOVERNMENT'S APRIL 10 RESPONSE IS UNJUST AND VIOLATES REHL'S RIGHTS UNDER RULE 33

The Government's response (ECF 1087) offers no substantive defense of the merits of Rehl's motion. It does not address Bertino's notarized affidavit, the two video recordings detailing coercion by FBI agents and prosecutors, the recanting of

his testimony, or the resulting Napue, Giglio, and Brady violations. Instead, it simply asks this Court to defer consideration indefinitely while the appeal proceeds.

This position is unjust and directly violates Rehl's rights under Federal Rule of Criminal Procedure 33(b)(1), which expressly permits a defendant to move for a new trial based on newly discovered evidence within three years of the verdict. Rehl's motion was timely filed and rests on extraordinarily powerful new evidence that goes to the heart of the seditious conspiracy charge. The Government's refusal to engage the substance of that evidence, while simultaneously asking this Honorable Court to punt litigation of this very important new evidence until after the appeal has commenced, demonstrates bad faith and makes a mockery of the justice system and this Honorable court.

The D.C. Circuit's April 6, 2026 suspension of the entire appellate briefing schedule further underscores the importance of this matter. The Circuit clearly viewed the pending Rule 33 motion as sufficiently significant enough to pause the consolidated appeal. The Government's April 10 deferral request in this Court is therefore inconsistent with the Circuit's own actions and undermines judicial economy.

Rehl respectfully requests that this Court rule on the merits of his Rule 33 motion or, at a minimum, issue an indicative ruling under Fed. R. Crim. P. 37 stating whether it would grant the motion if the case were remanded. Until the D.C.

Circuit grants the Government's unopposed motion to vacate and dismiss, Rehl

will continue to pursue this Rule 33 relief with the full vigor as originally briefed,

as is within his rights upon these Honorable courts.

**Respectfully submitted,**

/s/ Zachary Rehl

Zachary Rehl, Pro Se

(Redacted Phone)

(Redacted Address)

zachwrehl@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24th, 2026, a copy of the foregoing Reply was

served via CM/ECF on all counsel of record.

/s/ Zachary Rehl, Pro Se